| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93   Rev.5/99 | **COVER SHEET**<br>**CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case Number:<br>**63-CV-2015-**<br>Date of Filing:<br>06/12/2015 | ELECTRONICALLY FILED<br>6/12/2015 1:53 PM<br>63-CV-2015-900621.00<br>CIRCUIT COURT OF<br>TUSCALOOSA COUNTY, ALABAMA<br>MAGARIA HAMNER BOBO, CLERK |

FILED
2015 Jul-13 PM 03:40
U.S. DISTRICT COURT
N.D. OF ALABAMA

## GENERAL INFORMATION

**IN THE CIRCUIT OF TUSCALOOSA COUNTY, ALABAMA**
**PERKINS COMMUNICATION, LLC ET AL v. D'SHANNON PRODUCTS, LTD. ET AL**

**First Plaintiff:** ☑ Business  ☐ Individual    **First Defendant:** ☑ Business  ☐ Individual
                    ☐ Government ☐ Other                                ☐ Government ☐ Other

### NATURE OF SUIT:

**TORTS: PERSONAL INJURY**

☐ WDEA - Wrongful Death
☑ TONG - Negligence: General
☐ TOMV - Negligence: Motor Vehicle
☐ TOWA - Wantonnes
☐ TOPL - Product Liability/AEMLD
☐ TOMM - Malpractice-Medical
☐ TOLM - Malpractice-Legal
☐ TOOM - Malpractice-Other
☐ TBFM - Fraud/Bad Faith/Misrepresentation
☐ TOXX - Other: _____

**TORTS: PERSONAL INJURY**

☐ TOPE - Personal Property
☐ TORE - Real Property

**OTHER CIVIL FILINGS**

☐ ABAN - Abandoned Automobile
☐ ACCT - Account & Nonmortgage
☐ APAA - Administrative Agency Appeal
☐ ADPA - Administrative Procedure Act
☐ ANPS - Adults in Need of Protective Services

**OTHER CIVIL FILINGS (cont'd)**

☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/Enforcement of Agency Subpoena/Petition to Preserve
☐ CVRT - Civil Rights
☐ COND - Condemnation/Eminent Domain/Right-of-Way
☐ CTMP - Contempt of Court
☐ CONT - Contract/Ejectment/Writ of Seizure
☐ TOCN - Conversion
☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/Injunction Election Contest/Quiet Title/Sale For Division
☐ CVUD - Eviction Appeal/Unlawfyul Detainer
☐ FORJ - Foreign Judgment
☐ FORF - Fruits of Crime Forfeiture
☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
☐ PFAB - Protection From Abuse
☐ FELA - Railroad/Seaman (FELA)
☐ RPRO - Real Property
☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
☐ COMP - Workers' Compensation
☐ CVXX - Miscellaneous Circuit Civil Case

| ORIGIN: | F ☑ INITIAL FILING | A ☐ APPEAL FROM DISTRICT COURT | O ☐ OTHER |
|---|---|---|---|
| | R ☐ REMANDED | T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT | _____ |

| **HAS JURY TRIAL BEEN DEMANDED?** | ☑ Yes   ☐ No |
|---|---|

| **RELIEF REQUESTED:** | ☑ MONETARY AWARD REQUESTED   ☐ NO MONETARY AWARD REQUESTED |
|---|---|

| **ATTORNEY CODE:** | WAD025 | 6/12/2015 1:53:14 PM | /s/ STEPHEN D. WADSWORTH |
|---|---|---|---|

| **MEDIATION REQUESTED:** | ☐ Yes  ☑ No  ☐ Undecided |
|---|---|



EXHIBIT A

ELECTRONICALLY FILED
6/12/2015 1:53 PM
63-CV-2015-900621.00
CIRCUIT COURT OF
TUSCALOOSA COUNTY, ALABAMA
MAGARIA HAMNER BOBO, CLERK

## IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA

| | |
|---|---|
| **PERKINS COMMUNICATION, LLC,** and **MATRIX, LLC**  **Plaintiffs,** v. **D'SHANNON PRODUCTS, LTD,** a Minnesota Limited Company, **SCOTT ERICKSON,** **MICHAEL MOORE,** and **EARL RAMEY,**  **Defendants.** | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

CV-2015:_____

_____

## COMPLAINT
_____

Perkins Communication, LLC (hereafter "Perkins Communication") and Matrix, LLC (hereafter "Matrix") (collectively, the "Plaintiffs") respectfully submit this Complaint pursuant to *Alabama Rule of Civil Procedure* 8 and 9 against Defendants D'Shannon Products, Ltd. (hereafter "D'Shannon"), Scott Erickson (hereafter "Erickson"), Michael Moore (hereafter "Moore"), and Earl Ramey (hereafter "Ramey") (collectively, the "Defendants"). Plaintiffs hired D'Shannon to perform modifications and upgrades to its airplane. D'Shannon used the individual Defendants to perform the contracted work. The modifications were not done according to industry standards and, as a result, were done in a shoddy and dangerous manner that left the plane unsafe to operate.

## PARTIES

1. Plaintiff Perkins Communication, LLC is an Alabama Limited Liability Company with its principal place of business in Tuscaloosa County, Alabama.

2. Plaintiff Matrix, LLC is an Alabama limited liability company with its principle place of business in Montgomery County, Alabama.

3.      Defendant D'Shannon Products, Ltd. is a Minnesota limited company with its principal place of business located in Wright County, Minnesota.

4.      Defendant Scott Erickson is an adult resident of Hennepin County, Minnesota.

5.      Defendant Michael Moore is an adult resident of Iredall County, North Carolina.

6.      Earl Ramey is an adult resident of Iredall County, North Carolina.

## FACTS

7.      Plaintiff Perkins Communication is the owner of a Beechcraft Baron aircraft (the "Baron"). Joe Perkins ("Perkins") uses the Baron for business purposes involving his two wholly owned companies, Perkins Communication and Matrix.

8.      In May 2013, Plaintiffs hired Defendants to perform modifications and upgrades on the Baron. The modifications and upgrades included work on the Baron's windows, propellers, and engines. Specifically, Defendants installed eight new windows and a new windshield and two new propellers. The engines were upgraded to the Genesis Engine Conversion sold by D'Shannon, new camshaft and lifters, new fuel systems, new starters, and baffles.

9.      Before contracting with D'Shannon, Perkins of Perkins Communication and Matrix inquired upon Erickson, President of D'Shannon, as to whether or not D'Shannon had the appropriate insurance in place to cover damages if the modifications and upgrades went badly. Erickson represented that D'Shannon had appropriate insurance. Upon information and belief, D'Shannon had no insurance in place during the time the engines were being rebuilt.

10.     The modifications and upgrades did not go smoothly. The modifications and upgrades were not completed on time. As a result, Plaintiffs were required to incur costs renting other airplanes while the Baron was being upgraded.

11. Defendants completed the modifications and upgrades in a shoddy manner. Defendants repeatedly changed the specifications of the parts they were using. According to Defendants' documentation, parts and tools that are not approved for use in a plane of the Baron's make and model. Some of the engine parts were not installed properly or not bolted tightly enough.

12. In late fall 2013, Defendants represented that the modifications and upgrades were complete and that the Baron was ready for use. Defendants provided Plaintiffs with certifications detailing the parts that were installed during the upgrade. Plaintiffs accepted the Baron, unaware that the modifications and upgrades had been completed poorly.

13. Plaintiffs placed the Baron into operation and, at all times, Mr. Perkins, its pilot, operated the Baron in a reasonable manner. Regular maintenance to the Baron was conducted by Dixie Air in Tuscaloosa. None of this regular maintenance required entry into the block of the engine modified by Defendants.

14. On April 22, 2015, Mr. Perkins cranked the Baron to begin a business trip. The oil pressure in the left engine did not rise to normal levels and, in fact, redlined. Mr. Perkins was advised by a mechanic at the airport facility to shut the engines down. The mechanic determined that the oil pressure was, in fact, too low to risk takeoff.

15. Subsequent investigation into the Baron's left engine by Aviation Engines of Centreville, Alabama ("Aviation Engines"), showed that there were metal shards in the Baron's oil which caused the loss of oil pressure. There were leaks in at least five cylinders. Metal shards were also found in the mechanisms for one of the propellers. Aviation Engines also discovered that several screws in the engine were broken. Other screws in the camshaft were not installed to proper tightness. Many engine parts were discovered that were inappropriate for use in the Baron.

Due to these discoveries, the Federal Aviation Administration ("FAA") is currently investigating the Defendants' poor work.

16. As a result of Defendants' wantonness, Plaintiffs have been forced to spend additional funds renting replacement aircraft. Further, Plaintiffs have been forced to spend money having the Baron repaired. Plaintiffs have also been compelled to disassemble the Baron's right engine to see if it was as unsafe as the left engine which failed.

17. Defendants' shoddy work was negligent, wanton, and put Mr. Perkins' life in danger. Had Mr. Perkins taken off, there is a very real chance that he would not have survived the flight.

## CLAIMS

### I. NEGLIGENCE

18. Plaintiffs incorporate all previous paragraphs as if stated fully herein.

19. Defendants had a duty to perform modifications and upgrades on the Baron in accordance with industry, manufacturer, and FAA standards. Defendants also had a duty to properly document the repairs it performed on the Baron. It failed to do so. As a result, Plaintiffs were damaged.

Wherefore, Plaintiffs demand judgment against Defendants for compensatory damages, punitive damages, and any other relief the Court deems just under the circumstances.

### II. WANTONNESS

20. Plaintiffs incorporate all previous paragraphs as if stated fully herein.

21. Defendants had a duty to perform modifications and upgrades on the Baron in accordance with industry, manufacturer, and FAA standards. During the time Defendants were modifying the Baron, it was aware that Plaintiffs intended to use it for air travel. Flying is a

dangerous activity. Defendants knew or should have known that their shoddy repair work could lead to someone's injury or death. Despite this knowledge, Defendants failed to perform the upgrades in a workmanlike manner. As a result, Plaintiffs were damaged.

Wherefore, Plaintiffs demand judgment against Defendants for compensatory damages, punitive damages, and any other relief the Court deems just under the circumstances.

### III.     BREACH OF CONTRACT

22.     Plaintiffs incorporate all previous paragraphs as if stated fully herein.

23.     Defendants had a contractual duty to timely complete modifications and upgrades to the Baron. They failed to do so. As a result, Plaintiffs were compelled to spend money renting replacement planes until the modifications and upgrades to the Baron were complete.

Wherefore, Plaintiffs demands judgment against Defendants for compensatory damages, punitive damages, and any other relief the Court deems just under the circumstances.

### IV.     FRAUD

24.     Plaintiffs incorporate all previous paragraphs as if stated fully herein.

25.     Before contracting with Defendants, Plaintiffs asked whether Defendants had adequate insurance to perform the work required under the contract. Defendants assured Perkins that they had appropriate insurance in place. Based on this assurance, Plaintiffs contracted with the Defendants. On information and belief, Defendants did not have appropriate insurance in place until after the work was completed. Plaintiffs were injured as a result of the work Defendants performed under this fraudulently induced contract. Plaintiffs would not have allowed Defendants to perform the work specified by the contract had Plaintiffs known of the Defendants' fraud.

Wherefore, Plaintiffs demand judgment against Defendants for compensatory damages, punitive damages, and any other relief the Court deems just under the circumstances.

**DEMAND FOR TRIAL BY JURY**

Plaintiff hereby demands a trial by jury on all issues so triable.

Respectfully submitted this the 12th day of June, 2015.

                                              */s/ Andrew P. Campbell*
                                              Andrew P. Campbell (CAM006)
                                              Bert M. Guy (GUY005)
                                              Stephen D. Wadsworth (WAD025)
                                              Attorneys for Plaintiffs

<u>OF COUNSEL</u>:

**CAMPBELL | GUIN**
WILLIAMS, GUY & GIDIERE, LLC

Financial Center
505 N. 20th Street, Suite 1600
Birmingham, Alabama 35203
Telephone (205) 224-0750
andy.campbell@campbellguin.com
stephen.wadsworth@campbellguin.com

Capitol Park Center
2711 University Boulevard (35401-1465)
P. O. Box 3206
Tuscaloosa, Alabama  35403-3206
Telephone (205) 633-0206
Facsimile (205) 633-0306
bert.guy@campbellguin.com

## TO BE SERVED BY PROCESS SERVER

D'Shannon Products, Ltd.
Att: Scott Erickson
1309 County Road 134
Buffalo, MN 55313-9200

Scott Erickson
D'Shannon Products, Ltd.
1309 County Road 134
Buffalo, MN 55313-9200
OR
3808 Maryland Ave N,
Minneapolis, MN 55427-1332

## PLEASE SERVE THE FOLLOWING DEFENDANTS BY CERTIFIED MAIL

Michael Moore
AVWorks Custom Engines & Components, Inc.
391 Normandy Road
Mooresville, NC 28117

Earl Ramey
Hi Tech Performance Engine & Machine, Inc.
806-a Performance Road
Mooresville, NC 28115
_____

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br>63-CV-2015-900621.00 |
|---|---|---|

IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY
PERKINS COMMUNICATION, LLC ET AL V. D'SHANNON PRODUCTS, LTD. ET AL

NOTICE TO   D'SHANNON PRODUCTS, LTD., ATTN: SCOTT ERICKSON 1309 COUNTY ROAD 134, BUFFALO, MN 55313

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY STEPHEN D. WADSWORTH

WHOSE ADDRESS IS  505 20th Street N, 16th Floor, BIRMINGHAM, AL 35203

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☑ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☐ Service by certified mail of this summons is initiated upon the written request of _____
   pursuant to the Alabama Rules of the Civil Procedure

Date  6/12/2015 1:53:19 PM      /s/ MAGARIA HAMNER BOBO
                                Clerk/Register
                                714 GREENSBORO AVENUE
                                TUSCALOOSA, AL 35401

☐ Certified Mail is hereby requested     _____
                                         Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on  _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to  _____

_____ in _____ County, Alabama on _____
                                                                    (Date)

_____          _____          _____
Date                            Server's Signature              Address of Server

_____          _____          _____
Type of Server                  Server's Printed Name

                                                                _____
                                                                Phone Number of Server

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br>63-CV-2015-900621.00 |
|---|---|---|

IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY
PERKINS COMMUNICATION, LLC ET AL V. D'SHANNON PRODUCTS, LTD. ET AL

NOTICE TO   SCOTT ERICKSON, D'SHANNON PRODUCTS, LTD. 1309 COUNTY ROAD 134, BUFFALO, MN 55313

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY STEPHEN D. WADSWORTH

WHOSE ADDRESS IS 505 20th Street N, 16th Floor, BIRMINGHAM, AL 35203

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☑ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☐ Service by certified mail of this summons is initiated upon the written request of _____
pursuant to the Alabama Rules of the Civil Procedure

Date  6/12/2015 1:53:19 PM      /s/ MAGARIA HAMNER BOBO
                                Clerk/Register
                                714 GREENSBORO AVENUE
                                TUSCALOOSA, AL 35401

☐ Certified Mail is hereby requested    _____
                                         Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____
_____ in _____ County, Alabama on _____
                                                            (Date)

_____          _____          _____
Date                     Server's Signature        Address of Server

_____          _____          _____
Type of Server           Server's Printed Name

                                                   _____
                                                   Phone Number of Server

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br>63-CV-2015-900621.00 |
|---|---|---|

IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY
PERKINS COMMUNICATION, LLC ET AL V. D'SHANNON PRODUCTS, LTD. ET AL

NOTICE TO  MICHAEL MOORE, AVWORKS CUSTOM ENGINES 391 NORMANDY ROAD, MOORESVILLE, NC 28117

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY STEPHEN D. WADSWORTH

WHOSE ADDRESS IS 505 20th Street N, 16th Floor, BIRMINGHAM, AL 35203

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of   PERKINS COMMUNICATION, LLC
pursuant to the Alabama Rules of the Civil Procedure

Date  6/12/2015 1:53:19 PM       /s/ MAGARIA HAMNER BOBO
Clerk/Register
714 GREENSBORO AVENUE
TUSCALOOSA, AL 35401

☑ Certified Mail is hereby requested       /s/ STEPHEN D. WADSWORTH
Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____
_____ in _____ County, Alabama on _____
(Date)

_____   _____   _____
Date                Server's Signature    Address of Server

_____   _____   _____
Type of Server      Server's Printed Name

_____
Phone Number of Server

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br>63-CV-2015-900621.00 |
|---|---|---|

IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY
PERKINS COMMUNICATION, LLC ET AL V. D'SHANNON PRODUCTS, LTD. ET AL

NOTICE TO  EARL RAMEY, HITECH PERFORMANCE ENGINE 806-A PERFORMANCE ROAD, MOORESVILLE, NC 28115

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY STEPHEN D. WADSWORTH

WHOSE ADDRESS IS 505 20th Street N, 16th Floor, BIRMINGHAM, AL 35203

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of  PERKINS COMMUNICATION, LLC
    pursuant to the Alabama Rules of the Civil Procedure

Date  6/12/2015 1:53:19 PM   /s/ MAGARIA HAMNER BOBO
                             Clerk/Register
                             714 GREENSBORO AVENUE
                             TUSCALOOSA, AL 35401

☑ Certified Mail is hereby requested   /s/ STEPHEN D. WADSWORTH
                                        Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____
_____ in _____ County, Alabama on _____
                                                   (Date)

_____              _____              _____
Date                      Server's Signature        Address of Server

_____              _____              _____
Type of Server            Server's Printed Name
                                                    _____
                                                    Phone Number of Server