# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| **PERKINS COMMUNICATION, LLC,** and **MATRIX, LLC** | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) CASE NO.: 7:15-CV-01172-LSC<br>) |
| **D'SHANNON PRODUCTS, LTD,**<br>**SCOTT ERICKSON,**<br>**MICHAEL MOORE, and**<br>**EARL RAMEY,** | )<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## PERKINS COMMUNICATIONS AND MATRIX, LLC'S DISCLOSURE STATEMENT PURSUANT TO LOCAL RULE 3.4

Pursuant to Local Rule 3.4, of the Northern District of Alabama and to enable the Court to evaluate possible disqualification or recusal, Perkins Communication and Matrix LLC, certify that the general nature and purpose of the foregoing entities are business and individual consulting services and public relations.

Counsel also certifies that there are no parents, subsidiaries, or affiliates of these parties that have issued shares or debt securities to the public.

Respectfully submitted this the 13th day of August, 2015.

          *s/ Andrew P. Campbell*
          Andrew P. Campbell (CAM006)
          Bert M. Guy (GUY005)
          Stephen D. Wadsworth (WAD025)
          Attorneys for Plaintiffs

OF COUNSEL:

**CAMPBELL | GUIN**
WILLIAMS, GUY & GIDIERE, LLC

Financial Center
505 N. 20th Street, Suite 1600
Birmingham, Alabama 35203
Telephone (205) 224-0750
andy.campbell@campbellguin.com
stephen.wadsworth@campbellguin.com

Capitol Park Center
2711 University Boulevard (35401-1465)
P. O. Box 3206
Tuscaloosa, Alabama 35403-3206
Telephone (205) 633-0206
Facsimile (205) 633-0306
bert.guy@campbellguin.com

# CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of August, 2015, I filed the foregoing using the EFile System, which will automatically serve the following:

All counsel of record

    /s  Stephen D. Wadsworth