# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| PERKINS COMMUNICATION, LLC, and MATRIX, LLC | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>) CASE NO. 7:15-cv-01172-LSC |
| D'SHANNON PRODUCTS, LTD, a Minnesota Limited Company, SCOTT ERICKSON and MICHAEL MOORE, | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

## MOTION FOR PARTIAL SUMMARY JUDGMENT

Come now Defendants Defendants D'Shannon Products, Ltd ("D'Shannon"), Scott Erickson ("Erickson"), and Michael Moore ("Moore") (collectively "Defendants"), and, pursuant to Rule 56 of the Federal Rules of Civil Procedure, respectfully move this Court to enter summary judgment in their favor and dismiss Plaintiffs' negligence, wantonness, and fraud claims, and Plaintiffs' demand for punitive damages arising from their breach of contract claim on the following grounds:

1.   Plaintiffs' negligence and wantonness claims are barred by Alabama's economic-loss rule;

2. Plaintiffs did not rely on any alleged misrepresentation regarding D'Shannon's insurance and did not suffer any damages as a result of any alleged misrepresentation by Defendants, and Plaintiffs further failed to plead their fraud claims with the particularity required by Fed. R. Civ. P. 9(b); and

3. Plaintiffs cannot recover punitive damages for their breach of contract claim.

In support of this Motion, Defendants rely on the pleadings in this case, their brief in support of this Motion for Summary Judgment and the evidentiary materials filed on even date herewith.

Wherefore, premises considered, Defendants respectfully request that this Court enter summary judgment in their favor and dismiss Plaintiffs' negligence, wantonness, and fraud claims, and Plaintiffs' demand for punitive damages arising from their breach of contract claim.

Respectfully submitted,

ARMBRECHT JACKSON LLP
Post Office Box 290
Mobile, Alabama 36601
Telephone:  (251) 405-1300
Facsimile:   (251) 432-6843

By:  *s/ Timothy A. Heisterhagen*
     Sherri R. Ginger
     srg@ajlaw.com
     Timothy A. Heisterhagen
     tah@ajlaw.com

Attorneys for Defendants D'Shannon Products, Ltd, Scott Erickson, and Michael Moore

## **CERTIFICATE OF SERVICE**

I hereby certify that I have on this date, March 14, 2016, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sends notification of such filing to the following:

| | |
|---|---|
| Andrew P. Campbell, Esq. | Bert M. Guy, Esq. |
| Stephen D. Wadsworth, Esq. | Campbell, Guin, Williams, Guy & |
| Campbell, Guin, Williams, Guy & | Gidiere, LLC |
| Gidiere, LLC | Post Office Box 3206 |
| 505 N. 20th Street, Suite 1600 | Tuscaloosa, Alabama 35403 |
| Birmingham, Alabama 35203 | |

*s/ Timothy A. Heisterhagen*

859412