FILED
EXHIBIT
B-3

| (Tests, Repairs and Alterations) | DATE 20__ | RECORDING TACH TIME | TODAYS FLIGHT | TOTAL TIME IN SERVICE | Description of Inspections, Tests, Repairs and Alterations — Entries must be endorsed with Name, Rating and Certificate Number of Technician or Repair Facility. (See back pages for other specific entries.) |
|---|---|---|---|---|---|
| inings #066-09700, tall 24 new brake. Clean calipers and rings #MS28775-223. Flush oil line from . Tested gauge with ok at this time. R_____ in oil pressure relief valve. __ A&P 2784017 IA. | 2013 11-12-13 | 2745.6 | | 5546.3 | THIS AIRCRAFT HAS BEEN INSPECTED AND HAS BEEN FOUND SAFE FOR THE INTENDED FLIGHTS IN ACCORDANCE WITH SPECIAL FLIGHT PERMIT DATED 11-12-13 Michael Moore A&P 3513930 |
| _r tire, grease b___ tall new nose tire 5.00- 2013, P#505C66-5. __ce nose strut @ 56__ inflate to specs. No l___ e. David J. Zery__ A&P 2784017 IA. | 04/05/14 | 2750.8 HRS | | | Installed Hartzell 3 blade propellers in accordance with D'shannon STC SA2561CH-D see 337 form dated 04/05/14. Installed IO-550 engines in accordance with STC SA3845SW. Inserted POH supplements as required. See 337 form dated 04/05/14. Installed D'shannon Av. Ltd baffle cooling kits in accordance with STC SA09220SC. Weight and balance ammended this date to reflect equipment change. Michael Moore A&P 3513930IA |

© 1991 ASA

AJ-Dixie_00177