| | |
|---|---|
| From: | Joe Perkins |
| To: | <scott@d-shannon-aviation.com> |
| Cc: | Bert M. Guy; Kim Hines |
| Subject: | N6745M |
| Date: | Monday, November 18, 2013 10:30:12 AM |

I have just become aware that the logbooks for my engines have not been signed. Upon inquiry, I have learned they have not been signed because D'Shannon appears to have no insurance that covers the shop that built my engines. If this is the case, then the warranty provided by you could be essentially worthless.

At this time I am requesting confirmation directly from your insurance provider that the engineering and construction of my engines is covered by a policy that is and will remain in force for the life of my warranty.

At this time, without signed logbooks, by airplane is not legal for flight. Further, even if the logbooks are signed, I need assurances that the appropriate insurance is in place for the protection of this sizable investment.

I am asking you at this time two questions:

1. Was insurance coverage in place when I sent you a deposit to begin work on my engines?
2. Is there a policy today in place that covers the work on my engines for the life of my warranty?

I expect a prompt response on these urgent matters.



Joseph W. Perkins, Jr. PhD
joe@matrixllc.com
cell (205)246-3123

**EXHIBIT B-6**

Perkins Communication, LLC, et al. v. D'Shannon Products, Ltd, et al.
In the United States District Court for the Northern District of Alabama
Civil Action No. 7:15-cv-01172-lsc

DPL-00280