FILED
2016 Apr-14 PM 03:28
U.S. DISTRICT COURT
N.D. OF ALABAMA

**EXHIBIT 3**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | | |
|---|---|---|
| PERKINS COMMUNICATION, LLC, and MATRIX, LLC | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) | CASE NO.: 7:15-CV-01172-LSC |
| D'SHANNON PRODUCTS, LTD, SCOTT ERICKSON, MICHAEL MOORE, and EARL RAMEY, | ) ) ) ) ) ) | |
| Defendants. | ) | |

## AFFIDAVIT OF JOSEPH PERKINS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' PARTIAL MOTION FOR SUMMARY JUDGMENT

1. My name is Joseph Perkins. I am an adult resident of Tuscaloosa County and am competent to testify to the matters contained herein.

2. I have attached to this affidavit as Exhibit A true and correct copies of emails in my possession which verify the facts contained in this affidavit.

3. I am the sole member of the Plaintiffs Perkins Communication, LLC and Matrix, LLC.

4. I am FAA certified as a private pilot with airplane single engine land, airplane multiengine land, and instrument airplane ratings.

5. I am the principal pilot of the BE-58 Beechcraft Baron (the "Baron") at issue in this litigation.

6. In May, 2013, I began phone conversations with Scott Erickson about replacement windows for my BE-58 Beechcraft Baron. During the course of those discussions,

Erickson told me he was opening an engine shop in North Carolina. When he learned I was interested in replacing the engines on my Baron, he began very aggressively selling me on the merits of his "Genesis" engines.

7. As the conversations progressed, Erickson told me of the expertise that would be available to build engines "better than the originals."

8. Erickson represented that D'Shannon had a "cutting edge" engine shop. In fact, this engine shop did not exist. The testing equipment and other tools required to run the shop had not be purchased. The principal mechanic used on the project, Earl Ramey, had not been hired. The parts required for the rebuild were not in their possession.

9. Erickson claimed that his mechanics had outstanding experience and expertise. In fact, Erickson knew that Defendant Mike Moore had previously had his FAA license revoked. Further, Erickson knew that Ramey had never built an aircraft engine.

10. Erickson verbally assured me in May 2013 that D'Shannon had appropriate insurance in place. I learned that this was false on November 18, 2013. Email from Joe Perkins to Scott Erickson. He later repeated the claim in an email after being challenged on the existence of the policy. In November 2013, Erickson sent me a cover sheet of an insurance policy claiming the insurance was in place throughout the process. When I examined the metadata on the PDF, I discovered that the PDF was created on December 1, 2013, causing me to doubt that the policy had been effective as of May 1, 2013.

11. The existence of the insurance was challenged not only by me, but also by Defendant Mike Moore. On November 18, 2013, Erickson sent Moore and email assuring him that he was "making great strides" towards obtaining the insurance. Moore did not believe Erickson.

12. I was assured, in writing, that only Continental approved parts would be used in the engines. Non-approved parts were used.

13. Erickson told me upon signing of the contract for the work that the engines would be completed and installed before the end of July, 2013.

14. I was told repeatedly that the engine work was underway and that progress was being made, but when I pressed to get the work completed, there was always some reason the work was not yet done. Erikson repeatedly told me the engines were completed when they were not. On July 10, 2013, Erikson sent me an email promising to install the finished engines "immediately after Oshkosh." The truth was at that time one engine was not yet completed and work had not even begun on the other.

15. The relationship between Erickson and Moore deteriorated during the project. Erickson did not pay Moore on time. At one point, Moore was almost evicted from his shop. The power was turned off at his shop.

16. I learned that I was not the only D'Shannon customer who received similar false representations from D'Shannon during this time. He made false representations concerning engine delivery to many of his customers.

17. The engines were finally installed in October of 2013.

18. On April 22, 2015, I cranked the Baron before taking off on a business trip. I noticed that the oil pressure in the left engine did not rise to normal levels and, in fact, redlined.

19. I called Mike Terry, the mechanic at Dixie Air in Tuscaloosa, to confirm the oil pressure. He also determined that the oil pressure was too low to risk takeoff.

20. Mike Terry declared the engines to be unairworthy because they contained unauthorized parts and refused to return them to service.

3

21. I almost died. The negligence in the construction of the left engine could have killed me on the last flight before the problem was discovered. If I had not detected the engine oil pressure drop, I would have probably died on takeoff from Tuscaloosa. My family flies in this plane with me.

22. As a result of the Defendants' negligence, I lost the use of my plane. The plane is the key to my business. As a result, I was compelled to rent a replacement.

23. I have also suffered psychological damages as a result of my near death experience. Lasting fear affect both me and my family.

Further the Affiant sayeth naught.

I declare under penalty of perjury pursuant to the laws of the State of Alabama that the foregoing is true and correct. Executed this 13th day of April, 2016, in Tuscaloosa County, Alabama.

*[signature]*

Joseph Perkins

STATE OF ALABAMA          )

COUNTY OF *Tuscaloosa*    )

Before me, **Joseph Perkins,** who being by me first duly sworn, deposes and says that the facts alleged in the foregoing Affidavit are true and correct to the best of his knowledge and belief.

Sworn to and subscribed to before me this *13th* day of *April*, 2016.

*[signature] Carolyn M Smith*
Notary Public
My Commission Expires: *6/8/2019*

**EXHIBIT 3A**

**scott@d-shannon-aviation.com**  
To: Joe Perkins  
Earl Ramey

May 23, 2013 at 5:49 PM  
For Review

Hello Joe,

Here is the fella that just agreed to join our team, he and Mike would build up your engines. We agree to stand behind their work with over 50 years of upgrading history in the balance.

Looking forward to speaking with you again tomorrow.

Scott Erickson  
D'Shannon Aviation  
800-291-7616

> -------- Original Message --------
> Subject: Earl Ramey
> From: <mike@d-shannon-aviation.com>
> Date: Thu, May 23, 2013 5:03 am
> To: "scott Erickson" <scott@d-shannon-aviation.com>
>
> Every December, is the annual PRI (performance racing industry) exhibition in Daytona, FL. It used to be in Indianapolis.
>
> By invitation only, they choose some of the top engine builders in the racing industry for a engine build off contest (its annual now)
>
> Earl Ramey was one of the first chosen for the first year. It was called the "engine builders showdown" if I recall. I was there watching, 2002 if I recall
>
> Earl won the contest the first year, his old assistant has won it every year since. Earl completely assembled his engine (all contestants build the exact same engine) and had it running in about 20 minutes, by hand, no power tools.
>
> http://www.mbracing.net/news/2002/engine_builder.htm
>
> by the way, a busy NASCAR engine shop will build 1000+ engines per year.
>
> Every gear head dreams of working for a NASCAR team, but only 43 teams make it. Being the engine builder for a Cup team is like being the pitcher or quarter back for a pro sports team.
>
> If you could hire Earl, we would be in tall cotton. He has built far more engines than I ever have, or ever will, albeit, they were not 520/550 Continentals, but that doesn't really matter. He knows what he is doing, and that is a fact. Everyone knows him down here, he is as good as it gets, and he isn't afraid to work.
>
> Good guy.
>
> Mike

Plaintiffs000555

**scott@d-shannon-aviation.com**     July 10, 2013 at 3:07 PM
To: Joe Perkins, mike@d-shannon-aviation.com    Cc: Dixie Air Air, and 1 more...    For Review
Baron order

Excellent Joe,

We are charged to come see you immediately after Osh Kosh!

Scott

Plaintiffs000556

**Mike Moore**  
To: D'shannon Aviation, Joe Perkins, Jclegg28@aol.com, and 1 more...  
Reply-To: Mike Moore  
December 18, 2013 at 8:36 AM  
For Review

Scott,

Per a phone conversation with John Clegg on 12/17/13, you stated that my not signing Joes engine log books was an effort to do you and your business harm. So for Mr. Clegg and anyone else I send this email, I will clarify this situation.

I have not signed the log books to preclude any harm to myself and my family as a result from any future litigation that could arise for any reason or for any occurrence that may or may not involve the engines I built while under contract with D'shannon Aviation. I built the engines with the understanding and both verbal and written confirmation from you, that we were insured to do so, and that I was personally covered/protected. Further more, your own father Dale and father in law Bob, both assured me we were covered, and when I found out we were not, that's when I refused to sign off anything on behalf of D'shannon Aviation, certainly not certified engines for the masses. At this time, both you, your father and father in law assured me it would be taken care of.

When I first began contract work for you, this was the biggest concern I had, we spoke, and emailed about this for some time (I have theses emails). Above and beyond getting paid, this was my only concern, that we would be covered by good completed operations insurance. Again, you assured me that it was in place.

I have many emails in correspondence with you regarding your assurances to me that I was covered. Then I find out, AFTER we had delivered 4 engines and my signing 2 of them (Rice and Travel Management), but PRIOR to my signing off Perkins engines, that I am in fact, NOT COVERED.

You lied to me..

Then a long string of emails followed (I have them all) from all of you, that you were all very sorry, you would make it right, you would get me covered, you would protect me and on and on.

Later you send me 3 or 4 more emails stating that you would provide me a letter on behalf of D'shannon Aviation indemnifying me of any liability from these engines "so I could have peace" you said.. You even told me on the phone while in Alabama, that you HAD made this letter protecting me, I have never received this letter.

As recently as a month ago, you also sent me an email that you were "making great strides with Tom at Wings insurance". I will send it and the other emails to Mr Clegg for proof of our conversations, so that he can see the truth in why I did not sign them off.

To date, I have received nothing from you, all empty promises.

So yesterday Mr. Clegg tells me that you can, in fact, cover him on your insurance. He asked that Mr. Perkins call him to discuss, so I gave Perkins Mr. Cleggs' phone number as he requested.

So as I understand this, your insurance will cover John Clegg to simply sign off engines in December of 2013, that were installed in October 2013, and built by me in September of 2013? Of which, during that time, Mr. Clegg was unknown to us, not in the shop in either a management or supervisory capacity, and until his visit a week ago, had never been in D'shannons employ.

What am I missing?

Why would a 70+ year old mechanic in Florida, be willing to sign off engines that he has never seen or touched? I would bet its money.

I will explain to you and John Clegg how you are about to get yourself in a ton of trouble, both with your insurance company and the FAA for fraud. There is an old saying that perhaps you have not heard Scott, but you are probably going to learn it the hard way:

***ignorantia legis neminem excusat. translated:*** ignorance of the law excuses no one

==1. Mr. Clegg may not current to build engines under the FAR's. He may be certified, but he may not qualified. This is cut and pasted right from the FAR's. Of which I am in compliance.==

FAR Part 65.83 Recent experience requirements.

A certificated mechanic may not exercise the privileges of his certificate and rating unless, within the preceding 24 months—

(a) The Administrator has found that he is able to do that work; or

(b) He has, for at least 6 months—

(1) Served as a mechanic under his certificate and rating;

(2) Technically supervised other mechanics;

(3) Supervised, in an executive capacity, the maintenance or alteration of aircraft; or

(4) Been engaged in any combination of paragraph (b) (1), (2), or (3) of this section.

Part 65.83 (b)(1) Mr. Clegg must to prove that he has in fact "served" meaning performed as a mechanic under his certificate or rating (meaning he was working on his own certificate, not another such as a 145 repair station or 121 air carrier) in the previous 6 months as applicable.

Part 65.83 (b)(2), Mr. Clegg must provide proof, that for the purposes of signing off the two afore mentioned engines for Mr. Perkins, that he technically supervised the other mechanics employed by D'shannon Aviation for the purposes of overhauling Mr. Perkins engines or any other regulatory requirement necessitating his supervision for the exercise of the privileges of his mechanic certificate as applicable.

Part 65.83 (b)(4) Mr. Clegg must provide proof that he has been engaged in any combination of paragraphs (b), (1), (2), or (3) of this section previous to the time he intends to sign of the engines or 6 months immediately preceding December 18th, 2013.

It is sad that Mr. Clegg would compromise his certificates, expose himself to unlimited liability and commit fraud over a dollar. Its equally sad that you, as an aviation professional, would invite him to do so.

If Mr. Clegg is actually qualified to do the previously mentioned work, he is simply exercising his certificate for monetary gain, as he did not perform or supervise the work he was intending to sign off. So I have included a link to a document on the FAA website concerning this very situation, the misuse of privileges of a certificate for financial gains. See page 13-6 under the heading of "Ethics"

http://www.faa.gov/regulations_policies/handbooks_manuals/aircraft/amt_handbook/media/FAA-8083-30_Ch13.pdf

So for the record, I will repeat this to you and everyone else again. Provide me in writing, with a letter from your underwriter (not your agent), that I was covered by your insurance before, during and after the time we began building engines, and that I will remain covered by your insurance for the purposes of overhauling piston engines for D'shannon Aviation, at 168-B Raceway Drive, Mooresville, NC 28117. Once I receive this letter from your underwriter, and a notarized letter from you and your attorney, that me, my family, heirs etc are protected for the first two engines, and I will sign off Perkins log books upon receipt of those documents.

So question my ethics now Scott, I just advised you and Mr. Clegg that you were headed for a future of pure hell. Or should have I not said a word and let you both move forward with your scheme, and simply let the dominos fall?

I am only asking that you follow through with what you have previously promised me you would do and nothing more.

Mike

**Plaintiffs000557**

**Mike Moore**

To: Joe Perkins
Reply-To: Mike Moore
Re: to consider

November 18, 2013 at 7:58 PM
For Review

hey Joe,

He is an idiot, you should have heard the back pedaling talk today, he actually said he had no recollection of any insurance issues, and that to his knowledge, i would not worry about it and pursue my own insurance.  He actuallly made that up on the spot or he had been rehearsing it for some time.  As your attorney friend said, butter wouldn't melt in his mouth.

After I said to him to "get it resolved or my next phone call will be from my attorney" he said "NOW YOU ARE SOUNDING LIKE JOE PERKINS".  I took it as a compliment.  The last thing I heard was this last email.

Making me an employee tomorrow wont retro actively cover me for anything, he is dumber than I give him credit for if he thinks I would actually buy that story.

He is setting himself up for a nice insurance fraud case, which is fine by me.  In the mean time, if I can use this situation to leverage him to get the 6-8K that he owes me and the 290K plus that he owes others,  thats fine.  I would walk away from mine to get some of my friends paid off.

With the exception of helping my friends that have been stuck by Mr,Erickson, I am done with D'shannon.  It is hoped that I wont have to talk to him much anymore, this way, any communication will be forced to be in writing.

Here is a short list of the bad debt that I am aware of, all of these people are friends of mine that I brought to the table, with the assurance that Mr.Erickson was an honorable person.

Doug Neal, about 4K for the sale of a project Bonanza
Kirk Nelson, about 150K ($150,000.00) for engine cores and engine parts.
ECI for engine parts 50K.
The Landlord, 5K
TNT composites for new wingtips/tanks 18K
Pro Fabrication for new tuned exhuast for Bonanza 10K
Tyler Rasche for fabrication work 6K
Kevin Hartley Equipment for shop equipment 45K
Ervin Enterprises for shelving, racking and carts 7K
Hofer Law firm for patent applications 10K
AvWorks (me) for past due expenses 8K

Thats over 300K

Mike

**Plaintiffs000558**

**scott@d-shannon-aviation.com**     November 29, 2013 at 9:16 AM
To: Joe Perkins    Cc: Bert M. Guy,    Kim Gosnell Hines     For Review
Response requested

We wrote our policy with Allianz in May of this year, it covers product liability and the engine manufacturing is written on the policy.

Plaintiffs000559

**scott@d-shannon-aviation.com**
To: Joe Perkins
Response requested

December 1, 2013 at 8:10 AM
For Review

Earl Ramey is covered under our insurance and was covered when he did the build up and test on your engines.

Plaintiffs000560

**Mike Moore**          November 18, 2013 at 10:17 AM
To: Joe Perkins          For Review
Fwd: engine log books



Begin forwarded message:

**From:** <mike@d-shannon-aviation.com>
**Subject: engine log books**
**Date:** November 18, 2013 at 7:58:33 AM CST
**To:** "scott Erickson" <scott@d-shannon-aviation.com>

Scott,

I would like to know what you intend to do about the insurance for theses engines (Rice, Purvis and Perkins). You told me on several occasions that you would "take care of it" and I have seen nothing. You said you would protect me from any liability claim and I want to know how you are going to do that.

I don't feel comfortable, and I am personally on the hook, what are you going to do, and when are you going to do it?

Do you understand what you have done?

Mike

**Mike Moore**  
To: Joe Perkins  
Fwd: Insurance

November 18, 2013 at 6:11 PM  
For Review

This just in from Scott, I'm not going to respond to him right now.

How do you make "great strides" with an insurance company? They give you a quote and you pay the bill.

Sent from my iPhone

Begin forwarded message:

> **From:** <scott@d-shannon-aviation.com>
> **Date:** November 18, 2013, 6:23:53 PM EST
> **To:** michaelhmoore@yahoo.com, mike@d-shannon-aviation.com
> **Subject: Insurance**
>
> Making some good strides with Wings Insurance.
>
> Will be sending you a check with taxes taken out, the only way to make you an employee.
>
> Will let you know more tomorrow.
>
> Scott

**Plaintiffs000562**

**scott@d-shannon-aviation.com**  
To: Joe Perkins  
Our Insurance

December 1, 2013 at 9:26 AM  
For Review

Joe,

The previous document was a summary of coverage's from my broker, not my actual policy.

Please reference the attached, this is a declarations page from my policy.

Let me know if you have any questions.

Scott Erickson


ALLIANZ--POLICY-5-13-TO-5-14-.pdf

Plaintiffs000563