FILED

2016 Nov-14  PM 06:47
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 2

## Page 1

```
 1          IN THE UNITED STATES DISTRICT COURT
 2          FOR THE NORTHERN DISTRICT OF ALABAMA
 3                    WESTERN DIVISION
 4 -------------------------------------------------
 5 Perkins Communication, LLC,
 6 and Matrix, LLC,
 7                    Plaintiffs,
 8 v.          Case No.: 7:15-CV-01172-LSC
 9 D'Shannon Aviation, Ltd.,
10 Scott Erickson,
11 Michael Moore,
12 and Earl Ramey,
13                    Defendants.
14 -------------------------------------------------
15
16
17               DEPOSITION OF
18               SCOTT ERICKSON
19
20          Taken May 12, 2016
21          Commencing at 9:00 a.m.
22
23
24
25     REPORTED BY:  SHEILA D. FEARING
```

## Page 2

```
 1        Deposition of SCOTT ERICKSON, taken on the
 2 12th day of May, 2016, commencing at 9:00 a.m. at
 3 Paradigm Reporting & Captioning, 527 Marquette
 4 Avenue South, 1400 Rand Tower, Minneapolis,
 5 Minnesota, before Sheila D. Fearing, RPR, CRR, and
 6 Notary Public of and for the State of Minnesota.
 7
 8            * * * * * * * * * * *
 9
10               APPEARANCES
11
12 On Behalf of the Plaintiffs:
13        Stephen D. Wadsworth, Esquire
14        Campbell Guin Williams Guy & Gidiere, LLC
15        Financial Center
16        505 North 20th Street
17        Suite 1600
18        Birmingham, Alabama 35203
19        205-224-0750
20        stephen.wadsworth
21
22
23
24
25 (Appearances continued on the next page.)
```

## Page 3

```
 1 On Behalf of the Defendants:
 2        Timothy A. Heisterhagen, Esquire
 3        Armbrecht Jackson, LLC
 4        Post Office Box 290
 5        63 South Royal Street
 6        13th Floor Riverview Plaza
 7        Mobile, Alabama 36602
 8        251-405-1300
 9        tah@ajlaw.com
10
11
12
13
14
15
16
17
18
19
20
21
22
23 Note:  The original transcript will be delivered to
24 Stephen D. Wadsworth, Esquire, pursuant to the
25 applicable Rules of Civil Procedure.
```

## Page 4

```
 1               I N D E X
 2 WITNESS:  SCOTT ERICKSON
 3
 4
 5 EXAMINATION:
 6 By Mr. Wadsworth:                      9, 199
 7 By Mr. Heisterhagen:                      190
 8
 9
10 EXHIBITS MARKED AND/OR REFERRED TO:
11 EXHIBIT 1:  5/23/13 email from Erickson to Perkins
12        Re:  Earl Ramey
13        Plaintiffs 000555                      38
14 EXHIBIT 2:  6/20/13 email from Erickson to Kim
15        Re:  Mr Perkins
16        Plaintiffs 000094                      41
17 EXHIBIT 3:  Email exchange - Re:  PO for D'Shannon
18        DPL-00040 - 43                      43
19 EXHIBIT 4:  6/25/13 email from Ball to Erickson
20        Re:  Orders for Rice/Perkins engines
21        DPL-00044 - 51                      47
22 EXHIBIT 5:  7/22/13 email from Erickson to Hines
23        Re:  Payment
24        Plaintiffs 000104                      52
25
```

**Scott Erickson**
**5/12/2016**

Page 5

1  EXHIBIT 6:  8/26/13 email from Dale Erickson
2        Re:  Genesis Engine Weekly Purchase List
3        DPL-00141-142                              54
4  EXHIBIT 7:  8/29/13 email string
5        Re:  Invoice for propellers
6        Plaintiffs 000105                          66
7  EXHIBIT 8:  9/2/13 email string
8        Re:  Update
9        DPL-000146                                 71
10 EXHIBIT 9:  9/16/13 email from Erickson
11       Re:  Pictures
12       Plaintiffs 000109 - 112                    73
13 EXHIBIT 10:  9/10/13 email string
14       Re:  Engine test run requirements
15       DPL-00177 - 184                            76
16 EXHIBIT 11:  9/13/13 email string
17       Re:  Sales order 25192 from Dynon
18       Avionics, Inc.
19       DPL-00192 - 193                            83
20 EXHIBIT 12:  9/23/13 email string
21       Re:  Dyno Testing...Perkins
22       DPL-00232-233                              87
23 EXHIBIT 13:  10/23/13 email string
24       Re:  Invoice 1330 FOR Joe Perkins
25       Plaintiffs 000128                          96

Page 6

1  EXHIBIT 14:  11/18/13 email from Perkins
2        Re:  N6745M
3        Plaintiffs 000150                          99
4  EXHIBIT 15:  Aviation Commercial General            11:18:46
5        Liability Coverage Declarations               11:18:50
6        Plaintiffs 000015                     104     11:18:50
7  EXHIBIT 16:  Cancellation Endorsement
8        AGCS-AV 8950 (07-06)                  111     11:18:50
9  EXHIBIT 17:  Aviation Commercial General            11:32:46
10       Liability Insurance Policy                    11:32:46
11       Plaintiffs 000026 - 69               116     11:32:46
12 EXHIBIT 18:  Engine logbook entry                   11:38:47
13       Dixie 000328 - 331                    120
14 EXHIBIT 19:  Left-hand engine logbook entry
15       Dixie 000482 - 484                    123
16 EXHIBIT 20:  Continental Aircraft Engine
17       Permold Series Engine
18       Maintenance and Overhaul Manual
19       DPB-Continental Motors 00893; 902;
20       1532 - 1535                           125
21 EXHIBIT 21:  9/24/13 email string
22       Re:  Total-FBO...Kobielush input
23       DPL-00244 - 251                       134
24
25

Page 7

1  EXHIBIT 22:  7/19/13 email string
2        Re:  Perkins BE-58 order
3        Plaintiffs 000098 - 101                    140
4  EXHIBIT 23:  11/18/13 email from Perkins
5        Re:  Engine log books
6        Plaintiffs 000561                          151
7  EXHIBIT 24:  12/18/13 email from Moore
8        Plaintiffs 000557                          153
9  EXHIBIT 25:  3/15/14 email string
10       Re:  Mistake in wire transfer
11       MM-0035                                    158
12 EXHIBIT 26:  11/18/13 email from Moore
13       Re:  To consider
14       Plaintiffs 000558                          160
15 EXHIBIT 27:  10/23/13 email from Hargreaves
16       Re:  Invoice 1330 for Joe Perkins
17       Plaintiffs 000125 - 127                    165
18 EXHIBIT 28:  6/28/13 invoice 1330 to Perkins
19       from D'Shannon Aviation
20       (No Bates Numbers)                         167
21 EXHIBIT 29:  7/14/15 email from D'Shannon
22       Re:  Invoice 1330 for Joe Perkins
23       DPL-00323 - 324                            170
24
25

Page 8

1  EXHIBIT 30:  3/24/14 email string
2        Re:  Letter to Joe Perkins
3        DPL-00309 - 310                            171
4  EXHIBIT 31:  7/23/14 letter from Erickson
5        to Perkins
6        Plaintiffs 000093                          176
7  EXHIBIT 32:  7/24/14 email from Perkins
8        Re:  Letter
9        DPL-00330                                  177
10 EXHIBIT 33:  11/18/13 email string
11       Re:  N6745M
12       Plaintiffs 000146 - 147                    181
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 9

1           P R O C E E D I N G S
2                SCOTT ERICKSON,
3   duly sworn, was examined and testified as follows:
4           MR. HEISTERHAGEN:  Before we get          09:01:09
5   started can we do the usual stipulations.          09:01:11
6           MR. WADSWORTH:  Yeah, that's fine.          09:01:12
7   No objections other than to form.  Do you want     09:01:12
8   to read and sign?                                  09:01:14
9           MR. HEISTERHAGEN:  Scott's going to        09:01:14
10  read and sign, but the objections is mainly        09:01:15
11  what I'm concerned about.  That's fine.            09:01:18
12               EXAMINATION                           09:01:25
13  BY MR. WADSWORTH:                                  09:01:25
14  Q.      Good morning, Mr. Erickson.               09:01:25
15  A.      Good morning.                              09:01:26
16  Q.      My name is Stephen Wadsworth.  I           09:01:27
17  represent the plaintiffs in this case Perkins      09:01:28
18  Communications and Matrix, LLC.                    09:01:30
19          To get started, could you state your       09:01:32
20  name for the record.                               09:01:36
21  A.      Scott Richard Erickson.                    09:01:37
22  Q.      Where do you live, Mr. Erickson?           09:01:38
23  A.      St. Michael, Minnesota.                    09:01:40
24  Q.      Is that close to Minneapolis?              09:01:42
25  A.      30 miles northwest.                        09:01:44

Page 10

1   Q.      Thank you for coming here today.           09:01:48
2   A.      You bet.                                   09:01:50
3   Q.      Mr. Erickson, could you walk me through    09:01:50
4   your employment history starting with where are   09:01:54
5   you now and what's your title?                     09:01:56
6   A.      Head worker bee.                           09:01:57
7   Q.      All right.  Is that what it says on the    09:02:01
8   business card?                                     09:02:03
9   A.      Yeah.  I think it says "modification       09:02:03
10  specialist."                                       09:02:07
11  Q.      Okay.  For who?                            09:02:07
12  A.      D'Shannon Aviation, which is actually      09:02:09
13  our d/b/a.  Our parent name is D'Shannon           09:02:12
14  Products, Limited.  That's who holds all the       09:02:15
15  STCs and is registered with the Secretary of       09:02:18
16  State.  And all those names are with the FAA.      09:02:23
17  So our d/b/a is D'Shannon Aviation.                09:02:30
18  Q.      In this case we have sued D'Shannon        09:02:34
19  Products, Limited.  Is that good enough to         09:02:39
20  reach you both or do we need to amend to           09:02:40
21  include D'Shannon Aviation?                        09:02:43
22  A.      No, I think that's it because that's the   09:02:44
23  company.                                           09:02:46
24  Q.      Okay.  I got you.  And how long have you   09:02:46
25  been with D'Shannon?                               09:02:49

Page 11

1   A.      Well, I was with a company called Beryl    09:02:51
2   D'Shannon.  Started with them back on January 4    09:02:54
3   of 1993.  And that was Beryl D'Shannon Aviation    09:02:56
4   Specialties, Inc.                                  09:03:01
5   Q.      Is that Berle like Milton Berle,           09:03:01
6   B-E-R-L-E?                                         09:03:01
7   A.      B-E-R-Y-L.                                 09:03:08
8   Q.      Okay.                                      09:03:08
9   A.      And then it was probably December 10 of    09:03:08
10  2010 that I took over and we changed the name      09:03:15
11  to D'Shannon Products, Limited.                    09:03:18
12  Q.      Do you own D'Shannon Products, Limited?    09:03:20
13  A.      Yes.                                       09:03:22
14  Q.      Do you have any partners or                09:03:24
15  shareholders?                                      09:03:24
16  A.      No partners.                               09:03:24
17  Q.      All right.  And are you basically the      09:03:25
18  company's only officer?                            09:03:27
19  A.      Yes.                                       09:03:29
20  Q.      Do you have any other members of the       09:03:30
21  board of directors other than you?                09:03:32
22  A.      No.                                        09:03:33
23  Q.      Okay.  And before 1993 -- that's,          09:03:34
24  obviously, been a long time -- what did you do?    09:03:37
25  A.      I was in flight school at the University   09:03:39

Page 12

1   of North Dakota in Grand Forks.                    09:03:43
2   Q.      Do you have any pilot licenses?            09:03:45
3   A.      Yes.                                       09:03:48
4   Q.      Tell me what kind of licenses you have.    09:03:48
5   A.      Just got my private license.  I was        09:03:50
6   halfway through my commercial and my instrument    09:03:53
7   training and I had a brain abscess.  And so the    09:03:55
8   brain abscess took me out because I had the        09:03:59
9   chance of seizures.  So the FAA wouldn't let me    09:04:02
10  fly for two years.  So that really pushed my       09:04:04
11  degree from an aeronautical studies degree to      09:04:08
12  an aviation business degree, where before it       09:04:11
13  was pretty much just aviation.                     09:04:15
14  Q.      Grand Forks is the home of the Fighting    09:04:16
15  Sioux?                                             09:04:19
16  A.      Yes, now the Fighting Hawks, if you can    09:04:19
17  believe it.                                        09:04:22
18  Q.      Really?                                    09:04:22
19  A.      It changed.                                09:04:23
20  Q.      I must have missed that.                   09:04:23
21  A.      They took that away from us.               09:04:25
22  Q.      And your major in college was aviation     09:04:27
23  business then?                                     09:04:29
24  A.      Correct.                                   09:04:31
25  Q.      And straight out of college you went to    09:04:31

Page 13

| | | |
|---|---|---|
| 1 | work for Beryl D'Shannon? | 09:04:32 |
| 2 | A.    Within about two weeks. | 09:04:34 |
| 3 | Q.    Okay.  And what all titles have you had | 09:04:35 |
| 4 | with -- well, I guess since you started working | 09:04:38 |
| 5 | at D'Shannon? | 09:04:39 |
| 6 | A.    Marketing manager, modification | 09:04:41 |
| 7 | specialist. | 09:04:45 |
| 8 | Q.    What does a modification specialist do? | 09:04:48 |
| 9 | A.    Basically we specialize in | 09:04:51 |
| 10 | modifications.  We just designed a new exhaust | 09:04:53 |
| 11 | system for the Bonanza and the Baron. | 09:04:55 |
| 12 | Q.    Okay. | 09:04:55 |
| 13 | A.    And we just designed a number of other | 09:04:57 |
| 14 | upgrades for lighting on the aircraft.  So | 09:05:01 |
| 15 | we're modifying an original design.  That's | 09:05:05 |
| 16 | what we call modifications. | 09:05:07 |
| 17 | Q.    Now, do you have any engineering | 09:05:08 |
| 18 | background? | 09:05:09 |
| 19 | A.    No, but I hire a lot of engineers. | 09:05:10 |
| 20 | Q.    Okay.  So you oversee these projects and | 09:05:12 |
| 21 | you leave kind of the nuts and bolts -- no pun | 09:05:15 |
| 22 | intended -- to engineers under you? | 09:05:17 |
| 23 | A.    Correct.  I wouldn't say they're under | 09:05:23 |
| 24 | me, but they're around me. | 09:05:24 |
| 25 | Q.    Okay.  And you are the head worker bee | 09:05:25 |

Page 14

| | | |
|---|---|---|
| 1 | and they're merely worker bees? | 09:05:27 |
| 2 | A.    Right. | 09:05:29 |
| 3 | Q.    Do you have any mechanic's licenses with | 09:05:29 |
| 4 | the FAA? | 09:05:34 |
| 5 | A.    No. | 09:05:34 |
| 6 | Q.    Do you have any non-flight-related | 09:05:36 |
| 7 | licenses with the FAA? | 09:05:40 |
| 8 | A.    No. | 09:05:42 |
| 9 | Q.    Do you still hold your pilot's license? | 09:05:44 |
| 10 | A.    It's not current.  I hold it, but I | 09:05:46 |
| 11 | don't fly and I don't get flight reviews.  I | 09:05:50 |
| 12 | don't fly very much anymore. | 09:05:54 |
| 13 | Q.    I guess tell me a little bit about the | 09:05:55 |
| 14 | history of D'Shannon.  You said before we went | 09:06:00 |
| 15 | on the record that goes back to the '60s. | 09:06:01 |
| 16 | A.    1960 in Van Nuys, California. | 09:06:04 |
| 17 | Q.    I guess how was it started? | 09:06:09 |
| 18 | A.    By a guy by the name of Allan Peterson. | 09:06:11 |
| 19 | He started working on the Beechcraft fleet back | 09:06:16 |
| 20 | in 1960.  And then through the years he | 09:06:19 |
| 21 | continued to alter the name that was originally | 09:06:24 |
| 22 | Beryl Aviation and then it became Beryl | 09:06:27 |
| 23 | D'Shannon Aviation.  Then it became Beryl | 09:06:30 |
| 24 | D'Shannon Aviation Specialities, Inc.  He | 09:06:30 |
| 25 | continued to acquire assets from different | 09:06:34 |

Page 15

| | | |
|---|---|---|
| 1 | individuals that had modification approvals. | 09:06:38 |
| 2 | And when their estates or when they decided | 09:06:40 |
| 3 | they were going to sell, he would go and buy | 09:06:44 |
| 4 | those assets. | 09:06:46 |
| 5 | Q.    Now, what is a modification approval? | 09:06:46 |
| 6 | A.    It's a supplement to a type certificate. | 09:06:49 |
| 7 | So the manufacturer of the aircraft has a type | 09:06:52 |
| 8 | certificate and he owns what's a supplement. | 09:06:54 |
| 9 | And now I own what is a supplement to that type | 09:06:56 |
| 10 | certificate so we can adjust the original | 09:07:00 |
| 11 | design of that aircraft. | 09:07:02 |
| 12 | Q.    Now, is that primarily, I guess, what | 09:07:02 |
| 13 | your company does?  Do you go out and buy | 09:07:05 |
| 14 | preexisting supplemental type certificates? | 09:07:07 |
| 15 | A.    That's what he did. | 09:07:13 |
| 16 | Q.    Okay. | 09:07:14 |
| 17 | A.    I don't.  I create them.  Just to | 09:07:16 |
| 18 | clarify, I acquired Allan Peterson's STCs.  And | 09:07:29 |
| 19 | then since then we've been creating new STCs. | 09:07:36 |
| 20 | Q.    Now, the Genesis upgrade, was that one | 09:07:38 |
| 21 | that D'Shannon created? | 09:07:42 |
| 22 | A.    That was one that Beryl D'Shannon | 09:07:43 |
| 23 | created. | 09:07:45 |
| 24 | Q.    But it was one that was created rather | 09:07:46 |
| 25 | than acquired? | 09:07:48 |

Page 16

| | | |
|---|---|---|
| 1 | A.    Right.  That's correct. | 09:07:49 |
| 2 | Q.    Tell me how long has D'Shannon been | 09:07:51 |
| 3 | doing the Genesis upgrade? | 09:07:55 |
| 4 | A.    Let me clarify.  There's actually two | 09:07:57 |
| 5 | Genesis upgrades. | 09:08:00 |
| 6 | Q.    Okay. | 09:08:00 |
| 7 | A.    When you asked me initially what the | 09:08:01 |
| 8 | Genesis upgrade was, I was thinking of the | 09:08:03 |
| 9 | large gross weight increase upgrade, which came | 09:08:06 |
| 10 | first. | 09:08:09 |
| 11 | Q.    Okay. | 09:08:09 |
| 12 | A.    And we called that the Genesis.  And | 09:08:09 |
| 13 | that brought a Bonanza up 350 to 400 pounds. | 09:08:10 |
| 14 | Now we have an engine that we call the Genesis | 09:08:17 |
| 15 | engine. | 09:08:20 |
| 16 | Q.    Okay. | 09:08:20 |
| 17 | A.    And we've just recently named it that | 09:08:20 |
| 18 | here in the last couple of years because we | 09:08:22 |
| 19 | wanted to be linked to the preexisting Genesis | 09:08:24 |
| 20 | upgrade. | 09:08:26 |
| 21 | Q.    I got you.  So kind of a branding thing? | 09:08:28 |
| 22 | A.    Correct. | 09:08:31 |
| 23 | Q.    Okay.  You already had the successful | 09:08:31 |
| 24 | name in the market; it was the Genesis upgrade, | 09:08:34 |
| 25 | so you wanted this to be a Genesis engine | 09:08:36 |

Page 17

1   upgrade?                                              09:08:39
2   A.      And it's Genesis Engines by D'Shannon.        09:08:39
3   Q.      And does the Genesis Engines by               09:08:43
4   D'Shannon, this Genesis upgrade -- I'm going to       09:08:43
5   refer to it as the Genesis upgrade in my mind.        09:08:47
6   And that's the one that I'm talking about; not        09:08:49
7   the prior one.                                        09:08:51
8   A.      Okay.                                          09:08:51
9   Q.      Does it have a corresponding weight           09:08:54
10  increase for the plane?                               09:08:55
11  A.      No.                                            09:08:58
12  Q.      What does the Genesis upgrade do, the         09:08:59
13  one that Mr. Perkins purchased?                       09:09:03
14  A.      I'm not sure if it was the Genesis at         09:09:07
15  the time.  I'm thinking that it was.  But to be       09:09:10
16  honest with you, I don't remember if that was         09:09:13
17  the name at the time.                                 09:09:14
18  Q.      I think it was.                                09:09:15
19  A.      Okay.                                          09:09:16
20  Q.      But even if it wasn't, we understand the      09:09:17
21  upgrade?                                              09:09:21
22  A.      Sure.  Yes.                                    09:09:21
23  Q.      What does it do?                               09:09:22
24  A.      It simply raises the available               09:09:24
25  horsepower for that airframe.  So you take an         09:09:26

Page 18

1   existing set of engines, which are rated 285          09:09:29
2   horsepower, and then it brings each of them --        09:09:35
3   because there's two of them -- it brings each         09:09:38
4   of them up to 300.                                    09:09:40
5   Q.      Would that increase the performance of        09:09:41
6   the aircraft?                                         09:09:43
7   A.      Yes, it would.                                 09:09:43
8   Q.      Would it change the engines from, say, a      09:09:45
9   Continental IO-520 to an IO-550?                      09:09:50
10  A.      Correct.                                       09:09:55
11  Q.      What is the difference between those          09:09:55
12  models?                                               09:09:56
13  A.      There's a different crankshaft.  There's      09:09:57
14  some different rods; basically, a longer stroke       09:10:00
15  so that you can yield more horsepower.  And the       09:10:05
16  crankcase can be reused in most cases where you       09:10:09
17  can take a 520 case and make it a 550, but we         09:10:14
18  don't have that approval.  So basically what we       09:10:18
19  have the approval to do is put those engines,         09:10:20
20  the 550s you referred to, in the airframe.  And       09:10:21
21  that's the STC I was referring to.  We're            09:10:25
22  adjusting the original type certificate that          09:10:28
23  came with his plane that called out the 520s          09:10:30
24  and we're adjusting that to accept the 550s.          09:10:33
25  Q.      Now, to apply an STC -- which stands for      09:10:37

Page 19

1   Supplemental Type Certificate, correct?              09:10:40
2   A.      Yes.                                           09:10:42
3   Q.      To apply the changes to a STC, what kind      09:10:43
4   of FAA approvals or certificates do you need?         09:10:45
5   A.      That was the STC that I was referring        09:10:48
6   to.  And that was a preexisting STC that we           09:10:51
7   acquired on December 10 of 2010 from Beryl            09:10:53
8   D'Shannon.  And it basically requires that            09:10:56
9   those engines go in.  It doesn't require that         09:10:58
10  those engines go in.  It doesn't require the          09:11:02
11  that's necessary and almost mandatory, because        09:11:06
12  for cooling you need to make sure they're on          09:11:08
13  the engines, because they're air-cooled               09:11:09
14  engines.  Then there's a remarking of the -- if       09:11:11
15  it's a combination manifold pressure fuel flow        09:11:14
16  gauge, the fuel flow side of the instrument is        09:11:25
17  remarked and recalibrated.  Possibly some             09:11:28
18  cables are changed.  There's some hoses and so        09:11:33
19  on.  But a very reasonable conversion to take         09:11:35
20  place in the field.  You wouldn't have to come        09:11:40
21  to a specialized facility.  Usually that              09:11:42
22  installation can take place in the field              09:11:45
23  anyplace around the world.                            09:11:47
24  Q.      And that's, actually -- I think at the        09:11:48
25  end of the answer is kind of what I was getting       09:11:50

Page 20

1   at.  Do you have to be like, say, a power             09:11:51
2   plant?  Could an IA or a service center -- what       09:11:55
3   do you have to be in order to actually perform        09:11:59
4   an STC change?                                        09:12:02
5   A.      Well, I think maybe the question should       09:12:04
6   be asked what do you need to do to do the             09:12:07
7   installation of that particular conversion.           09:12:09
8   The STC gives whoever installs it the authority       09:12:11
9   to do it.  But the only kind of person who can        09:12:14
10  sign off on that install is an IA.                     09:12:16
11  Q.      Okay.  What is an IA, for the record?         09:12:20
12  A.      It's basically an authority designation       09:12:23
13  that is given from the FAA, if I understand it         09:12:27
14  properly.  And it's given once you've been an         09:12:30
15  A&P, an airframe and power plant mechanic, for        09:12:34
16  a period of time.  You can then become an IA          09:12:39
17  when another IA has been mentoring you and you        09:12:44
18  pass a certain number of tests.  I don't know         09:12:49
19  it because I'm not one, but I believe that's          09:12:51
20  how it works.                                         09:12:54
21  Q.      So an A&P would be like, say, the lower       09:12:54
22  level of FAA-approved mechanic, right?                09:12:59
23  A.      Correct.                                       09:13:02
24  Q.      And then after you have been an A&P for       09:13:02
25  a certain period, you have your --                    09:13:05

Page 21

1    A.    Years.                                          09:13:07

2    Q.    Years.  You would have to pass a certain        09:13:07

3    number of tests and you can become an IA?             09:13:09

4    A.    And also, I believe, have a reference,          09:13:12

5    someone recommends you that's already an IA, I        09:13:17

6    believe.                                              09:13:17

7    Q.    Does D'Shannon have IAs on staff?               09:13:21

8    A.    Yes.                                            09:13:24

9    Q.    Who do you have on staff with an IA             09:13:25

10   designation?                                          09:13:28

11   A.    Les Anderson, John Clegg, Tim Brooks.  I        09:13:28

12   don't believe that's current, though.  I             09:13:37

13   believe we have one or two more, but I'm not          09:13:45

14   going to say that because I don't know for            09:13:46

15   sure.                                                 09:13:48

16   Q.    But those are the two and possibly third        09:13:48

17   that you feel comfortable mentioning?                 09:13:51

18   A.    Right.  They've all been IAs.  It's just        09:13:53

19   a question of if they're current or not.  Tim         09:13:56

20   Brooks is the only one I'm not sure if he's           09:14:00

21   current or not.                                       09:14:00

22   Q.    You said he needs to sign off.  What            09:14:01

23   does he need to sign off on?                          09:14:03

24   A.    Are you speaking of the installation of         09:14:06

25   the engines?                                          09:14:09

Page 22

1    Q.    Yes, when the engines are installed.           09:14:09

2    A.    Sign off that the STC has been complied         09:14:10

3    with.  So when they do the installation --           09:14:14

4    usually it's a he.  When he does the                 09:14:16

5    installation, he needs to make sure that he          09:14:18

6    goes through all the documentation and that the      09:14:20

7    paperwork within the STC flight manual               09:14:22

8    supplements, drawings, an installation manual,       09:14:25

9    that all of those things have been implemented       09:14:30

10   on that particular airframe that he's working        09:14:33

11   on and then he can sign that airframe's              09:14:36

12   logbooks that the STC has been complied with.        09:14:38

13   Q.    Does the IA then have ultimate                 09:14:41

14   supervisory authority over the STC change?           09:14:43

15         MR. HEISTERHAGEN:  Object to form.             09:14:48

16   BY MR. WADSWORTH:                                     09:14:50

17   Q.    Like he has to sign off.  He has to sign       09:14:51

18   off on this.  Does he also have to supervise         09:14:53

19   the work?                                             09:14:57

20   A.    I'm not sure on that in regard to an           09:14:59

21   installation of engines.  I'm not sure on that.      09:15:04

22   I'm assuming that he does.  I'm not sure if an       09:15:08

23   A&P can do the work and then the IA can come at      09:15:10

24   the end and oversee this.  I'm not sure on that      09:15:12

25   one.                                                 09:15:15

Page 23

1    Q.    If there was a problem with the work,          09:15:16

2    who would the FAA come after?  Like this is          09:15:19

3    speaking generally; not anything specific.          09:15:23

4    A.    You're talking about the installation of       09:15:26

5    the engines?                                         09:15:27

6    Q.    Let's say there's been an installation.       09:15:28

7    It now complies with a Supplemental Type            09:15:31

8    Certificate and there's a problem with the          09:15:35

9    engine.  Who would the FAA call first?  Does it     09:15:37

10   call the person who signed off on the work?         09:15:40

11   A.    I'm not sure.  I couldn't answer that         09:15:43

12   honestly because I don't know the answer.  I'm      09:15:48

13   assuming it would be an IA.                          09:15:51

14   Q.    That's fine.  I mean, I'm just trying to      09:15:53

15   get my head around what it is that you do.          09:15:57

16   A.    We don't do installations very much.          09:16:01

17   When you asked what do we do, that's not what       09:16:04

18   we really do.  We don't do installations very       09:16:06

19   often, just to let you know.                         09:16:08

20   Q.    What do you do?                               09:16:09

21   A.    We create the STCs.  We modify the            09:16:10

22   preexisting STCs that we acquired.  That's          09:16:16

23   really what we're in the business of doing.  We     09:16:19

24   build engines and we receive approvals on those     09:16:22

25   engines to make sure that every process we          09:16:24

Page 24

1    follow in those engines is approved.               09:16:26

2    Q.    What do you do when you get a                 09:16:29

3    modification?  Do you farm it out to an            09:16:33

4    independent contractor to actually perform the     09:16:36

5    upgrade?                                            09:16:38

6    A.    Yes.  They will call us and say their        09:16:39

7    client is looking to do a certain upgrade.         09:16:42

8    We'll say, okay, what upgrade are you looking      09:16:45

9    for?  Let's go over the details of what that       09:16:47

10   upgrade entails.  Then once they receive that      09:16:50

11   information, we'll send them installation          09:16:52

12   manuals, even slide shows of previous              09:16:55

13   installations that took place from the             09:16:57

14   beginning of the dismantling of the project to     09:16:59

15   the build-up of the project and then the           09:17:01

16   completion of the project.  Those slide show       09:17:03

17   pictures can tell a story and help the IA          09:17:04

18   determine if they want to get involved in a        09:17:08

19   project of that caliber and size.                   09:17:10

20   Q.    And you are a former marketing guy.  Who     09:17:12

21   is D'Shannon's customer?  Do you view your         09:17:14

22   customer -- let me kind of ask a clarification.    09:17:18

23   Do you view your primary customers as being the   09:17:23

24   end-user of the airplanes or, say, the various     09:17:27

25   A&P shops, IAs and other mechanic shops?           09:17:32

Page 25

1  A.      I think it's a bend of all of those, but   09:17:34
2  I think we focus on the end-user because we        09:17:36
3  want the end-user to be enlightened about          09:17:38
4  what's available to them and then how much work    09:17:42
5  is involved so there's not a surprise in           09:17:44
6  regards to labor, for example.  So we can give     09:17:46
7  them a parts cost, but we're not doing the         09:17:49
8  installation 99 percent of the time.  So we try    09:17:51
9  to educate their installation team as much as      09:17:54
10 we can so they can give a reasonable quote to      09:17:58
11 the end-user that they would add on top of the     09:18:00
12 parts quote that we gave.                          09:18:02
13 Q.      So in general you would, say, advertise    09:18:02
14 in a general aviation magazine with the hope       09:18:06
15 that an end-user, somebody who would actually      09:18:08
16 use the airplane, would see this and go to         09:18:11
17 their local mechanic, go to their installer and    09:18:17
18 say I want something like this.  Would that be     09:18:19
19 correct?                                           09:18:21
20 A.      Correct.                                   09:18:21
21 Q.      But D'Shannon itself doesn't do the        09:18:22
22 upgrades most of the time, correct?                09:18:27
23 A.      The majority of the time we do not.        09:18:28
24 Q.      How many upgrades do you do a year at      09:18:32
25 D'Shannon itself?                                  09:18:36

Page 26

1  A.      That can vary year to year, but I would    09:18:37
2  say probably ten to 20.  That could be an          09:18:44
3  airframe upgrade.  That could be a power plant     09:18:47
4  upgrade.  It's usually not a power plant           09:18:49
5  upgrade.  It's usually an airframe upgrade like    09:18:53
6  our fuel tip tanks or -- now we're installing      09:18:53
7  our exhaust systems for the Bonanza and Baron.     09:19:00
8  Q.      Do you have certain mechanics or IAs       09:19:10
9  that you have a kind of special relationship       09:19:15
10 with?                                              09:19:18
11 A.      Yes.                                       09:19:18
12 Q.      Which ones would those be that you kind    09:19:19
13 of have these are the D'Shannon-preferred          09:19:22
14 providers of the upgrade?                          09:19:24
15 A.      You mean across the world?                 09:19:25
16 Q.      Sure.  Let's start with kind of broadly.   09:19:28
17 How many countries do you have them in?            09:19:30
18 A.      30, 40.                                    09:19:32
19 Q.      In the United States how many of those     09:19:34
20 mechanics do you have?                             09:19:37
21 A.      Hundreds.                                  09:19:38
22 Q.      And are these people that just are         09:19:40
23 authorized to do your upgrades or are these        09:19:43
24 mechanics that D'Shannon has sort of an            09:19:47
25 independent contractor relationship?               09:19:49

Page 27

1  A.      We never have an independent contract      09:19:53
2  relationship with them.  They're not employed      09:19:56
3  by us.  That's not how we operate.                 09:19:57
4  Q.      Can you describe the relationship          09:19:59
5  between D'Shannon and, say, Mike Moore of          09:20:02
6  AvWorks or D'Shannon and AvWorks as it existed     09:20:06
7  -- well, let's start with that.  How did you       09:20:10
8  first meet Mike Moore?                             09:20:11
9  A.      It was many years ago and I don't          09:20:28
10 remember where I met him.                          09:20:31
11 Q.      Do you remember roughly how many years     09:20:31
12 ago it was?                                        09:20:34
13 A.      A decade or ten to 15 years, maybe.        09:20:35
14 Q.      And has Mike Moore -- how long has Mike    09:20:38
15 Moore been performing upgrades based off           09:20:44
16 D'Shannon STCs?                                    09:20:46
17         MR. HEISTERHAGEN:  Object to form.         09:20:49
18 He's not doing it anymore.                         09:20:52
19 BY MR. WADSWORTH:                                  09:20:54
20 Q.      Do you remember when he started doing      09:20:54
21 upgrades for D'Shannon STCs?                       09:20:57
22 A.      I'm going to say approximately five        09:21:07
23 years ago, maybe.                                  09:21:08
24 Q.      So 2011-ish?                               09:21:10
25 A.      I'm going to say that's -- I mean, he      09:21:11

Page 28

1  wasn't doing them for us.  In fact, it was         09:21:13
2  previous to that.  He called us and he had         09:21:17
3  bought an STC for a client who had a Baron.        09:21:18
4  And he did the installation of that set of         09:21:22
5  engines for that Baron -- at least I was told      09:21:26
6  this.  I never witnessed it myself, but I'm        09:21:31
7  going of what I was told -- for Rusty              09:21:32
8  Wallace's brother, Mike Wallace, I believe it      09:21:35
9  was.  And that was done in Mooresville, I was      09:21:38
10 told.  That was maybe, I believe, somewhere        09:21:40
11 five-plus years ago.  And I think that was my      09:21:45
12 first interaction with him.  If I could go back    09:21:48
13 to that.  And so in our discussions he called      09:21:50
14 and said, "I have two engines I bought for         09:21:53
15 these 550-C's that go in this Baron and I want     09:21:55
16 your STC to put it in this aircraft and your       09:22:00
17 baffle cooling kits.                               09:22:04
18 Q.      What did you say?                          09:22:06
19 A.      Yes.  We gave him a quote.  We sent him    09:22:07
20 the STC and the baffle cooling kits that they      09:22:11
21 had purchased.  He did the install.  That was      09:22:14
22 the end of it.  I never heard much more about      09:22:16
23 it after that.                                     09:22:19
24 Q.      When did Mike Moore stop being a           09:22:20
25 D'Shannon-preferred -- whatever term you want      09:22:28

Page 29

1    to use -- when did you stop doing business with    09:22:30
2    Mike Moore?    09:22:32
3    A.    Probably two years ago, two years and a    09:22:33
4    few months.    09:22:35
5    Q.    Middle of 2014, early 2014?    09:22:35
6    A.    I would say somewhere between the    09:22:41
7    beginning of 2014 and the end of 2014 -- I'm    09:22:51
8    sorry -- the beginning of 2014 and maybe the    09:22:54
9    summer of 2014.  I don't have that information    09:22:57
10   in front of me, but I believe that was the    09:23:00
11   general area of when we stopped working with    09:23:02
12   him.    09:23:05
13   Q.    Why did you stop working with him?    09:23:05
14   A.    It's not because we didn't want to work    09:23:07
15   with him.  We thought that Mike was a capable    09:23:13
16   individual.  We just had a relationship that    09:23:17
17   had eroded over time and our communication had    09:23:18
18   broken down to such a place that we just    09:23:21
19   couldn't -- we couldn't work together anymore.    09:23:23
20   Q.    Now, let's move to the specifics of this    09:23:33
21   case.    09:23:37
22        How did you first meet Joe Perkins?    09:23:37
23   A.    I never met Joe Perkins, that I'm aware    09:23:40
24   of.  I talked to him on the phone.  You're    09:23:44
25   meaning face to face?    09:23:47

Page 30

1    Q.    You've never met Joe Perkins in person?    09:23:48
2    A.    I don't believe so.    09:23:50
3    Q.    How did you first get in contact -- how    09:23:53
4    did the upgrade for the Baron that's at issue    09:23:56
5    in this litigation, how did that get started?    09:23:59
6    A.    I believe it was purely phone    09:24:03
7    communication.  I believe it started with the    09:24:05
8    phone and then we continued with emails and    09:24:06
9    phone conversations about the upgrade of    09:24:08
10   different facets of the airplane he had.  It    09:24:12
11   was the windows for the aircraft and the    09:24:15
12   windshield, I believe.  And then it was the    09:24:18
13   power plants.  It was the engines as well.  It    09:24:20
14   was the discussion about the propellers that    09:24:22
15   mount to those engines.    09:24:24
16   Q.    So it first started with an upgrade to    09:24:26
17   the windshield, is that correct, and the    09:24:28
18   windows?    09:24:30
19   A.    I don't remember specifically if it was    09:24:32
20   only about the windows, but I just remember it    09:24:33
21   was a general upgrade discussion that took    09:24:35
22   place about windows, engines, propellers.  And    09:24:37
23   then it led into engine analyzers.  And I think    09:24:42
24   that was the -- and the STC, of course, to    09:24:48
25   upgrade that airframe was included in that    09:24:51

Page 31

1    discussion, to take those 520s out and put 550s    09:24:53
2    in that required an STC.    09:24:58
3    Q.    What was the scope of everything that    09:25:00
4    you did on the Beechcraft Baron that belongs to    09:25:04
5    Perkins communication and Matrix?    09:25:08
6    A.    Well, I didn't do anything on the    09:25:11
7    aircraft.  It's just upgrades that we provided    09:25:13
8    to him.  Windows --    09:25:15
9    Q.    What was the scope -- I'm sorry.  What    09:25:16
10   was the scope of those upgrades that you    09:25:18
11   provided to him?    09:25:20
12   A.    The power plant upgrades, the    09:25:21
13   propellers, the baffle cooling kits, the    09:25:25
14   windows.  I'm not sure if we provided the gap    09:25:34
15   seals or not.  I don't remember that.  But I    09:25:38
16   think that was the grand majority of it right    09:25:40
17   there, and the engine analyzer, the one made by    09:25:42
18   the company Auracle.    09:25:45
19   Q.    Now, did this scope grow over time or    09:25:47
20   did you agree to it all in like the first phone    09:25:50
21   call?    09:25:52
22   A.    No, it grew over time.  The first phone    09:25:52
23   call, I believe, actually, if I'm looking back    09:25:56
24   in time, it was airframe upgrades.  It wasn't    09:25:58
25   originally power plant upgrades.  I think that    09:26:01

Page 32

1    discussion came within a few weeks of first    09:26:04
2    talking with him on the phone.    09:26:07
3    Q.    When did that phone discussion happen,    09:26:08
4    those first phone calls?    09:26:10
5    A.    In 2013.    09:26:12
6    Q.    Was it early 2013?    09:26:13
7    A.    I'm not sure if the first phone    09:26:18
8    conversations were in early 2013, but the first    09:26:21
9    recorded conversations I think that I had was    09:26:23
10   late spring, early summer of 2013.    09:26:30
11   Q.    You have recorded phone conversations    09:26:33
12   with Joe Perkins?    09:26:35
13   A.    Well, not recorded, but I had some notes    09:26:35
14   in my documents about sending a quote to him.    09:26:38
15   So when I looked at the quote, I think the    09:26:43
16   quote was May something.  So nothing recorded    09:26:45
17   digitally, no, not that.    09:26:47
18   Q.    Scott, this deposition was about to get    09:26:49
19   really interesting.    09:26:51
20   A.    I wish had I that kind of equipped.    09:26:56
21   Q.    When were the upgrades supposed to be    09:27:07
22   completed?    09:27:07
23   A.    I think the fall of -- late summer, fall    09:27:12
24   of 2013, so within a few months.    09:27:16
25   Q.    Was the work to be done up near    09:27:23

**Scott Erickson**
**5/12/2016**

Page 33

```
1    Minnesota or it was to be done in North          09:27:25
2    Carolina?                                         09:27:30
3    A.    I think it was actually supposed to be      09:27:30
4    done in Alabama from the beginning.  I think      09:27:32
5    the aircraft was down.  So when we say an         09:27:34
6    aircraft is AOG, it means the aircraft is on      09:27:39
7    the ground.  It's not going anywhere.  So we      09:27:40
8    approach it from that perspective and say if      09:27:42
9    it's on the ground, then we have to go to where   09:27:45
10   the airplane is to do the work.  It was in        09:27:47
11   Alabama.                                          09:27:50
12   Q.    Let's start with that.  What is the         09:27:50
13   basis for your understanding that the aircraft    09:27:52
14   is on the ground?                                 09:27:53
15   A.    I was told -- I don't know if it was        09:28:01
16   Mr. Perkins, but I thought that I was told that   09:28:05
17   there was an issue with the alternator.  There    09:28:07
18   had been a gear that had seized or something      09:28:13
19   and there was an issue with the alternator        09:28:15
20   gear.                                             09:28:17
21   Q.    Do you remember when you heard about        09:28:17
22   this?                                             09:28:24
23   A.    December of 2013.                           09:28:24
24   Q.    So probably after the additional phone      09:28:25
25   calls about starting the project?                 09:28:27
```

Page 34

```
1    A.    I would assume so.  I don't know for        09:28:31
2    sure.  I don't have that in front of me.  I       09:28:34
3    don't know.                                       09:28:37
4    Q.    Who would have done the work for you in     09:28:37
5    Alabama?                                          09:28:39
6    A.    We didn't have anybody in Alabama, so we    09:28:41
7    -- we encouraged Mr. Perkins to consider having   09:28:44
8    a team of guys that contracted with us, the       09:28:47
9    same individual that was building the engines.    09:28:50
10   He was capable and could be hired independently   09:28:55
11   to do that work.  We thought that would serve     09:28:58
12   Mr. Perkins pretty well.  He had another          09:29:03
13   individual that was with him.  I don't know if    09:29:05
14   that individual was an IA, but another            09:29:06
15   individual that could also do that work.          09:29:08
16   Q.    Where was this team?                        09:29:11
17   A.    They were in Mooresville, North             09:29:13
18   Carolina.                                         09:29:16
19   Q.    This is the AvWorks, the Mike Moore         09:29:16
20   team?                                             09:29:19
21   A.    Right.                                      09:29:19
22   Q.    When you say his team, who all was on       09:29:19
23   his team?                                         09:29:21
24   A.    I'm not sure he really has a formal         09:29:22
25   team, but he had suggested that he could bring    09:29:25
```

Page 35

```
1    a friend of his that is a very capable and very   09:29:26
2    well known -- how would you categorize him --     09:29:29
3    aircraft specialist who had rebuilt warbirds,     09:29:34
4    some of the most complex jobs that I think        09:29:38
5    could be done in general aviation for, you        09:29:41
6    know, aircraft that are, you know, 10,000         09:29:44
7    pounds and greater like a warbird.  He was very   09:29:50
8    familiar with those, rebuilding those from the    09:29:53
9    ground up.  And he was more than capable to do    09:29:55
10   the work with Mike Moore.                         09:29:58
11   Q.    What was that guy's name?                   09:29:59
12   A.    Dennis Hallman.                             09:30:06
13   Q.    Is it your understanding that Dennis        09:30:09
14   Hallman is in North Carolina?                     09:30:11
15   A.    At the time, yes.  I saw him there.  I      09:30:12
16   met him there at his home.                        09:30:16
17   Q.    Was Earl Ramey part of this team?          09:30:19
18   A.    For the installation of the engines?       09:30:23
19   Q.    Yes.                                        09:30:26
20   A.    No.  Earl Ramey isn't an installer.        09:30:26
21   He's a builder.                                   09:30:28
22   Q.    Is it your understanding that Earl Ramey   09:30:30
23   did no work on the Beechcraft Baron?             09:30:34
24   A.    I never knew of anything that he would      09:30:36
25   do in regard to the airframe.  He built the       09:30:38
```

Page 36

```
1    engines with Mike Moore is my understanding.      09:30:43
2    Q.    Okay.  So we're talking about two           09:30:45
3    different things.  Dennis Hallman was the         09:30:48
4    airframe guy?                                     09:30:50
5    A.    Correct.                                    09:30:51
6    Q.    And is Mike Moore also an airframe guy?     09:30:52
7    A.    Yes.                                        09:30:57
8    Q.    And Earl Ramey would work on the            09:30:58
9    engines?                                          09:31:01
10   A.    Power plant guy.                            09:31:01
11   Q.    Do you know what licenses any of those      09:31:03
12   people hold?  Let's start with Dennis Hallman.    09:31:05
13   Do you know what FAA mechanic's licenses he may   09:31:07
14   hold?                                             09:31:11
15   A.    I don't know what he holds.  I never had    09:31:16
16   that discussion with him about what his           09:31:20
17   licenses were.  It wasn't my place to ask him     09:31:22
18   what licenses he held because I entrusted Mike    09:31:28
19   Moore with that discernment whether or not he     09:31:30
20   would be the kind of individual we would want     09:31:32
21   working on this project.  He said he could do     09:31:34
22   the install with Dennis and Mr. Perkins could    09:31:37
23   pay them directly and they would do the work     09:31:40
24   and Mike could sign it off under his own IA.     09:31:41
25   He never mentioned that Dennis would sign it     09:31:44
```

Scott Erickson
5/12/2016

Page 37

| 1 | off. | 09:31:47 |

1      off.                                                    09:31:47
2      Q.    So is it your understanding, then, that          09:31:48
3      Joe Perkins was to pay Mike Moore directly for          09:31:49
4      all this work?                                          09:31:53
5      A.    For the installation of the engines,             09:31:53
6      yes.                                                    09:31:56
7      Q.    Did you solicit Joe Perkins' business by         09:31:56
8      hyping how good Mike Moore -- by advertising            09:32:22
9      how good Mike Moore and Earl Ramey were?                09:32:25
10     A.    I'm assuming I conveyed to him that I            09:32:29
11     was familiar with Mike Moore and the                    09:32:31
12     recommendation we received from Mike Mangold            09:32:32
13     who was a Red Bull champion.  Mike Moore built          09:32:37
14     his engines.  I don't think it takes much more          09:32:41
15     than that to convince somebody, usually.  You           09:32:44
16     know, somebody wins the Red Bull air races and          09:32:45
17     the individual who flew the aircraft in the Red         09:32:48
18     Bull races recommends somebody, that to me was          09:32:51
19     enough.  So I probably conveyed that                     09:32:53
20     information to Mr. Perkins at the time because          09:32:59
21     I had talked with Mike Mangold about the                09:33:02
22     engines that Mike Moore built for him.                  09:33:05
23            MR. WADSWORTH:  I'm going to mark as             09:33:08
24     Plaintiffs' Exhibit 1 an email between you and          09:33:10
25     Joe Perkins from May 23, 2013.                          09:33:35

Page 38

1                  (Exhibit 1 marked.)                        09:33:40
2      BY MR. WADSWORTH:                                       09:33:41
3      Q.    Let me ask you first, Mr. Erickson, have         09:33:41
4      you seen this email before?                             09:33:43
5      A.    Yes.                                              09:33:44
6      Q.    What is this email?                               09:33:44
7      A.    This is an email from me introducing Joe         09:33:45
8      to Earl Ramey through Mike Moore.                        09:33:52
9      Q.    And does this remind you about when your         09:33:56
10     earlier conversations with Mr. Perkins might           09:34:01
11     have taken place?                                       09:34:03
12     A.    Yes.                                              09:34:04
13     Q.    Would this email be from around the time         09:34:05
14     you had your first conversation?                        09:34:10
15     A.    Yes, like I said.                                09:34:11
16     Q.    Around May 23 then?                               09:34:12
17     A.    Yes.  It looks like on May 23.               09:34:14
18     Q.    But you may have had some conversations          09:34:16
19     in the days prior to that?                              09:34:18
20     A.    Correct.                                          09:34:19
21     Q.    But it would have been in mid to late            09:34:20
22     May probably when you met Joe Perkins?                  09:34:24
23     A.    I never met him, but when we first               09:34:25
24     spoke.                                                  09:34:28
25     Q.    The subject is "Earl Ramey."  "Here is           09:34:29

Page 39

1      the fella that just agreed to join our team, he        09:34:34
2      and Mike would build up your engines."  It             09:34:38
3      looks here like you were saying that Earl Ramey         09:34:41
4      will be doing some of the building work for the         09:34:43
5      power plant, correct?                                   09:34:45
6      A.    Correct.                                          09:34:46
7      Q.    Along with Mike Moore?                            09:34:46
8      A.    Uh-huh.                                           09:34:49
9      Q.    Do you know whether Earl Ramey had any           09:34:49
10     FAA mechanic's licenses at the time?                    09:34:52
11     A.    He did not.                                       09:34:54
12     Q.    Did you communicate that to Joe Perkins?         09:34:56
13     A.    No.                                               09:35:02
14     Q.    Why not?                                          09:35:04
15     A.    I don't think I conveyed that in this            09:35:04
16     email.                                                  09:35:07
17     Q.    Do you know whether you --                        09:35:08
18     A.    Because I forwarded an email that Mike           09:35:09
19     sent to us saying that we were pulling Earl out         09:35:11
20     of the performance racing industry.  And it            09:35:13
21     didn't come up because Mike Moore had told me          09:35:18
22     that once he signs off the engines that are            09:35:20
23     legal, they're legitimate, and my understanding        09:35:24
24     is that the FAA doesn't require the individual         09:35:26
25     who is handling parts and building the engine          09:35:40

Page 40

1      to be FAA approved, but the person who is              09:35:35
2      working with him side by side that's FAA               09:35:37
3      approved can sign off his work.                         09:35:40
4      Q.    Do you know whether Mike Moore is an IA?         09:35:42
5      A.    I believe that he was at the time.  I            09:35:46
6      never saw his license, but he had signed off           09:35:48
7      some other installations and he had an IA               09:35:51
8      signoff, so I assumed it was legitimate.  I            09:35:53
9      didn't think that he would have done that               09:35:56
10     because it would have been a federal offense.          09:35:57
11     Q.    Do you now think that he might have done         09:35:59
12     it because it might have been a federal                 09:36:00
13     offense?  Well, do you now think that he might         09:36:02
14     have done that, signed off without an IA               09:36:05
15     license?                                                09:36:07
16     A.    I don't know.  I don't know if he's an           09:36:10
17     IA or not today.                                        09:36:11
18     Q.    Do you know whether he was an IA when he         09:36:13
19     signed off on the Baron engines?                        09:36:15
20     A.    I believe that he was.  He told me that          09:36:18
21     he was.  He had signed off other jobs.  Like I         09:36:20
22     mentioned, he did the installation for the              09:36:24
23     Baron just a couple years previously and signed        09:36:26
24     off that installation.  And so based on all the        09:36:29
25     installations that he's done and all the work          09:36:36

Page 41

1   that he had done, we were told that he was an        09:36:39
2   IA.  He told us he was an IA and other people        09:36:40
3   told us he was an IA, and a glowing IA at that.      09:36:44
4       MR. WADSWORTH:  I'm going to mark as             09:36:48
5   Plaintiffs' Exhibit 2 another email.                 09:36:49
6       (Exhibit 2 marked.)                              09:36:59
7   BY MR. WADSWORTH:                                     09:37:13
8   Q.   Mr. Erickson, have you seen this                09:37:14
9   document before?                                      09:37:16
10  A.   Yes.                                             09:37:18
11  Q.   What is this document?                           09:37:18
12  A.   It's a notification to his assistant            09:37:25
13  that we were getting close to finishing his          09:37:30
14  engines and would like to go over the details        09:37:32
15  of the Auracle engine monitor, as well as the        09:37:34
16  propeller governors that would be mounted to         09:37:37
17  his engines.                                          09:37:41
18  Q.   And by "his" who are we talking about?           09:37:42
19  A.   Joe Perkins' governors.                         09:37:45
20  Q.   This is an email to --                           09:37:45
21  A.   And Joe Perkins' FBO -- his FBO.                09:37:46
22  Q.   Okay.  It says: "Please let him know we          09:37:49
23  are coming close to finishing his engines and        09:37:54
24  would like to go over a few details on the           09:37:54
25  Auracle engine monitor."                              09:37:57

Page 42

1       Do you know what the state of the                09:37:58
2   engines was as of June 20, 2013?                      09:38:00
3   A.   I was told that they were coming to an          09:38:02
4   end, but it didn't turn out that they were           09:38:04
5   signed off within the month of June.                 09:38:08
6   Q.   Who told you that they were coming to an         09:38:11
7   end in June?                                          09:38:13
8   A.   Mike Moore.                                      09:38:15
9   Q.   So Mike Moore told you they were coming          09:38:16
10  to an end.  Had you personally seen the engines      09:38:19
11  as of June 20?                                        09:38:21
12  A.   I had not.                                       09:38:22
13  Q.   So when you said that the engines are            09:38:23
14  close to being done, you were relying on Mike         09:38:26
15  Moore's --                                            09:38:29
16  A.   Correct.                                         09:38:30
17  Q.   Did you have any reason to believe at            09:38:32
18  the time they weren't close to coming to an           09:38:35
19  end?                                                  09:38:38
20  A.   No, there was nothing that would lead me        09:38:38
21  to believe that they weren't coming to an end.       09:38:40
22  Q.   Do you remember -- does this email help          09:38:42
23  refresh your memory as to when the engines were      09:38:44
24  promised to Mr. Perkins for delivery?                09:38:48
25  A.   You know what?  I don't remember when           09:38:56

Page 43

1   they were promised to him.  I don't have that        09:38:57
2   in front of me.                                       09:39:00
3   Q.   You will soon.  Were you aware that as of        09:39:06
4       Let's see.  Were you aware that as of            09:39:10
5   June 20 Mike and Earl and the guys in                09:39:15
6   Mooresville, North Carolina didn't even have         09:39:20
7   all the parts that they would need to complete       09:39:22
8   the rebuild on the Baron?                             09:39:24
9   A.   I don't know.  I would have to go back          09:39:34
10  and look through my emails.  There weren't a         09:39:35
11  lot of emails between Mike and I.  We               09:39:39
12  communicated mostly by phone.                         09:39:41
13  Q.   Why was that?                                    09:39:43
14  A.   Just because he always had his hands on        09:39:44
15  something, it seemed like.  Whenever I called        09:39:47
16  down there they were busy.  And I didn't want        09:39:49
17  to inhibit their productivity.  I wanted to          09:39:51
18  keep them going.                                      09:39:56
19      (Exhibit 3 marked.)                              09:40:11
20      MR. WADSWORTH:  I'm going to mark as             09:40:12
21  Exhibit 3 an email.                                   09:40:15
22  BY MR. WADSWORTH:                                     09:40:11
23  Q.   Mr. Erickson, have you seen this email          09:40:35
24  before?                                               09:40:37
25  A.   I'm sure I have, yes.                            09:40:40

Page 44

1   Q.   What is this email?                              09:40:40
2       MR. HEISTERHAGEN:  For the record, I             09:41:04
3   can get you a set of these documents that don't     09:41:05
4   have that watermark in the middle of the text.      09:41:07
5       MR. WADSWORTH:  That's fine.  I                  09:41:10
6   don't think it really affects --                     09:41:12
7       MR. HEISTERHAGEN:  It's not going to             09:41:14
8   matter.                                               09:41:15
9       MR. WADSWORTH:  Yeah.                             09:41:15
10  BY MR. WADSWORTH:                                     09:41:16
11  Q.   If it helps, the part of the email I'm          09:41:31
12  referring to is the middle part.  It looks like     09:41:34
13  this was forwarded to you from Peggy                 09:41:36
14  Hargreaves.  I'm referring to this thread that      09:41:39
15  starts from June 24, 2013.                            09:41:41
16  A.   Right.  They basically were the supplier       09:41:43
17  of the cylinders.  So we're placing an order        09:41:52
18  for cylinders, it looks like.                        09:41:55
19  Q.   It says, if you flip to the document            09:41:56
20  marked DPL-42, the purchase order is for            09:41:59
21  Rice/Perkins.  Does this refresh your memory as     09:42:04
22  of June 24, 2013 that you were still ordering       09:42:07
23  parts for Mr. Perkins' engines?                      09:42:12
24  A.   It looks as if these are definitely           09:42:18
25  orders for his engines here.  Is there a date       09:42:20

## Page 45

1  on this sheet?  Is this part of this email?  09:42:22
2  Q.    This was attached to the email, as best  09:42:24
3  as I can read it.  09:42:28
4        MR. HEISTERHAGEN:  I can see where  09:42:35
5  it's attached to the Peggy Hargreaves' email,  09:42:36
6  but I don't see where it was attached to any of  09:42:39
7  these other emails.  09:42:41
8        THE WITNESS:  This is her email,  09:42:43
9  September 1 in review, but this isn't dated in  09:42:45
10 June.  09:42:50
11 BY MR. WADSWORTH:  09:42:51
12 Q.    That could be so.  If you take a look at  09:42:51
13 your email from June 24 at 7:05 a.m., in the  09:42:53
14 middle of the page, it says:  "JB, here is our  09:42:57
15 first order including cylinders."  09:43:01
16       MR. HEISTERHAGEN:  It's not Scott's  09:43:03
17 email.  09:43:04
18       MR. WADSWORTH:  Oh, that's Mike.  09:43:05
19 BY MR. WADSWORTH:  09:43:07
20 Q.    You're copied on it, is that correct?  09:43:07
21 A.    Yup.  09:43:09
22 Q.    I guess you were made aware then as of  09:43:12
23 June 24 that they were still ordering parts for  09:43:14
24 Mr. Perkins' engines?  09:43:19
25 A.    Yes.  It looks like these are the  09:43:19

## Page 46

1  remaining parts, kind of the smaller parts that  09:43:22
2  make up the engines.  09:43:24
3        MR. WADSWORTH:  I just got a text  09:43:28
4  that the people on the phone are having trouble  09:43:29
5  hearing.  Can we go off the record for a half a  09:43:31
6  second.  09:43:35
7        (Discussion off the record.)  09:43:36
8  BY MR. WADSWORTH:  09:44:31
9  Q.    You don't remember necessarily when this  09:44:42
10 attachment, which was attached --  09:44:44
11 A.    It looks like it was attached -- I'm  09:44:45
12 sorry.  09:44:48
13 Q.    This attachment to Peggy Hargreaves'  09:44:48
14 email, you don't remember when you first saw  09:44:51
15 this?  09:44:53
16 A.    Well, I'm assuming I saw it that day,  09:44:55
17 which was Monday, June 24, because I was copied  09:44:57
18 on the email, but I wasn't really involved in  09:44:59
19 ordering the parts.  I think that's one thing  09:45:05
20 that -- I told Mike to speak directly with  09:45:08
21 Peggy and work with her directly and get the  09:45:10
22 parts ordered with Peggy and get it going.  And  09:45:13
23 it looks as if they were ordering parts on  09:45:18
24 June 24.  09:45:20
25       MR. WADSWORTH:  And, Tim, to the  09:45:21

## Page 47

1  effect that this wasn't attached to the June 24  09:45:22
2  email, if you could just get me just another  09:45:24
3  copy of it, that kind of confirms this.  I  09:45:25
4  don't want to --  09:45:29
5        MR. HEISTERHAGEN:  You have  09:45:29
6  everything we have.  09:45:30
7        MR. WADSWORTH:  Okay.  09:45:37
8        MR. HEISTERHAGEN:  I can look again.  09:45:37
9  I think this is what we have.  You can ask Mike  09:45:39
10 about it.  09:45:45
11       MR. WADSWORTH:  I will.  I will next  09:45:51
12 week.  09:45:51
13       (Exhibit 4 marked.)  09:45:55
14 BY MR. WADSWORTH:  09:45:51
15 Q.    Turning to the next exhibit, which is  09:45:52
16 Exhibit 4, Mr. Erickson, have you seen this  09:45:54
17 email before?  09:46:13
18 A.    Yes, it looks like it was sent to me  09:46:36
19 June 25 of 2013.  09:46:41
20 Q.    Do you recognize this as being parts  09:46:43
21 that were necessary to complete the Genesis  09:46:45
22 upgrade on the Perkins aircraft?  09:46:48
23 A.    Yes.  09:46:50
24 Q.    So as of June 25 they still didn't have  09:46:51
25 all the parts that they needed to complete the  09:46:54

## Page 48

1  upgrade?  09:46:56
2  A.    That's what it looks like.  09:46:56
3  Q.    Did you ever send an email or give a  09:46:58
4  call to Joe Perkins and say, hey, the June 20  09:47:00
5  email where I said it was going to be delivered  09:47:02
6  or completed next week, we need to push back  09:47:04
7  our expectations?  09:47:06
8  A.    I don't believe that I sent him an  09:47:10
9  email, that I am aware of.  I think we simply  09:47:14
10 wanted to expedite the parts and make sure we  09:47:17
11 pushed the engines forward and get them  09:47:18
12 completed.  The parts were available, so I'm  09:47:20
13 assuming that we received the parts in a  09:47:22
14 reasonable period of time.  I just don't know  09:47:25
15 that.  09:47:27
16 Q.    And is that -- basically the story of  09:47:29
17 this is that you had very little involvement,  09:47:31
18 correct, with the actual upgrades of the  09:47:34
19 engine, is that fair?  09:47:36
20 A.    You mean during the process of their  09:47:38
21 build?  09:47:42
22 Q.    Yes.  09:47:43
23 A.    Yes.  09:47:43
24 Q.    So you would receive information from  09:47:43
25 Mike and then you would relay this information  09:47:45

Page 49

```
 1    to Joe; is that what would happen?                   09:47:46
 2    A.    I think whatever we communicated with          09:47:54
 3    Mike -- I don't know if Mike was communicating       09:47:54
 4    with Joe or if it was just me communicating          09:47:55
 5    with Joe, but I was trying to communicate with       09:47:58
 6    Joe on a regular basis and give him an update        09:48:00
 7    as to where we were and what was taking place        09:48:03
 8    and when we thought the engine would be              09:48:06
 9    completed.  It looks like June 25 we were            09:48:08
10    getting parts shipped to us.                         09:48:11
11    Q.    If you're getting parts shipped on             09:48:18
12    June 25, based on your experience, when would        09:48:21
13    you expect an engine to be completed?               09:48:21
14    A.    It takes probably three or four days to        09:48:23
15    get to us.  And then assembling the engines          09:48:26
16    takes about a week's time to actually take all       09:48:30
17    the parts, put them on a cart and begin the          09:48:32
18    assembly and at least one day to run the engine      09:48:34
19    at the end.                                          09:48:37
20    Q.    Do you know, was Mike Moore an                 09:48:40
21    established FAA mechanic at the time that you        09:48:43
22    first started doing business with him?               09:48:45
23    A.    I couldn't answer that question because        09:48:48
24    from my perspective everything appeared that he      09:48:49
25    had a very good history and he had references        09:48:51
```

Page 50

```
 1    of people who had won races around the globe,        09:48:55
 2    literally; not just the United States.  And          09:49:00
 3    those individuals I had talked to and actually        09:49:01
 4    met face to face.  There was another one that        09:49:03
 5    he had done.  I think his name was Mr. Goulian        09:49:05
 6    who was another racer that gave Mike a glowing        09:49:07
 7    report as well.  So that information along with       09:49:09
 8    other technicians that I talked with in               09:49:14
 9    Mooresville and around Charlotte, that led me         09:49:16
10    to believe that he was an A&P for somewhere --        09:49:21
11    you know, a couple of decades.  And in that          09:49:21
12    period of time, like I mentioned previously,          09:49:28
13    his A&P turned into an IA.  He applied for the        09:49:30
14    IA and received it.                                  09:49:33
15    Q.    So when you started doing business with        09:49:34
16    Mike Moore you expected that he already had all       09:49:35
17    the tools that he would need to complete an          09:49:36
18    engine upgrade?                                      09:49:37
19          MR. HEISTERHAGEN:  Object to form.             09:49:39
20    BY MR. WADSWORTH:                                    09:49:39
21    Q.    Would that be fair?                            09:49:42
22    A.    What tools are you referring to?               09:49:44
23    Q.    Wrenches, you know, just --                    09:49:46
24    A.    Correct.                                       09:49:48
25    Q.    All the specialized tools that it would        09:49:48
```

Page 51

```
 1    take to complete a Genesis upgrade, you assumed      09:49:51
 2    that he had; would that be fair?                     09:49:55
 3    A.    No, because he didn't have the equipment       09:49:55
 4    to follow some of the certain processes, but he      09:49:58
 5    had the tools to assemble an engine was my           09:50:04
 6    understanding.                                       09:50:08
 7    Q.    What tools did he lack at the time that        09:50:11
 8    he started the Perkins engine upgrade?               09:50:13
 9    A.    Well, we never did buy -- when we were         09:50:16
10    in Mooresville we never bought the tool that         09:50:18
11    does the isotropic superfinishing to the gears.      09:50:21
12    So we had the isotropic superfinishing done by       09:50:25
13    a team right there in Mooresville, Roush Yates.      09:50:27
14    Q.    So that was actually completed by             09:50:36
15    someone outside of Moore's AvWorks team, is         09:50:38
16    that correct?                                        09:50:40
17    A.    Correct.  Just like these parts were           09:50:40
18    acquired outside of our team, the gear work and      09:50:42
19    some of the treatment to the parts was done          09:50:52
20    outside our facility because we didn't have          09:50:56
21    that equipment.  Now in our facility in Oshkosh      09:50:58
22    we do have that equipment.                           09:51:04
23    Q.    And there was some discussion, actually,       09:51:11
24    about coming to see Joe after Oshkosh in the         09:51:13
25    email traffic.  Do you remember those emails?        09:51:19
```

Page 52

```
 1    A.    Who was going to see him after Oshkosh?        09:51:21
 2    Mike?                                                09:51:23
 3    Q.    Mike said you were charged to see Joe          09:51:25
 4    after Oshkosh is my memory of that event.           09:51:27
 5    A.    I don't remember that.  I don't remember       09:51:27
 6    that.                                                09:51:28
 7          MR. WADSWORTH:  I'm going to mark as           09:51:38
 8    Exhibit 5 an email from July 22, 2013.              09:51:39
 9          (Exhibit 5 marked.)                            09:51:36
10    BY MR. WADSWORTH:                                    09:51:37
11    Q.    Have you seen this email before?              09:51:55
12    A.    Yes, I sent Kim an email at Matrix.           09:52:04
13    Q.    Is this another email where you're            09:52:09
14    assuring her that everything, including the          09:52:11
15    engines, are moving and should be finished next      09:52:13
16    week?                                                09:52:15
17          MR. HEISTERHAGEN:  Object to the              09:52:16
18    form.                                                09:52:17
19    A.    I'm trying to think what everything is,        09:52:26
20    if that's the windows.  I mean, I can,               09:52:28
21    obviously, see the windows are referred to           09:52:30
22    here.  Yes, I sent this to her, it looks like,       09:52:36
23    right before AirVenture.                             09:52:39
24    BY MR. WADSWORTH:                                    09:52:41
25    Q.    What is AirVenture?                           09:52:41
```

Page 53

1    A.    The Oshkosh fly-in every year.  It's          09:52:43
2    annual event that takes place about a week.         09:52:45
3    Q.    Oshkosh, Wisconsin?                            09:52:47
4    A.    Yup.                                           09:52:48
5    Q.    What kind of events do they have there?        09:52:48
6    A.    It's a fly-in where there are a lot of         09:52:53
7    different performers.  There's a lot of             09:52:58
8    educational seminars, exhibitors, aircraft          09:53:00
9    manufacturers.                                      09:53:04
10   Q.    So it was your understanding that you          09:53:05
11   would deliver Joe Perkins' plane to him the         09:53:07
12   week following your trip to Oshkosh?                09:53:10
13   A.    No, it's not my understanding.  I don't        09:53:12
14   know where you get that from.                       09:53:15
15   Q.    Okay.                                          09:53:16
16   A.    I don't see that anywhere.                     09:53:17
17   Q.    Well, it says that the engine should be        09:53:18
18   finished next week.  When would you expect to       09:53:20
19   have them deliver it if they were finished by       09:53:22
20   the end of July?                                    09:53:24
21   A.    I don't know, because we were helping          09:53:25
22   him coordinate the install.  And that would be      09:53:27
23   based on Mike Moore and Dennis Hallman and when     09:53:31
24   they could come down there to do the install.       09:53:33
25   It wouldn't just be the completion of the           09:53:37

Page 54

1    engines.  It would be the availability of the       09:53:38
2    install team.  That's one thing we were trying      09:53:41
3    to coordinate as well.                              09:53:49
4         MR. WADSWORTH:  I'm going to mark as            09:53:52
5    Exhibit 6 another email.                            09:53:53
6         (Exhibit 6 marked.)                            09:53:51
7  BY MR. WADSWORTH:                                      09:53:52
8    Q.    Have you seen this email before?               09:54:20
9    A.    Yup.                                           09:54:29
10   Q.    Now, it's from Dale Erickson.  That's a        09:54:31
11   name that hasn't come up today.  Who is Dale        09:54:34
12   Erickson?                                           09:54:37
13   A.    My father.                                     09:54:37
14   Q.    Does he have any involvement with             09:54:38
15   D'Shannon?                                          09:54:43
16   A.    He is a person that we contract with          09:54:43
17   every once in a while for projects.  At this       09:54:45
18   point in time he had just spent time with these    09:54:50
19   guys at AirVenture.  We were with Earl and Mike    09:54:53
20   at Oshkosh.                                         09:54:58
21   Q.    With these guys, you mean Earl and Mike       09:54:59
22   then, is that correct?                             09:55:02
23   A.    Right.                                        09:55:03
24   Q.    What was the nature of Dale's dealings       09:55:04
25   with Earl and Mike on behalf of D'Shannon?         09:55:09

Page 55

1    A.    He was trying to help me in regard to         09:55:10
2    coordinating different projects that we had to      09:55:13
3    help keep things on track.  I asked him, "Can       09:55:17
4    you be communicating with these guys and just       09:55:22
5    make sure everything is going forward?"  And I      09:55:23
6    think that's what's really taking place here.       09:55:27
7    Q.    So did you feel at least as of August         09:55:29
8    26, 2013, that things were running behind in        09:55:32
9    North Carolina?                                     09:55:38
10   A.    I'm not sure if I knew then or if it          09:55:38
11   happened too long after, but I believe at this     09:55:42
12   point in time is when I started to question        09:55:46
13   Mike Moore about how things were going and what    09:55:49
14   our processes were so we knew from start to        09:55:51
15   finish, from the ordering of parts to the time     09:55:53
16   that the parts arrived, and then what would        09:55:56
17   happen to the parts once they arrived, and then    09:55:58
18   at that point in time how much time would it       09:56:01
19   take to assemble the engine and run the engine.    09:56:05
20   And we were trying to get them to give us          09:56:09
21   specific timelines.  Instead of vague             09:56:13
22   generalities we wanted specifics:  How long is     09:56:16
23   this process?  How long is this process?  And      09:56:18
24   walk through each step and get timelines           09:56:21
25   associated with those steps.                       09:56:23

Page 56

1    Q.    Why wouldn't you have gotten this            09:56:27
2    squared away at the beginning of your             09:56:31
3    association with AvWorks?                          09:56:34
4    A.    He told me it would take about a month       09:56:35
5    to order parts, get the parts in, treat the       09:56:38
6    parts, and build the engine.  So I went off of    09:56:40
7    that because he's built a number of engines.      09:56:44
8    He's built a number of Lycoming Engines and       09:56:54
9    Continental engines.                              09:56:57
10   Q.    So he told you at the beginning it would    09:56:57
11   take approximately a month.  You had no reason    09:57:00
12   to question that, did you?                        09:57:02
13   A.    Correct, because he was a seasoned          09:57:03
14   engine builder.  And that's what -- I was under   09:57:05
15   the impression that's what AvWorks was.           09:57:08
16   AvWorks was an engine builder.                    09:57:12
17   Q.    An aviation builder?                         09:57:14
18   A.    An aviation builder, yup.                    09:57:15
19   Q.    And here we are August 26, approximately    09:57:17
20   three months after you first started speaking     09:57:19
21   with Joe Perkins and his engines aren't          09:57:21
22   complete.  So at this point did you start to      09:57:24
23   believe that the engines were being delayed in    09:57:27
24   North Carolina?                                   09:57:29
25   A.    Yes.                                         09:57:30

**Scott Erickson**
**5/12/2016**

Page: 15 (57 - 60)

Page 57

```
 1   Q.    If we flip to the back page it says that    09:57:31
 2   the date promised for Joe Perkins' engine is      09:57:36
 3   August 9, 2013.  Does this date have any          09:57:40
 4   significance?                                      09:57:47
 5   A.    I'm assuming that's the date we promised     09:57:50
 6   it to him for the Baron.  That's what it looks     09:57:52
 7   like on this sheet.  I'm not sure who made this    09:58:01
 8   sheet.                                             09:58:03
 9   Q.    If you had to guess, would you assume        09:58:10
10   that your father, Dale Erickson, might have        09:58:12
11   made this sheet?                                   09:58:14
12            MR. HEISTERHAGEN:  Object to form.        09:58:15
13   A.    I don't think he did.  I don't think         09:58:18
14   that he did.                                       09:58:21
15   BY MR. WADSWORTH:                                  09:58:23
16   Q.    What is the purpose of a -- it says the      09:58:23
17   weekly purchase list.  What is the purpose of      09:58:25
18   this worksheet, do you know?                       09:58:28
19   A.    I don't know.                                09:58:32
20   Q.    Would you assume that it was just to get     09:58:32
21   a little bit more order in the process like we     09:58:35
22   discussed earlier?                                 09:58:37
23   A.    I believe that's probably what it was.       09:58:38
24   I'm assuming it's something Mike Moore made.  I    09:58:39
25   don't know.                                        09:58:46
```

Page 58

```
 1   Q.    But if we take this weekly purchase list     09:58:46
 2   at face value, the Baron is already late at the    09:58:49
 3   time that email goes out on August 26, 2013,       09:58:53
 4   correct?                                           09:58:55
 5            MR. HEISTERHAGEN:  Object to the          09:58:55
 6   form.                                              09:59:00
 7   BY MR. WADSWORTH:                                  09:59:00
 8   Q.    It's promised on August 9, correct?          09:59:01
 9   A.    I'm not sure that was when it was            09:59:07
10   promised.  The form says that.  I'm not sure if    09:59:08
11   that's when it was promised.                       09:59:11
12   Q.    It says that this is a form that will        09:59:23
13   be -- copied on this form weekly is Scott,         09:59:27
14   Mike, Earl and Dale.  "That way we will all        09:59:30
15   know 'whas up'.... thanks Earl... Dale."  Is       09:59:36
16   this a form that would go around weekly?           09:59:42
17   A.    I think it's actually a different            09:59:47
18   format.  I don't think that's the format.  I       09:59:49
19   think it's a different format.                     09:59:51
20   Q.    Was there a similar form to this that        09:59:52
21   you would see weekly?                              09:59:54
22   A.    I think there was.  It was actually a        09:59:55
23   whiteboard.  And everybody updated their           10:00:00
24   whiteboard.  It was actually a digital form.       10:00:02
25   It was a whiteboard that we had based on           10:00:03
```

Page 59

```
 1   conference calls.  So then we would put the        10:00:06
 2   information on the whiteboard and everybody         10:00:10
 3   would have it in their rooms, at least in our       10:00:12
 4   building.  I didn't see the whiteboard in          10:00:14
 5   Mooresville, but I assume that they had it.        10:00:16
 6   Q.    Now, this whiteboard, did you have one        10:00:18
 7   for all of your D'Shannon-approved contractors     10:00:28
 8   or was it just AvWorks?                            10:00:32
 9   A.    Just AvWorks.  It was just for engine        10:00:35
10   building.                                          10:00:38
11   Q.    Why would you have one for this              10:00:38
12   particular contractor and not for anyone else?     10:00:41
13   A.    Because engines are more involved than       10:00:47
14   the other upgrades that we offer.  We felt it      10:00:51
15   warranted having an organized focus about where    10:00:53
16   the engines were in the process and what needed    10:00:56
17   to be done to make sure we worked towards the      10:00:59
18   dates we were given and the team was given.        10:01:04
19   Q.    Was AvWorks then the only approved           10:01:07
20   contract for engine upgrades at D'Shannon?         10:01:13
21   A.    The only approved engine builder for         10:01:16
22   D'Shannon -- engine upgrades are done all over     10:01:19
23   the world, not to be confused with engine          10:01:20
24   building.  Engine upgrades are airframe changes    10:01:24
25   due to power plant upgrades within them.           10:01:27
```

Page 60

```
 1   Q.    Do you consider the Genesis upgrade that     10:01:32
 2   is at issue here to be an engine build or an       10:01:34
 3   engine upgrade?                                    10:01:38
 4   A.    Both.                                        10:01:38
 5   Q.    So it would have to be done by an engine     10:01:40
 6   builder; would that be fair?                       10:01:44
 7   A.    Any engine that's built has to be built      10:01:46
 8   by an engine builder.  Any install that takes      10:01:48
 9   place has to be installed by certified             10:01:52
10   installers in the sense that you can't sign off    10:01:54
11   an aircraft without a certification, just like     10:01:55
12   you can't sign off an engine without a             10:02:00
13   certification.                                     10:02:01
14   Q.    So out of all the installers in all the      10:02:02
15   30 countries in the world and all across the       10:02:07
16   United States, if you had a Genesis upgrade,       10:02:09
17   you would recommend sending it to Mike Moore at    10:02:12
18   AvWorks, is that correct?                          10:02:15
19   A.    For specific installations we would at       10:02:18
20   that time.  At that time that's what we did.       10:02:22
21   But 90 percent of the conversions that take        10:02:25
22   place aren't done with an engine rebuild.          10:02:27
23   Q.    Let's assume that unless I specify           10:02:33
24   differently, we're not talking about as of         10:02:35
25   2016.  I understand that things change.  I mean    10:02:39
```

Page 61

| | | |
|---|---|---|
| 1 | as of May 2013, that was what you would | 10:02:41 |
| 2 | recommend.  You want a Genesis rebuild.  We | 10:02:45 |
| 3 | need to send you to North Carolina to Mike | 10:02:48 |
| 4 | Moore, is that correct? | 10:02:50 |
| 5 | A.    No, it's not correct. | 10:02:53 |
| 6 | Q.    Okay.  Where else would you have | 10:02:54 |
| 7 | recommended sending? | 10:02:57 |
| 8 | A.    When you say sending, are you saying | 10:03:01 |
| 9 | sending for an installation or for the engine | 10:03:03 |
| 10 | build? | 10:03:06 |
| 11 | Q.    For the referral for the engine build. | 10:03:06 |
| 12 | A.    Well, we would give the information on | 10:03:08 |
| 13 | the quote that we would give them for an | 10:03:10 |
| 14 | engine, but we only had a certain capacity of | 10:03:13 |
| 15 | how many engines we could build with the team | 10:03:17 |
| 16 | that we had assembled. | 10:03:19 |
| 17 | Q.    In Minnesota? | 10:03:19 |
| 18 | A.    In Mooresville.  When I say "we," I say | 10:03:21 |
| 19 | Mike Moore.  We had assembled a team and hired | 10:03:23 |
| 20 | that team and then put those people in that | 10:03:25 |
| 21 | facility there in Mooresville on Raceway Drive. | 10:03:28 |
| 22 | They were building about 5 or 10 percent of the | 10:03:35 |
| 23 | engines for the conversions that were taking | 10:03:38 |
| 24 | place in the field. | 10:03:40 |
| 25 | Q.    Who paid the rent on the facility at | 10:03:42 |

Page 62

| | | |
|---|---|---|
| 1 | Raceway Drive? | 10:03:45 |
| 2 | A.    We did. | 10:03:46 |
| 3 | Q.    D'Shannon did? | 10:03:46 |
| 4 | A.    D'Shannon did, yup. | 10:03:48 |
| 5 | Q.    Who paid Mike Moore's paycheck? | 10:03:49 |
| 6 | A.    We did.  We paid him as a contractor to | 10:03:52 |
| 7 | build these engines. | 10:03:55 |
| 8 | Q.    Did you pay Earl Ramey's paycheck? | 10:03:55 |
| 9 | A.    Yes. | 10:03:59 |
| 10 | Q.    Mr. Hallman, did you pay his? | 10:04:01 |
| 11 | A.    No, because, again, any installation we | 10:04:04 |
| 12 | wouldn't be paying for.  The customer would | 10:04:06 |
| 13 | deal directly with those installers and work | 10:04:08 |
| 14 | directly with those installers.  We wouldn't do | 10:04:11 |
| 15 | the installation.  We would just give them a | 10:04:13 |
| 16 | name and a number of someone in their area that | 10:04:16 |
| 17 | could do the installation, as we did with | 10:04:19 |
| 18 | Mr. Perkins.  We gave him the name and the | 10:04:21 |
| 19 | number of Mike Moore to communicate with so | 10:04:22 |
| 20 | that Mike Moore could go down there with a | 10:04:25 |
| 21 | chosen team member.  I think it was Dennis | 10:04:28 |
| 22 | Hallman -- I don't know for sure -- and go do | 10:04:31 |
| 23 | the installation and Mr. Perkins could work | 10:04:32 |
| 24 | with him directly on the install and we would | 10:04:34 |
| 25 | be involved in that.  But the installations of | 10:04:37 |

Page 63

| | | |
|---|---|---|
| 1 | engines we don't usually do as a company. | 10:04:39 |
| 2 | Q.    But there's two steps to this process | 10:04:42 |
| 3 | then if I'm hearing you correctly.  I really am | 10:04:43 |
| 4 | just trying to clarify at this point.  The | 10:04:46 |
| 5 | first step is D'Shannon's contractors, Mike | 10:04:49 |
| 6 | Moore, Earl Ramey and team, do the engine | 10:04:53 |
| 7 | build, is that correct? | 10:04:56 |
| 8 | A.    Correct. | 10:04:57 |
| 9 | Q.    Okay.  And these people are part of | 10:04:57 |
| 10 | D'Shannon? | 10:05:00 |
| 11 | A.    They're not really part of D'Shannon. | 10:05:03 |
| 12 | At the time they're contractors that we paid to | 10:05:07 |
| 13 | build the engines.  At that point in time they | 10:05:12 |
| 14 | weren't employees, I don't believe.  We made | 10:05:14 |
| 15 | them employees at a later date. | 10:05:16 |
| 16 | Q.    Yes, you did.  But they were part of the | 10:05:20 |
| 17 | D'Shannon team but they were independent | 10:05:27 |
| 18 | contractors? | 10:05:29 |
| 19 | A.    Correct. | 10:05:30 |
| 20 | Q.    And then after they do their engine | 10:05:31 |
| 21 | build, the engines go to Mr. Hallman, or that's | 10:05:33 |
| 22 | who you recommended the engines go to, to be | 10:05:36 |
| 23 | installed back onto the plane, is that correct? | 10:05:38 |
| 24 | A.    No, that's not correct. | 10:05:42 |
| 25 | Q.    All right.  What happens after that, | 10:05:43 |

Page 64

| | | |
|---|---|---|
| 1 | after the engine build? | 10:05:44 |
| 2 | A.    After the engine build, on this | 10:05:45 |
| 3 | particular job, Mike would take the engines | 10:05:47 |
| 4 | down and do the install in Alabama and bring | 10:05:50 |
| 5 | Mr. Hallman, if he chose to bring him. | 10:05:57 |
| 6 | Q.    Who is Mike? | 10:06:01 |
| 7 | A.    Mike Moore. | 10:06:02 |
| 8 | Q.    So Mike would install the engines as | 10:06:03 |
| 9 | well, possibly with Mr. Hallman; possibly not? | 10:06:08 |
| 10 | A.    Just on this particular job. | 10:06:11 |
| 11 | Q.    Now, when did your relationship with | 10:06:23 |
| 12 | Mr. Perkins start getting heated? | 10:06:26 |
| 13 | A.    I don't know the exact date. | 10:06:29 |
| 14 | Q.    Okay.  Let's start with this.  Did your | 10:06:33 |
| 15 | relationship with Mr. Perkins eventually start | 10:06:47 |
| 16 | getting heated? | 10:06:49 |
| 17 | A.    Yes. | 10:06:49 |
| 18 | Q.    Why was Mr. Perkins upset? | 10:06:49 |
| 19 | A.    Because he had wanted his engines in a | 10:06:54 |
| 20 | shorter period of time and we didn't deliver | 10:07:01 |
| 21 | the engines in the time that he had asked.  We | 10:07:06 |
| 22 | tried.  We gave it all that we had to deliver | 10:07:11 |
| 23 | them, but I think we were -- based on the | 10:07:13 |
| 24 | signoff of the engines, it looks like I think | 10:07:15 |
| 25 | Mike Moore signed off one engine in the | 10:07:18 |

Page 65

| | | |
|---|---|---|
| 1 | beginning of September and the other engine was | 10:07:20 |
| 2 | the beginning of October. | 10:07:22 |
| 3 | Q.    And he was expecting these engines, | 10:07:24 |
| 4 | based on the emails that we've seen, anywhere | 10:07:25 |
| 5 | from the end of June through -- | 10:07:27 |
| 6 | A.    I don't believe he was expecting them | 10:07:30 |
| 7 | through the end of June.  I can't imagine we | 10:07:32 |
| 8 | had a discussion with him in May and told him | 10:07:34 |
| 9 | we would deliver the end of June.  I don't | 10:07:36 |
| 10 | believe that was the case. | 10:07:38 |
| 11 | Q.    You had discussions, though, on | 10:07:39 |
| 12 | Exhibit 2 that said that the engines are close | 10:07:54 |
| 13 | to being finished as of June 20, correct? | 10:07:56 |
| 14 | A.    That's what I see in the email, correct. | 10:08:04 |
| 15 | Q.    Based off of this, as you said, it would | 10:08:10 |
| 16 | take, roughly, a month.  You would expect for | 10:08:13 |
| 17 | him -- if the engines were close to being | 10:08:16 |
| 18 | completed on June 20, you would have expected | 10:08:19 |
| 19 | him to have his engines by the end of July at | 10:08:20 |
| 20 | the latest, correct? | 10:08:23 |
| 21 | A.    It depended on the installation team | 10:08:26 |
| 22 | again.  It depended on when they had the | 10:08:28 |
| 23 | availability to come and do the install.  It | 10:08:30 |
| 24 | wasn't simply based on the engines being built. | 10:08:32 |
| 25 | It was based on the fact that we had put him in | 10:08:35 |

Page 66

| | | |
|---|---|---|
| 1 | contact with Mike Moore and Dennis Hallman to | 10:08:38 |
| 2 | do the installation.  And they had to free up | 10:08:40 |
| 3 | their schedule to actually come and do the | 10:08:43 |
| 4 | install was my perspective on it.  So even if | 10:08:44 |
| 5 | Mike Moore signed him off the beginning of | 10:08:46 |
| 6 | September, I'm not sure when he was actually | 10:08:50 |
| 7 | readily available to do the install. | 10:08:52 |
| 8 |         MR. WADSWORTH:  I'm marking as | 10:08:53 |
| 9 | Exhibit 7 a document that we produced as | 10:08:54 |
| 10 | Plaintiffs' 105. | 10:08:57 |
| 11 |         (Exhibit 7 marked.) | 10:08:58 |
| 12 | BY MR. WADSWORTH: | 10:08:58 |
| 13 | Q.    Have you seen this email before? | 10:09:00 |
| 14 | A.    I'm sure I have.  This is when we sold | 10:09:01 |
| 15 | the propellers to him at cost because of the | 10:09:08 |
| 16 | fact that we were late on delivering the | 10:09:10 |
| 17 | engines.  We sold the Auracle engine analyzer | 10:09:12 |
| 18 | to him at cost as well to try to give him some | 10:09:15 |
| 19 | consideration for being late on the engines. | 10:09:19 |
| 20 |         MR. HEISTERHAGEN:  He asked if you | 10:09:20 |
| 21 | saw the email.  Let him ask a question first. | 10:09:20 |
| 22 |         THE WITNESS:  Sorry. | 10:09:28 |
| 23 |         MR. HEISTERHAGEN:  Thank you. | 10:09:28 |
| 24 | BY MR. WADSWORTH: | 10:09:29 |
| 25 | Q.    That's very helpful.  Don't listen to | 10:09:29 |

Page 67

| | | |
|---|---|---|
| 1 | that guy.  He's bad news. | 10:09:31 |
| 2 |         This is an email that you sent to Joe | 10:09:33 |
| 3 | Perkins as of August 28, correct? | 10:09:37 |
| 4 | A.    Right.  Right. | 10:09:39 |
| 5 | Q.    And then again to Kim Hines, it looks | 10:09:40 |
| 6 | like, on the same thread on August 29, correct? | 10:09:42 |
| 7 | A.    The next day, yes. | 10:09:46 |
| 8 | Q.    In the center of the email to Joe | 10:09:47 |
| 9 | Perkins it says:  "Thank you for being such a | 10:09:51 |
| 10 | gentleman to work with, I am aware of your | 10:09:53 |
| 11 | perspective and take it seriously."  Do you | 10:09:55 |
| 12 | remember what that's in reference to? | 10:09:58 |
| 13 | A.    No. | 10:09:59 |
| 14 | Q.    I guess at this point is it fair to say | 10:10:01 |
| 15 | that Joe had questions as to where his engines | 10:10:05 |
| 16 | were? | 10:10:08 |
| 17 | A.    Yes. | 10:10:09 |
| 18 | Q.    And you said that you were already | 10:10:14 |
| 19 | trying to give discounts on certain systems, | 10:10:19 |
| 20 | the propellers, the Auracle systems, because | 10:10:22 |
| 21 | you recognized that the engines were late as of | 10:10:26 |
| 22 | August 29, 2013? | 10:10:29 |
| 23 | A.    Yes. | 10:10:30 |
| 24 |         MR. WADSWORTH:  I'm going to mark as | 10:10:55 |
| 25 | Exhibit 8 -- | 10:10:57 |

Page 68

| | | |
|---|---|---|
| 1 |         THE WITNESS:  Do you think we can | 10:11:01 |
| 2 | take a break? | 10:11:02 |
| 3 |         MR. WADSWORTH:  Yeah, I haven't | 10:11:03 |
| 4 | marked it. | 10:11:05 |
| 5 | (Recess taken from 10:11 a.m. to 10:22 a.m.) | 10:22:11 |
| 6 | BY MR. WADSWORTH: | 10:22:11 |
| 7 | Q.    Mr. Erickson, before we go where I was | 10:22:23 |
| 8 | thinking, let me ask you a couple of | 10:22:27 |
| 9 | clarification questions that came to mind | 10:22:29 |
| 10 | during the break.  During the upgrades at issue | 10:22:31 |
| 11 | on the Perkins Baron, did Mr. Perkins, to your | 10:22:45 |
| 12 | knowledge, contract directly with Mike Moore in | 10:22:45 |
| 13 | North Carolina? | 10:22:47 |
| 14 | A.    Contract directly with him in regard to | 10:22:51 |
| 15 | the installation you mean? | 10:22:54 |
| 16 | Q.    Yes.  Was his contract with D'Shannon or | 10:22:56 |
| 17 | was it with AvWorks or was it with both, to | 10:23:02 |
| 18 | your knowledge? | 10:23:04 |
| 19 | A.    We were building the engines and then he | 10:23:04 |
| 20 | paid Mike Moore directly for the installations. | 10:23:06 |
| 21 | Q.    Okay.  But for the process of building | 10:23:10 |
| 22 | the engine, all of that contract was with | 10:23:13 |
| 23 | D'Shannon? | 10:23:17 |
| 24 | A.    Correct. | 10:23:17 |
| 25 | Q.    That's who was to get paid for building | 10:23:22 |

Page 69

1    the engines was D'Shannon, correct, and not      10:23:25
2    Mike Moore?                                       10:23:26
3    A.    Correct.                                    10:23:27
4    Q.    We saw a few emails a while back and I      10:23:33
5    had blown past a name that I hadn't seen          10:23:36
6    before.  It was at the top of this email,         10:23:45
7    Exhibit 8.  Who is Peggy Hargreaves?              10:23:50
8    A.    She's my office manager.                    10:23:53
9    Q.    Did I pronounce that correct,               10:23:55
10   HAR-GREEVES?                                      10:23:59
11   A.    Yup.                                        10:23:59
12   Q.    Is she still employed by you?               10:24:00
13   A.    Yes.                                        10:24:00
14   Q.    Did she have any involvement with the       10:24:07
15   engine rebuild at issue in this case?            10:24:09
16   A.    She ordered the parts.  She simply gets     10:24:09
17   the directive from the guys to order specific     10:24:11
18   parts.  She locates the parts and orders them.    10:24:14
19   Q.    Would she have a lot of direct contact      10:24:18
20   then with Mike Moore during this --              10:24:20
21   A.    No.  Purely by email.                       10:24:21
22   Q.    Who would she have contact with during      10:24:23
23   the course of this rebuild?  She would email      10:24:26
24   with Mike Moore, is that what you said?           10:24:29
25   A.    Right.  And Earl Ramey.                      10:24:31

Page 70

1    Q.    Would she be a go-between between you        10:24:36
2    and, say, the guys in North Carolina?            10:24:38
3    A.    No, not really.                             10:24:40
4    Q.    She was a fully integrated part of the      10:24:42
5    team then?                                        10:24:45
6    A.    She was an integrated part of the team,     10:24:45
7    but she wasn't a middle person in any way in      10:24:47
8    the sense that when I communicated with           10:24:51
9    Mooresville, I communicated directly with         10:24:52
10   Mooresville.  Called them on the phone, emailed   10:24:54
11   them.                                             10:24:54
12   Q.    Sometimes you would communicate directly    10:24:58
13   with Mooresville and sometimes Peggy would        10:25:00
14   communicate directly with Mooresville, is that    10:25:00
15   fair?                                             10:25:03
16   A.    I was more of the person that would         10:25:03
17   communicate with Mooresville by phone and         10:25:05
18   email.  She would receive emails when parts       10:25:06
19   were necessary.                                   10:25:08
20   Q.    Can I ask, did you search her email         10:25:13
21   inbox when you were looking for responsive        10:25:17
22   documents?                                        10:25:20
23   A.    I don't believe so.                         10:25:23
24         MR. WADSWORTH:  Could you just look         10:25:27
25   to make sure that there's nothing there?         10:25:28

Page 71

1          MR. HEISTERHAGEN:  Yeah, we'll             10:25:30
2    check.                                            10:25:31
3          MR. WADSWORTH:  I'm going to mark as       10:25:55
4    Exhibit 8 another email.                          10:25:58
5          (Exhibit 8 marked.)                        10:25:54
6    BY MR. WADSWORTH:                                 10:25:55
7    Q.    Have you seen this document before?        10:26:08
8    A.    Yes.                                        10:26:11
9    Q.    What is this email?                         10:26:12
10   A.    A communication with Joe asking him        10:26:15
11   about Mike coming to his facility to do the       10:26:18
12   installations.                                    10:26:20
13   Q.    What was your understanding when you        10:26:24
14   sent this email?  First of all, when were these   10:26:26
15   installations supposed to take place?            10:26:32
16   A.    I don't know the specific date.  It just    10:26:33
17   says there was an arrival the week of September   10:26:36
18   9.  That's what it says in the email.            10:26:38
19   Q.    So the installation should take place       10:26:40
20   sometime in the week of September 9, correct?     10:26:42
21   A.    That was the proposed date, it looks        10:26:43
22   like.                                             10:26:45
23   Q.    So what was your understanding about the    10:26:46
24   status of the engines when you sent this email?   10:26:49
25   A.    I couldn't go back and reflect.  I don't    10:26:54

Page 72

1    know.                                             10:26:56
2    Q.    Would you have suggested installing         10:26:56
3    incomplete engines?                               10:26:58
4    A.    No.                                         10:27:00
5    Q.    So would you have believed the engines      10:27:02
6    were fairly close to complete at the time you     10:27:05
7    sent this email?                                  10:27:08
8    A.    I would think so, yes.  The propellers      10:27:08
9    were already on the way to Alabama, it looks      10:27:15
10   like.                                             10:27:20
11   Q.    Would propellers be one of the last         10:27:21
12   things that you would install when --            10:27:24
13   A.    Yes.                                        10:27:24
14   Q.    -- you're doing an engine build?            10:27:25
15   A.    Yup.                                        10:27:27
16   Q.    And just for the court reporter's sake,     10:27:28
17   let me get out my question.  I realize            10:27:29
18   sometimes I start and stop, but just so we're     10:27:30
19   not talking over each other for clarity of the    10:27:32
20   record.  I'll try not to interrupt you.  You      10:27:34
21   try not to interrupt me.                          10:27:37
22         So you would think that if the              10:27:39
23   propellers are on their way, it was your          10:27:40
24   understanding that the engines were near          10:27:43
25   completion as of September 2?                     10:27:46

Scott Erickson
5/12/2016

Page: 19 (73 - 76)

Page 73

| | | |
|---|---|---|
| 1 | A.    Yes. | 10:27:47 |
| 2 | Q.    Sitting here today in 2016, do you know | 10:27:50 |
| 3 | whether the engines were near completion on | 10:27:55 |
| 4 | September 2? | 10:27:55 |
| 5 | A.    I did not see them. | 10:27:57 |
| 6 | Q.    But sitting here today, do you know | 10:27:57 |
| 7 | whether they were close to done on September 6? | 10:28:00 |
| 8 | A.    I don't.  I saw a logbook entry that | 10:28:03 |
| 9 | took place.  I believe there was a signoff for | 10:28:07 |
| 10 | one of the engines at the beginning of | 10:28:11 |
| 11 | September.  And I believe the other engine was | 10:28:16 |
| 12 | signed off about four months later -- four | 10:28:19 |
| 13 | weeks later.  My apologies.  So I believe the | 10:28:23 |
| 14 | first one was signed off the beginning of | 10:28:26 |
| 15 | September 2013.  I have to go back and look at | 10:28:29 |
| 16 | the notes.  And I believe the second engine was | 10:28:31 |
| 17 | signed off the beginning of October 2013. | 10:28:32 |
| 18 | Q.    And the basis for your understanding is | 10:28:35 |
| 19 | the logbooks, correct? | 10:28:39 |
| 20 | A.    Right. | 10:28:40 |
| 21 | Q.    We'll get into the logbooks later in | 10:28:43 |
| 22 | this deposition. | 10:28:45 |
| 23 |             (Exhibit 9 marked.) | 10:29:14 |
| 24 | BY MR. WADSWORTH: | 10:29:23 |
| 25 | Q.    Do you recognize this email, | 10:29:39 |

Page 74

| | | |
|---|---|---|
| 1 | Mr. Erickson? | 10:29:40 |
| 2 | A.    Yes.  This is Earl Ramey doing the | 10:29:51 |
| 3 | cylinder work. | 10:29:57 |
| 4 | Q.    There's a picture on the front page of | 10:29:58 |
| 5 | this.  Who are these gentlemen in the picture? | 10:30:00 |
| 6 | A.    Earl Ramey. | 10:30:06 |
| 7 | Q.    Which one is Earl? | 10:30:07 |
| 8 | A.    To the right.  He's the one with the | 10:30:08 |
| 9 | hammer turned around, the rubber hammer, | 10:30:11 |
| 10 | holding the cylinder barrel in place. | 10:30:15 |
| 11 | Q.    That's a cylinder barrel that he has? | 10:30:18 |
| 12 | A.    It's basically the piston, actually. | 10:30:20 |
| 13 | Q.    And who is the other gentleman?  Have | 10:30:22 |
| 14 | you met the other gentleman before? | 10:30:41 |
| 15 | A.    Yes, I have.  I don't remember his name. | 10:30:42 |
| 16 | Q.    It's not crucial.  What is the date on | 10:30:48 |
| 17 | this email? | 10:30:49 |
| 18 | A.    September 16. | 10:30:49 |
| 19 | Q.    So this email is dated two weeks after | 10:30:52 |
| 20 | Exhibit 8 that we just looked at, correct? | 10:30:55 |
| 21 | A.    Yes. | 10:30:59 |
| 22 | Q.    Were you surprised when you saw the | 10:31:03 |
| 23 | state of the engines?  It looks like these | 10:31:05 |
| 24 | pictures may have come from the week before | 10:31:06 |
| 25 | September 16, but were you surprised at how | 10:31:08 |

Page 75

| | | |
|---|---|---|
| 1 | incomplete the engines were at this point? | 10:31:11 |
| 2 | A.    Yes, I believe this is the second | 10:31:16 |
| 3 | engine.  I don't know for sure, but I believe | 10:31:19 |
| 4 | this is the second engine.  I was surprised. | 10:31:21 |
| 5 | Q.    Did you have any conversations with Earl | 10:31:24 |
| 6 | and Mike at this point about -- | 10:31:27 |
| 7 | A.    I'm sure I did.  I'm sure I did. | 10:31:28 |
| 8 | Q.    There were a lot of conversations back | 10:31:31 |
| 9 | and forth? | 10:31:34 |
| 10 | A.    I believe there was. | 10:31:34 |
| 11 | Q.    What was the nature of these | 10:31:36 |
| 12 | conversations? | 10:31:39 |
| 13 | A.    Intense -- intense problem solving | 10:31:39 |
| 14 | trying to -- | 10:31:43 |
| 15 | Q.    By intense do you mean yelling? | 10:31:44 |
| 16 | A.    I don't think necessarily it was | 10:31:46 |
| 17 | yelling, but it was definitely trying to get a | 10:31:48 |
| 18 | realistic understanding of why the second | 10:31:54 |
| 19 | engine wasn't complete.  Because the first | 10:31:58 |
| 20 | engine doesn't, you know, do the aircraft any | 10:31:59 |
| 21 | good if the second engine isn't complete.  They | 10:32:02 |
| 22 | both have to be installed together, because | 10:32:04 |
| 23 | it's an engine upgrade.  We couldn't just put a | 10:32:06 |
| 24 | 550 on one side and fly with a 520 on the | 10:32:11 |
| 25 | other.  So they knew the second engine | 10:32:13 |

Page 76

| | | |
|---|---|---|
| 1 | completion was absolutely essential to making | 10:32:14 |
| 2 | the aircraft operational. | 10:32:16 |
| 3 | Q.    Was it your understanding that the first | 10:32:18 |
| 4 | engine was complete as of September 16? | 10:32:20 |
| 5 | A.    I don't have record that that is | 10:32:25 |
| 6 | correct. | 10:32:27 |
| 7 | Q.    So you don't know one way or another | 10:32:27 |
| 8 | whether either engine was complete as of | 10:32:30 |
| 9 | September 16?  You don't know whether you knew | 10:32:32 |
| 10 | when you sent this email -- | 10:32:34 |
| 11 | A.    I can't remember back then.  I can't | 10:32:36 |
| 12 | remember if I knew if one was done and the | 10:32:39 |
| 13 | other one was done.  But my assumption is, | 10:32:41 |
| 14 | based on the logbook entry, that one was done | 10:32:43 |
| 15 | and the other one was being completed because | 10:32:46 |
| 16 | the other one had already been signed off. | 10:32:48 |
| 17 | Q.    So it's your testimony that you were as | 10:32:50 |
| 18 | surprised as Joe that the engines looked like | 10:32:52 |
| 19 | this in the picture as of September 16? | 10:32:53 |
| 20 | A.    That's why I sent him the email in an | 10:32:58 |
| 21 | effort to be transparent with him. | 10:33:01 |
| 22 |             (Exhibit 10 marked.) | 10:33:19 |
| 23 | BY MR. WADSWORTH: | 10:33:20 |
| 24 | Q.    I marked as Exhibit 10 an e-mail from a | 10:33:21 |
| 25 | guy named Bob -- can you help me with the last | 10:33:26 |

Page 77

| | | |
|---|---|---|
| 1 | name? | 10:33:30 |
| 2 | A.    Kobielush. | 10:33:31 |
| 3 | Q.    Who is Bob Kobielush? | 10:33:32 |
| 4 | A.    He was my father-in-law at the time. | 10:33:33 |
| 5 | Q.    Not any longer? | 10:33:35 |
| 6 | A.    No. | 10:33:36 |
| 7 | Q.    And what was his role with D'Shannon? | 10:33:39 |
| 8 | A.    He consulted us for a brief period of | 10:33:45 |
| 9 | time.  He told me that he could get some things | 10:33:48 |
| 10 | in order in Mooresville and I told him that | 10:33:50 |
| 11 | would be much appreciated. | 10:33:52 |
| 12 | Q.    What is his background, Bob's? | 10:33:53 |
| 13 | A.    Consulting with camps and private | 10:33:58 |
| 14 | businesses to help them become more efficient, | 10:34:02 |
| 15 | more productive, more effective in every aspect | 10:34:08 |
| 16 | of their business. | 10:34:14 |
| 17 | Q.    So Bob's not a mechanic? | 10:34:15 |
| 18 | A.    Definitely not. | 10:34:16 |
| 19 | Q.    Bob's more of an organizational guy? | 10:34:16 |
| 20 | A.    Processes guy.  Almost like you would | 10:34:19 |
| 21 | say someone who is familiar with ISO9000 | 10:34:24 |
| 22 | processes, they become familiar with certain | 10:34:28 |
| 23 | processes and they relay those processes to | 10:34:30 |
| 24 | other businesses.  Even though they're in other | 10:34:32 |
| 25 | industries, those processes still apply. | 10:34:34 |

Page 78

| | | |
|---|---|---|
| 1 | Q.    And his signature line I just love. | 10:34:39 |
| 2 | There's some where he has a signature that says | 10:34:42 |
| 3 | "D'Shannon" and some where it says "Enjoying | 10:34:44 |
| 4 | Transition."  Was there a change in Bob's job | 10:34:46 |
| 5 | title at some point in time? | 10:34:50 |
| 6 | A.    I think because he wasn't an employee of | 10:34:52 |
| 7 | ours I think he took the D'Shannon off, I | 10:34:54 |
| 8 | believe, and just put "Enjoying Transition" | 10:34:57 |
| 9 | because he wasn't solely working with us. | 10:35:01 |
| 10 | Q.    Where is Bob? | 10:35:07 |
| 11 | A.    Colorado. | 10:35:09 |
| 12 | Q.    What part? | 10:35:11 |
| 13 | A.    Right outside of Colorado Springs. | 10:35:14 |
| 14 | Q.    This email that Bob has, do you know | 10:35:17 |
| 15 | whether it was a D'Shannon email? | 10:35:20 |
| 16 | A.    I don't believe so.  He has his own | 10:35:26 |
| 17 | email. | 10:35:28 |
| 18 | Q.    Is that Bob@kobielush.com? | 10:35:29 |
| 19 | A.    I'm assuming that's it.  I can't see on | 10:35:33 |
| 20 | the -- yeah, I think that's it. | 10:35:34 |
| 21 | Q.    Was Bob paid for his services with this | 10:35:37 |
| 22 | upgrade, his services being the go-between with | 10:35:40 |
| 23 | Mike and you? | 10:35:44 |
| 24 | A.    He was paid for part of his services. | 10:35:46 |
| 25 | I'm not sure he was paid for all of it. | 10:35:51 |

Page 79

| | | |
|---|---|---|
| 1 | Q.    This isn't why we're here, but did the | 10:35:52 |
| 2 | divorce go through while these upgrades were | 10:35:55 |
| 3 | going on or when did he -- when did he stop | 10:35:57 |
| 4 | being your father-in-law? | 10:35:59 |
| 5 | A.    A year later. | 10:36:02 |
| 6 | Q.    So 2015? | 10:36:03 |
| 7 | A.    2014.  That's 2013? | 10:36:05 |
| 8 | Q.    Yes. | 10:36:08 |
| 9 | A.    So it was 2014. | 10:36:08 |
| 10 | Q.    Around what month. | 10:36:10 |
| 11 | A.    September, a year later, as I said. | 10:36:12 |
| 12 | Q.    Okay.  Exactly a year later. | 10:36:14 |
| 13 | A.    Yup. | 10:36:16 |
| 14 | Q.    That's not why we're here today.  I was | 10:36:16 |
| 15 | just trying to get some background. | 10:36:18 |
| 16 | A.    Uh-huh. | 10:36:20 |
| 17 | Q.    All right.  If you take a look towards | 10:36:23 |
| 18 | the bottom of the first page, there is an email | 10:36:30 |
| 19 | from you.  I'm having a little bit of a hard | 10:36:33 |
| 20 | time.  Could you read the first two lines of | 10:36:36 |
| 21 | the email? | 10:36:44 |
| 22 | A.    Mike, Holy -- bleepity bleep -- This is | 10:36:44 |
| 23 | serious.  We can get a manifold pressure/fuel | 10:36:44 |
| 24 | flow gauge from Terry at Pressure Technologies | 10:36:53 |
| 25 | tomorrow. | 10:36:55 |

Page 80

| | | |
|---|---|---|
| 1 | Q.    What is a manifold pressure -- you said | 10:36:58 |
| 2 | manifold pressure what? | 10:37:01 |
| 3 | A.    Fuel flow. | 10:37:02 |
| 4 | Q.    What is that? | 10:37:03 |
| 5 | A.    That's an instrument that was part of | 10:37:04 |
| 6 | the conversion that I mentioned previously | 10:37:06 |
| 7 | where the conversion to Mr. Perkins' airplane | 10:37:08 |
| 8 | required one instrument to be remarked.  And that | 10:37:11 |
| 9 | is the fuel flow side of the manifold pressure | 10:37:14 |
| 10 | fuel flow.  Sometimes the manifold pressure is | 10:37:22 |
| 11 | on its own and the fuel flow is on its own. | 10:37:26 |
| 12 | But if they're blended, it's just the fuel flow | 10:37:30 |
| 13 | side of the instrument that gets remarked and | 10:37:33 |
| 14 | recalibrated as part of the engine conversion. | 10:37:34 |
| 15 | Q.    When you say remarked, what does that | 10:37:37 |
| 16 | process involve? | 10:37:39 |
| 17 | A.    The instrument shop, like Pressure | 10:37:41 |
| 18 | Technologies, will take the instrument and | 10:37:43 |
| 19 | remark the face to reflect the new numbers that | 10:37:44 |
| 20 | go along with those particular engines. | 10:37:50 |
| 21 | Q.    Okay.  So this would kind of get into | 10:37:52 |
| 22 | the FARs and what parts are approved in | 10:37:54 |
| 23 | particular engines? | 10:37:56 |
| 24 | A.    Correct.  That's called out on the STC. | 10:37:57 |
| 25 | It's a requirement as part of the STC. | 10:37:59 |

Page 81

1   Q.    And would you agree with me -- and we're    10:38:03
2   going to talk about this later -- that the STC    10:38:05
3   requires that only certain type of parts go in    10:38:08
4   certain types of engines, correct?    10:38:11
5   A.    Of course.    10:38:17
6   Q.    For example, if you had an air filter or    10:38:18
7   an oil filter that was the exact same thing    10:38:20
8   that you could buy at Napa, you couldn't go    10:38:25
9   down to the local Ace automotive shop and buy    10:38:25
10  that oil filter and put it in your airplane,    10:38:30
11  right?    10:38:33
12  A.    I don't believe so.    10:38:33
13  Q.    Even if it had the same fit, same    10:38:33
14  function?    10:38:37
15  A.    I don't believe.  I don't know the    10:38:37
16  extent of the regulations on that, but an IA    10:38:39
17  could answer that question or an A&P.    10:38:42
18  Q.    Were you surprised to learn that Mike    10:38:52
19  didn't have all the equipment he needed to    10:38:53
20  complete the job as of September 10?    10:38:56
21  A.    There's two different jobs we're talking    10:38:58
22  about here.  This particular job I believe is    10:39:00
23  the actual installation of the engines as well    10:39:03
24  as the specific readouts on the engine stand.    10:39:09
25  So he's saying that he needs more equipment on    10:39:16

Page 82

1   the engine stand because he wants more readout    10:39:18
2   information for the engines.  And I also    10:39:26
3   believe he needed more equipment for the    10:39:28
4   installation of the engine.  So this first page    10:39:31
5   he's talking about the test cell and the dyno.    10:39:35
6   Then I also believe -- I remember in    10:39:42
7   discussions with him he needed some other    10:39:44
8   equipment as part of the installation, too, to    10:39:46
9   install them on Joe's airplane.  So, yes, the    10:39:48
10  run stand and the installation.    10:39:50
11  Q.    And these parts, you said they have to    10:39:50
12  do with the installation rather than the build?    10:40:00
13  A.    There's two different groups.  This has    10:40:04
14  to do with the engine run stand in Mooresville    10:40:06
15  where the engines were built.    10:40:10
16  Q.    And the engine run stand has to do with    10:40:12
17  building the engines, correct?    10:40:15
18  A.    At the end of the build of the engines,    10:40:15
19  you can run it on a stand or you can run it in    10:40:17
20  the airframe.    10:40:19
21  Q.    What is the purpose of running the    10:40:20
22  engine?    10:40:22
23  A.    To test it.    10:40:22
24  Q.    Test it for what?    10:40:23
25  A.    For the fuel flows and the fuel    10:40:29

Page 83

1   pressure, cylinder temp, exhaust gas temp, oil    10:40:31
2   temp, things of that nature.    10:40:33
3   Q.    And he needed some equipment to run    10:40:36
4   these tests properly; is that what you're    10:40:38
5   saying?    10:40:40
6   A.    Correct.  Correct.    10:40:40
7         (Exhibit 11 marked.)    10:41:07
8   BY MR. WADSWORTH:    10:41:09
9   Q.    I marked as Exhibit 11 another email.    10:41:09
10  Mr. Erickson, have you seen this email before?    10:41:20
11  A.    Yes.    10:41:35
12  Q.    And just a foundational question.  Did    10:41:38
13  you help pull all the documents that were    10:41:42
14  produced by D'Shannon Products, Limited for    10:41:47
15  production?  Were you part of the document    10:41:47
16  production process in this litigation?    10:41:50
17  A.    Yes, I sent my emails in and provided    10:41:55
18  all my emails and I believe I provided invoices    10:41:59
19  and so on.  Yes, I was.    10:42:04
20  Q.    So all of the documents that bear the    10:42:06
21  Bates label DPL are produced by D'Shannon    10:42:09
22  Products, Limited, correct?    10:42:13
23        MR. HEISTERHAGEN:  He didn't Bates    10:42:14
24  label them, but, yes, that's right.    10:42:15
25  BY MR. WADSWORTH:    10:42:15

Page 84

1   Q.    Are all of these copies, to your    10:42:18
2   knowledge, true and correct of what they    10:42:18
3   purport to be?  Are these accurate copies of    10:42:20
4   what was in your possession?    10:42:21
5   A.    Yes.    10:42:26
6   Q.    Turning back to --    10:42:30
7         MR. HEISTERHAGEN:  We can take them    10:42:32
8   one at a time.  To the extent there was    10:42:33
9   something in his possession that wasn't made or    10:42:36
10  created by him -- just because he had something    10:42:38
11  from, say, Mike Terry or Mike Moore doesn't    10:42:43
12  mean he knows it's true and accurate.    10:42:47
13  BY MR. WADSWORTH:    10:42:47
14  Q.    Well, I mean, I guess what I'm saying    10:42:51
15  is, all I really want to know is, the documents    10:42:52
16  that were in your position you gave to the    10:42:55
17  lawyer and they were what they said that they    10:42:57
18  were; you didn't alter the documents in any    10:43:00
19  way, correct?    10:43:02
20  A.    No.    10:43:02
21  Q.    I'm not saying the contents are    10:43:06
22  accurate.  All I'm trying to get at is it's an    10:43:07
23  accurate copy of what it purports to be?    10:43:11
24  A.    Yes.    10:43:20
25  Q.    Turning to Exhibit 11, we have another    10:43:20

Page 85

| 1 | email about parts, correct? | 10:43:22 |
| 2 | A.   Uh-huh. | 10:43:24 |
| 3 | Q.   What is Mike asking for here? | 10:43:24 |
| 4 | A.   He's asking for parts that have to do | 10:43:28 |
| 5 | with the installation; not with the engine | 10:43:30 |
| 6 | build.  This is part of his responsibility with | 10:43:34 |
| 7 | Dennis Hallman, which is to find the parts | 10:43:36 |
| 8 | necessary to install the engines.  And that has | 10:43:39 |
| 9 | nothing do with the engine builds.  So, | 10:43:42 |
| 10 | basically, you have propeller governors, vacuum | 10:43:45 |
| 11 | pumps, hoses, mounts, air ducts that the | 10:43:49 |
| 12 | installer is responsible for.  And we were not | 10:43:53 |
| 13 | involved in that. | 10:43:56 |
| 14 | Q.   These are all the bolts and hoses and | 10:43:57 |
| 15 | everything else that would connect the engines | 10:43:59 |
| 16 | to the airplane, correct? | 10:44:01 |
| 17 | A.   Correct.  But there's a blend of this | 10:44:03 |
| 18 | here.  He talks of two different things here. | 10:44:05 |
| 19 | Q.   What are the two different things he | 10:44:08 |
| 20 | talks about? | 10:44:10 |
| 21 | A.   He talks about the dynamometer and he | 10:44:11 |
| 22 | talks about the installation.  So he's blending | 10:44:14 |
| 23 | his installation with the engine build, because | 10:44:17 |
| 24 | he says that in the dynamometer we need a -- | 10:44:18 |
| 25 | Q.   What is a dynamometer? | 10:44:22 |

Page 86

| 1 | A.   An engine run stand. | 10:44:24 |
| 2 | Q.   Okay.  Which would have to do with the | 10:44:27 |
| 3 | engine build, right? | 10:44:31 |
| 4 | A.   Right.  You can see from Dynon, we're | 10:44:32 |
| 5 | acquiring something from them here. | 10:44:35 |
| 6 | Q.   Could the engine be completed? | 10:44:40 |
| 7 | A.   We had the engine run stand, but he | 10:44:44 |
| 8 | wanted more complete data on the engine, so he | 10:44:48 |
| 9 | went to Dynon to get that. | 10:44:53 |
| 10 | Q.   Let me try again then.  Could the engine | 10:44:55 |
| 11 | build be completed without the dynamometer? | 10:44:58 |
| 12 | A.   Yes, you could run it in the airframe. | 10:45:01 |
| 13 | Q.   He says:  "Tell John we don't need a new | 10:45:05 |
| 14 | one or one with FAA traceability." | 10:45:08 |
| 15 | What does that mean, FAA traceability? | 10:45:11 |
| 16 | A.   It's not going in an airframe.  It' | 10:45:17 |
| 17 | going in a test stand.  It's not going in an | 10:45:17 |
| 18 | aircraft to fly.  It's going to be on the cart | 10:45:19 |
| 19 | where the engine is run.  And that doesn't | 10:45:21 |
| 20 | require an FAA traceable instrument. | 10:45:25 |
| 21 | Q.   As opposed to the parts that go in the | 10:45:27 |
| 22 | engine which have to be marked? | 10:45:29 |
| 23 | A.   Well, they can't be marked.  Their size | 10:45:33 |
| 24 | doesn't allow it. | 10:45:35 |
| 25 | Q.   But you at least have to have paperwork | 10:45:36 |

Page 87

| 1 | that says what's in the engine -- it has to be | 10:45:38 |
| 2 | traceable; what's in the engine has to be | 10:45:40 |
| 3 | traceable, correct? | 10:45:43 |
| 4 | A.   Correct. | 10:45:43 |
| 5 | MR. WADSWORTH:  I'm going to mark as | 10:46:10 |
| 6 | Exhibit 12 another Bob Kobielush email. | 10:46:11 |
| 7 | (Exhibit 12 marked.) | 10:46:09 |
| 8 | BY MR. WADSWORTH: | 10:46:10 |
| 9 | Q.   Let me go back to Bob for a minute.  Why | 10:46:33 |
| 10 | did you feel the need to bring Bob into this | 10:46:36 |
| 11 | process? | 10:46:38 |
| 12 | A.   To get a secondary opinion about | 10:46:41 |
| 13 | improving processes in Mooresville. | 10:46:43 |
| 14 | Q.   Why would you need a secondary opinion? | 10:46:47 |
| 15 | A.   Because I couldn't be present there and | 10:46:49 |
| 16 | I wasn't experienced in analyzing processes and | 10:46:53 |
| 17 | scrutinizing businesses as he had been. | 10:46:57 |
| 18 | Q.   Did you have suspicions that the current | 10:47:00 |
| 19 | process was inadequate? | 10:47:03 |
| 20 | A.   Regarding timing, the time that it took | 10:47:07 |
| 21 | from the original assembly of parts to the time | 10:47:12 |
| 22 | that the engine was built and delivered. | 10:47:15 |
| 23 | Q.   You've said Bob isn't a mechanic.  How | 10:47:20 |
| 24 | did you think he was going to improve the | 10:47:25 |
| 25 | timing of the process? | 10:47:27 |

Page 88

| 1 | A.   He could look at the reception of the | 10:47:29 |
| 2 | parts and how those parts were documented, | 10:47:31 |
| 3 | because there's a lot of a paperwork that goes | 10:47:32 |
| 4 | along with the documentation, and then what | 10:47:34 |
| 5 | would be the next step after that to assemble | 10:47:36 |
| 6 | the parts, and then what were the checks and | 10:47:39 |
| 7 | balances to make sure that that engine was now | 10:47:42 |
| 8 | assembled and the people who were doing the | 10:47:46 |
| 9 | assembly stayed on that particular engine and | 10:47:48 |
| 10 | finished it. | 10:47:50 |
| 11 | Q.   So you thought that maybe Mike and Earl | 10:47:53 |
| 12 | were getting distracted with other projects? | 10:47:56 |
| 13 | A.   I didn't know.  I didn't know.  I | 10:47:59 |
| 14 | couldn't -- I couldn't know because I wasn't | 10:48:03 |
| 15 | there.  But it seemed as if our time could be | 10:48:06 |
| 16 | improved -- our delivery time could be | 10:48:09 |
| 17 | improved. | 10:48:11 |
| 18 | Q.   So not being there, you didn't know | 10:48:12 |
| 19 | whether they were prioritizing other issues or | 10:48:13 |
| 20 | you didn't know whether they just worked slow; | 10:48:16 |
| 21 | is that fair?  And if there are other | 10:48:19 |
| 22 | possibilities, you can feel free to shout them | 10:48:26 |
| 23 | out. | 10:48:29 |
| 24 | A.   No, that's right. | 10:48:29 |
| 25 | Q.   Did Bob go to North Carolina? | 10:48:29 |

Scott Erickson
5/12/2016

Page: 23 (89 - 92)

Page 89

1    A.    Yes.                                          10:48:31
2    Q.    How long did he spend down there?            10:48:31
3    A.    He was down there a few days.  I don't       10:48:35
4    remember how many days in particular.              10:48:37
5    Q.    When Mike was your contractor, which he      10:48:40
6    was, I guess, at this point, right?  September     10:48:45
7    2013 he was a contractor?                          10:48:48
8    A.    Correct.                                     10:48:48
9    Q.    When Mike was your contractor, did he        10:48:50
10   have other projects going with his own             10:48:52
11   companies?                                          10:48:55
12   A.    I don't know.                                10:48:56
13   Q.    So you don't know, for example, if he        10:48:59
14   got busy building another engine for Rusty         10:49:02
15   Wallace that was not a D'Shannon project and       10:49:05
16   prioritized that in front of, say, Joe Perkins?    10:49:08
17   A.    No.  Rusty Wallace and Mike Wallace was      10:49:11
18   done years previous to that.                       10:49:15
19   Q.    Well, I was just throwing that out as        10:49:15
20   just kind of an example.  You don't know           10:49:17
21   whether he got busy with another project that      10:49:18
22   was not a D'Shannon project and just               10:49:21
23   prioritized this at the bottom of the stack?       10:49:23
24   A.    I'm not aware of another engine he was       10:49:25
25   building.                                           10:49:27

Page 90

1    Q.    When you contracted with them, did you       10:49:29
2    intend to have the exclusive use of their time?    10:49:31
3    A.    Yes.                                         10:49:36
4    Q.    You intended for them to be basically an     10:49:39
5    arm of D'Shannon, correct?                         10:49:45
6    A.    Yes, for engine building, I believed         10:49:47
7    that all the employees would be focused on         10:49:49
8    building engines and that was their goal.          10:49:51
9    Q.    Did you expect that they would not be        10:49:55
10   running other projects while they were             10:49:57
11   contracted with D'Shannon, like, for example,      10:49:59
12   that he wouldn't have other AvWorks customers      10:50:02
13   that were not D'Shannon customers?                 10:50:05
14   A.    I don't remember our specific               10:50:15
15   discussions about that.                            10:50:17
16   Q.    Was this -- were these discussions           10:50:18
17   verbal?                                             10:50:20
18   A.    You're talking about Mike Moore now?         10:50:21
19   You're not talking about the other team            10:50:23
20   members?                                            10:50:24
21   Q.    Just Mike.  Did you think he could have      10:50:24
22   side work?                                          10:50:27
23   A.    I suppose.  I mean, he's a hard working      10:50:30
24   individual, so he would possibly drum up other     10:50:32
25   business.  It's up to him.  He's a contractor.     10:50:35

Page 91

1    He contracted with us for 70 hours a week.  I      10:50:38
2    thought my understanding was he probably put in    10:50:41
3    40 to 50 hours a week.  He works more than that    10:50:43
4    usually, so he probably had other hours            10:50:45
5    remaining that he could work on other projects.    10:50:47
6    Q.    Was there a contract governing his          10:50:49
7    relationship with D'Shannon?                       10:50:54
8    A.    I don't believe there was.                  10:50:56
9    Q.    Was there a verbal understanding then?       10:50:57
10   A.    It was.                                      10:50:59
11   Q.    Turning to Exhibit 12, it says -- you        10:51:04
12   said you've seen this document before?             10:51:10
13   A.    Uh-huh.                                      10:51:12
14   Q.    Okay.  At the very beginning of this         10:51:12
15   there's an email from Joe Perkins from             10:51:16
16   September 22 that says:  "I need to hear           10:51:18
17   basically that the engines are on a truck          10:51:21
18   headed my way by 7:30 eastern."  Do you            10:51:24
19   remember that email?                               10:51:28
20   A.    Yup.  Yes.                                   10:51:28
21   Q.    And what did you respond?  Looking at        10:51:31
22   the third full paragraph did you say you expect    10:51:52
23   they would be delivered by -- they'll be headed    10:52:03
24   your way Tuesday the 24th?                         10:52:06
25   A.    Yes, based on the email it looks            10:52:11

Page 92

1    like -- you have --                                10:52:15
2    Q.    I understand if you haven't seen this in     10:52:26
3    a while.  Take your time to familiarize            10:52:28
4    yourself with the document.                        10:52:30
5    A.    Mike had gone out on a personal issue to    10:52:52
6    Kentucky, so it pushed us back a few days, it     10:52:56
7    looks like in this email.  And so I conveyed to   10:52:59
8    Joe that -- "I sincerely apologize for not        10:53:01
9    making the Thursday delivery as we truly          10:53:01
10   believed that it was attainable."  Trying to      10:53:06
11   get him the engines as soon as possible here.     10:53:10
12   Q.    So when you received Joe's email, did        10:53:12
13   you call Mike Moore?                               10:53:15
14   A.    I don't remember if I did call Mike         10:53:17
15   Moore.                                             10:53:17
16   Q.    It says here in the email that you           10:53:19
17   believed there was a Thursday delivery that you    10:53:23
18   believed to have been attainable.  Had you told    10:53:26
19   Joe Perkins that you would deliver the engines     10:53:28
20   on that previous Thursday?                         10:53:32
21   A.    I'm not sure if I did or not.  I'm not      10:53:34
22   sure if I have an email that tells me that.       10:53:35
23   Q.    It looks like you were expecting a           10:53:38
24   Thursday delivery and you realized Joe was         10:53:41
25   upset, correct?                                    10:53:45

Page 93

1   A.      I was acknowledging he was upset and I        10:53:46
2   was trying to coordinate the team to make sure        10:53:48
3   we delivered the engines as soon as possible.         10:53:51
4   Q.      What was your understanding about the         10:53:54
5   status of the completion of the engines at this       10:53:57
6   time?                                                 10:53:57
7   A.      Again I don't know because I don't know       10:54:00
8   what I was thinking at the time.                      10:54:01
9   Q.      Would you have believed -- if you're          10:54:03
10  saying, look, we expected it on Thursday, it's        10:54:05
11  going to leave in a couple of days, you               10:54:07
12  believed that the engines were pretty close to        10:54:09
13  complete, correct?                                    10:54:11
14  A.      Yes.                                          10:54:11
15  Q.      Based off of the pictures that we saw         10:54:12
16  earlier?  Is that the basis of your                   10:54:15
17  understanding?                                        10:54:16
18  A.      I would assume so, yes, because that's        10:54:16
19  what I was seeing in pictures, because, again,        10:54:17
20  I wasn't there.  I didn't know for sure.              10:54:21
21  Q.      Okay.  But you felt comfortable enough        10:54:27
22  communicating this to Joe Perkins on                  10:54:29
23  September 22 despite not knowing for sure?            10:54:32
24  A.      Yes, again, because the pictures showed       10:54:35
25  me that we were coming to the end of the              10:54:38

Page 94

1   assembly of what I thought was the second             10:54:41
2   engine.  And the second engine was signed off         10:54:44
3   about, it looks like, two weeks after this.           10:54:47
4   Q.      Two weeks, though.  That would be -- two      10:54:53
5   weeks after this would be early October.  And I       10:54:56
6   think you are correct that it's in that               10:54:59
7   timeframe.  We'll look at it later.  But that         10:55:00
8   would be almost a full month after you saw the        10:55:03
9   pictures.  That would still be an awful long          10:55:07
10  engine assembly, wouldn't it, or almost a full        10:55:09
11  month?                                                10:55:12
12  A.      No.  The pictures are from September 16.      10:55:12
13  Q.      And two weeks after September 22 would        10:55:15
14  probably place us the end of the first week of        10:55:18
15  October.                                              10:55:18
16  A.      I'm assuming the engines were built.  I       10:55:21
17  think they were waiting to run them on the run        10:55:24
18  stand and get a full testing of the engines.          10:55:26
19  So in actuality it's possible that the engines        10:55:29
20  were actually completed; they just hadn't been        10:55:32
21  run yet.                                              10:55:33
22  Q.      We'll ask Mike Moore.                         10:55:35
23  A.      Sure.                                         10:55:37
24  Q.      Is it your understanding that the --          10:56:01
25  when you say that the engines were signed off         10:56:07

Page 95

1   on as of -- when were these engines signed off        10:56:12
2   on, to your knowledge?                                10:56:15
3   A.      You have the paperwork.                       10:56:15
4   Q.      Yeah.  I was just -- from your memory         10:56:17
5   when were the engines signed off on?                  10:56:19
6   A.      I think I read that the first engine was      10:56:20
7   signed off the beginning of September and the         10:56:23
8   second was the beginning of October, but I            10:56:26
9   don't have that in front of me.  I think those        10:56:28
10  are the dates.                                        10:56:30
11  Q.      And when we say we signed off on, what do     10:56:30
12  you mean by that?                                     10:56:33
13  A.      The IA, Mike Moore, signed them off that      10:56:33
14  they had been built.                                  10:56:37
15  Q.      So the engines weren't just completed as      10:56:38
16  of those days, but it's your understanding that       10:56:41
17  they had been certified by the IA as of those         10:56:42
18  dates?                                                10:56:46
19  A.      He was signing it off saying they were        10:56:47
20  built, complete.  I'm not sure if that refers         10:56:49
21  to an engine run on the stand or not.  Mike           10:56:51
22  Moore can answer that question for you.               10:56:53
23          MR. WADSWORTH:  Let me mark as 13             10:57:05
24  yet another email.                                    10:57:18
25                                                        10:57:18

Page 96

1          (Exhibit 13 marked.)                          10:57:04
2   BY MR. WADSWORTH:                                     10:57:05
3   Q.      Have you seen this document before?           10:57:24
4   A.      Yes.                                          10:57:28
5   Q.      Are you copied on this document at all?       10:57:30
6   A.      Actually, no.                                 10:57:44
7   Q.      Did you see this at or about the time it      10:57:46
8   was created, do you remember?                         10:57:48
9   A.      I don't remember, but I would assume          10:57:52
10  that I did.                                           10:57:53
11  Q.      It's an email from Kim Hines to Peggy         10:57:56
12  Hargreaves saying:  "Do you have the paperwork        10:58:00
13  we need to certify the engines?"  And the             10:58:02
14  response is:  "Yes, I do.  I'm waiting for            10:58:04
15  Scott to tell me to release it."                      10:58:06
16          Does that accurately reflect your             10:58:08
17  understanding as of October 23, that the              10:58:11
18  paperwork needed to certify the engines had           10:58:13
19  been complete?                                        10:58:15
20  A.      This is the paperwork for the                 10:58:16
21  installation of the engines on the airframe,          10:58:19
22  not to be confused with the build-up of the           10:58:21
23  engines.                                              10:58:23
24  Q.      Let's walk through it.  What is this          10:58:23
25  paperwork?                                            10:58:28

Page 97

| | | |
|---|---|---|
| 1 | A.    This is the paperwork that certifies | 10:58:28 |
| 2 | that airframe to fly away with those two 550C, | 10:58:30 |
| 3 | IO-550C engines. | 10:58:38 |
| 4 | Q.    What's that look like? | 10:58:38 |
| 5 | A.    It's an STC.  Probably 20 pieces of | 10:58:39 |
| 6 | paper, probably 20 pages. | 10:58:44 |
| 7 | Q.    With script at the top that says -- | 10:58:47 |
| 8 | A.    Yes.  Correct. | 10:58:49 |
| 9 | Q.    What was the other type of -- what was | 10:58:50 |
| 10 | the other type of certification that you said | 10:58:52 |
| 11 | it shouldn't be confused with? | 10:58:54 |
| 12 | A.    That's Mike Moore signing off the | 10:58:56 |
| 13 | engines, which he did separate of us.  We had | 10:58:58 |
| 14 | nothing to do with that. | 10:59:02 |
| 15 | Q.    Do you need both the signoff and the STC | 10:59:03 |
| 16 | in order to be able to lawfully fly the plane? | 10:59:06 |
| 17 | A.    Correct. | 10:59:09 |
| 18 | Q.    So wouldn't you need both the signoff | 10:59:13 |
| 19 | and the STC to certify the engine? | 10:59:14 |
| 20 | A.    Yes.  But this is -- this email is | 10:59:16 |
| 21 | referring to just the signoff of the airframe, | 10:59:20 |
| 22 | is my understanding. | 10:59:22 |
| 23 | Q.    That's your understanding of the email? | 10:59:24 |
| 24 | A.    I'm not copied on the email, but I'm | 10:59:26 |
| 25 | assuming that's what this is. | 10:59:28 |

Page 98

| | | |
|---|---|---|
| 1 | Q.    So you don't know, but that's just -- if | 10:59:29 |
| 2 | you were reading this fresh -- | 10:59:31 |
| 3 | A.    Yeah, because it says invoice 1330.  It | 10:59:32 |
| 4 | says invoice.  So it's referring to the | 10:59:35 |
| 5 | invoice.  And the invoice would be referring to | 10:59:37 |
| 6 | the STC. | 10:59:41 |
| 7 | Q.    Do you know when the logbooks were | 10:59:49 |
| 8 | signed? | 10:59:52 |
| 9 | A.    I believe it was the beginning of | 10:59:54 |
| 10 | September and the beginning of October.  One | 10:59:57 |
| 11 | engine at a time it looked like when I saw the | 10:59:58 |
| 12 | logbook entries. | 10:59:59 |
| 13 | Q.    How do you prepare these STCs?  Are they | 11:00:01 |
| 14 | plane specific? | 11:00:04 |
| 15 | A.    The STC is fleet specific and then we | 11:00:07 |
| 16 | put our stamp on that particular document and | 11:00:10 |
| 17 | fill in with the specific information for that | 11:00:13 |
| 18 | particular aircraft, that serial number, the | 11:00:16 |
| 19 | end number and the model number. | 11:00:19 |
| 20 | Q.    So it's basically a form, correct? | 11:00:20 |
| 21 | A.    I suppose you could call it that. | 11:00:25 |
| 22 | Q.    You have a, say, 20-page Supplemental | 11:00:27 |
| 23 | Type Certificate that's largely complete, but | 11:00:32 |
| 24 | as you do these upgrades you fill in basically | 11:00:34 |
| 25 | the identifying information for the plane, is | 11:00:37 |

Page 99

| | | |
|---|---|---|
| 1 | that correct? | 11:00:40 |
| 2 | A.    You put the aircraft information in the | 11:00:40 |
| 3 | blanks tying that particular airframe to that | 11:00:44 |
| 4 | particular STC. | 11:00:48 |
| 5 | Q.    And you're able to tie that airplane to | 11:00:49 |
| 6 | that STC before the logbooks have been signed | 11:00:53 |
| 7 | and verified by the IA? | 11:00:55 |
| 8 | A.    Correct. | 11:00:57 |
| 9 | MR. WADSWORTH:  I'm going to mark as | 11:01:25 |
| 10 | Exhibit 14 an email from Joe Perkins. | 11:01:26 |
| 11 | (Exhibit 14 marked.) | 11:01:20 |
| 12 | BY MR. WADSWORTH: | 11:01:25 |
| 13 | Q.    Do you remember this email? | 11:01:51 |
| 14 | A.    Yes. | 11:01:56 |
| 15 | Q.    It says:  "I have just become aware that | 11:01:56 |
| 16 | the logbooks for my engines have not been | 11:01:59 |
| 17 | signed." | 11:02:01 |
| 18 | Was this news to you on November 18 that | 11:02:02 |
| 19 | the logbooks had not been signed? | 11:02:05 |
| 20 | A.    Yes. | 11:02:08 |
| 21 | Q.    As of November 18 you believed the work | 11:02:11 |
| 22 | had been signed off on? | 11:02:14 |
| 23 | A.    Correct.  The engines had been signed | 11:02:15 |
| 24 | off.  Not the installation; the engines. | 11:02:17 |
| 25 | Q.    And one more time help me.  What is the | 11:02:23 |

Page 100

| | | |
|---|---|---|
| 1 | difference between the -- the engines -- when | 11:02:23 |
| 2 | you say that the engines had been signed off | 11:02:23 |
| 3 | on, you mean you believed that Mike Moore had | 11:02:27 |
| 4 | signed whatever log he -- | 11:02:29 |
| 5 | A.    The engine log -- | 11:02:29 |
| 6 | Q.    You believed that he had signed whatever | 11:02:33 |
| 7 | engine logbooks that he had to sign in order to | 11:02:36 |
| 8 | install the engines, correct, or to complete | 11:02:39 |
| 9 | the engine rebuild? | 11:02:42 |
| 10 | A.    I think at that time I thought the | 11:02:47 |
| 11 | engine logbooks had been signed off, but I | 11:02:50 |
| 12 | believe I found out at a later date they had | 11:02:54 |
| 13 | not been signed off. | 11:02:56 |
| 14 | Q.    Do you remember why they had not been | 11:02:57 |
| 15 | signed off? | 11:02:58 |
| 16 | A.    Yes.  Mike Moore told me at a later date | 11:03:00 |
| 17 | that he wanted to be named as insured on our | 11:03:03 |
| 18 | insurance policy. | 11:03:08 |
| 19 | Q.    Was he not previously named as insured? | 11:03:10 |
| 20 | A.    Not named specifically.  He individually | 11:03:14 |
| 21 | wasn't named specifically. | 11:03:17 |
| 22 | Q.    We're going to get into the insurance | 11:03:21 |
| 23 | policy a little bit more.  You had a policy | 11:03:23 |
| 24 | that was in place as of May 10, 2013, correct? | 11:03:27 |
| 25 | A.    Yes. | 11:03:31 |

Page 101

1    Q.    Give or take?                          11:03:31
2    A.    Correct.                               11:03:32
3    Q.    Did that policy cover independent      11:03:34
4    contractors like Mike Moore?                 11:03:37
5              MR. HEISTERHAGEN:  I'm going to     11:03:40
6    object to the extent that you're asking for a 11:03:41
7    coverage opinion from an insured.            11:03:42
8              THE WITNESS:  I don't know.         11:03:48
9    BY MR. WADSWORTH:                            11:03:49
10   Q.    I mean --                              11:03:49
11   A.    I don't know.                          11:03:49
12   Q.    If Mike Moore asked you -- and,        11:03:52
13   obviously, you know, I know you're not a     11:03:54
14   lawyer.  I know that you're not a coverage guy. 11:03:56
15   A.    Right.                                 11:04:00
16   Q.    But if Mike Moore had asked you in,    11:04:00
17   let's say, July of 2013 when the rebuild was 11:04:04
18   starting, "Does this insurance cover me as an 11:04:07
19   independent contractor?"  What would you have 11:04:09
20   said?                                        11:04:12
21   A.    I would put him in contact with our    11:04:14
22   insurance agent.                             11:04:16
23   Q.    So you don't know for pretty much --   11:04:19
24   this May insurance policy, you don't know    11:04:22
25   whether it would cover an independent        11:04:24

Page 102

1    contractor or not?                           11:04:26
2    A.    I believe my understanding was that it 11:04:33
3    would cover whoever built the engine.  So I  11:04:35
4    don't know if you want to call him an        11:04:40
5    independent contractor or whatever name you  11:04:42
6    want to attach to him, but I believe it was  11:04:43
7    going to cover whoever built the engine.  The 11:04:44
8    key ingredient was it would take care of the 11:04:47
9    end-user.  That was our main focus was saying, 11:04:52
10   hey, the end-user needs to be looked after, so 11:04:55
11   that's why we have to have insurance coverage. 11:04:58
12   A lot of engine shops don't have insurance    11:05:00
13   coverage and we wanted to make sure that we   11:05:02
14   did.                                          11:05:05
15   Q.    So it's your understanding that this May 11:05:08
16   insurance policy would have covered whoever   11:05:13
17   built the engine for D'Shannon?              11:05:17
18   A.    For a certain period of time, I believe 11:05:19
19   that, yes.                                    11:05:22
20   Q.    Now, obviously, Mike Moore has a special 11:05:22
21   relationship as an independent contractor with 11:05:26
22   D'Shannon.  Suppose an engine shop, just a    11:05:29
23   random engine shop in Kentucky had wanted to do 11:05:31
24   the Genesis upgrade build, would the insurance 11:05:34
25   policy, do you believe, have covered them?    11:05:37

Page 103

1    A.    No, we weren't going to allow that to  11:05:41
2    happen.  It had to be within our own facility. 11:05:42
3    It had to be with our supervision.  It had to 11:05:45
4    be noted in our insurance that particular     11:05:47
5    location was covered under our insurance.  So 11:05:49
6    we would never have gone to another facility in 11:05:53
7    Kentucky like we just mentioned.              11:05:58
8    Q.    So going back to the logbooks not being 11:05:59
9    signed, the engine --                        11:06:01
10   A.    The engine logbooks.                    11:06:02
11   Q.    We'll call them that.  Going back to the 11:06:04
12   engine logbooks not being signed, do you      11:06:06
13   believe Mike Moore's concerns were unfounded in 11:06:09
14   November of 2013?                             11:06:11
15   A.    No.  It was reasonable.  He wanted to   11:06:12
16   make sure that he had coverage for the engines 11:06:15
17   he had built.                                 11:06:16
18   Q.    But you believed that he already had    11:06:17
19   that coverage?                                11:06:19
20   A.    Yes.  And I sent him to our insurance   11:06:20
21   agent to clarify it.                          11:06:22
22   Q.    Let's go ahead and jump there.          11:06:30
23   (Recess taken from 11:06 a.m. to 11:18 a.m.)  11:18:09
24   BY MR. WADSWORTH:                             11:18:09
25   Q.    Mr. Erickson, we're going to talk a     11:18:11

Page 104

1    little bit about the insurance issue just     11:18:13
2    because it just now came up.                  11:18:18
3              (Exhibit 15 marked.)                11:18:21
4    BY MR. WADSWORTH:                             11:18:22
5    Q.    I'm going to mark as Exhibit 15         11:18:22
6    something that was -- I already marked this as 11:18:26
7    Exhibit 15.  Do you recognize this document?  11:18:34
8    A.    Yes.                                    11:18:44
9    Q.    What is it?                             11:18:44
10   A.    The Aviation Commercial General         11:18:45
11   Liability Coverage Declarations.              11:18:50
12   Q.    Now, this is the single-page -- as you  11:18:53
13   see it's marked Plaintiffs.  This is the single 11:18:54
14   page that you provided to Joe Perkins at some 11:18:57
15   point.  Do you have the rest of this document 11:19:02
16   anywhere?                                     11:19:04
17   A.    I assume we do.                         11:19:05
18             MR. HEISTERHAGEN:  I haven't been   11:19:07
19   able to find it.  We'll go back and check and 11:19:08
20   see if we have a copy.                        11:19:14
21             THE WITNESS:  Can we ask Wings for  11:19:16
22   it?                                           11:19:18
23             MR. HEISTERHAGEN:  I don't think    11:19:18
24   they have it.  We've gone and checked with the 11:19:20
25   insurance agent.  There's some type of computer 11:19:21

## Page 105

1    issue with Wings upgrading and they don't have    11:19:23
2    it.  And it was right around this time.  We'll    11:19:30
3    see if we have it.    11:19:32
4    BY MR. WADSWORTH:    11:19:32
5    Q.    This is, as far as we know, the only    11:19:34
6    evidence of this insurance policy is    11:19:35
7    Exhibit 15?    11:19:38
8    A.    Uh-huh.    11:19:38
9    Q.    What does it say the effective policy    11:19:42
10   period is?    11:19:44
11   A.    May 10, 2013 to May 10, 2014.    11:19:45
12   Q.    Okay.  Now, that would have been during    11:19:51
13   the time that this engine was being built,    11:19:52
14   correct?    11:19:54
15   A.    Correct.    11:19:55
16   Q.    And it's your understanding that, even    11:19:56
17   though we don't have anything in here that    11:19:59
18   necessarily says this, that it would cover    11:20:01
19   hired employees such as independent    11:20:04
20   contractors?    11:20:09
21   A.    It doesn't say anything to the contrary.    11:20:09
22   Q.    But that was your understanding was that    11:20:12
23   this would cover independent contractors?    11:20:14
24   A.    No.  At first -- at first we believed    11:20:17
25   that it would cover independent contractors.    11:20:23

## Page 106

1    And then my insurance agent simply told me that    11:20:27
2    we needed to get information from our team to    11:20:29
3    make them employees.    11:20:37
4    Q.    When did that conversation take place?    11:20:40
5    A.    October, maybe September, October.    11:20:45
6    Q.    So September, October you learned that,    11:20:50
7    despite what you had thought, in fact, the    11:20:54
8    independent contractors in North Carolina were    11:20:56
9    not covered by this insurance policy?    11:20:58
10   A.    I'm not saying that.    11:21:00
11         MR. HEISTERHAGEN:  Object to form.    11:21:01
12   A.    I'm not an insurance agent.  I'm just    11:21:02
13   saying my understanding.  And my understanding    11:21:05
14   is not well versed in insurance.    11:21:06
15   BY MR. WADSWORTH:    11:21:09
16   Q.    But your insurance agent suggested they    11:21:09
17   might not be covered?    11:21:11
18   A.    No, he didn't suggest that.  He    11:21:13
19   suggested they become employees.    11:21:15
20   Q.    Why?    11:21:21
21   A.    He felt it would be better for our    11:21:22
22   purposes and better for coverage if they were    11:21:23
23   employees.  He didn't make it mandatory.  He    11:21:26
24   said it would be a good idea.    11:21:28
25   Q.    Did he indicate that he felt there might    11:21:32

## Page 107

1    be a hole in the coverage?    11:21:34
2    A.    No.    11:21:37
3    Q.    He recommended that you restructure your    11:21:37
4    relationship with this group of people, change    11:21:42
5    the business structure of D'Shannon based off    11:21:44
6    of there not being any problem whatsoever with    11:21:47
7    the policy; is that your testimony?    11:21:51
8    A.    He thought it was a good business    11:21:52
9    decision.  He didn't say it had anything to do    11:21:55
10   with insurance.  He felt it was a good business    11:21:57
11   decision.    11:21:59
12   Q.    Do you often consult with your insurance    11:21:59
13   agent on your business decisions?    11:22:02
14   A.    Well, he was pretty well versed in    11:22:03
15   aviation and he had seen a lot of business over    11:22:06
16   the years.  And so I took his counsel.  He's a    11:22:08
17   sharp individual and I felt that if that was    11:22:14
18   something he felt would be in our best interest    11:22:18
19   and the best interest of our employees and the    11:22:20
20   best interest of our clients, then we would go    11:22:21
21   that path.    11:22:23
22   Q.    Okay.  Based off of this counsel, did    11:22:27
23   you attempt to make Mike Moore and his team    11:22:32
24   employees?    11:22:34
25   A.    Yes.    11:22:34

## Page 108

1    Q.    And it's your understanding that his    11:22:37
2    counsel had nothing to do with insurance    11:22:39
3    coverage, correct?    11:22:40
4    A.    I don't know if it had nothing to do    11:22:43
5    with insurance coverage, but he gave it to me    11:22:44
6    as a business counselor, he told me, "I think    11:22:47
7    you're going to be best served and everybody    11:22:50
8    that you're in contact with, anybody you send a    11:22:52
9    product out to, anybody that works with you,    11:22:54
10   all of you would be best served if these people    11:22:56
11   were employees."    11:22:59
12   Q.    I'm trying to wrap my head around this.    11:23:02
13   So his counsel had nothing to do with insurance    11:23:04
14   coverage --    11:23:06
15   A.    I didn't say that.  I don't know if it    11:23:07
16   was completely based on insurance or -- it was    11:23:10
17   a combination of business counsel and insurance    11:23:14
18   counsel is what I took it as.    11:23:16
19   Q.    Did he say you could get cheaper rates    11:23:21
20   if they were employees?    11:23:23
21   A.    No.    11:23:24
22   Q.    Did he say you could get more favorable    11:23:24
23   terms with the insurance company?    11:23:30
24   A.    No.    11:23:31
25   Q.    How did he say it would affect your    11:23:36

Page 109

```
1    insurance coverage?                            11:23:39
2    A.    He didn't.  There's no email             11:23:40
3    communication I'm aware of where he said we had 11:23:47
4    to do it, I don't believe.  I believe he       11:23:50
5    suggested we do it because Mike Moore -- I've   11:23:53
6    got to think about this.  Mike Moore signing    11:24:01
7    off the engines he felt would be better for     11:24:07
8    insurance, and Mike Moore's position            11:24:11
9    particularly, if he was an employee.  So the    11:24:13
10   other individuals became employees, but he      11:24:17
11   really believed that Mike would be best served  11:24:20
12   to become an employee.                          11:24:24
13   Q.    How would he be best served?              11:24:28
14   A.    To cover him and to take care of his      11:24:30
15   taxes.  I think in every respect it was a       11:24:35
16   comprehensive approach to Mike, Mike, become an 11:24:42
17   employee.  We help pay your taxes.  We help     11:24:45
18   provide you with workman's comp so if something 11:24:48
19   happens in our shop, then you're going to be    11:24:50
20   covered for that injury that you would receive  11:24:52
21   in our shop, as well as it serves us better to  11:24:55
22   be in that state of North Carolina and be       11:25:01
23   employing those people as opposed to            11:25:05
24   contracting.  I guess the IRS has become more   11:25:07
25   stringent upon W-9 employees.                   11:25:10
```

Page 110

```
1    Q.    So there could be a situation where Mike  11:25:13
2    would be better covered if he had a workers'    11:25:16
3    comp claim, correct?                            11:25:19
4    A.    Correct.                                  11:25:19
5    Q.    And there would be a situation where      11:25:21
6    Mike would be covered if he signed off on an    11:25:22
7    engine, correct?                                11:25:24
8    A.    Correct.                                  11:25:25
9          MR. HEISTERHAGEN:  Object to form.        11:25:26
10   A.    I believe that's the case.  I don't know  11:25:29
11   for sure on that.  I would have to review my    11:25:31
12   emails.                                         11:25:33
13   BY MR. WADSWORTH:                               11:25:35
14   Q.    But as we've testified earlier, you're    11:25:35
15   not an insurance expert, correct?              11:25:37
16   A.    That's correct.                           11:25:39
17   Q.    So you don't know whether Mike Moore was  11:25:39
18   actually covered or not as an independent       11:25:41
19   contractor for the purposes of signing off on  11:25:43
20   the engine, correct?                            11:25:44
21   A.    Yeah, the insurance agent would have to   11:25:45
22   answer that.                                    11:25:47
23   Q.    And it was his opinion that he would be   11:25:52
24   better covered if he was an employee?           11:25:55
25   A.    You said --                               11:25:56
```

Page 111

```
1    Q.    It was the insurance opinion --           11:25:58
2    insurance agent's opinion that he would be      11:26:00
3    better covered -- Mike Moore would be better    11:26:02
4    covered if he was an employee rather than an    11:26:04
5    independent contractor?                         11:26:06
6    A.    That was my impression from him.          11:26:06
7    Q.    I'm going to mark Exhibit 16.             11:26:10
8          (Exhibit 16 marked.)                      11:26:10
9    BY MR. WADSWORTH:                               11:26:10
10   Q.    Do you recognize Exhibit 16?              11:26:10
11   A.    Yes.                                      11:26:39
12   Q.    What is this?                             11:26:39
13   A.    A cancellation endorsement.               11:26:40
14         MR. WADSWORTH:  Now, this was             11:26:42
15   attached to your reply in support of summary    11:26:46
16   judgment.  I don't see where we have a Bates    11:26:51
17   labeled copy of this.  Has this been produced   11:26:53
18   in this litigation?                             11:26:56
19         MR. HEISTERHAGEN:  No.  We just got       11:26:57
20   a copy.  We can produce it, but you have it.    11:26:59
21         MR. WADSWORTH:  It doesn't really         11:27:03
22   matter.                                         11:27:04
23         MR. HEISTERHAGEN:  We'll put Bates        11:27:04
24   numbers on it.                                  11:27:04
25         MR. WADSWORTH:  I'm not too picky         11:27:05
```

Page 112

```
1    about those things, but it might help.          11:27:07
2    BY MR. WADSWORTH:                               11:27:14
3    Q.    When did you find this document?          11:27:14
4    A.    It looks like I received it sometime the  11:27:15
5    beginning of October, the first couple weeks of 11:27:17
6    October, it looks like.                         11:27:19
7    Q.    Well, I mean, did you -- you received it  11:27:21
8    in the first couple of weeks of October, but    11:27:22
9    like over the past few weeks did you recently   11:27:24
10   go back through your records and re-find this    11:27:28
11   document?                                       11:27:31
12         MR. HEISTERHAGEN:  It came from the       11:27:31
13   insurance agent.                                11:27:33
14         MR. WADSWORTH:  Okay.                     11:27:33
15   BY MR. WADSWORTH:                               11:27:33
16   Q.    What is this document?                    11:27:37
17   A.    A cancellation endorsement.               11:27:39
18   Q.    Why was there a cancellation of the       11:27:45
19   insurance?                                      11:27:47
20   A.    For lack of payment, is my                11:27:47
21   understanding.                                  11:27:49
22   Q.    And just checking, this cancellation      11:27:51
23   endorsement refers to the Exhibit 15 insurance  11:27:55
24   policy, correct?                                11:27:58
25   A.    Yes.                                      11:27:59
```

Scott Erickson
5/12/2016

Page 113

1   Q.   It was canceled for lack of payment?   11:28:02
2   A.   I believe that's what it was, yes.   11:28:04
3   Q.   Who was supposed to pay the insurance   11:28:06
4   premiums?   11:28:08
5   A.   Our company.   11:28:08
6   Q.   D'Shannon Products, Limited?   11:28:10
7   A.   Uh-huh.   11:28:12
8   Q.   Why had it not been paid?   11:28:13
9   A.   It got past us.  I was surprised to see   11:28:16
10  it as well.   11:28:20
11  Q.   It says in consideration of a return   11:28:20
12  premium of $19,000.  Who received that $19,000?   11:28:23
13  A.   I don't remember receiving a check for   11:28:32
14  $19,437.   11:28:34
15  Q.   Did you have to write a check for   11:28:35
16  $19,437?   11:28:37
17  A.   Not that I'm aware of.   11:28:39
18  Q.   We'll let that $19,437 remain a mystery.   11:28:42
19       It's effective October 7, 2013, correct?   11:28:46
20  A.   Uh-huh.   11:28:51
21  Q.   It says:  "Effective on the above date,   11:28:52
22  this policy is canceled," correct?   11:28:55
23  A.   Correct.   11:28:56
24  Q.   What insurance was in place after   11:28:57
25  October 7, 2013?   11:28:59

Page 114

1   A.   There was no insurance with Allianz for   11:29:05
2   a period of time after October 7.  I think it   11:29:06
3   was the end of November.   11:29:12
4   Q.   We'll move to that next policy.  Between   11:29:21
5   October 7, 2013 and the start of the new   11:29:23
6   policy -- which I think is in the end of   11:29:28
7   November, November 27 -- we'll get into that --   11:29:30
8   was there any insurance in place to cover the   11:29:33
9   rebuild of the Baron engines?   11:29:35
10  A.   No insurance coverage for that period of   11:29:38
11  time, that I'm aware of.   11:29:41
12  Q.   So if Mike Moore had signed off on the   11:29:42
13  engines between October 7 and the November 27   11:29:44
14  date, would he have been covered by any   11:29:47
15  insurance if something went wrong?   11:29:50
16       MR. HEISTERHAGEN:  Steve, you know   11:29:56
17  as well as I do, there's a ton of issues in   11:29:57
18  terms of claims made, current basis.  I mean,   11:29:59
19  to ask him a coverage question like that, he   11:30:00
20  can't offer a legal conclusion.   11:30:05
21       THE WITNESS:  Well, I don't have an   11:30:05
22  answer.   11:30:05
23  BY MR. WADSWORTH:   11:30:05
24  Q.   Okay.  You don't know one way or the   11:30:07
25  other?   11:30:09

Page 115

1   A.   I don't know one way or the other.  I   11:30:09
2   just know that the insurance agent told me we   11:30:13
3   were operational in November.  And it took us   11:30:16
4   many weeks to get that operational, the new   11:30:18
5   policy.   11:30:25
6   Q.   Did you have any discussions with Joe   11:30:39
7   Perkins concerning insurance at the start of   11:30:41
8   this policy, at the start of the rebuild?   11:30:44
9   A.   I believe I did.  I don't know when they   11:30:56
10  took place, but we did discuss insurance at   11:30:58
11  some time.   11:31:00
12  Q.   Would those discussions have happened in   11:31:01
13  the May to June 2013 time period?   11:31:04
14  A.   I would think so.   11:31:07
15  Q.   What did you tell Joe Perkins about   11:31:11
16  insurance in May of 2013?   11:31:13
17  A.   Simply, we had insurance coverage for   11:31:14
18  the engines.  I'm assuming if there was an   11:31:17
19  issue, that he would be covered.  That's what   11:31:19
20  happens, when the claim is made during that   11:31:21
21  period that you have insurance, that's handled   11:31:23
22  by the insurance company.   11:31:26
23  Q.   So you told Joe Perkins that if anything   11:31:29
24  went wrong, there would be insurance coverage   11:31:35
25  to cover the loss, correct?   11:31:37

Page 116

1   A.   I told him that's how insurance policies   11:31:41
2   work.   11:31:45
3        MR. WADSWORTH:  I'm going to mark   11:32:13
4   Exhibit 17, the insurance policy.   11:32:21
5        (Exhibit 17 marked.)   11:32:12
6   BY MR. WADSWORTH:   11:32:13
7   Q.   Do you recognize this document?   11:32:41
8   A.   Yes.   11:32:42
9   Q.   What is it?   11:32:44
10  A.   It's an Aviation Commercial General   11:32:45
11  Liability Insurance Policy.   11:32:53
12  Q.   What is the effective date on this   11:32:53
13  policy?  It can be found on --   11:32:56
14  A.   November 27, 2013.   11:32:58
15  Q.   And this is the replacement insurance   11:33:02
16  policy for the policy that was canceled on   11:33:04
17  October 7, correct?   11:33:06
18  A.   Correct.   11:33:07
19  Q.   Was it done with the same underwriter?   11:33:07
20  A.   Wings Insurance Agency, 14871 Pioneer   11:33:14
21  Trail, Eden Prairie 55347, Minnesota.   11:33:17
22  Q.   Was it done with the same insurance   11:33:21
23  agent?   11:33:23
24  A.   I believe it was.  I don't see his name   11:33:29
25  on here, but I believe it was.   11:33:30

Page 117

1    Q.    Who was your insurance agent?          11:33:33
2    A.    Tom Haag.                              11:33:36
3    Q.    Are there any material -- what         11:33:41
4    differences are there between -- other than the   11:33:43
5    date, between this policy and the policy that  11:33:46
6    it replaced?  Do you remember having any       11:33:48
7    discussions about that?                       11:33:50
8    A.    I don't know any differences between the  11:33:56
9    two.                                          11:33:58
10   Q.    There may be differences, there may not,  11:33:58
11   but you're just not aware of what the         11:34:01
12   differences would be; is that fair?           11:34:03
13   A.    I can see simply on the document it says  11:34:04
14   the hangar keeper's liability is increased.   11:34:04
15   Q.    Who is the hangar keeper?               11:34:10
16   A.    That's when you have an aircraft inside  11:34:11
17   a hangar.  That's one change.  You asked me to  11:34:14
18   tell you what change there was.  That's one   11:34:17
19   change I can see.                             11:34:19
20   Q.    And, obviously, we don't have like the  11:34:23
21   insurance policy which would start on         11:34:30
22   Plaintiffs' 30, like we don't have all the    11:34:31
23   details of that for the May policy, correct?  11:34:33
24   A.    I don't believe so.                     11:34:39
25   Q.    So do you know like just from your      11:34:42

Page 118

1    discussions with the insurance agent or from  11:34:45
2    any other source whether there are differences  11:34:49
3    between this part of the policy between the one  11:34:52
4    that was the May policy and this policy from  11:34:55
5    November?                                     11:34:57
6    A.    Not that I'm aware of.  I don't know of  11:34:59
7    any differences.                              11:35:01
8    Q.    You don't know if they're the same or   11:35:03
9    different, correct?                           11:35:05
10   A.    Correct.                                11:35:06
11   Q.    Was it your understanding that -- and,  11:35:12
12   obviously, again, you're not a lawyer, you're  11:35:14
13   not an insurance coverage expert, but when you  11:35:16
14   signed this, when you bought this policy, was  11:35:19
15   it your understanding that Mike Moore would be  11:35:21
16   covered by the policy?                        11:35:25
17   A.    I don't think his name is listed on     11:35:34
18   there, so I don't know for sure if he would be  11:35:36
19   listed on there or not.  I don't think we had  11:35:38
20   him listed.  He was just someone that was -- I  11:35:40
21   don't know how to answer that question.        11:35:53
22   There's no individuals listed on there, so I  11:35:54
23   don't know if he would have been covered in    11:35:58
24   there or not.                                  11:35:59
25   Q.    When you bought this policy, were you   11:36:00

Page 119

1    looking for something that would cover the work  11:36:02
2    that was done in North Carolina if there was a  11:36:04
3    problem?                                      11:36:06
4    A.    Of course.                              11:36:06
5    Q.    Did you have those discussions with your  11:36:07
6    insurance provider?                           11:36:10
7    A.    Yes.                                    11:36:11
8    Q.    So what you wanted to buy was something  11:36:12
9    that would cover the work that was performed in  11:36:14
10   North Carolina?                               11:36:16
11   A.    Correct.                                11:36:16
12   Q.    And, to your knowledge, this would cover  11:36:18
13   it, correct?                                  11:36:20
14   A.    That's my understanding, yes.           11:36:20
15   Q.    Now, jumping back a little bit, you said  11:36:26
16   that at some point Mike Moore refused to sign  11:36:33
17   off on the engines because he believed that he  11:36:35
18   was not covered, correct?                     11:36:37
19   A.    Right.                                  11:36:38
20   Q.    How did those discussions begin?        11:36:41
21   A.    I think he sent us emails.  He sent us  11:36:44
22   emails that he wanted to make sure that he was  11:36:48
23   covered in the insurance, so I put him in      11:36:52
24   contact with the agent.  You have to ask him   11:36:54
25   how the discussions went on with the insurance  11:36:57

Page 120

1    agent because my discussions with him were    11:36:57
2    minimal.                                      11:36:59
3    Q.    When did he first come to believe he was  11:37:01
4    not covered by the insurance?                 11:37:03
5    A.    I couldn't answer if he came to believe  11:37:05
6    that or not.                                  11:37:06
7    Q.    When did you first start having          11:37:10
8    conversations with him about insurance?       11:37:11
9    A.    In the summer of 2013.                  11:37:15
10   Q.    So his concerns went back somewhere in  11:37:18
11   the summer of 2013?                           11:37:21
12   A.    I think towards the end of the summer of  11:37:22
13   2013, yup.  So I put him in contact with Tom  11:37:24
14   Haag.                                         11:37:24
15            (Exhibit 18 marked.)                 11:38:01
16   BY MR. WADSWORTH:                             11:38:04
17   Q.    Can I ask if you've seen this document  11:38:25
18   before?                                       11:38:27
19   A.    Yes.                                    11:38:34
20   Q.    What is this document?                  11:38:35
21   A.    This is a copy of a logbook entry -- an  11:38:41
22   engine logbook entry.                         11:38:47
23   Q.    Is it an engine logbook entry for Joe  11:38:53
24   Perkins' right engine?                        11:38:58
25   A.    Yes.                                    11:38:59

**Scott Erickson**
**5/12/2016**

Page 121

```
1    Q.    When did you first see this document?    11:39:04
2    A.    I think just a few months ago.           11:39:16
3    Q.    Okay.  If we take a look on the very      11:39:18
4    last page, Dixie 331, it's signed off by       11:39:22
5    Michael Moore for D'Shannon Aviation, correct? 11:39:26
6    A.    Uh-huh.                                   11:39:28
7    Q.    Do you know when this was signed?         11:39:29
8    A.    I thought I saw a version of this that    11:39:38
9    was signed -- it's dated 10/10/2013.           11:39:43
10   Q.    That was the day the work was completed,  11:39:51
11   right?                                          11:39:53
12   A.    Yes.  I'm assuming that's the date of     11:39:54
13   the signature.  I don't know.  We'll have to    11:39:56
14   ask Michael Moore.  I don't know.               11:39:58
15   Q.    We will ask.  Now, below his signature    11:39:59
16   it says:  *A&P3513930.  Do you see that?        11:40:01
17   A.    Yup.                                      11:40:05
18   Q.    Do you know what that number would mean?  11:40:06
19   A.    Airframe and power plant mechanic.        11:40:08
20   That's his FAA designated airframe and power    11:40:14
21   plant mechanic number, the 3513930, I believe. 11:40:10
22   Q.    Now, if he was an IA would he have a      11:40:20
23   different number?                               11:40:22
24   A.    I don't know.  You would have to ask      11:40:25
25   him.                                            11:40:27
```

Page 122

```
1    Q.    What does this document purport to show?  11:40:31
2    What's in this document?                        11:40:38
3    A.    A very thorough -- the most thorough      11:40:39
4    logbook entry for an engine I've ever seen.     11:40:42
5    That's what he's trying to convey here, all of  11:40:45
6    the details of the parts.  And I think it's     11:40:48
7    quite comprehensive in nature.                  11:40:52
8    Q.    Do you have any reason to believe that    11:40:54
9    there's anything incorrect in this logbook?    11:40:56
10   A.    No.                                       11:40:59
11   Q.    So as far as you know -- and we'll ask    11:41:02
12   Mike Moore -- what he says he put in the engine 11:41:06
13   he put in, correct?                             11:41:09
14   A.    That's what I would assume.               11:41:10
15   Q.    How he said he installed the parts,       11:41:11
16   that's how he installed them, correct?          11:41:14
17   A.    I would assume so, yes.                   11:41:16
18   Q.    And we'll ask, obviously, Mr. Moore for   11:41:17
19   verification.                                   11:41:21
20   A.    Please do.                                11:41:22
21   Q.    But you personally have no reason to      11:41:25
22   question the accuracy of what's in there?       11:41:27
23   A.    No, I have nothing to lead me to believe  11:41:37
24   something's inaccurate.  But, again, this is    11:41:39
25   not something that I review on a regular basis. 11:41:42
```

Page 123

```
1            MR. WADSWORTH:  Now, I'm going to       11:41:49
2    mark as 19 --                                   11:41:50
3            (Exhibit 19 marked.)                    11:41:52
4    BY MR. WADSWORTH:                                11:41:57
5    Q.    I think I cut off the first page of       11:41:57
6    this, but do you recognize this document?       11:42:01
7    A.    Yes.                                      11:42:20
8    Q.    What is this?                             11:42:21
9    A.    This is the logbook entry for what I      11:42:21
10   assume is the left-hand engine because it has a 11:42:31
11   different serial number than the right-hand     11:42:33
12   engine.                                         11:42:36
13   Q.    Joe Perkins' right hand engine, correct? 11:42:36
14   A.    Correct.                                  11:42:38
15   Q.    Do you see where it's signed?             11:42:43
16   A.    Yes.                                      11:42:44
17   Q.    And, again, it's Michael H. Moore,        11:42:46
18   D'Shannon Aviation, 168-B Raceway Drive,        11:42:49
19   Mooresville, North Carolina, correct?           11:42:52
20   A.    Uh-huh.                                   11:42:53
21   Q.    And the same question for this as there   11:42:54
22   was for the last document.  You have no reason  11:42:57
23   to question the accuracy of this document,      11:43:01
24   correct?                                        11:43:03
25   A.    That is correct, I have no reason to      11:43:05
```

Page 124

```
1    question this.                                  11:43:07
2    Q.    And Michael Moore would be in a better    11:43:08
3    position than you to state whether this is      11:43:10
4    accurate?                                       11:43:12
5    A.    Definitely.  That would be accurate.      11:43:13
6    Q.    All right.  When we talked about FAA      11:43:15
7    traceable parts or marked parts within an       11:43:54
8    engine, why is that important?                  11:43:57
9    A.    Because the FAA has a certain set of      11:44:02
10   standards.  And if you're going to provide a    11:44:05
11   product within general aviation that they have  11:44:07
12   authority over, general aviation, you have to   11:44:09
13   live within the limits of their requirements.   11:44:15
14   Q.    What is the purpose of those rules, to    11:44:18
15   your knowledge?                                 11:44:21
16   A.    To my knowledge, it's simply to comply    11:44:21
17   with the government requirements to -- it's a   11:44:24
18   tough question.  Tough answer on that one.      11:44:34
19   Q.    Generally, it's to make sure that the     11:44:37
20   airplanes that are going up in the air are safe 11:44:39
21   to be up there; they're airworthy, correct?     11:44:41
22   A.    Correct.                                  11:44:44
23   Q.    And these requirements may be more        11:44:45
24   stringent, one could argue, than maybe they     11:44:47
25   need to be, but they're there to make sure      11:44:51
```

Scott Erickson
5/12/2016

Page 125

```
1    planes are airworthy, correct?                    11:44:54
2    A.    Right.                                       11:44:56
3    Q.    Now, do you know, does the rule require      11:44:58
4    you to use like -- where would you get the        11:45:01
5    specifications for what part would go into        11:45:09
6    which engine?                                      11:45:11
7    A.    I don't know that answer.                    11:45:14
8    Q.    Would it come from a type certificate?       11:45:15
9    A.    I don't know that answer.  I think it        11:45:19
10   simply comes from the Continental Motors           11:45:20
11   manuals.  And those Continental Motors manuals,    11:45:23
12   I believe, lay out all the parts.                  11:45:26
13   Q.    If the Continental Motors manual lays        11:45:28
14   out all the parts, say, in an overhaul manual,     11:45:31
15   which I can mark --                                11:45:37
16         MR. WADSWORTH:  We'll mark this as           11:45:49
17   Exhibit 20.                                        11:45:50
18         (Exhibit 20 marked.)                         11:45:52
19   BY MR. WADSWORTH:                                  11:45:52
20   Q.    Do you recognize this document?             11:46:10
21   A.    Yes, I've seen this before.                 11:46:15
22   Q.    I'll let you know that looking at the        11:46:18
23   bottom, this is the September 2014 Continental     11:46:21
24   Aircraft Engine Maintenance and Overhaul           11:46:25
25   manual.  I believe that the rebuild was done on    11:46:28
```

Page 126

```
1    a previous version -- that was maybe August        11:46:31
2    2011 -- you recognize what this document is        11:46:36
3    supposed to be?                                    11:46:38
4    A.    The general marking of it, yes.  Right.      11:46:39
5    This is the new Continental symbol for the new     11:46:43
6    Continental Motors.                                11:46:47
7    Q.    As we look through this it has like          11:46:49
8    directions, correct, for assembling a              11:46:54
9    crankshaft, starting on page 1532.                 11:46:59
10   A.    Uh-huh.                                       11:47:03
11   Q.    In order to comply with the type             11:47:04
12   certificate, would the IA or the A&P have to       11:47:08
13   comply with these instructions?                    11:47:10
14   A.    Who said there's a type certificate as       11:47:12
15   part of an engine build?  Are you saying that?     11:47:13
16   Q.    Yeah.  Well, I'm asking you.                 11:47:17
17   A.    I don't know.                                11:47:19
18   Q.    Is there a type certificate?                 11:47:19
19   A.    I don't know.                                11:47:20
20   Q.    Well, let me ask this way:  If the IA or     11:47:24
21   A&P or the mechanics working under their           11:47:26
22   instructions did not comply with these             11:47:29
23   instructions, what would happen?                   11:47:30
24   A.    I don't know.  You have to ask the FAA.      11:47:31
25   I mean, they would do some kind of inspection      11:47:35
```

Page 127

```
1    of the parts and make a determination, just        11:47:37
2    like they did with this case.  Didn't they         11:47:41
3    withdraw their statements about this case?         11:47:47
4    Q.    Was there an FAA determination that          11:47:49
5    you're aware of?                                   11:47:53
6    A.    I thought the FAA was involved at the        11:47:53
7    beginning.                                         11:47:54
8    Q.    I believe that there was.  But I don't       11:47:55
9    -- I'm not aware of any official determination     11:47:57
10   one way or another from the FAA.                   11:47:59
11         MR. WADSWORTH:  Do you all have              11:48:02
12   records of that?                                    11:48:03
13         MR. HEISTERHAGEN:  Didn't you send           11:48:04
14   me something saying that the investigation was     11:48:05
15   over?                                               11:48:10
16         MR. WADSWORTH:  Yeah, but I don't            11:48:11
17   think there was an official determination.         11:48:12
18   That's what I'm getting at.                        11:48:14
19         MR. HEISTERHAGEN:  There was             11:48:15
20   never like a --                                     11:48:16
21         MR. WADSWORTH:  Like an order,           11:48:17
22   guilty, not guilty.                                 11:48:20
23         MR. HEISTERHAGEN:  Just that it          11:48:20
24   was --                                              11:48:20
25         THE WITNESS:  It's over.                 11:48:20
```

Page 128

```
1          MR. WADSWORTH:  They just weren't          11:48:22
2    pursuing it?                                        11:48:23
3          THE WITNESS:  Right.                       11:48:25
4    BY MR. WADSWORTH:                                   11:48:26
5    Q.    So it's your opinion that possibly they     11:48:30
6    could use different parts that aren't specified    11:48:33
7    in this overhaul manual?                           11:48:36
8    A.    Absolutely.  There's a process called       11:48:37
9    reverses engineering.  It's allowed within         11:48:40
10   aviation and many other industries, people can     11:48:43
11   duplicate parts and sell those parts as            11:48:45
12   replacement parts.  And companies do it all the    11:48:47
13   time.                                              11:48:49
14   Q.    Would those be marked according to FAA       11:49:00
15   specifications?                                     11:49:00
16   A.    I would say the grand majority are          11:49:03
17   marked.  Some of them are too small to be          11:49:05
18   marked.                                            11:49:08
19   Q.    Do you know whether these parts would        11:49:08
20   have to go through an FAA approval process         11:49:09
21   before they could be used in an airplane?          11:49:12
22   A.    I believe they do.  I'm not familiar        11:49:13
23   with power plant approvals and altering of         11:49:15
24   parts within a power plant.  That's done by --     11:49:20
25   as you can see in here, there is part numbers      11:49:23
```

Page 129

1   called out or part names in that figure 1627.    11:49:28
2   And a number of those parts are made by other    11:49:37
3   companies.                                        11:49:40
4   Q.    Other than Continental?                    11:49:40
5   A.    Correct.                                    11:49:42
6   Q.    Do you know whether these parts are made   11:49:45
7   by Continental or whether they're made by ECI,   11:49:48
8   which is now Continental --                       11:49:51
9   A.    Superior Air Parts.                         11:49:52
10  Q.    Superior Air Parts.  No matter who makes   11:49:52
11  them, do they have to be approved by the FAA,    11:49:55
12  to your knowledge, before they can be used in    11:49:57
13  this particular type of engine?                   11:49:58
14  A.    I'm not sure if it's before, but it can    11:50:00
15  be during sometimes depending on the part while  11:50:04
16  it's in process at the FAA.  I don't know for     11:50:06
17  sure, but I believe some of these can be used     11:50:08
18  while they're getting approved by FAA.  I don't   11:50:12
19  know that for sure, though.                       11:50:14
20  Q.    When you say used, do you mean used in     11:50:15
21  the rebuild or used for flying purposes?          11:50:18
22  A.    Used in the rebuild.                        11:50:21
23  Q.    Is it airworthy before those parts are     11:50:22
24  approved?                                         11:50:25
25  A.    Is the part airworthy you mean?             11:50:27

Page 130

1   Q.    Let's start with the part.  Is the part    11:50:33
2   considered airworthy, as that term is used by    11:50:35
3   the FAA, before it's been approved by the FAA?   11:50:39
4   A.    I would assume.  I don't know the answer   11:50:42
5   to that, to be honest with you.                   11:50:44
6   Q.    Okay.  Let me try this:  Can a pilot      11:50:50
7   lawfully fly a plane which contains unapproved   11:50:55
8   parts, parts that have not yet been approved by  11:51:01
9   the FAA, to your knowledge?                       11:51:03
10  A.    I know of people who have, but it          11:51:11
11  doesn't mean that it's necessarily approved.     11:51:13
12  But if the individual signing off the aircraft   11:51:15
13  says those parts are airworthy, the FAA gives a  11:51:17
14  little bit of room to allow them to install      11:51:21
15  those items.  I just don't know to what level    11:51:24
16  they can do that.                                 11:51:27
17  Q.    Do you know whether the -- do you know     11:51:28
18  of situations where the FAA has actually said,   11:51:30
19  "No.  Mike Moore says it's cool, so we'll let    11:51:33
20  that bolt go," or any other A&P or IA, for that  11:51:36
21  matter?                                           11:51:42
22  A.    I can't answer to which part they would    11:51:43
23  approve and allow a determination to be made in  11:51:44
24  the field upon installation, but Mike Moore      11:51:46
25  would have more of an understanding than I       11:51:50

Page 131

1   would.                                            11:51:52
2   Q.    And I think you testified earlier that     11:51:54
3   when you say -- I'm trying to make sure we have  11:51:57
4   this correct.  You're saying that it can be      11:52:04
5   installed if it is awaiting approval, correct?   11:52:06
6   A.    I'm not sure of that, but I have heard     11:52:09
7   of situations, I believe, where people have      11:52:11
8   done that.  I'm not sure if it was legal or      11:52:13
9   not, but it was done.                             11:52:16
10  Q.    It happens?                                 11:52:18
11  A.    It has happened before, yes.               11:52:19
12  Q.    Do you know of people who build engines    11:52:22
13  and don't really look at what the FAA-approved   11:52:26
14  parts are?                                        11:52:29
15  A.    No, I don't think anybody does that.       11:52:30
16  I'm speaking of airframe parts most of the time  11:52:37
17  but aren't moving parts in flight.                11:52:41
18  Q.    All right.  Well, how about for engines    11:52:43
19  specifically, can you crank the engines and      11:52:46
20  take off without having every part in that       11:52:47
21  engine FAA traceable, marked and approved by     11:52:51
22  the FAA?                                          11:52:55
23  A.    Mike Moore would have to answer that       11:52:55
24  question.  I don't have the answer to that       11:52:57
25  question.  I'm not certified.  I'm not           11:52:59

Page 132

1   licensed.  I couldn't answer that question.      11:53:01
2   Q.    As modification specialist you can't       11:53:03
3   answer that question?                             11:53:06
4   A.    I'm personally not a modifier to modify    11:53:06
5   an engine.  I don't modify engines.  I modify    11:53:10
6   airframes with engines.                           11:53:11
7   Q.    I don't think we have to mark all          11:53:35
8   of these exhibits.  Some of them I'll just say   11:53:37
9   save for Mike Moore.  If you'll just go with me  11:53:42
10  on this hypothetical.  First of all, let's       11:53:46
11  start with this:  Are you aware that the         11:53:53
12  allegations in this lawsuit are that there were  11:53:55
13  parts in Joe Perkins' Baron that were not        11:53:58
14  approved for a 550-C engine?                      11:54:01
15  A.    I have heard that, yes.                    11:54:04
16  Q.    Now, if you knew -- and, obviously, Mike   11:54:06
17  Moore is going to say whether these parts were   11:54:10
18  in there, these documents are going to say       11:54:12
19  whether the parts were in there, and there's     11:54:14
20  some objective standard that we will go to to    11:54:16
21  determine whether or not these parts were        11:54:18
22  approved or not.  Okay?  So I'm not asking you   11:54:19
23  to agree with me or disagree whether the parts   11:54:23
24  were approved or unapproved.                      11:54:26
25  A.    Okay.                                       11:54:28

Scott Erickson
5/12/2016

Page 133

```
 1   Q.     If -- and this is a hypothetical -- you      11:54:31
 2   had learned that Mike Moore and Earl Ramey were      11:54:34
 3   using parts that didn't have FAA approval or         11:54:37
 4   were not going through the approval process,         11:54:40
 5   would you have had a problem with that?              11:54:44
 6          MR. HEISTERHAGEN:  I'm going to               11:54:46
 7   object to the hypothetical.  It's speculative,       11:54:46
 8   the nature of that question.  You can answer.        11:54:48
 9   A.     Yes, I would have asked -- I would have       11:54:53
10   inquired.  Absolutely.  I would have asked them      11:54:54
11   how can you do that?  Is that legal?  Because I      11:54:57
12   don't know the depth to which you can do that        11:55:01
13   in building an engine.  I don't believe that         11:55:03
14   you can just use any parts.  They have to be         11:55:05
15   parts that are marked that are certified.            11:55:07
16   There's certain colors of tags that are used.        11:55:09
17   Yellow tag means, I believe, that you can use        11:55:12
18   that part.  So I would have asked are the parts      11:55:14
19   yellow tagged?  Are the parts -- where did we        11:55:19
20   get the parts from?                                  11:55:22
21   Q.     Would you know, like if they handed you       11:55:25
22   a list of the parts that they were going to use      11:55:28
23   in the rebuild, would you know how to check to       11:55:30
24   see whether these had been approved for use in       11:55:32
25   the 550-C engine?                                    11:55:33
```

Page 134

```
 1   A.     No.                                           11:55:36
 2   Q.     So you would have been relying on their       11:55:38
 3   expertise?                                           11:55:40
 4   A.     Yes.  Just as he built two 550-Cs for         11:55:44
 5   Mr. Wallace, again, he did the same thing with       11:55:50
 6   Mr. Perkins.  And I know there were other            11:55:54
 7   airplanes, other Bonanzas and Barons that used       11:55:57
 8   the same model engines, the IO-550 series from       11:55:59
 9   Continental.                                         11:56:05
10          MR. WADSWORTH:  I'm going to mark as          11:56:50
11   Exhibit 21 an email.                                 11:56:52
12          (Exhibit 21 marked.)                          02:20:09
13   BY MR. WADSWORTH:                                    02:20:09
14   Q.     Let me ask you, first of all, do you          11:57:00
15   recognize that email?                                11:57:02
16   A.     I haven't seen it in a few years, but my      11:57:08
17   name is on it, yes.                                  11:57:11
18   Q.     Take some time to familiarize yourself        11:57:16
19   with it, if would you like.                          11:57:18
20   A.     It's regarding a software called              11:57:22
21   Total-FBO.  It's an inventory software.  We          11:57:30
22   opted for a different software.                      11:57:38
23   Q.     What software did you ultimately end up       11:57:39
24   with, do you know?                                   11:57:41
25   A.     I don't know the name of it.                  11:57:43
```

Page 135

```
 1   Q.     What is the purpose of an inventory           11:57:44
 2   software?                                            11:57:47
 3   A.     It is the input and output, basically,        11:57:47
 4   the inventory coming in, and then those parts        11:57:54
 5   being used in regard to an assembly of an            11:57:56
 6   engine and going out.  So they would be taken        11:57:59
 7   off of the inventory listing.                        11:58:01
 8   Q.     Would this be something that would be         11:58:09
 9   specific to the North Carolina office?               11:58:11
10   A.     Yes.  None of the engine parts were           11:58:15
11   stocked in Buffalo, Minnesota where we're            11:58:18
12   based.                                               11:58:22
13   Q.     Did they request this inventory software      11:58:23
14   or did you?                                          11:58:25
15   A.     We thought it was a good idea.  I             11:58:26
16   suggested it after Mike had shared it with one       11:58:28
17   of our team members.  I should say I think it        11:58:32
18   was his idea originally and then I said, "Well,      11:58:36
19   Mike, if you feel that's a good path to take,        11:58:38
20   let's scrutinize it."  So we had some people in      11:58:41
21   the computer industry review it.  I had an           11:58:46
22   associate of mine review it.  He felt that it        11:58:49
23   was more of a software to do with running an         11:58:53
24   FBO; not running engines.                            11:58:58
25   Q.     Do you see kind of at the bottom of 245       11:59:01
```

Page 136

```
 1   there is gray.  I'm trying to figure out who         11:59:06
 2   wrote in gray and who wrote in black here.  Do       11:59:13
 3   you know whether this is Bob or Scott or who         11:59:20
 4   wrote which parts of this email?                     11:59:27
 5   A.     I don't know who's writing what here.         11:59:30
 6   Q.     Okay.                                         11:59:33
 7   A.     It looks like it's Bob on the second          11:59:34
 8   page, 245.  It looks like his comments are in        11:59:39
 9   bold.  I don't know for sure.                        11:59:44
10   Q.     Whose comments would be in -- do you          11:59:48
11   know whether the original comments are --            11:59:52
12   A.     I don't know.                                 11:59:53
13   Q.     -- North Carolina?                            11:59:55
14   A.     I really don't know, to be honest with        11:59:55
15   you.  I can't go back two and a half years and       11:59:59
16   tell you who wrote what here.  I apologize.  I       11:59:59
17   simply can't do it.                                  12:00:02
18   Q.     That's fine.  I wouldn't want you to          12:00:06
19   speculate.                                           12:00:09
20          Down at the bottom of 245 it says:            12:00:15
21   "Earl just stated that he has kept track of how      12:00:16
22   much time he spends hunting and digging for          12:00:19
23   parts, a HUGE waste of time.  Perkins engine #2      12:00:22
24   is up to 4 hours of time for Earl to dig in          12:00:25
25   bins and boxes looking for parts."                   12:00:28
```

Page 137

```
 1        Do you know how the shop at North         12:00:31
 2  Carolina was organized?                         12:00:33
 3        A.    Yes, I went down there when we moved the  12:00:33
 4  facility from Mooresville to Oshkosh.  It was   12:00:39
 5  organized, but it took them some time to put    12:00:41
 6  the parts in an order that would be used in the 12:00:48
 7  order process to build the engine and --        12:00:48
 8  because some guys were taller than others, some 12:00:53
 9  of the shorter fellows wanted the shelving      12:00:56
10  moved down.  That's what I remember             12:00:59
11  specifically about Earl having an issue with    12:01:01
12  that.                                           12:01:03
13        Q.    Were the bins plainly labeled?       12:01:03
14        A.    Yes.  That's when I was down there.  I  12:01:06
15  don't know on this date, September 23.          12:01:11
16        Q.    When you were down there it was July; it  12:01:15
17  was after Oshkosh, correct?                     12:01:17
18        A.    I don't know if I was down there in  12:01:23
19  July.                                           12:01:25
20        Q.    When were you down there, roughly?   12:01:25
21        A.    I was down there a total of probably  12:01:29
22  five or six times over a year and three months, 12:01:32
23  a year and four months.                         12:01:35
24        Q.    Would there be -- just picking a random  12:01:40
25  part -- would there be a big bin of spark       12:01:41
```

Page 138

```
 1  plugs, some of which were used in race car      12:01:41
 2  engines and some in airplane engines?           12:01:45
 3        A.    No, there was no blending of car parts  12:01:45
 4  with aircraft parts.  None.  And I never        12:01:48
 5  led to believe that there was a blend of parts. 12:01:53
 6  The parts were kept separate for aircraft       12:01:53
 7  parts.  I never saw one automotive part.  I'm   12:01:58
 8  not quite sure why you're saying that.          12:01:58
 9        Q.    I'm just kind of asking, because it   12:02:00
10  strikes me as odd that he would have to spend   12:02:02
11  four hours digging for parts.  What does that   12:02:05
12  mean to you, digging for parts?                 12:02:07
13        A.    He's separating parts that were used on  12:02:08
14  550s, 520s and 470s.  It might look the same,   12:02:08
15  but the part number has to be part number       12:02:15
16  specific for that engine.  So he would actually  12:02:16
17  open the box, look at the part number itself on  12:02:20
18  the part.  You can't just trust the box, that   12:02:22
19  the box has the part number and the part within  12:02:24
20  it, is that -- even from a supplier like        12:02:26
21  Continental or ECI or Superior Air Parts, you   12:02:29
22  actually have to check the part itself.  You    12:02:33
23  can't trust its outside labeling.               12:02:37
24        Q.    Okay.                                12:02:41
25        A.    So Earl was doing a thorough job of  12:02:42
```

Page 139

```
 1  making sure that all the parts were for the     12:02:44
 2  550-C.  And that's what he's referring to       12:02:47
 3  here -- Bob is referring to, I believe, here.   12:02:54
 4  Somebody wrote this comment.  I don't know if   12:02:56
 5  that was Bob.                                   12:03:03
 6        Q.    And I think we covered this earlier --  12:03:03
 7  or tried to.  I'm still trying to make sure I   12:03:06
 8  still have your testimony straight in my mind.  12:03:09
 9  You've testified it is important that a part    12:03:13
10  for a 570 doesn't go in a part for a 550-C,     12:03:16
11  right?                                          12:03:21
12        A.    A 550 and a 520 and a 470 are three  12:03:21
13  separate power plant series.                    12:03:23
14        Q.    Okay.                                12:03:23
15        A.    And you definitely want to keep certain  12:03:24
16  parts.  But there are certain parts that are    12:03:27
17  used in both 520s and 550s.                     12:03:29
18        Q.    Would the concern about the parts have  12:03:33
19  to do with their function, like making sure a   12:03:39
20  470 part doesn't wind up in a 550?              12:03:41
21        A.    Correct.                            12:03:43
22        Q.    If a 470 part wound up in a 550 and they  12:03:43
23  weren't for use in both engines, it could       12:03:47
24  affect the engine's function?                   12:03:49
25        A.    Yes.                                12:03:51
```

Page 140

```
 1        MR. WADSWORTH:  I'm going to mark as      12:04:33
 2  22 an email chain.                              12:04:34
 3        (Exhibit 22 marked.)                      12:04:32
 4  BY MR. WADSWORTH:                               12:04:33
 5        Q.    Let me ask you, Mr. Erickson, have you  12:04:40
 6  seen this email before?                         12:04:43
 7        A.    Yes.                                12:04:46
 8        Q.    What is this email?                  12:04:51
 9        A.    There's a few different emails here.  12:04:56
10  This is for the Auracle engine analyzer.        12:04:59
11        Q.    This is an email chain that's largely --  12:05:06
12  the part I want to focus on is, I guess, the    12:05:08
13  part here on the first page, which is an email  12:05:12
14  from you to Joe, copying Ken Hines, where he    12:05:18
15  says: "Scott, to the best of my understanding  12:05:22
16  everything looks fine.  I have no idea what the  12:05:24
17  specifications and the various parts, etc. mean  12:05:27
18  remain and I trust you and Mike have reviewed   12:05:30
19  this as well."                                  12:05:32
20        Generally speaking, did you believe that  12:05:33
21  Joe Perkins had any expertise about what parts  12:05:36
22  belonged in a 550-C engine?                     12:05:40
23        A.    He's not referring to an engine.  He's  12:05:41
24  referring to the engine analyzer.              12:05:44
25        Q.    The Auracle system?                 12:05:46
```

Page 141

```
1    A.      Correct.                               12:05:47
2    Q.      But would you have expected Joe Perkins  12:05:50
3    to know, whether it was the Auracle or whether  12:05:53
4    it was the various bearings, the crankshaft,    12:05:54
5    would you have expected Joe Perkins to know     12:05:57
6    what parts were FAA approved for a 550-C        12:05:59
7    engine?                                         12:06:03
8    A.      No, I wouldn't expect him to know that.  12:06:03
9    But this email doesn't refer to that, I don't   12:06:09
10   believe.                                        12:06:09
11   Q.      No, I don't think it does, either.  I   12:06:12
12   was just making a broader point off of a        12:06:14
13   narrower email.                                 12:06:16
14   A.      I see.                                  12:06:18
15   Q.      Do you know whether Earl Ramey          12:06:26
16   cannibalizes engines?                           12:06:31
17           MR. HEISTERHAGEN:  Object to the        12:06:31
18   form.                                           12:06:32
19   A.      Cannibalizes engines?  What do you mean  12:06:32
20   by that?  Explain that to me.                    12:06:33
21   BY MR. WADSWORTH:                                12:06:34
22   Q.      Takes parts off of some engines like -- 12:06:34
23   takes parts off of, say, one 550-C engine or    12:06:37
24   parts approved for a 550-C engine and uses them  12:06:43
25   in another.                                     12:06:45
```

Page 142

```
1    A.      I don't believe that Mike would have let  12:06:46
2    him do that.  He would make sure that the parts  12:06:47
3    were inspected and followed certain processes   12:06:49
4    to make sure they could be reused again,        12:06:51
5    because parts are reused from other engines,    12:06:53
6    absolutely.  There are -- but they have to be   12:06:56
7    inspected and they have to be -- a certain      12:06:59
8    process has to be followed for each one.  Some  12:07:00
9    have to be overhauled.  Some have to be         12:07:03
10   rebuilt.  Some of them have to be -- some of    12:07:08
11   them are failed.  There's a hundred percent     12:07:09
12   parts listing and you have to follow that       12:07:10
13   listing.  That group of parts has to be new.    12:07:11
14   The other parts can be used.  Continental       12:07:14
15   determines that.                                12:07:17
16   Q.      In the overhaul manual it will say some  12:07:18
17   parts absolutely have to be new out of the box,  12:07:22
18   correct?                                        12:07:25
19   A.      I believe so.                           12:07:26
20   Q.      The overhaul manual, it will say you can  12:07:27
21   use either new or used for other types of       12:07:29
22   parts, correct?                                 12:07:33
23   A.      I believe so.                           12:07:33
24   Q.      But it was your understanding that all  12:07:35
25   of the parts that were to be used in the        12:07:38
```

Page 143

```
1    Genesis rebuild were to be new, correct?        12:07:39
2    A.      No, not to be new, all of them, no.  It  12:07:42
3    wasn't -- we can't provide a complete factory   12:07:47
4    new.  The only people one who can provide a     12:07:50
5    factory new is Continental.                     12:07:52
6    Q.      Well, I guess, I mean the parts that you  12:07:54
7    are either upgrading or changing out, were      12:07:57
8    those supposed to be out of the box new?        12:07:59
9    A.      No, not necessarily.  The crankshaft is  12:08:01
10   overhauled and the counterweights that are on   12:08:04
11   the crankshaft are overhauled.  The camshaft is  12:08:05
12   overhauled.  The crankcase is overhauled.       12:08:09
13   Q.      When you say overhauled, do you mean the  12:08:12
14   general part that came with the engine stays    12:08:15
15   with the engine?                                12:08:18
16   A.      Correct.  For those particular items you  12:08:19
17   could use them in different engines.  You could  12:08:23
18   use a crankcase out of one engine and the same  12:08:26
19   crankcase that it came in could be used for a   12:08:28
20   different engine.  So that crankshaft could go  12:08:31
21   to a different crankcase.  And that crankcase   12:08:34
22   that it came in could go with a different       12:08:37
23   crankshaft somewhere else.                      12:08:39
24   Q.      So for those parts of the engine it     12:08:40
25   doesn't matter whether they're new or used?     12:08:42
```

Page 144

```
1    A.      I'm not saying it doesn't matter.  I'm  12:08:45
2    just saying it's not required to be new.        12:08:48
3    Q.      Are there situations in which it would  12:08:52
4    matter?                                         12:08:54
5    A.      If the part fails.  If the part fails   12:08:55
6    inspection, you don't use it.                   12:08:57
7    Q.      Who inspects the used parts?            12:09:00
8    A.      Different companies from Tulsa to       12:09:02
9    Wichita, Kansas to Kansas City to Mooresville,  12:09:06
10   North Carolina, where a lot of the parts were   12:09:09
11   done there.  There were a lot of different      12:09:09
12   items that were.  There's fuel systems.  You'll  12:09:12
13   see in the overhaul, there's fuel systems from  12:09:20
14   Michigan.  I mean, they come all over the       12:09:20
15   country.                                        12:09:20
16   Q.      Let me ask a narrower question.  Did    12:09:23
17   Mike Moore do that inspection?                  12:09:23
18   A.      On certain items.                       12:09:28
19   Q.      What sort of items could he not do that?  12:09:29
20   A.      You would have to ask him.  I don't     12:09:32
21   know.  Again, I don't know.  The FAA allows him  12:09:33
22   a certain movement -- you know, room to move,   12:09:35
23   but there are boundaries.  And he has to stay   12:09:39
24   within those boundaries.  He would have to tell  12:09:40
25   you what those boundaries are, because there's  12:09:43
```

Page 145

1   so many different parts within an engine.    12:09:46
2   Q.    Let me ask something that I think we    12:09:50
3   talked about briefly earlier.  When did your   12:09:53
4   independent contractor and employee -- when did  12:09:58
5   your special relationship with Mike Moore end?   12:10:01
6   A.    Sometime in the period between January   12:10:10
7   2014 and the summer of 2014, somewhere in that   12:10:14
8   range.    12:10:18
9   Q.    You said that it had to do more with the  12:10:19
10  relationship just turning toxic rather than a   12:10:21
11  question of --    12:10:23
12  A.    I'm not sure I used the word "toxic."  I  12:10:24
13  don't think I used that word.  I said it was a   12:10:27
14  lack of communication.  Things went sour.  We   12:10:29
15  just weren't having good communication.  That   12:10:32
16  happens in relationships.  So we felt we would   12:10:34
17  continue to work with the team and bring   12:10:38
18  somebody else in to help oversee the team in   12:10:40
19  their workmanship, someone that had 20 years   12:10:43
20  more experience than Mike Moore did.    12:10:46
21  Q.    How many times did a customer come to   12:10:49
22  D'Shannon and say that Mike Moore had put   12:10:51
23  unapproved parts in a plane?    12:10:54
24  A.    I think we got an email, actually, from   12:11:01
25  Joe.  He sent an email about an individual that  12:11:04

Page 146

1   was online talking about an engine that Mike   12:11:06
2   Moore had built for him.  And that relationship  12:11:10
3   had gone sour.  We reviewed that email and   12:11:13
4   tried to communicate with that individual about  12:11:18
5   what had taken place between he and Mike Moore.  12:11:19
6   So that was one that I can recall.  And Joe had  12:11:23
7   brought that to our attention.  He looked it up  12:11:24
8   online.  I think we had one individual come to   12:11:29
9   the facility in Mooresville, as well as a   12:11:38
10  couple of phone calls I received in Buffalo.   12:11:42
11  Q.    Who was that individual?    12:11:45
12  A.    I don't recall.  It was an individual   12:11:46
13  who wouldn't give me his name.  It wasn't an   12:11:52
14  engine.  It had something to do with an   12:11:55
15  airframe.    12:11:57
16  Q.    Did D'Shannon build an engine for AOPA   12:12:16
17  Sweepstakes plane in 2014?    12:12:21
18  A.    Yes, sir.    12:12:21
19  Q.    What is that?  What is the AOPA   12:12:22
20  Sweepstakes?    12:12:24
21  A.    A process that people become members of  12:12:24
22  an organization called the Aircraft Owners and  12:12:29
23  Pilots Association.  And as part of their   12:12:39
24  yearly encouragement for people to become   12:12:43
25  members they have a drawing.  They draw a name  12:12:45

Page 147

1   of an individual to win an aircraft every year.  12:12:48
2   This particular aircraft was a Debonair made by  12:12:52
3   Beechcraft.  And that was an IO-470N.    12:12:56
4   Q.    Did Mike Moore build the engines for   12:13:08
5   that plane?    12:13:12
6   A.    I don't believe so.  I don't know for   12:13:21
7   sure.  I don't believe he did.    12:13:22
8   Q.    We should ask him?    12:13:26
9   A.    Right.    12:13:27
10  Q.    Now, you said earlier that while this   12:13:31
11  relationship lasted between D'Shannon and Mike  12:13:35
12  Moore and Earl Ramey and the North Carolina   12:13:43
13  boys, you paid the rent on the North Carolina   12:13:45
14  property, correct?    12:13:47
15  A.    Correct.    12:13:50
16  Q.    Did you pay the power bills?    12:13:50
17  A.    Yes.    12:13:52
18  Q.    Do you know whether the power stayed on  12:13:53
19  throughout the rebuild history?    12:13:56
20  A.    I believe that it did.  I know the power  12:14:00
21  needed upgrading, I believe, but I'm not sure   12:14:10
22  if that happened during that build or not.  I   12:14:16
23  don't know for sure.    12:14:21
24  Q.    Do you know whether the North Carolina   12:14:27
25  facility was ever certified as a service   12:14:32

Page 148

1   center?    12:14:34
2   A.    By who?  Certified by who?    12:14:39
3   Q.    FAA.    12:14:43
4   A.    You mean a repair station?    12:14:44
5   Q.    Yeah, a repair station.    12:14:45
6   A.    No.  We asked them to give us a repair   12:14:47
7   station approval, and it took too long, so we   12:14:50
8   left.    12:14:53
9   Q.    By too long, do you mean your   12:14:53
10  relationship had ended with Mike and Earl by   12:14:55
11  then?    12:14:57
12  A.    No.  John Clegg followed through with   12:14:57
13  the paperwork.  Once Mike Moore was no longer   12:15:00
14  in the organization, he followed through.  He   12:15:02
15  worked on it into the fall of 2014 and we   12:15:06
16  couldn't get a repair station.  We tried we met  12:15:09
17  with them.  We gave them a lot of information.   12:15:14
18  We gave them a very thorough manual, many, many  12:15:16
19  pages of a manual that we designed and put   12:15:19
20  together to give us a repair station so that we  12:15:21
21  no longer would need an A&P to signoff the   12:15:25
22  engines; a repair station would be the signoff.  12:15:25
23  Q.    And this repair station would have been  12:15:29
24  near Minnesota, correct?    12:15:30
25  A.    No, it would have been there in   12:15:31

Page 149

| | | |
|---|---|---|
| 1 | Mooresville, North Carolina through the | 12:15:36 |
| 2 | Charlotte Flight Standards District Office. | 12:15:37 |
| 3 | Q.    It would have been not where Mike Moore | 12:15:40 |
| 4 | and Earl Ramey would be? | 12:15:42 |
| 5 | A.    Yes, it was. | 12:15:43 |
| 6 | Q.    It was going to be with Mike Moore? | 12:15:43 |
| 7 | A.    Not with Mike Moore but where he was in | 12:15:45 |
| 8 | Mooresville, North Carolina.  He lived there. | 12:15:48 |
| 9 | But he would not be involved in the repair | 12:15:50 |
| 10 | station.  He was gone by that time. | 12:15:52 |
| 11 | Q.    Would it have been Mr. Clegg?  Would he | 12:15:56 |
| 12 | have the been the one who would have run it? | 12:15:59 |
| 13 | A.    Not necessarily.  He would have got it | 12:16:01 |
| 14 | operational, but we would have found somebody | 12:16:05 |
| 15 | else in the area that we were working with to | 12:16:07 |
| 16 | take it over. | 12:16:09 |
| 17 | Q.    So if you weren't a repair station | 12:16:10 |
| 18 | during the upgrade, how would you classify what | 12:16:12 |
| 19 | the North Carolina office was? | 12:16:14 |
| 20 | A.    That was a start-up of a repair station. | 12:16:15 |
| 21 | Q.    A start-up of a repair station? | 12:16:19 |
| 22 | A.    Correct.  Our goal was always to have a | 12:16:20 |
| 23 | repair station at that facility. | 12:16:22 |
| 24 | Q.    What certification level did it hold? | 12:16:24 |
| 25 | A.    It didn't hold anything.  It was in the | 12:16:28 |

Page 150

| | | |
|---|---|---|
| 1 | application process, just as any facility would | 12:16:31 |
| 2 | be.  When you start up you apply to be | 12:16:33 |
| 3 | certified as a repair station.  It takes many | 12:16:35 |
| 4 | months to get that from the FAA.  It's not a | 12:16:39 |
| 5 | short process. | 12:16:39 |
| 6 | Q.    And, forgive me, I'm but a simple | 12:16:40 |
| 7 | securities litigator. | 12:16:43 |
| 8 | A.    Sure. | 12:16:43 |
| 9 | Q.    I'm a little out of my depth.  Is there | 12:16:44 |
| 10 | anything short of repair station in the FAA | 12:16:47 |
| 11 | certification? | 12:16:51 |
| 12 | A.    I don't know.  I'm only aware of the | 12:16:52 |
| 13 | repair station. | 12:16:56 |
| 14 | Q.    I've got a few questions about what went | 12:17:28 |
| 15 | on in North Carolina, but, truthfully, I think | 12:17:30 |
| 16 | that they're going to be probably more fruitful | 12:17:32 |
| 17 | if I ask Mike Moore directly. | 12:17:35 |
| 18 | A.    Sure. | 12:17:40 |
| 19 | Q.    Which would save time here today. | 12:17:40 |
| 20 |       Let's take a look at one more document | 12:17:44 |
| 21 | and then I'm probably going to shift gears, so | 12:18:29 |
| 22 | it might be a good time for a lunch break. | 12:18:32 |
| 23 |       MR. HEISTERHAGEN:  Off the record. | 12:18:46 |
| 24 | (Recess taken from 12:20 p.m. to 1:05 p.m.) | 01:05:21 |
| 25 | BY MR. WADSWORTH: | 01:05:21 |

Page 151

| | | |
|---|---|---|
| 1 | Q.    Mr. Erickson, let's go back in time a | 01:06:58 |
| 2 | ways.  I'm going to mark as Exhibit 23 a | 01:07:07 |
| 3 | November 18 email. | 01:07:34 |
| 4 |       (Exhibit 23 marked.) | 01:07:41 |
| 5 | BY MR. WADSWORTH: | 01:07:42 |
| 6 | Q.    This is a thread, but do you recognize | 01:07:42 |
| 7 | the bottom email of the thread? | 01:07:45 |
| 8 | A.    Uh-huh. | 01:07:46 |
| 9 | Q.    Do you remember this email? | 01:07:48 |
| 10 | A.    Yes. | 01:07:54 |
| 11 | Q.    What was this email? | 01:07:56 |
| 12 | A.    It's a message from Mike Moore to me | 01:07:59 |
| 13 | asking what I intend to do about the insurance. | 01:08:05 |
| 14 | "You said you would protect me from any | 01:08:16 |
| 15 | liability claim and I want to know how you are | 01:08:17 |
| 16 | going to do that."  Because his signature makes | 01:08:18 |
| 17 | him on the hook, as soon as he signs that | 01:08:21 |
| 18 | logbook, his signature makes him on the hook. | 01:08:24 |
| 19 | Q.    Is it your understanding that is the | 01:08:26 |
| 20 | case, that his signature would put him on the | 01:08:29 |
| 21 | hook for the repair? | 01:08:32 |
| 22 | A.    I believe it does.  That's my | 01:08:33 |
| 23 | understanding of how the FAA sees it. | 01:08:35 |
| 24 | Q.    So you understand his concern -- whether | 01:08:37 |
| 25 | or not you agree with it, you understand why | 01:08:41 |

Page 152

| | | |
|---|---|---|
| 1 | he's concerned with this email? | 01:08:43 |
| 2 | A.    Of course. | 01:08:44 |
| 3 | Q.    Now, when Mike says he doesn't feel | 01:08:53 |
| 4 | comfortable signing off, is he referring to the | 01:09:04 |
| 5 | right and left engine logs we looked at | 01:09:06 |
| 6 | earlier? | 01:09:09 |
| 7 | A.    I don't believe so. | 01:09:09 |
| 8 | Q.    What do you think he's referring to? | 01:09:10 |
| 9 | A.    Any engines in the future and -- he | 01:09:11 |
| 10 | actually is.  He's referring to Rice, Purvis | 01:09:17 |
| 11 | and Perkins. | 01:09:21 |
| 12 | Q.    Who is Rice? | 01:09:21 |
| 13 | A.    It's a Bonanza driver.  And Purvis is | 01:09:22 |
| 14 | also a Bonanza driver. | 01:09:26 |
| 15 | Q.    So these are other customers like Joe | 01:09:27 |
| 16 | Perkins? | 01:09:31 |
| 17 | A.    Yup.  And Mike is saying in the email -- | 01:09:31 |
| 18 | he's saying that he wants us to make sure that | 01:09:33 |
| 19 | he's covered on these three customers. | 01:09:35 |
| 20 | Q.    I think we had emails that kind of | 01:09:39 |
| 21 | hinted at this earlier.  Were there rebuilds | 01:09:41 |
| 22 | also delayed through the North Carolina shop? | 01:09:44 |
| 23 | A.    Yes, I believe there were. | 01:09:47 |
| 24 |       MR. WADSWORTH:  I'll mark as | 01:10:19 |
| 25 | Exhibit 24 a very small print email. | 01:10:20 |

Scott Erickson
5/12/2016

Page 153

| | | |
|---|---|---|
| | (Exhibit 24 marked.) | 01:10:18 |
| 1 | BY MR. WADSWORTH: | 01:10:18 |
| 2 | | |
| 3 | Q.    Take your time to familiarize yourself | 01:10:30 |
| 4 | with it.  Have you seen this document before? | 01:10:32 |
| 5 | **A.    Yes.** | **01:10:43** |
| 6 | Q.    Who sent this email? | 01:10:46 |
| 7 | **A.    Mike Moore.** | **01:10:49** |
| 8 | Q.    Did you receive this email? | 01:10:51 |
| 9 | **A.    I believe I did.  It says to D'Shannon** | **01:10:56** |
| 10 | **Aviation.  I'm assuming that's my email** | **01:11:01** |
| 11 | **address.** | **01:11:01** |
| 12 | Q.    It says "Scott" up here on the first | 01:11:03 |
| 13 | line.  Would that probably be you? | 01:11:05 |
| 14 | **A.    Yes.** | **01:11:06** |
| 15 | Q.    Do you remember the date this email was | 01:11:07 |
| 16 | sent? | 01:11:14 |
| 17 | **A.    It just says on the page December 18,** | **01:11:14** |
| 18 | **2013, at 8:36 a.m.** | **01:11:17** |
| 19 | Q.    Now, we see Joe Perkins received a copy | 01:11:22 |
| 20 | of this along with Mr. Clegg, correct? | 01:11:26 |
| 21 | **A.    Yes.** | **01:11:27** |
| 22 | Q.    And, perhaps, one other person, but it | 01:11:31 |
| 23 | doesn't include the name of who that is. | 01:11:32 |
| 24 | **A.    Right.  It says one more.** | **01:11:35** |
| 25 | Q.    It says here, if you take a look at the | 01:11:40 |

Page 154

| | | |
|---|---|---|
| 1 | fourth main paragraph, like the fourth main | 01:11:42 |
| 2 | paragraph, it says:  "I have many emails in | 01:11:45 |
| 3 | correspondence with you regarding your | 01:11:49 |
| 4 | assurances to me that I was covered.  Then I | 01:11:51 |
| 5 | find out, AFTER we had delivered 4 engines and | 01:11:52 |
| 6 | my signing 2 of them (Rice and Travel | 01:11:55 |
| 7 | Management), but PRIOR to my signing off | 01:11:59 |
| 8 | Perkins engines, that I am in fact, NOT | 01:12:01 |
| 9 | COVERED." | 01:12:03 |
| 10 | Now, we've discussed before the coverage | 01:12:06 |
| 11 | issues. | 01:12:10 |
| 12 | **A.    Right.  I told him that I couldn't** | **01:12:10** |
| 13 | **answer the question for him.  He would have to** | **01:12:12** |
| 14 | **talk to the insurance agent.  I never made a** | **01:12:13** |
| 15 | **black and white statement that he was or was** | **01:12:16** |
| 16 | **not covered.  I told him it was my** | **01:12:18** |
| 17 | **understanding that he needed to talk to the** | **01:12:20** |
| 18 | **insurance agent and he would confirm that he** | **01:12:22** |
| 19 | **was covered.** | **01:12:25** |
| 20 | Q.    And that's fine.  I guess it says here, | 01:12:25 |
| 21 | "Prior to my signing off on the Perkins | 01:12:29 |
| 22 | engines."  Does this refresh your memory as of | 01:12:32 |
| 23 | December 18 the Perkins logbooks had not | 01:12:35 |
| 24 | actually been signed? | 01:12:38 |
| 25 | **A.    I'm looking at this now.  I'm thinking** | **01:12:38** |

Page 155

| | | |
|---|---|---|
| 1 | back to the dates.  I'm thinking those were | 01:12:41 |
| 2 | signed off in September and October and, yet, | 01:12:43 |
| 3 | he's stating here he didn't sign them. | 01:12:47 |
| 4 | Q.    Is it possible that the dates reflected | 01:12:50 |
| 5 | in those logbooks is just the date that the | 01:12:52 |
| 6 | work was performed and not the date that it was | 01:12:54 |
| 7 | actually signed? | 01:12:56 |
| 8 | **A.    I couldn't answer that question if** | **01:12:58** |
| 9 | **that's true or not.  I don't know.** | **01:13:00** |
| 10 | Q.    But it's stating that here, as of | 01:13:02 |
| 11 | December 18, it appears that they probably | 01:13:05 |
| 12 | hadn't been signed as of December 18, correct? | 01:13:06 |
| 13 | **A.    No.** | **01:13:09** |
| 14 | Q.    So we should just ask Mike Moore when he | 01:13:10 |
| 15 | signed them? | 01:13:13 |
| 16 | **A.    Yup.** | **01:13:13** |
| 17 | Q.    We'll take it up with Mike. | 01:13:14 |
| 18 | Now, as you go further down, the | 01:13:16 |
| 19 | paragraph that starts with:  "So yesterday," | 01:13:21 |
| 20 | the paragraph below the one that says, "To | 01:13:26 |
| 21 | date, I have received nothing from you, all | 01:13:27 |
| 22 | empty promises," it says:  So yesterday | 01:13:30 |
| 23 | Mr. Clegg tells me that you can, in fact, cover | 01:13:32 |
| 24 | him on your insurance." | 01:13:35 |
| 25 | Do you remember discussing that with | 01:13:37 |

Page 156

| | | |
|---|---|---|
| 1 | Mr. Clegg about insurance coverage? | 01:13:41 |
| 2 | **A.    I don't remember discussing it with him,** | **01:13:41** |
| 3 | **but I'm assuming the discussion took place,** | **01:13:44** |
| 4 | **yeah.** | **01:13:46** |
| 5 | Q.    So you don't remember whether there was | 01:13:48 |
| 6 | or wasn't a discussion or what the content of | 01:13:50 |
| 7 | those discussions would have been? | 01:13:53 |
| 8 | **A.    I'm assuming again by the email because** | **01:13:55** |
| 9 | **I don't remember the exact discussion with** | **01:13:58** |
| 10 | **Mr. Clegg.  I'm simply assuming by this email I** | **01:14:00** |
| 11 | **had that discussion with him.  I don't remember** | **01:14:03** |
| 12 | **what was said in that conversation.** | **01:14:07** |
| 13 | Q.    Did you want Mr. Clegg to sign off on | 01:14:08 |
| 14 | Joe Perkins' engines? | 01:14:12 |
| 15 | **A.    Yes.** | **01:14:13** |
| 16 | Q.    Why? | 01:14:13 |
| 17 | **A.    If Mike wasn't going to sign them off,** | **01:14:14** |
| 18 | **we wanted to legitimize them.  We wanted John** | **01:14:16** |
| 19 | **to go and inspect the engines, do a borescope,** | **01:14:19** |
| 20 | **maybe remove some cylinders, do something to** | **01:14:22** |
| 21 | **look into the engines and make sure that** | **01:14:26** |
| 22 | **everything was proper and check the** | **01:14:27** |
| 23 | **documentation that went along with it like the** | **01:14:30** |
| 24 | **entries that Mike Moore had made with all the** | **01:14:32** |
| 25 | **different parts and all the part numbers and** | **01:14:34** |

Page 157

1   the descriptors of what had been done to those   01:14:35
2   part numbers and do some kind of review because   01:14:38
3   we wanted to make sure that we didn't hold up   01:14:41
4   the actual signoff.   01:14:43
5   Q.   All right.  And that went a little   01:14:45
6   beyond my question, so let's take this in part.   01:14:47
7   No. 1, as of December 18, whether or not Mike   01:14:50
8   Moore had signed off on the logbooks, he had   01:14:57
9   not provided them to you or Joe Perkins,   01:15:00
10   correct?   01:15:02
11   A.   Correct.   01:15:02
12   Q.   You had not seen signed copies of the   01:15:03
13   logbooks before this?   01:15:06
14   A.   That's correct.   01:15:07
15   Q.   So you were looking -- if he was going   01:15:08
16   to delay this process, you wanted to find   01:15:11
17   someone else with the authority to sign off on   01:15:13
18   these?   01:15:15
19   A.   Correct.   01:15:15
20   Q.   What process would you have expected   01:15:19
21   Mr. Clegg to undertake in order to sign off on   01:15:21
22   these engines?   01:15:24
23   A.   Anything he could do to legally inspect   01:15:29
24   the engines, possibly do a slight disassembly   01:15:32
25   and reassembly, if that's what it took to   01:15:35

Page 158

1   inspect certain sections.   01:15:40
2   Q.   So that would be a question for   01:15:40
3   Mr. Clegg, then, what it would take to make   01:15:42
4   Mr. Clegg comfortable to sign off on these   01:15:45
5   engines, correct?   01:15:48
6   A.   Yeah.  I mean, anybody can answer that   01:15:51
7   question that's an IA, I would think, because   01:15:53
8   motion IAs know that information.  Mike Moore   01:15:55
9   could answer that question.   01:15:57
10   Q.   It says here:  "Mr. Clegg may not be   01:16:07
11   current to build engines under the FAR."  Do   01:16:09
12   you know what Mike's referring to?   01:16:12
13   A.   I don't.   01:16:14
14   Q.   It has a bunch of FAR requirements.  Are   01:16:17
15   these things that you're familiar with in your   01:16:22
16   day-to-day work?   01:16:23
17   A.   I'm not, no.   01:16:24
18   Q.   We'll bring it up with Mike then.   01:16:36
19          MR. WADSWORTH:  I'm marking   01:17:37
20   Exhibit 25, a document Bates labeled MM-35,   01:17:38
21   produced by Mike Moore in this case.   01:17:44
22          (Exhibit 25 marked.)   01:17:19
23   BY MR. WADSWORTH:   01:17:20
24   Q.   Mr. Erickson, have you ever seen this   01:17:48
25   email before?   01:17:50

Page 159

1   A.   I don't believe so.   01:18:13
2   Q.   You're not copied on it and you didn't   01:18:15
3   send it, so that was an honest question.   01:18:17
4         I guess my only question based off of   01:18:20
5   this email is this:  Given that the date of it   01:18:23
6   is March 15, 2014, does that reflect your   01:18:26
7   memory that whether or not Mike had actually   01:18:33
8   signed off on the document, whatever date,   01:18:36
9   neither you nor Joe Perkins received the signed   01:18:41
10   logbooks as of March 15, 2014?   01:18:44
11   A.   The aircraft left Alabama, is my   01:18:46
12   understanding, in October.  So it must have   01:18:50
13   somehow had some entry made to get the aircraft   01:18:54
14   up to into Mooresville, North Carolina where it   01:18:57
15   sat for four or five months and they did the   01:18:59
16   work on it.  So I'm assuming there was some   01:19:01
17   paperwork.  I don't know how else they could   01:19:03
18   have flown the aircraft.  I wasn't involved in   01:19:05
19   that process.  When they moved it from Joe's   01:19:07
20   place to Mooresville, North Carolina in the   01:19:09
21   fourth quarter of 2013, I wasn't involved in   01:19:11
22   that.   01:19:13
23   Q.   But then this date, though -- it went up   01:19:15
24   to North Carolina some way, but then he's   01:19:18
25   saying here on another issue:  "I would prefer   01:19:23

Page 160

1   you actually sign off on the engines."  And   01:19:25
2   this may just be a question for Mike and Joe if   01:19:27
3   this isn't something you remember from your   01:19:31
4   personal knowledge.   01:19:33
5   A.   No.   01:19:33
6   Q.   When did you receive signed copies of   01:19:34
7   the logbooks?   01:19:36
8   A.   Through our attorneys months ago.   01:19:40
9   Q.   Okay.   01:19:40
10   A.   Not years ago, but within the end of   01:19:42
11   2015, beginning of 2016, I think.   01:19:49
12   Q.   Did Mike Moore ever send you a signed   01:19:51
13   copy of the logbook?   01:19:53
14   A.   Not that I'm aware of.  He might have,   01:19:54
15   but I don't have any record of it in front of   01:20:01
16   me.  Maybe I've got it in my email, but I   01:20:03
17   didn't see that in my email when I reviewed   01:20:06
18   them the last couple of weeks.   01:20:08
19         MR. WADSWORTH:  I'm going to mark as   01:20:36
20   Number 26 an email from Mike Moore to Joe   01:20:39
21   Perkins.   01:20:56
22         (Exhibit 26 marked.)   01:20:36
23   BY MR. WADSWORTH:   01:20:36
24   Q.   Could you let me know if you've seen   01:20:56
25   this email before?   01:20:59

Page 161

| | | |
|---|---|---|
| 1 | A.    I have. | 01:21:00 |
| 2 | Q.    When did you see it? | 01:21:02 |
| 3 | A.    When we dropped Mike Moore from our | 01:21:04 |
| 4 | email we went and reviewed his emails. | 01:21:06 |
| 5 | Q.    Okay. | 01:21:10 |
| 6 | A.    So I've seen this a few times. | 01:21:13 |
| 7 | MR. WADSWORTH:  Now, we received | 01:21:18 |
| 8 | document production from Mike Moore -- at least | 01:21:19 |
| 9 | they were Bates labeled Mike Moore.  Do you | 01:21:23 |
| 10 | know whether the emails that were cold from | 01:21:25 |
| 11 | Mike Moore's email at the point of his | 01:21:28 |
| 12 | termination were included in your document | 01:21:30 |
| 13 | review? | 01:21:31 |
| 14 | MR. HEISTERHAGEN:  Anything that was | 01:21:33 |
| 15 | in Mike Moore's D'Shannon account that we still | 01:21:33 |
| 16 | had is part of D'Shannon's production. | 01:21:37 |
| 17 | MR. WADSWORTH:  Okay. | 01:21:40 |
| 18 | MR. HEISTERHAGEN:  Anything that | 01:21:40 |
| 19 | came from Mike himself is Mike's production. | 01:21:43 |
| 20 | So if it was Mike's D'Shannon email address, to | 01:21:46 |
| 21 | the extent that we had it, it's the DPL.  If it | 01:21:50 |
| 22 | was Mike's personal email address or other | 01:21:52 |
| 23 | documents that he was holding onto, then it's | 01:21:54 |
| 24 | the MM. | 01:21:57 |
| 25 | BY MR. WADSWORTH: | 01:21:57 |

Page 162

| | | |
|---|---|---|
| 1 | Q.    Because this isn't an email that you | 01:22:02 |
| 2 | either sent or received I have very limited | 01:22:05 |
| 3 | questions for you.  No. 1, Mike Moore here, | 01:22:09 |
| 4 | apparently, reports to Joe Perkins he | 01:22:12 |
| 5 | threatened you and said he's going to call an | 01:22:15 |
| 6 | attorney to resolve the situation.  Do you | 01:22:17 |
| 7 | remember that discussion with Mike Moore? | 01:22:19 |
| 8 | A.    No. | 01:22:22 |
| 9 | Q.    You never remember Mike Moore telling | 01:22:23 |
| 10 | you he would call an attorney? | 01:22:25 |
| 11 | A.    I don't remember having that discussion | 01:22:26 |
| 12 | with him. | 01:22:28 |
| 13 | Q.    Do you remember saying to him, "Now | 01:22:28 |
| 14 | you're sounding like Joe Perkins"? | 01:22:30 |
| 15 | A.    No. | 01:22:33 |
| 16 | Q.    Now, he mentions down at the very bottom | 01:22:38 |
| 17 | a bunch of, basically, bad debt, people that he | 01:22:43 |
| 18 | brought to the table for this project that he | 01:22:46 |
| 19 | basically, says you're responsible for these | 01:22:51 |
| 20 | people not being able to get their money back, | 01:22:53 |
| 21 | over $300,000.  Do you recognize these names, | 01:22:56 |
| 22 | Doug, Neal, Kirk Nelson? | 01:22:59 |
| 23 | A.    Yup, I recognize all of them. | 01:23:02 |
| 24 | Q.    Do they -- are they creditors of | 01:23:05 |
| 25 | D'Shannon? | 01:23:08 |

Page 163

| | | |
|---|---|---|
| 1 | A.    They're people who worked with us.  So | 01:23:08 |
| 2 | Hofer Law we paid.  We paid Ervin Enterprises. | 01:23:13 |
| 3 | These are all people that helped us build the | 01:23:14 |
| 4 | business. | 01:23:17 |
| 5 | Q.    Okay.  And does D'Shannon still owe them | 01:23:17 |
| 6 | money? | 01:23:20 |
| 7 | A.    Kirk Nelson, he's the only one we owe. | 01:23:21 |
| 8 | It's nowhere near 150,000.  It's less than | 01:23:24 |
| 9 | 30,000 now. | 01:23:29 |
| 10 | Q.    Was D'Shannon going through some | 01:23:32 |
| 11 | financial difficulty during this time?  I mean, | 01:23:35 |
| 12 | with the insurance being canceled and this | 01:23:36 |
| 13 | list, was there financial difficulty in the | 01:23:38 |
| 14 | company? | 01:23:40 |
| 15 | A.    I think we didn't have as much funding | 01:23:40 |
| 16 | as we needed.  So as we brought in more sales, | 01:23:42 |
| 17 | we were able to take that funding and pay off | 01:23:44 |
| 18 | these materials. | 01:23:46 |
| 19 | Q.    Sales were slow then? | 01:23:48 |
| 20 | A.    It wasn't slow.  It was just we had a | 01:23:51 |
| 21 | lot of engineering costs to observe.  There was | 01:23:53 |
| 22 | a lot of starting-up costs for the equipment | 01:23:55 |
| 23 | and getting everything going.  There was a high | 01:23:57 |
| 24 | payroll.  We paid the individuals that worked | 01:24:00 |
| 25 | for the team quite a bit of money. | 01:24:01 |

Page 164

| | | |
|---|---|---|
| 1 | Q.    And by the team you mean the North | 01:24:04 |
| 2 | Carolina boys? | 01:24:06 |
| 3 | A.    Right. | 01:24:06 |
| 4 | Q.    Did you eventually just write off then | 01:24:12 |
| 5 | that significant investment as bad investment | 01:24:15 |
| 6 | in North Carolina and just -- | 01:24:17 |
| 7 | A.    No, we moved it to Oshkosh where we | 01:24:19 |
| 8 | received our repair station and run our repair | 01:24:21 |
| 9 | station today. | 01:24:25 |
| 10 | Q.    Let me ask you about that.  When did you | 01:24:25 |
| 11 | receive your repair station certificate? | 01:24:27 |
| 12 | A.    In Oshkosh? | 01:24:32 |
| 13 | Q.    Yes. | 01:24:33 |
| 14 | A.    In 2015. | 01:24:35 |
| 15 | Q.    Now -- | 01:24:37 |
| 16 | A.    We moved it there in the fall of 2014. | 01:24:39 |
| 17 | Q.    When you opened up the -- I guess when | 01:24:46 |
| 18 | you started the North Carolina project and you | 01:24:49 |
| 19 | said that it was a -- how did you describe it? | 01:24:51 |
| 20 | A repair station in waiting? | 01:24:55 |
| 21 | A.    It was a start-up, a repair station.  So | 01:24:56 |
| 22 | it was the initial build-up of the facility to | 01:24:59 |
| 23 | submit to the FAA for request for a repair | 01:25:04 |
| 24 | station. | 01:25:07 |
| 25 | Q.    Did you hold out to Joe Perkins or other | 01:25:07 |

Page 165

| | | |
|---|---|---|
| 1 | customers that it was a repair station? | 01:25:10 |
| 2 | A.     Not that I'm aware of, no. | 01:25:13 |
| 3 | Q.     Not once did you hold out to Joe Perkins | 01:25:15 |
| 4 | that it was a repair station? | 01:25:18 |
| 5 | A.     I might have said that we were in the | 01:25:19 |
| 6 | process of getting a repair station. | 01:25:21 |
| 7 | Q.     Now, I'm going to change topics a little | 01:25:30 |
| 8 | bit here. | 01:25:38 |
| 9 | MR. WADSWORTH:  I'm going to mark | 01:26:09 |
| 10 | Exhibit 27. | 01:26:10 |
| 11 | (Exhibit 27 marked.) | 01:26:08 |
| 12 | BY MR. WADSWORTH: | 01:26:43 |
| 13 | Q.     Exhibit 27 is an e-mail from Peggy | 01:26:43 |
| 14 | Hargreaves to people at Matrix dated October | 01:26:57 |
| 15 | 23, 2013.  Do you recognize this? | 01:27:00 |
| 16 | A.     Yes. | 01:27:05 |
| 17 | Q.     What is it? | 01:27:07 |
| 18 | A.     An invoice. | 01:27:08 |
| 19 | MR. HEISTERHAGEN:  And I'm going to | 01:27:11 |
| 20 | object to the extent this reflects any | 01:27:12 |
| 21 | settlement negotiations or offers to | 01:27:14 |
| 22 | compromise.  You can all, obviously, talk. | 01:27:21 |
| 23 | MR. WADSWORTH:  Yeah.  I mean, I | 01:27:24 |
| 24 | don't know that -- | 01:27:24 |
| 25 | MR. HEISTERHAGEN:  You can talk | 01:27:24 |

Page 166

| | | |
|---|---|---|
| 1 | about it, but I'm just going to note the | 01:27:25 |
| 2 | objection. | 01:27:27 |
| 3 | MR. WADSWORTH:  And I don't know | 01:27:27 |
| 4 | that that's what this is, but we'll -- | 01:27:28 |
| 5 | obviously, you know, we may wind up talking | 01:27:30 |
| 6 | about it in front of the judge at some point. | 01:27:32 |
| 7 | MR. HEISTERHAGEN:  Yeah. | 01:27:36 |
| 8 | BY MR. WADSWORTH: | 01:27:37 |
| 9 | Q.     What's the date on this invoice? | 01:27:40 |
| 10 | A.     June 28, 2013. | 01:27:44 |
| 11 | Q.     Now, there's a funny thing about these | 01:27:47 |
| 12 | invoices and I think it's going to wind up | 01:27:51 |
| 13 | creating quite a bit of confusion.  All of your | 01:27:55 |
| 14 | invoices that I've seen bear the same date, | 01:27:57 |
| 15 | June 28, 2013, at least for this particular | 01:28:00 |
| 16 | invoice number.  Have you noticed that?  I | 01:28:04 |
| 17 | guess my question is, was that by design? | 01:28:14 |
| 18 | A.     Say that one more time. | 01:28:20 |
| 19 | Q.     Sure.  Well, let me break out another | 01:28:22 |
| 20 | one while we're talking about it.  It says June | 01:28:24 |
| 21 | 28, 2013. | 01:28:28 |
| 22 | MR. WADSWORTH:  I'm going to mark as | 01:28:47 |
| 23 | Exhibit 28 something that was submitted to the | 01:28:48 |
| 24 | Court as Exhibit A to the counterclaim. | 01:28:53 |
| 25 | | 01:28:46 |

Page 167

| | | |
|---|---|---|
| 1 | (Exhibit 28 marked.) | 01:28:46 |
| 2 | BY MR. WADSWORTH: | 01:28:46 |
| 3 | Q.     You see up at the top it says June 28, | 01:29:09 |
| 4 | 2013? | 01:29:13 |
| 5 | A.     Okay. | 01:29:13 |
| 6 | Q.     Now, are these two invoices identical, | 01:29:15 |
| 7 | the one that's marked as 27 and the one that's | 01:29:20 |
| 8 | marked as 28? | 01:29:23 |
| 9 | A.     No. | 01:29:24 |
| 10 | Q.     Okay.  What's the difference between the | 01:29:24 |
| 11 | two? | 01:29:25 |
| 12 | A.     At first glance -- | 01:29:26 |
| 13 | Q.     I handed you my copy. | 01:29:33 |
| 14 | MR. HEISTERHAGEN:  You helped him | 01:29:35 |
| 15 | out a little bit. | 01:29:36 |
| 16 | MR. WADSWORTH:  You did. | 01:29:37 |
| 17 | A.     The Core return - Beyond Economic | 01:29:37 |
| 18 | Repair. | 01:29:41 |
| 19 | BY MR. WADSWORTH: | 01:29:42 |
| 20 | Q.     We don't think that this invoice came | 01:29:42 |
| 21 | from June 28, 2013, do we? | 01:29:49 |
| 22 | A.     No.  That was the original date of that | 01:29:54 |
| 23 | invoice, so I think that's why it's on there. | 01:29:57 |
| 24 | Q.     Now, do you know -- first of all, let me | 01:30:02 |
| 25 | ask about that line.  As of October 23, 2013, | 01:30:04 |

Page 168

| | | |
|---|---|---|
| 1 | we would agree that that $10,000 charge is not | 01:30:11 |
| 2 | on the invoice, correct? | 01:30:15 |
| 3 | A.     That's because we had not received his | 01:30:16 |
| 4 | cores yet. | 01:30:19 |
| 5 | Q.     Okay.  You had not received the cores? | 01:30:19 |
| 6 | A.     No, we hadn't. | 01:30:21 |
| 7 | Q.     Okay.  But my question was, we agree | 01:30:22 |
| 8 | that the core charge is not on the October 23 | 01:30:23 |
| 9 | invoice, correct? | 01:30:26 |
| 10 | A.     Because we had a chance to dissect his | 01:30:27 |
| 11 | cores, correct.  This is a charge for -- after | 01:30:29 |
| 12 | we dissected the cores. | 01:30:32 |
| 13 | Q.     All right.  So let me get into that | 01:30:33 |
| 14 | then.  When did you dissect the cores? | 01:30:38 |
| 15 | A.     Upon removal of the engines.  They | 01:30:40 |
| 16 | looked at the engines and that's when they | 01:30:43 |
| 17 | found that the gear had been eaten inside the | 01:30:44 |
| 18 | engine.  The teeth had gone through the engine | 01:30:48 |
| 19 | and ruined a lot of the working parts so it | 01:30:50 |
| 20 | couldn't be salvaged as a core.  That would be | 01:30:53 |
| 21 | our understanding. | 01:30:56 |
| 22 | Q.     Would that be during the engine rebuild | 01:30:57 |
| 23 | process? | 01:30:59 |
| 24 | A.     We didn't rebuild his engines.  We had | 01:30:59 |
| 25 | our own engines on the shelves that we used. | 01:31:02 |

**Scott Erickson**
**5/12/2016**

Page 169

```
1    Q.    When did you receive these engines?         01:31:04
2    When did you receive the Perkins engines and      01:31:08
3    find this $10,000 core returned?                   01:31:08
4    A.    I don't know.  You would have to ask         01:31:12
5    Mike Moore.  He removed them from the airplane     01:31:13
6    and took them.  He would have to tell you what     01:31:15
7    date that was.                                      01:31:20
8    Q.    So it would have been after October 23,      01:31:20
9    2013?                                               01:31:22
10   A.    Yes.                                          01:31:22
11   Q.    Okay.  Now, this is the part where I get     01:31:26
12   confused.  Was a copy of the invoice with the      01:31:27
13   $10,000 charge actually ever sent to Joe           01:31:32
14   Perkins?                                            01:31:38
15   A.    A copy of this one?                           01:31:38
16   Q.    Yes, with the $10,000 charge.                01:31:40
17   A.    Well, you gave me a copy of it.  I'm         01:31:43
18   assuming he has it.                                 01:31:45
19   Q.    Well, we have it now because it was          01:31:46
20   attached to the Complaint, but --                   01:31:48
21   A.    Yes, I believe it was.                        01:31:51
22   Q.    You believe it was?                           01:31:52
23   A.    I believe we sent him multiple versions      01:31:54
24   of the invoice.                                     01:31:56
25   Q.    Okay.  And this is the invoice that you      01:32:01
```

Page 170

```
1    contend is the final invoice, correct?             01:32:02
2    A.    That is not final invoice, I don't           01:32:04
3    believe.                                            01:32:04
4    Q.    Is there another invoice?                     01:32:07
5    A.    I think there's -- actually, this one --     01:32:10
6    not this one -- is the final invoice, I think,     01:32:13
7    with the core --                                    01:32:16
8           MR. HEISTERHAGEN:  Can we refer to          01:32:18
9    the exhibit numbers?                                01:32:19
10          THE WITNESS:  Exhibit 28.                   01:32:22
11   BY MR. WADSWORTH:                                   01:32:23
12   Q.    Exhibit 28.                                   01:32:24
13   A.    I believe is the final -- I don't know       01:32:25
14   for sure, but I believe this is the final          01:32:28
15   invoice, Exhibit 28.                                01:32:30
16   Q.    Okay.  Now, the first mention of this        01:32:42
17   invoice I've been able to find --                   01:32:46
18          MR. WADSWORTH:  And I'm going to            01:32:57
19   mark this as Exhibit 29.  I found this copy.       01:32:58
20   I'm going to mark this as Exhibit 29.              02:20:09
21          (Exhibit 29 marked.)                         02:20:09
22   BY MR. WADSWORTH:                                   02:20:09
23   Q.    It looks like an incomplete copy, but --    01:33:22
24   it's an incomplete copy.  I'm sorry for this.      01:34:06
25   We can substitute later, if necessary.  Exhibit   01:34:09
```

Page 171

```
1    29 says:  "Dear Customer:  Your invoice is         01:34:14
2    attached."  Who is this email from?                01:34:16
3    A.    It says D'Shannon Aviation, but I can't      01:34:25
4    tell if it's my email or one of the other          01:34:27
5    D'Shannon Aviation emails.                          01:34:31
6    Q.    And who is it to?  Who received it?           01:34:35
7    A.    It must have been from QuickBooks,           01:34:36
8    basically, to me.                                   01:34:38
9    Q.    What is the date on this email?              01:34:40
10   A.    July 14, 2015.                                01:34:43
11   Q.    So that would have been after this           01:34:45
12   litigation began, correct?                          01:34:49
13   A.    Yes.                                          01:34:49
14   Q.    This wouldn't have been the email where      01:34:55
15   Joe Perkins received the invoice, would it?        01:34:58
16   A.    No.                                           01:35:01
17   Q.    Okay.  Exhibit 29 would not be that.         01:35:02
18          MR. WADSWORTH:  This is actually            01:35:36
19   going to jump us back a little bit in the          01:35:36
20   conversation, Exhibit 30.                           01:35:39
21          (Exhibit 30 marked.)                         01:35:54
22   BY MR. WADSWORTH:                                   01:35:54
23   Q.    What is this?                                 01:36:07
24   A.    A letter for Mr. Perkins talking about       01:36:09
25   the signoff of the airframe and the engines.      01:36:13
```

Page 172

```
1    Q.    Okay.  Now, what is the date on this         01:36:18
2    letter?                                             01:36:19
3    A.    March 24, 2014.                               01:36:19
4    Q.    If you take a look down at the bottom of     01:36:23
5    the second paragraph it says:  "We have also      01:36:38
6    charged you for the core that was damaged.  I     01:36:40
7    assume this was the original reason the            01:36:43
8    aircraft was taken out of service."  Do you see   01:36:45
9    that?                                               01:36:47
10   A.    Yes.                                          01:36:47
11   Q.    Does that reflect your memory that you       01:36:47
12   would have discovered this core somewhere          01:36:50
13   around March of 2014?                               01:36:54
14   A.    I think that's when it was reviewed in       01:37:00
15   Mooresville, I believe.  I'm not sure on that,     01:37:03
16   but I believe that's what happened.  They          01:37:05
17   reviewed it in Mooresville and called me.          01:37:07
18   Q.    Now I have two questions here.  Do you       01:37:09
19   see where this letter attaches an invoice to       01:37:11
20   Joe Perkins?                                        01:37:17
21   A.    I have to go back and look at my email       01:37:24
22   to see if there's an attachment.                    01:37:27
23   Q.    That might bring me to my second             01:37:28
24   question --                                         01:37:30
25   A.    It says attachments.  There's two           01:37:31
```

Scott Erickson
5/12/2016

Page 173

| | | |
|---|---|---|
| 1 | attachments in the original. | 01:37:33 |
| 2 | Q.   One, it says "letter to Joe Perkins" and | 01:37:35 |
| 3 | the other it says "image," which is probably a | 01:37:37 |
| 4 | signature image, correct? | 01:37:40 |
| 5 | A.   Maybe that's what it is. | 01:37:43 |
| 6 | Q.   Now, my second question is this:  On | 01:37:44 |
| 7 | Exhibit 30, do you see where it was actually | 01:37:47 |
| 8 | transmitted to Joe Perkins? | 01:37:50 |
| 9 | A.   No, but I could probably find another | 01:37:51 |
| 10 | email where it was. | 01:37:53 |
| 11 | Q.   Okay. I haven't seen that. And, again, | 01:37:54 |
| 12 | I don't see where there's any invoice attached | 01:37:57 |
| 13 | to Exhibit 30. Do you? | 01:37:58 |
| 14 | A.   I'm sure there's an email separate that | 01:38:00 |
| 15 | we sent. Our attorney previously drew codes | 01:38:01 |
| 16 | and also sent the invoice to your law firm. | 01:38:05 |
| 17 | Q.   Also, before we put away 30, it says | 01:38:11 |
| 18 | here in the middle:  "The credit for the rental | 01:38:16 |
| 19 | aircraft used during the engine build up period | 01:38:16 |
| 20 | is reflected on the invoice.  We have offered | 01:38:20 |
| 21 | you the amount you gave us of $200 an hour | 01:38:23 |
| 22 | without fuel."  Was that your understanding of | 01:38:26 |
| 23 | what Joe Perkins' offer was? | 01:38:31 |
| 24 | A.   Yes.  We were under the impression that | 01:38:37 |
| 25 | his aircraft had been down that entire period | 01:38:39 |

Page 174

| | | |
|---|---|---|
| 1 | of time. We weren't told that it was brought | 01:38:42 |
| 2 | to Mooresville. | 01:38:44 |
| 3 | Q.   Okay. | 01:38:44 |
| 4 | A.   That's why he was down.  It was brought | 01:38:45 |
| 5 | to Mooresville and we weren't made aware of | 01:38:47 |
| 6 | that. | 01:38:48 |
| 7 | Q.   Mr. Perkins actually said he wanted the | 01:38:54 |
| 8 | fuel paid for as well, didn't he? | 01:38:57 |
| 9 | A.   I don't know. | 01:38:59 |
| 10 | MR. HEISTERHAGEN:  I'm going to | 01:39:01 |
| 11 | object to all of this.  This is all settlement | 01:39:01 |
| 12 | negotiations after the fact. | 01:39:03 |
| 13 | MR. WADSWORTH:  Well, the only | 01:39:05 |
| 14 | reason why this becomes relevant, though, is | 01:39:06 |
| 15 | because one of your claims says that Joe | 01:39:08 |
| 16 | Perkins actually admitted the amount that he | 01:39:11 |
| 17 | was owed -- that he owed to D'Shannon.  And we | 01:39:14 |
| 18 | hotly contest that.  So at that point | 01:39:17 |
| 19 | settlement negotiations start to come into play | 01:39:21 |
| 20 | as to whether or not there was ever a meeting | 01:39:23 |
| 21 | of the minds.  Do you know -- | 01:39:25 |
| 22 | BY MR. WADSWORTH: | 01:39:28 |
| 23 | Q.   And let me just ask this:  Do you know | 01:39:26 |
| 24 | whether Joe Perkins ever specifically said, | 01:39:28 |
| 25 | "Yes, I owe D'Shannon 27,000" -- what's | 01:39:31 |

Page 175

| | | |
|---|---|---|
| 1 | Exhibit 28 here? | 01:39:36 |
| 2 | A.   No.  He avoided paying us for months and | 01:39:37 |
| 3 | months and months.  Now it's been years. | 01:39:39 |
| 4 | Q.   But did he ever admit that he owed | 01:39:42 |
| 5 | $27,789 to D'Shannon? | 01:39:45 |
| 6 | A.   Of course he didn't.  He didn't respond | 01:39:47 |
| 7 | to any of our emails.  He walked away from | 01:39:48 |
| 8 | paying the final bill. | 01:39:51 |
| 9 | MR. WADSWORTH:  That may actually be | 01:40:01 |
| 10 | all I need on that. | 01:40:03 |
| 11 | MR. HEISTERHAGEN:  Yeah.  We pled | 01:40:06 |
| 12 | the alternative. | 01:40:07 |
| 13 | MR. WADSWORTH:  That's fine. | 01:40:08 |
| 14 | MR. HEISTERHAGEN:  For sake of the | 01:40:47 |
| 15 | record, we said that Perkins admitted liability | 01:40:47 |
| 16 | by accepting the aircraft. | 01:40:51 |
| 17 | MR. WADSWORTH:  Not that he actually | 01:40:53 |
| 18 | admitted that there was the amount? | 01:40:55 |
| 19 | MR. HEISTERHAGEN:  Yeah.  We said he | 01:40:55 |
| 20 | admitted it by accepting the aircraft. | 01:40:57 |
| 21 | MR. WADSWORTH:  Implicit admission. | 01:41:00 |
| 22 | Okay.  I got you. | 01:41:01 |
| 23 | BY MR. WADSWORTH: | 01:41:01 |
| 24 | Q.   All right.  Now, let me pull up Exhibit | 01:41:12 |
| 25 | 31, which is a letter from you to Joe Perkins. | 01:41:27 |

Page 176

| | | |
|---|---|---|
| 1 | (Exhibit 31 marked.) | 02:20:09 |
| 2 | BY MR. WADSWORTH: | 02:20:09 |
| 3 | Q.   Do you recognize this letter? | 01:41:43 |
| 4 | A.   Uh-huh. | 01:41:44 |
| 5 | Q.   What does it say? | 01:41:44 |
| 6 | A.   Talking about the lease of the aircraft | 01:41:50 |
| 7 | is no longer required. | 01:41:52 |
| 8 | Q.   You say in here that Mr. Perkins would | 01:41:56 |
| 9 | not pay for or allow D'Shannon to do the final | 01:41:59 |
| 10 | evaluation or signoff, correct? | 01:42:00 |
| 11 | A.   Right.  He allowed Mike Moore to do it | 01:42:05 |
| 12 | and not our team.  At the time Mike did the | 01:42:08 |
| 13 | work he was no longer part of our team when he | 01:42:11 |
| 14 | did the installation of the engines. | 01:42:13 |
| 15 | Q.   At the time he signed the logbooks was | 01:42:14 |
| 16 | he on the team? | 01:42:19 |
| 17 | A.   At the time he signed the power plant | 01:42:20 |
| 18 | logbooks we believe he was.  We assumed he | 01:42:22 |
| 19 | signed them on the dates that were on there. | 01:42:25 |
| 20 | We don't know for sure if he actually signed | 01:42:27 |
| 21 | them on those dates. | 01:42:29 |
| 22 | Q.   So you don't know one way or another if | 01:42:32 |
| 23 | he signed those power plant logbooks while he | 01:42:33 |
| 24 | was part of the team? | 01:42:36 |
| 25 | A.   Correct.  You have to ask him if he was. | 01:42:36 |

Page 177

1    Q.    We'll do that.                            01:42:38
2    A.    But the airframe -- releasing of the      01:42:41
3    airframe, we were told we had an opportunity to 01:42:44
4    review the airframe and the engines before      01:42:46
5    Mooresville, and we weren't given that          01:42:49
6    opportunity.                                     01:42:52
7    Q.    Had you had that opportunity, had you      01:42:56
8    had the opportunity to inspect those engines    01:42:58
9    and you had discovered that there were parts     01:43:00
10   that had not either been approved or gone        01:43:03
11   through the approval process for FAA, would you  01:43:05
12   have stopped those engines from going out the    01:43:07
13   door?                                            01:43:09
14   A.    Absolutely.                                01:43:09
15         MR. WADSWORTH:  I'm very close to          01:43:29
16   being done, Tim.  I might take a five-minute     01:43:30
17   break, and then once you ask your question,      01:43:34
18   just -- I have to make sure that I've got        01:43:37
19   everything.                                      01:43:37
20         MR. HEISTERHAGEN:  That's fine.            01:43:38
21         MR. WADSWORTH:  I'm going to mark          01:44:08
22   Exhibit 32.                                      01:44:10
23         (Exhibit 32 marked.)                       01:44:14
24   BY MR. WADSWORTH:                                01:44:14
25   Q.    Exhibit 32 is a letter dated July 24 --    01:44:16

Page 178

1    or an email dated July 24.  Now, it says here    01:44:19
2    at the top it's from Joe Perkins to you.  Do     01:44:26
3    you remember this email?                         01:44:29
4    A.    Uh-huh.                                     01:44:29
5    Q.    All right.  Now, it says:  "I have         01:44:30
6    received your letter sent by UPS."               01:44:33
7          Do you believe that that letter refers     01:44:36
8    to this Exhibit 31 email which was sent the      01:44:37
9    previous day?                                    01:44:41
10   A.    I believe it does because the date, the    01:44:41
11   23rd, and this was written the 24th of that      01:44:45
12   same month that year.                            01:44:48
13   Q.    Now, o you see it says there was no        01:44:48
14   invoice in the letter?                           01:44:51
15   A.    Uh-huh.  We emailed it to him             01:44:51
16   separately.                                      01:44:53
17   Q.    You would have emailed it to him          01:44:53
18   separately?                                      01:44:55
19   A.    Yup.                                        01:44:55
20   Q.    I would love it, just because it would     01:44:57
21   make things a lot clearer, it might be one less  01:44:59
22   thing to argue about, if you could find the      01:45:03
23   email where you sent the invoice to Joe Perkins  01:45:07
24   that has the $10,000 charge, because we just     01:45:09
25   don't think we've ever seen that invoice         01:45:17

Page 179

1    before.  I've been through these documents in   01:45:19
2    the record.  It's possible I missed it.  That's  01:45:23
3    something that, if it exists, I would love to    01:45:27
4    see.                                             01:45:30
5    A.    Okay.                                       01:45:32
6    Q.    In this email marked 32, it says,          01:45:40
7    basically, that Joe was turning everything over  01:45:45
8    to the attorneys.  At that point was the         01:45:47
9    communication handled kind of -- was this the    01:45:49
10   end of your communication with Joe Perkins?      01:45:52
11   A.    He had been threatening us personally      01:45:55
12   and business-wise for months and months, verbal  01:45:57
13   threats, many times.  This is not the first      01:46:00
14   time he threatened us.                           01:46:02
15   Q.    So at this point you kind of washed your   01:46:02
16   hands of it and said --                          01:46:04
17   A.    I didn't wash my hands of it.              01:46:04
18   Q.    -- "we'll let the attorneys handle it,"    01:46:07
19   correct?                                         01:46:08
20   A.    I'm not sure we did that at that point.    01:46:09
21   I can't answer that question.                    01:46:11
22   Q.    Who was your previous attorney?            01:46:13
23   A.    Drew Coats, Coats & Evans.                01:46:15
24   Q.    And without getting into anything that     01:46:18
25   you ever told Mr. Coats, any attorney-client     01:46:21

Page 180

1    privilege communications, when did you hire      01:46:25
2    Mr. Coats?                                       01:46:27
3    A.    He's been an attorney of ours for years.  01:46:29
4    Q.    Is he just somebody that you have on       01:46:32
5    retainer?                                        01:46:34
6    A.    I don't know that I would use that        01:46:37
7    terminology.  What does "retainer" mean?        01:46:39
8    Q.    Basically, do you pay him a certain        01:46:41
9    amount every year and tell him to work off of    01:46:43
10   that?                                            01:46:45
11   A.    No.                                         01:46:45
12   Q.    Just as you have need you would hire       01:46:46
13   him?                                             01:46:48
14   A.    Right.                                      01:46:48
15         MR. WADSWORTH:  Let me take a              01:47:13
16   five-minute break.                               01:47:14
17   (Recess taken from 1:47 p.m. to 2:00 p.m.)       02:00:38
18   BY MR. WADSWORTH:                                02:00:38
19   Q.    Back on the record.  Mr. Erickson, you     02:00:51
20   agree with me, do you not, that you agree to     02:00:57
21   pay for Joe Perkins' rental planes while the     02:00:59
22   Baron was out of commission, correct?            02:01:02
23         MR. HEISTERHAGEN:  Same objection          02:01:05
24   about the settlement discussions.                02:01:06
25   A.    Not anymore.                               02:01:08

Page 181

BY MR. WADSWORTH:                                    02:01:11

Q.    You don't currently agree to pay for        02:01:11
the --                                              02:01:13

A.    Correct.                                      02:01:13

Q.    But once upon a time you had agreed,         02:01:22
correct, to pay --                                 02:01:27

A.    That was based on him paying his final       02:01:27
invoice.  He never paid his final invoice, so      02:01:31
there's not just those fees.  There's interest     02:01:33
and a lot of other things involved.                02:01:36

Q.    Did you all prep for this during the         02:01:39
break?  It kind of feels like you were dead set    02:01:45
for that question.                                 02:01:46

      Lets see.  Let me take a look.               02:01:47

      (Exhibit 33 marked.)                         02:02:06

BY MR. WADSWORTH:                                   02:02:08

Q.    This ss Exhibit 33.  Do you recognize        02:02:08
this email, Mr. Erickson?                           02:02:29

A.    I don't recognize it, but it was sent to     02:02:33
me, yup.                                            02:02:44

Q.    It says here in the middle of 18 --          02:02:47

      MR. WADSWORTH:  And, obviously,              02:02:55
Tim's standing objection to settlement             02:02:56
discussions stands.                                02:02:56

BY MR. WADSWORTH:                                   02:02:56

Page 182

Q.    -- that you agree to pay for rental of       02:03:01
the Cessna, but we do not agree to pay for the     02:03:04
fuel that is part of the rental charge.            02:03:05

      Do you see anywhere where it makes           02:03:07
payment for rental of the Cessna contingent        02:03:09
on -- I guess contingent on him paying his         02:03:13
final bill?                                        02:03:16

A.    No.  We had a discussion, I believe, a       02:03:16
month or two previous on the phone regarding       02:03:18
the fact that he needed to pay the invoice and     02:03:22
we would make an exception for the rental of       02:03:24
the Cessna.                                        02:03:28

Q.    Okay.  Now, I have a couple of questions     02:03:29
just regarding this engine core charge.  When      02:03:38
did you receive Joe Perkins' engine cores?         02:03:46

A.    I don't have the exact date on that.  I      02:03:50
don't know for sure on that.  I believe it was     02:03:52
in 2014.                                           02:03:53

Q.    You believe it was early 2014?              02:03:56

A.    In 2014.  Whether it was the second or       02:03:57
third quarter, I don't know, because they were     02:04:00
in Mooresville and then transported up to          02:04:03
Minnesota where we're based.                       02:04:05

Q.    They were in -- when did they arrive in      02:04:07
Mooresville?                                        02:04:10

Page 183

A.    I don't know.                                 02:04:14

Q.    Would this have been 2013?                   02:04:16

A.    I don't know.  Possibly when the             02:04:17
aircraft moved from Alabama to Mooresville,        02:04:21
they could have been transported at that time      02:04:23
to Mooresville.                                     02:04:25

Q.    And at the time, if they were in            02:04:26
possession of the North Carolina crew, it would    02:04:28
have been under D'Shannon's possession,            02:04:30
correct?                                           02:04:32

A.    Correct.                                      02:04:34

Q.    Is it your testimony -- I'm trying to        02:04:34
understand -- that you didn't discover the         02:04:38
engine core damage until the engines were          02:04:40
transported to Minnesota?                          02:04:42

A.    I believe, actually, we were given that      02:04:45
information from the team in North Carolina.       02:04:48

Q.    Are there any emails that verify that?      02:04:49

A.    I don't believe so.                          02:04:54

Q.    Where is the engine core today?             02:04:58

A.    I believe it is in Nebraska.  Grand         02:05:07
Island, Nebraska, possibly.                        02:05:12

Q.    What's it doing there?                       02:05:13

A.    I think we held it there for this           02:05:15
particular reason.                                 02:05:17

Page 184

Q.    For this litigation?                         02:05:18

A.    Yeah.                                         02:05:19

Q.    We may need to inspect that engine core     02:05:23
if we're going to be charged $10,000 for it.       02:05:27

A.    Sure.  I'm not sure it's still there.  I     02:05:29
have to confirm it's still there.  I'm assuming    02:05:33
it is still there, unless the individual Kirk      02:05:35
Nelson is storing it somewhere else.              02:05:40

Q.    Kirk Nelson has the engine core?           02:05:41

A.    Yes.                                         02:05:43

Q.    Does he work for D'Shannon today?           02:05:44

A.    No.  He never has.                           02:05:45

Q.    Who is Kirk Nelson?                          02:05:50

A.    He's an individual who originally           02:05:51
provided us with the two 550-C cores for          02:05:55
Mr. Perkins.                                       02:05:58

Q.    Okay.  Well, let's start with this:  Who    02:06:03
does Kirk Nelson work for?                         02:06:08

A.    Himself.                                      02:06:09

Q.    And he lives in Nebraska?                    02:06:12

A.    Yes.                                         02:06:16

Q.    Is he an A&P?                                02:06:16

A.    I don't know.                                02:06:18

Q.    Do you know if he has any FAA               02:06:18
certification?                                     02:06:21

Scott Erickson
5/12/2016

Page 185

| | | |
|---|---|---|
| 1 | A. | I don't know. | 02:06:21 |
| 2 | Q. | Does he work in the aircraft industry? | 02:06:22 |
| 3 | A. | Yes. | 02:06:23 |
| 4 | Q. | What does he do? | 02:06:23 |
| 5 | A. | He provided us with engine cores and | 02:06:24 |
| 6 | engine parts. | 02:06:29 |
| 7 | Q. | Where did he get the engine cores and | 02:06:29 |
| 8 | engine parts? | 02:06:32 |
| 9 | A. | When he worked for Continental. | 02:06:32 |
| 10 | Q. | So he used to work for Continental? | 02:06:37 |
| 11 | A. | Yes. | 02:06:40 |
| 12 | Q. | When did he leave Continental? | 02:06:40 |
| 13 | A. | I don't know. | 02:06:42 |
| 14 | Q. | How did he come into possession of | 02:06:48 |
| 15 | Mr. Perkins' engine core? | 02:06:51 |
| 16 | A. | I don't know. | 02:06:52 |
| 17 | Q. | How do you know it is Mr. Perkins -- | 02:06:52 |
| 18 | A. | Oh, you mean the core? | 02:06:54 |
| 19 | Q. | Yes. | 02:06:55 |
| 20 | A. | The core that we built or the core that | 02:06:56 |
| 21 | came out of his airplane? | 02:06:57 |
| 22 | Q. | I'm talking about the damaged one. | 02:07:00 |
| 23 | A. | We gave it to him out of Minneapolis. | 02:07:01 |
| 24 | Q. | Okay.  So I'm trying to figure out the | 02:07:03 |
| 25 | chain of custody.  It starts off with Joe | 02:07:05 |

Page 186

| | | |
|---|---|---|
| 1 | Perkins' Baron, correct? | 02:07:07 |
| 2 | A. | In Alabama. | 02:07:08 |
| 3 | Q. | In Alabama.  At some point this engine | 02:07:09 |
| 4 | core ships to North Carolina, correct? | 02:07:11 |
| 5 | A. | Uh-huh. | 02:07:13 |
| 6 | Q. | When is the engine core shipped to | 02:07:14 |
| 7 | Minneapolis? | 02:07:16 |
| 8 | A. | Sometime in 2014. | 02:07:18 |
| 9 | Q. | Sometime in 2014? | 02:07:21 |
| 10 | A. | Yes. | 02:07:22 |
| 11 | Q. | And after it arrives in Minneapolis, | 02:07:24 |
| 12 | that's where it's determined by D'Shannon that | 02:07:26 |
| 13 | the engine core is damaged beyond economic | 02:07:29 |
| 14 | repair; you can't return -- | 02:07:31 |
| 15 | A. | I don't believe we determined that.  I | 02:07:32 |
| 16 | believe that was determined in Mooresville, | 02:07:34 |
| 17 | North Carolina. | 02:07:37 |
| 18 | Q. | And then in anticipation of this | 02:07:42 |
| 19 | litigation you decided to ship it to a guy | 02:07:44 |
| 20 | named Kirk Nelson in Nebraska? | 02:07:47 |
| 21 | A. | Not in anticipation of the litigation. | 02:07:48 |
| 22 | We just believed that he would sit on it.  And | 02:07:51 |
| 23 | then if we needed to access it, we could access | 02:07:53 |
| 24 | it at later date, but we didn't have room in | 02:07:56 |
| 25 | our hangar to store it. | 02:08:00 |

Page 187

| | | |
|---|---|---|
| 1 | Q. | So Mr. Nelson didn't actually procure | 02:08:01 |
| 2 | Joe Perkins' engine cores; he's just the guy | 02:08:05 |
| 3 | you shipped it to? | 02:08:07 |
| 4 | A. | Correct.  He came and picked it up. | 02:08:11 |
| 5 | Q. | He didn't, though, inspect the engine | 02:08:13 |
| 6 | cores? | 02:08:16 |
| 7 | A. | No. | 02:08:16 |
| 8 | Q. | All Mr. Nelson knows about the engine | 02:08:19 |
| 9 | cores is that you gave them to him? | 02:08:21 |
| 10 | A. | Yes. | 02:08:24 |
| 11 | Q. | You believe that Mike Moore -- you | 02:08:25 |
| 12 | believe that Mike Moore was the one who | 02:08:38 |
| 13 | discovered the damage to these engine cores? | 02:08:40 |
| 14 | A. | I can't to say for sure. | 02:08:50 |
| 15 | Q. | Do you believe that it was someone in | 02:08:52 |
| 16 | Mike Moore's shop who discovered the damaged? | 02:08:53 |
| 17 | A. | It might have been John Clegg, actually, | 02:08:55 |
| 18 | because John started working with us at the end | 02:08:58 |
| 19 | of 2013.  So I have to go back and look at my | 02:09:00 |
| 20 | notes and talk to John about that. | 02:09:03 |
| 21 | Q. | Does Clegg also live in Charlotte? | 02:09:04 |
| 22 | A. | No, he lives in Florida. | 02:09:07 |
| 23 | Q. | Where in Florida? | 02:09:09 |
| 24 | A. | Stuart/Vero Beach area. | 02:09:10 |
| 25 | Q. | Basically, the crux of our problem is | 02:09:23 |

Page 188

| | | |
|---|---|---|
| 1 | this:  If there's a $10,000 charge that | 02:09:26 |
| 2 | appeared late after the parties' dispute began, | 02:09:30 |
| 3 | essentially, we need some verification that | 02:09:36 |
| 4 | that $10,000 charge is a real charge that needs | 02:09:39 |
| 5 | to be on the bill.  So we'll hash that out off | 02:09:41 |
| 6 | the record later on, but that's essentially | 02:09:46 |
| 7 | what I'm getting at is who has it. | 02:09:48 |
| 8 | A. | Sure. | 02:09:48 |
| 9 | Q. | And if it still exists, if it's still in | 02:09:52 |
| 10 | Nelson's custody, we probably want to see it. | 02:09:54 |
| 11 | A. | No problem. | 02:09:58 |
| 12 | MR. HEISTERHAGEN:  It should be an | 02:10:02 |
| 13 | exciting inspection. | 02:10:04 |
| 14 | MR. WADSWORTH:  I know. | 02:10:05 |
| 15 | BY MR. WADSWORTH: | 02:10:14 |
| 16 | Q. | You have no personal knowledge about the | 02:10:14 |
| 17 | engine failure, do you? | 02:10:16 |
| 18 | A. | No. | 02:10:17 |
| 19 | Q. | So you personally have no reason to | 02:10:19 |
| 20 | believe or not believe what Joe Perkins, Mike | 02:10:21 |
| 21 | Terry and Don Freeman are going to testify to | 02:10:25 |
| 22 | about how and why the engine failed from your | 02:10:27 |
| 23 | own personal knowledge? | 02:10:32 |
| 24 | A. | No. | 02:10:33 |
| 25 | Q. | Okay.  We'll take that up with them | 02:10:33 |

Page 189

| | |
|---|---|
| 1 | then.                                        02:10:35 |
| 2 | Just one last question about Exhibit 33.     02:10:44 |
| 3 | On the very back on the bottom paragraph --  02:10:57 |
| 4 | this is an email from Joe Perkins.  It says: 02:11:01 |
| 5 | "At this point I calculate that I owe you    02:11:03 |
| 6 | $9,109."  This is on November 12, 2013.  I   02:11:06 |
| 7 | believe that you've already testified to this, 02:11:12 |
| 8 | but the parties -- you and Joe never reached a 02:11:14 |
| 9 | meeting of the minds as to how much was owed by 02:11:18 |
| 10 | either party, correct?                       02:11:20 |
| 11 | MR. HEISTERHAGEN: Object to form.            02:11:22 |
| 12 | A.   We never reached an agreement between   02:11:25 |
| 13 | us.  There was no communication that I'm aware 02:11:27 |
| 14 | of where we reached an agreement.            02:11:29 |
| 15 | MR. WADSWORTH:  I think that's all I         02:11:33 |
| 16 | have for now.  I may have some more after you 02:11:34 |
| 17 | ask yours.                                   02:11:36 |
| 18 | MR. HEISTERHAGEN:  In terms of the           02:11:40 |
| 19 | invoice, you might want to check Bert Guy's  02:11:41 |
| 20 | file because there's a letter on April 1, 2014. 02:11:45 |
| 21 | MR. WADSWORTH:  I found it during            02:11:48 |
| 22 | the break, but I don't have a copy that I can 02:11:49 |
| 23 | mark.  And if you take a look there, there's an 02:11:52 |
| 24 | $8,000 credit on that charge for the rental  02:11:54 |
| 25 | aircraft that's not present on the invoices  02:11:59 |

Page 190

| | |
|---|---|
| 1 | that we marked.  So even that, obviously, is a 02:12:00 |
| 2 | third invoice that's a completely different  02:12:05 |
| 3 | invoice.  But all of this -- all of this is  02:12:07 |
| 4 | settlement discussions, but that doesn't     02:12:12 |
| 5 | necessarily mean that we're going to concede 02:12:13 |
| 6 | that they are inadmissible under 408.        02:12:15 |
| 7 | MR. HEISTERHAGEN:  You don't have to         02:12:19 |
| 8 | concede that.                                02:12:20 |
| 9 | MR. WADSWORTH:  And I recognize that         02:12:21 |
| 10 | this may be a point of contention and something 02:12:21 |
| 11 | that we wind up having to argue out in front of 02:12:24 |
| 12 | the judge, but it was a hotly contested issue. 02:12:27 |
| 13 | I don't have a copy to mark.  But, yeah, I   02:12:32 |
| 14 | found that during the break.                 02:12:34 |
| 15 | MR. HEISTERHAGEN:  And the invoice           02:12:35 |
| 16 | to Bird Eye included the $10,000 charge and had 02:12:36 |
| 17 | the $8,000 credit.                           02:12:42 |
| 18 | MR. WADSWORTH:  Yes, that was the            02:12:44 |
| 19 | difference.  It was about $19,000 due.       02:12:44 |
| 20 | EXAMINATION                                  02:13:04 |
| 21 | BY MR. HEISTERHAGEN:                          02:13:04 |
| 22 | Q.   Scott, I have a few questions for you.  02:13:05 |
| 23 | The first set of questions I'd like to refer 02:13:12 |
| 24 | back to Plaintiffs' Exhibit 28, which is the 02:13:14 |
| 25 | exhibit that was attached to the counterclaim. 02:13:18 |

Page 191

| | |
|---|---|
| 1 | A.   Okay.                                   02:13:28 |
| 2 | Q.   Did D'Shannon agree with Joe Perkins to 02:13:31 |
| 3 | provide the goods and services that are listed 02:13:38 |
| 4 | on the invoice that's marked as Plaintiffs'  02:13:44 |
| 5 | Exhibit 28?                                   02:13:48 |
| 6 | MR. WADSWORTH:  Object to the form.          02:13:48 |
| 7 | A.   Uh-huh.                                  02:13:50 |
| 8 | BY MR. HEISTERHAGEN:                          02:13:50 |
| 9 | Q.   You have to say --                       02:13:51 |
| 10 | A.   Yes.                                     02:13:53 |
| 11 | Q.   To date, how much has Mr. Perkins paid  02:14:18 |
| 12 | to D'Shannon?                                 02:14:21 |
| 13 | A.   I believe $116,010.                      02:14:24 |
| 14 | Q.   And as we sit here today, how much does 02:14:28 |
| 15 | D'Shannon contend Mr. Perkins owes D'Shannon 02:14:31 |
| 16 | for the work described in Plaintiffs'        02:14:36 |
| 17 | Exhibit 28?                                   02:14:38 |
| 18 | A.   $27,789 and interest.                    02:14:38 |
| 19 | Q.   And to the best of your knowledge, did  02:14:46 |
| 20 | Mr. Perkins accept the aircraft after the    02:14:48 |
| 21 | Genesis upgrade was completed?               02:14:55 |
| 22 | A.   Yes.                                     02:14:58 |
| 23 | Q.   To the best of your knowledge, is it    02:15:20 |
| 24 | customary in the aviation industry to include a 02:15:22 |
| 25 | charge for a core that is beyond economic    02:15:27 |

Page 192

| | |
|---|---|
| 1 | repair?                                       02:15:31 |
| 2 | A.   It is.  It is.  It's very common these  02:15:32 |
| 3 | days, because people fly their engines past TBO 02:15:34 |
| 4 | and parts fail.                               02:15:41 |
| 5 | Q.   There's been a lot of talk about        02:15:48 |
| 6 | building engines.  I just want to clarify for 02:15:52 |
| 7 | the purposes of the record.  Was D'Shannon    02:16:02 |
| 8 | overhauling IO-550C engines and then selling 02:16:06 |
| 9 | them to Mr. Perkins as part of the Genesis   02:16:11 |
| 10 | upgrade package?                              02:16:14 |
| 11 | A.   Yes.  And I guess I should clarify.  We 02:16:15 |
| 12 | build the engines -- we overhaul the engines, 02:16:19 |
| 13 | but actually, the parts, the castings and molds 02:16:20 |
| 14 | that are used to make the different parts    02:16:25 |
| 15 | aren't what we're involved in.  We're involved 02:16:26 |
| 16 | in the assembly of those parts.  That's what we 02:16:29 |
| 17 | call the build.                               02:16:32 |
| 18 | Q.   After those engines are built, does     02:16:36 |
| 19 | D'Shannon sell those engines to Mr. Perkins? 02:16:39 |
| 20 | A.   Yes, in exchange for his cores as well. 02:16:41 |
| 21 | That was part of the original price.  It     02:16:45 |
| 22 | factored in his return of two 520-CV engines. 02:16:48 |
| 23 | Q.   And there was some talk, discussion     02:16:52 |
| 24 | earlier about when Mike Moore started working 02:16:55 |
| 25 | for D'Shannon.  I want to clarify that.  When 02:16:58 |

Scott Erickson
5/12/2016

Page 193

```
 1   Mike Moore installed the D'Shannon STC on a        02:17:02
 2   Baron back in 2011, was he working for             02:17:08
 3   D'Shannon in any capacity at that time?            02:17:11
 4   A.     I'm not sure in 2011, but if you're         02:17:13
 5   talking about Mr. Wallace's installation, he       02:17:16
 6   was not working for us.                            02:17:20
 7   Q.     When did Mr. Moore first start working      02:17:22
 8   for D'Shannon as an employee or independent        02:17:23
 9   contractor overhauling engines to provide for      02:17:31
10   the Genesis upgrade?                               02:17:33
11   A.     In the beginning of 2013 he helped us       02:17:34
12   locate a facility in Mooresville and               02:17:41
13   communicate with the landlord there and get        02:17:44
14   everything established.  We met with them a        02:17:48
15   year prior to that.  We flew into the Bonanza      02:17:51
16   at the airport there and looked everything over    02:17:56
17   and it took us a year to get everything            02:18:00
18   situated to actually open up a facility.           02:18:02
19   Q.     Speaking of Mike Moore, did you ever        02:18:06
20   have any indication that Mr. Moore wasn't a        02:18:08
21   fully certified and licensed A&P or IA while he    02:18:13
22   was working with D'Shannon?                        02:18:17
23   A.     No.  I believed he was fully licensed       02:18:18
24   and fully approved by the FAA under an A&P         02:18:23
25   license and an IA designation up until 2014        02:18:27
```

Page 194

```
 1   when that came into question.  We never did        02:18:33
 2   find out if his ticket was current.               02:18:40
 3   Q.     Did you have any reason to doubt that       02:18:45
 4   his licenses and certifications were current?      02:18:47
 5   A.     Those are some discussion between           02:18:53
 6   different individuals and clients.  So we asked    02:18:54
 7   the FAA to dig into it.  I think they did and      02:18:56
 8   they found he was legitimate at that time.  So     02:19:01
 9   that kind of quieted our discussion about that.    02:19:04
10   Q.     Would D'Shannon have hired Mike Moore if    02:19:07
11   he was not fully licensed and certified as an      02:19:11
12   A&P and IA?                                        02:19:15
13   A.     Definitely not.  That's one of the          02:19:15
14   reasons we took him on was because of his          02:19:17
15   history and his workmanship with Mike Mangold      02:19:21
16   and, I believe, Mr. Goulian, another air racer     02:19:25
17   who's a worldwide-known pilot.  And he built       02:19:29
18   Continental engines and had won a number of        02:19:29
19   races with his engines, those individuals.         02:19:38
20   Q.     Did you ever have any indication of any     02:19:38
21   kind that Mr. Clegg was not fully licensed and     02:19:43
22   certified as an A&P or IA?                         02:19:46
23   A.     None.                                       02:19:49
24   Q.     Would D'Shannon have asked Mr. Clegg to     02:19:50
25   certify Mr. Perkins' engines if it had known he   02:19:53
```

Page 195

```
 1   was not fully qualified, certified --              02:19:58
 2   A.     No.  That was the basis for our             02:20:01
 3   discussions with him because he was certified.     02:20:03
 4   And he had 40 years of experience.  You know,      02:20:05
 5   at that time he was 65, 66, 67, somewhere in       02:20:11
 6   that range.  He had been doing it his entire       02:20:14
 7   life.                                              02:20:17
 8          MR. WADSWORTH:  Tim, could you move         02:20:18
 9   your iPad so the witness can't see it?             02:20:20
10          MR. HEISTERHAGEN:  Sure.                    02:20:23
11          MR. WADSWORTH:  And I'm not accusing        02:20:24
12   you of anything wrong.  I just --                  02:20:25
13          MR. HEISTERHAGEN:  I want to state          02:20:28
14   for the purposes of the record I'm not trying      02:20:29
15   to show him anything.                              02:20:31
16          THE WITNESS:  The font's too small.         02:20:32
17   I can't see anything.  I'll sit back here.         02:20:33
18   Stephen, check this out.                           02:20:33
19          MR. WADSWORTH:  Perfect.                    02:20:44
20   BY MR. HEISTERHAGEN:                               02:20:44
21   Q.     Mr. Erickson, did you have anything to      02:20:44
22   do at all with the creation or drafting of the     02:20:46
23   logbook entries for the engines you sold to        02:20:49
24   Mr. Perkins?                                       02:20:51
25   A.     I suppose we bought the parts.              02:20:52
```

Page 196

```
 1   Q.     Did you write those logbook entries?        02:20:55
 2   A.     No, sir.                                     02:20:57
 3   Q.     Did you have any input as to the            02:20:58
 4   information that is contained in those logbook     02:20:59
 5   entries?                                           02:21:01
 6   A.     Definitely not.  I would be way out of      02:21:02
 7   my pay grade.                                      02:21:06
 8   Q.     And was part of the reason that             02:21:13
 9   D'Shannon would not provide the final documents    02:21:17
10   to certify Mr. Perkins' aircraft because he        02:21:21
11   would not pay the balance due for the purpose      02:21:25
12   of the Genesis upgrade?                            02:21:29
13   A.     That is correct.                            02:21:31
14   Q.     Earlier Stephen had asked you some          02:21:33
15   questions about whether you had ever had any       02:21:36
16   knowledge or indication that Mike Moore had        02:21:41
17   used unapproved parts.  Do you remember that?      02:21:45
18   A.     Uh-huh.                                     02:21:47
19   Q.     Yes or no?                                  02:21:49
20   A.     Yes, I remember that discussion.            02:21:50
21   Q.     And then you noted, I believe, an           02:21:51
22   internet story that Mr. Perkins had sent you       02:21:57
23   and maybe a nameless individual that contacted    02:22:02
24   you.  Do you remember that?                        02:22:03
25   A.     Yes.  Those were not about unapproved       02:22:03
```

Page 197

1   parts.  Those were about installations that          02:22:05
2   they were dissatisfied about, as my memory           02:22:08
3   serves me properly.  One was a discussion about      02:22:11
4   an individual who was supposed to complete an        02:22:14
5   installation and the installation was never          02:22:17
6   complete.  I'm not sure it was illegal.  It was      02:22:19
7   just not ever completed and the customer was         02:22:22
8   angry.  So I heard those statements.  I heard        02:22:23
9   that aircraft was sitting in the hangar for a        02:22:27
10  long period of time.  I remember that one            02:22:31
11  story, but I don't think it had anything to do       02:22:33
12  with unapproved parts.                               02:22:35
13  Q.       To go back to Plaintiffs' Exhibit 28 for    02:22:39
14  just a moment, to the best of your knowledge,        02:22:41
15  was Plaintiffs' Exhibit 28 sent to Perkins           02:22:49
16  Communication?                                       02:22:55
17  A.       Yes.                                         02:22:56
18  Q.       And then the last question that I have      02:22:56
19  is, earlier you talked about some                    02:23:19
20  communications regarding insurance that you had      02:23:21
21  with Mr. Perkins in May or June of 2013.  Is         02:23:24
22  there anything that you want to clarify about        02:23:29
23  that?                                                 02:23:31
24  A.       Yeah.  I didn't know if I had               02:23:31
25  communicated in May or June or 2013, but if he       02:23:32

Page 198

1   asked a question about insurance, I would have       02:23:36
2   answered him at that point in time that we had       02:23:38
3   insurance.  But I don't have any record of my        02:23:40
4   communications about insurance at that time.         02:23:43
5   The only recorded record I have is sometime in       02:23:45
6   November of 2013 about insurance.                    02:23:48
7   Q.       And why did you want to clarify that        02:23:51
8   answer?                                               02:23:53
9   A.       I think I spoke out of turn because I       02:23:54
10  didn't know.  And if I don't know, I don't want      02:23:58
11  to answer unless I absolutely know.  So at this      02:24:00
12  point in time I don't have a record of               02:24:03
13  communication with him about insurance before        02:24:04
14  November of 2013.                                     02:24:07
15          MR. HEISTERHAGEN:  I'm actually              02:24:24
16  going to have one or two more.  Just let me          02:24:25
17  look.                                                 02:24:27
18          MR. WADSWORTH:  Sure.                         02:24:28
19  BY MR. HEISTERHAGEN:                                  02:24:32
20  Q.       Earlier you were asked some questions       02:24:32
21  about Mr. Ramey and whether or not he had any        02:24:34
22  FAA licenses.  I understand you're not an A&P        02:24:43
23  or IA, but to the best of your knowledge, can        02:24:45
24  an unlicensed person work on aircraft engines        02:24:49
25  under the supervision of a licensed A&P or IA?       02:24:55

Page 199

1   A.       It's my understanding that they can.  I    02:24:59
2   was told that by a number of individuals who         02:25:02
3   hold the IA rating.  So they had told me that        02:25:04
4   they could oversee someone who did not have an       02:25:07
5   A&P license, which Mr. Ramey did not have an         02:25:11
6   A&P license, including Mike Moore told me that,      02:25:15
7   that he could oversee Earl Ramey's work and be       02:25:17
8   there at each step of the process, and upon          02:25:20
9   assembly -- and Mike would run the engine after      02:25:23
10  it was assembled, but he would be there up           02:25:24
11  until that stage and then run it and that would      02:25:24
12  make it legitimate.                                   02:25:27
13  Q.       And to the best of your knowledge, did      02:25:28
14  Mike Moore ever saw the work that was performed      02:25:34
15  by Mr. Ramey and the other team members in           02:25:37
16  Mooresville?                                          02:25:41
17  A.       Yes.  And he conveyed that in a number      02:25:41
18  of emails, yes.                                       02:25:44
19          MR. HEISTERHAGEN:  I think that's            02:25:45
20  all that I have.                                      02:25:46
21          EXAMINATION                                   02:25:47
22  BY MR. WADSWORTH:                                     02:25:47
23  Q.       Just real brief redirect.                   02:25:47
24          You said that you had no reason to           02:25:50
25  question at the time that you hired Mike Moore       02:25:56

Page 200

1   that he was anything other than fully licensed,     02:25:59
2   correct?                                             02:26:01
3   A.       Correct.                                     02:26:02
4   Q.       And then there was just a little bit of     02:26:02
5   vagueness in your answer.  You said at some          02:26:06
6   point the validity of Mike Moore's license came     02:26:13
7   into question.                                        02:26:16
8   A.       Uh-huh.                                      02:26:17
9   Q.       When was that?                              02:26:17
10  A.       Well, the individual called my office.      02:26:18
11  Q.       Do you know what individual?                02:26:22
12  A.       I don't remember the name, but then I       02:26:23
13  also saw an e-mail from Mr. Perkins that he          02:26:25
14  sent to me that caught my interest.  And I also      02:26:28
15  received -- an individual actually stopped by        02:26:32
16  my building, now that I think about it.  There       02:26:38
17  was someone that stopped by my building in           02:26:40
18  Buffalo and they said, "You want to look into        02:26:42
19  Mr. Moore a little bit more than maybe you have      02:26:49
20  at this point."  So we just kept looking into        02:26:51
21  it.  We didn't find anything more.  We looked,       02:26:53
22  but we didn't find anything that was damning or      02:26:58
23  anything.  In fact, we continued to get good        02:27:01
24  reports on him.  It was frustrating to us.  We       02:27:05
25  didn't know why he was getting those reports         02:27:07

Scott Erickson
5/12/2016

Page 201

| | | |
|---|---|---|
| 1 | and, yet, so many of the reports that we | 02:27:08 |
| 2 | received were positive about him. | 02:27:10 |
| 3 | Q.    There was nothing more on Moore, you had | 02:27:11 |
| 4 | some negative reports, but some positive | 02:27:16 |
| 5 | reports, and your digging didn't really bring | 02:27:19 |
| 6 | up anything? | 02:27:21 |
| 7 | A.    Didn't really reveal anything, right. | 02:27:21 |
| 8 | Q.    Now, on redirect, I think that you, you | 02:27:26 |
| 9 | know, clarified, possibly changed your | 02:27:31 |
| 10 | testimony.  It depends on which seat you're | 02:27:33 |
| 11 | sitting in. | 02:27:35 |
| 12 | A.    Regarding what? | 02:27:36 |
| 13 | Q.    Regarding the discussion with Joe | 02:27:38 |
| 14 | Perkins with insurance coverage -- any | 02:27:42 |
| 15 | discussions with Joe Perkins concerning | 02:27:45 |
| 16 | insurance coverage as of May or June of 2013. | 02:27:47 |
| 17 | A.    Right. | 02:27:47 |
| 18 | Q.    Is your testimony at this point, just so | 02:27:50 |
| 19 | I have it clear, that you don't remember having | 02:27:51 |
| 20 | any discussions with Joe Perkins? | 02:27:53 |
| 21 | A.    Yeah.  I looked at my emails.  The only | 02:27:55 |
| 22 | email I could find was the email where I | 02:27:57 |
| 23 | actually mentioned the insurance.  I don't have | 02:28:00 |
| 24 | anything recorded before the November email. | 02:28:02 |
| 25 | Q.    So there may have been verbal | 02:28:04 |

Page 202

| | | |
|---|---|---|
| 1 | conversations, but there were no email | 02:28:06 |
| 2 | communications? | 02:28:07 |
| 3 | A.    Correct. | 02:28:07 |
| 4 | Q.    There may not have been verbal | 02:28:08 |
| 5 | communications? | 02:28:10 |
| 6 | A.    There may not -- that's what I'm saying. | 02:28:10 |
| 7 | I'm not sure that I had any verbal, so I | 02:28:11 |
| 8 | thought I would go on the safe side and say no. | 02:28:13 |
| 9 | Q.    You just don't remember. | 02:28:16 |
| 10 | A.    Exactly.  So I'm going off what is | 02:28:16 |
| 11 | actual, you know, what I can see.  And that's | 02:28:19 |
| 12 | what I can see. | 02:28:21 |
| 13 | Q.    Now, I think you also testified that you | 02:28:27 |
| 14 | testified that you delayed getting Joe Perkins | 02:28:31 |
| 15 | his final signoff documentation because he had | 02:28:36 |
| 16 | refused to pay, is that correct? | 02:28:38 |
| 17 | A.    I don't know if I would put it that way. | 02:28:41 |
| 18 | Let me think about that. | 02:28:43 |
| 19 | Q.    Okay. | 02:28:44 |
| 20 | MR. HEISTERHAGEN:  Just for | 02:28:44 |
| 21 | clarification, I said part of the reason. | 02:28:45 |
| 22 | MR. WADSWORTH:  Part of the reason. | 02:28:47 |
| 23 | Okay.  Then in that case I might not even have | 02:28:50 |
| 24 | a question about that at all. | 02:28:54 |
| 25 | BY MR. WADSWORTH: | 02:28:58 |

Page 203

| | | |
|---|---|---|
| 1 | Q.    Because we already testified about the | 02:28:59 |
| 2 | other reasons earlier, correct? | 02:29:01 |
| 3 | A.    Right. | 02:29:02 |
| 4 | MR. WADSWORTH:  All right.  I think | 02:29:05 |
| 5 | that's all I've got. | 02:29:06 |
| 6 | MR. HEISTERHAGEN:  That's all I | 02:29:08 |
| 7 | have. | 02:29:11 |
| 8 | COURT REPORTER:  Would you like a | 02:29:11 |
| 9 | copy? | 02:29:12 |
| 10 | MR. HEISTERHAGEN:  Just the standard | 02:29:13 |
| 11 | copy, mini, and an e-tran.  Read and sign. | 02:29:18 |
| 12 | MR. WADSWORTH:  All I really need is | 02:29:24 |
| 13 | just kind of an electronic travel with a copy | 02:29:28 |
| 14 | of the exhibits. | 02:29:30 |
| 15 | (Deposition ended at 2:30 p.m.) | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |

Page 204

REPORTER'S CERTIFICATE

STATE OF MINNESOTA: )
                     ) ss.
COUNTY OF HENNEPIN:  )

        I hereby certify that I reported the
deposition of SCOTT ERICKSON, on the 12th day of
May, 2016, in Minneapolis, Minnesota, and that the
witness was by me first duly sworn to tell the whole
truth;

        That the testimony was transcribed by me and
is a true record of the testimony of the witness;

        That the cost of the original has been
charged to the party who noticed the deposition, and
that all parties who ordered copies have been
charged at the same rate for such copies;

        That I am not a relative or employee or
attorney or counsel of any of the parties, or a
relative or employee of such attorney or counsel;

        That I am not financially interested in the
action and have no contract with the parties,
attorneys, or persons with an interest in the action
that affects or has a substantial tendency to affect
my impartiality;

        That the right to read and sign the
deposition by the witness was not waived.

        WITNESS MY HAND AND SEAL THIS 19th day of
May, 2016.


                    _____
                    Sheila D. Fearing
                    Notary Public, Hennepin County, Minnesota
                    My commission expires January 31, 2020