FILED
2016 Nov-14 PM 06:47
U.S. DISTRICT COURT
N.D. OF ALABAMA

**EXHIBIT 8**

| | |
|---|---|
| **From:** | scott@d-shannon-aviation.com |
| **To:** | scott@d-shannon-aviation.com |
| **Subject:** | Joe Perkins |
| **Date:** | Friday, June 07, 2013 10:43:05 AM |
| **Attachments:** | 550-QUOTE-JOE-PERKINS-.docx |

-------- Original Message --------
Subject: Joe Perkins
From: <scott@d-shannon-aviation.com>
Date: Wed, June 05, 2013 4:18 pm
To: scott@d-shannon-aviation.com



DEFENDANT'S EXHIBIT
5 -Perkins

Perkins Communication, LLC, et al. v. D'Shannon Products, Ltd, et al.
In the United States District Court for the Northern District of Alabama
Civil Action No. 7:15-cv-01172-lsc

DPL-00029

# D'Shannon Products, Ltd.
*Realize the Potential of Your Bonanza*

Joe Perkins
Alabama

Re: Estimate 550-2013-15, Major overhaul of Continental IO-520-CB's and conversion to IO-550-C's

Hello Joe,

Thank you for your interest in our custom engine service. We offer you the following estimate for the overhaul and conversion of your engines.

We will overhaul your existing engines to NEW limits, which includes 100% mandatory replacement parts as defined by Continental motors. The remainder of your engine parts will be overhauled or repaired in accordance with both Continental and D'Shannon airworthiness limitations (which ever applies) and return those parts to service unless otherwise specified. Of course, new upgrades are available at this time, and charges apply.

Please see the options list at the end of this estimate. This estimate is based on the assumption that the major components of your engines, specifically the crankshaft assembly, connection rods, and crank case assembly are serviceable. If they are deemed un-airworthy or not repairable for any reason, we will make every effort to find an economic solution for you. These reasons include but are not limited to, damage from sudden engine stoppage, removal from service required by an A.D., excessive wear, or any other reason that renders these components unfit for reuse. D'Shannon is not responsible for the airworthiness of incoming customer parts.

Our precision overhauls include the following.

1. Overhaul your crank cases, upgrade to 7th stud if applicable.
2. Overhaul and dynamically balance the assembly of your crankshafts.

800-291-7616 • 763-559-5998 • info@d-shannon-aviation.com • www.d-shannon-aviation.com

Perkins Communication, LLC, et al. v. D'Shannon Products, Ltd, et al.
In the United States District Court for the Northern District of Alabama
Civil Action No. 7:15-cv-01172-lsc

DPL-00030

3. Overhaul and flow match your cylinders. We recommend the Nickel Carbide process from ECI (new cylinders available, see below).
4. Overhaul and mass balance your connecting rods, convert to 550 connecting rod when applicable.
5. Overhaul your rocker arms.
6. Overhaul your starter adapters(assembly).
7. Overhaul your fuel systems, includes pumps, servos, flow dividers and injectors (upgrades available, see below)
8. Overhaul your starters (upgrades available, see below).
9. Overhaul your alternators.
10. Overhaul your magnetos
11. Overhaul your oil coolers. *NOTE*. If your engine was removed from service due to metal contamination, we will not re-use your oil cooler and a new oil cooler must be installed. Charges may apply and are handled on a case by case basis.
12. Overhaul (regrind) your camshafts and lifters (new is available, see below).
13. New ignition harnesses.
14. New spark plugs (massive electrodes, D'Shannon does not approve the use of fine wire spark plugs, use of such will void warranty)
15. New pistons.
16. New piston pins.
17. New piston rings.
18. New valves, valve seats, springs, retainers, locks and seals.
19. New rocker shafts and rocker shaft hardware.
20. New bearings.
21. New oil transfer collars.
22. New connecting rod bolts and nuts.
23. New stressed hardware.
24. New gaskets, seals, o-rings, cir-clips and lock rings.
25. New D'Shannon Baffle Cooling Kits (required for warranty)
26. New D'Shannon Rocker Covers (required for class!)
27. New engine fluid hoses.
28. New engine vibration isolators.
29. New engine mounting hardware.

Your engine will be assembled in a controlled environment and test run in accordance with the most current data from Continental Motors and 100%

Perkins Communication, LLC, et al. v. D'Shannon Products, Ltd, et al.
In the United States District Court for the Northern District of Alabama
Civil Action No. 7:15-cv-01172-lsc

DPL-00031

compliance with current airworthiness directives and service bulletins. Compliance with Continental service bulletins and all technical data is mandatory.

Our engines are painted in our branded "D'Shannon Blue" enamel for corrosion proofing, unless otherwise specified. The head cooling fins are left bare and treated with an Alodine process. All engine hardware is cadmium plated, nickel plated, or show chrome plated where applicable or requested unless otherwise prohibited by the manufacturer.

**TOTAL $78,000.00** plus shipping and applicable taxes.

Options.

1. Upgrade to new ECI cylinders, $3,000.00 * 2
2. Upgrade to new camshaft and lifters, $995.00 * 2
3. Upgrade to new Continental fuel systems, $1,200.00 * 2
4. Upgrade to new starters, $359.00 * 2

*NOTE*, D'Shannon does not authorize the use of permanent magnet gear reduction starters, only direct drive models. Use of PMGR starters will void the engine warranty. Please see our warranty information, D'Shannon document DSA1550 for warranty information.

Perkins Communication, LLC, et al. v. D'Shannon Products, Ltd, et al.
In the United States District Court for the Northern District of Alabama
Civil Action No. 7:15-cv-01172-lsc

DPL-00032