FILED
2016 Nov-14 PM 06:47
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 10

From: scott@d-shannon-aviation.com
Subject: Mr. Perkins
Date: June 20, 2013 at 12:02 PM
To: kim@matrixllc.com

Hello again Kim,

Was hoping you could pass a message on to Joe. Please let him know we are coming close to finishing his engines and would
like to go over a few details on the Auracle engine monitor as well as his governors, and his FBO.

Sure appreciate your efforts.

All the best!

Scott Erickson
D'Shannon Aviation
800-291-7616



**Plaintiffs 000094**