FILED

2016 Nov-14  PM 06:47
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 12

| From: | James Ball |
|---|---|
| To: | scott Erickson |
| Cc: | mike@d-shannon-aviation.com |
| Subject: | Orders for Rice/Perkins enginesr |
| Date: | Tuesday, June 25, 2013 10:05:41 AM |
| Attachments: | DASCopier@danbury.aero_20130625_102228.pdf |

Dear Scott,

Here is the summary of parts ordered for the Rice/Perkins purchase order. The first sheet is a quote instead of a sales order because we are awaiting the crankshaft journal sizes for transfer collars and bearings. Pricing will be the same whatever sizes you need.

We are ordering the parts and building the cylinder assemblies now. We hope to have it all ready to go early next week. Please let me know when you are sending a check.

Bearings and transfer collars      $3,867.78
Parts      5,415.47
6 New TISN71.4CCA cylindes with pins      7,791.78
12 Overhauled FRCN71.2CCA cylinders with pins  11,136.84 - note core deposit of $600 is included

     Total      $28,211.87

Kind Regards,
Jim Ball (J.B.)

Perkins Communication, LLC, et al, v. D'Shannon Products, Ltd, et al,
In the United States District Court for the Northern District of Alabama
Civil Action No. 7:15-cv-01172-lsc

EXHIBIT 4

DPL-00044

Danbury Aerospace, Inc.

9503 Middlex
San Antonio, TX 78217
Telephone 210-820-8100
Fax 210-820-8104

Sales Quote 4457

| Cust Ref Chg # | Quote Date | Date Expired | Page |
|---|---|---|---|
|  | 06-25-13 |  | 1 |

Bill To: 10120
D'Shannon Aviation
1309 County road 134
Buffalo, MN 55313

Ship To: 10120
D'Shannon Aviation
1309 County road 134
Buffalo, MN 55313

Ship Via: UPS GROUND
Freight Terms: Prepaid and Ad

| Ln No | Item Number | Delivery Date | Quote Quantity | Sell UM | Price UM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|
| 1 | 629680\|01 COLLAR ASM | ** + 0 | 3.00 EA | EA | | 383.090 | 1149.27 |
| 2 | AEC634503\|01 Bearing | ** + 0 | 18.00 EA | EA | | 16.430 | 295.74 |
| 3 | AEC642720\|01 Bearing | ** + 0 | 12.00 EA | EA | | 10.940 | 131.28 |
| 4 | AEC642398\|01 Bearing | ** + 0 | 369.00 EA | EA | | 6.210 | 2291.49 |

Perkins Communication, LLC, et al. v. D'Shannon Products, Ltd. et al.
In the United States District Court for the Northern District of Alabama
Civil Action No. 7:15-cv-01172-lsc

**=Delivery dates relative to quote acceptance date

Total                    $3,867.78

DPL-00045

Danbury Aerospace, Inc.

9503 Middlex
San Antonio, TX 78217
Telephone 210-820-8100
Fax 210-820-8104

Sales Order 133719

| Customer Order | Change Order | Date of Order | Page |
|---|---|---|---|
| Rice/Perkins | | 06-24-13 | 1 |

Bill To: 10120
D'Shannon Aviation
1309 County road 134
Buffalo, MN 55313

Ship To: 10120*1
D'Shannon Avaition
168-B Raceway Drive
Mooresville, NC 28117
USA

Ship Via: UPS GROUND
Freight Terms: Prepaid and Ad

| Ln No | Part Number | Delivery Date | Sell UM | Order Qty | Remain Qty | Price UM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| 1 | AEC630899\|01 Bearing | 07-01-13 | EA | 3.00 | 3.00 | EA | 6.360 | 19.08 |
| 2 | MS9134-01\|01 GASKET | 07-01-13 | EA | 3.00 | 3.00 | EA | 0.870 | 2.61 |
| 3 | 24764\|01 SCREW-NO. | 07-01-13 | EA | 50.00 | 50.00 | EA | 0.180 | 9.00 |
| 4 | 641250\|01 SEAL ASM N | 07-01-13 | EA | 3.00 | 3.00 | EA | 40.950 | 122.85 |
| 5 | 649205\|01 SCREW .31- | 07-01-13 | EA | 12.00 | 12.00 | EA | 4.590 | 55.08 |
| 6 | 641909\|01 PLATE-TAB | 07-01-13 | EA | 12.00 | 12.00 | EA | 4.820 | 57.84 |
| 7 | AEC646288\|01 Bearing | 07-01-13 | EA | 12.00 | 12.00 | EA | 18.240 | 218.88 |
| 8 | 536379\|01 SCREW.31-2 | 07-01-13 | EA | 18.00 | 18.00 | EA | No Charge | 0.00 |
| 9 | AEC629104\|01 Ring, Retaining | 07-01-13 | EA | 50.00 | 50.00 | EA | 0.250 | 12.50 |
| 10 | 643629\|01 PLATE-CWT | 07-01-13 | EA | 50.00 | 50.00 | EA | 1.190 | 59.50 |
| 11 | AEC643626-103\|01 Pin | | | | | | | |

Perkins Communication, LLC, et al. v. D'Shannon Products, Ltd, et al.
In the United States District Court for the Northern District of Alabama
Civil Action No. 7:15-cv-01172-lsc

DPL-00046

Danbury Aerospace, Inc.

9503 Middlex
San Antonio, TX 78217
Telephone 210-820-8100
Fax 210-820-8104

Sales Order 133719

| Customer<br>Order | Change<br>Order | Date of<br>Order | Page |
|---|---|---|---|
| Sales Order 133719 | | | |
| Rice/Perkins | | 06-24-13 | 2 |

Bill To: 10120
D'Shannon Aviation
1309 County road 134
Buffalo, MN 55313

Ship To: 10120*1
D'Shannon Avaition
168-B Raceway Drive
Mooresville, NC 28117
USA

Ship Via: UPS GROUND
Freight Terms: Prepaid and Ad

| Ln<br>No | Part<br>Number | Delivery<br>Date | Sell<br>UM | Order<br>Qty | Remain<br>Qty | Price<br>UM | Unit<br>Price | Extended<br>Price |
|---|---|---|---|---|---|---|---|---|
| | | 07-01-13 | EA | 6.00 | 6.00 | EA | 6.190 | 37.14 |
| 12 | AEC643626-104\|01 Pin | | | | | | | |
| | | 07-01-13 | EA | 6.00 | 6.00 | EA | 6.190 | 37.14 |
| 13 | AEC643626-105\|01 Pin | | | | | | | |
| | | 07-01-13 | EA | 6.00 | 6.00 | EA | 6.190 | 37.14 |
| 14 | SA350998\|01 BUSHING | | | | | | | |
| | | 07-01-13 | EA | 25.00 | 25.00 | EA | 4.960 | 124.00 |
| 15 | AEC639193\|01 Bushing | | | | | | | |
| | | 07-01-13 | EA | 25.00 | 25.00 | EA | 4.280 | 107.00 |
| 16 | 654587-.44\|01 BOLT-.3125 | | | | | | | |
| | same as 631088-.44 | | | | | | | |
| | | 07-01-13 | EA | 12.00 | 12.00 | EA | 3.360 | 40.32 |
| 17 | MS35756-8\|01 WOODRUFF KEY | | | | | | | |
| | | 07-01-13 | EA | 10.00 | 10.00 | EA | 0.620 | 6.20 |
| 18 | 655958\|01 Bolt | | | | | | | |
| | same as 643112 | | | | | | | |
| | | 07-01-13 | EA | 36.00 | 36.00 | EA | 26.660 | 959.76 |
| 19 | 654490\|01 NUT-CONNEC | | | | | | | |

Perkins Communication, LLC, et al. v. D'Shannon Products, Ltd, et al.
In the United States District Court for the Northern District of Alabama
Civil Action No: 7:15-cv-01172-LSC

DPL-00047

Danbury Aerospace, Inc.

9503 Middlex
San Antonio, TX 78217
Telephone 210-820-8100
Fax 210-820-8104

Sales Order 133719

| Customer Order | Change Order | Date of Order | Page |
|---|---|---|---|
| Sales Order 133719 | | | |
| Rice/Perkins | | 06-24-13 | 3 |

Bill To: 10120
D'Shannon Aviation
1309 County road 134
Buffalo, MN 55313

Ship To: 10120*1
D'Shannon Avaition
168-B Raceway Drive
Mooresville, NC 28117
USA

Ship Via: UPS GROUND
Freight Terms: Prepaid and Ad

| Ln No | Part Number | Delivery Date | Sell UM | Order Qty | Remain Qty | Price UM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| | same as 643215 | | | | | | | |
| | | 07-01-13 | EA | 36.00 | 36.00 | EA | 6.260 | 225.36 |
| 20 | 653188\|01 WASHER-ROC | | | | | | | |
| | same as 639573 | | | | | | | |
| | | 07-01-13 | EA | 50.00 | 50.00 | EA | 0.610 | 30.50 |
| 21 | SA642917-1\|01 HOSE | | | | | | | |
| | same as 649994-13 | | | | | | | |
| | | 07-01-13 | EA | 30.00 | 30.00 | EA | 13.840 | 415.20 |
| 22 | 539023\|01 HOSE 2.75I | | | | | | | |
| | | 07-01-13 | EA | 1.00 | 1.00 | EA | 15.030 | 15.03 |
| 23 | 655269\|01 BUSHING-MA | | | | | | | |
| | same as 638172 | | | | | | | |
| | | 07-01-13 | EA | 12.00 | 12.00 | EA | 3.510 | 42.12 |
| 24 | 639305\|01 VERNATHERM | | | | | | | |
| | | 07-01 | EA | | | EA | 378.980 | 1136.94 |
| 25 | AEC641931-10.75\|01 Thrubolt | | | | | | | |
| | | 07-01-13 | EA | 24.00 | 24.00 | EA | 39.480 | 947.52 |

Perkins Communication, LLC. et al v. D'Shannon Products, Ltd, et al
In the United States District Court for the Northern District of Alabama
Civil Action No. 7:15-cv-01172-lsc

DPL-00048

Danbury Aerospace, Inc.

9503 Middlex
San Antonio, TX 78217
Telephone 210-820-8100
Fax 210-820-8104

Sales Order 133719

| Customer Order | Change Order | Date of Order | Page |
|---|---|---|---|
| Sales Order 133719 | | | |
| Rice/Perkins | | 06-24-13 | 4 |

Bill To: 10120
D'Shannon Aviation
1309 County road 134
Buffalo, MN 55313

Ship To: 10120*1
D'Shannon Avaition
168-B Raceway Drive
Mooresville, NC 28117
USA

Ship Via: UPS GROUND
Freight Terms: Prepaid and Ad

| Ln No | Part Number | Delivery Date | Sell UM | Order Qty | Remain Qty | Price UM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| 26 | 630693-11.67\|01 BOLT-THRU. | 07-01-13 | EA | 1.00 | 1.00 | EA | 89.740 | 89.74 |
| 27 | 630693-12.14\|01 BOLT-THRU | 07-01-13 | EA | 2.00 | 2.00 | EA | 89.740 | 179.48 |
| 28 | 646550A1\|01 GASKET SET | 07-01-13 | EA | 3.00 | 3.00 | EA | 128.180 | 384.54 |
| 29 | 649353-.75\|01 SCREW | 07-01-13 | EA | 100.00 | 100.00 | EA | 0.430 | 43.00 |

Payment terms M/C-VISA

Perkins Communication, LLC, et al. v. D'Shannon Products, Ltd, et al.
In the United States District Court for the Northern District of Alabama
Civil Action No. 7:15-cv-01172-lsc

Total                    $5,415.47

DPL-00049

Danbury Aerospace, Inc.

9503 Middlex
San Antonio, TX 78217
Telephone 210-820-8100
Fax 210-820-8104

Sales Order 133643

| Customer Order | Change Order | Date of Order | Page |
|---|---|---|---|
| Rice/Perkins | | 06-20-13 | 1 |

Bill To: 10120
D'Shannon Aviation
1309 County road 134
Buffalo, MN 55313

Ship To: 10120*1
D'Shannon Avaition
168-B Raceway Drive
Mooresville, NC 28117
USA

Ship Via: YELLOW ROAD WAY COR
Freight Terms: Prepaid and Ad

| Ln No | Part Number | Delivery Date | Sell UM | Order Qty | Remain Qty | Price UM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| 1 | TISN71.4CCA\|01 Cylinder Comp Assy | 07-05-13 | EA | 6.00 | 6.00 | EA | 1268.630 | 7611.78 |
| 2 | AEC630046\|01 Pin Assembly | 07-05-13 | EA | 6.00 | 6.00 | EA | 30.000 | 180.00 |

Payment terms CASH IN ADVANCE

Consolidate with SO # 133644

Perkins Communication, LLC, et al. v. D'Shannon Products, Ltd, et al.
In the United States District Court for the Northern District of Alabama
Civil Action No. 7:15-cv-01172-lsc

Total                                          $7,791.78

DPL-00050

Danbury Aerospace, Inc.

9503 Middlex
San Antonio, TX 78217
Telephone 210-820-8100
Fax 210-820-8104

Sales Order 133644

| Customer Order | Change Order | Date of Order | Page |
|---|---|---|---|
| Sales Order 133644 | | | |
| Rice/Perkins | | 06-20-13 | 1 |

Bill To: 10120
D'Shannon Aviation
1309 County road 134
Buffalo, MN 55313

Ship To: 10120*1
D'Shannon Avaition
168-B Raceway Drive
Mooresville, NC 28117
USA

Ship Via: YELLOW ROAD WAY COR
Freight Terms: Prepaid and Ad

| Ln No | Part Number | Delivery Date | Sell UM | Order Qty | Remain Qty | Price UM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|
| 1 | XCORE71.2\|01 Exchange Core | 07-05-13 | EA | 12.00 | 12.00 | EA | 50.000 | 600.00 |
| 2 | FRCN71.2CCA\|01 CL71.2C CERMINIL FREEDOM | 07-05-13 | EA | 12.00 | 12.00 | EA | 848.070 | 10176.84 |
| 3 | AEC630046\|01 Pin Assembly | 07-05-13 | EA | 12.00 | 12.00 | EA | 30.000 | 360.00 |

Payment terms CASH IN ADVANCE

Reference RMA # 47328 to return cores for credit
Consolidate with 6 cylinders on SO # 133643

Perkins Communication, LLC, et al. v. D'Shannon Products, Ltd, et al.
In the United States District Court for the Northern District of Alabama
Civil Action No. 7:15-cv-01172-lsc

Total                                    $11,136.84

DPL-00051