FILED
2016 Nov-14 PM 06:47
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 14

From: scott@d-shannon-aviation.com
Subject: Payment
Date: July 22, 2013 at 9:35 AM
To: Kim Hines kim@matrixllc.com

Hello Kim,

Sure did, everything (including engines) is moving and should be finished next week.

Thanks again.

Scott


-------- Original Message --------
Subject: payment
From: Kim Hines <kim@matrixllc.com>
Date: Mon, July 22, 2013 7:13 am
To: scott@d-shannon-aviation.com

Scott,
 Did you get the wire transfer on Friday?
Thanks,
Kim



**M A T R I X**

Kim Hines
Matrix LLC
P.O. Box 70558
Montgomery, AL 36104
334-262-5478
334-262-5479 fax
kim@matrixllc.com



EXHIBIT 5

**Plaintiffs 000104**