FILED

2016 Nov-14  PM 06:47
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 15

| From: | scott@d-shannon-aviation.com |
|-------|-------------------------------|
| To: | Joe Perkins; mike@d-shannon-aviation.com; Midsouth Avionics |
| Subject: | N6745M |
| Date: | Friday, August 16, 2013 3:25:14 PM |

Hello Joe,

We are all excited to get you going.  Please note we are getting the final details together and will confirm all angles have been accounted for.

We look forward to hearing you are charged with the aircraft once the conversion is complete.  Have a great weekend!

Scott Erickson
D'Shannon Aviation
800-291-7616

-------- Original Message --------
Subject: N6745M
From: Joe Perkins <joe@matrixllc.com>
Date: Fri, August 16, 2013 12:52 pm
To: "<scott@d-shannon-aviation.com>" <scott@d-shannon-aviation.com>, "<mike@d-shannon-aviation.com>" <mike@d-shannon-aviation.com>, Midsouth Avionics <mid-southavionics@comcast.net>

Gentlemen,

I want to thank all you for the work you are putting in on the plane. I am excited about the project and cannot wait to have the plane flying again. To that end, I recently talked with all you and I understand that August 26 is the target date for us to begin hanging the engines and making the plane airworthy. Jim will have everything done on the engine monitor and panel that can be done without the engines. Scott and Mike, please review the list of things we are supposed to supply and have ready for you and assure, by contacting either me or Richard at Dixie Air, that all parts are available for your installation. Scott, I still need to know about paying you for the windows and about the installation of the windows.

Let's try to make this run as smoothly as possible. I'm really getting tired of puttering around in a 182.

Joe

Sent from my iPad

Perkins Communication, LLC. et al  v  D'Shannon Products, Ltd. et al
In the United States District Court for the Northern District of Alabama
Civil Action No. 7:15-cv-01172-lsc

DEPOSITION
EXHIBIT
Moore  4
7/1/16  cm
PENGAD 800-631-6989