FILED
 2016 Nov-14  PM 06:47
U.S. DISTRICT COURT
    N.D. OF ALABAMA

# EXHIBIT 16

**From:** scott@d-shannon-aviation.com
**To:** Joe Perkins; mike@d-shannon-aviation.com
**Subject:** Update
**Date:** Monday, September 02, 2013 4:43:39 PM

Hello Joe,

Sure appreciate the update. I just left you a voicemail that we are all in agreement on Mike and his arrival the week of September 9th. I also mentioned your propellers left Hartzell on Friday.

Please confirm the best possible date for Mike to arrive that week and work with Dixie Air.

Thanks for the opportunity to upgrade your aircraft with our "Raw Power" conversion.

Talk with you at your earliest convenience.

Scott

-------- Original Message --------
Subject: Update
From: Joe Perkins <joe@matrixllc.com>
Date: Mon, September 02, 2013 9:30 am
To: "<scott@d-shannon-aviation.com>" <scott@d-shannon-aviation.com>, "<mike@d-shannon-aviation.com>" <mike@d-shannon-aviation.com>

Guys,

I will be leaving tomorrow for NY and will return to Alabama on Saturday. Do you have any projections about when you will be here so that I can have people and resources ready to assist?

Joe



M A T R I X

Joseph W. Perkins, Jr. PhD   Perkins Communication, LLC, et al. v. D'Shannon Products, Ltd, et al.
joe@matrixllc.com            In the United States District Court for the Northern District of Alabama
cell (205)246-3123                         Civil Action No. 7:15-cv-01172-lsc



EXHIBIT
8