FILED
2016 Nov-14  PM 06:47
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 17

From: Bob Kobielush
To: mike@d-shannon-aviation.com
Cc: scott@d-shannon-aviation.com
Subject: RE: Engine test run requirements
Date: Tuesday, September 10, 2013 9:02:08 PM

**Also� thanks for checking the price of a used monitor.� That will help immensely.**

�
�



**Bob Kobielush**
*Enjoying Transition*
cell: (719) 330-3050
�

**From:** mike@d-shannon-aviation.com [mailto:mike@d-shannon-aviation.com]
**Sent:** Tuesday, September 10, 2013 6:46 PM
**To:** scott@d-shannon-aviation.com; Bob Kobielush
**Cc:** D'Shannon Products
**Subject:** RE: Engine test run requirements
�
Don't worry, and don't waste� money on the PT MP/FF� at this point.� its a waste of time.�
�
I can check barnstormers for a used engine monitor unit, we don't have to have new.
�
Mike�
�

> -------- Original Message --------
> Subject: Engine test run requirements
> From: <scott@d-shannon-aviation.com>
> Date: Tue, September 10, 2013 6:06 pm
> To: mike@d-shannon-aviation.com, "Bob Kobielush" <bob@kobielush.com>
> Cc: "D'Shannon Products" <peggy@d-shannon-aviation.com>
>
> Mike,
> �
> Holy $#$%&&*$#&&^%!� This is serious.
> �
> We can get a mp/ff gauge from Terry at Pressure Technologies tomorrow.
> �
> We will plan on buying the other equipment you need as soon as I pay off your neighbors and associates!
> �
> Thanks for understanding all of this........
> �
> Scott
> �
> �
> | -------- Original Message --------

Perkins Communication, LLC, et al. v. D'Shannon Products, Ltd, et al.
Civil Action No. 7:15-cv-01172-LSC


EXHIBIT
10
PENGAD 800-631-6989

DPL-00177

Subject: engine test run requirements
From: <mike@d-shannon-aviation.com>
Date: Tue, September 10, 2013 5:40 pm
To: "scott Erickson" <scott@d-shannon-aviation.com>, "Bob Kobielush"
<bob@kobielush.com>

**Bob,**

◆

**You asked about what has to be done at a minimum, so here you go.◆we have to comply with section 18, all paragraphs, SB97-3 and several other requirements.**

◆

**I have cut and pasted EXCERPTS from section 18 only, as it gets, long boring and wordy, but you will get the picture.**

◆

**We currently have the following instrumentation on our test cell/dyno**

◆

**1.◆ Oil pressure**

**2.◆ Tachometer.**

◆

**That's it, I borrowed a fuel pressure gauge from Van, but he needs it back.**

◆

**◆ The instruments (if mechanical)◆MUST have been calibrated, or use an electronic monitor, unless otherwise required.◆**

◆

**We lack the following:**

◆

**1.◆ Fuel flow**

**2.◆ Fuel pressure**

**3.◆ Cylinder head temperature for EACH cylinder**

**4.◆ Exhaust gas temperature for EACH cylinder.**

**5.◆ Oil temperature**

**6.◆ water pressure (manometer) for cooling pressure ( I still need to make a◆cooling shroud).**

7.� voltmeter for alternator output.
8.� Voltage regulator for alternator control
9.� Torque sensor (load cell, strain gauge,
 etc) for power output.
10.� Manifold pressure.
�
we will need a vibration sensor to
 demonstrate that our 520/550 STC has the
 same signatures, power output, etc as a
 factory 550.
�
It would take a ton of time to install manual
 gauges for this, then have an operator
 attempt to write down each value of each
 required instrument reading while the
 engine is running.� Impossible.
�
So this is why I�insisted that�we buy an
 electronic monitor.� I suggested that we
 buy an experimental unit, as they can
 change the computer code to input our
 torque sensor, the certified manufacturers
 cant modify their units without large
 engineering fees and FAA certification.
�
These units have a data logger so that for
 liability purposes, we can prove the engine
 ran properly when it left with a simple print
 out for the customer, and an electronic file
 that we can keep for our records.
�
Section 18 outlines the engine test criteria,
 however, SB97-3 has another 20 pages of
 fuel system set up criteria.�
�
You can read towards the bottom where it
 requires me to run for 5 min, 10 min, and 20
 min intervals, shut down between each
 interval and let cool, inspect and run next
 phase of test.� We currently cant run for 5

DPL-00179

min above 1700RPM as the engine overheats from lack of proper cooling shroud.
�
I cant legally release an engine unless these things have been accomplished, it is required by the FAR's which support the manufacturers criteria.� I will test Rices engine to the extent I am satisfied, and plan on finishing the runs and releasing the engine tomorrow.� But I cant do this for the others (Perkins and Purvis), we have to have the equipment.
�
Once�everything is installed and working, the entire process, including installation on the dyno and removal should be 4-6 hours tops, 30-40�gallons�of gas,�12-14 qts of�oil (cheaper by the drum) and a filter for us to cut open and inspect after testing.�
�
Mike
�
�
18-1. Introduction
Specific procedures listed in sections of this chapter must be completed after engine
overhaul before the aircraft can be released for normal flight operations.
WARNING
The tasks listed in the Engine Operation Prerequisite Table must be completed in the order listed on an engine before the aircraft is authorized for flight
18-2. Post-Overhaul Testing Prerequisites
Install the engine in the aircraft or an engine test stand (per the applicable test stand or airframe
manufacturer's instructions). The following will be required to conduct post-overhaul
testing:

Perkins Communication, LLC, et al. v. D'Shannon Products, Ltd, et al.
In the United States District Court for the Northern District of Alabama
Civil action No. 7:15-cv-01172-lsc

� Fill the engine with oil according to the "Engine Oil Servicing"instructions in
Section 6-3.8.
� A flight propeller (if the engine is installed in the aircraft)
OR
� A test club mated to the propeller flange, capable of sustaining the minimum moment
of inertia specified for the engine propeller in Section 2-3. The test club will absorb
the brake horsepower (BHP) at the RPM specified in test operating limits. Use the test

club in combination with the cell, test stand and operating limits for which it was
calibrated.
◆ A cooling air scoop designed to fit over the tops of all cylinders, with padded seals for
rear cylinders and valve rocker covers, to direct an adequate flow of air downward
through the cylinder fins.
◆ Vanes to direct cooling air to the center cylinder and the oil cooler.
◆ An air duct to the alternator vent tube.
◆ An air filter and housing attached to the air throttle inlet flange. The filter area must be
sufficient to avoid air flow restrictions. Clean the filter before each test. Calculations
of filter area should be based on approximately 389 cubic feet per minute (CFM) of air
required by the engine at full throttle and on the filter capacity per unit of area.
Table 18-1. Engine Operation Prerequisites
Sequence Requirement Section References
1 Prepare the Engine for Operation "Maintenance Preflight Inspection"in Section 6-3.7.2
2 Maintenance Test Run "Standard Acceptance Test"in Section 18-4
3 Complete Operational Checklist "Engine Operational Checklist"in Section 6-10
4 Check Oil Consumption "Oil Consumption Test"in Section 18-5
5 Perform Flight Check "Flight Check" instructions in Section 7-2.31
1. And in accordance with the Pilot's Operating Handbook (POH
◆
18-2. Post-Overhaul Testing Prerequisites
Install the engine in the aircraft or an engine test stand (per the applicable test stand or airframe
manufacturer's instructions). The following will be required to conduct post-overhaul
testing:
◆ Fill the engine with oil according to the "Engine Oil
Servicing"instructions in
Section 6-3.8.
◆ A flight propeller (if the engine is installed in the aircraft)
OR
◆ A test club mated to the propeller flange, capable of sustaining the minimum moment
of inertia specified for the engine propeller in Section 2-3. The test club will absorb
the brake horsepower (BHP) at the RPM specified in test operating limits. Use the test

Perkins Communication, LLC, et al. v. D Shannon Products, Ltd, et al.
In the United States District Court for the Northern District of Alabama
Civil Action No. 7:15-cv-01172-lsc

club in combination with the cell, test stand and operating limits for which it was
calibrated.
◆ A cooling air scoop designed to fit over the tops of all cylinders, with padded seals for
rear cylinders and valve rocker covers, to direct an adequate flow of air downward
through the cylinder fins.
◆ Vanes to direct cooling air to the center cylinder and the oil cooler.
◆ An air duct to the alternator vent tube.
◆ An air filter and housing attached to the air throttle inlet flange. The

filter area must be
sufficient to avoid air flow restrictions. Clean the filter before each test. Calculations
of filter area should be based on approximately 389 cubic feet per minute (CFM) of air
required by the engine at full throttle and on the filter capacity per unit of area.
◆
Increase the calculated area of a clean filter by at least 50% to allow for dirt
accumulation.
◆ A throttle control capable of operating the throttle shaft through its complete range and
a five position (OFF/R/L/BOTH/START) Ignition Switch connecting the engine with
the airframe electrical system.
◆ A storage battery must be connected by a No. 0 stranded copper cable from its positive
terminal to the power terminal of the starter through a starter solenoid. The battery
negative terminal must be connected to the engine or both battery terminal and engine
may be grounded. A small insulated wire should connect the starter solenoid coil
terminal to a 5 ampere push-button switch. The other switch terminal must be
connected to the engine or both to common ground.
◆ Control panel equipped with the following calibrated engine instruments:
◆ An oil pressure gauge and tube connection.
◆ An oil temperature gauge and capillary assembly.
◆ A water manometer with rubber hose connection to the vacuum pump oil return
hole at the rear of the crankcase.
◆ An ammeter connected in the generator or alternator circuit.
◆ A manifold air pressure gauge connected to the deck pressure fitting on the fuel
pump
◆ A turbine inlet temperature gauge connected to a temperature probe fitted to an
exhaust manifold temperature probe boss
◆ A cylinder head temperature gauge connected to a temperature probe installed in
bayonet fittings on the lower side of each cylinder
◆ A fuel flow gauge.
◆ A clean, substantial hose of 3/4-inch inner diameter must be installed on the crankcase
breather elbow and supported so it leads to a point above and to the rear of
engine.
◆ Fuel system with an auxiliary pump capable of sustained fuel pressure of 25 psi
indication on fuel pressure gauge.
Make fuel line connections as follows:
1. Connect the fuel supply line to the fuel pump inlet.
2. Connect the fuel return line to the upper elbow projecting from the right side of the

Prelons Communication, LLC, et al. v. D'Shannon Products, Ltd. et al.
Civil Action No. 7:15-cv-01172-lsc

fuel pump.

3. Connect a fuel pressure gauge in line with the fuel distribution block fuel outlet.

NOTE: A removable oil transfer tube conducts oil under pressure from
the front main bearing through the crankshaft to the propeller hub.
Crankshafts are equipped with an oil transfer collar to supply the governor-controlled oil to the crankshaft for use with an oil controlled
propeller. When a test club or fixed pitch propeller is used for testing, the
governor pad cover must have an internal grooved surface to allow the
circulating oil to lubricate the oil transfer collar. The governor pad cover
is not needed if a propeller governor is installed.

18-3. Post-Overhaul Test Operating Limits

Post-overhaul test limits are the same as the "IO-550 Engine Operating Limits"found in
Table 6-3.

18-4. Standard Acceptance Test

Perform a standard acceptance test according to the protocol listed in Table 18-2.

Engines failing the acceptance test for high oil consumption, major oil leaks, low power,
damaged components, excessive noise, excessive roughness, low oil pressure, excessive
oil filter contamination require further investigation. Correct discrepancies and repeat the
Standard Acceptance Test.

Table 18-2. Standard Acceptance Test Requirements
Table 18-2. Standard Acceptance Test Requirements
Engine Run
Period
Time Duration
(Minutes) Engine RPM
1 5 1200 ◆ 25 RPM
2 5 1600 ◆ 25 RPM
3 5 2450 ◆ 25 RPM1
1. Do not run the engine above 1800 RPM until oil temperature has reached 160◆F (71◆C) and cylinder head temperatures
have reached 200◆F (93◆C).
4 10 Rated Power RPM2
2. Make one check on performance of each magneto channel alone at 1700 RPM. Clear the spark plugs by operating
with both magnetos on for a few seconds between checks.
5 10 75% Power RPM
Check Fuel and Oil Pressures. Check Temperatures.
6 5 Idle RPM (cooling period -300◆ Max. CHT at shut down.)3
3. Do not shut engine down until oil temperature is below 200◆F (93◆C) and cylinder temperatures are below 300◆F
(149◆C).
7 --- Stop engine and perform leak check.4

DPL-00183

4. Fuel and oil leaks are not acceptable.
   ◊
   ◊
   ◊
   ◊

Perkins Communication, LLC, et al. v. D'Shannon Products, Ltd, et al.
In the United States District Court for the Northern District of Alabama
Civil Action No. 7:15-cv-01172-lsc

DPL-00184