# EXHIBIT 18

**From:** scott@d-shannon-aviation.com
**To:** D"Shannon Products; mike@d-shannon-aviation.com
**Subject:** Sales Order 25192 from Dynon Avionics Inc.
**Date:** Friday, September 13, 2013 3:49:56 PM

Will do, thank Mike.

Scott

-------- Original Message --------
Subject: RE: Sales Order 25192 from Dynon Avionics Inc.]
From: <mike@d-shannon-aviation.com>
Date: Fri, September 13, 2013 10:23 am
To: scott@d-shannon-aviation.com

Okay, that's to keep with the dynamometer then?  Tell John we don't need a new one, or one with FAA traceability, its for test purposes only.  A used one is fine too.

Mike

-------- Original Message --------
Subject: Sales Order 25192 from Dynon Avionics Inc.]
From: <scott@d-shannon-aviation.com>
Date: Fri, September 13, 2013 10:05 am
To: mike@d-shannon-aviation.com
Cc: "D'Shannon Products" <peggy@d-shannon-aviation.com>

We are not providing him with governors.

I am sending a new one to you from aircraft propeller.

-------- Original Message --------
Subject: [FWD: Sales Order 25192 from Dynon Avionics Inc.]
From: <mike@d-shannon-aviation.com>
Date: Fri, September 13, 2013 9:48 am
To: "scott Erickson" <scott@d-shannon-aviation.com>, "Peggy Hargreaves"
<peggy@d-shannon-aviation.com>

We will need a prop governor too.  A used one is fine.

Is Perkins getting new governors with his props?

Mike

-------- Original Message --------
Subject: Sales Order 25192 from Dynon Avionics Inc.
From: <sales@dynonavionics.com>
Date: Fri, September 13, 2013 9:43 am
To: <mike@d-shannon-aviation.com>

Dear Mike :



DPL-00192

Your sales order is attached. Please review the list of items on order.

Please let me know if I need to alter the shipping speed for you. Also, will you be needing a fuel flow transducer?

I look forward to your response.

Thank you for your business - we appreciate it very much.

Best Regards,
Adam Schultz

Dynon Avionics Sales / Orders
sales@dynonavionics.com
Phone: 425-402-0433 - 07:00-17:00 Pacific weekdays
If you would like to receive the Dynon Dealer Newsletter please just email me a request!

Perkins Communication, LLC, et al. v. D'Shannon Products, Ltd, et al.
In the United States District Court for the Northern District of Alabama
Civil Action No. 7:15-cv-01172-lsc

DPL-00193