FILED
2016 Nov-14 PM 06:47
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 19

From: scott@d-shannon-aviation.com
Subject: Pictures
Date: September 16, 2013 at 10:14 AM
To: Joe Perkins joe@matrixllc.com, Kim Hines kim@matrixllc.com

Joe,

Here are some shots of the engine assembly from last week, more on the way.

Thanks again for being such a gentleman, I know there is only so long that will last. We are doing our due diligence to avoid that breaking point.

Sincerest regards,

Scott



EXHIBIT 9



Plaintiffs 000110





**Plaintiffs 000111**



**Plaintiffs 000112**