FILED
2016 Nov-14 PM 06:47
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 20

DEPOSITION EXHIBIT
Moore 12
7/1/16 CM

| | |
|---|---|
| From: | Bob Kobielush |
| To: | scott@d-shannon-aviation.com |
| Cc: | mike@d-shannon-aviation.com; e.ramey@d-shannon-aviation.com |
| Subject: | RE: Dyno Testing...Perkins |
| Date: | Monday, September 23, 2013 12:29:43 PM |

**Scottgood e-mail trying to salvage this sale. Thanks Mike and Earl for continuing to push on this. Hopefully we will soon be able to emerge from this start-up crisis.**



**Bob Kobielush**
*Enjoying Transition*
cell: (719) 330-3050

**From:** scott@d-shannon-aviation.com [mailto:scott@d-shannon-aviation.com]
**Sent:** Sunday, September 22, 2013 8:53 PM
**To:** Joe Perkins; Bob Kobielush
**Cc:** e.ramey@d-shannon-aviation.com; mike@d-shannon-aviation.com
**Subject:** Dyno Testing...Perkins

Hello Joe,

I have just now looked at my email. I have been trying to move to our new(used) house and have been out of pocket this weekend.

When I spoke with you on Friday I was in the middle of discussions with the Mayor of a town in Wisconsin. That evening our team ate with him at the local CC, we discussed the dynamics of their proposal into the late evening. The meeting was quite comprehensive and required all of my focus. When finished, they brought us back to the Bonanza and we flew home immediately. During our time with them, I wanted to give every impression that we genuinely valued all they had put into it. I did not want to be rude to you either, I apologize for not calling you back. I knew Mike was driving back from Kentucky and had planned on being in the shop on Saturday. I am not aware of any progress Mike made yesterday, I talked with Earl this evening for the update. I sent you a text this evening asking for you to call Earl straight away tomorrow morning. He will be in the shop quite early, he should be able to give you a status report as he will be there early to relay any information you require.



We should have both engines finished running on the dyno tomorrow and headed your way, they will most likely leave on Tuesday. In a constant effort to be transparent, I believe this is the reality of the timeline. Losing Mike for a few days last week really hurt, I sincerely apologize for not making the Thursday delivery as we truly believed that it was attainable. Please forgive us, it is clear you have logged enough time in the 182 and need the Baron to be in the sky again. You have the new Auracle installed and the new Scimitar Propellers ready to be mounted. We are genuinely working to get you the best engines we can produce, at the same time we know your timeline. We continue to take the required time on each phase, ensuring we provide you with the highest caliber piston

powered engines for your Baron.�
�
Talk with you tomorrow.
�
Scott
�
�
�
�
�
�
�
�
�

> -------- Original Message --------
> Subject: Enough
> From: Joe Perkins <joe@matrixllc.com>
> Date: Sun, September 22, 2013 7:25 pm
> To: "<scott@d-shannon-aviation.com>" <scott@d-shannon-aviation.com>
>
> I need to hear from you by 7:30 EDT. If the engines are not on a truck headed my way, we have serious problem. This is the last chance.
>
> Sent from my iPad

Perkins Communication, LLC. et al. v. D'Shannon Products, Ltd, et al
In the United States District Court for the Northern District of Alabama
Civil Action No. 7:15-cv-01172-lsc

DPL-00233