FILED
2016 Nov-14 PM 06:47
U.S. DISTRICT COURT
N.D. OF ALABAMA

**EXHIBIT 23**

From: **Peggy Hargreaves** peggy@d-shannon-aviation.com
Subject: FW: Invoice 1330 for Joe Perkins
Date: October 23, 2013 at 11:15 AM
To: joe@matrixllc.com
Cc: kim@matrixllc.com

Dear Joe,

We modified your invoice to reflect the remaining balance for the product. Please find it in the attachment. Please look it over and let us know if you have any questions.

Thank you for your business - we appreciate it very much.

Sincerely,
Peggy Hargreaves
1-800-291-7616



**D'Shannon Aviation**
*Realise the Potential of Your Beechcraft*

**To view your invoice**
Open the attached PDF file. You must have Acrobat® Reader® installed to view the attachment.

Inv_1330_from_DShannon_Aviation_5656.pdf

EXHIBIT 27

**Plaintiffs 000125**

# D'Shannon Aviation

1309 County Road 134
Buffalo MN 55313
1-800-291-7616

# Invoice

| Date | Invoice # |
|---|---|
| 6/28/2013 | 1330 |

**Bill To**
Perkins Communication LLC
11828 Bent Creek Ln
Northport, AL 35475

**Ship To**
Mike Moore will deliver engines
5851 R Cardinal Airport Rd
Tuscaloosa, AL 35401
205-333-3000

| Rep | P.O. No. | Ship Via | FOB | Terms |
|---|---|---|---|---|
| SRE | 062013, 062013-01 | Ground | | |

| Quantity | Description | Amount |
|---|---|---|
| | 58   6745M   TH-1124   D3286 | |
| 1 | 1/2" Solar Gray Windshield Replacement | 1,950.00 |
| 1 | 3/8" Solar Gray Pilot Side Window w/vent | 820.00 |
| 1 | 3/8" Solar Gray Co-Pilot Side Window w/vent | 820.00 |
| 2 | 1/4" Solar Gray #2 Side Windows | 580.00 |
| 2 | 1/4" Solar Gray #3 Side Windows | 440.00 |
| 2 | 1/4" Solar Gray #4 Side Windows | 440.00 |
| | Shipment charges for windows | 245.00 |
| 2 | Genesis Engine Conversion by D'Shannon | 78,000.00 |
| 1 | - includes Baron Baffle Cooling Kit Set (white w/Genesis blue) | |
| 2 | Upgrades to new camshaft and lifters | 1,990.00 |
| 2 | Upgrades to new Continental fuel systems | 2,400.00 |
| 2 | Upgrade to new starters | 718.00 |
| 1 | Engine STC to upgrade airframe to the IO-550C engines | 4,500.00 |

**Payments/Credits**

**Balance Due**

Please make payments to:

# D'SHANNON AVIATION

THANK YOU FOR YOUR BUSINESS!

Page 1

**Plaintiffs 000126**

# D'Shannon Aviation

1309 County Road 134
Buffalo MN 55313
1-800-291-7616

# Invoice

| Date | Invoice # |
|---|---|
| 6/28/2013 | 1330 |

**Bill To**
Perkins Communication LLC
11828 Bent Creek Ln
Northport, AL 35475

**Ship To**
Mike Moore will deliver engines
5851 R Cardinal Airport Rd
Tuscaloosa, AL 35401
205-333-3000

| Rep | P.O. No. | Ship Via | FOB | Terms |
|---|---|---|---|---|
| SRE | 062013. 062013-01 | Ground | | |

| Quantity | Description | Amount |
|---|---|---|
| 1 | Auracle 6-cyl Horizontal Twin System, narrow | 13,356.00 |
| 1 | Installation of baffles on engines | 3,200.00 |
| 2 | Scimitar propellers w/alcohol anti-ice | 24,000.00 |
|  | Insured Shipping & Handling for props | 540.00 |

| | |
|---|---|
| Payments/Credits | -$116,010.00 |
| Balance Due | $17,989.00 |

Please make payments to:

# D'SHANNON AVIATION

THANK YOU FOR YOUR BUSINESS!

**Plaintiffs 000127**