FILED
2016 Nov-14 PM 06:47
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 24

| | |
|---|---|
| From: | Bob Kobielush |
| To: | scott@d-shannon-aviation.com; mike@d-shannon-aviation.com |
| Subject: | RE: Perkins engines...Kobielush comments |
| Date: | Monday, September 16, 2013 11:02:49 AM |

**Real quick:**

- **Agree with the insulate comment...they need to concentrate and not be distracted by management issues, like you said earlier Mike.**
- **All of us...before sending e-mail make sure it fits within the absolute priorities for the day...lengthy exchanges seldom necessary throughout the day.**
- **Scott...I will be on with Perkins...call on my cell, tx. For pics Mike.**
- **Ordering back and forth...another thing we need to work on.**
- **Scott and I fully understand the gravity of the insurance situation...another big issue to solve.**

That's it.

Bob Kobielush
*Enjoying Transition*
cell: (719) 330-3050

**From:** scott@d-shannon-aviation.com [mailto:scott@d-shannon-aviation.com]
**Sent:** Monday, September 16, 2013 8:10 AM
**To:** mike@d-shannon-aviation.com; Bob Kobielush
**Subject:** Perkins engines

Mike,

I only shared that with you in an effort to let you know what he is saying. Most likely he will not do anything like that.

If you read the text, Joe is the one who said we need to deliver without further delay, not me. I know you all are working diligently on the engines, make sure you are not venting with the team about all of our communication. I am not sending it so you can share the attorney general story, I am simply telling you as you are in a position of authority and should know what we are dealing with.

Your job is to insulate them as well.

Thanks.

Scott



DPL-00205