FILED
 2016 Nov-14 PM 06:47
U.S. DISTRICT COURT
    N.D. OF ALABAMA

# EXHIBIT 26

**Mike Moore**
To: Joe Perkins
Reply-To: Mike Moore
Re: to consider

November 18, 2013 at 7:58 PM
For Review

hey Joe,

He is an idiot, you should have heard the back pedaling talk today, he actually said he had no recollection of any insurance issues, and that to his knowledge, i would not worry about it and pursue my own insurance. He actually made that up on the spot or he had been rehearsing it for some time. As your attorney friend said, butter wouldn't melt in his mouth.

After I said to him to "get it resolved or my next phone call will be from my attorney" he said "NOW YOU ARE SOUNDING LIKE JOE PERKINS". I took it as a compliment. The last thing I heard was this last email.

Making me an employee tomorrow wont retro actively cover me for anything, he is dumber than I give him credit for if he thinks I would actually buy that story.

He is setting himself up for a nice insurance fraud case, which is fine by me. In the mean time, if I can use this situation to leverage him to get the 6-8K that he owes me and the 290K plus that he owes others, thats fine. I would walk away from mine to get some of my friends paid off.

With the exception of helping my friends that have been stuck by Mr.Erickson, I am done with D'shannon. It is hoped that I wont have to talk to him much anymore, this way, any communication will be forced to be in writing.

Here is a short list of the bad debt that I am aware of, all of these people are friends of mine that I brought to the table, with the assurance that Mr.Erickson was an honorable person.

Doug Neal, about 4K for the sale of a project Bonanza
Kirk Nelson, about 150K ($150,000.00) for engine cores and engine parts.
ECI for engine parts 50K.
The Landlord, 5K
TNT composites for new wingtips/tanks 18K
Pro Fabrication for new tuned exhuast for Bonanza 10K
Tyler Rasche for fabrication work 6K
Kevin Hartley Equipment for shop equipment 45K
Ervin Enterprises for shelving, racking and carts 7K
Hofer Law firm for patent applications 10K
AvWorks (me) for past due expenses 8K

Thats over 300K

Mike

EXHIBIT 26

Plaintiffs000558