FILED

2016 Nov-14  PM 06:47
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 31

April 5, 2014, Recording Hour meter 2748.8 Hours.  N6745M, Beechcraft Baron 58, SN-TH1124, Annual Inspection and service this date.

Both wings were removed in accordance with Beechcraft instructions outlined in sections 57 using the tools outlined in the same section.  All of the fuel was drained, engines and propellers were removed, all surface de-ice boots were determined to be deteriorated beyond airworthy limits and removed.  All hardware, controls, wiring, and plumbing necessary to remove wings was disconnected. Flaps and ailerons were removed to make installation easier, wing support stand design necessitated removal of flaps and ailerons.

The inboard wing ribs on both left and right wings were found to have damage from previous gear up accident.  Landing gear actuator rod pass through holes were both damaged.  Both ribs were found to have repair patches not approved by any FAA approved data.  Both wing ribs were loose, and had excessive fretting damage.  Fuselage to wing closeout panels on both sides were damaged, and not contacting the fuselage.  The inboard landing gear door attachment angles on both sides were found to be cracked and or broken.  The main landing gear trunion was chaffing on the main fuel tank drain lines on both sides.  Both main gear and nose gear were improperly adjusted.  The telescoping fitting in the left main gear actuator rod was seized, and did not have sufficient down lock tension.  Both nose gear drag link wishbone attach bolts were loose allowing the nose gear to wobble fore and aft approximately 2 inches with gear extended.  Nose gear actuator rod was found to be bent, and bolt head was rubbing on an adjacent support bracket.  Corner reinforcement brackets were found to be broken.  The uplock/downlock clearance spring bracket on right MLG was in the wrong location causing the cable end of the uplock cable to jam in the gear and bend.

Beechcraft reinforcement kit was installed by persons unknown in main carry through spar using Cherry Max rivets of incorrect length and size.   Cherry max rivets of incorrect size were used on the lower longeron's during this repair as well.   Improper Cherry Max rivets were removed from the area of the carry through spar reinforcement kit.  The area was cleaned, inspected and MS20470 solid rivets of the appropriate size were installed.  The area was cleaned, masked and primed with epoxy primer.

Both end ribs at wing stations 23.00 were removed.  The rib attachment areas and structures were cleaned, inspected, and repaired as necessary.  New rib assemblies were obtained from Beechcraft, part numbers 95-110031-633 for left and 95-110031-655 for right.  The new ribs were installed in accordance with manufacturer's maintenance instructions.  Inboard landing gear doors were fitted and reinstalled with new hardware.  New wing root to fuselage close out seals were fabricated from .032" 2024T3 aluminum sheet and installed.

Flap actuator mounting brackets were improperly repaired with cherry max rivets, these were removed and replaced with MS20470 solid rivets.

Wings were reinstalled to fuselage using the following new wing hardware as required from AvStat Aviation  Invoice # 201401166, dated January 15, 2014:

1. 2 each 130909B278  Upper forward bolts (NAS152-37)
2. 2 each 95-110021 Chamfered washers.
3. 2 each 105090A032-12K Crush washers.



DEFENDANT'S
EXHIBIT

14 -Perkins

AJ-Dixie_00085

4.  2 each 95-110025-1 Chamfered washers.
5.  4 each MS20002-12 Shim washers.
6.  2 each 12NB126 Nylon locking nut.
7.  2 each NAS150-35 Upper aft attach bolts.
8.  2 each 35-105111-3 Rear spar chamfered washers.
9.  2 each 105090A032-10J Crush washers.
10. 2 each 95-110025-3 Washers
11. 2 each 12NB108 Internal wrenching lock nuts.
12. 2 each 131790-3 Lower forward attach bolts.
13. 2 each 50-105011 Chamfered washers.
14. 2 each 13090954 Nuts,
15. 2 each 130909B280 Aft Lower attach bolts (MS21250-12024)
16. 2 each 95-11021-1 Chamfered washers.
17. 2 each 95-11025-1 Chamfered washers.
18. 4 each MS20002-12 Shimming washers.
19. 2 each LH6422T126 Nuts.

Hardware was sprayed liberally with LPS-3 which conforms to the corrosion inhibition specification outlined by Beechcraft.  The bolts were torqued to factory specifications.  **Wing bolts torque must be checked after 50 flight hours.**

Ailerons were reinstalled using new attaching hardware (screws and washers).  Aileron cables were re-connected, ailerons were rigged, cables were tensioned to factory specifications and turn-barrels secured with safety wire.

Flap rollers were cleaned, inspected, lubricated and reinstalled.  Flap position limit switch rollers were all seized, and required lubrication.  Flaps were reinstalled in accordance with factory maintenance instructions, and adjusted.  Flap up limit travel bump stops were repaired and adjusted in accordance with factory specifications.  Re-connected flap actuator cables.

All fuel lines, fuel selector valve actuator cables, vacuum lines, wiring, engine controls, reinstalled in accordance with manufacturer's maintenance instructions.

Rudder actuator attachment bolts were found excessively loose (finger tight) and were worn beyond limits.  Installed new AN3 bolts and MS21043 nuts were installed.

Both elevator trim tabs had excessive free play measured to be beyond factory limits.  Elevator trim tab actuation hardware was replaced on both tabs bringing the maximum free play of the tabs to below factory limits (.084").  Rudder trim tab was in good condition.

Aft right wheel well canvas close out seal was deteriorated and missing.  Fabricated new canvas close out seal and snapped in place.  Main landing gear and nose gear actuator rods seals were missing or worn out.  Missing and deteriorated seals were fabricated and replaced.

Installed all new interior plastic with new PMA approved replacements from Plane Plastic.  Installed missing nut-plates in ceiling and in doors.  Re-installed courtesy light in entry door.  Front entry door latch pin guide was found to be loose due to broken rivets.  Reinstalled with # 6 machine screws.  Installed new emergency window seals p/n 131483-08400 on right and left side.

Installed all new surface de-ice boots from SMR Technologies.

AJ-Dixie_00086

1. SMR5057-01 serial number 1100 LH Wing
2. SMR5057-02 serial number 1096 RH wing
3. SMR5057-07 serial number 1156 LH stab
4. SMR5057-08 serial number 1168 RH stab
5. SMR5057-09 serial number 1109 Vert. fin

Old glue residue from original boots was completely removed, surfaces were cleaned and boots were installed with 3M1300L cement, and boot edges were edged with SMR conductive de-icer cement. The wing boot air supply hoses were replaced from boot to engine nacelle due to dry rot. Tail plumbing was in good shape. Installed new Airborne de-ice particle filters in both nacelles.

Installed new Airborne D9-14-5 central gyro air pressure filter and filter shrouds at engine baffle.

Engine mounts were reinstalled with original hardware by persons unknown. Installation was found to be satisfactory.   Reinstalled original air-conditioning compressor on the left engine. Cleaned, inspected and repainted all airworthy mounting brackets for engine control cables, alternate air boxes, air filter support brackets and manifold pressure safety switch brackets. Alternate air boxes were re-sealed and inspected for condition, proper operation and re-installed with new alternate air ducting. Re-installed both engines and props, using new hardware previously installed.

Installed all Teflon fluid hoses on both engines. New hoses incorporate fire-sleeve and stainless steel hose fittings. Some hoses were modified by Specialty Hose Aerospace to incorporate the installation of the AuRacle engine monitor, details below. All hoses were flushed prior to installation and leak checked upon installation via fuel boost pump and engine test run.

Installed new throttle, mixture and propeller cables and factory new cable clamps on both engines. Cables have been installed in accordance with Beechcraft maintenance instructions. The cable ends were in good condition and were re-installed. Cables were secured to OEM locations using MS21919WDG clamps of the appropriate size.   The cables were adjusted to minimize the split in the engine controls, left to right. Minor adjustments may be necessary through the life of the cable. Engine run up and flight test revealed that the engine control cables function normally with minimal resistance and split in controls is minimal.

Both propeller governors were re-installed with new gaskets and hardware. Both cable adapter brackets were found to be un-airworthy, and had to have weld repairs. Rod end attachment bolt holes had excessive clearance on both brackets. Brackets were blasted and painted for corrosion protection and reinstalled. Engine run up and flight test reveals that both propeller governors function normally through the normal operating range and feather properly.

Repaired Woodward propeller synchro-phasing system (prop sync) wiring. Resistance on all 4 magnetic coils on both master governor and slave governor were found to be within OEM specified range. Wiring was found chaffed through the insulation layer in multiple locations in the engine compartment. Flight test reveals that prop-sync system performs satisfactory.

Installed all new exhaust systems on both left and right engines with new gaskets and hardware. Exhaust was drilled to accept AuRacle EGT probes and OEM EGT probe port was plugged with a stainless

AN plug.  See 8130 from Knisely Welding for exhaust system certification information.  Installed new wishbone support brackets that connects the throttle body to the tail pipes.  Installed new support struts and attaching hardware to all tail pipe hangers.

The combustion heater, combustion fan and cabin heat fan were removed and sent to Harold Haskins, Incorporated to be overhauled. See FAA form 8130 dated 01/08/14.  The heater was reinstalled in accordance with manufacturer's maintenance instructions.  New combustion scat hose was installed, new combustion tube drains were installed and missing nutplate's on the forward heater mounting bulkhead were installed.  The heater fan flow control iris vent was cleaned and lubricated, functionally checked, and a new fuel supply line was fabricated, as the original was leaking.

The radome environmental seal was missing, the latching hardware was not adjusted properly and the rear bulkhead of the radome was hitting the XM weather receiver when installed.  Installed new environmental seal, adjusted the mounting hardware and obtained sufficient clearance for the weather receiver.

Aft cabin floors were installed with mild steel self –tapping screws that were found to have excessive corrosion (rust).  Floors were removed and area beneath floor was cleaned and inspected.  ADF loop antenna was removed as was its wiring harness.  The ADF had been removed years prior and the installer left the antenna and harness installed in the plane.  A damaged DME or transponder antenna was removed as well, it was partially ground off from a previous gear up landing, the repair agency simply installed a new antenna and left the original damaged antenna installed.  The old ADF sense antenna mast was also removed.  This mast served as a vent support for the battery compartment for lead acid batteries.  The lead acid batteries would not hold a charge, so new Concorde Aviation sealed batteries were installed.  **This aircraft must use sealed batteries unless the ADF sense antenna mast is reinstalled. Installed 2 new RG-25 batteries.**

The aft cabin heater ducts were found to be deteriorated and no longer airworthy.  These ducts were replaced with 2.5" diameter SCAT hose of appropriate length.  Beech part number 95-550001-31 plastic duct was replaced at this time as well.

Some of the wood floorboards were broken, had evidence of mildew and or wood rod.  They were installed with new hardware of proper length.  New floorboards were fabricated from mahogany marine grade, 5 ply plywood, conforming to the original type design of the OEM floors.  New nutplates were installed where necessary.  Floors were test fitted for proper clearance, sanded and sealed with 3 coats of epoxy.

Installed new Cleveland wheel and brake kit, part number 199-138 (see FAA form 8130-3 dated 01/11/14.  Kit includes new brake calipers, new linings, brake discs, wheels, wheel and brake hardware, and torque plates.  New 8.00 X6 tires and tubes were installed and inflated to proper pressure.

New AN-4 brake lines were installed from calipers to gear trunion intersection (4 hoses total), hoses were made from appropriate Aeroquip stainless steel braided hose.  Brakes were bled and reservoir was filled to proper level, brake operation is satisfactory.

Both engine cowlings had missing attach brackets, worn and or damaged skins, missing Dzus fastners and broken or missing attachment fittings.  The following factory parts were installed in accordance with Beechcraft B58 maintenance manual.

1.   96-910012-65 Skin

2. 96-910012-66 door skin
3. 58-910011-108 cowling former
4. 58-910011-107 cowling former
5. 58-910011-122 lower engine skin
6. 58-910011-121U Lower engine cowl skin

These parts were repainted as necessary after installation.

Landing gear transmission would not hold oil, transmission s/n 435294 and landing gear motor s/n 4576 were sent to  Aerospace Turbine Rotable's for overhaul and reinstalled.  System rigging was adjusted as needed and operated satisfactorily.  See FAA 8130-3 forms dated 03-14-2014.

Complied FAR 91-207d Elt. insp. and operation. Installed new batteries. New date 4-1-15

AD's checked thru 2014-05

I certify that this aircraft has been inspected in accordance with FAR 43 app. d and was determined to be in airworthy condition at this time and is approved for return to service.

Dennis T. Chollman
A/P 418640014 I/A