FILED
2016 Nov-14  PM 06:47
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 32



*Failure Analysis Associates*

**Preliminary Report on the April 22, 2015 Incident on N6745M**



# Preliminary Report on the April 22, 2015 Incident on N6745M

Prepared for

Stephen D. Wadsworth, Esquire
Campbell, Guin, Williams, Guy & Gidiere LLC
505 20th Street North, Suite 1600
Birmingham, Alabama 35203

Prepared by

C. Dennis Moore
Exponent
5401 McConnell Avenue
Los Angeles, CA  90066

David M. Anderson
Exponent
3350 Peachtree Rd NE | Suite 1125
Atlanta, GA 30326

June 1, 2016

© Exponent, Inc.

Doc No.  1508981.000 - 2610

# Contents

|  |  | Page |
|---|---|---|
| **Contents** | | **ii** |
| **1.0 Introduction and Limitations** | | **1** |
| 1.1 | Credentials of C. Dennis Moore | 1 |
| 1.2 | Credentials of David Anderson | 2 |
| **2.0 Areas of Expected Testimony** | | **4** |
| **3.0 Summary of Opinions** | | **5** |
| **4.0 Background** | | **6** |
| 4.1 | Incident Description | 6 |
| 4.2 | Inspection Observations | 6 |
| **5.0 Aviation Parts and Approvals** | | **11** |
| 5.1 | General | 11 |
| 5.2 | FAA PMA Eligibility | 12 |
| 5.3 | Review of the non-OEM parts used in the D'Shannon Overhaul | 13 |
| **6.0 Left Engine Failure** | | **16** |
| **7.0 Conclusion** | | **17** |
| **Appendix A-1 CV of C. Dennis Moore** | | **18** |
| **Appendix A-2 CV of David M. Anderson** | | **23** |
| **Appendix B List of Testimony** | | **27** |
| **Appendix C Documents Reviewed** | | **29** |



# 1.0      Introduction and Limitations

This report presents the opinions and conclusions of C. Dennis Moore, Ph.D., P.E., and David Anderson, Ph.D. relating to the incident involving N6745M on April 22, 2015.  Prior to takeoff, the pilot noticed that the oil pressure on the left engine (IO-550-C, S/N 683263) was low.  When inspected by the local maintenance shop, it was found that there was debris under the oil pressure relief valve.  The engine was removed from the aircraft and sent to Aviation Engines of Centerville, Alabama for further inspection.

The engine, as well as the right engine on the aircraft, S/N 683402, had been overhauled in 2013 by Michael Moore of D'Shannon Aviation.  They were installed on the aircraft on April 5, 2014, and had accumulated 149.2 hours since that time.

The scope of work is limited to what has been requested of Exponent, and does not address all of the issues surrounding this incident.  The use of the opinions and conclusions expressed herein are at the risk of the reader.  Our work on this project is continuing, and the opinions expressed herein may be amplified upon based on review of additional material, including deposition testimony, expert reports, or discovery material, that becomes available.

## 1.1      Credentials of C. Dennis Moore

A copy of my resume is attached as Appendix A-1.  A copy of my deposition and trial testimony is attached as Appendix 2.  In 2016, Exponent is being compensated for my time at $475 per hour.

I received my Bachelor's degree in 1987 from Princeton University in Mechanical and Aerospace Engineering.  I concentrated on aerospace engineering as an undergraduate and, among my courses, took courses related to aircraft design, machine dynamics, fluid dynamics, aerodynamics, and structures.

Subsequent to my Bachelor's degree, I continued at Princeton, finishing my Master's degree in Mechanical and Aerospace Engineering in 1988.  My graduate level courses included advanced

fluid mechanics, numerical methods, helicopter design and performance, and control systems. My Master's thesis involved examining the stability and control of boundary layer flows.

I continued my formal education at the California Institute of Technology, earning my Doctorate in Aeronautics in 1995. My research concentrated on fluid dynamics. I also continued to take courses related to structures, materials, and dynamics. I was a teaching assistant for a variety of aerodynamics, fluid mechanics, and experimental methods courses.

In parallel with my formal education, I have earned a Private Pilot's certificate for both single- and multi-engine land aircraft, with an instrument rating. I hold an Airframe & Powerplant Mechanics certificate, with an Inspection Authorization. I have been employed as a mechanic for flight schools and as a Director of Maintenance for a Part 135 operator. I have performed both annual inspections and pre-purchase examinations.

I have been employed as a wind-tunnel technician at the GALCIT 10 foot wind tunnel, measuring aerodynamic loads and, while at Caltech, consulted on a variety of aerodynamic matters related to racing vehicles.

I hold a Professional Engineer's license in the State of California in the area of Mechanical Engineering. I hold a Professional Engineer's license in the State of Alabama.

Since June of 1995, I have been employed by Exponent Failure Analysis Associates (Exponent) as an engineer. During that time, I have worked on numerous projects involving aviation, maintenance, certification of aircraft and parts, and engines.

In addition to my knowledge of standard textbooks and treatises, I have reviewed the documents listed in Appendix C particular to this matter.

## 1.2     Credentials of David Anderson

A copy of my resume is attached as Appendix A-2. In 2016, Exponent is being compensated at $220 per hour for my services.



I earned my Bachelor's degree in Mechanical Engineering in 2005 from North Carolina State University.  After graduation, I was employed from 2005-2010 as an Engine Systems Development Engineer at Caterpillar, Inc. working on engine installations for off-highway construction equipment including track-type tractors, backhoe loaders and skid-steer loaders. During this time, I spent several months embedded at one of Caterpillar's engine design and manufacturing facilities.

I continued my education at Georgia Institute of Technology beginning in the fall of 2010.  My graduate level courses include fluid mechanics, thermodynamics, heat &  mass transfer, chemical reaction kinetics, and numerical methods.  I completed a thesis-based Master's degree in May 2013 and a Doctoral degree in December 2015, both in the field of Mechanical Engineering.

I hold an Engineer-in-Training license in the State of North Carolina (EI# A-21489).  Since August of 2015, I have been employed by Exponent Failure Analysis Associates (Exponent).

In addition to my experience listed above, I have reviewed the documents listed in Appendix C particular to this matter.



## 2.0      Areas of Expected Testimony

- Aircraft Engine Parts Eligibility

- Likely cause of issues with the left engine

# 3.0     Summary of Opinions

We have the following opinions to a reasonable degree of scientific certainty:

- In order for an aircraft to be airworthy, it must both be in a condition safe for flight and conform to its type design.

- In order for parts to be used in a certificated aircraft engine, they must both be approved and be eligible for installation on a particular product.

- Engine parts produced under a Parts Manufacturer Authorization (PMA) are limited in use to the specific engines for which they are eligible.

- The observed problems in the left engine were likely the result of improper installation of the crankshaft gears.

- Both the left (S/N 683263) and the right (S/N 683402) engines, according to installation records, invoices, and observations from an non-destructive inspection conducted at Dixie Air Services, contained parts that lacked PMA approval for use in an IO-550-C engine.



# 4.0      Background

## 4.1      Incident Description

Prior to a takeoff on April 22, 2015, the pilot noticed that the oil pressure on the left engine (IO-550-C, S/N 683263) of Beech Baron, N6745M, was low.  When inspected by the local maintenance shop, Dixie Air, it was found that there was debris under the oil pressure relief valve.  The engine was removed from the aircraft, and sent to Aviation Engines of Centerville, Alabama for further inspection.

Aviation Engines found that two of the six crankshaft gear bolts had broken off, and that the others were removable with only finger force.  Further investigation revealed that the bearings used during the overhaul were not eligible for installation on the IO-550-C.  The right engine was then removed from the aircraft.

## 4.2      Inspection Observations

During Exponent's February 24, 2016 inspection, conducted by Dr. Anderson, the following items were observed on the left engine (S/N 683263):

- Wear patterns on the interface between the large and small crankshaft gear indicate that there was relative motion between the two parts, consistent with Aviation Engines finding that the crankshaft gear bolts were finger tight, outside the appropriate torque range of 380-420 inch-pounds.  Images showing wear patterns on the small and large gear are shown in Figure 1 and Figure 2, respectively.

- The two broken crankshaft gear bolts were broken at approximately the same height and slightly under half of the threaded length of the unbroken bolts, as shown in Figure 3.  Figure 3 also illustrates wear on the mating face of the bolt heads in all six bolts, indicative of a loosely torqued connection.

- Several of the unbroken crankshaft bolts were bent at a similar height to the fracture location on the two broken bolts, as shown in Figure 4.

- Bearings that were not approved for use in the IO-550-C were verified to have been used on the left engine, specifically the main crankshaft bearings (P/N AEC642720 and AEC634503) and the connecting rod bearings (P/N AEC642398). Images of these parts are included in Figure 5.  The thrust bearings (P/N AEC646288) were not present with the engine at the time of the inspection; however, installation records from Michael Moore indicate that they were used on both engines.



Figure 1.        Small crankshaft gear wear.



Figure 2.        Large crankshaft gear wear.





Figure 3.   Crankshaft gear bolts with wear on mating face of bolt head.



Figure 4.   Several of the unbroken crankshaft bolts exhibit bending at approximately the same point of breakage on the two broken bolts.



Figure 5.   Photos of bearing parts with visible part numbers found on the left engine.

In addition to the observations illustrated in Figures 1-5, additional issues with the left engine were found.  Specifically, the camshaft lifters were observed to have significant spalling and the camshaft lobes also contained uneven wear patterns that would not be expected on an engine with less than 150 operational hours after overhaul.  Additionally, several engine components that were not part of the overhaul were damaged.  The two aluminum alloy castings forming the crankcase, which during the overhaul had been dimensionally checked and inspected for cracks using dye penetrant but not replaced or refurbished, were also found to have several deep gouges. One example of this gouging is illustrated in Figure 6.  This damage is consistent with aluminum particles found in the oil sump, and the gouges were most likely made by the broken bolts as they left the crankshaft gear and rattled around in the accessory case before settling in the sump.  Scoring of the inner casing of the oil pump was also noted, most likely due to metal pieces of the broken bolts in the oil sump passing through the pump.  The red arrows in Figure 7 point to areas of damage on the oil pump housing.



Figure 6.        Crankcase damage.



Figure 7.        Oil pump damage.

# 5.0    Aviation Parts and Approvals

## 5.1    General

Unlike automobiles, aircraft, engines, propellers, and other certified products are built to conform to a particular type certificate, with the regulations that were agreed upon between the applicant and the FAA administrator at the time of the original application for the type certificate.  Engineers at the company perform tests and analyses to prove to the satisfaction of the FAA that the design meets the appropriate certification regulations, and, when maintained in accordance with the manufacturer's instructions, will continue to comply with the regulations. The aircraft design is then granted a "type certificate."

In order for an aviation part to remain airworthy, it must not only be in a condition safe for flight, but also conform to its type certificate.

If parts are not procured from the type certificate holder for a product, they generally are either standard parts (i.e. AN series nuts and bolts), parts manufactured to a Technical Standard Order (TSO) or they are manufactured pursuant to a Parts Manufacturing Authorization (PMA).

For certified aircraft and engines, only parts that are approved by the FAA as being eligible for the particular application may be used during maintenance or repair activities.  This is discussed in FAA Advisory Circular AC 20-62E, "Eligibility, Quality, and Identification of Aeronautical Replacement Parts."  In accordance with FAR 45.15, the PMA parts must be marked with the name and model designation of each certificated product on which the part is eligible for installation, or, if that is impractical, the required information can be on an attached tag or labeled container.

Advisory circular AC 21-29C has been published by the FAA on the topic of "Detecting and Reporting Suspected Unapproved Parts."  It indicates that parts that are approved for one use that are used in another application would not be considered unapproved parts. Rather, their use would be a violation of FAR Part 43 (Section 43.13) by the installer, and the aircraft would no longer conform to its type certificate.



## 5.2   FAA PMA Eligibility

It is important to note that even if the type certificate holders part for one application is identical to the part for another application, an FAA PMA part is not eligible for replacement in both applications unless it is specifically authorized.

The FAA PMA eligibility of a part can be established from the required labeling, and it can be verified using FAA PMA eligibility authorizations from the FAA.

For example, if we consider a 642398 bearing from Continental Motors, and look in the FAA's FAA PMA database, we find that Superior Air Parts has the following eligibility:

**Part Name:**              **Part Number:**        **Replacement For:**
Bearing, Connecting Rod     SA642398                Teledyne Continental 642398

**Make/Model:**
Teledyne Continental (IO-520-BB, CB, MB, IO-550-A, B, C, D, E, F, G, L, TSIO-520-BB, BE, KB, LB, NB, UB, VB, WB, TSIOL-550-A)

**FAA Approval Basis:**
Test and Computations per 14 CFR § 21.303, DWG No SA642398, Rev H Date 08/12/2008 or later FAA-approved revisions

**Responsible Office:**
Fort Worth TX FAA Office Tel: (817) 222-5819


Airmotive Engineering Corp offers a similar bearing, with the following eligibility:


**Part Name:**              **Part Number:**        **Replacement For:**
Bearing, Connecting Rod     AEC642398               Teledyne Continental 642398

**Make/Model:**
Teledyne Continental (IO-520- BA, BB, CB, MB, NB, TSIO-520-AE, AF, B, BA, BB, BE, CE, JB, KB, LB, MB, NB, UB, VB, WB, IO-550-D, E, F, G, L, TSIO-550-A, B, TSIOL-550-A)

**FAA Approval Basis:**
Test and Computations per 14 CFR § 21.303. Dwg AEC642398, Rev. A, Dated 2-23-00, or later FAA approved revisions

**Responsible Office:**
San Antonio TX  FAA Office Tel: (210) 308-3360



Continental Motors part 642398 is eligible for installation on any Continental engine where that part number is called out in the parts book.  However, the non-OEM FAA PMA parts are only eligible for installation on those engines specifically called out in the eligibility list, even if they are identical to the Continental Motors part (and even if they build the part for Continental Motors).

It is important to note that although there is overlap between the eligibility between the SA and AEC non-OEM parts, it is not exact.  The Superior Airparts bearing is not eligible for installation on the IO-520-BA or –NB; the TSIO-520-AE, -AF, -B, -BA, -CE, -JB, or –MB; or the TSIO-550-A, or –B, which are applications where the AEC642398 bearing is eligible. Similarly, the AEC 642398 bearing is not eligible for installation on the IO-550-A, -B, or –C, which are applications for which the SA642398 bearing is eligible for installation.

It is up to the installer to determine the eligibility of a particular part for the particular application.  Installation of a part not eligible for installation on an engine means that the engine no longer conforms to its type certificate, and renders the engine un-airworthy for certificated aircraft.

## 5.3   Review of the non-OEM parts used in the D'Shannon Overhaul

To determine non-OEM parts installed on the engines in the N6745M Beech Baron , the record of ECI invoices dated from June 28, 2013 to August 12, 2013 was cross-referenced with Michael Moore's signed record of work for the left and right engines dated September 25, 2013 and October 10, 2013, respectively.[1]  Table 1 has been constructed that presents identified non-OEM parts and their eligibility on an IO-550-C engine.  While some non-OEM parts – such as AEC630046 – are eligible for use on the IO-550-C engine, four parts were found to lack PMA

---

[1]   The ECI invoices included parts for third engine in addition to the engines installed in N6745M; therefore only parts which met certain criteria are listed in Table 1. To be included, in addition to being on the ECI invoices, either 1) the part is listed specifically in Michael Moore's records as having been installed on the subject engines; 2) the part is listed on Continental Mandatory SB97-6 "Mandatory Replacement Parts", which Michael Moore stated on MM-0045 and MM-0100 that the engine is in compliance with; or 3) the quantity of parts on the ECI invoice matches the total number of engines for which the order was placed (e.g., one starter adapter bearing AEC630899 is required per engine, and three are listed on the ECI invoices).

eligibility for use on both the left (S/N 683263) and right (S/N 683402) IO-550-C engines. Specifically, the bearings contained in main bearing set AEC646592-A1 (AEC634503, AEC642720, and AEC646288) and the connecting rod bearing AEC642398 do not have PMA eligibility for use on an IO-550-C engine.

Table 1.        Non OEM parts and IO-550-C Eligibility

| Non-OEM part number | Description | Sales order number | Invoice date | Eligibility on IO-550-C engine |
|---|---|---|---|---|
| AEC630046 | Pin & Plug Assembly, Piston | 133644 | 06-28-13 | Yes |
| AEC642398 | Bearing, Connecting Rod | 133973 | 07-10-13 | No |
| AEC634503[2] | Bearing, Main, Crankshaft | 133973 | 07-10-13 | No |
| AEC642720[2] | Bearing, Crankshaft, Main | 133973 | 07-10-13 | No |
| AEC646288[2] | Bearing-Thrust | 133973 | 07-10-13 | No |
| AEC630899 | Bearing, Starter Drive | 133719 | 07-15-13 | Yes |
| SA629104 | Lock Ring | 133719 | 07-15-13 | Yes |
| AEC643626-103 | Pin, Counterweight | 133719 | 07-15-13 | Yes |
| AEC643626-104 | Pin, Counterweight | 133719 | 07-15-13 | Yes |
| AEC643626-105 | Pin, Counterweight | 133719 | 07-15-13 | Yes |
| SA350998 | Blade Bushing | 133719 | 07-15-13 | Yes |
| AEC639193 | Bushing, Counterweight | 133719 | 07-15-13 | Yes |
| SA642917-1 | Hose, Induction Air | 133719 | 07-15-13 | Yes |
| AEC641931-10.75 | Thrubolt, ½-20 x 10.75 | 133719 | 07-15-13 | Yes |
| AEC536563 | Dowel, Crankshaft-to-crankgear | 134973 | 08-12-13 | Yes |

As four parts lacking in PMA eligibility for an IO-550-C engine were installed in both the left and right engines, the engines no longer conform to their type certificate and are unairworthy. In order to return the engines, and thus the entire aircraft, to a state of airworthiness, both

---

[2]   AEC646592-A1 Main Bearing Kit includes 3 part numbers – AEC634503, AEC642720, and AEC646288 – according to correspondence with Carrie Ritchie from ECI Inside Sales (see DIXIE 000616) and parts listings on ECI's website.

engines would need to be torn down and rebuilt with parts approved for the engines, in addition to any repairs or part replacements that were found to be necessary.

# 6.0    Left Engine Failure

Initially when the left engine was inspected at Dixie Air, three pieces of metallic debris were found in the oil pressure relief valve, including one piece that was 7/16" long by 1/16" in diameter.  Additionally, steel particles were found upon cutting open the oil filter, and fine particles of both steel and aluminum were captured when draining the oil through cheese cloth.

When the left engine was disassembled by Aviation Engines, it was found that two of the six bolts holding the crankshaft gears on were broken and lying in the sump, and that the other four were loose, although the safety wire on the individual pairs was intact.  Examination of the gears reveals distinct patterns that indicated that the large and small gears were moving relative to each other.

The most plausible explanation for this is that the small crankshaft gear, which is heated prior to installation and is shrink fit to the crankshaft was not installed on the crankshaft completely.[3] The large gear was then installed and the bolts installed and safety wired.  Over time the small gear moved further inward, relieving the bolt tension even though the bolts were unable to rotate due to the use of safety wire.  The resulting looseness of the bolts led to their eventual failure.

The two failed crankshaft bolts caused further harm to the engine and ancilliary components, including parts that were not refurbished or replaced during the overhaul.  The crankcase castings were gouged and the oil pump was damaged by the debris released by the bolt failure.  Further, because the engine oil is used to operate the propeller, the left propeller and propeller governor were also exposed to metallic debris.  The governor and propeller had to be removed, flushed, and inspected prior to continued use.[4]

---

[3]   The Continental Motors Overhaul Manual, section 16-9.2, paragraph 2, directs that the gear be heated to 300 °F prior to installation.  Michael Moore's logbook entry (MM-0045, MM-0100) indicates that he heated the gears to 350 °F.

[4]   According to the propeller log (DIXIE 000459), the left propeller was removed on April 22, 2015 and was reinstalled after inspection on August 5, 2015.  The associated invoice (DIXIE 000568) also indicates the governor was removed and sent to the repair station.

Ex⁻

# 7.0     Conclusion

In conclusion, we hold the following opinions to a reasonable degree of scientific certainty:

- The failure of the left engine in N6745M was most likely related to improper installation of the crankshaft gears by D'Shannon Products during its overhaul.

- Examination of the left engine and a review of the paperwork reveals that both the left and right engines had main crankshaft bearings and connecting rod bearings installed that were not eligible for installation on an IO-550-C engine.

- Thus, the two engines were unairworthy since overhaul by D'Shannon Products.

- The right engine had to be removed from the aircraft as it was unairworthy.

Our work on this matter is continuing, and we reserve the right to amplify or alter our opinions as new information becomes available.


_____                    6/1/2016_____
C. Dennis Moore, Ph.D., P.E.                       Date

_____                    6/1/2016_____
David M. Anderson, Ph.D.                           Date

# Appendix A-1        CV of C. Dennis Moore

**C. Dennis Moore, Ph.D., P.E.**
**Principal Engineer**

**Professional Profile**

Dr. C. Dennis Moore is a Principal Engineer in Exponent's Thermal Sciences practice. Dr. Moore specializes in mechanical and aeronautical engineering.  He analyzes loads, forces, and temperatures induced by fluid flows; performs design and failure analysis on mechanical, combustion, and control systems; and conducts engineering investigations of fires and explosions.  Dr. Moore has expertise in modeling and analysis of vibration and dynamic systems.  He has particular expertise in fluid mechanics (including steam and two phase flows), hydraulic and pneumatic systems, aerodynamic analysis, internal combustion engines, and aviation accident investigation.

Prior to joining Exponent, Dr. Moore was Lead Mechanic for El Toro Marine Corps Flying Club, an Aerodynamicist and Systems Engineer for the E-Z Hook/Kawasaki Land-Speed Motorcycle, and a technician in the GALCIT 10-foot wind tunnel.  In addition to his work at Exponent, Dr. Moore has been Director of Maintenance for Lenair Aviation, Inc., and he continues to work in the aviation maintenance field.

**Academic Credentials and Professional Honors**

Ph.D., Aeronautics, California Institute of Technology, 1996
M.S.E., Mechanical and Aerospace Engineering, Princeton University, 1988
B.S.E., Mechanical and Aerospace Engineering, Princeton University, 1987

Tau Beta Pi, National Engineering Honor Society; Phi Beta Kappa, National Scholastic Honor Society; Von Karman Fellowship, California Institute of Technology; General Motors Fellowship, Princeton University; Joseph Clifton Elgin Prize, Princeton University, 1987; George Bienkowski Memorial Prize, Princeton University, 1987; "Best Project" MAE 411 Microprocessor Systems Engineering, 1987

**Licenses and Certifications**

Registered Professional Mechanical Engineer, California #M030275; Registered Professional Engineer, Alabama, #28084-E, FAA Airframe and Powerplant License; FAA Inspection Authorization; FAA Private Pilot Certificate, Single and Multi-Engine Land, Instrument Airplane; Aviation Technician Advanced Training Program, Teledyne Continental Motors; University of Southern California Aircraft Accident Investigation Course; University of Southern California System Safety Course; Fire Cause and Origin Investigation Training, State of California, Office of State Fire Marshal; PADI Advanced Open Water Scuba Certification



**Publications**

Moalli J, Reitman M, Robertson C, Moore D.  Failure analysis of nitrile radiant heating tubing.  Proceedings, ANTEC 2006, Charlotte, NC, Society of Plastic Engineers, May 2006.

Moore D.  Experiments in axisymmetric supersonic jets.  Ph.D. Thesis, California Institute of Technology, 1996.

Moore D.  Some results in supersonic jet mixing.  Proceedings, Eighth Office of Naval Research Propulsion Meeting, La Jolla, CA, October 1995.

Moore D.  A plating method for the construction of high-precision nozzles.  Proceedings, Seventh Office of Naval Research Propulsion Meeting, Buffalo, NY, August 1994.

Moore D.  Effects of a longitudinal heating element on a laminar boundary layer over a flat plate.  M.S.E. Thesis, Princeton University, 1988.

Moore D.  Construction of a real-time data compression circuit.  B.S.E. Thesis Princeton University, 1987.

**Presentations**

Moore D.  Piston aircraft engines:  Past, present, and future.  California Polytechnic State University, San Luis Obispo, CA, October 24, 2007, February 20, 2008.

Moore D.  Piston aircraft engine technology.  California Polytechnic State University, San Luis Obispo, CA, May 25, 2007.

Moore D, Pettinger A.  Supplemental type certificates:  Understanding and assessment.  40th Annual SMU Air Law Symposium, Dallas, TX, February 2006.

Moore D.  Engineering participation in NTSB investigations.  D.R.I. Products Liability Conference, February 2002.

Mikolajczak C, Moore D.  The aircraft cargo hold environment:  The implications of a fire on lithium-ion battery shipments.  Long Beach Battery Conference, January 2002.

Moore D, Meyer A, Kadlec R, Westmann R.  Changing paradigms in aviation accidents.  31st Annual SMU Air Law Symposium, Dallas, TX, February 1997.

Moore D.  Trials and tribulations of a land-speed motorcycle.  AE 150 Seminar, California Institute of Technology, May 1994.



**Selected Project Experience**

Analyzed a Supplemental Type Certificate cargo door installation on a B-737 for compliance with the FAR's.  The adequacy of the loads development and the structural engineering of the door were evaluated.

Investigated the crash of a homebuilt aircraft.  The causes of the engine failure prior to the crash, the flight path of the aircraft, and the actions of the pilot were analyzed.

Investigated carbon monoxide poisoning incidents with internal combustion engine powered equipment.  The emissions of the engines as designed and as maintained were evaluated.  The ventilation of the areas in which they were used was analyzed.

Investigated the cause and origin of a fire at a petrochemical stank farm.  The source of volatiles in the headspace and the ignition source were determined.

Analyzed the flight path and runway performance of a DC-8 that crashed while attempting to take off on a three-engine ferry.  The performance of the aircraft, the adequacy of the procedure, and the certification of the aircraft were examined.

Investigated the crash of a F-90 King Air.  The certification of a Supplemental Type Certificate for an engine swap, the performance of the fuel control system, and the performance of a propeller governor were analyzed.

Investigated the crash of a Cessna 404 Titan.  The torsional vibration characteristics of the engine crankshaft, the aircraft performance on one engine, and the maintenance of the engines were evaluated.

Analyzed the fuel system performance of an automobile.  The pressure drop through the filter with varying amounts of contamination and the engine reaction to a high resistance filter were tested.

Analyzed the design and performance of aircraft hydraulic systems.  The characteristics of the servo valves, the resistance to jams, and the consequences of jamming were investigated.

Acted as the arbitrator in a dispute over the cause of damage to an aircraft APU.  The relationship between damage to one part of the turbine and the others were analyzed.

Investigated the causes of numerous turbine helicopter engine failures.  Analyzed the relationship between operational, design, manufacturing, and maintenance factors.

Investigated a parasailing accident.  Tested the stability of a parasail and measured the forces on zippers controlling vent openings.

Analyzed the functionality of a trademarked truck trailer design with respect to aerodynamics and structural benefits.  Compared the aerodynamics and structural weight of various design options.

Evaluated the design and operational history of target drones.  Evaluated the performance with surface defects, examined in-service targets, evaluated the engine reliability, and analyzed the maintenance practices.

Calculated the flight path of many commercial and general aviation accidents, using performance data, radar data, and Digital Flight Data Recorder information, when available.

Evaluated the structural adequacy of a B-747 cargo door Supplemental Type Certificate.  Loads experienced during in-service events were calculated, structural components tested, and analysis of the static load carrying capacity of the structure was performed, and a comparison between the results and the FAR certification requirements was made.

Investigated the failure of in-floor hydronic radiant heating systems.  Home sites were inspected, the mechanical designs were evaluated, and operational data was collected from several home sites.  Laboratory testing of a system was performed and the effect of varying component type and/or location on the hydronic hose was evaluated.

Analyzed the mechanical design of exercise equipment for safety.  The cause of an accident that occurred during use of the equipment was evaluated.

Investigated the causes of mishaps related to systems controlled by PLC's.  These mishaps have included boiler explosions, shiploader failures, and aircraft boarding bridge failures.  The sensor inputs and the programming of the PLC's was evaluated.

Investigated the cause of a BE-1900 crash.  The stability and control of the aircraft and the maintenance role in the accident were investigated.

Investigated the cause of a hot water tank failure and subsequent steam explosion.  The causes for the presence of superheated water in the tank were determined and the energy released calculated.

Evaluated the design of a specialty gas mixing manifold.  The role of personnel and failure of safety devices in the explosion of a set of hydrogen filled bottles was analyzed.

Investigated the cause of propane release in several different instances.  The design of the valves, potential overfilling, and maintenance of the tanks were evaluated.

Evaluated the role of maintenance personnel in several general aviation accidents.  Compliance with airworthiness directives, service bulletins, and general standard-of-care were examined.  The consequences of any lapses with respect to individual accidents was analyzed and/or tested.

**Professional Affiliations**

American Institute of Aeronautics and Astronautics (member); National Fire Protection Association (member, sits on the NFPA 410 Committee, Aircraft Maintenance); Professional Aviation Maintenance Association

# Appendix A-2        CV of David M. Anderson

**David M. Anderson, Ph.D.**
**Senior Associate**

**Professional Profile**

Dr. Anderson applies his expertise in fluid mechanics, heat and mass transport, and chemical kinetics and reactor design to failure analysis, accident evaluation, and prevention.  His engineering experience include five years of industrial experience in design, analysis, and validation of thermal systems; modeling of complex systems involving simultaneous species transport, chemical reaction, and heat transfer; experimental instrumentation and data acquisition; and field support of heavy construction equipment.  He has also conducted academic research in the fields of nanotechnology, carbon capture and sequestration, nanofabrication, scanning electron microscopy, thermogravimetric analysis, and mass spectrometry.

Prior to joining Exponent, Dr. Anderson was a graduate research assistant at Georgia Institute of Technology, where he has completed the degree requirements for a Ph.D. in Mechanical Engineering to be conferred in late 2015.  In his doctoral dissertation research, Dr. Anderson developed a novel reaction-separation approach to low temperature hydrogen production via the steam methane reforming process with in situ carbon dioxide capture.  He also completed a thesis-based M.S. degree at Georgia Institute of Technology, investigating the use of nanostructured surfaces with patterned gradients in surface energy and wettability to enhance the rate of condensation heat transfer.  During his tenure as a graduate research assistant, Dr. Anderson conducted research as a visiting scholar in the Center for Energy Technology at RTI International and in the Thermal Sciences Division of Air Force Research Laboratory.  He participated in the Sam Nunn Security Fellows Program, where he explored the public policy and energy security dimensions of the recent surge in domestic shale gas production.  He also held a fellowship in Paper Science and Engineering, developing expertise in pulp and paper manufacturing processes.

Prior to his postgraduate academic experience, Dr. Anderson worked for 5 years as a machine cooling system design and development engineer for Caterpillar, Inc. on a variety of products including skid steer loaders, backhoe loaders and track-type tractors.  While at Caterpillar, he developed both active and passive cooling systems, including demand-based fan speed algorithms, oil cooling of hydraulic implements and drive transmissions, underhood thermal management of exhaust after-treatment components, and radiators and turbocharger aftercoolers for engine systems.  He was involved in all phases of the design process, ranging from conceptualization to performance modeling to prototype design/fabrication to testing/validation.  Dr. Anderson is certified by Caterpillar as a Six Sigma Green Belt and has applied that skill to numerous Six Sigma projects involving Failure Mode and Effects Analysis (FMEA), Design of Experiments (DOE), and Design for Six Sigma (DFSS).



**Academic Credentials and Professional Honors**

Ph.D., Mechanical Engineering, Georgia Institute of Technology, 2015
M.S., Mechanical Engineering, Georgia Institute of Technology, 2013
B.S., Mechanical Engineering, North Carolina State University (*summa cum laude*), 2005

Georgia Institute of Technology Leadership Fellow, 2013-2015
Sam Nunn Security Fellow, 2013
National Defense Science and Engineering Graduate Fellowship, 2012
IPST Paper Science and Engineering Fellowship, 2011
G.W. Woodruff School of Mechanical Engineering Presidents' Fellowship, 2010
North Carolina State University John T. Caldwell Scholarship, 2001

**Licenses and Certifications**

Registered Engineer Intern, State of North Carolina, EI# A-21489
Six Sigma Green Belt
Certified LabVIEW Associate Developer

**Patents and Patent Applications**

U.S. Patent No. 20,150,274,524: Reactor for Steam Reforming and Methods of Use Thereof, October 1, 2015 (with AG Fedorov).

U.S. Patent Application No. 61/738,580:  Sorption-enhanced CHAMP reactors for distributed fuel processing and power generation with integrated $CO_2$ capture, filed 12/18/2012 (Anderson DM, Fedorov AG).

**Publications**

Anderson DM, Nasr MH, Yun TM, Kottke PA, Fedorov AG.  Sorption-enhanced variable-volume batch–membrane steam methane reforming at low temperature: experimental demonstration and kinetic modeling.  Industrial & Engineering Chemistry Research 2015; 54(34): 8422-8436.

Yun TM, Kottke PA, Anderson DM, Fedorov AG.  Theoretical analysis of hydrogen production by variable volume membrane batch reactors with direct liquid fuel injection.  International Journal of Hydrogen Energy 2015; 40(25): 8005-8019.

Yun TM, Kottke PA, Anderson DM, Fedorov AG.  Experimental investigation of hydrogen production by variable volume membrane batch reactors with modulated liquid fuel introduction.  International Journal of Hydrogen Energy 2015; 40(6): 2601-2612.

Yun TM, Kottke PA, Anderson DM, Fedorov AG.  Power density assessment of variable volume batch reactors for hydrogen production with dynamically modulated fuel introduction. Industrial & Engineering Chemistry Research 2014; 53(47): 18140-18151.



Anderson DM, Kottke PA, Fedorov AG.  Thermodynamic analysis of hydrogen production via sorption-enhanced steam methane reforming in a new class of variable volume batch-membrane reactor.  International Journal of Hydrogen Energy 2014; 39(31):17985-17997.

Gittens RA, Olivares-Navarrete R, Cheng A, Anderson DM, McLachlan T, Stephan I, Fedorov AG, Rupp F, Geis-Gerstorfer J, Sandhage KH, Boyan BD, Schwartz Z.  The role of titanium surface micro/nanotopography and wettability on the differential response of human osteoblast lineage cells.  Acta Biomaterialia 2013; 9(4):6268–6277.

Anderson DM, Gupta MK, Voevodin AA, Hunter CN, Putnam SA, Tsukruk VV, Fedorov AG.  Using amphiphilic nanostructures to enable long-range coalescence and surface rejuvenation in dropwise condensation.  ACS Nano 2012; 6(4):3262–3268.

## Proceedings and Presentations

Anderson DM, Nasr MH, Yun, TM, Kottke PA, Fedorov AG.  Sorption-enhanced CHAMP reactor for distributed steam methane reforming.  3rd International Education Forum on Environment and Energy Science, Perth, Australia, December 12–16, 2014.

Anderson DM, Kottke PA, Yun TM, Fedorov AG.  Sorption-enhanced variable volume membrane reactor for hydrogen production from methane: modeling and experimental characterization.  2014 AIChE Annual Meeting, Atlanta, GA, November 16-21, 2014.

Anderson DM, Kottke PA, Fedorov AG.  Sorption-enhanced CHAMP class reactor for low temperature, distributed hydrogen production from natural gas.  2nd International Education Forum on Environment and Energy Science, Huntington Beach, CA, December 13–17, 2013.

Anderson DM, Kottke PA, Fedorov AG.  Hydrogen production from natural gas via sorption-enhanced variable volume batch-membrane reactors.  2013 AIChE Annual Meeting, San Francisco, CA, November 3-8, 2013.

Anderson DM, Fedorov AG.  Improved CHAMP-class reactors enabling a sustainable route to hydrocarbon processing for mobile and distributed power generation.  1st International Education Forum on Environment and Energy Science, Waikoloa, HI, December 14–18, 2012.

Kottke PA, Anderson DM, Fedorov AG.  Condensation enhancement with micro and nano-structured amphiphilic surfaces.  2012 Power MEMS Workshop, Atlanta, GA, December 2–5, 2012.

Anderson DM, Gupta MK, Voevodin AA, Hunter CN, Putnam SA, Tsukruk VV, Fedorov AG.  Mechanisms of condensation on amphiphilic nanostructured surfaces.  ASME 3rd Micro/Nanoscale Heat & Mass Transfer International Conference, Atlanta, GA, March 3–6, 2012.



Anderson DM, Gupta MK, Voevodin AA, Hunter CN, Putnam SA, Tsukruk VV, Fedorov AG. Controlling water condensation in energy systems using nanostructured surfaces. 4th International Forum on Multidisciplinary Research and Education in Energy Sciences, Honolulu, HI, December 17–22, 2011.

**Prior Experience**

- Graduate Research Assistant, Georgia Institute of Technology, 2010–2015
- Freshman Grand Challenges Facilitator, Georgia Institute of Technology, 2014–2015
- Visiting Researcher, RTI International, 2013
- Visiting Researcher, Air Force Research Laboratory, 2011
- Product Development Engineer, Caterpillar Inc., 2005–2010

**Professional Affiliations**

- American Society of Mechanical Engineers—ASME (member)
- American Institute of Chemical Engineers—AIChE (member)
- National Association of Fire Investigators—NAFI (member)



# Appendix B        List of Testimony

### Deposition and Trial Testimony since 2009 – C. Dennis Moore

**Deposition Testimony**

| Case Name | Date | Venue |
|---|---|---|
| Hansen v Sevylor<br>Court, Orange County, 07CC03050 | March 19, 2009 | CA Superior |
| Beauregard v Altec<br>Court, Worcester County 99-01863-B | March 26, 2009 | MA Superior |
| Turner v Rotorcraft Leasing<br>Court, Lafayette Parish, 2007-0615 F | April 15, 2009 | LA Superior |
| Pacific Indemnity v Solar Turbines, Inc.<br>Court, Los Angeles County, GC038236 | July 21, 2009 | CA Superior |
| Britton v. Dallas Airmotive<br>Court, Idaho, 1:07-cv-00546-EJL | August 12, 2009 | US District |
| Hekmat v. Kohler<br>Court, Los Angeles County, BC391644 | November 6, 2009 | CA Superior |
| de Freitas v Rolls Royce<br>Court of Tarrant County, TX, 141-224414-07 | March 29, 2011 | 141st District |
| Nazaryan v C-Tech<br>Court, Los Angeles County, KC 052686 | May 21, 2011 | CA Superior |
| Icaro S.A. v. Dallas Airmotive<br>District of Dallas County, TX, 09-08837 | June 3, 2011 | 95th Judicial |
| Kalitta v. CTAS<br>Court, Northern CA, C-96-2494 CW | August 15, 2011 | US District |
| Yelton et al v. PHI, Sikorsky et al<br>Court, Eastern LA, 09-3144 | October 17, 2011 | US District |
| Sky Capital Group v Bombardier<br>Court, Dallas County, TX DC-08-02249 | November 22, 2011 | 44th District |
| KAL. v. PANYNJ, Tully Construction, et al.<br>Court, Eastern NY, 10-CV-2489(SLT)(JO) | February 29, 2012 | US District |
| Cummings v Harris<br>Court, Duval County, 16-2011-CA -003849 | April 13, 2012 | FL Circuit |
| Logan v. American Honda Motor Co. et al.<br>Court, Dallas County, TX DC-10-02350 | June 12, 2012 | 116th District |
| Becker, Crews v Avco et al<br>Court, King County, 10-2-26593-7 SEA | August 3, 2012 | WA Superior |
| Menne v Cessna<br>Court, Orange County, 30-2011-00455152 | October 9, 2012 | CA Superior |
| Martin v. American Honda Motor Co. et al.<br>Court, Greenville SC, 6:11-CV-02048-HMH | October 15, 2012 | US District |
| Hetzer-Young v Elano<br>Common Pleas, Cuyahoga, OH, CV 07 618137 | November 12, 2012 | Court of |
| Nazaryan v C-Tech Industries<br>Court, Los Angeles County, KC052686 | December 20, 2012 | CA Superior |



| | | |
|---|---|---|
| Davis v. 24/7 Limousine et al.<br>Oakland County, MI, 11 116723 NI | May 7, 2013 | Circuit Court, |
| Laugelle et al v Bell Helicopter et al<br>Court, New Castle County, 10C-12-054 | July 22, 2013 | DE Superior |
| Ching et al v Pilatus Aircraft et al<br>Court, Los Angeles County, BC457650 | Various dates in 2014 | CA Superior |

**Trial Testimony**

| | | |
|---|---|---|
| Hansen v Sevylor<br>Court, Orange County, 07CC03050 | May 12, 2009 | CA Superior |
| Pacific Indemnity v Solar Turbines<br>Court, LA County, GC038236 | September 28, 2009 | CA Superior |
| Hekmat v. Kohler<br>Court, Los Angeles County, BC391644 | April 28, 29, 2010 | CA Superior |
| de Freitas v Rolls Royce<br>Court of Tarrant County, TX, 141-224414-07 | April 11, 2011 | 141st District |
| Leja v Schmidt<br>Court, NJ, 2:01CV05042 | October 7&11, 2011 | US District |
| Kalitta v. CTAS<br>Court, Northern CA, C-96-2494 WHO | November 18, 2011 | US District |
| Logan v. American Honda Motor Co. et al.<br>Court, Dallas County, TX DC-10-02350 | June 22, 2012 | 116th District |
| Cummings v Harris<br>Court, Duval County, 16-2011-CA -003849 | November 7, 2012 | FL Circuit |
| Goodrich v. Sojitz Aerospace America<br>Dispute Resolution, 50 132 T 00087 12 | November 6, 2013 | Int. Centre for |
| Hetzer-Young v Elano<br>Common Pleas, Cuyahoga, OH, CV 07 618137 | May 13, 2015 | Court of |



# Appendix C        Documents Reviewed

Material with Bates Numbers:

- DPB-Continental Motors 00001 – DPB-Continental Motors 04113

- DPL-00001 – DPL-00553

- MM-0001 – MM-0374

- DIXIE 00001 – DIXIE 000870

- FAAFOI 000001 – FAAFOI 000004

- Plaintiffs 000001 – Plaintiffs 000554

Additional FAA Documents Reviewed:

- Advisory Circular AC 20-62E

- FAR Part 43

- FAR Part 45

- Advisory Circular AC 21-29C

