# EXHIBIT 33

**IO-550-A B C G N P R**

INACTIVE DOCUMENT
SUPERSEDED BY M-16_2014-09-01

## CONTINENTAL® AIRCRAFT ENGINE

## PERMOLD SERIES ENGINE
# MAINTENANCE AND OVERHAUL MANUAL



Technical Portions Accepted by the Federal Aviation Administration



PLAINTIFF'S EXHIBIT 2
Alan Peacock, CCR, RMR

**Publication M-16**

© 2011 CONTINENTAL MOTORS, INC.             AUG 2011

DPB-Continental Motors 00069



Engine Description

### 2-2.2. Engine Drive Train

INACTIVE DOCUMENT SUPERSEDED BY M-16_2014-09-01

When starting the engine, torque is transmitted from the starter through the starter adapter components to the large crankshaft gear. As the worm gear in the adapter is turned, the spring mounted on the hub tightens to grip the knurled drum of the shaft gear. After starting, the spring returns to its normal position releasing the shaft gear and disengaging the starter.

Torque is transmitted to the alternator by a face gear mounted on the crankshaft. Crankshaft torque is transmitted by the small crankshaft gear directly to the idler gear and the camshaft gear. The idler gear rotates in a counter-clockwise direction to drive the magneto drive gears. Optional accessories mounted on the aft side of the accessory case are driven by the internal splines of the magneto drive gears.

The fuel pump coupling mates directly with the square drive machined in the center of the small crankshaft gear. The splined end of the oil pump drive gear mates with the internal splines of the camshaft gear and transmits torque to the oil pump driven gear. The governor drive bevel gear is physically attached to the end of the camshaft; it meshes with the governor driven bevel gear to provide power to the propeller governor.



Figure 2-4. Engine Drive Train



Engine Operation

### 7-3.2. Engine Start

Refer to the AFM/POH for detailed engine starting procedures. Complete the "Pre-operational Requirements" tasks listed in Section 7-3.1 prior to starting the engine; ensure you are familiar with the quantity and location of the engine fuel system drains.

**WARNING**

**Do not attempt to start an engine with an over-primed or flooded induction system. Starting an engine with a flooded induction system can result in hydraulic lock and subsequent engine malfunction or failure. Allow excess fuel to drain from the intake manifold and/or cylinder prior to attempting to start the engine.**

*CAUTION: Attempting to start an engine with a partially discharged aircraft battery may result in damage to the starter relay, possible engine kick-back resulting in a broken starter adapter clutch spring and/or subsequent internal engine damage.*

When starting the engine, ensure the battery is completely charged, especially in sub-freezing temperatures. Verify the tasks listed in Table 7-2, "Flight Prerequisites," have been completed in addition to those required by the AFM/POH or Supplemental Type Certificate (STC) holder. Note the following:

- If the engine is being started in extreme cold, preheating is required if the temperature is at or below 20°F. Refer to Section 7-4.1, "Engine Operation in Extreme Cold."
- If the engine is started in hot weather, refer to Section 7-4.2, "Engine Operation in Hot Weather."
- If the engine is being started at high altitude, refer to Section 7-4.3, "Ground Operation at High Density Altitude."

1. Propeller ......................................................... Clear
2. Fuel Selector Valve ......................................... BOTH of fullest tank
3. Master Power Switch ....................................... ON
4. Ignition Switch ................................................. BOTH
5. Mixture Control ............................................... Full Rich
6. Propeller Control ............................................. High RPM
7. Auxiliary Boost Pump ..................................... ON (according to AFM/POH)
8. Throttle ........................................................... ¼ Open

**WARNING**

**Ensure the propeller arc is clear of personnel and obstructions before starting the engine.**

*CAUTION: If the engine is hot, engage starter first, then turn on the auxiliary fuel pump as instructed by the airframe manufacturer.*

INACTIVE DOCUMENT
SUPERSEDED BY M-16-2014-09-01

## 7-4. Engine Operation in Abnormal Environments

The anticipated types of abnormal environments are:
- Extreme cold weather
- Extreme hot weather
- High density altitude ground operation

### 7-4.1. Engine Operation in Extreme Cold

Engine starting is more difficult in extremely cold weather. Cold soaking causes the oil to thicken (more viscous) and clearances are reduced due to the low temperature. These factors increase friction, reduce engine cranking rpm and increase starter cranking amperage from the battery. At low temperatures, aviation gasoline does not vaporize readily, further complicating the starting procedure.

**WARNING**

**Over priming can cause a flooded intake resulting in a "hydraulic lock" event and subsequent engine malfunction or failure. If you over-prime (flood) the engine, make certain that excess fuel has drained from the intake manifold and/or cylinder prior to attempting engine start.**

*CAUTION: Use an external power source when attempting to start aircraft engine in cold weather. Attempting to start an engine with a partially discharged aircraft battery may result in damage to the starter relay, possible engine kick-back resulting in a broken starter adapter clutch spring and/or subsequent internal engine damage.*

False starting (failure to continue running after starting) often results in condensation on spark plug electrodes. This moisture can freeze and must be eliminated either by preheating the engine or removing and cleaning the spark plugs.

Engine preheating and an auxiliary power unit (APU) are required to facilitate engine starting when the engine has been exposed to temperatures below 20°F (-7°C) for more than 2 hours. Refer to Section 7-4.1.1 and the AFM/POH for specific instructions. At ambient temperatures between 20° and 40°F (-7° and 4°C), refer to Section 7-4.1.1.3.

**WARNING**

**Failure to properly preheat a cold-soaked engine may result in oil congealing within the engine, oil hoses, and oil cooler with subsequent loss of oil flow, possible internal damage to the engine, and subsequent engine failure.**

**Superficial application of preheat to a cold soaked engine can cause damage to the engine. An inadequate application of preheat may warm the engine enough to permit starting but will not decongeal oil in the sump, lines, cooler, filter, etc. Congealed oil in these areas require considerable preheat. The engine may start and appear to run satisfactorily, but can be damaged from lack of lubrication due to the congealed oil**

**WARNING**

**Operating the engine above 1700 RPM before reaching the minimum oil temperature may result in engine malfunction, engine failure, injury or death.**

6. At 1700 RPM, adjust the propeller control to FULL DECREASE RPM until minimum governing RPM is observed; return the control to FULL INCREASE RPM. Repeat this procedure three or four times to circulate warm oil into the propeller dome.

7. If the aircraft manufacturer recommends checking the propeller feathering system, move the control to the FEATHER position but do not allow the RPM to drop more than 300 RPM below minimum governing speed.

   *CAUTION: Continually monitor oil pressure during run up.*

8. When oil temperature has reached 75°F (24°C) and oil pressure does not exceed 60 psi at 2500 RPM, the engine has been warmed sufficiently to accept full rated power.

### 7-4.1.1.3. Cold Weather Starting Without Preheating

At ambient temperature between 20° to 40°F (-7° to 4°C), perform the following:

*CAUTION: Attempting to start your engine with a partially discharged aircraft battery may result in damage to the starter relay or possible engine kickback, resulting in a broken starter adapter clutch spring.*

1. Use an external power source or ensure the aircraft battery is fully charged.

2. Use the normal start procedure in Section 7-3.2 and the aircraft AFM/POH. Do not overprime the engine.

**WARNING**

**Overpriming can cause a flooded intake resulting in a "hydraulic lock" event and subsequent engine malfunction or failure. If you over prime, or flood your engine, ensure excess fuel has drained from the intake manifold and/or cylinder prior to attempting engine starting.**

*CAUTION: If oil pressure is not indicated within 30 seconds, shut down the engine and determine the cause. Operating the engine without oil pressure may result in engine damage.*

*Do not close the cowl flaps in an attempt to hasten engine warm-up.*

3. Operate the engine at 1000 RPM until some oil temperature is indicated.

4. Monitor the oil pressure closely. If necessary, retard the throttle to maintain oil pressure below 100 psi. If oil pressure is less than 30 psi, or cannot be maintained below 100 psi, shut the engine down and follow the preheat instructions to prevent engine damage. Do not close the cowl flaps to facilitate engine warm-up.

Component Assembly

### 16-3.2. Basic Starter & Starter Adapter Assembly

1. Lubricate the inside diameter of a new bearing (Figure 16-8) (46) and the end of the worm drive shaft (42) with Molyshield grease. Press the new bearing (46) on to the worm drive shaft (42) until it rests on the shoulder of the worm drive shaft.

2. Lubricate the inside diameter of the worm gear (45) and the worm drive shaft (42) with Molyshield grease. Install a new woodruff key (44) in the slot of the worm drive shaft (42). Install a new spring (43) on the worm drive shaft (42), followed by the worm gear (45).

3. Lubricate the inside of the starter adapter housing (28) and the worm gear (45) drive teeth with Molyshield grease. Insert the assembled worm drive (42, 43, 44, 45 & 46) in the starter adapter housing (28) so the end of the worm drive shaft (42) is inside the new roller bearing (33). Use snap ring pliers to secure the assembly (42, 43, 44, 45 & 46) with a new retaining ring (47) in the starter adapter housing (28) flange. Verify the retaining ring (47) is properly seated in the starter adapter housing (28) flange.

4. Lubricate a roller bearing (35) with Molyshield grease and install the roller bearing (35) in the worm wheel gear (34) using the Worm Wheel Gear Installation Tool (Figure 16-3) and an arbor press.

5. Lubricate the clutch spring (Figure 16-8) (37) liberally with clean 50-weight aviation engine oil.



A= 1/64" (0.4mm) Less Than Housing Bore
B= 0.003 (0.08mm) Less Than Shaft Diameter
C= Pilot Length Should Be Length of Bearing Less 1/32" (0.8mm)

Figure 16-3 repeated for reference

*Procedure continues after Figure 16-8*

6. Twist the new clutch spring (37) clockwise on to the back side of the worm wheel gear assembly (34) until the offset end drops into the gear land and the tang aligns with the screw hole in the gear web.



Figure 16-8. Basic Starter and Starter Adapter Assembly

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1 | Starter Motor | 32 | Stud | 40 | Ball Bearing | 48 | O-ring |
| 25 | Starter Adapter | 33 | Needle Bearing | 41 | Retaining Ring | 49 | Starter Adapter Cover |
| 26 | Lock Washer | 34 | Starter Gear | 42 | Worm Drive Shaft | 50 | O-ring |
| 27 | Nut | 35 | Roller Bearing | 43 | Starter Spring | 51 | Washer |
| 28 | Starter Adapter Housing | 36 | Starter Shaft Gear | 44 | Woodruff Key | 52 | Nut |
| 29 | Stud | 37 | Clutch Spring | 45 | Starter Worm Gear | 56 | Gasket |
| 30 | Stud | 38 | Tab Washer | 46 | Ball Bearing | 57 | Washer |
| 31 | Stud | 39 | Screw | 47 | Retaining Ring | | |

INACTIVE DOCUMENT
SUPERSEDED BY M-16 2014-09-01

7. Install a screw (39) with a new tab washer (38) in the threaded screw hole in the worm wheel gear assembly (34) web. Torque the screw (43) to Appendix B specifications and secure the fastener according to the "Tab Washer Installation" instructions in Appendix C-5.

8. Lubricate the starter shaft gear (36) collar and inside diameter of the clutch spring (37) liberally with clean 50 weight aviation engine oil.

9. Twist the assembled worm wheel gear (34) and clutch spring (37) clockwise on the starter shaft gear (36) until the starter shaft gear (36) contacts the roller bearing (35).

10. Lubricate the worm wheel gear teeth with Molyshield grease. Insert the starter shaft gear and worm wheel assembly in to the starter adapter housing (28). Align the teeth of the worm gear (45) and worm wheel gear (34) as the assembly enters starter adapter housing (28).

11. Lubricate a new bearing (40) with Molyshield grease and press the bearing on to the end of the starter shaft gear (36). Secure the bearing (40) on the starter shaft gear (36) with a new retaining ring (41). Verify the retaining ring fits securely in the groove.

12. Lubricate a new O-ring (47) with 50 weight aviation engine oil; install the new O-ring (47) on the starter adapter housing cover (47) flange.

13. Align the starter adapter housing cover (49) with the starter adapter studs. Secure the cover with washers (57), now lock washers (26) and nuts (27); torque the nuts (27) to Appendix B specifications.

14. Test the starter adapter assembly for slippage by installing the adapter in a fixture and apply torque to the input shaft. The adapter must be able to withstand 300 in-lbs of torque without slippage.

Component Assembly



**Figure 16-8 repeated for reference**

## 16-4. Exhaust System Assembly

Refer to the airframe manufacturer's instruction for exhaust system assembly. Continental Motors engine assembly requires new exhaust flange studs, new exhaust flange gaskets and new nuts.

**Component Assembly** 

*INACTIVE DOCUMENT*
*SUPERSEDED BY M-16-2014-09-01*

6. Safety wire the bolt heads according to the "Safety Wiring Hardware" instructions in Appendix C-4.

7. Coat the camshaft with 50-weight aviation engine oil.

### 16-9.2. Crankshaft Assembly

**WARNING**

**Do not assemble and install the crankshaft if the VAR stamp is absent from the propeller flange.**

1. Place the crankshaft on a bench with a notched wooden block under the front and rear main journals.

   *CAUTION: Do not heat the gear cluster more than 10 minutes.*

2. Use a uniform heating method (not a torch), heat the crankshaft small gear (Figure 16-27) (20) to 300°F (149°C) for 5 to 10 minutes. Heating the gear is necessary for a shrink fit installation.

3. While the small gear is still hot, align the dowel hole in the gear with the crankshaft dowel (18) and install the small gear on the crankshaft.

4. Attach the large gear (22) to the crankshaft small crankshaft gear (20) using six new drilled head screws (21). Torque the screws (21) in a crisscross pattern to Appendix B specifications.

   NOTE: The crankshaft gear incorporates a square drive hole for the square drive fuel pump coupling. The gear also has a timing mark to align the crankshaft to camshaft timing.

5. Safety wire the drilled head screws (21) according to the "Safety Wiring Hardware" instructions in Appendix C-4.

6. Install the alternator drive gear (32) over the propeller flange.

7. With the holes aligned, install new tab washers (24) and four new bolts (23). Torque the bolts to Appendix B specifications. Do not over-torque the bolts to align the bolt with the lock tab. If the bolt head does not align with the lock tab within the acceptable torque range, replace the bolt.

8. Secure the tab lock plates against the bolt wrench flats with a brass drift.

9. Lubricate the oil transfer collar halves (25) with clean 50-weight aviation engine oil. Align the collar halves to mate each dowel (26) to the bore in the opposing collar half on the crankshaft and secure the installation with new nuts (28).

10. Check for a running clearance of 0.0005L to 0.0018L inches (L is for loose) between the collar and crankshaft for propeller oil pressure.

11. Alternately torque the nuts (28) in 20 inch-pound increments to Appendix B specifications; the collar must rotate freely.

*Procedure continues after illustration...*



Component Assembly



Figure 16-27. Crankshaft Assembly

| 1 | Crankshaft Assy | 10 | Connecting Rod Bolt | 19 | Thrust Washer | 28 | Nut |
| 2 | Bushing | 11 | Spiral Lock Nut | 20 | Small Gear | 29 | O-Ring |
| 3 | Crankshaft Oil Plug | 12 | Counterweight Pin | 21 | Drilled Head Screw | 30 | Crankshaft Oil Seal Assy |
| 4 | Bushing | 13 | Counterweight Pin | 22 | Large Gear | 31 | Spring |
| 5 | Counterweight Assembly | 14 | Retaining Ring | 23 | Screw | 32 | Alternator Drive Gear |
| 6 | Counterweight Assembly | 15 | Counterweight Plate | 24 | Tab Locking Plate | 33 | Idler Gear |
| 7 | Connecting Rod | 16 | Crankshaft Front Main Bearing | 25 | Oil Control Collar | | |
| 8 | Connecting Rod Bearing | 17 | Crankshaft Main Bearing | 26 | Dowel | | |
| 9 | Piston Pin Bushing | 18 | Dowel | 27 | Stud | | |

**Component Assembly** 

INACTIVE DOCUMENT — SUPERSEDED BY M-16_2014-09-01

12. Install the counterweights.

    a. Attach two 6th order counterweights (Figure 16-27) (5) to crank cheek No. 2 hanger blade with new 6th order counterweight pins (13).

    NOTE: Counterweight pins are identified by a three-digit dash number stamped on one end (see Table D-19). Since the pin diameter controls the counterweight order, it is imperative that the correct pin be installed in the counterweight (as instructed in subsequent steps). The chart indicates the pin order, corresponding part number, and outer diameter dimension. Note the pin outer diameter increases with the order number.

    CAUTION: *Install order pins with the same part number (same dash number) in the counterweight to ensure proper operation.*

    b. Install new counterweight plates (15) with the sharp edge (flat surface) outboard as shown in Figure 16-28.

    CAUTION: *The minimum gap between the retaining ring ears must be 0.179 inches (0.454 cm) for proper seating.*

    *Counterweight plates have a small extruded point which provides an interference fit of 0.001 to 0.007 inches. Check the actual interference fit of the counterweight plates in the bushing bore during installation. Do not install loose fitting counterweight plates. Do not install retainer plates on counterweights that have a loose fit between the retainer plate and the counterweight.*

    c. Install new retaining rings (14), with the opening toward the crankshaft to secure the counterweight assembly on the hanger blade as shown in Figure 16-28. Measure the distance between the two retaining ring "ears" after installation- minimum gap is 0.179. If the gap is smaller, the retaining ring is not seated in the groove - remove the retaining ring and repeat the installation procedure.

    d. Attach one 4th order and one 5th order counterweight (6) on either side of the No. 5 crank cheeks.

    e. Install new 4th order counterweight pins (Figure 16-27) (12) in the 4th order counterweights.

    f. Install new 5th order counterweight pins (12) in the 5th order counterweights.

    g. Install new counterweight plates (15) with the sharp edge (flat surface) outboard as shown in Figure 16-28.

    h. Install new retaining rings (14), with the opening toward the crankshaft to secure the counterweight assembly on the hanger blade as shown in Figure 16-28. Measure the distance between the two retaining ring "ears" after installation- minimum gap is 0.179. If the gap is smaller, the retaining ring is not seated in the groove - remove the retaining ring and repeat the installation procedure.



Figure 16-28. Counterweight Inspection, Repair and Installation

Standard Practices

INACTIVE DOCUMENT
SUPERSEDED BY M-16_2014-09-01

- Torque hardware to Appendix B torque specifications.

**WARNING**

**Do not apply <u>any</u> form of sealant to the crankcase cylinder deck, chamfer, cylinder mounting flange, cylinder base O-ring, or cylinder fastener threads. The use of RTV, silicone, Gasket Maker or <u>any</u> other sealant on the areas listed above during engine assembly will cause a loss of cylinder deck stud or through-bolt torque. Subsequent loss of cylinder attachment load, loss of main bearing crush and/or fretting of the crankcase parting surfaces will occur. The result will be cylinder separation, main bearing movement, oil starvation and catastrophic engine failure. USE ONLY CLEAN 50 WEIGHT AVIATION ENGINE OIL ON SURFACES LISTED.**

- Before installing nuts and bolts, verify the fastening hardware is lubricated according to Chapter 3 and Appendix B instructions. Inspect all fasteners for proper plating and thread form. Failure to verify a fastener's serviceability or to correctly lubricate the fastener as instructed prior to installation will result in the fastener not being properly pre-loaded. Subsequent fastener failure may occur.

### C-2. Replacement Parts

### C-2.1. Background

An increasing amount of replacement parts (including standard parts), materials, appliances, and instruments are represented as being of aircraft quality when actually the quality and origin of these units is unknown. Users of such units are usually not aware of the potential hazards involved with replacement parts that are <u>not</u> eligible for use on certified aircraft. Frequently, such units are deceptively advertised or presented as "unused," "like new," or "remanufactured," implying the quality of such units is equal to an original or appropriately repaired or overhauled unit.

The performance rules for replacement of parts and materials used in the maintenance and alteration of U.S.-certified aircraft are specified in Federal Aviation Regulations (FAR) 43.13 and FAR 145.205. The responsibility for the continued airworthiness of the aircraft, which includes the replacement of parts, is the responsibility of the owner/operator as outlined in FAR 91.7, FAR 121.363, and FAR 135.419.

### C-2.2. Acceptable Replacement Parts

Continental Motors provides Instructions for Continued Airworthiness (ICAs) based on the design, testing, and certification of engines and parts for which Continental Motors is the holder of the Type Certificate (TC) or Parts Manufacture Approval (PMA) issued by the Federal Aviation Administration (FAA). These instructions, which include maintenance, repair limits, overhaul, and installation are applicable only to engines and parts supplied by Continental Motors. Continental Motors does not provide instructions relating to the installation or use of parts not manufactured or supplied by Continental Motors. Instructions provided by other engine parts manufacturers or resellers should be used for their parts. Continental Motors has not participated in design, test, or certification



INACTIVE DOCUMENT
SUPERSEDED BY M-16_2014-09-01

Standard Practices

in regards to aftermarket parts manufacturers and has no experience with respect to such parts.

FAA regulations require only FAA-approved parts be used on a type certified product. FAA-approved parts may be identified in accordance with the information given below. Continental Motors does not play any role in the FAA approval of such parts; does not have any responsibility for the design, certification, service life, repair, overhaul, or quality of such parts; and has made no determination regarding the effect, if any, that using such parts may have on Continental Motors supplied engines or parts.

### C-2.2.1. Know Your Supplier

Some reproduced parts and components, particularly instruments, have been manufactured by entities other than the original equipment manufacturer and are available for purchase and installation on U.S.-certified aircraft. Often, an original part is used as a sample to produce duplicates. The reproduced parts *appear* to be as good as the original part. However, there are many unknown factors to be considered that may not be readily apparent to the purchaser, such as heat-treating, plating, inspections, tests, and calibrations. All too often, the faulty part is not discovered until a malfunction or an accident occurs.

Therefore, in accordance with FARs, certification of materials, parts, and appliances for aircraft return to service is the responsibility of the person or agency who signs the approval. The owner/operator is responsible for the continued airworthiness of the aircraft. To ensure continued safety in aircraft operation, it is essential that great care be used when inspecting, testing, and determining the acceptability of all parts and materials. Particular caution should be exercised when the identity of materials, parts, and appliances cannot be established or when their origin is in doubt.

### C-2.3. 100% Parts Replacement Requirements

> NOTE: Service documents published or revised subsequent to the issuance of this publication may mandate the replacement of components and parts not included in these instructions. At engine overhaul, the technician must review all service bulletins to ensure compliance with the manufacturer's requirements for continued airworthiness.

Replace all gaskets, seals, packing, hoses, O-rings, cotter pins, retaining rings (snap rings), safety wire, self locking fasteners (including exhaust nuts), and lock washers with new parts during assembly, regardless of the type of maintenance.

Do not re-use worn, damaged or deformed fasteners. Do not replate cadmium plated fasteners or washers. If the cadmium plating has been removed, discard the item and replace it with a new part.

Engine mounted accessories must be maintained in accordance with the manufacturer's instructions. Additionally, accessories must be overhauled during engine overhaul, or more frequently, in accordance with the manufacturer's instructions.

At engine overhaul the starter, starter adapter, alternator, magnetos and engine fuel system must be replaced with a new, factory rebuilt or FAA approved overhauled unit. All engine baffles must be repaired or replaced and all flexible baffle seals must be replaced.



INACTIVE DOCUMENT
SUPERSEDED BY M-16_2014-09-01

Replace items such as spark plugs, alternator drive belts and air-conditioning drive belts on condition.

**C-2.4. Mandatory Overhaul Replacement Parts**

In addition to the items listed in Section C-2.4, the following parts must be discarded and replaced with new parts during engine overhaul.

| | |
|---|---|
| • Bearings: connecting rod, crankshaft main and thrust, needle, ball, and roller | • Exhaust and Intake Valves |
| • Bushings: rocker arm, connecting rod, counter weight and crankshaft counterweight blade | • Intake and Exhaust valve rotocoils (Replace intake valve rotocoils with solid valve retainers) |
| • Camshaft gear part numbers; 537432, 631845, 655430, 655516 and 656031 must be replaced at overhaul with 656818 or subsequent part number | • Fuel pump drive coupling Part No. 631263 with Part No. 653359 in accordance with Continental Motors' Mandatory Service Bulletin MSB 95-6 or latest revision |
| • Camshaft gear bolts | • Hydraulic valve lifters (tappets) |
| • Cold Start primer diverter valves | • Ignition system harness |
| • Connecting rod bolts and nuts | • Intake and exhaust valve keepers |
| • Counterweight pins, retaining plates and snap rings | • Inner and outer valve springs |
| • Crankshaft alternator face gear bolts and lock plates | • Magneto and alternator rubber drive bushings |
| | • Pistons |
| • Crankshaft gear Part No. 536421 or 653631 with Part No. 657175 or later | • Piston pins |
| | • Piston rings |
| • Crankshaft gear bolts | • Rocker shafts |
| • Crankcase through bolts | • Rockers shaft thrust washers |
| • Cylinder deck stud nuts and through bolt nuts | • Woodruff keys |
| • Exhaust flange studs & nuts | |

**C-2.5. Authorized Oversize/Undersize Parts**

Replacement authorized oversize (AO) or authorized undersize (AU) parts must be used with the proper AO and AU mating parts. Example: use 0.015 oversize piston and piston rings with 0.015 oversize cylinder assembly.

**C-3.   Torque**

Torque hardware with calibrated torque wrenches to Appendix B specifications.