FILED
 2016 Nov-14 PM 06:47
U.S. DISTRICT COURT
    N.D. OF ALABAMA

# EXHIBIT 34

**DEPOSITION EXHIBIT** Moore 76
7/1/16 am

**ECi ENGINE COMPONENTS INTERNATIONAL**

Invoice 133644-1

| Customer Order | Sales Order | Invoice Date | |
|---|---|---|---|
| Rice/Perkins | 133644 | 06-28-13 | 1 |

**BILL TO:**
10120

D'Shannon Aviation
1309 County road 134
Buffalo, MN 55313

**SHIP TO:**
10120*1
D'Shannon Avaition
168-B Raceway Drive
Mooresville, NC 28117
USA

Freight Terms: Prepaid and Add
Ship Via:   YELLOW ROAD WAY
Ship Act:

| Ln No | Item/Part Number | Sell UM | Order Qty | Price UM | Shipped Qty | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|
| 1 | XCORE71.2\|01 Exchange Core | EA | 12.00 | EA | 12.00 | 50.000 | 600.00 |
| 2 | FRCN71.2CCA\|01 CL71.2C CERMINIL FREEDOM Cylinder, FREEDOM, Nickel Bore, Complete Assembly, Class 71.2 Serial Numbers 93588-04, 95603-12, 95698-01, 96071-02, 96071-07, 96071-09, 96071-10, 96071-11, 96071-24, 95306-07, 96071-15, 95603-24 | EA | 12.00 | EA | 12.00 | 848.070 | 10176.84 |
| 3 | AEC630046\|01 Pin Assembly Lots PPA0186-046\|P\|01 | | Lot Qty 12 | | | | |
| | | EA | 12.00 | EA | 12.00 | 30.000 | 360.00 |
| | Additional Charges Freight | | | | | | 300.00 |

6EA - 683263

Reference RMA # 47328 to return cores for credit
Consolidate with 6 cylinders on SO # 133643

Inv Payment Terms   CASH IN ADVANCE

Bill of Lading Information for shipment number   1

Packslip     Bill of Lading     Carrier        Shipment
Number       Number             Name           Method
------------------------------------------------------------
133644                                         YELLOW ROAD WAY    PREPAID AND

        ***Visit our new website at www.eci.aero***

those cylinders installed in S/N 683263

TERMS AND CONDITIONS OF SALE: ALL BILLS PAYABLE IN U.S. FUNDS-SALES ARE F.O.B. FROM SHIPPING FACILITY...

**TOTAL**   $11,436.84

9503 Middlex | San Antonio, TX 78217 | Tel 210.820.8101 | Fax 210.820.8102 | www.eci.aero | sales-service@eci.aero
ECi is recognized for Quality Management System compliance to ISO 9001:2000.

ENGINE COMPONENTS INTERNATIONAL
PO Box 65021
San Antonio, TX 78265-5021

**DIXIE 000299**

# ECi ENGINE COMPONENTS INTERNATIONAL

Invoice 133973-1

| Customer Order | Sales Order | Invoice Date | Page |
|---|---|---|---|
| Mike | 133973 | 07-10-13 | 1 |

**BILL TO:**
10120
D'Shannon Aviation
1309 County road 134
Buffalo, MN 55313

**SHIP TO:**
10120
D'Shannon Aviation
1309 County road 134
Buffalo, MN 55313

Freight Terms: Prepaid and Add
Ship Via: UPS GROUND
Ship Act:

| Ln No | Item/Part Number | Sell UM | Order Qty | Price UM | Shipped Qty | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|
| 1 | AEC646592-A1 01 Bearing Set NOT APPROVED ON Used on TSIO-520-BB,DB,EB,JB,KB,LB,NB,UB,VB,WB Big Rear Main Crankcases | EA | 3.00 1 SET 683263 | IO-520-BB,CB,MB and EA | 3.00 | 193.620 | 580.86 |
| 2 | AEC642398 01 Bearing NOT APPROVED | EA | 36.00 12 EA 683263 | EA | 36.00 | 6.210 | 223.56 |
| 3 | 633189 01 PLUG-CRKSH | EA | 1.00 | EA | 1.00 | 109.230 | 109.23 |

Additional Charges
Freight                                                                                          15.00

PAID OK - J.B. 7/10/13  cueck # 4075

Inv Payment Terms  CASH IN ADVANCE

Bill of Lading Information for shipment number 1.

| Packslip Number | Bill of Lading Number | Carrier Name | Shipment Method |
|---|---|---|---|
| 1 | 1Z7594400349338712 | | |

***Visit our new website at www.eci.aero***

Balance of Prepaid amt is
7/26  $10,534.60

TERMS AND CONDITIONS OF SALE: ALL BILLS PAYABLE IN U.S. FUNDS-SALES ARE F.O.B. FROM SHIPPING FACILITY
9503 Middlex | San Antonio, TX 78217 | Tel 210.820.8101 | Fax 210.820.8102 | www.eci.aero | sales-service@eci.aero
ECi is recognized for Quality Management System compliance to ISO 9001:2000.

**TOTAL**  $928.65

ENGINE COMPONENTS INTERNATIONAL
PO Box 65021
San Antonio, TX 78265-5021

**DIXIE 000300**



**ENGINE COMPONENTS INTERNATIONAL**

Invoice 133719-1

| Customer Order | Sales Order | Invoice Date | Page |
|---|---|---|---|
| Rice/Perkins | 133719 | 07-15-13 | 1 |

**BILL TO:**
10120

D'Shannon Aviation
1309 County road 134
Buffalo, MN 55313

**SHIP TO:**
10120*1
D'Shannon Avaition
168-B Raceway Drive
Mooresville, NC 28117
USA

Freight Terms: Prepaid and Add
Ship Via: UPS GROUND
Ship Act:

| Ln No | Item/Part Number | Sell UM | Order Qty | Price UM | Shipped Qty | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|
| 1 | AEC630899\|01 Bearing, roller | EA | 3.00 | EA | 3.00 | 6.360 | 19.08 |
| 2 | 653487\|01 GASKET-ACC Same as MS9134-01 | EA | 6.00 | EA | 6.00 | 1.300 | 7.80 |
| 3 | 24764\|01 SCREW-NO. | EA | 100.00 | EA | 100.00 | 0.180 | 18.00 |
| 4 | 641250\|01 SEAL ASM N | EA | 3.00 | EA | 3.00 | 40.950 | 122.85 |
| 5 | 649205\|01 SCREW .31- | EA | 12.00 | EA | 12.00 | 4.590 | 55.08 |
| 6 | 641909\|01 PLATE-TAB | EA | 10.00 | EA | 10.00 | 4.820 | 48.20 |
| 7 | AEC646288\|01 Bearing  Not Approved C | EA | 12.00 | EA | 12.00 | 18.240 | 218.88 |
| 8 | 656990\|01 SCREW.31-2 Same as 536379 | EA | 18.00 | EA | 18.00 | 18.270 | 328.86 |
| 9 | SA629104\|01 LOCK RING | EA | 50.00 | EA | 50.00 | 0.250 | 12.50 |
| 10 | 643629\|01 PLATE-CWT | EA | 50.00 | EA | 50.00 | 1.190 | 59.50 |

TERMS AND CONDITIONS OF SALE: ALL BILLS PAYABLE IN U.S. FUNDS-SALES ARE F.O.B. FROM SHIPPING FACILITY
Seller will not be responsible for goods damaged in transit to buyer except to furnish documentation aid in filing claims. Claims or shortages will be made within 48 hours of shipments. Responsibility or payments of local, state, or federal laws of filing of certificates of exemption rests with the buyer. Merchandise will not be returned for warranty adjustment prior approval. Any products returned to ECI or credit for any reason other than as an error on the part of ECI will bear a 25% restocking charge which will be deducted from the credit. Returned goods are subject to inspection before acceptance. Purchaser shall pay seller a service charge to the amount of $25.00 for checks returned by the purchaser's bank, provided however, that such service charge shall not be due and payable in the event such payment would result in the violation of the usury laws of the applicable jurisdiction.

9503 Middlex | San Antonio, TX 78217 | Tel 210.820.8101 | Fax 210.820.8102 | www.eci.aero | sales-service@eci.aero
ECI is recognized for Quality Management System compliance to ISO 9001:2000.

**TOTAL**

REMIT PAYMENT TO:
ENGINE COMPONENTS INTERNATIONAL
PO Box 65021
San Antonio, TX 78265-5021

**DIXIE 000301**

Invoice 133719-1

 **ENGINE COMPONENTS INTERNATIONAL**

| Customer Order | Sales Order | Invoice Date | Page |
|---|---|---|---|
| Rice/Perkins | 133719 | 07-15-13 | 2 |

**BILL TO:**
10120
D'Shannon Aviation
1309 County road 134
Buffalo, MN 55313

**SHIP TO:**
10120*1
D'Shannon Avaition
168-B Raceway Drive
Mooresville, NC 28117
USA

Freight Terms: Prepaid and Add
Ship Via: UPS GROUND
Ship Act:

| Ln No | Item/Part Number | Sell UM | Order Qty | Price UM | Shipped Qty | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|
| 11 | AEC643626-103\|01 Pin | EA | 6.00 | EA | 6.00 | 6.190 | 37.14 |
| 12 | AEC643626-104\|01 Pin | EA | 6.00 | EA | 6.00 | 6.190 | 37.14 |
| 13 | AEC643626-105\|01 Pin | EA | 6.00 | EA | 6.00 | 6.190 | 37.14 |
| 14 | SA350998\|01 BUSHING | EA | 25.00 | EA | 25.00 | 4.960 | 124.00 |
| 15 | AEC639193\|01 Bushing | EA | 25.00 | EA | 25.00 | 4.280 | 107.00 |
| 16 | 654587-.44\|01 BOLT-.3125 same as 631088-.44 | EA | 12.00 | EA | 12.00 | 3.360 | 40.32 |
| 17 | MS35756-8\|01 WOODRUFF KEY | EA | 12.00 | EA | 12.00 | 1.450 | 17.40 |
| 18 | 655958\|01 Bolt same as 643112 | EA | 36.00 | EA | 36.00 | 26.660 | 959.76 |
| 19 | 654490\|01 NUT-CONNEC same as 643215 | EA | 36.00 | EA | 36.00 | 6.260 | 225.36 |
| 20 | 653188\|01 WASHER-ROC | | | | | | |

**TOTAL**

TERMS AND CONDITIONS OF SALE: ALL BILLS PAYABLE IN U.S. FUNDS-SALES ARE F.O.B. FROM SHIPPING FACILITY. Seller will not be responsible for goods damaged in transit to buyer except to furnish documentation aid in filing claims. Claims or shortages will be made within 48 hours of shipments. Responsibility or payments of local, state, or federal taxes of filing of certificates of exemption rests with the buyer. Merchandise will not be returned for warranty adjustment without prior approval. Any products returned to ECI or credit for any reason other than an error on the part of ECI will bear a 25% restocking charge which will be deducted from the credit. Returned goods are subject to inspection before acceptance. Purchaser shall pay seller a service charge in the amount of $25.00 for checks returned by the purchaser's bank, provided however, that such service charge shall not be due and payable in the event such payment would result in the violation of the usury laws of the applicable jurisdiction.

8503 Middlex | San Antonio, TX 78217 | Tel 210.820.8101 | Fax 210.820.8102 | www.eci.aero | sales-service@eci.aero
ECi is recognized for Quality Management System compliance to ISO 8001:2000.

**REMIT PAYMENT TO:** ENGINE COMPONENTS INTERNATIONAL
PO Box 65021
San Antonio, TX 78265-5021

DIXIE 000302

Invoice 133719-1

 **ENGINE COMPONENTS INTERNATIONAL**

| Customer Order | Sales Order | Invoice Date | Page |
|---|---|---|---|
| Rice/Perkins | 133719 | 07-15-13 | 3 |

**BILL TO:**
10120
D'Shannon Aviation
1309 County road 134
Buffalo, MN 55313

**SHIP TO:**
10120*1
D'Shannon Avaition
168-B Raceway Drive
Mooresville, NC 28117
USA

Freight Terms: Prepaid and Add
Ship Via: UPS GROUND
Ship Act:

| Ln No | Item/Part Number | Sell UM | Order Qty | Price UM | Shipped Qty | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|
|  | same as 639573 | EA | 50.00 | EA | 50.00 | 0.610 | 30.50 |
| 21 | SA642917-1\|01 HOSE |  |  |  |  |  |  |
|  | same as 649994-13 | EA | 30.00 | EA | 30.00 | 13.840 | 415.20 |
| 22 | 539023\|01 HOSE 2.75I | EA | 1.00 | EA | 1.00 | 15.030 | 15.03 |
| 23 | 655269\|01 BUSHING-MA |  |  |  |  |  |  |
|  | same as 638172 | EA | 12.00 | EA | 12.00 | 3.510 | 42.12 |
| 24 | 639305\|01 VERNATHERM | EA | 3.00 | EA | 3.00 | 378.980 | 1136.94 |
| 25 | AEC641931-10.75\|01 Thrubolt 100% Replacement at O/H per TCM SB 97-6 | EA | 24.00 | EA | 24.00 | 39.480 | 947.52 |
| 26 | 630693-11.67\|01 BOLT-THRU. | EA | 1.00 | EA | 1.00 | 89.740 | 89.74 |
| 27 | 649353-.75\|01 SCREW | EA | 100.00 | EA | 100.00 | 0.430 | 43.00 |
| 28 | AEC652129\|01 Bushing *Not approved* | EA | 36.00 | EA | 36.00 | 6.240 | 224.64 |
| 29 | AEC24802\|01 Key NO CHARGE |  |  |  |  |  |  |

Handwritten notes: "1 EA 683263", "8 EA 683263"

**TOTAL**

TERMS AND CONDITIONS OF SALE: ALL BILLS PAYABLE IN U.S. FUNDS-SALES ARE F.O.B. FROM SHIPPING FACILITY. Seller will not be responsible for goods damaged in transit to buyer except to furnish documentation aid in filing claims. Claims or shortages will be made within 48 hours of shipments. Responsibility of payments of local, state, or federal taxes of filing of certificates of exemption rests with the buyer. Merchandise will not be returned for warranty adjustment without prior approval. Any products returned to ECi for credit for any reason other than an error on the part of ECi will bear a 25% restocking charge which will be deducted from the credit. Returned goods are subject to inspection before acceptance. Purchaser shall pay seller a service charge in the amount of $25.00 for checks returned by the purchaser's bank, provided however, that such service charge shall not be due and payable in the event such payment would result in the violation of the usury laws of the applicable jurisdiction.

9503 Middlex | San Antonio, TX 78217 | Tel 210.820.8101 | Fax 210.820.8102 | www.eci.aero | sales-service@eci.aero
ECi is recognized for Quality Management System compliance to ISO 9001:2000.

ENGINE COMPONENTS INTERNATIONAL
PO Box 65021
San Antonio, TX 78265-5021

**DIXIE 000303**



**ENGINE COMPONENTS INTERNATIONAL**

Invoice 133719-1

| Customer Order | Sales Order | Invoice Date | Page |
|---|---|---|---|
| Rice/Perkins | 133719 | 07-15-13 | 4 |

**BILL TO:**
10120

D'Shannon Aviation
1309 County road 134
Buffalo, MN 55313

**SHIP TO:**
10120*1
D'Shannon Avaition
168-B Raceway Drive
Mooresville, NC 28117
USA

Freight Terms: Prepaid and Add
Ship Via: UPS GROUND
Ship Act:

| Ln No | Item/Part Number | Sell UM | Order Qty | Price UM | Shipped Qty | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|
| | | EA | 12.00 | EA | 12.00 | 0.000 | 0.00 |
| | Additional Charges Freight | | | | | | 43.00 |

Consolidate with SO # 133973

Inv Payment Terms   CASH IN ADVANCE

Bill of Lading Information for shipment number  1

| Packslip Number | Bill of Lading Number | Carrier Name | Shipment Method |
|---|---|---|---|
| 1 | 1Z7594400350314093 | | |

***Visit our new website at www.eci.aero***

TERMS AND CONDITIONS OF SALE: ALL BILLS PAYABLE IN U.S. FUNDS-SALES ARE F.O.B. FROM SHIPPING FACILITY
Seller will not be responsible for goods damaged in transit to buyer except to furnish documentation aid in filing claims. Claims or shortages will be made within 48 hours of shipments. Responsibility or payments of local, state, or federal laws of filing of certificates of exemption rests with the buyer. Merchandise will not be returned for warranty adjustment without prior approval. Any products returned to ECI or credit for any reason other than an error on the part of ECI will bear a 25% restocking charge which will be deducted from the credit. Returned goods are subject to inspection before acceptance. Purchaser shall pay seller a service charge in the amount of $25.00 for checks returned by the purchaser's bank, provided however, that such service charge shall not be due and payable in the event such payment would result in the violation of the usury laws of the applicable jurisdiction.

9503 Middlex | San Antonio, TX 78217 | Tel 210.820.8101 | Fax 210.820.8102 | www.eci.aero | sales-service@eci.aero
ECi is recognized for Quality Management System compliance to ISO 9001:2000.
M348. 05/00/2011

**TOTAL**   $5,463.70

REMIT PAYMENT TO:
ENGINE COMPONENTS INTERNATIONAL
PO Box 65021
San Antonio, TX 78265-5021

**DIXIE 000304**

Invoice 133719-2

 **ENGINE COMPONENTS INTERNATIONAL**

| Customer Order | Sales Order | Invoice Date | Page |
|---|---|---|---|
| Rice/Perkins | 133719 | 07-19-13 | 1 |

**BILL TO:**
10120

D'Shannon Aviation
1309 County road 134
Buffalo, MN 55313

**SHIP TO:**
10120*1
D'Shannon Avaition
168-B Raceway Drive
Mooresville, NC 28117
USA

Freight Terms: Prepaid
Ship Via:      UPS NEXT DAY AI
Ship Act:

| Ln No | Item/Part Number | Sell UM | Order Qty | Price UM | Shipped Qty | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|
| 1 | 630693-12.14\|01 BOLT-THRU | EA | 2.00 | EA | 2.00 | 89.740 | 179.48 |
| 2 | 646550A1\|01 GASKET SET | EA | 3.00 | EA | 3.00 | 128.180 | 384.54 |

Inv Payment Terms   CASH IN ADVANCE

Bill of Lading Information for shipment number 2

| Packslip Number | Bill of Lading Number | Carrier Name | Shipment Method |
|---|---|---|---|
| 1 | 1Z75944001506231155 | | |

***Visit our new website at www.eci.aero***

TERMS AND CONDITIONS OF SALE: ALL BILLS PAYABLE IN U.S. FUNDS-SALES ARE F.O.B. FROM SHIPPING FACILITY
Seller will not be responsible for goods damaged in transit to buyer except to furnish documentation aid in filing claims. Claims or shortages will be made within 48 hours of shipments. Responsibility or payments of local, state, or federal taxes of filing of certificates of exemption rests with the buyer. Merchandise will not be returned for warranty adjustment without prior approval. Any products returned to ECI for credit for any reason other than as error on the part of ECI will bear a 25% restocking charge which will be deducted from the credit. Returned goods are subject to inspection before acceptance. Purchaser shall pay seller a service charge in the amount of $25.00 for checks returned by the purchasers bank, provided however, that such service charge shall not be due and payable in the event such payment would result in the violation of the usury laws of the applicable jurisdiction.

9503 Middlex | San Antonio, TX 78217 | Tel 210.820.8101 | Fax 210.820.8102 | www.eci.aero | sales-service@eci.aero
ECI is recognized for Quality Management System compliance to ISO 9001:2000.

**TOTAL**   $564.02

ENGINE COMPONENTS INTERNATIONAL
PO Box 65021
San Antonio, TX 78265-5021

DIXIE 000305

 **ENGINE COMPONENTS INTERNATIONAL**

Invoice 133973-2

| Customer Order | Sales Order | Invoice Date | Page |
|---|---|---|---|
| Mike | 133973 | 07-16-13 | 1 |

**BILL TO:**
10120

D'Shannon Aviation
1309 County road 134
Buffalo, MN 55313

**SHIP TO:**
10120*1
D'Shannon Avaition
168-B Raceway Drive
Mooresville, NC 28117
USA

Freight Terms: Prepaid
Ship Via:  UPS 2ND DAY AIR
Ship Act:

| Ln No | Item/Part Number | Sell UM | Order Qty | Price UM | Shipped Qty | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|
| 1 | 629680\|01 COLLAR ASM | EA | 3.00 | EA | 3.00 | 383.090 | 1149.27 |

PAID OK - J.B. 7/10/13 check # 4075

Inv Payment Terms   CASH IN ADVANCE

Bill of Lading Information for shipment number 2

| Packslip Number | Bill of Lading Number | Carrier Name | Shipment Method |
|---|---|---|---|
| 1 | 1Z7594400250180319 | | |

***Visit our new website at www.eci.aero***

TERMS AND CONDITIONS OF SALE: ALL BILLS PAYABLE IN U.S. FUNDS-SALES ARE F.O.B. FROM SHIPPING FACILITY. Seller will not be responsible for goods damaged in transit to buyer except to furnish documentation aid in filing claims. Claims or shortages will be made within 48 hours of shipments. Responsibility of payments of local, state, or federal laws of filing of certificates of exemption rests with the buyer. Merchandise will not be returned for warranty adjustment without prior approval. Any products returned to ECI or credit for any reason other than an error on the part of ECI will bear a 25% restocking charge which will be deducted from the credit. Returned goods are subject to inspection before acceptance. Purchaser shall pay seller a service charge in the amount of $25.00 for checks returned by the purchaser's bank, provided however, that such service charge shall not be due and payable in the event such payment would result in the violation of the usury laws of the applicable jurisdiction.

9503 Middlex | San Antonio, TX 78217 | Tel 210.820.8101 | Fax 210.820.8102 | www.eci.aero | sales-service@eci.aero
ECI is recognized for Quality Management System compliance to ISO 9001:2000.
M348 05/03/2011

**TOTAL** $1,149.27

 ENGINE COMPONENTS INTERNATIONAL
PO Box 65021
San Antonio, TX 78265-5021

**DIXIE 000306**

# ECi ENGINE COMPONENTS INTERNATIONAL

**Invoice 134752-1**

| Customer Order | Sales Order | Invoice Date | Page |
|---|---|---|---|
| DSA Inv. | 134752 | 08-12-13 | 1 |

**BILL TO:**
10120
D'Shannon Aviation
1309 County road 134
Buffalo, MN 55313

**SHIP TO:**
10120*1
D'Shannon Avaition
168-B Raceway Drive
Mooresville, NC 28117
USA

Freight Terms: Prepaid and Add
Ship Via: UPS GROUND
Ship Act:

| Ln No | Item/Part Number | Sell UM | Order Qty | Price UM | Shipped Qty | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|
| 1 | MS2\|01 Camshaft Overhaul-6 cyl 6 Cylinder Serial Numbers 47528-2, 47528-1, 47528-3 MS2 P/N 654084 | EA | 3.00 | EA | 3.00 | 130.000 | 390.00 |
| 2 | CMP\|01 Camshaft Parts | EA | 1.00 | EA | 1.00 | 2.280 | 2.28 |
| | Additional Charges Freight | | | | | | 20.00 |

Inv Payment Terms   M/C-VISA

Bill of Lading Information for shipment number   1

| Packslip Number | Bill of Lading Number | Carrier Name | Shipment Method |
|---|---|---|---|
| 1 | 1Z75944400351294783 | | |

***Visit our new website at www.eci.aero***

**TOTAL**   $412.28

TERMS AND CONDITIONS OF SALE: ALL BILLS PAYABLE IN U.S. FUNDS-SALES ARE F.O.B. FROM SHIPPING FACILITY
Seller will not be responsible for goods damaged in transit to buyer except to furnish documentation aid in filing claims. Claims or shortages will be made within 48 hours of shipments. Responsibility or payments of local, state, or federal laws of filing of certificates of exemption rests with the buyer. Merchandise will not be returned for warranty adjustment without prior approval. Any products returned to ECi or credit for any reason other than an error on the part of ECi will bear a 25% restocking charge which will be deducted from the credit. Returned goods are subject to inspection before acceptance. Purchaser shall pay seller a service charge in the amount of $25.00 for checks returned by the purchaser's bank, provided however, that such service charge shall not be due and payable in the event such payment would result in the violation of the usury laws of the applicable jurisdiction.

9503 Middlex | San Antonio, TX 78217 | Tel 210.820.8101 | Fax 210.820.8102 | www.eci.aero | sales-service@eci.aero
ECi is recognized for Quality Management System compliance with ISO 9001:2000.
M348 05/09/2011

ENGINE COMPONENTS INTERNATIONAL
PO Box 65021
San Antonio, TX 78265-5021


DIXIE 000307

```
                                        Invoice 134973-1
                                    ┌──────────┬──────────┬──────────┬──────┐
  ECi  ENGINE                       │ Customer │ Sales    │ Invoice  │ Page │
       COMPONENTS                   │ Order    │ Order    │ Date     │      │
       INTERNATIONAL                │   Mike   │ 134973   │ 08-12-13 │  1   │
                                    └──────────┴──────────┴──────────┴──────┘
```

**BILL TO:** 10120
D'Shannon Aviation
1309 County road 134
Buffalo, MN 55313

**SHIP TO:** 10120*1
D'Shannon Avaition
168-B Raceway Drive
Mooresville, NC 28117
USA

Freight Terms: Prepaid and Add
Ship Via:  UPS GROUND
Ship Act:

| Ln No | Item/Part Number | Sell UM | Order Qty | Price UM | Shipped Qty | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|
| 1 | AEC536563\|01 Dowel | EA | 10.00 | EA | 10.00 | 3.690 | 36.90 |

Inv Payment Terms  M/C-VISA

***Visit our new website at www.eci.aero***

**TOTAL**  $36.90

TERMS AND CONDITIONS OF SALE: ALL BILLS PAYABLE IN U.S. FUNDS-SALES ARE F.O.B. FROM SHIPPING FACILITY
Seller will not be responsible for goods damaged in transit to buyer except to furnish documentation aid in filing claims. Claims or shortages will be made within 48 hours of shipments. Responsibility or payments of local, state, or federal taxes of filing of certificates of exemption rests with the buyer. Merchandise will not be returned for warranty adjustment without prior approval. Any products returned to ECi or credit for any reason other than as an error on the part of ECi will bear a 25% restocking charge which will be deducted from the credit. Returned goods are subject to inspection before acceptance. Purchaser shall pay seller a service charge in the amount of $25.00 for checks returned by the purchaser's bank, provided however, that such service charge shall not be due and payable in the event such payment would result in the violation of the usury laws of the applicable jurisdiction.
9503 Middlex | San Antonio, TX 78217 | Tel 210.820.8101 | Fax 210.820.8102 | www.eci.aero | sales-service@eci.aero
ECi is recognized for Quality Management System compliance to ISO 9001:2000.
M348. 05/09/2011

REMIT PAYMENT TO: ENGINE COMPONENTS INTERNATIONAL
PO Box 65021
San Antonio, TX 78265-5021

**DIXIE 000308**

**ECi ENGINE COMPONENTS INTERNATIONAL**

Invoice 134973-2

| Customer Order | Sales Order | Invoice Date | Page |
|---|---|---|---|
| Mike | 134973 | 08-20-13 | 1 |

**BILL TO:**
10120

D'Shannon Aviation
1309 County Road 134
Buffalo, MN 55313

**SHIP TO:**
10120*1
D'Shannon Avaition
168-B Raceway Drive
Mooresville, NC 28117
USA

Freight Terms: Prepaid and Add
Ship Via:  UPS 2ND DAY AIR
Ship Act:

| Ln No | Item/Part Number | Sell UM | Order Qty | Price UM | Shipped Qty | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|
| 1 | 632425\|01 DIAPHRAGM | EA | 1.00 | EA | 1.00 | 388.840 | 388.84 |
| 2 | 630184\|01 SPRING-COM minimum qty is 6 | EA | 6.00 | EA | 6.00 | 10.500 | 63.00 |
| 3 | 632224\|01 BAFFLE-OIL | EA | 1.00 | EA | 1.00 | 41.440 | 41.44 |
|   | Additional Charges Freight |   |   |   |   |   | 25.00 |

Inv Payment Terms   M/C-VISA

Bill of Lading Information for shipment number 2

| Packslip Number | Bill of Lading Number | Carrier Name | Shipment Method |
|---|---|---|---|
| 1 | 1Z7594400249684126 |   |   |

***Visit our new website at www.eci.aero***

**TOTAL**   $518.28

TERMS AND CONDITIONS OF SALE: ALL BILLS PAYABLE IN U.S. FUNDS-SALES ARE F.O.B. FROM SHIPPING FACILITY
Seller will not be responsible for goods damaged in transit to buyer except to furnish documentation and in filing claims. Claims or shortages must be made within 48 hours of shipments. Responsibility or payments of local, state, or federal laws or filing of certificates of exemption rests with the buyer. Merchandise will not be returned for warranty adjustment without prior approval. Any products returned to ECi for credit for any reason other than an error on the part of ECi will bear a 25% restocking charge which will be deducted from the credit. Returned goods are subject to inspection before acceptance. Purchaser shall pay seller a service charge in the amount of $25.00 for checks returned by the purchaser's bank, provided however, that such service charge shall not be due and payable in the event such payment would result in the violation of the usury laws of the applicable jurisdiction.

9503 Middlex | San Antonio, TX 78217 | Tel 210.820.8101 | Fax 210.820.8102 | www.eci.aero | sales-service@eci.aero
ECi is recognized for Quality Management System compliance to ISO 9001:2000.
M345 06/09/2011

REMIT PAYMENT TO: ENGINE COMPONENTS INTERNATIONAL
PO Box 65021
San Antonio, TX 78265-5021

**DIXIE 000309**