FILED
2016 Nov-14 PM 06:47
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 35

IO550C25 PMA Approvals

Case 7:15-cv-01172-LSC  Document 84-24  Filed 11/14/16  Page 2 of 3
Case 7:15-cv-01172-LSC  Document 53-8  Filed 04/14/16  Page 2 of 3

https://mail.aol.com/webmail-std/en-us/PrintMessage

From: Carrie Ritchie <critchie@eci.aero>
To: ter2mi <ter2mi@aol.com>
Subject: IO550C25 PMA Approvals
Date: Wed, May 27, 2015 12:07 pm

Hello Mike!

Unfortunately, the part numbers which you have given me are not approved for your engine type. The AEC646592-A1 consists of part numbers AEC634503, AEC642720 and AEC646288. I looked up the first part number of this bearing set and the IO550C25 engine on our PMA approval and it is not approved. Please see below:

The same is true for the AEC642398 and the AEC652129. Please see below:

Please let me know if you have any further questions. Thank you!

Best Regards,

Carrie Ritchie
Inside Sales Representative

ECi ENGINE COMPONENTS INTERNATIONAL

9503 Middlex
San Antonio, TX 78217
Direct Ph: 210 820 8117
Toll Free: 800 324 2359

** NOW STOCKING: Tempest spark plugs & oil filters! Check out our extremely competitive pricing! **


PLAINTIFF'S EXHIBIT 2

IO-550-C



147

Aviation Engs
Don Freeman

Should Be A2
correct

Incorrect per ELT

OK    OK

If the AEC646592-A1 bearing set, AEC642398 Rod bearings, AEC652129 R/arm bshgs are indeed installed, these items are NOT approved for this model.
Per the #1 log book, this was a NEW engine on 11-96, the cylinders currently on this engine are dated 4-79, 9-96 -4-00, 9-80, 1-02, 1-02.
The crankgear bolts DO NOT have a part # on the head. The NEW CM 656990 that we currently have in stock - DO HAVE THE part # on them.

634503 (6)
642720 (4)
646288 (4)

Carrie

△² Bolt P/n 656990
is .312

RAM
Allen Smith

1800-324-2359

10-550-C (25)     12,500

**DIXIE 000617**
4/29/2015 12:52 PM