FILED

2016 Nov-14  PM 06:47
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT
# 36

1

```
 1

 2          IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF ALABAMA
 3                   WESTERN DIVISION

 4   PERKINS COMMUNICATIONS,
     LLC and MATRIX, LLC,
 5
              Plaintiffs,
 6
         vs.                    No. 7:15-cv-01172-LSC
 7
     D'SHANNON PRODUCTS, LTD,
 8   a Minnesota Limited Company,
     SCOTT ERICKSON and
 9   MICHAEL MOORE,

10            Defendants.

11

12          DEPOSITION OF C. DENNIS MOORE, PhD,

13   a witness herein, called by the Defendants, for

14   examination, in accordance with the Federal

15   Rules of Civil Procedure, taken by and before

16   Sheila Stauffer, a Registered Professional

17   Reporter and a Notary Public in and for the

18   Commonwealth of Pennsylvania, at the offices of

19   DeForest, Koscelnik, Yokitis & Berardinelli,

20   Koppers Building, 30th Floor, Pittsburgh,

21   Pennsylvania, on Wednesday, July 13, 2016,

22   at 9:00 a.m.

23                          REPORTED BY:
                            Sheila Stauffer, RPR
24                          Notary Public
                            SS42267
25
```

Perkins Communications, LLC v.
D'Shannon Products, LTD

MOORE, PhD
July 13, 2016

---

Page 2

```
 1   APPEARANCES:

 2
          FOR THE PLAINTIFFS:
 3   Stephen D. Wadsworth, Esq.
     CAMPBELL, GUIN, WILLIAMS, GUY & GIDIERE, LLC
 4   505 North 20th Street, Suite 1600
     Birmingham, Alabama  35203
 5   205-224-0755
     stephen.wadsworth@campbellguin.com
 6
 7        FOR THE DEFENDANTS:
     Timothy A. Heisterhagen, Esq.
 8   ARMBRECHT JACKSON
     63 South Royal Street, Suite 1300
 9   Mobile, Alabama  36601
     251-405-1300
10   tah@ajlaw.com

11
     ALSO PRESENT:
12   Joe Perkins (via telephone)

13

14

15

16

17

18

19

20

21

22

23

24

25
```

---

Page 4

```
 1              P R O C E E D I N G S
 2                    -----
 3           C. DENNIS MOORE, PhD
 4           being first duly sworn,
 5    was examined and testified as follows:
 6                    -----
 7              EXAMINATION
 8                    -----
 9   BY MR. HEISTERHAGEN:
10   Q.  Dr. Moore, can you state your full name for
11       the record.
12   A.  Cyrille, C-y-r-i-l-l-e, Dennis, D-e-n-n-i-s,
13       Moore, M-o-o-r-e.
14   Q.  Dr. Moore, I assume you've given depositions
15       before?
16   A.  Yes, I have.
17   Q.  The only sort of ground rule that I have is if
18       you don't understand something that I have
19       asked you, please let me know.  Otherwise, I
20       am going to assume that you have understood
21       the question that I have asked you; is that
22       fair?
23   A.  That is.
24           MR. HEISTERHAGEN: And, Stephen, the
25       usual stipulations?
```

---

Page 3

```
 1              EXAMINATION INDEX
 2   C. DENNIS MOORE, PhD
        BY MR. HEISTERHAGEN . . . . . . . . .   4
 3
 4
 5   CERTIFICATE OF WITNESS. . . . . . . . .  .119
     CERTIFICATE OF REPORTER . . . . . . . .  .120
 6
 7              EXHIBITS
     NAME                        MARKED
 8   Exhibit 1  . . . . . . . . .       5
     Exhibit 2  . . . . . . . . .      10
 9   Exhibit 3  . . . . . . . . .      10
     Exhibit 4  . . . . . . . . .      10
10   Exhibit 5  . . . . . . . . .      12
     Exhibit 6  . . . . . . . . .      13
11   Exhibit 7  . . . . . . . . .      13
     Exhibit 8  . . . . . . . . .      15
12   Exhibit 9  . . . . . . . . .      16
     Exhibit 10 . . . . . . . . .      31
13   Exhibit 11 . . . . . . . . .      36
     Exhibit 12 . . . . . . . . .      92
14   Exhibit 13 . . . . . . . . .      96
     Exhibit 14 . . . . . . . . .     114
15   Exhibit 15 . . . . . . . . .     115
16
```

```
17

18

19

20

21

22

23

24

25
```

---

Page 5

```
 1           MR. WADSWORTH: Yes.
 2   Q.  Dr. Moore, what is your business address?
 3   A.  5401 McConnell Avenue, Los Angeles,
 4       California, 90066.
 5   Q.  What is your home address?
 6   A.  730 Stonegate Drive, Wexford, Pennsylvania,
 7       15090.
 8   Q.  So you live here in Pennsylvania, but your
 9       business is operated out of California?
10   A.  I am still attached to our Los Angeles office.
11                    -----
12   (Exhibit 1 was marked for identification.)
13                    -----
14   Q.  Dr. Moore, I would like to mark as Exhibit 1
15       the notice for your deposition here today.
16       Have you seen that notice of deposition prior
17       to today?
18   A.  I don't really recall that I have seen this.
19   Q.  Well, what I would like to do, if you could
20       flip to page two where the document requests
21       begin.  I just want to go through these and
22       confirm that you brought the requested
23       information with you.
24           No. 1, have you brought all data and
25       information considered, used or relied upon to
```

---

Page 6

1    form your opinions?
2  A.  The report that we have, which I have brought
3      a copy of, lists the data that's relied upon
4      which is production data and publicly
5      available data.  I didn't print out the whole
6      stack of stuff.
7  Q.  So any documents that were produced in this
8      case and given to you you have not brought
9      those, correct?
10 A.  That is correct.
11 Q.  No. 2, do you have any photographs or videos
12     which you have taken and reviewed in this case
13     with you here today?
14 A.  I have not taken any photographs or videos in
15     this matter.
16 Q.  But I assume that you've reviewed Dr.
17     Anderson's photographs?
18 A.  Yes.
19 Q.  Do you have those photographs with you here
20     today?
21 A.  No, I did not bring those.
22 Q.  Would Dr. Anderson have a copy of those?
23 A.  Yes.  And they are electronic so --
24         MR. WADSWORTH: We can get those to
25     you.

Page 7

1  Q.  Let's see.  No. 3 refers to items we have
2      already discussed which are documents,
3      materials or other items furnished to you, and
4      you stated that you did not bring those,
5      correct?
6  A.  That's correct.
7  Q.  Do you have any correspondence in this case
8      other than correspondence between Mr.
9      Wadsworth or anyone in his firm and you?
10 A.  No.  The only correspondence I have had at all
11     has generally been related to here is a copy
12     of our report, here is when inspections have
13     taken place, and I was cc'd on because I
14     wasn't at the inspection.  Here is when you
15     should be where for your deposition.
16 Q.  Have you had any written communications of any
17     kind with Dr. Anderson?
18 A.  Just a few emails back and forth regarding,
19     again, logistics primarily.
20 Q.  How did he send his pictures to you?  Over
21     email, jump drive?
22 A.  He put them on a server.
23 Q.  An Exponent server?
24 A.  Yes.
25 Q.  And before we go any further, you work for a

Page 8

1    company called Exponent, correct?
2  A.  Yes.
3  Q.  Where are they based out of?
4  A.  Menlo Park, California are the headquarters.
5  Q.  But they have offices and consultants and
6      engineers all over; is that right?
7  A.  Yes.  We have, I think, 20 some odd offices
8      across the United States.
9  Q.  Exponent for lack of a better term really
10     covers the waterfront in terms of consulting
11     or expert services; is that true?
12 A.  Yes.
13 Q.  And what I am trying to find out, they are not
14     primarily an aviation consulting company or a
15     products consulting company.  They have many
16     different types of experts and specialists,
17     correct?
18 A.  Yes.  I think we have upwards of 600 technical
19     staff, and if I remember correctly about half
20     of our work now is non-litigation related.  It
21     is just straight up consulting in a variety of
22     things -- anywhere from health to civil
23     engineering, to technology development, to,
24     you know, classical sort of accident
25     investigation.

Page 9

1  Q.  I think the best way to short circuit going
2      through each and every one of these requests
3      is to just tell me what you brought with you
4      here today.
5  A.  I put together a binder that consists of the
6      report that I co-authored with Mr. Anderson,
7      just some excerpts of -- Type Certificate Data
8      Sheet for the IO-550 along with a couple of
9      FARs, and then some printouts from data from
10     the left engine, and this data I don't think
11     is mentioned in our report.  I didn't really
12     rely on it.  It was given to me in March.  I
13     will also say I reviewed two days ago,
14     although I did not bring, some pictures that
15     someone took of a starter adapter.  Then I
16     brought some pages that I printed from the
17     discovery that were the logbook entries for
18     the left engine, right engine and the air
19     frame and then a section from AC 43.13-1B,
20     which is an FAA advisory circular on
21     acceptable methods and practices.
22 Q.  Can I mark this?
23 A.  Yes.
24 Q.  These aren't your original only copies?
25 A.  Everything I have is electronic so I can

Page 10

1      always reprint.
2              MR. WADSWORTH: Can we go off the
3      record.
4                    -----
5         (There was a discussion off the record.)
6                    -----
7      (Exhibit 2 was marked for identification.)
8                    -----
9   Q.   Dr. Moore, what I have marked as Exhibit 2, is
10      that the report prepared by you and Dr.
11      Anderson in this case?
12  A.   Yes.  It is a printout of the report.
13  Q.   We are going to go over that but you can put
14      it aside for now.  I want to go ahead and mark
15      everything.
16                   -----
17      (Exhibit 3 was marked for identification.)
18                   -----
19  Q.   Dr. Moore, I have marked as Exhibit 3 the Type
20      Certificate for the IO-550 engine; is that
21      correct?
22  A.   That is correct.
23                   -----
24      (Exhibit 4 was marked for identification.)
25                   -----

Page 11

1   Q.   Exhibit 4, that is the FAR Section 33.55,
2      correct?
3   A.   It is 33.55 at the amendment level applicable
4      to the IO-550-C.
5   Q.   Can you explain to me what you mean by that?
6   A.   Sure.  If I go back to Exhibit 3, when any
7      aviation product is certified it has what is
8      called a certification basis, and so if I look
9      at the bottom of page 6 of Exhibit 3, it says
10      certification basis, and under the first line
11      says, it has a bunch of engine models, one of
12      which is IO-550-C.  It says FAR 33, effective
13      February 1, 1965 as amended through Amendment
14      33-8.  So there are various amendment levels.
15          When you go to Exhibit 4, you will see
16      that this is amendment 33-6 which precedes
17      33-8, but there is no change between the two.
18          So this is the section as written that
19      IO-550-C was demonstrated to comply with by at
20      that time Teledyne Continental.
21  Q.   So Exhibit 4, that's the FAR that was
22      applicable to IO-550 when it was certified?
23  A.   That is 33.55 that was applicable on the first
24      page, and then on the subsequent pages, I
25      don't know if you want to mark that

Page 12

1      separately, that's 33.49.
2   Q.   I think we can keep them together.  Exhibit 4
3      is going to be Section 33.55 and Section
4      33.49.
5   A.   At the appropriate revision level, yes.
6                    -----
7      (Exhibit 5 was marked for identification.)
8                    -----
9   Q.   Dr. Moore, can you tell me what I have marked
10      as Exhibit 5 is?
11  A.   Sure.  Exhibit 5 are various plots that I
12      produced from files that I received in March
13      of engine parameters.
14  Q.   And was that information received from Mr.
15      Perkins' engine analyzers?
16  A.   Yes.  I believe these are the Oracle
17      information, they were received as comma
18      separated values, so I opened it in Excel and
19      made some plots and exported some plots.  I
20      didn't do it for every one, but I did it for
21      certain dates as noted at the top of each.
22  Q.   I think you told me when we started the
23      deposition, you did not rely on that
24      information in preparing your report; is that
25      correct?

Page 13

1   A.   That is correct.
2                    -----
3      (Exhibit 6 was marked for identification.)
4                    -----
5   Q.   Dr. Moore, Exhibit 6 looks like a September
6      25, 2013 logbook entry for an IO-550-C engine,
7      serial number 683263 which we will refer to as
8      the left D'Shannon engine.
9   A.   Yes.
10  Q.   And then it also contains a logbook entry
11      dated October 10, 2013 for a Continental
12      IO-550-C engine, Serial No. 683402 which I
13      will refer to as the right D'Shannon engine,
14      and finally an April 5, 2014 logbook entry for
15      the airframe, and you can review those.  I
16      just want to confirm that that is correct.
17  A.   That is what those are.
18                   -----
19      (Exhibit 7 was marked for identification.)
20                   -----
21  Q.   And finally, Exhibit 7, can you tell me what
22      Exhibit 7 is one more time?
23  A.   Yes.  It is pages from AC 43.13-1B that just
24      has to do with safety.  So these are pages
25      7-19 through 7-26.

Page 14

1  Q.  And the documents that we just marked as
2      Exhibits 2 through 7, those are all of the
3      documents that you brought here with you
4      today?
5  A.  That is correct.
6          MR. WADSWORTH: We can supplement
7      photographs and correspondence.  There is not
8      a whole lot exciting as you might imagine in
9      correspondence.  The photographs are probably
10     very similar to the ones that your expert
11     took, but we will get them to you.
12 Q.  Dr. Moore, did you take any of the photographs
13     of either of the D'Shannon engines?
14 A.  No.
15 Q.  Who took those photographs?
16 A.  Well, David Anderson took some photographs.
17 Q.  You are right.  Who took the photographs of
18     the D'Shannon engine that you reviewed, if you
19     know who took them?
20 A.  Well, some were taken by David Anderson.
21     Others of the starter adapter I do not know
22     who took them.  There were many photographs
23     that were taken and produced as part of the
24     discovery, and I don't know who took those
25     individual photographs.

Page 15

1          -----
2      (Exhibit 8 was marked for identification.)
3          -----
4  Q.  And I would like to show you what I marked as
5      Exhibit 8 which is page 29 of your report.
6      This states the documents that you reviewed in
7      this case.  I think we already discussed that
8      you reviewed -- in addition to what is listed
9      on Appendix C, you reviewed photographs taken
10     by Dr. Anderson, correct?
11 A.  Yes.
12 Q.  And you also reviewed photographs recently,
13     but that were not used as part of your report,
14     that were taken of the starter adapter; is
15     that correct?
16 A.  Yes, that is correct, and the engine data.
17 Q.  You reviewed the engine data, but you told me
18     you didn't rely on the engine data in your
19     report?
20 A.  Correct.
21 Q.  Other than what is listed on Exhibit 8, and
22     the items that we just discussed, did you
23     review any other information in preparing your
24     opinions that are set forth in your report?
25 A.  Other than general knowledge that I already

Page 16

1      have, no.  And then separately, I mean, we
2      talked about the FAR sections and whatnot.
3      Those weren't really part of my report, but we
4      already discussed them and marked them.
5          -----
6      (Exhibit 9 was marked for identification.)
7          -----
8  Q.  Dr. Moore, I would like to show you what I
9      have marked as Exhibit 9.  Is Exhibit 9 a copy
10     of your CV that was attached as Appendix A-1
11     to your report?
12 A.  Yes.
13 Q.  And is that CV accurate and up-to-date to the
14     best of your knowledge?
15 A.  It is my current CV.  It was last updated in
16     2008.  There have been a few things since
17     then.  I have a patent.  I have taken a few
18     more courses in system safety and things like
19     that, but globally, it's accurate.
20 Q.  What did you acquire the patent in or for?
21 A.  It was for application of an air cycle machine
22     to automotive vehicles.
23 Q.  So it's not related to aircraft; is that
24     correct?
25 A.  Well, air cycle machines are typical

Page 17

1      environmental control systems for aircraft.
2      So this was could you use it on a ground
3      vehicle, and that's what it's related to.
4  Q.  What is an air cycle machine?
5  A.  An air cycle machine, the best way to describe
6      it would be sort of like a jet where you
7      extract energy rather than adding energy.  So
8      you take compressed air, and you compress it
9      further which makes it hotter, and you then
10     have a heat exchanger which brings the
11     temperature down, and then you expand that
12     through a turbine which drives the compressor,
13     and as a result -- so instead of a combustion
14     chamber, you have a heat exchanger that's
15     extracting heat.  The air that is coming out
16     the back end is cold, and that's what is used
17     in most turbine aircraft.
18 Q.  So you are essentially trying to make a jet
19     car?
20 A.  No.  This has to do with air conditioning.  It
21     is air conditioning that's pure thermodynamics
22     without relying on any Freon or other
23     refrigerant.
24 Q.  Then you said you had taken additional courses
25     related to safety systems; is that right?

Page 18

1 A.    System safety.

2 Q.    What were those courses about?  More specific
3       than system safety?

4 A.    System safety is a discipline where you are
5       looking at risk, and so you look at the
6       probability and the severity or, for instance,
7       there are various ways to approach it.  You
8       look at FMEAs or fault trees, ways to analyze
9       systems and determine both what the risk is
10      and where failures may occur and what effect
11      those failures have.  And that was taken at
12      the USC Viterbi School.

13 Q.   Were those courses related to products
14      specifically or just system safety generally?

15 A.   Generally.  System safety goes across many
16      disciplines.  The actual instructor for the
17      course was from Hughes and he had done system
18      safety on satellites and the F14 radar system,
19      but it has applicability to automobiles,
20      blenders, you name it.

21 Q.   I would like to ask a few questions about your
22      education.  When you were obtaining your
23      Bachelor's degree from Princeton University,
24      did you take any courses related to
25      overhauling or maintaining piston aircraft

Page 19

1       engines?

2 A.    No.

3 Q.    While you were obtaining your Master's degree
4       from Princeton, did you take any courses at
5       Princeton related to overhauling or
6       maintaining piston aircraft engines?

7 A.    Design of engines, yes; overhauling or
8       maintaining, no.

9 Q.    What classes did you take at the Master's
10      level that were related to the design of
11      engines?

12 A.   Well, those courses were actually at the
13      Bachelor's level on the design, not at the
14      Master's level.  But it was just propulsion
15      and general thermodynamics, engines, looking
16      at combustion efficiencies, different design
17      choices, that sort of thing.

18 Q.   And while obtaining your PhD from Cal Tech,
19      did you take any courses at Cal Tech relating
20      to overhauling or maintaining piston engines?

21 A.   No.  Well, you said while at Cal Tech --

22 Q.   Did you take any courses from the university
23      itself related to overhauling or maintaining
24      piston aircraft engines?

25 A.   No.

Page 20

1 Q.    You have your private pilot's license?

2 A.    Yes, I do.

3 Q.    Is that license current?

4 A.    The license doesn't expire.  I'm not current
5       as far as my flying.

6 Q.    When did that occur?  When did you stop being
7       current in terms of your flying?

8 A.    When I did not have my medical anymore.

9 Q.    Do you remember about what date that was?

10 A.   2006, 2007.

11 Q.   What caused you to lose your medical for your
12      pilot's license?

13 A.   Cancer.  Although I should say I shouldn't
14      have to answer that, but I'm not afraid of it.

15 Q.   Has your pilot's license ever been subject to
16      any adverse action by the FAA other than --
17      excluding the loss of the medical?

18 A.   No.  I have never had my license suspended.

19 Q.   That's what I am trying to find out.  When did
20      you first obtain your private pilot's license?

21 A.   1986.

22 Q.   And when did you obtain the multi-engine
23      rating?

24 A.   '92, I believe.

25 Q.   How about the instrument rating?

Page 21

1 A.    '88, 1988.

2 Q.    From the time you first obtained your private
3       pilot's license until you lost your medical,
4       did your pilot's license ever lapse for any
5       reason or lose its currency?

6 A.    As I think I have said, pilot's licenses don't
7       lapse per se.  So you are either current -- in
8       other words, assuming I had my medical today,
9       I could go rent an airplane, I could do a BFR,
10      and then I could carry passengers.  To then do
11      IFR, depending on whether or not an instrument
12      competency check was part of my BFR or not, I
13      would need an instrument competency check.

14 Q.   I have got a better question.  Was your
15      private pilot's license current from the time
16      you first obtained it to the time you lost
17      your medical in 2006?

18 A.   Again, that's a complicated question.
19      Because, for instance, you have night
20      currency, where in order to fly at night you
21      must have done three take-offs and landings in
22      the last 90 days, and there were some times
23      where I was going to carry passengers at
24      night, and because it was toward the end of
25      summer, I hadn't done any flying at night so I

Page 22

1 had to go fly, you know, at 10:00, 11:00 at
2 night, do some landings, and then I could take
3 passengers.  Similarly, because Southern
4 California has good weather, there were times
5 when I may not have been instrument current,
6 and I had to get an instructor and go up and
7 fly a couple of approaches to meet the minimum
8 number of approaches within a certain time
9 before you can carry passengers.
10 Q.  But the FAA never revoked nor suspended your
11    license for any reason, did it?
12 A.  No.
13 Q.  When initially obtaining your private pilot's
14    license, did you pass the written test on the
15    first try?
16 A.  Yes.
17 Q.  Did you pass the practical testing or your
18    check ride on the first try?
19 A.  Yes.
20 Q.  And you also hold an Airframe and Powerplant
21    certificate from the FAA?
22 A.  Yes, I do.
23 Q.  When did you first obtain your A&P?
24 A.  1991, I believe.
25 Q.  Why did you decide to get an A&P?

Page 23

1 A.  Well, I was in graduate school getting my
2 Doctorate, and I owned an aircraft, and it was
3 at the El Toro Aero Club.  Being a poor
4 graduate student, I went down and I would work
5 on my own aircraft under supervision, and I
6 have always enjoyed working with my hands, so
7 as long as I made the drive from Pasadena to
8 El Toro, I assisted with other aircraft.
9    One of the IAs there said, you are
10 helping us out, you should keep track of the
11 time that you are helping, and he did, or I
12 did, and, you know, over time I had enough
13 hours to qualify for my A&P license.
14    So a decision I suppose would have
15 been when I started first keeping track which
16 would have been in that 1988 or so time frame.
17 Q.  And can you tell me the steps you had to go
18    through to obtain your A&P?  And I know one of
19    them you said was keeping track of the time
20    you were working on engines.
21 A.  Yes.  There are couple of different methods
22    that you can take.  You can go to school for
23    typically 18 to 24 months.  I did it through
24    the apprenticeship route.  So essentially I
25    had -- El Toro at the time had 25 airplanes or

Page 24

1 so that were flying, it varied a little bit,
2 but 20 to 25, and I would assist the
3 mechanics.  They would sign off on what I had
4 done, and when I had built up more than 3,000
5 hours of time, they signed me off to go to the
6 FAA.  The FAA looked at the records, deemed I
7 had had enough training, and signed me off to
8 take the written exams.  I took and passed the
9 written exams, and then that authorized me to
10 go and do what are called the oral and
11 practical examinations.  I passed those and
12 was given my A&P.
13 Q.  Did you pass the written examinations on your
14    first attempt?
15 A.  Oh, yes.
16 Q.  Did you pass the practical examinations on
17    your first attempt?
18 A.  Yes.
19 Q.  Has your A&P license ever been subject to any
20    adverse action by the FAA since you first
21    received it?
22 A.  No.
23 Q.  Is your A&P license current as we sit here
24    today?
25 A.  Yes.  As well as my IA.

Page 25

1 Q.  Are you currently exercising the privileges
2    granted to you as part of your A&P license?
3 A.  Yes.
4 Q.  Do you currently work on piston aircraft
5    engines?
6 A.  Yes.
7 Q.  Do you work on those as an employee of some
8    entity or do you do that on your own?
9 A.  I do that on my own.
10 Q.  Do you have a shop here in Pennsylvania?
11 A.  I have hangars that I have built up in
12    Zelienople, but most of my work is still on my
13    own aircraft which are at this point in
14    California.
15 Q.  How many aircraft do you own?
16 A.  Cessna 310 and part owner of a Cessna 421.
17 Q.  When was the last time you performed any
18    maintenance work on an aircraft other than the
19    two that you either own or have some ownership
20    interest in?
21 A.  I have assisted other mechanics in the last
22    several months, but I have not signed off on
23    logbooks as I don't have insurance for working
24    on other people's aircraft at the present
25    time.

Page 26

1 Q.   But you do sign off on the work that you
2      perform on your own aircraft; is that correct?
3 A.   Yes.
4 Q.   Can you tell me when the last time was that
5      you signed off on work performed by you on an
6      aircraft other than the two that you have an
7      ownership interest in was?
8 A.   2005 or 2006, somewhere in that time frame.
9 Q.   You said the two aircraft, the first one was a
10     Cessna 310?
11 A.  310P as in papa.
12 Q.  Is that is single or twin?
13 A.  That's a twin.
14 Q.  What kind of engines are installed on that
15     310?
16 A.  As originally certificated they were Teledyne
17     Continental IO-470-VOs.  However, currently it
18     has IO-550-B, B as in Bravo.
19 Q.  When was the last time you performed work on
20     the engines on your Cessna 310?
21 A.  2008.
22 Q.  And do you remember what type of work that
23     was?
24 A.  It was an annual inspection.
25 Q.  Do you perform the maintenance work on the

Page 27

1      421?
2 A.   Yes.
3 Q.   What kind of engines are currently equipped on
4      the 421?
5 A.   GTSIO-520-D.
6 Q.   When was the last time you performed any work
7      on the GTSIO-520 engines equipped on the 421?
8 A.   2012.
9 Q.   Was that an annual inspection as well?
10 A.  Yes, it was part of an annual.  I was
11     rebuilding the 421.
12 Q.  Why were you rebuilding it?
13 A.  Well, I guess because I wanted to, and at the
14     time, as we discussed, I did not have my
15     medical.  So it seemed like a good time to
16     essentially completely rebuild the airplane.
17 Q.  Did you have to overhaul the GTSIO-520 as part
18     of that rebuild?
19 A.  No.
20 Q.  And I think you told me a few minutes ago that
21     you had recently done some work on various
22     aircraft; is that right?
23 A.  Yes.
24 Q.  And what type of work have you done in the
25     past few months?

Page 28

1 A.   Assisting with changing cylinders, working on
2      magneto issues, vacuum issues, just standard
3      maintenance work.
4 Q.   Was that work done in Pennsylvania?
5 A.   Yes.
6 Q.   Is there a shop or mechanic that you tend to
7      work with more often than not?
8 A.   Right now I mostly assist either Pittsburgh
9      Jet Center or Flying Moose Aviation when they
10     need help, you know.
11 Q.  So if they need help from someone with an A&P
12     or IA, they may call you to help out; is that
13     correct?
14 A.  Yes, or if I am at the aircraft, and
15     Pittsburgh Jet may ask me a question if they
16     have a piston engine in, because they mostly
17     deal with jets, you know or Mr. Herd, who is
18     part of Flying Moose, well, sometimes you need
19     people to do something, and he will ask me to
20     help him out.
21 Q.  You are not employed currently by either of
22     those entities, are you?
23 A.  That is correct.
24 Q.  Dr. Moore, are you familiar with the FAR that
25     requires a certificate A&P mechanic to have

Page 29

1      recent experience to exercise the privileges
2      granted by that certificate?
3 A.   Yes, I am.
4 Q.   And I think what you just told me is that you
5      have served as a mechanic under your
6      certificate in the last six months; is that
7      right?
8 A.   Yes.  And I also do the training to keep my IA
9      current.
10 Q.  What type of training do you do to keep your
11     IA current?
12 A.  Going typically to FAA sponsored seminars.  A
13     couple of years ago I went to the Lycoming
14     Piston Engine School, so various training at
15     various times.
16 Q.  I believe that training has to be greater than
17     eight hours; is that correct?
18 A.  Eight hours in any given year.
19 Q.  So you could go to four two-hour classes, one
20     eight-hour class?
21 A.  Of approved training, that's correct.  So, for
22     instance, the engine course was 40 hours.
23     That was in one year.
24 Q.  Have you ever been to the Continental training
25     down in Mobile?

Page 30

1  A.  Yes, I have.

2  Q.  When did you do that?

3  A.  2002 if I recall correctly.

4  Q.  Now, it is the -- I forget the exact name of

5      it -- the Advanced Technician Training?

6  A.  Let's see.  Aviation Technician Advanced

7      Training Program.

8  Q.  And we talked here and there about your

9      Inspection Authorization.  When did you first

10     obtain your IA?

11 A.  1994 if I recall correctly.

12 Q.  Can you tell me what you had to do to obtain

13     your IA?

14 A.  You had to have been employed for three years

15     working as a mechanic, and then having

16     demonstrated that to the FAA, you then were

17     authorized to go and take the IA exam.

18 Q.  And did you pass the IA exam on your first

19     attempt?

20 A.  Yes, I did.

21 Q.  Has your IA ever been subject to any adverse

22     action by the FAA since you first received it?

23 A.  No.

24 Q.  And I think you told me a few minutes ago but

25     to confirm, is your IA current as we sit here

Page 31

1      today?

2  A.  Yes, it is.

3  Q.  You keep that current by attending eight hours

4      or more per year of FAA approved training,

5      correct?

6  A.  Yes.

7  Q.  To the best of your recollection, when was the

8      last time you signed off on any work performed

9      on a piston engine as an IA?

10 A.  It would have been 2012 as I said.

11 Q.  With the 421?

12 A.  Yes.

13 Q.  And would you have been signing off on the

14     engines and the airframe at that point or just

15     the airframe?

16 A.  Both.  You don't do an annual on an airframe

17     separate from an annual on the engines.

18 Q.  With Pittsburgh Jet and I think you said

19     Flying Moose, do you act as an IA for any work

20     performed by them?

21 A.  I have not.  I told them I would, but that I

22     would need to be insured to do so.

23          -----

24     (Exhibit 10 was marked for identification.)

25          -----

Page 32

1  Q.  Dr. Moore, I would like to show you what I

2      have marked as Exhibit 10.  Is Exhibit 10 FAR

3      65.92?

4  A.  Yes.

5  Q.  Are you familiar with this regulation?

6  A.  Yes, I am.

7  Q.  If you look under subsection (b)(2), do you

8      currently have a fixed base of operation?

9  A.  Yes.

10 Q.  Where is that?

11 A.  In Corona, California.

12 Q.  Do you --

13 A.  I guess now in Zelienople but --

14 Q.  Zelienople, what is that?

15 A.  It is a town here in Pennsylvania.

16 Q.  And if you look at subsection (b)(3), do you

17     currently have the equipment, facilities and

18     inspection data required by FAR Section 65-91

19     C3 and 4?

20 A.  Yes, I do.

21 Q.  And what equipment, facilities and inspection

22     data is that regulation referring to?

23 A.  Well, you need to be -- have manuals for

24     aircraft you work on.  You need to have access

25     to airworthiness directives.  That used to be

Page 33

1      a lot more complicated.  You had to have

2      Microfiche and things like that.  Now it is

3      available on the web.  So essentially if you

4      have an Internet connection you can get the

5      data.

6          The equipment would be typical hand

7      tools, mirrors, flashlights, unless there is

8      special equipment called out by the

9      manufacturer for that.  For instance, for

10     V-Tail Bonanzas, I have a particular tool for

11     rigging the ruddervators.  For Twin Cessnas, I

12     have specific tools called out for rigging of

13     landing gear.  Various other things like that.

14 Q.  Do you keep those tools with you or are they

15     at a hangar somewhere?

16 A.  They are at a hangar.

17 Q.  Is that out in California?

18 A.  For the most part.  So, for instance, my spark

19     plug stuff is out in California because I

20     haven't moved it here yet.  I have what you

21     would think was typical hand tools in both

22     locations.  So I actually could do inspections

23     in either location.  My compression tester and

24     things are in California, but Flying Moose has

25     a compression tester that I can borrow if

Page 34

1    needed here.
2  Q.  I understand that you told me that the way you
3      keep your IA current is through FAA approved
4      education.  But have you performed an annual
5      inspection in the last two years?
6  A.  I have not.
7  Q.  Have you performed any major repairs or
8      alterations in the last two years?
9  A.  I have not.
10 Q.  Do you have any other FAA licenses or
11     certifications that we have not discussed here
12     so far?
13 A.  No.
14 Q.  Have you ever had any disciplinary action
15     brought against you by the FAA of any kind?
16 A.  As I said, my license has never been suspended
17     or revoked.
18 Q.  I think my question is a little different than
19     that.  Have you ever had an action brought
20     against you by the FAA?
21 A.  Very broadly speaking, in 1991, the FAA
22     requested that I obtain some training
23     subsequent to a crash in Bettles, Alaska.
24 Q.  Why did you FAA request you obtain that
25     additional training?

Page 35

1  A.  I suffered a takeoff and departure -- a torque
2      roll on takeoff in Bettles, Alaska.
3  Q.  Was the request for additional training
4      related to your pilot's license?
5  A.  Yes.
6  Q.  Did it have any relation to any work you had
7      performed on the aircraft?
8  A.  No.
9  Q.  Dr. Moore, you received your PhD from Cal Tech
10     in 1995, correct?
11 A.  That is when I defended.  The actual diploma
12     was issued in '96.
13 Q.  And then I believe according to your CV you
14     went to work for Exponent in 1995?
15 A.  That is correct.
16 Q.  What made you decide to go to work for
17     Exponent?
18 A.  It seemed like a fun job.
19 Q.  That's a perfectly acceptable answer.  What
20     were you doing with Exponent when you first
21     started with them in '95?
22 A.  Same thing I am doing now, engineering
23     consulting.
24 Q.  Has part of your engineering consulting with
25     Exponent involved providing expert or

Page 36

1      litigation consulting services?
2  A.  Yes.
3  Q.  Is that something that you have been doing
4      since you started with them in 1995?
5  A.  Yes.
6  Q.  Can you tell me about how many depositions
7      you've given as an expert witness?
8  A.  30 or so I think.
9  Q.  Since 1995?
10 A.  Yes.
11 Q.  And can you tell me how many times you've
12     testified in trial as an expert witness since
13     1995?  I will go ahead and mark this.  I
14     wanted to mark it separately.
15          -----
16     (Exhibit 11 was marked for identification.)
17          -----
18 A.  I would say probably between 15 and 20.  As a
19     best estimate.  The list at the back of my
20     report is only since 2009.
21 Q.  Dr. Moore, is Exhibit 11 Appendix B to your
22     report which is a list of deposition and trial
23     testimony since 2009?
24 A.  Yes.
25 Q.  If you look at Exhibit 11, can you tell me

Page 37

1      which, if any, of these cases involved
2      Continental engines?
3  A.  None of the ones since 2009 have involved
4      Continental engines.
5  Q.  Have you ever been retained as an expert in
6      litigation in a case involving Continental
7      engines?
8  A.  Yes.
9  Q.  How many cases involving Continental engines?
10 A.  Four to six or something like that.
11 Q.  In those four to six cases involving
12     Continental engines, did any of the cases deal
13     with the overhaul of a Continental engine?
14 A.  Yes.
15 Q.  Do you remember how many of the cases involved
16     the overhaul of a Continental engine?
17 A.  Two that I can recall right now.
18 Q.  In those two cases, do you remember what model
19     of engine was involved?
20 A.  GTSIOs, GTSIO-520s.
21 Q.  Generally speaking, did those cases involve
22     allegations that an overhaul was performed
23     incorrectly or there was a problem related to
24     the overhaul?
25 A.  Those cases involved issues both of design and

Perkins Communications, LLC v.
D'Shannon Products, LTD

MOORE, PhD
July 13, 2016

Page 38

1   of manufacturer and of overhaul practices.
2 Q.   Did those cases result from a crash?
3 A.   Yes.
4 Q.   Do you remember the location of those two
5      cases?
6 A.   One was in Scotland, and one was, I want to
7      say, North Carolina.
8 Q.   Do you remember about when the Scotland case
9      took place?
10 A.  Around 2000 or so.
11 Q.  How about the North Carolina case?
12 A.  2003, 2004, in that ballpark.
13 Q.  Who retained you in the Scotland case?  And I
14     am not looking for the name of an attorney.
15     What I am trying to figure out, were you
16     retained by the plaintiffs or were you
17     retained to defend the overhauler or
18     Continental or -- I guess what was your
19     purpose in the Scotland case?
20 A.  I was retained to do an analysis on behalf of
21     the manufacturer of the vibration damper.
22 Q.  Was that Lo-Rez?
23 A.  Houdaille or its successor actually which was
24     Vibratech.
25 Q.  Did you give a deposition in that case?

Page 39

1 A.   No.
2 Q.   Do you know if you were identified as an
3      expert witness in that case?
4 A.   I'm not sure because the case was venued in
5      Scotland.
6 Q.   Did you ever go to Scotland for court in that
7      case?
8 A.   No.  For inspections, yes; for court, no.
9 Q.   In the North Carolina case, who retained you?
10 A.  Vibratech as well.
11 Q.  Did you offer any testimony in that case?
12 A.  Yes.
13 Q.  Was that in trial or deposition or both?
14 A.  In deposition, both as an expert witness and
15     as a 30(b)(6) witness.
16 Q.  So you were the representative of Vibratech
17     designated in response to a 30(b)(6) notice of
18     deposition?
19 A.  Yes, strangely enough.  Because Vibratech had
20     gone bankrupt and the court ordered my client
21     to produce someone, so I was elected and read
22     a bunch of paperwork and was a 30(b)(6)
23     witness as well.
24 Q.  And those cases involved allegations of a
25     problem with the damper I would assume?

Page 40

1 A.   Well, the damper, the starter gear, crankshaft
2      gear, design of the crankcases and the
3      tolerances.  It involved a lot of things.
4 Q.   And those were all GTSIO-520s; is that right,
5      the engines involved in those two cases?
6 A.   Yes.  And then there was a third one that I am
7      remembering as well that was also a GTSIO
8      case.
9 Q.   Do you remember where that was?
10 A.  No.
11 Q.  Were you retained by Vibratech in that case as
12     well?
13 A.  I was retained by Continental.
14 Q.  Do you remember when that was?
15 A.  Not as I sit here, I am sorry.
16 Q.  Last five years?
17 A.  No.  Otherwise, it would be on here.
18 Q.  What did Continental retain you to do in that
19     case?
20 A.  Again, it was a GTSIO matter.  So it was
21     looking at torsional vibration.
22 Q.  Do you remember if this was before or after
23     the Scotland and North Carolina cases?
24 A.  It was after.
25 Q.  Have you ever been retained in a case to offer

Page 41

1      any opinions regarding IO-520 or IO-550
2      engines other than this one?
3 A.   I have been retained and I have done work, but
4      it did not result in deposition or trial
5      testimony.
6 Q.   How many cases have you been retained in that
7      involved an IO-520 or IO-550 Continental
8      engine?
9 A.   It was a TSIO, because it was on a 340.
10 Q.  TSIO-340?
11 A.  No, it was a TSIO-520.  It was installed on a
12     Cessna 340.
13 Q.  Is that case listed on Exhibit 11?
14 A.  No.
15 Q.  Do you remember when that was?
16 A.  It was, again, I think in about 2005 or 2006
17     time frame.
18 Q.  And who retained you in that case?
19 A.  Attorneys on behalf of Continental.
20 Q.  So you would have been offering opinions
21     regarding the manufacture and design of that
22     engine; is that right?
23 A.  Yes.  In that case in particular on a fuel
24     system.
25 Q.  Other than this case, have you ever been

Page 42

1    retained as an expert to offer opinions
2    regarding the overhaul or build of an IO-520
3    or IO-550 Continental engine by someone other
4    than the factory.
5  A.  No, I have not.
6  Q.  Other than this case, have you ever been
7    retained to offer any opinions regarding the
8    installation of the small crankshaft gear and
9    the large crankshaft gear on a Continental
10    engine?
11  A.  No, and not all engines have both a small and
12    large crankshaft gear.
13  Q.  Have you ever been retained as an expert to
14    offer opinions regarding the installation of
15    the small crankshaft gear on any Continental
16    engine that may have it?
17  A.  Well, certainly in the GTSIO cases that gear
18    was an issue as well as the bearings.
19  Q.  The main bearings?
20  A.  No, the bearing for the starter adapter in the
21    crankcase.
22  Q.  Do any of the cases on Exhibit 11 -- strike
23    that.  Were you retained to offer opinions
24    regarding the overhaul or maintenance of an
25    engine for any of the cases listed on Exhibit

Page 43

1    11?  I should clarify -- piston aircraft
2    engine.
3  A.  Hetzer-Young vs. Elano and Becker, Crews vs.
4    Avco, and I think that's it with respect to
5    aircraft piston engines on this list.
6  Q.  Who retained you in the Becker case?
7  A.  The molder of some polymeric carburetor
8    floats.
9  Q.  Were you offering any opinions regarding the
10    way the overhaul was done in that case?
11  A.  No.
12  Q.  Who retained you in the Hetzer-Young case?
13  A.  Elano.
14  Q.  What does Elano do?
15  A.  Elano was a company that was owned by GE at
16    one point that manufactured mufflers.
17  Q.  Did you offer any opinions regarding the way
18    the overhaul was done with the quality of the
19    overhaul in that case?
20  A.  I think your question involved more broadly
21    maintenance.  There were issues of maintenance
22    in that.  If not, I misunderstood.
23  Q.  Yes, let's go with maintenance.
24  A.  Yes, I offered opinions that the maintenance
25    on that engine was improper, and that the

Page 44

1    engine was not airworthy.
2  Q.  You state in your report that you've been
3    employed as a mechanic for flight schools and
4    as a director of maintenance for a Part 135
5    operator.
6  A.  That is correct.
7  Q.  Were you the director of maintenance for
8    Lenair Aviation?
9  A.  Yes.
10  Q.  Were you employed with Lenair separately from
11    Exponent?
12  A.  Yes.
13  Q.  When did you first start working for Lenair?
14  A.  End of '94, beginning of '95.
15  Q.  And what was your position when you first
16    started working for Lenair?
17  A.  Director of maintenance.
18  Q.  When did you cease to be employed by Lenair?
19  A.  Mid '96 sometime.
20  Q.  Why did that employment end?
21  A.  Well, one, I was very busy at Exponent, and
22    two, because I was asked to sign off on an
23    airplane that was unairworthy, and I refused
24    to do it, and I left instead.
25  Q.  So when you left Lenair in 1996, you were

Page 45

1    still employed with Exponent, correct?
2  A.  Yes.
3  Q.  You've been employed with Exponent to this
4    day; is that correct?
5  A.  Yes.
6  Q.  And any lapse in your employment in Exponent
7    for any reason?
8  A.  No.
9  Q.  And then what flight school did you work for?
10  A.  Well, Lenair also had a flight school, but
11    primarily El Toro.  It's the El Toro Marine
12    Corps Air Station Aero Club to be precise.
13  Q.  When did you first start working as a mechanic
14    for El Toro?
15  A.  As I believe we discussed, I was an apprentice
16    there initially.  So that started in '88, and
17    then I got my license and started being
18    employed there in 1991, and I was employed
19    there up through 1995.
20  Q.  Since the time you left Lenair in 1996, have
21    you been employed by anyone other than
22    Exponent?
23  A.  No.  I had my own company that I was doing
24    maintenance on aircraft for.
25  Q.  What was the name of that company?

Perkins Communications, LLC v.
D'Shannon Products, LTD

MOORE, PhD
July 13, 2016

Page 46

1 A. Gotta Love Airplanes.
2 Q. Was it based in California?
3 A. Yes, it was.
4 Q. When did you form that company?
5 A. '94, '95, something like that.
6 Q. Did you do maintenance and other work on
7    aircraft for the public through that company?
8 A. Yes.
9 Q. When did you stop performing work through that
10    company?
11 A. Probably, boy, end of '97, up through the
12    middle of '98 sometime.
13 Q. Why did you stop your work with your company?
14 A. GARA.
15 Q. Why did GARA cause you to stop working through
16    your company?
17 A. As we discussed, I have been employed by
18    Exponent. That's my day job. But I have
19    always liked working with my hands. So I was
20    working on other people's aircraft, just to
21    keep my hands in other things. My insurance
22    prior to GARA was about $3,000 a year. My
23    insurance after GARA was $13,000 a year which
24    was close to what I was grossing working on
25    other people's airplanes, and while I enjoy

Page 47

1    working with my hands, I'm not going to
2    maintain other people's airplanes for free.
3    So I stopped.
4 Q. And you said that would have been '97 or '98?
5 A. Yes, in that ballpark.
6 Q. Have you been employed by anyone other than
7    Exponent since 1997 or '98?
8 A. No. And I wasn't employed by Gotta Love
9    Airplanes. I was an owner. I was not an
10    employee. Since Lenair, I have not been an
11    employee.
12 Q. Have you performed any maintenance or other
13    work on aircraft through a company that you
14    have owned since 1997 or '98?
15 A. No.
16 Q. In your report you also state that you
17    performed pre-purchase or pre-buy
18    examinations; is that right?
19 A. Yes.
20 Q. When was the last time you did a pre-buy
21    inspection?
22 A. It would probably be 2007, 2008, something
23    like that.
24 Q. Was that for your aircraft or someone else's?
25 A. For someone else.

Page 48

1 Q. When was the last time you did an annual
2    inspection on any aircraft?
3 A. Around 2012.
4 Q. And that was your aircraft, correct?
5 A. Yes.
6          MR. WADSWORTH: I know you have done
7    this several times, but whenever you need a
8    break.
9          MR. HEISTERHAGEN: This is a good
10    time.
11          THE WITNESS: Whatever.
12          MR. HEISTERHAGEN: Let's go off the
13    record.
14          -----
15    (There was a recess in the proceedings.)
16          -----
17    BY MR. HEISTERHAGEN:
18 Q. Dr. Moore, have you ever overhauled a CMI
19    IO-550 or IO-520 engine?
20 A. No.
21 Q. Have you ever had occasion to perform any work
22    on a Continental IO-520 or IO-550 engine?
23 A. Yes. As I have said, I have IO-550s on my
24    310.
25 Q. But you've never overhauled those engines,

Page 49

1    have you?
2 A. I have not.
3 Q. Have you ever worked on any Continental IO-520
4    or IO-550 engines other than the ones that are
5    installed on your aircraft?
6 A. Yes.
7 Q. Do you remember when the last time you did
8    that was for engines that were not installed
9    on your 310?
10 A. Well, certainly when I was at Lenair, because
11    we had a bunch of Bonanzas which were 520s.
12    One was I think converted to a 550 from a 470,
13    but I believe I worked on some Barons since
14    then in the late '90s or so.
15 Q. Have you ever torn down a Continental IO-550
16    or IO-520 engine?
17 A. All the way down to separating the crankcases?
18 Q. Yes.
19 A. No.
20 Q. So you've never cracked the case on a 520 or
21    550 engine?
22 A. No, I have not.
23 Q. Other than in this case, have you ever had
24    occasion to examine the large crank gear that
25    was removed from an IO-550 engine?

Page 50

1  A.  No.
2  Q.  Other than this case, have you ever examined
3      the small crank gear that was removed from an
4      IO-550 engine?
5  A.  No.
6  Q.  How about an oil pump that was removed from an
7      IO-550 engine?
8  A.  No.
9  Q.  Had you had the opportunity to examine a
10     camshaft or lifters that were removed from an
11     IO-550 engine other than in this case?
12 A.  No.
13 Q.  Other than this case, have you ever had an
14     opportunity to examine a crankshaft that was
15     removed from an IO-550 Continental engine?
16 A.  No.
17 Q.  And you first started providing expert
18     litigation or consulting services when you
19     started working for Exponent; is that correct?
20 A.  That is correct.
21 Q.  Do the cases you work on for Exponent
22     generally involve aviation aircraft?
23 A.  I would say frequently.  I mean, depending on
24     the time, more or less half of my work
25     may be aviation related as opposed to other

Page 51

1      types of consulting.  And of the aviation work
2      most is, of course, general aviation because
3      fortunately we don't have commercial aviation
4      aircraft falling out of the sky very often.
5  Q.  But you don't limit yourself to aviation
6      consulting, do you?
7  A.  I do not.
8  Q.  Have you ever had any cases that you've been
9      involved in involving a low oil pressure
10     indication as the result of material trapped
11     under the oil pressure relief valve other than
12     this one?
13 A.  No.
14 Q.  As a mechanic, have you ever seen that
15     condition before where there is material
16     trapped under the oil pressure relief valve?
17 A.  I have seen conditions where we have had low
18     oil pressure, and we have after finding metal
19     in the oil, we sent the engine out for
20     overhaul.  I did not take it apart to look and
21     see if there was material trapped under the --
22     in the relief valve.
23 Q.  And please correct me if I am wrong, I want to
24     make sure I understand you.  You've had
25     situations where there was low oil pressure.

Page 52

1      There was metal in the oil, but you've never
2      gone and pulled the relief valve in response
3      to those indications; is that correct?
4  A.  That is correct.  Once I saw metal in the oil
5      the engine was coming off.
6  Q.  Do you do engine overhauls as a mechanic?
7  A.  No, I do not.
8  Q.  Have you overhauled engines in the past?
9  A.  I have certainly -- I have done top overhauls
10     but as I have said, I haven't gone down to the
11     crankcases.
12 Q.  Can you tell me what a top overall is?
13 A.  That's where you are replacing all of the
14     cylinders.  It's typically done on the
15     Continentals because the bottom ends are more
16     reliable than the cylinders.
17 Q.  Is there any reason why you've chosen not to
18     do, for lack of a better term, full overhauls
19     during your career?
20 A.  Liability.
21 Q.  What do you mean by that?
22 A.  I believe there is too much risk and liability
23     in doing the overhauls, and we have already
24     discussed insurance after GARA.  So unless you
25     are a shop that is doing a tremendous volume,

Page 53

1      you can't support the overhead of doing the
2      overhauls.  So unless I was going to quit my
3      job as an engineer, there is a financial
4      disincentive to do overhauls.
5  Q.  But as a mechanic, you don't have any sort of
6      problem or issue with the use of overhauled
7      engines in aircraft, do you?
8  A.  No.  I mean, when my 310 engines come up for
9      overhaul, I may choose to do that myself.  It
10     hasn't gotten there so I haven't made that
11     decision.  It depends on what is available at
12     the time, and how I feel at the time.  But I
13     have no -- I guess you are asking if I have a
14     bias -- I have no bias against overhauled
15     engines.
16 Q.  To the best of your knowledge, have you ever
17     been disqualified as an expert in any court?
18 A.  I have not been.
19 Q.  As an employee of Exponent, do you receive a
20     salary?
21 A.  Yes, I do.
22 Q.  Do you receive any portion of the fees charged
23     as a consultant in litigation?
24 A.  No.
25 Q.  Are the fees or the amount of fees that you

Page 54

1  charge related to your compensation in any
2  way?
3  A.  Not as far as I know.  I'm not part of -- we
4  are a publicly traded company.  My
5  compensation is determined by a compensation
6  committee, and I'm not part of that committee
7  and I don't know exactly what they discuss.
8  Q.  Exponent is charging $475 an hour for your
9  services in this case, correct?
10 A.  That is correct.
11 Q.  Have you submitted any invoices to plaintiffs'
12 counsel at this time?
13 A.  I have not.  All the invoicing is coming
14 through Mr. Anderson.
15 Q.  So would he be the best person to talk to
16 about amounts charged and invoices and things
17 like that?
18 A.  Yes.
19 Q.  Do you have any knowledge of how much Exponent
20 has charged for the services in this case?
21 A.  I do not.
22     MR. HEISTERHAGEN: Stephen, can you
23 make sure Dr. Anderson brings those.
24     MR. WADSWORTH: Yes.
25 Q.  So you are just doing the work, correct?

Page 55

1  A.  I am just doing the work.
2  Q.  That's a good place to be.
3  A.  In this case, yes, it is.
4  Q.  I want to talk about a few things generally
5  for a few minutes.  When someone tells you,
6  Dr. Moore, we got a problem with this
7  aircraft, we need you to troubleshoot the
8  problem, what type of information do you feel
9  like you need to have to troubleshoot a
10 problem with a piston aircraft engine?
11 A.  Generally they wouldn't be coming to me as an
12 engineer.  They would be coming to me as a
13 mechanic.  Unless you are trying to ask
14 something different.
15 Q.  And I apologize if I misstated something.
16 That's what I am trying to find out.  If
17 someone came to you as an A&P mechanic, and
18 said, Dr. Moore, I got a problem, troubleshoot
19 it and tell me what the problem is, what
20 information do you generally like to have to
21 try to solve that problem?
22 A.  First, the symptoms.  Second, would be the
23 logbooks.  Third, would be any other
24 information that you may have.  For instance,
25 oil analysis that may have been done.  That's

Page 56

1  where I would start, but if you are
2  troubleshooting a problem, you need to know
3  what the problem is.
4  Q.  And once you know what the problem is, that
5  could kind of take you in any direction based
6  on what you find out through the sources you
7  just told me about, correct?
8  A.  Yes.  And if there are engine monitors, you
9  can get other data.  If someone has a dead
10 cylinder, it could be a spark issue.  If it's
11 a fuel injected engine, it could be a fuel
12 issue.  It could be an air issue, meaning you
13 have a problem with your valves.  Just as an
14 example on one cylinder.  First you want to
15 look at the symptoms and establish what that
16 is.  You want to look at the logbooks and see
17 if there are histories of certain things.  You
18 want to look at the available data to give you
19 some idea as to where to start.
20 Q.  Do you believe it is important to be able to
21 see the engine in person when troubleshooting
22 a problem?
23 A.  Well, in your hypothetical you were saying if
24 someone came to me as a mechanic.  I would
25 presume the engine would be there.  I wouldn't

Page 57

1  try to troubleshoot a problem over the phone.
2  Q.  And that's kind of where I am going.  If
3  someone called you as a mechanic, you would
4  want to go down to the hangar and see the
5  engine, correct?
6  A.  If they came to me in my own field, if one of
7  my customers called me up and said, gee, I had
8  a bad mag drop, I might suggest they go out
9  and try and lean it.
10     Recently, as part of some stuff for
11 Flying Moose, one of his clients was
12 complaining of an intermittent kind of rumble
13 while he was in the air.  So I downloaded his
14 data.  He had engine monitors, and I looked at
15 it, and based on what I was seeing, I
16 identified it as a probable magneto issue
17 because all six cylinders were reacting at the
18 same time and in the same way.
19     That's not a, you know, an
20 intermittent spark firing.  That's all six so
21 it is probably an magneto problem.  I didn't
22 see the engine.  I just saw the data.
23     So every case is unique, but generally
24 if someone wants you to troubleshoots a
25 problem, it is beneficial if you can see it.

Page 58

1  Q.  When did you first become involved in this
2       case?
3  A.  I think 2015 is my recollection, something
4       like that.
5  Q.  Okay.  How did you first become involved in
6       this case?
7  A.  David Anderson called me.
8  Q.  And did he ask you to become involved based
9       upon your experience as a piston engine
10      mechanic?
11 A.  Yes, with aviation piston engines.
12 Q.  Do you remember what you all first talked
13      about when Dr. Anderson first called you?
14 A.  I think he generally described the issues, and
15      you know, some of the bearing issues, and I
16      think he then sent me some excerpts of the
17      logbooks I think from Dixie and then from -- I
18      am having a senior moment here -- the shop
19      that tore the engine down.
20 Q.  Don Freeman?
21 A.  It was a shop.
22 Q.  Aviation Engines?
23 A.  Yes.  And we had had a discussion about, you
24      know, what could cause the bolts to fail, and
25      the FARs in general with respect to parts.

Page 59

1  Q.  To the best of your knowledge, does Dr.
2       Anderson have any experience as a piston
3       aircraft engine mechanic?
4  A.  He does not as far as I know.
5  Q.  When you first started working on this case,
6       did you know anything about Mike Moore?
7  A.  No.
8  Q.  Had you ever heard of him at all as an
9       aircraft mechanic?
10 A.  No.
11 Q.  Do you know who Terry Horton is?
12 A.  No.
13 Q.  Know anything about him?
14 A.  No.
15 Q.  And then after your initial discussion with
16      Dr. Anderson about the case, what did you do
17      in this case?
18 A.  I reviewed the discovery material, I looked at
19      his photographs.  I think a conversation when
20      he was at the inspection, and I think I at the
21      time was at a different inspection which is
22      why I couldn't be there.  So I reviewed his
23      materials, I reviewed the documents, and then
24      later in March or so, I got engine monitoring
25      data, and I looked at that because I had

Page 60

1       understood that there might be a claim made
2       that the engines had been abused.  So I wanted
3       to look at the monitoring data to see if there
4       was anything to that, and I wrote the report
5       or wrote certain sections of the report.
6  Q.  Did you find any evidence that the engines had
7       been abused?
8  A.  No.
9  Q.  Did you find anything that you considered to
10      be significant in the engine analyzer data?
11 A.  No, it all looked very normal until the last
12      day.
13 Q.  The day where the oil pressure issue occurred?
14 A.  Yes.
15 Q.  And you did not rely on any of that data from
16      the engine analyzer in developing your
17      opinions, did you?
18 A.  No.  And normally, I mean, even if an engine
19      is abused, it won't affect the crankshaft
20      gear.  You would typically find you burned
21      valves or had a problem with your top end.
22 Q.  Earlier today we discussed the materials you
23      reviewed in Exhibit 8, correct?
24 A.  That is correct.
25 Q.  And the additional materials would have been

Page 61

1       photographs taken by Dr. Anderson and I think
2       there were a few other things.  But we
3       discussed everything you reviewed in this
4       case, right?
5  A.  As far as I can recall, that is correct.
6  Q.  Have you had any in-person meetings with
7       anyone regarding this case?
8  A.  No.
9  Q.  Have all of your communications with Dr.
10      Anderson been over the phone?
11 A.  For the most part.  I mean, there might have
12      been some emails setting up phone calls and
13      things like that.
14 Q.  Dr. Anderson is a thermal engineer; is that
15      correct?
16 A.  Well, he is an engineer in our thermal
17      sciences practice as am I.
18 Q.  Has Dr. Anderson offered any opinions in this
19      case to the best of your knowledge?
20 A.  Well, he was co-author of the report and
21      certainly his firsthand observations are
22      opinions.
23 Q.  In your discussions with Dr. Anderson, did he
24      provide you with any opinions other than his
25      firsthand observations?

Page 62

1  A.  No.

2  Q.  The Exponent report in this case consists of

3  Dr. Anderson's firsthand observations, and

4  then your opinions based on those

5  observations; is that correct?

6  A.  I think that's a little too simplistic.  For

7  instance, when you are looking at what parts

8  are authorized where.  So I looked at certain

9  parts, and I educated him as to how to go and

10  look to see on databases and whatnot, what was

11  eligible for installation on the IO-550-C.  He

12  then did some research and then I looked over

13  what he had done, and so then that shows up as

14  an opinion in the report as far as which parts

15  were eligible and which parts were not

16  eligible on the IO-550-C.

17  Q.  Did Dr. Anderson offer any opinions regarding

18  the cause of the problems with the left

19  engine?

20  A.  Well, we discussed the issues of the bolts and

21  how they would get loose, and I think we both

22  agreed that there was no way with a bolt

23  safety wire they could get loose unless they

24  were not installed properly or the stack-up

25  was not installed properly, whether it was a

Page 63

1  gear that was not fully seated and then it

2  became loose or whether the bolts were not

3  quite tight when they were installed.  That

4  would be hard to tell at this point.  But

5  overall, the stack-up was not properly done.

6  Q.  Did anyone at Exponent do any testing in this

7  case of any kind?

8  A.  None that I am aware of.

9  Q.  Do you have any notes in this case?

10  A.  I do not.

11  Q.  Have you met with Joe Perkins regarding this

12  case?

13  A.  I have not.

14  Q.  Have you had any discussions or communications

15  with Mr. Perkins regarding this case?

16  A.  I have not.

17  Q.  Have you met with Mike Terry regarding this

18  case?

19  A.  I have not.

20  Q.  Have you had any discussions or communications

21  with Mike Terry regarding this case?

22  A.  I have not.

23  Q.  Have you met with Don Freeman regarding this

24  case?

25  A.  I have not.

Page 64

1  Q.  Have you had any discussions or communications

2  with Don Freeman regarding this case?

3  A.  I have not.

4  Q.  Have you met with or had any communications

5  with any of the defendants in this case?

6  A.  I have not.

7  Q.  And that would include Scott Erickson and Mike

8  Moore?

9  A.  Yes, I have not -- certainly not related to

10  this case.

11  Q.  To the best of your recollection, have you

12  ever had any discussions with Mike Moore?

13  A.  No.

14  Q.  To the best of your recollection, have you

15  ever had any discussions with Scott Erickson?

16  A.  No.

17  Q.  To the best of your recollection, have you

18  ever had any communications or discussions

19  with anyone at D'Shannon Aviation?

20  A.  Yes.

21  Q.  Who would that have been?

22  A.  I do not recall.

23  Q.  When was that?

24  A.  That would have been in the '95 or '96 time

25  frame.

Page 65

1  Q.  Were those communications in regards to a

2  Baron?

3  A.  No.

4  Q.  Other than Dr. Anderson and plaintiffs'

5  counsel, have you met or otherwise

6  communicated with anyone else regarding this

7  case?

8  A.  No, not in that sense.  In talking to, you

9  know, Mr. Herd at Flying Moose yesterday where

10  I said I have a deposition tomorrow but

11  nothing substantive.

12  Q.  But you haven't gone and spoken with another

13  mechanic about any of the issues in this case

14  or just sort of brainstormed any of the issues

15  in this case with anyone other than Dr.

16  Anderson; is that right?

17  A.  Again, other than perhaps talking to people at

18  Pittsburgh Jet or Flying Moose or another old

19  friend of mine who is also an IA who works for

20  ESI about the bearings, the bearings not being

21  approved, no.

22  Q.  And no one from Pittsburgh Jet or Flying Moose

23  or your friend with ESI, none of them have

24  offered any opinions in this case, have they?

25  Have any of those individuals offered you any

Page 66

1   opinions or any information that helped you
2   develop your opinions?
3 A.   No.  They all agreed with my opinion, that if
4   it is not on the eligibility list, it is not
5   legal.
6 Q.   Have you read any depositions in this case?
7 A.   No, I have not.
8 Q.   Going forward, do you have any intentions of
9   meeting with or communicating with anyone else
10   regarding your opinions in this case other
11   than plaintiffs' counsel?
12 A.   I do not know what I will be asked to do by
13   plaintiffs' counsel.  For instance, I
14   understand there was recent deposition of Mike
15   Moore.  I have not read that deposition.  I
16   may be asked to review that deposition.  I may
17   be asked to talk to people.  As I sit here
18   today, I have not been asked to do any such
19   thing, and I have not asked to speak to anyone
20   in particular.
21 Q.   Have you personally inspected either of the
22   D'Shannon engines or their component parts?
23 A.   I have not.
24 Q.   Have you ever personally disassembled either
25   of the D'Shannon engines or any of their

Page 67

1   component parts?
2 A.   I have not.
3 Q.   Have you ever seen either of the D'Shannon
4   engines or their component parts in person?
5 A.   I have not.
6 Q.   So your observations of the D'Shannon engines
7   are exclusively based on the photographs that
8   were taken by Dr. Anderson; is that right?
9 A.   No.  And the records and the photographs that
10   were taken by other people that are in the
11   discovery materials.
12 Q.   So the only opportunity that you have had to
13   see the D'Shannon engines was through
14   photographs taken by others; is that correct?
15 A.   That is correct.
16 Q.   And you were given an opportunity to inspect
17   the D'Shannon engines, correct?
18 A.   There was an inspection, but I believe I had
19   another commitment on that day and could not
20   make the inspection, and the inspection was
21   not moved for whatever reason.
22 Q.   Would you have liked to have inspected those
23   engines in person?
24 A.   I would say it's always nice, but it wasn't
25   that important for the opinions that I was

Page 68

1   being asked to address or the areas that I was
2   being asked to address which is the
3   certification, the eligibility of the
4   bearings, that sort of thing.  For that I
5   don't need to see the engines.
6 Q.   Would you have liked to have seen the
7   crankshaft assembly and the component parts in
8   this case?
9 A.   As I said, that's always nice, but it wasn't
10   -- it didn't affect my opinions one way or the
11   other.
12 Q.   Did you know that there were two subsequent
13   inspections after the inspection that Dr.
14   Anderson attended?
15 A.   I did not.  Well, I was aware of, I guess, one
16   of the starter adapter recently, because I --
17 Q.   You received pictures?
18 A.   Yes, but I was not aware of it before.
19 Q.   Have you reviewed any photographs of the dowel
20   pin on the crankshaft?
21 A.   I don't recall as I sit here.
22 Q.   Have you reviewed any photographs of the area
23   of the crankshaft where the small crankshaft
24   gear sits once it is installed?
25 A.   I have seen photographs of that area, yes.

Page 69

1 Q.   Do you remember how many photographs Dr.
2   Anderson took approximately?
3 A.   A hundred to a few hundred would be my best
4   estimate.
5 Q.   Did Dr. Anderson take any photographs of the
6   right D'Shannon engine to the best of your
7   knowledge?
8 A.   I don't recall as I sit here.
9 Q.   Do you recall reviewing any photographs of the
10   right D'Shannon engine or any of its component
11   parts?
12 A.   I have no specific recollection of that.
13 Q.   The right D'Shannon engine as it sits today is
14   not disassembled, and it has blue covers that
15   say D'Shannon on the cylinders.  Do you recall
16   seeing any pictures of the fully assembled
17   engine in Dr. Anderson's photographs?
18 A.   I do not recall as I sit here.
19      MR. HEISTERHAGEN: Stephen, I don't
20   think this will be necessary, but I haven't
21   seen the photographs, and when we get them --
22   they were included in the deposition notice --
23   I will reserve the right to reconvene, but I
24   don't think it is going to be necessary.
25      MR. WADSWORTH: I doubt it based off

Perkins Communications, LLC v.
D'Shannon Products, LTD

MOORE, PHD
July 13, 2016

Page 70

1  of the opinions he offered in here.  I don't
2  see it is going to be terribly relevant.  We
3  can get you the photographs within a week.
4            MR. HEISTERHAGEN: There are few
5  things like the -- I mean, there are a few
6  things I would like to look at and possibly
7  ask questions about, but I think that's part
8  of the expert disclosure is the facts that he
9  relied on, but if you can get them to me as
10  soon as you can I would appreciate it.
11            MR. WADSWORTH: Sure.
12  Q.  Dr. Moore, I would like to kind of sort of sum
13  up what you've done in this case, and please
14  correct me if I am wrong or if I am
15  simplifying it too much.  You received a call
16  from Dr. Anderson regarding, for lack of a
17  better term, the basics of the case, correct?
18  A.  Yes, I did.
19  Q.  And at that point I believe you said you
20  reviewed documents produced in discovery; is
21  that right?
22  A.  Yes.
23  Q.  I believe you also told me that you and Dr.
24  Anderson did some research regarding the
25  certification of certain parts; is that

Page 71

1  correct?
2  A.  I think I said eligibility, but -- eligibility
3  is I guess more technically correct.
4  Q.  At an inspection Dr. Anderson went and
5  photographed at least the left D'Shannon
6  engine and its component parts based on the
7  research that the two of you had performed and
8  instruction from you; is that correct?
9  A.  I think the research was after the inspection,
10  and what he did at the inspection was based on
11  our discussions of what might be of interest.
12  Q.  And then once you had gathered all of your
13  information, you developed your opinions in
14  conjunction with Dr. Anderson and the two of
15  you produced the report; is that right?
16  A.  That is correct.
17  Q.  And is there anything that I missed in that
18  kind of summary of Exponent's investigation in
19  this case?
20  A.  No, that probably sums it up.
21  Q.  Dr. Moore, I would like to move on to your
22  report, and I believe we confirmed this
23  earlier, but Exhibit 2 is Exponent's
24  preliminary report on the April 22, 2015
25  incident on the N6745M; is that correct?

Page 72

1  A.  Yes.
2  Q.  If you would flip with me to page 6 which is
3  Section 4, the Background section.  If we look
4  at the Incident Description, the second
5  paragraph, you state that the four remaining
6  crankshaft bolts that were not broken were
7  removable with only finger force; is that
8  correct?
9  A.  Yes.
10  Q.  For the purposes of the record, I am
11  paraphrasing your report, I'm not reading it
12  directly from the report.  Where did you get
13  the information that the four remaining
14  crankshaft bolts were removable with only
15  finger force?
16  A.  I think that was in the discovery materials
17  which included both Aviation Engines stuff and
18  some other material from the FAA.
19  Q.  Have you spoken with anyone from the FAA
20  regarding this case?
21  A.  I have not.
22  Q.  Do you know John Park who is one of the
23  individuals with the FAA involved in this
24  case?
25  A.  I do not.

Page 73

1  Q.  Do you agree that the crankshaft bolts could
2  have been installed correctly and then become
3  loose as a result of some issue unrelated to
4  the actual installation of the bolts?
5  A.  As I believe I have said, there was an issue
6  with the stack-up so you have the crankshaft,
7  you have the small gear -- well, the
8  crankshaft with a pin in it.  You got the
9  small gear, you got the big gear and you have
10  bolts.  Something went wrong in that stack-up.
11  Whether or not, for instance, the small
12  crankshaft gear wasn't all the way on and then
13  the bolts were torqued properly and then the
14  gear moved a little bit, or whether the bolts
15  were just never torqued properly, that I don't
16  think you can determine based on what is left.
17        So that's a little bit broader than
18  just due to the installation of the bolts.  It
19  has to do with the whole stack-up at the back
20  of the crankshaft.
21  Q.  We will get into this in a little bit more
22  detail later, but that's what I was trying to
23  find out because you do mention at various
24  portions of your report the torque of the
25  bolts and you also mention the installation of

Page 74

1     the small crank gears.  I guess sort of your
2     overall opinion is there was something wrong
3     with the installation of the stack-up; is that
4     correct?
5 A.  That's correct.
6 Q.  The second paragraph of Section 4.1, the
7     Incident Description, also states that further
8     investigation revealed that the bearings used
9     during the overhaul were not eligible for
10    installation on the Continental IO-550-C; is
11    that correct?
12 A.  It doesn't say Continental, but other than
13    that, correct.
14 Q.  And I believe the bearings at issue were the
15    main bearing and the connecting rod bearings,
16    correct?  Page 7 I think is it.
17 A.  It is the thrust bearing, the main bearings,
18    both part numbers, and the con rod bearings.
19 Q.  Did you ever contact anyone at ECI regarding
20    the bearings at issue in this case?
21 A.  No.
22 Q.  To the best of your knowledge, are there any
23    differences between the Continental main
24    bearing, part No. 634503 and the ECI main
25    bearing, part No. AEC4503 --

Page 75

1        MR. WADSWORTH: Object to form.
2 Q.  -- other than the eligibility for
3    installation?
4        MR. WADSWORTH: Same objection.  You
5    can answer.
6 A.  I do not know because I have not seen the
7    drawings, but it doesn't matter.  Even if they
8    are identical parts, the engine is still
9    unairworthy with the AEC bearings installed.
10 Q.  I think other than the eligibility issue, I
11    think you just told me you don't know whether
12    there is any difference between the ECI main
13    bearing and the Continental main bearing with
14    the Continental part No. 634503; is that
15    right?
16 A.  That is correct.  Obviously the part number
17    that is stamped on them is different, but
18    without having the drawings for both, there is
19    no way to tell.  Bearings are very complex.
20    Plain bearings are very complex.  They look
21    simple, but they are very complex.
22 Q.  When you say plane, do you mean "plane" as in
23    airplane or p-l-a-i-n?
24 A.  P-l-a-i-n.  Meaning no rolling elements.
25 Q.  To the best of your knowledge, other than the

Page 76

1     eligibility issue, is there any difference
2     between the Continental main bearing part
3     642720 and the ECI main bearing, part number
4     AEC642740?
5 A.  Again, without the drawings, I don't know, and
6    again, it doesn't matter.  The engine is
7    unairworthy with those bearings installed.
8 Q.  The same question as to the connecting rod
9    bearing.  Other than the eligibility issue, is
10    there any difference between the Continental
11    connecting rod bearing, Part No. 642398 and
12    the ECI connecting rod bearing, Part No.
13    ACE642398?
14 A.  I don't have the drawings so I don't know,
15    and, again, it doesn't matter.
16 Q.  Finally, other than the eligibility issue, is
17    there any difference between the Continental
18    thrust bearing, Part No. 646288 and the ECI
19    thrust bearing, Part No. AEC646288?
20 A.  Again, I do not have the drawings so I cannot
21    answer that question, and it does not matter
22    whether they are the same or whether they are
23    different, it does not matter.  What matters
24    is whether or not they are eligible for
25    installation on the engine.

Page 77

1 Q.  Have you located or discovered any structural
2    or mechanical defects with the main bearings
3    installed on the D'Shannon engines?
4 A.  I have not.
5 Q.  Have you located or discovered any structural
6    or mechanic defects with the connecting rod
7    bearings installed on the D'Shannon engines?
8 A.  I have not.
9 Q.  Have you elected or discovered any mechanical
10    or structural defects with the thrust bearings
11    installed on the D'Shannon engines?
12 A.  I have not.  Let me also say with respect to
13    this answer and the prior ones, I didn't look
14    for any because it didn't matter.
15 Q.  If we move to Section 4.2 of your report, also
16    page 6, the first couple paragraphs discuss
17    the wear patterns on the large and small
18    crankshaft gears as well as the crankshaft
19    bolts; is that right?
20 A.  That is correct.
21 Q.  And you state that the observations listed in
22    the first two bullet points are indicative of
23    a loose connection, correct?
24 A.  Well, actually in the first three bullet
25    points they are all indicative of a loose

Page 78

1     connection.
2 Q.  In your opinion, what caused the wear patterns
3     on the interface between the large and small
4     crankshaft gears?
5 A.  As I discussed with Dr. Anderson, and as
6     indicated in the second line of the first
7     bullet, there was relative motion between the
8     two parts.
9 Q.  In your opinion, what caused those gears to
10    move against each other?
11 A.  The stack-up wasn't done properly so either
12    the torque had not been done properly in the
13    first place or a gear had not been installed
14    properly, and then it moved, reducing the
15    clamping force of the bolts.
16 Q.  But I think you told me a few minutes ago that
17    you could not determine which of those two
18    issues was the cause of problems based on the
19    condition of the engine today; is that
20    correct?
21 A.  That's correct. You might have been able to
22    do it at the time of the first disassembly,
23    but that wasn't done.
24 Q.  We can't do it today, correct?
25 A.  That is correct.

Page 79

1 Q.  Do you have any evidence specifically related
2     to the installation of the crankshaft bolts
3     showing that they were not torqued pursuant to
4     CMI specifications?
5 A.  Can I have the question read back?
6          -----
7     (The record was read back by the reporter.)
8          -----
9       MR. WADSWORTH: Object to form. You
10    can answer.
11 A.  There is no information regarding the torque
12    at all. There is no shop traveler as I would
13    typically expect to find in a work order.
14    There is no kind of checklist where the torque
15    is noted, and so there is no information as to
16    the torques that were applied at the time of
17    installation.
18 Q.  What is a shop traveler?
19 A.  Typically when you have a repair station or if
20    you have a work order, you have something that
21    travels with the parts, and it will list the
22    steps. When you have different people
23    performing different steps, each one signing
24    off on each step as it occurs, and if you --
25    you may get to a step that says torque the

Page 80

1     bolts to 380 to 420 foot pounds and you will
2     have an initial that that was done. Here you
3     don't have that in -- I forget what exhibit it
4     was -- there are three pages of things that
5     are listed, but the specific torques are not.
6 Q.  If the crankshaft bolts were not torqued
7     properly, do you believe that the left
8     D'Shannon engine would have made it
9     approximately 150 hours of flight time without
10    any problems?
11 A.  Yes, it is quite possible.
12 Q.  When you say it is quite possible, what is the
13    basis for that statement?
14 A.  The crankshaft gears drive the cam. They
15    drive the accessories. The highest loads
16    however are at starting, and the bolts were
17    safety wired. So even if they were loose,
18    they will still transmit torque, and, in fact,
19    because they are bent and now it appears that
20    the bolts were being subject to shearing
21    forces rather than -- typically if you are
22    clamped all the way up, essentially you have
23    friction between the mating parts, and you
24    don't actually put the bolts in shear.
25    Because the bolts are safetied and because

Page 81

1     they have a fair amount of strength and
2     because the loads are -- the heaviest loads
3     are going to be during starting, it would not
4     be surprising to me you could survive 150
5     hours or so even with loose crankshaft bolts.
6 Q.  Other than this case, have you ever seen or
7     investigated or otherwise been involved with a
8     piston aircraft engine where the crankshaft
9     bolts, whether one or multiple, have broken?
10 A.  No.
11 Q.  I know we talked a good bit, and we are going
12    to talk more about the installation of the
13    stack-up, the gears and crankshaft bolts. In
14    your opinion, are there any other problems or
15    issues that could have caused the crankshaft
16    bolts to loosen after they were installed?
17 A.  Not that I can think of. I mean, these are --
18    the bottom ends of Continentals are very
19    reliable. You don't have gears coming apart
20    or coming off or crankshaft bolts breaking as
21    a matter of course. So it is definitely not a
22    design issue. Therefore, it has to be an
23    installation issue.
24 Q.  Is it possible that a prop strike could cause
25    crankshaft bolts to loosen?

Page 82

1  A.  I do not believe so, not without fracturing
2      the gear teeth.
3  Q.  Is it possible that a kick-back can cause
4      crankshaft bolts to loosen?
5  A.  I do not believe so.  Certainly not without
6      damaging the teeth.
7  Q.  And generally, not as related to this engine,
8      but generally, are there any other causes that
9      you can think of that would cause the
10     crankshaft bolts to loosen after installation?
11     Other than the installation issues, the prop
12     striking the kick-back.
13 A.  I didn't agree with the prop striking the
14     kick-back.  I believe it is limited to
15     installation issues.
16 Q.  I'm not speaking to this engine, but
17     generally, are there any other causes that you
18     can think of that would result in the
19     loosening of the crankshaft bolts after
20     installation?
21 A.  I have never seen it.  I have never heard of
22     it.  I can't think of any causes other than
23     improper installation.
24         MR. HEISTERHAGEN: Let's go off the
25     record.  Let's take five minutes.

Page 83

1          -----
2      (There was a recess in the proceedings.)
3          -----
4  BY MR. HEISTERHAGEN:
5  Q.  Dr. Moore, to the best of your knowledge, are
6      there any parts that were not eligible for
7      installation on the D'Shannon engines other
8      than the main bearings, the connecting rod
9      bearings and the thrust bearings?
10 A.  Not as far as I know.
11 Q.  And if you will flip to page 7 of your report,
12     the paragraph discusses the various ineligible
13     bearings, but your report does state that the
14     thrust bearings were not present with the
15     engine, correct?
16 A.  At the time of the inspection, yes.
17 Q.  So you're relying on Mr. Moore's logbook entry
18     for that part number, correct?
19 A.  The logbook entry, and I think the information
20     from ECI.
21 Q.  Dr. Moore, can you hand me the exhibits,
22     please.  Dr. Moore, I would like to show you
23     what was previously marked as Exhibit 6.  Can
24     you take a look at the logbook entries for the
25     overhaul of the left and right D'Shannon

Page 84

1      engines and tell me if you see any indication
2      as to what thrust bearings were installed on
3      the D'Shannon engines?
4  A.  The part numbers are in the ECI AEC646592-A1
5      main bearing kit which is paragraph 5(g)(1).
6  Q.  So the thrust bearings are part of that kit?
7  A.  I don't recall as I sit here.  They may be
8      part of that kit or they may have been on the
9      same purchase order, because this logbook
10     entry does not detail everything.  A lot of
11     information that was produced was from
12     purchase orders with respect to the parts and
13     they were annotated I believe by Mr. Moore as
14     to which ones were on the engines.
15 Q.  So the information regarding the thrust
16     bearings to the best of your recollection
17     would have come from the ECI purchase orders?
18 A.  Yes.  Which is what Michael Moore provided to
19     Mr. Perkins.
20 Q.  If you will flip to page 8 of your report -- I
21     am sorry -- page 9 of your report, you state
22     that the camshaft lifters experienced
23     significant spalling and the camshaft lobes
24     contained uneven wear patterns that would not
25     be expected on an engine with less than 150

Page 85

1      hours after an overhaul, correct?
2  A.  Yes.
3  Q.  As to the lifters, do you have any opinion as
4      to what caused the spalling?
5  A.  I do not.
6  Q.  As to the wear on the camshaft, do you have
7      any opinion as to what caused the uneven wear
8      patterns?
9  A.  No.  Generally speaking, that might be a
10     lubrication issue, but without doing more
11     metallurgical work, I don't really have an
12     opinion on that.
13 Q.  In the paragraph on page 9, you also note that
14     there was damage to the crankcase, correct?
15 A.  Yes.
16 Q.  And it's your opinion that the damage was
17     caused by the broken bolt head being present
18     within the crankcase, correct?
19 A.  Yes.
20 Q.  Could the damage to the crankcase that you
21     observed have been repaired?
22 A.  Yes.  I mean, the specific things can be
23     repaired.  There are repair procedures for
24     crankcases.
25 Q.  Have you observed any damage on the left

Page 86

1    D'Shannon engine crankcase precluding that
2    crankcase from being repaired and returned to
3    service?
4 A. Well, as we noted, I have not observed the
5    crankcases in person, and the photographs do
6    not indicate anything that would have
7    precluded a repair, but that doesn't mean
8    there isn't.  It just means the photographs
9    that I have don't indicate it.
10 Q. And then you also discuss scoring of the inner
11    casing of the oil pump, correct?
12 A. Yes.
13 Q. And is it your opinion that the scoring found
14    on the inner casing of the oil pump resulted
15    from the presence of metal in the oil?
16 A. Yes.
17 Q. Have you found any evidence that any metal
18    that was present in the oil made it past the
19    oil filter and into the engine?
20 A. I do not recall seeing any specific evidence.
21    I do know that the propeller governor and the
22    propeller were removed and checked, but I do
23    not have the work orders for those that would
24    enable me to determine whether or not they
25    found any metal in there which would be post

Page 87

1    filter.
2 Q. When you say "they" are you referring to the
3    individuals who tore down the engine?
4 A. No.  The propeller and the governor, the
5    repair stations that did that.  I have seen no
6    direct evidence of metal past the filter.
7 Q. Do you have any evidence that the left
8    D'Shannon engine suffered from any type of an
9    oil starvation event?
10 A. There is no indication that you had a gross
11    oil starvation event.  In particular when you
12    have that, you typically will fail your con
13    rod bearings first, and they are not failed.
14    Neither are the mains.  So you certainly
15    didn't have gross oil starvation.
16 Q. As to the left D'Shannon engine, have you
17    discovered or otherwise observed any damage to
18    any components of that engine other than the
19    crankshaft bolts, the large and small
20    crankshaft gears, the oil pump, the camshaft,
21    the lifters, and the crankcase?
22 A. I think that's really more of a question for
23    Dr. Anderson who made the firsthand
24    observations, but I'm not aware of other
25    components as I sit here today.

Page 88

1 Q. Are you aware of any damage of any kind
2    incurred by the right D'Shannon engine prior
3    to its removal from the Baron?
4 A. I'm not.
5 Q. Section 5 of your report deals primarily with
6    the eligibility of the ECI main bearings,
7    connecting rod bearings and thrust bearings
8    that were installed in the D'Shannon engines,
9    correct?
10 A. I would say overall it deals with eligibility
11    of parts and then specifically in Sections 5.2
12    and 5.3 discusses the bearings in the
13    IO-550-C.
14 Q. To the best of your knowledge, is there any
15    difference in form, fit or function between
16    the ECI bearings used on the D'Shannon engines
17    and Continental's bearings?
18 A. You don't have the drawings so we don't know.
19    Even if there isn't, it doesn't matter because
20    they are not eligible.  That's the end of the
21    story.
22 Q. To the best of your knowledge, is there any
23    difference between the bearings used on the
24    IO-550-D Continental engine and the IO-550-C
25    Continental engine?

Page 89

1 A. I do not recall that there is a difference.
2 Q. So the only problem with the use of the ECI
3    main bearings, connecting rod bearings and
4    thrust bearings is that, although they were
5    not approved for use -- strike that -- so it
6    is your opinion that the only problem with the
7    use of the ECI main bearings, connecting rod
8    bearings and thrust bearings is that although
9    they were approved for use in certain IO-550
10    engines, they were not approved for use in the
11    IO-550-C engines sold to Mr. Perkins by
12    D'Shannon; is that correct?
13 A. That was a complex question.  So let me try
14    and simplify the answer.  The problem is that
15    the parts that were installed in the engine
16    were not approved for use in the engine, and
17    it doesn't matter about form, fit or function,
18    it doesn't matter if they are identical.
19        As an example, I used to own a Piper
20    Comanche.  The air filter used in the Piper
21    was a frame that was also used in a 1960
22    something Oldsmobile Toronado.  It was illegal
23    for me to go down to PepBoys or whoever and
24    buy that air filter even though it was the
25    identical air filter.  I had to buy the air

---

Page 90

1    folder from Piper with a Piper part number
2    with a Piper eligibility tag on it.
3         So it doesn't matter if they are the
4    same bearing. It doesn't matter if ECI makes
5    these bearings for Continental. These
6    particular bearings are not eligible for
7    installation on this engine and that engine is
8    unairworthy for use in a certificated aircraft
9    with those bearings installed.
10  Q.  The use of the ECI main bearings, connecting
11       rod bearings and thrust bearings did not cause
12       any of the issues related to the failure of
13       the left engine, did they?
14  A.  No.
15  Q.  And, Dr. Moore, was it fairly easy for you to
16       determine that the ECI main bearings,
17       connecting rod bearings and thrust bearings
18       were not approved for use in the D'Shannon
19       engines?
20  A.  Yes.
21  Q.  How did you make that determination?
22  A.  I went onto an FAA website, and I looked up
23       the eligibility, and it lists the eligibility.
24       I separately went on to the ECI website and
25       looked at their eligibility because sometimes

---

Page 91

1    there could be a disconnect between the two.
2    And in both cases, it is clearly indicated
3    those bearing part numbers were not eligible
4    on an IO-550-C.
5   Q.  You conducted a fairly simple computer search
6        of publicly available information, correct?
7   A.  Yes.
8   Q.  And the part numbers for the bearing kit and
9        the ineligible bearings were clearly
10       identified in the logbook entries drafted by
11       Mike Moore, correct?
12  A.  No, not for all of them as we were discussing.
13       Some of them were on the parts lists which are
14       actually a mixture of parts that were used
15       both on this aircraft and parts that were used
16       for another aircraft. But it -- I don't think
17       they were all clear.
18  Q.  But all of the information regarding the
19       bearings was derived from the documents that
20       were given to Mr. Perkins from Mike Moore,
21       correct? Whether the logbook entry or the
22       parts order forms or something else, all of
23       the information was in the documents given to
24       Mr. Perkins by Mike Moore, correct?
25  A.  I don't know about that. All the information

---

Page 92

1    was in the documents that were part of the
2    discovery in this case. As far as the timing
3    as to who gave what to whom when, I don't
4    know.
5         -----
6    (Exhibit 12 was marked for identification.)
7         -----
8   Q.  Dr. Moore, I would like to show you what I
9        have marked as Exhibit 12. Exhibit 12 is FAR
10       Section 91.7, correct?
11  A.  Yes.
12  Q.  And are you familiar with that regulation?
13  A.  Yes, I am.
14  Q.  And you are a pilot, correct?
15  A.  I am.
16  Q.  You would agree that that regulation states
17       that "no person may operate a civil aircraft
18       unless it is in an airworthy condition"; is
19       that correct?
20  A.  Yes.
21  Q.  And would you agree that Mr. Perkins operated
22       his Baron while it was in an unairworthy
23       condition?
24       MR. WADSWORTH: Objection to form.
25       It calls for a legal conclusion. You can

---

Page 93

1    answer if you have an answer.
2        MR. HEISTERHAGEN: He is more than
3    welcome to withdraw his opinion that the
4    aircraft was unairworthy.
5   A.  To the extent that the aircraft was operated
6        with these engines, yes, it was in an
7        unairworthy condition. I see no indication
8        that Mr. Perkins knew or really should have
9        known that the aircraft was in an unairworthy
10       condition. He relied on Mr. Moore to properly
11       overhaul the engines. He had to sign off that
12       the engines were airworthy.
13           If you are not a mechanic, or even if
14       you are a mechanic, if you are not questioning
15       the eligibility of certain parts, then there
16       would be no reason to suspect that the engine
17       was unairworthy.
18  Q.  You would agree that the regulation also
19       states that "the pilot in command is
20       responsible for determining whether that
21       aircraft is in safe condition for flight";
22       wouldn't you?
23  A.  Yes.
24  Q.  And was Mr. Perkins' aircraft in safe
25       condition for flight after the D'Shannon

---

Page 94

1   engines were installed?
2        MR. WADSWORTH: Object to form.  You
3   can answer.
4 A.  There are two separate aspects of
5   airworthiness.  In order for an aircraft to be
6   airworthy, it must both be in a condition safe
7   for flight and conform to its typed design or
8   its properly altered condition.  So,
9   therefore, in this case as Beech made it, as
10  amended by STCs that allowed other changes to
11  be made.
12       So you can have an airplane that may
13  be safe for flight that is unairworthy and, in
14  fact, that was the case here up until the
15  point when -- well, on the left engine, it
16  probably was not in any condition safe for
17  flight, but you didn't know that until you got
18  the metal in the oil.  At that point Mr.
19  Perkins, my understanding, is he did
20  discontinue the flight.  He taxied back and
21  had them look at the low oil pressure.
22       So it does say that the pilot is
23  responsible for that.  That's why you do your
24  run-ups and everything else.  That's why Mr.
25  Perkins brought it back, because he didn't

Page 95

1   like what he saw in the oil pressure.  He did
2   exactly what is specified in paragraph B,
3   which is he discontinued the flight.
4 Q.  Do you have any evidence that Mr. Perkins'
5   bearing was not safe for flight prior to the
6   oil pressure event on April 22, 2015?
7 A.  Well, as soon as the crankshaft bolts started
8   to fail, it was not in a condition safe for
9   flight.  Mr. Perkins would not have known
10  that.
11 Q.  Do you know when that happened?
12 A.  No.  The engine data does not show that.  The
13  only way to know that you had something wrong
14  was that you lost oil pressure which is
15  frankly fairly fortunate.  Because if you had
16  failed all those bolts, you probably would
17  have completely destroyed the gears, lunched
18  the engine and maybe been stuck with a
19  windmill and propeller.
20 Q.  But that doesn't happen in this case?
21 A.  That didn't happen in this case.
22 Q.  And that was because --
23 A.  That was because Mr. Perkins saw the oil
24  pressure and discontinued the flight, taxied
25  back and had it checked out.

Page 96

1 Q.  And that's the reason why you have run-up
2   procedures, isn't it?
3 A.  Yes.  That is certainly one of the reasons.
4 Q.  One of them.  Was there any safety of flight
5   issue caused by the use of the ECI bearings in
6   the D'Shannon engines?
7 A.  I am going to give a two part answer.  One is
8   most likely not because they are as far as we
9   can tell similar to the Continental bearings,
10  but without looking exactly at them and why
11  you had eligibility on certain engines and not
12  on others, I can't definitively answer that
13  question.
14       -----
15  (Exhibit 13 was marked for identification.)
16       -----
17 Q.  Dr. Moore, I would like to show you what I
18  have marked as Exhibit 13, and Exhibit 13 is
19  FAR Section 91.403, correct?
20 A.  Yes.
21 Q.  Are you familiar with this regulation?
22 A.  Yes, I am.
23 Q.  You would agree that the owner or operator of
24  an aircraft is primarily responsible for
25  maintaining that aircraft in an airworthy

Page 97

1   condition?
2 A.  Yes.
3 Q.  You have stated in your report and at this
4   deposition today that Mr. Perkins' bearing was
5   not maintained in an airworthy condition; is
6   that correct?
7 A.  That is correct.  He thought he was
8   maintaining it in an airworthy condition
9   because he relied on Mike Moore to properly
10  overhaul the engines, and that was not done.
11  But it wasn't in my opinion -- it wasn't
12  reasonable for Mr. Perkins to know that Mike
13  Moore had not overhauled the engines so that
14  they were airworthy.  And certainly, I mean,
15  if you look at paragraph B, "no person may
16  perform maintenance, preventive maintenance or
17  alterations on an aircraft other than as
18  prescribed in this subpart and other
19  applicable regulations, including part 43 of
20  this chapter."  So Mike Moore violated
21  91.403(b) in this case.
22 Q.  But the owner of the bearing, whether it was
23  Mr. Perkins or one of his entities, they
24  violated subpart -- the literal wording of
25  subpart A of that section, didn't they?

Perkins Communications, LLC v.
D'Shannon Products, LTD

MOORE, PhD
July 13, 2016

---

Page 98

1       MR. WADSWORTH: Object to form.
2 A.   They unfortunately -- they did violate the
3      literal wording subpart A because they
4      unfortunately relied on Mr. Moore to not
5      violate the FARs and to produce an airworthy
6      engine.  And safe engine.  The left engine was
7      neither.
8 Q.   Dr. Moore, if you would please flip to page 16
9      of your report, and Section 6 of your report
10     deals with the cause of the left engine
11     failure, correct?
12 A.  Yes.
13 Q.  You note in the first paragraph of your report
14     that metallic debris was found under the oil
15     pressure relief valve, that steel particles
16     were found upon cutting open the oil filter
17     and that particles of aluminum and steel were
18     found in the oil, correct?
19 A.  Yes.
20 Q.  Where did you obtain that information?
21 A.  In the discovery.
22 Q.  Do you remember who had come to that
23     conclusion specifically?
24 A.  I think this was in the Dixie Air discovery
25     material, but it may have been in the Aviation

---

Page 99

1      Engines material.
2 Q.   Have you analyzed any of the metal or the oil
3      removed from the left engine at any point?
4 A.   I have not.
5 Q.   Do you know where the steel that was allegedly
6      found in the oil came from?
7 A.   No, I have not molecularly identified the
8      steel and compared it with other steel in the
9      engine.
10 Q.  And that's something you could do through
11     metallurgical testing, isn't it?
12 A.  Yes, possibly.  But frequently in
13     metallurgical testing, the only thing you will
14     know is that the steel was chemically a
15     certain type which might be consistent with a
16     bolt or might be consistent with a gear or
17     might be consistent with other things, but
18     you're generally not going to be able to
19     identify it as coming from a particular bolt,
20     for instance.
21 Q.  Do you know where the aluminum that was
22     allegedly found in the oil came from?
23 A.  No.  Again, you could do metallurgical
24     testing.  There were certainly, as we noted,
25     gouges on the crankcase, scoring of the oil

---

Page 100

1      pump, but I have not seen anything that
2      identifies metallurgically where they came
3      from.
4 Q.   Do you know where any of the metal that was
5      removed from the engine or the oil is as we
6      sit here today?
7 A.   No.
8 Q.   Do you know why we don't have that material?
9 A.   I have no information on that material one way
10     or the other.
11 Q.  Would the ability to analyze and examine the
12     metal allegedly found in the left engine be
13     important in determining the cause of the oil
14     pressure issue?
15 A.  Ultimately any information is helpful, but I
16     don't think it is critical in this case.  We
17     have broken crankshaft bolts.  We clearly had
18     an engine that was on its way to failure.  So
19     if you want to hypothetically say that that
20     steel came from a piece of safety wire that
21     someone lost down the oil filler tube at some
22     point and had nothing to do with crankshaft
23     bolts breaking, if we assume that
24     hypothetical, then it is incredibly fortunate
25     that that piece of safety wire wound up in a

---

Page 101

1      relief valve and let us figure out that the
2      engine was about to fail.  So I haven't seen
3      -- as I said, I haven't seen any metallurgical
4      information, and I don't think it is critical
5      to this case.
6 Q.   And we talked a little bit earlier about the
7      wear patterns on the large and small
8      crankshaft gears.  It is your opinion those
9      wear patterns resulted from the gears becoming
10     loose and essentially rubbing against each
11     other; is that correct?
12 A.  Fretting, yes.
13 Q.  And you also state that the small crankshaft
14     gear was not installed properly; is that
15     right?
16 A.  I think that's the most plausible explanation
17     for why the stack-up wasn't done correctly.
18     Rather than, for instance, if you had put on
19     the bolts -- you have six bolts.  If you
20     properly torqued four and forgot about two and
21     you only had two loose bolts, that would be
22     perhaps more indicative of a bolt issue.  So I
23     think the most plausible explanation is that
24     the gear moved, although as we discussed, we
25     cannot tell for sure.

---

Perkins Communications, LLC v.
D'Shannon Products, LTD

MOORE, PhD
July 13, 2016

---

Page 102

1  Q.  How was the small crankshaft gear installed
2       improperly in your opinion?
3  A.  We don't know.  We know that according to
4       Michael Moore, he didn't heat it to the proper
5       temperature.  He overheated it.  Whether or
6       not that would cause the bolt circle to be too
7       big and, therefore, the bolts to go in at an
8       angle and produce an artificially high torque,
9       that's one possibility.  Another possibility
10      is that you heated it, but you waited too long
11      before you tried to put it on, and it didn't
12      want to go on.  The third possibility is that
13      you put it on cocked somehow or tried to
14      tighten some bolts before you tightened other
15      bolts.  There is a variety of possibilities,
16      and I don't know which one actually occurred.
17  Q.  Do you know what effect, if any, heating the
18      small crankshaft gear to 350 degrees
19      Fahrenheit versus 300 degrees Fahrenheit would
20      have on the installation?
21  A.  No.  That's something that is typically
22      done -- the engineers at Continental have
23      determined that's the temperature to which you
24      want to heat it.  They didn't say heat it to
25      somewhere between 300 and 400.  They said heat

---

Page 103

1       it to 300.  Engineering documentation from
2       Continental might tell you why they specified
3       300, whether it was due to they were worried
4       about some heat treat issue on a gear or
5       whether or not they were just worried about
6       getting the size properly, if you heated it
7       too much; but nothing like that has been
8       produced in this matter.
9  Q.  Have you done any testing as it relates to
10      heating the small crankshaft gear to 300
11      degrees versus 350?
12  A.  No, I have not.
13  Q.  Part of your opinion is that over time the
14      small crankshaft gear moved further inward and
15      released the bolt tension.
16  A.  I think that's the most likely explanation.
17  Q.  When you say inward, do you mean towards the
18      front of the engine or rear of the engine?
19  A.  Towards the front of the engine.
20  Q.  What evidence do you have that this small
21      crank gear moved inward?
22  A.  Well, the bolts were clearly loose.  So
23      normally when you torque a bolt, what you are
24      really trying to do on a bolt is get a certain
25      amount of stretch.  You don't think of it this

---

Page 104

1       way, but a bolt is really a spring.  You are
2       trying to get a certain amount of preload on
3       the spring that is the bolt.  If everything is
4       together and you have torqued it properly,
5       then you will maintain that torque.
6           The fact that you did not maintain the
7       torque on all of them, there are only two ways
8       to do that, right -- well, there are three
9       ways.  Either your bolts weren't tightened
10      enough in the first place so you didn't get
11      the preload properly or your bolts stretched
12      or your bolts backed off -- but they were
13      safety wired so they can't back off -- or the
14      amount of distance changed.  The only way the
15      amount of distance can change, because you
16      have a metal gear against a metal gear, and
17      then put on the crankshaft, is if your
18      stack-up isn't proper and you have some slop
19      in there that then gets relieved over time.
20      The most likely place for that, because it is
21      a press fit, and you have to heat it to get it
22      on, is the small crankshaft gear.
23  Q.  Do you recall seeing any evidence of wear or
24      movement on the crankshaft where the small
25      crank gear is installed?

---

Page 105

1  A.  I don't recall that as I sit here.
2  Q.  Do you recall seeing any evidence of wear or
3       movement on the dowel pin?
4           MR. WADSWORTH:  Objection.  Asked
5       and answered.  You can answer if you have one.
6  A.  I don't recall seeing any wear on the dowel
7       pin.
8  Q.  Do you have any evidence of any other wear or
9       other signatures supporting your opinion that
10      the small crankshaft gear moved other than the
11      fact that the bolts were loose and the
12      fretting on the gears?
13  A.  No, and you don't need anymore.  You wouldn't
14      necessarily expect wear as the small
15      crankshaft gear moves in if it moves just
16      axially, right, and then it is, you know,
17      attached to the crankshaft much more firmly
18      than the large gear is.  So I wouldn't
19      necessarily expect a lot of wear there, but
20      the bolts have to come loose somehow.  So
21      either the small crankshaft gear moved, you
22      never torqued them in the first place, the
23      bolts stretched, or you forgot to safety wire
24      it.  The safety wire was there.  So that can
25      be eliminated, and that leaves the other three

---

Page 106

1      possibilities.
2 Q.   Is it your opinion that the small crank gear
3      experienced any radial movement while in
4      service?
5 A.   No, because it is on the end of the
6      crankshaft. So that's centering the gear.
7      You wouldn't expect there to be any radial
8      movement there.
9 Q.   Do you know how much force it would take to
10     cause the small crank gear to move in the way
11     you are describing?
12 A.   That's going to be dependent upon temperature.
13 Q.   Have you done any testing at all to determine
14     how much force would cause the small
15     crankshaft gear to move inward on the
16     crankshaft at all?
17 A.   I have not.
18 Q.   Do you know what the normal operating
19     temperatures are for the Continental OI-550-C
20     engine at the back of the engine?
21 A.   You are asking about the oil temperature or
22     what are you asking me about?
23 Q.   Do you have any idea what the temperature in
24     the area of the crankshaft gears would
25     normally be while an engine is in service?

Page 107

1 A.   It's essentially going to be determined or
2      very close to your oil temperature. But that
3      would be the oil temperature going back into
4      the pan which is warmer than the oil
5      temperature as recorded on your gauge. So a
6      little bit above 200 Fahrenheit would be my
7      estimate.
8 Q.   Do you have any idea what type of force would
9      be required to move the small crank gear at
10     200 degrees?
11 A.   I have not done that calculation, and it would
12     vary depending on the tolerances. Whether you
13     had a fat crankshaft and a small crankshaft
14     gear or vice-versa, it would vary
15     tremendously.
16 Q.   But the tolerance between the small crank gear
17     and the crankshaft should be very, very small,
18     shouldn't it, because it is an interference
19     fit gear?
20 A.   It is small, but there are tolerances between
21     them, and we are looking at steel here. So
22     the forces can vary substantially depending on
23     what those two tolerance stack-ups wind up
24     being.
25 Q.   If the small crank gear was not installed

Page 108

1      correctly, do you have any opinion as to how
2      long it would have been before the gears
3      started making metal in the engine?
4 A.   Well, as far as we know, the gears didn't make
5      metal. It was primarily the bolts that were
6      making metal. And that would depend on a lot
7      of different factors including how far or when
8      the crankshaft gear in this hypothetical
9      moved. So the crankshaft gear does not have
10     any gear force that moves it axially. So it
11     would be the bolt force. So you have bolt
12     force, the tension, the oil coming down.
13     There are a lot of different factors. So it
14     may not move for a long time, and it may move
15     fairly suddenly depending upon how the engine
16     is operated and the heat soak and other
17     factors.
18 Q.   Dr. Moore, if you will flip to page 17, which
19     is Section 7 or the Conclusions section of
20     your report, and I think we have been through
21     these in detail. Are there any other opinions
22     that you have regarding this case that we have
23     not discussed here today?
24 A.   Well, as we have discussed, I looked at engine
25     data for any signs of abuse, and concluded

Page 109

1      that there was no indication of abuse. I
2      understand from my client that I guess in
3      Michael Moore's deposition, he indicated that
4      the safety wires purpose was merely to tell
5      you that it had been torqued, and I disagree
6      with that. That's part of the reason I
7      printed out Exhibit 7.
8 Q.   In your opinion, what is the purpose of safety
9      wiring?
10 A.   To prevent components from loosening, and
11     that's why -- I mean, they specify they go to
12     great lengths. You have twists per inch that
13     you are required to have. You have wire
14     diameters that you are required to have. None
15     of that would be necessary if it were merely
16     an indicator. In fact, at that point you
17     could just use torque strike and say, oh, I
18     torqued it. But there is a reason for safety
19     wire, and it is to prevent things from
20     becoming loose.
21 Q.   Other than the opinion you just mentioned
22     regarding safety wiring, and the opinion that
23     Mr. Perkins did not abuse his aircraft, and
24     the opinions set forth in your report, do you
25     have any other opinions in this case that we

Perkins Communications, LLC v.
D'Shannon Products, LTD

MOORE, PhD
July 13, 2016

Page 110

1    have not discussed here today?
2  A.  Not as I sit here today.
3  Q.  Dr. Moore, could the D'Shannon engines been
4     repaired and returned to service after the
5     alleged problems were discovered?
6  A.  You can always repair aircraft materials.  You
7     know, as some people say, sometimes with
8     warbirds, you take a data plate and put a new
9     airplane underneath it.  So you can do
10    repairs.
11 Q.  Dr. Moore, please assume for me that the only
12    problem with the right D'Shannon engine was
13    the use of the ineligible parts which would be
14    the main bearings, the connecting rod bearings
15    and the thrust bearings.  Assuming that that
16    is true, could the right engine have been
17    repaired and returned to service for use on
18    the Baron?
19 A.  Whether or not that's true, the engine could
20    have been repaired and returned to service.
21 Q.  As we sit here today, even though the right
22    D'Shannon engine has been sitting in a shop
23    for over a year, it could still be repaired
24    and returned to service, correct?
25 A.  Yes, it could be.

Page 111

1  Q.  Do you know how much it would cost to repair
2     the right engine and return it to service?
3  A.  The cost would be substantial, but I don't
4     have an exact figure because you have to tear
5     it down just like you did for an overhaul.
6     There are some parts that are single use only,
7     so it doesn't matter that you may have only
8     had 150 hours on them.  You have to get new
9     parts.  Then as you put it back together you
10    must reinspect all of the parts.
11       So you have to make sure, for
12    instance, that your gears are still okay.  You
13    still have to do the back flash checks, and
14    other things.  So the total amount of labor is
15    equivalent to what you would find with an
16    overhaul.
17       How much you could save, for instance,
18    on other parts, I don't know.  I haven't done
19    that on an engine.  So I don't have any idea
20    how much you would save.
21 Q.  I am going to ask some similar questions about
22    the left engine.  But assume with me that the
23    main bearings, connecting rod bearings and
24    thrust bearings were not approved for use on
25    the left engine, and also assume for me that

Page 112

1     the following parts cannot be returned to
2     service, the camshaft, the lifters, and the
3     large and small crank gears, and the oil pump.
4     And finally please assume that the crankcase
5     would need some amount of repair, as we talked
6     about earlier.  Based on those assumptions,
7     the left engine could have been repaired and
8     returned to service, correct?
9  A.  Yes, it could have.
10 Q.  Again, you don't know how much that would
11    cost, do you?
12 A.  No.  The overall labor would be similar to an
13    overhaul, and then in addition you now have to
14    buy these new parts and you have to send the
15    crankcase out again, so you could wind up
16    being more expensive than an overall with a
17    core charge.
18 Q.  Do you know now why Mr. Perkins did not have
19    the engines repaired and returned to service?
20 A.  I have not spoken to him about it.  I do not
21    know his reasoning.
22 Q.  You've not performed any testing at all in
23    this case?
24 A.  That is correct.
25 Q.  And the only opportunity that you've had to

Page 113

1     see the D'Shannon engines is via Dr.
2     Anderson's photographs or other photographs
3     that were produced in discovery; is that
4     right?
5       MR. WADSWORTH: Objection.  Asked
6     and answered.
7  A.  Yes, that is correct.  I think I might have
8     seen them via his cell phone video while he
9     was at the inspection, but globally speaking
10    that is correct.
11      MR. HEISTERHAGEN: I think I am
12    about done.
13      MR. WADSWORTH: Let's go off the
14    record.
15      -----
16    (There was a recess in the proceedings.)
17      -----
18 BY MR. HEISTERHAGEN:
19 Q.  Dr. Moore, I obtained Dr. Anderson's
20    photographs, and before we get to those, I
21    would like to ask you a quick question.  Did
22    you receive any factual assumptions or
23    assumptions about the case from plaintiffs'
24    counsel?
25 A.  No, no.

Page 114

1           -----
2       (Exhibit 14 was marked for identification.)
3           -----
4   Q.  I would like to show you what we have marked
5       as Exhibit 14, and for purposes of the record
6       these are on my tablet.  I am going to send a
7       PDF copy of the pictures to the court reporter
8       when we get done.
9           What we have here --
10  A.  It looks like the dowel pin.
11  Q.  And it is actually going to be four pictures.
12      The first picture on Exhibit 14 is the dowel
13      pin; is that correct?
14  A.  Yes.
15  Q.  The second picture of Exhibit 14 is the rear
16      of the crankshaft, correct?
17  A.  Yes, with the dowel pin.
18  Q.  The third picture on Exhibit 14 is a closeup
19      view of the dowel pin, correct?
20  A.  That's correct.
21  Q.  And finally the fourth picture on Exhibit 14
22      is another closeup view of the dowel pin; is
23      that, correct?
24  A.  Yes, from a slightly different angle.
25  Q.  Did you review these photographs in developing

Page 115

1       the opinions set forth in your report?
2   A.  I looked through all of the photographs, so I
3       would have reviewed these.
4   Q.  If you look at the four pictures set forth in
5       Exhibit 14, do you note any signatures of any
6       kind that would show any movement of the small
7       crank gear as we discussed earlier?
8   A.  There are certainly some in the photograph
9       that's here.  I think that might be the best
10      one where you can see a little bit of smeared
11      metal.
12  Q.  That's page four of Exhibit 14?
13  A.  Yes.
14          -----
15      (Exhibit 15 was marked for identification.)
16          -----
17  Q.  I would like to show you what I am going to
18      mark as Exhibit 15, and Exhibit 15 is 11
19      pictures.  The first picture is the end of the
20      crankshaft?
21  A.  With the dowel pin.
22  Q.  And the second picture is the same thing,
23      correct?
24  A.  Yes, different angle.
25  Q.  And the third picture on the right-hand side

Page 116

1       shows the end of the crankshaft where the
2       dowel pin is located?
3   A.  Yes.  It is an overall shot of the crankshaft.
4   Q.  The fourth picture is a closeup view of the
5       rear of the crankshaft, correct?
6   A.  Yes.  I mean, it looks like the focus on this
7       one is actually the No. 1 journal.
8   Q.  But we do see the rear of the crankshaft where
9       the small crank gear is seated in this
10      photograph?
11  A.  That's correct.
12  Q.  The fifth picture is an angled view that
13      includes the rear of the crankshaft where a
14      small crank gear is seated; is that correct?
15  A.  Yes.
16  Q.  The sixth picture, again, shows the rear of
17      the crankshaft where the small crank gear is
18      seated; is that correct?
19  A.  Yes.
20  Q.  Same thing with the seventh picture?
21  A.  Yes.
22  Q.  The eighth picture is a closeup view of the
23      rear of the crankshaft including the dowel
24      pin?
25  A.  That is correct.  Similar to No. 9.  Different

Page 117

1       angle, different lighting.
2   Q.  Same thing with No. 10, different angle,
3       different lighting?
4   A.  Yes.
5   Q.  Same thing with page 11, correct?
6   A.  That is correct.
7   Q.  In the 11 photographs that I have shown you as
8       part of the Exhibit 15, do you see any
9       signatures of any kind showing that the small
10      crank gear moved in the way that you described
11      previously?  You are welcome to flip back.
12  A.  It is hard to tell.  You might see, for
13      instance, on this one, there is a little bit
14      of a line.  Remember I said it moved axially?
15      There is a little bit of a smudge there.  I
16      wouldn't necessarily expect a lot of
17      signatures if you are just moving a few
18      thousandths of an inch axially.
19  Q.  You told us just a few minutes ago that you
20      reviewed all of the pictures, correct?
21  A.  Yes.
22  Q.  I think earlier today you also told me that
23      the pictures you found to be most important
24      were the ones included in your report,
25      correct?

Page 118

1  A.  Yes, I did.  I think that might have been off
2      the record, but that is true.
3  Q.  Prior to being involved in this case, did you
4      know any of the individuals involved at all,
5      whether it was Joe Perkins, Mike Terry, Don
6      Freeman or any of the defendants, Terry
7      Horton, were you acquainted with anyone
8      involved in this case?
9  A.  Not as far as I know.
10 Q.  Dr. Moore, this is the only opportunity that I
11     have before the trial of this matter to speak
12     with you.  Are there any other opinions that
13     you have regarding this case that we have not
14     had a chance to discuss today?
15 A.  Not as I sit here today.
16          MR. HEISTERHAGEN: That is all I
17     have.
18          MR. WADSWORTH: No questions.
19          -----
20     (The proceedings were concluded at 1:50 p.m.)
21          -----
22
23
24
25

Page 120

1          COMMONWEALTH OF PENNSYLVANIA)
2          COUNTY OF ALLEGHENY        }  ss
3
4      I, Sheila Stauffer, a Registered Professional
   Reporter and Notary Public in and for the Commonwealth
5  of Pennsylvania, do hereby certify that the witness
   was by me first duly sworn to testify the truth, the
6  whole truth, and nothing but the truth; that the
   foregoing deposition was taken at the time and place
7  stated herein; and that the said deposition was
   recorded stenographically by me and then reduced to
8  typewriting under my direction, and constitutes a true
   record of the testimony given by said witness, all to
9  the best of my skill and ability.
10          I further certify that the
    inspection, reading and signing of said
11  deposition were not waived by counsel for the
    respective parties and by the witness.
12          I certify that I am not a
    relative or employee of either counsel, and
13  that I am in no way interested, directly or
    indirectly, in this action.
14          IN WITNESS WHEREOF, I have
    hereunto set my hand and affixed my seal of
15  office this 19th day of July, 2016.
16
17
18          SHEILA STAUFFER
             Registered Professional Reporter
19
20
21
22
23
24
25

Page 119

1      COMMONWEALTH OF PENNSYLVANIA ) E R R A T A
2      COUNTY OF ALLEGHENY          ) S H E E T
3      I, C. DENNIS MOORE, PhD have read the
   foregoing pages of my deposition given on July
4  13, 2016, and wish to make the following, if
   any amendments, additions, deletions or
5  corrections:
6  Page/Line     Should Read        Reason for Change
7
8
9
10
11
12
13
14
15
16
17
18      In all other respects, the transcript is true
        and correct.
19
20      C. DENNIS MOORE, PhD
21      Subscribed and sworn to before me this
22      _____day of _____, 2016.
23
24      Notary Public
        Ref No. SS42267
25

Page 121

1          AKF REPORTERS, INC.
2          436 Boulevard of the Allies
           Pittsburgh, PA  15219
           412-261-2323
3  TO:  C. DENNIS MOORE, PhD
4       730 Stonegate Drive
        Wexford, PA  16090
5
6  RE: DEPOSITION OF C. DENNIS MOORE, PhD
7      NOTICE OF NON-WAIVER OF SIGNATURE
8      This is your completed deposition
   transcript which you requested to read.
9
10     All corrections, if any, are to be noted on
   the preceding page titled Errata Sheet.  If
11 there are no corrections, write "no
   corrections" in the body of that page.  You
12 must then sign the Errata Sheet and have it
   notarized.
13     After it has been signed and notarized,
   send the Errata Sheet back to me so it may be
14 distributed to all counsel who ordered a
   transcript.
15     You must read and sign your transcript
16 within thirty (30) days of your receipt of this
   Notice.
17
18
19 Sheila Stauffer, RPR
   Court Reporter
20 AKF Reporters, Inc.
21
22
23
24
25

**$**

**$13,000 (1)**
46:23
**$3,000 (1)**
46:22
**$475 (1)**
54:8

**A**

**A&P (11)**
22:23,25;23:13,18;
24:12,19,23;25:2;
28:11,25;55:17
**A-1 (1)**
16:10
**ability (1)**
100:11
**able (3)**
56:20;78:21;99:18
**above (1)**
107:6
**abuse (3)**
108:25;109:1,23
**abused (3)**
60:2,7,19
**AC (2)**
9:19;13:23
**acceptable (2)**
9:21;35:19
**access (1)**
32:24
**accessories (1)**
80:15
**accident (1)**
8:24
**according (2)**
35:13;102:3
**accurate (2)**
16:13,19
**ACE642398 (1)**
76:13
**acquainted (1)**
118:7
**acquire (1)**
16:20
**across (2)**
8:8;18:15
**act (1)**
31:19
**action (5)**
20:16;24:20;30:22;
34:14,19
**actual (3)**
18:16;35:11;73:4
**actually (9)**
19:12;33:22;38:23;
77:24;80:24;91:14;
102:16;114:11;116:7
**adapter (5)**
9:15;14:21;15:14;

42:20;68:16
**adding (1)**
17:7
**addition (2)**
15:8;112:13
**additional (2)**
17:24;34:25;35:3;
60:25
**address (4)**
5:2,5;68:1,2
**Advanced (2)**
30:5,6
**adverse (3)**
20:16;24:20;30:21
**advisory (1)**
9:20
**AEC (1)**
75:9
**AEC4503 (1)**
74:25
**AEC642740 (1)**
76:4
**AEC646288 (1)**
76:19
**AEC646592-A1 (1)**
84:4
**Aero (2)**
23:3;45:12
**affect (3)**
18:10;60:19;68:10
**afraid (1)**
20:14
**again (13)**
7:19;21:18;40:20;
41:16;65:17;76:5,6,15,
20;99:23;112:10,15;
116:16
**against (6)**
34:15,20;53:14;
78:10;101:10;104:16
**ago (6)**
9:13;27:20;29:13;
30:24;78:16;117:19
**agree (6)**
73:1;82:13;92:16,21;
93:18;96:23
**agreed (2)**
62:22;66:3
**ahead (2)**
10:14;36:13
**air (17)**
9:18;16:21,25;17:4,
5,8,15,20,21;45:12;
56:12;57:13;89:20,24,
25,25;98:24
**aircraft (54)**
16:23;17:1,17;18:25;
19:6,24;23:2,5,8;25:4,
13,15,18,24;26:2,6,9;
27:22;28:14;32:24;
35:7;43:1,5;45:24;
46:7,20;47:13,24;48:2,
4;49:5;50:22;51:4;

53:7;55:7,10;59:3,9;
81:8;90:8;91:15,16;
92:17;93:4,5,9,21,24;
94:5;96:24,25;97:17;
109:23;110:6
**airframe (5)**
13:15;22:20;31:14,
15,16
**airplane (6)**
21:9;27:16;44:23;
75:23;94:12;110:9
**airplanes (5)**
23:25;46:1,25;47:2,9
**airworthiness (2)**
32:25;94:5
**airworthy (9)**
44:1;92:18;93:12;
94:6;96:25;97:5,8,14;
98:5
**Alaska (2)**
34:23;35:2
**allegations (2)**
37:22;39:24
**alleged (1)**
110:5
**allegedly (3)**
99:5,22;100:12
**allowed (1)**
94:10
**along (1)**
9:8
**alterations (2)**
34:8;97:17
**altered (1)**
94:8
**although (5)**
9:14;20:13;89:4,8;
101:24
**aluminum (2)**
98:17;99:21
**always (6)**
10:1;23:6;46:19;
67:24;68:9;110:6
**amended (2)**
11:13;94:10
**amendment (4)**
11:3,13,14,16
**amount (8)**
53:25;81:1;103:25;
104:2,14,15;111:14;
112:5
**amounts (1)**
54:16
**analysis (2)**
38:20;55:25
**analyze (2)**
18:8;100:11
**analyzed (1)**
99:2
**analyzer (2)**
60:10,16
**analyzers (1)**
12:15

**Anderson (31)**
6:22;7:17;9:6;10:11;
14:16,20;15:10;54:14,
23;58:7,13;59:2,16;
61:1,10,14,18,23;
62:17;65:4,16;67:8;
68:14;69:2,5;70:16,24;
71:4,14;78:5;87:23
**Anderson's (5)**
6:17;62:3;69:17;
113:2,19
**Angeles (2)**
5:3,10
**angle (5)**
102:8;114:24;
115:24;117:1,2
**angled (1)**
116:12
**annotated (1)**
84:13
**annual (7)**
26:24;27:9,10;31:16,
17;34:4;48:1
**answered (2)**
105:5;113:6
**anymore (2)**
20:8;105:13
**apart (2)**
51:20;81:19
**apologize (1)**
55:15
**appears (1)**
80:19
**Appendix (3)**
15:9;16:10;36:21
**applicability (1)**
18:19
**applicable (5)**
11:3,22,23;97:19
**application (1)**
16:21
**applied (1)**
79:16
**appreciate (1)**
70:10
**apprentice (1)**
45:15
**apprenticeship (1)**
23:24
**approach (1)**
18:7
**approaches (2)**
22:7,8
**appropriate (1)**
12:5
**approved (10)**
29:21;31:4;34:3;
65:21;89:5,9,10,16;
90:18;111:24
**approximately (2)**
69:2;80:9
**April (3)**
13:14;71:24;95:6

**area (3)**
68:22,25;106:24
**areas (1)**
68:1
**Around (2)**
38:10;48:3
**artificially (1)**
102:8
**aside (1)**
10:14
**aspects (1)**
94:4
**assembled (1)**
69:16
**assembly (1)**
68:7
**assist (1)**
24:2;28:8
**assisted (2)**
23:8;25:21
**Assisting (1)**
28:1
**assume (9)**
4:14,20;6:16;39:25;
100:23;110:11;111:22,
25;112:4
**assuming (2)**
21:8;110:15
**assumptions (3)**
112:6;113:22,23
**attached (3)**
5:10;16:10;105:17
**attempt (3)**
24:14,17;30:19
**attended (1)**
68:14
**attending (1)**
31:3
**attorney (1)**
38:14
**Attorneys (1)**
41:19
**Authorization (1)**
30:9
**authorized (3)**
24:9;30:17;62:8
**automobiles (1)**
18:19
**automotive (1)**
16:22
**available (5)**
6:5;33:3;53:11;
56:18;91:6
**Avco (1)**
43:4
**Avenue (1)**
5:3
**aviation (16)**
8:14;17:28:9;30:6;
44:8;50:22,25;51:1,2,3,
5;58:11,22;64:19;
72:17;98:25
**aware (5)**

63:8;68:15,18;87:24;
88:1
**axially (4)**
105:16;108:10;
117:14,18

# B

**b2 (1)**
32:7
**b3 (1)**
32:16
**Bachelor's (2)**
18:23;19:13
**back (16)**
7:18;11:6;17:16;
36:19;73:19;79:5,7;
94:20,25;95:25;
104:13;106:20;107:3;
111:9,13;117:11
**backed (1)**
104:12
**Background (1)**
72:3
**bad (1)**
57:8
**ballpark (2)**
38:12;47:5
**bankrupt (1)**
39:20
**Baron (4)**
65:2;88:3;92:22;
110:18
**Barons (1)**
49:13
**base (1)**
32:8
**based (6)**
8:3;46:2;56:5;57:15;
58:8;62:4;67:7;69:25;
71:6,10;73:16;78:18;
112:6
**basics (1)**
70:17
**basis (3)**
11:8,10;80:13
**bearing (22)**
42:20;58:15;74:15,
17,24,25;75:13,13;
76:2,3,9,11,12,18,19;
84:5;90:4;91:3,8;95:5;
97:4,22
**bearings (59)**
42:18,19;65:20,20;
68:4;74:8,14,15,17,18,
20;75:9,19,20;76:7;
77:2,7,10;83:8,9,9,13,
14;84:2,6,16;87:13;
88:6,7,7,12,16,17,23;
89:3,3,4,7,8,8;90:5,6,9,
10,11,11,16,17,17;
91:9,19;96:5,9;110:14,
14,15;111:23,23,24

**became (1)**
63:2
**Becker (2)**
43:3,6
**become (4)**
58:1,5,8;73:2
**becoming (2)**
101:9;109:20
**Beech (1)**
94:9
**begin (1)**
5:21
**beginning (1)**
44:14
**behalf (2)**
38:20;41:19
**beneficial (1)**
57:25
**bent (1)**
80:19
**best (21)**
9:1;16:14;17:5;31:7;
36:19;53:16;54:15;
59:1;61:19;64:11,14,
17;69:3,6;74:22;75:25;
83:5;84:16;88:14,22;
115:9
**better (4)**
8:9;21:14;52:18;
70:17
**Bettles (2)**
34:23;35:2
**BFR (2)**
21:9,12
**bias (2)**
53:14,14
**big (2)**
73:9;102:7
**binder (1)**
9:5
**bit (10)**
24:1;73:14,17,21;
81:11;101:6;107:6;
115:10;117:13,15
**blenders (1)**
18:20
**blue (1)**
69:14
**bolt (13)**
62:22;85:17;99:16,
19;101:22;102:6;
103:15,23,24;104:1,3;
108:11,11
**bolts (49)**
58:24;62:20;63:2;
72:6,14;73:1,4,10,13,
14,18,25;77:19;78:15;
79:2;80:1,6,16,20,24,
25;81:5,9,13,16,20,25;
82:4,10,19;87:19;95:7,
16;100:17,23;101:19,
19,21;102:7,14,15;
103:22;104:9,11,12;

105:11,20,23;108:5
**Bonanzas (2)**
33:10;49:11
**borrow (1)**
33:25
**both (14)**
18:9;31:16;33:21;
37:25;39:13,14;42:11;
62:21;72:17;74:18;
75:18;91:2,15;94:6
**bottom (3)**
11:9;52:15;81:18
**boy (1)**
46:11
**brainstormed (1)**
65:14
**Bravo (1)**
26:18
**break (1)**
48:8
**breaking (2)**
81:20;100:23
**bring (3)**
6:21;7:4;9:14
**brings (2)**
17:10;54:23
**broader (1)**
73:17
**broadly (2)**
34:21;43:20
**broken (4)**
72:6;81:9;85:17;
100:17
**brought (10)**
5:22,24;6:2,8;9:3,16;
14:3;34:15,19;94:25
**build (1)**
42:2
**built (2)**
24:4;25:11
**bullet (3)**
77:22,24;78:7
**bunch (3)**
11:11;39:22;49:11
**burned (1)**
60:20
**business (2)**
5:2,9
**busy (1)**
44:21
**buy (5)**
89:24,25;112:14

# C

**C3 (1)**
32:19
**Cal (4)**
19:18,19,21;35:9
**calculation (1)**
107:11
**California (10)**
5:4,9;8:4;22:4;

25:14;32:11;33:17,19,
24;46:2
**call (2)**
28:12;70:15
**called (9)**
8:1;11:8;24:10;33:8,
12;57:3,7;58:7,13
**calls (2)**
61:12;92:25
**cam (1)**
80:14
**came (7)**
55:17;56:24;57:6;
99:6,22;100:2,20
**camshaft (6)**
50:10;84:22,23;85:6;
87:20;112:2
**can (54)**
4:10;6:24;9:22,25;
10:2,13;11:5;12:2,9;
13:15,21;14:6;22:9;
23:17,22,22;26:4;
30:12;33:4,25;36:6,11,
25;37:17;52:12;54:22;
56:9;57:25;61:5;70:3,
9,10;73:16;75:5;79:5,
10;81:17;82:3,9,18;
83:21,23;85:22;92:25;
94:3,12;96:9;104:15;
105:5,24;107:22;
110:6,9;115:10
**Cancer (1)**
20:13
**car (1)**
17:19
**carburetor (1)**
43:7
**career (1)**
52:19
**Carolina (4)**
38:7,11;39:9;40:23
**carry (3)**
21:10,23;22:9
**case (86)**
6:8,12;7:7;10:11;
15:7;37:6;38:8,11,13,
19,25;39:3,4,7,9,11;
40:8,11,19,25;41:13,
18,23,25;42:6;43:6,10,
12,19;49:20,23;50:2,
11,13;54:9,20;55:3;
57:23;58:2,6;59:5,16,
17;61:4,7,19;62:2;
63:7,9,12,15,18,21,24;
64:2,5,10;65:7,13,15,
24;66:6,10;68:8;70:13,
17;71:19;72:20,24;
74:20;81:6;92:2;94:9,
14;95:20,21;97:21;
100:16;101:5;108:22;
109:25;112:23;113:23;
118:3,8,13
**cases (20)**

37:1,9,11,12,15,18,
21,25;38:2,5;39:24;
40:5,23;41:6;42:17,22,
25;50:21;51:8;91:2
**casing (2)**
86:11,14
**cause (13)**
46:15;58:24;62:18;
78:18;81:24;82:3,9;
90:11;98:10;100:13;
102:6;106:10,14
**caused (8)**
20:11;78:2,9;81:15;
85:4,7,17;96:5
**causes (3)**
82:8,17,22
**cc'd (1)**
7:13
**cease (1)**
44:18
**cell (1)**
113:8
**Center (1)**
28:9
**centering (1)**
106:6
**certain (12)**
12:21;22:8;56:17;
60:5;62:8;70:25;89:9;
93:15;96:11;99:15;
103:24;104:2
**certainly (11)**
42:17;49:10;52:9;
61:21;64:9;82:5;87:14;
96:3;97:14;99:24;
115:8
**Certificate (6)**
9:7;10:20;22:21;
28:25;29:2,6
**certificated (2)**
26:16;90:8
**certification (4)**
11:8,10;68:3;70:25
**certifications (1)**
34:11
**certified (2)**
11:7,22
**Cessna (5)**
25:16,16;26:10,20;
41:12
**Cessnas (1)**
33:11
**chamber (1)**
17:14
**chance (1)**
118:14
**change (2)**
11:17;104:15
**changed (1)**
104:14
**changes (1)**
94:10
**changing (1)**

28:1
**chapter (1)**
97:20
**charge (2)**
54:1;112:17
**charged (1)**
53:22;54:16,20
**charging (1)**
54:8
**check (3)**
21:12,13;22:18
**checked (2)**
86:22;95:25
**checklist (1)**
79:14
**checks (1)**
111:13
**chemically (1)**
99:14
**choices (1)**
19:17
**choose (1)**
53:9
**chosen (1)**
52:17
**circle (1)**
102:6
**circuit (1)**
9:1
**circular (1)**
9:20
**civil (2)**
8:22;92:17
**claim (1)**
60:1
**clamped (1)**
80:22
**clamping (1)**
78:15
**clarify (1)**
43:1
**class (1)**
29:20
**classes (2)**
19:9;29:19
**classical (1)**
8:24
**clear (1)**
91:17
**clearly (4)**
91:2,9;100:17;
103:22
**client (2)**
39:20;109:2
**clients (1)**
57:11
**close (2)**
46:24;107:2
**closeup (4)**
114:18,22;116:4,22
**Club (2)**
23:3;45:12
**CMI (2)**

48:18;79:4
**co-author (1)**
61:20
**co-authored (1)**
9:6
**cocked (1)**
102:13
**cold (1)**
17:16
**Comanche (1)**
89:20
**combustion (2)**
17:13;19:16
**coming (9)**
17:15;52:5;54:13;
55:11,12;81:19,20;
99:19;108:12
**comma (1)**
12:17
**command (1)**
93:19
**commercial (1)**
51:3
**commitment (1)**
67:19
**committee (2)**
54:6,6
**communicated (1)**
65:6
**communicating (1)**
66:9
**communications (8)**
7:16;61:9;63:14,20;
64:1,4,18;65:1
**company (13)**
8:1,14,15;43:15;
45:23,25;46:4,7,10,13,
16;47:13;54:4
**compared (1)**
99:8
**compensation (3)**
54:1,5,5
**competency (2)**
21:12,13
**complaining (1)**
57:12
**completely (2)**
27:16;95:17
**complex (4)**
75:19,20,21;89:13
**complicated (2)**
21:18;33:1
**comply (1)**
11:19
**component (6)**
66:22;67:1,4;68:7;
69:10;71:6
**components (3)**
87:18,25;109:10
**compress (1)**
17:8
**compressed (1)**
17:8

**compression (2)**
33:23,25
**compressor (1)**
17:12
**computer (1)**
91:5
**con (2)**
74:18;87:12
**concluded (2)**
108:25;118:20
**conclusion (2)**
92:25;98:23
**Conclusions (1)**
108:19
**condition (15)**
51:15;78:19;92:18,
23;93:7,10,21,25;94:6,
8,16;95:8;97:1,5,8
**conditioning (2)**
17:20,21
**conditions (1)**
51:17
**conducted (1)**
91:5
**confirm (3)**
5:22;13:16;30:25
**confirmed (1)**
71:22
**conform (1)**
94:7
**conjunction (1)**
71:14
**connecting (13)**
74:15;76:8,11,12;
77:6;83:8;88:7;89:3,7;
90:10,17;110:14;
111:23
**connection (3)**
33:4;77:23;78:1
**considered (2)**
5:25;60:9
**consistent (3)**
99:15,16,17
**consists (2)**
9:5;62:2
**consultant (1)**
53:23
**consultants (1)**
8:5
**consulting (10)**
8:10,14,15,21;35:23,
24;36:1;50:18;51:1,6
**contact (1)**
74:19
**contained (1)**
84:24
**contains (1)**
13:10
**Continental (38)**
11:20;13:11;26:17;
29:24;37:2,4,6,9,12,13,
16;38:18;40:13,18;
41:7,19;42:3,9,15;

48:22;49:3,15;50:15;
74:10,12,23;75:13,14;
76:2,10,17;88:24,25;
90:5;96:9;102:22;
103:2;106:19
**Continentals (2)**
52:15;81:18
**Continental's (1)**
88:17
**control (1)**
17:1
**conversation (1)**
59:19
**converted (1)**
49:12
**copies (1)**
9:24
**copy (5)**
6:3,22;7:11;16:9;
114:7
**core (1)**
112:17
**Corona (1)**
32:11
**Corps (1)**
45:12
**correctly (6)**
8:19;30:3,11;73:2;
101:17;108:1
**correspondence (5)**
7:7,8,10;14:7,9
**cost (3)**
111:1,3;112:11
**counsel (5)**
54:12;65:5;66:11,13;
113:24
**couple (5)**
9:8;22:7;23:21;
29:13;77:16
**course (4)**
18:17;29:22;51:2;
81:21
**courses (9)**
16:18;17:24;18:2,13,
24;19:4,12,19,22
**court (5)**
39:6,8,20;53:17;
114:7
**covers (2)**
8:10;69:14
**cracked (1)**
49:20
**crank (16)**
49:24;50:3;74:1;
103:21;104:25;106:2,
10;107:9,16,25;112:3;
115:7;116:9,14,17;
117:10
**crankcase (10)**
42:21;85:14,18,20;
86:1,2;87:21;99:25;
112:4,15
**crankcases (5)**

40:2;49:17;52:11;
85:24;86:5
**crankshaft (69)**
40:1;42:8,9,12,15;
50:14;60:19;68:7,20,
23,23;72:6,14;73:1,6,8,
12,20;77:18,18;78:4;
79:2;80:6,14;81:5,8,13,
15,20,25;82:4,10,19;
87:19,20;95:7;100:17,
22;101:8,13;102:1,18;
103:10,14;104:17,22,
24;105:10,15,17,21;
106:6,15,16,24;107:13,
13,17;108:8,9;114:16;
115:20;116:1,3,5,8,13,
17,23
**crash (2)**
34:23;38:2
**Crews (1)**
43:3
**critical (2)**
100:16;101:4
**currency (2)**
21:5,20
**current (13)**
16:15;20:3,4,7;21:7,
15;22:5;24:23;29:9,11;
30:25;31:3;34:3
**currently (7)**
25:1,4;26:17;27:3;
28:21;32:8,17
**customers (1)**
57:7
**cutting (1)**
98:16
**CV (4)**
16:10,13,15;35:13
**cycle (4)**
16:21,25;17:4,5
**cylinder (2)**
56:10,14
**cylinders (5)**
28:1;52:14,16;57:17;
69:15
**Cyrille (1)**
4:12
**C-y-r-i-l-l-e (1)**
4:12

**D**

**damage (6)**
85:14,16,20,25;
87:17;88:1
**damaging (1)**
82:6
**damper (3)**
38:21;39:25;40:1
**data (24)**
5:24;6:3,4,5;9:7,9,
10;15:16,17,18;32:18;
22;33:5;56:9,18;57:14,

22;59:25;60:3,10,15;
95:12;108:25;110:8
**databases (1)**
62:10
**date (1)**
20:9
**dated (1)**
13:11
**dates (1)**
12:21
**David (3)**
14:16,20;58:7
**day (5)**
45:4;46:18;60:12,13;
67:19
**days (2)**
9:13;21:22
**dead (1)**
56:9
**deal (2)**
28:17;37:12
**deals (3)**
88:5,10;98:10
**debris (1)**
98:14
**decide (2)**
22:25;35:16
**decision (2)**
23:14;53:11
**deemed (1)**
24:6
**defects (3)**
77:2,6,10
**defend (1)**
38:17
**defendants (2)**
64:5;118:6
**defended (1)**
35:11
**definitely (1)**
81:21
**definitively (1)**
96:12
**degree (2)**
18:23;19:3
**degrees (4)**
102:18,19;103:11;
107:10
**demonstrated (2)**
11:19;30:16
**DENNIS (2)**
4:3,12
**D-e-n-n-i-s (1)**
4:12
**departure (1)**
35:1
**depend (1)**
108:6
**dependent (1)**
106:12
**depending (5)**
21:11;50:23;107:12,
22;108:15

**depends (1)**
53:11
**deposition (17)**
5:15,16;7:15;12:23;
36:22;38:25;39:13,14,
18;41:4;65:10;66:14,
15,16;69:22;97:4;
109:3
**depositions (3)**
4:14;36:6;66:6
**derived (1)**
91:19
**describe (1)**
17:5
**described (2)**
58:14;117:10
**describing (1)**
106:11
**Description (2)**
72:4;74:7
**Design (7)**
19:7,10,13,16;37:25;
40:2;41:21;81:22;94:7
**designated (1)**
39:17
**destroyed (1)**
95:17
**detail (3)**
73:22;84:10;108:21
**determination (1)**
90:21
**determine (6)**
18:9;73:16;78:17;
86:24;90:16;106:13
**determined (3)**
54:5;102:23;107:1
**determining (2)**
93:20;100:13
**develop (1)**
66:2
**developed (1)**
71:13
**developing (2)**
60:16;114:25
**development (1)**
8:23
**diameters (1)**
109:14
**difference (7)**
75:12;76:1,10,17;
88:15,23;89:1
**differences (1)**
74:23
**different (18)**
8:16;19:16;23:21;
34:18;55:14;59:21;
75:17;76:23;79:22,23;
108:7,13;114:24;
115:24;116:25;117:1,
2,3
**diploma (1)**
35:11
**direct (1)**

87:6
**direction (1)**
56:5
**directives (1)**
32:25
**directly (1)**
72:12
**director (3)**
44:4,7,17
**disagree (1)**
109:5
**disassembled (2)**
66:24;69:14
**disassembly (1)**
78:22
**disciplinary (1)**
34:14
**discipline (1)**
18:4
**disciplines (1)**
18:16
**disclosure (1)**
70:8
**disconnect (1)**
91:1
**discontinue (1)**
94:20
**discontinued (2)**
95:3,24
**discovered (5)**
77:1,5,9;87:17;110:5
**discovery (10)**
9:17;14:24;59:18;
67:11;70:20;72:16;
92:2;98:21,24;113:3
**discuss (4)**
54:7;77:16;86:10;
118:14
**discussed (18)**
7:2;15:7,22;16:4;
27:14;34:11;45:15;
46:17;52:24;60:22;
61:3;62:20;78:5;
101:24;108:23,24;
110:1;115:7
**discusses (2)**
83:12;88:12
**discussing (1)**
91:12
**discussion (3)**
10:5;58:23;59:15
**discussions (8)**
61:23;63:14,20;64:1,
12,15,18;71:11
**disincentive (1)**
53:4
**disqualified (1)**
53:17
**distance (2)**
104:14,15
**Dixie (1)**
58:17;98:24
**Doctorate (1)**

23:2
**document (1)**
5:20
**documentation (1)**
103:1
**documents (10)**
6:7;7:2;14:1,3;15:6;
59:23;70:20;91:19,23;
92:1
**Don (4)**
58:20;63:23;64:2;
118:5
**done (30)**
18:17;21:21,25;24:4;
27:21,24;28:4;41:3;
43:10,18;48:6;52:9,14;
55:25;62:13;63:5;
70:13;78:11,12,23;
80:2;97:10;101:17;
102:22;103:9;106:13;
107:11;111:18;113:12;
114:8
**doubt (1)**
69:25
**dowel (11)**
68:19;105:3,6;
114:10,12,17,19,22;
115:21;116:2,23
**down (13)**
17:11;23:4;29:25;
49:15,17;52:10;57:4;
58:19;87:3;89:23;
100:21;108:12;111:5
**downloaded (1)**
57:13
**Dr (62)**
4:10,14;5:2,14;6:16,
22;7:17;10:9,10,19;
12:9;13:5;14:12;15:10;
16:8;28:24;32:1;35:9;
36:21;48:18;54:23;
55:6,18;58:13;59:1,16;
61:1,9,14,18,23;62:3,
17;65:4,15;67:8;68:13;
69:1,5,17;70:12,16,23;
71:4,14,21;78:5;83:5,
21,22;87:23;90:15;
92:8;96:17;98:8;
108:18;110:3,11;
113:1,19,19;118:10
**drafted (1)**
91:10
**drawings (6)**
75:7,18;76:5,14,20;
88:18
**Drive (5)**
5:6;7:21;23:7;80:14,
15
**drives (1)**
17:12
**drop (1)**
57:8
**D'Shannon (37)**

13:8,13;14:13,18;
64:19;66:22,25;67:3,6,
13,17;69:6,10,13,15;
71:5;77:3,7,11;80:8;
83:7,25;84:3;86:1;
87:8,16;88:2,8,16;
89:12;90:18;93:25;
96:6;110:3,12,22;
113:1
**due (2)**
73:18;103:3
**duly (1)**
4:4
**during (3)**
52:19;74:9;81:3

**E**

**Earlier (6)**
60:22;71:23;101:6;
112:6;115:7;117:22
**easy (1)**
90:15
**ECI (18)**
74:19,24;75:12;76:3,
12,18;83:20;84:4,17;
88:6,16;89:2,7;90:4,10,
16,24;96:5
**educated (1)**
62:9
**education (2)**
18:22;34:4
**effect (1)**
102:17
**effective (1)**
11:12
**efficiencies (1)**
19:16
**eight (3)**
29:17,18;31:3
**eighth (1)**
116:22
**eight-hour (1)**
29:20
**either (12)**
14:13;21:7;25:19;
28:8,21;33:23;66:21,
24;67:3;78:11;104:9;
105:21
**El (6)**
23:3,8,25;45:11,11,
14
**Elano (4)**
43:3,13,14,15
**elected (2)**
39:21;77:9
**electronic (2)**
6:23;9:25
**elements (1)**
75:24
**eligibility (17)**
66:4;68:3;71:2,2;
75:2,10;76:1,9,16;88:6,

10;90:2,23,23,25;
93:15;96:11
**eligible (9)**
62:11,15,16;74:9;
76:24;83:6;88:20;90:6;
91:3
**eliminated (1)**
105:25
**else (5)**
47:25;65:6;66:9;
91:22;94:24
**else's (1)**
47:24
**email (1)**
7:21
**emails (2)**
7:18;61:12
**employed (13)**
28:21;30:14;44:3,10,
18;45:1,3,18,18,21;
46:17;47:6,8
**employee (4)**
25:7;47:10,11;53:19
**employment (2)**
44:20;45:6
**enable (1)**
86:24
**end (10)**
17:16;21:24;44:14,
20;46:11;60:21;88:20;
106:5;115:19;116:1
**ends (2)**
52:15;81:18
**energy (2)**
17:7,7
**engine (120)**
9:10,18,18;10:20;
11:11;12:13,15;13:6,8,
12,13;14:18;15:16,17,
18;28:16;29:14,22;
31:9;37:13,16,19;41:8,
22;42:3,10,16,25;43:2,
25;44:1;48:19,22;
49:16,21,25;50:4,7,11,
15;51:19;52:5,6;55:10;
56:8,11,21,25;57:5,14,
22;58:9,19;59:3,24;
60:10,16,18;62:19;
69:6,10,13,17;71:6;
75:8;76:6,25;78:19;
80:8;81:8;82:7,16;
83:15;84:25;86:1,19;
87:3,8,16,18;88:2,24,
25;89:15,16;90:7,7,13;
93:16;94:15;95:12,18;
98:6,6,6,10;99:3,9;
100:5,12,18;101:2;
103:18,18,19;106:20,
20,25;108:3,15,24;
110:12,16,19,22;111:2,
19,22,25;112:7
**engineer (4)**
53:3;55:12;61:14,16

**engineering (4)**
8:23;35:22,24;103:1
**engineers (2)**
8:6;102:22
**engines (69)**
14:13;19:1,6,7,11,15,
20,24;23:20;25:5;
26:14,20;27:3,7;31:14,
17;37:2,4,7,9,12;40:5;
41:2;42:11;43:5;48:25;
49:4,8;52:8;53:7,8,15;
58:11,22;60:2,6;66:22,
25;67:4,6,13,17,23;
68:5;72:17;77:3,7,11;
83:7;84:1,3,14;88:8,
16;89:10,11;90:19;
93:6,11,12;94:1;96:6,
11;97:10,13;99:1;
110:3;112:19;113:1
**enjoy (1)**
46:25
**enjoyed (1)**
23:6
**enough (4)**
23:12;24:7;39:19;
104:10
**entities (2)**
28:22;97:23
**entity (1)**
25:8
**entries (3)**
9:17;83:24;91:10
**entry (7)**
13:6,10,14;83:17,19;
84:10;91:21
**environmental (1)**
17:1
**equipment (4)**
32:17,21;33:6,8
**equipped (2)**
27:3,7
**equivalent (1)**
111:15
**Erickson (2)**
64:7,15
**ESI (2)**
65:20,23
**essentially (7)**
17:18;23:24;27:16;
33:3;80:22;101:10;
107:1
**establish (1)**
56:15
**estimate (3)**
36:19;69:4;107:7
**even (8)**
60:18;75:7;80:17;
81:5;88:19;89:24;
93:13;110:21
**event (3)**
87:9,11;95:6
**evidence (11)**
60:6;79:1;86:17,20;

87:6,7;95:4;103:20;
104:23;105:2,8
**exact (2)**
30:4;111:4
**exactly (3)**
54:7;95:2;96:10
**exam (2)**
30:17,18
**EXAMINATION (1)**
4:7
**examinations (4)**
24:11,13,16;47:18
**examine (4)**
49:24;50:9,14;
100:11
**examined (2)**
4:5;50:2
**example (2)**
56:14;89:19
**exams (2)**
24:8,9
**Excel (1)**
12:18
**excerpts (2)**
9:7;58:16
**exchanger (2)**
17:10,14
**exciting (1)**
14:8
**excluding (1)**
20:17
**exclusively (1)**
67:7
**exercise (1)**
29:1
**exercising (1)**
25:1
**Exhibit (59)**
5:12,14;10:7,9,17,19,
24;11:1,6,9,15,21;12:2,
7,10,11;13:3,5,19,21,
22;15:2,5,21;16:6,9,9;
31:24;32:2,2;36:16,21,
25;41:13;42:22,25;
60:23;71:23;80:3;
83:23;92:6,9,9;96:15,
18,18;109:7;114:2,5,
12,15,18,21;115:5,12,
15,18,18;117:8
**Exhibits (2)**
14:2;83:21
**expand (1)**
17:11
**expect (5)**
79:13;105:14,19;
106:7;117:16
**expected (1)**
84:25
**expensive (1)**
112:16
**experience (3)**
29:1;58:9;59:2
**experienced (2)**

84:22;106:3
**expert (13)**
8:11;14:10;35:25;
36:7,12;37:5;39:3,14;
42:1,13;50:17;53:17;
70:8
**experts (1)**
8:16
**expire (1)**
20:4
**explain (1)**
11:5
**explanation (3)**
101:16,23;103:16
**Exponent (22)**
7:23;8:1,9;35:14,17,
20,25;44:11,21;45:1,3,
6,22;46:18;47:7;50:19,
21;53:19;54:8,19;62:2;
63:6
**Exponent's (2)**
71:18,23
**exported (1)**
12:19
**extent (1)**
93:5
**extract (1)**
17:7
**extracting (1)**
17:15

---

## F

**F14 (1)**
18:18
**FAA (21)**
9:20;20:16;22:10,21;
24:6,6,20;29:12;30:16,
22;31:4;34:3,10,15,20,
21,24;72:18,19,23;
90:22
**facilities (2)**
32:17,21
**fact (5)**
80:18;94:14;104:6;
105:11;109:16
**factors (3)**
108:7,13,17
**factory (1)**
42:4
**facts (1)**
70:8
**factual (1)**
113:22
**Fahrenheit (3)**
102:19,19;107:6
**fail (4)**
58:24;87:12;95:8;
101:2
**failed (2)**
87:13;95:16
**failure (3)**
90:12;98:11;100:18

**failures (2)**
18:10,11
**fair (2)**
4:22;81:1
**fairly (4)**
90:15;91:5;95:15;
108:15
**falling (1)**
51:4
**familiar (4)**
28:24;32:5;92:12;
96:21
**FAR (21)**
11:1,12,21;16:2;
20:5;28:24;32:2,18;
34:12;54:3;59:4;61:5;
62:14;83:10;92:2,9;
96:8,19;108:4,7;118:9
**FARs (3)**
9:9;58:25;98:5
**fat (1)**
107:13
**fault (1)**
18:8
**February (1)**
11:13
**feel (2)**
53:12;55:8
**fees (3)**
53:22,25,25
**few (8)**
7:18;16:16,17;18:21;
27:20,25;30:24;55:4,5;
61:2;69:3;70:4,5;
78:16;117:17,19
**field (1)**
57:6
**fifth (1)**
116:12
**figure (3)**
38:15;101:1;111:4
**files (1)**
12:12
**filler (1)**
100:21
**filter (7)**
86:19;87:1,6;89:20,
24,25;98:16
**finally (5)**
13:14,21;76:16;
112:4;114:21
**financial (1)**
53:3
**find (10)**
8:13;20:19;55:16;
56:6;60:6,9,20;73:23;
79:13;111:15
**finding (1)**
51:18
**finger (2)**
72:7,15
**firing (1)**
57:20

Perkins Communications, LLC v.
D'Shannon Products, LTD

MOORE, PhD
July 13, 2016

**firm (1)**
7:9
**firmly (1)**
105:17
**first (41)**
4:4;11:10,23;20:20;
21:2,16;22:15,18,23;
23:15;24:14,17,20;
26:9;30:9,18,22;35:20;
44:13,15;45:13;50:17;
55:22;56:14;58:1,5,12,
13;59:5;77:16,22,24;
78:6,13,22;87:13;
98:13;104:10;105:22;
114:12;115:19
**firsthand (4)**
61:21,25;62:3;87:23
**fit (4)**
88:15;89:17;104:21;
107:19
**five (2)**
40:16;82:25
**fixed (1)**
32:8
**flash (1)**
111:13
**flashlights (1)**
33:7
**flight (15)**
44:3;45:9,10;80:9;
93:21,25;94:7,13,17,
20;95:3,5,9,24;96:4
**flip (7)**
5:20;72:2;83:11;
84:20;98:8;108:18;
117:11
**floats (1)**
43:8
**fly (3)**
21:20;22:1,7
**flying (12)**
20:5;7;21:25;24:1;
28:9,18;31:19;33:24;
57:11;65:9,18,22
**FMEAs (1)**
18:8
**focus (1)**
116:6
**folder (1)**
90:1
**following (1)**
112:1
**follows (1)**
4:5
**foot (1)**
80:1
**force (9)**
72:7,15;78:15;106:9,
14;107:8;108:10,11,12
**forces (2)**
80:21;107:22
**forget (2)**
30:4;80:3

**forgot (2)**
101:20;105:23
**form (9)**
6:1;46:4;75:1;79:9;
88:15;89:17;92:24;
94:2;98:1
**forms (1)**
91:22
**forth (5)**
7:18;15:24;109:24;
115:1,4
**fortunate (2)**
95:15;100:24
**fortunately (1)**
51:3
**forward (1)**
66:8
**found (10)**
86:13,17,25;98:14,
16,18;99:6,22;100:12;
117:23
**four (9)**
29:19;37:10,11;72:5,
13;101:20;114:11;
115:4,12
**fourth (2)**
114:21;116:4
**fracturing (1)**
82:1
**frame (6)**
9:19;23:16;26:8;
41:17;64:25;89:21
**frankly (1)**
95:15
**free (1)**
47:2
**Freeman (4)**
58:20;63:23;64:2;
118:6
**Freon (1)**
17:22
**frequently (2)**
50:23;99:12
**Fretting (2)**
101:12;105:12
**friction (1)**
80:23
**friend (2)**
65:19,23
**front (2)**
103:18,19
**fuel (3)**
41:23;56:11,11
**full (2)**
4:10;52:18
**fully (2)**
63:1;69:16
**fun (1)**
35:18
**function (2)**
88:15;89:17
**furnished (1)**
7:3

**further (4)**
7:25;17:9;74:7;
103:14

## G

**GARA (5)**
46:14,15,22,23;
52:24
**gathered (1)**
71:12
**gauge (1)**
107:5
**gave (1)**
92:3
**GE (1)**
43:15
**gear (54)**
33:13;40:1,2;42:8,9,
12,15,17;49:24;50:3;
60:20;63:1;68:24;73:7,
9,9,12,14;78:13;82:2;
99:16;101:14,24;
102:1,18;103:4,10,14,
21;104:16,16,22,25;
105:10,15,18,21;106:2,
6,10,15;107:9,14,16,
19,25;108:8,9,10;
115:7;116:9,14,17;
117:10
**gears (17)**
74:1;77:18;78:4,9;
80:14;81:13,19;87:20;
95:17;101:8,9;105:12;
106:24;108:2,4;
111:12;112:3
**gee (1)**
57:7
**general (4)**
15:25;19:15;51:2;
58:25
**generally (15)**
7:11;18:14,15;37:21;
50:22;55:4,11,20;
57:23;58:14;82:7,8,17;
85:9;99:18
**gets (1)**
104:19
**given (9)**
4:14;6:8;9:12;24:12;
29:18;36:7;67:16;
91:20,23
**globally (2)**
16:19;113:9
**goes (1)**
18:15
**good (5)**
22:4;27:15;48:9;
55:2;81:11
**Gotta (2)**
46:1;47:8
**gouges (1)**
99:25

**governor (2)**
86:21;87:4
**graduate (2)**
23:1,4
**granted (2)**
25:2;29:2
**great (1)**
109:12
**greater (1)**
29:16
**gross (2)**
87:10,15
**grossing (1)**
46:24
**ground (2)**
4:17;17:2
**GTSIO (3)**
40:7,20;42:17
**GTSIO-520 (2)**
27:7,17
**GTSIO-520-D (1)**
27:5
**GTSIO-520s (2)**
37:20;40:4
**GTSIOs (1)**
37:20
**guess (8)**
27:13;32:13;38:18;
53:13;68:15;71:3;74:1;
109:2

## H

**half (2)**
8:19;50:24
**hand (3)**
33:6,21;83:21
**hands (4)**
23:6;46:19,21;47:1
**hangar (3)**
33:15,16;57:4
**hangars (1)**
25:11
**happen (2)**
95:20,21
**happened (1)**
95:11
**hard (2)**
63:4;117:12
**head (1)**
85:17
**headquarters (1)**
8:4
**health (1)**
8:22
**heard (2)**
59:8;82:21
**heat (10)**
17:10,14,15;102:4,
24,24,25;103:4;
104:21;108:16
**heated (2)**
102:10;103:6

**heating (2)**
102:17;103:10
**heaviest (1)**
81:2
**HEISTERHAGEN (14)**
4:9,24;48:9,12,17;
54:22;69:19;70:4;
82:24;83:4;93:2;
113:11,18;118:16
**help (4)**
28:10,11,12,20
**helped (1)**
66:1
**helpful (1)**
100:15
**helping (2)**
23:10,11
**Herd (2)**
28:17;65:9
**Hetzer-Young (2)**
43:3,12
**high (1)**
102:8
**highest (1)**
80:15
**histories (1)**
56:17
**hold (1)**
22:20
**home (1)**
5:5
**Horton (2)**
59:11;118:7
**hotter (1)**
17:9
**Houdaille (1)**
38:23
**hour (1)**
54:8
**hours (10)**
23:13;24:5;29:17,18,
22;31:3;80:9;81:5;
85:1;111:8
**Hughes (1)**
18:17
**hundred (2)**
69:3,3
**hypothetical (3)**
56:23;100:24;108:8
**hypothetically (1)**
100:19

## I

**IA (14)**
24:25;28:12;29:8,11;
30:10,13,17,18,21,25;
31:9,19;34:3;65:19
**IAs (1)**
23:9
**idea (4)**
56:19;106:23;107:8;
111:19

**identical (3)**
75:8;89:18,25
**identification (15)**
5:12;10:7,17,24;
12:7;13:3,19;15:2;
16:6;31:24;36:16;92:6;
96:15;114:2;115:15
**identified (4)**
39:2;57:16;91:10;
99:7
**identifies (1)**
100:2
**identify (1)**
99:19
**IFR (1)**
21:11
**illegal (1)**
89:22
**imagine (1)**
14:8
**important (4)**
56:20;67:25;100:13;
117:23
**improper (2)**
43:25;82:23
**improperly (1)**
102:2
**inch (2)**
109:12;117:18
**incident (3)**
71:25;72:4;74:7
**include (1)**
64:7
**included (3)**
69:22;72:17;117:24
**includes (1)**
116:13
**including (3)**
97:19;108:7;116:23
**incorrectly (1)**
37:23
**incredibly (1)**
100:24
**incurred (1)**
88:2
**indicate (2)**
86:6,9
**indicated (3)**
78:6;91:2;109:3
**indication (5)**
51:10;84:1;87:10;
93:7;109:1
**indications (1)**
52:3
**indicative (3)**
77:22,25;101:22
**indicator (1)**
109:16
**individual (1)**
14:25
**individuals (4)**
65:25;72:23;87:3;
118:4

**ineligible (3)**
83:12;91:9;110:13
**information (25)**
5:23,25;12:14,17,24;
15:23;55:8,20,24;66:1;
71:13;72:13;79:11,15;
83:19;84:11,15;91:6,
18,23,25;98:20;100:9,
15;101:4
**initial (2)**
59:15;80:2
**initially (2)**
22:13;45:16
**injected (1)**
56:11
**inner (1)**
86:10,14
**in-person (1)**
61:6
**inspect (1)**
67:16
**inspected (2)**
66:21;67:22
**inspection (20)**
7:14;26:24;27:9;
30:9;32:18,21;34:5;
47:21;48:2;59:20,21;
67:18,20,20;68:13;
71:4,9,10;83:16;113:9
**inspections (4)**
7:12;33:22;39:8;
68:13
**installation (22)**
42:8,14;62:11;73:4,
18,25;74:3,10;75:3;
76:25;79:2,17;81:12,
23;82:10,11,15,20,23;
83:7;90:7;102:20
**installed (25)**
26:14;41:11;49:5,8;
62:24,25;63:3;68:24;
73:2;75:9;76:7;77:3,7,
11;78:13;81:16;84:2;
88:8;89:15;90:9;94:1;
101:14;102:1;104:25;
107:25
**instance (14)**
18:6;21:19;29:22;
33:9,18;55:24;62:7;
66:13;73:11;99:20;
101:18;111:12,17;
117:13
**instead (2)**
17:13;44:24
**instruction (1)**
71:8
**instructor (2)**
18:16;22:6
**instrument (1)**
20:25;21:11,13;22:5
**insurance (4)**
25:23;46:21,23;
52:24

**insured (1)**
31:22
**intentions (1)**
66:8
**interest (3)**
25:20;26:7;71:11
**interface (1)**
78:3
**interference (1)**
107:18
**intermittent (2)**
57:12,20
**Internet (1)**
33:4
**into (3)**
73:21;86:19;107:3
**investigated (1)**
81:7
**investigation (3)**
8:25;71:18;74:8
**invoices (2)**
54:11,16
**invoicing (1)**
54:13
**involve (2)**
37:21;50:22
**involved (20)**
35:25;37:1,3,15,19,
25;39:24;40:3,5;41:7;
43:20;51:9;58:1,5,8;
72:23;81:7;118:3,4,8
**involving (4)**
37:6,9,11;51:9
**inward (1)**
103:14,17,21;106:15
**IO-470-VOs (1)**
26:17
**IO-520 (7)**
41:1,7;42:2;48:19,
22;49:3,16
**IO-550 (16)**
9:8;10:20;11:22;
41:1,7;42:3;48:19,22;
49:4,15,25;50:4,7,11,
15;89:9
**IO-550-B (1)**
26:18
**IO-550-C (12)**
11:4,12,19;13:6,12;
62:11,16;74:10;88:13,
24;89:11;91:4
**IO-550-D (1)**
88:24
**IO-550s (1)**
48:23
**issue (22)**
42:18;53:6;56:10,12,
12;57:16;60:13;73:3,5;
74:14,20;75:10;76:1,9,
16;81:22,23;85:10;
96:5;100:14;101:22;
103:4
**issued (1)**

35:12
**issues (14)**
28:2,2;37:25;43:21;
58:14,15;62:20;65:13,
14;78:18;81:15;82:11,
15;90:12
**items (3)**
7:1,3;15:22

**J**

**jet (7)**
17:6,18;28:9,15;
31:18;65:18,22
**jets (1)**
28:17
**job (3)**
35:18;46:18;53:3
**Joe (2)**
63:11;118:5
**John (1)**
72:22
**journal (1)**
116:7
**jump (1)**
7:21

**K**

**keep (8)**
12:2;23:10;29:8,10;
31:3;33:14;34:3;46:21
**keeping (2)**
23:15,19
**kick-back (3)**
82:3,12,14
**kind (14)**
7:17;26:14;27:3;
34:15;56:5;57:2,12;
63:7;70:12;71:18;
79:14;88:1;115:6;
117:9
**kit (4)**
84:5,6,8;91:8
**knew (1)**
93:8
**knowledge (12)**
15:25;16:14;53:16;
54:19;59:1;61:19;69:7;
74:22;75:25;83:5;
88:14,22
**known (2)**
93:9;95:9

**L**

**labor (2)**
111:14;112:12
**lack (3)**
8:9;52:18;70:16
**landing (1)**
33:13
**landings (2)**

21:21;22:2
**lapse (3)**
21:4,7;45:6
**large (9)**
42:9,12;49:24;77:17;
78:3;87:19;101:7;
105:18;112:3
**last (16)**
16:15;21:22;25:17,
21;26:4,19;27:6;29:6;
31:8;34:5,8;40:16;
47:20;48:1;49:7;60:11
**late (1)**
49:14
**later (2)**
59:24;73:22
**lean (1)**
57:9
**least (1)**
71:5
**leaves (1)**
105:25
**left (23)**
9:10,18;13:8;44:24,
25;45:20;62:18;71:5;
73:16;80:7;83:25;
85:25;87:7,16;90:13;
94:15;98:6,10;99:3;
100:12;111:22,25;
112:7
**legal (2)**
66:5;92:25
**Lenair (10)**
44:8,10,13,16,18,25;
45:10,20;47:10;49:10
**lengths (1)**
109:12
**less (3)**
50:24;84:25
**level (5)**
11:3;12:5;19:10,13,
14
**levels (1)**
11:14
**Liability (2)**
52:20,22
**license (19)**
20:1,3,4,12,15,18,20;
23:3,4,15;22:11,14;
23:13;24:19,23;25:2;
34:16;35:4;45:17
**licenses (2)**
21:6;34:10
**lifters (5)**
50:10;84:22;85:3;
87:21;112:2
**lighting (2)**
117:1,3
**liked (3)**
46:19;67:22;68:6
**likely (2)**
96:8;103:16;104:20
**limit (1)**

51:5
**limited (1)**
  82:14
**line (3)**
  11:10;78:6;117:14
**list (5)**
  36:19,22;43:5;66:4;
  79:21
**listed (6)**
  15:8,21;41:13;42:25;
  77:21;80:5
**lists (3)**
  6:3;90:23;91:13
**literal (2)**
  97:24;98:3
**litigation (4)**
  36:1;37:6;50:18;
  53:23
**little (11)**
  24:1;34:18;62:6;
  73:14,17,21;101:6;
  107:6;115:10;117:13,
  15
**live (1)**
  5:8
**loads (3)**
  80:15;81:2,2
**lobes (1)**
  84:23
**located (3)**
  77:1,5;116:2
**location (2)**
  33:23;38:4
**locations (1)**
  33:22
**logbook (10)**
  9:17;13:6,10,14;
  83:17,19,24;84:9;
  91:10,21
**logbooks (4)**
  25:23;55:23;56:16;
  58:17
**logistics (1)**
  7:19
**long (4)**
  23:7;102:10;108:2,
  14
**look (20)**
  11:8;18:5,8;32:7,16;
  36:25;51:20;56:15,16,
  18;60:3;62:10;70:6;
  72:3;75:20;77:13;
  83:24;94:21;97:15;
  115:4
**looked (11)**
  24:6;57:14;59:18,25;
  60:11;62:8,12;90:22,
  25;108:24;115:2
**looking (7)**
  18:5;19:15;38:14;
  40:21;62:7;96:10;
  107:21
**looks (3)**

13:5;114:10;116:6
**loose (14)**
  62:21,23;63:2;73:3;
  77:23,25;80:17;81:5;
  101:10,21;103:22;
  105:11,20;109:20
**loosen (4)**
  81:16,25;82:4,10
**loosening (2)**
  82:19;109:10
**Lo-Rez (1)**
  38:22
**Los (2)**
  5:3,10
**lose (2)**
  20:11;21:5
**loss (1)**
  20:17
**lost (4)**
  21:3,16;95:14;
  100:21
**lot (8)**
  14:8;33:1;40:3;
  84:10;105:19;108:6,
  13;117:16
**Love (2)**
  46:1;47:8
**low (4)**
  51:9,17,25;94:21
**lubrication (1)**
  85:10
**lunched (1)**
  95:17
**Lycoming (1)**
  29:13

## M

**machine (3)**
  16:21;17:4,5
**machines (1)**
  16:25
**mag (1)**
  57:8
**magneto (3)**
  28:2;57:16,21
**main (19)**
  42:19;74:15,17,23,
  24;75:12,13;76:2,3;
  77:2;83:8;84:5;88:6;
  89:3,7;90:10,16;
  110:14;111:23
**mains (1)**
  87:14
**maintain (3)**
  47:2;104:5,6
**maintained (1)**
  97:5
**maintaining (7)**
  18:25;19:6,8,20,23;
  96:25;97:8
**maintenance (16)**
  25:18;26:25;28:3;

42:24;43:21,23,24;
  44:4,7,17;45:24;46:6;
  47:12;97:16,16
**major (1)**
  34:7
**makes (2)**
  17:9;90:4
**making (2)**
  108:3,6
**manuals (1)**
  32:23
**manufacture (1)**
  41:21
**manufactured (1)**
  43:16
**manufacturer (3)**
  33:9;38:1,21
**many (10)**
  8:15;14:22;18:15;
  25:15;36:6,11;37:9,15;
  41:6;69:1
**March (3)**
  9:12;12:12;59:24
**Marine (1)**
  45:11
**mark (7)**
  5:14;9:22;10:14;
  11:25;36:13,14;115:18
**marked (27)**
  5:12;10:7,9,17,19,
  24;12:7,9;13:3,19;
  14:1;15:2,4;16:4,6,9;
  31:24;32:2;36:16;
  83:23;92:6,9;96:15,18;
  114:2,4;115:15
**Master's (3)**
  19:3,9,14
**material (9)**
  51:10,15,21;59:18;
  72:18;98:25;99:1;
  100:8,9
**materials (7)**
  7:3;59:23;60:22,25;
  67:11;72:16;110:6
**mating (1)**
  80:23
**matter (17)**
  6:15;40:20;75:7;
  76:6,15,21,23;77:14;
  81:21;88:19;89:17,18;
  90:3,4;103:8;111:7;
  118:11
**matters (1)**
  76:23
**may (21)**
  18:10;22:5;28:12,15;
  42:16;50:25;53:9;
  55:24,25;66:16,16;
  79:25;84:7,8;92:17;
  94:12;97:15;98:25;
  108:14,14;111:7
**maybe (1)**
  95:18

**McConnell (1)**
  5:3
**mean (16)**
  11:5;16:1;50:23;
  52:21;53:8;60:18;
  61:11;70:5;75:22;
  81:17;85:22;86:7;
  97:14;103:17;109:11;
  116:6
**meaning (2)**
  56:12;75:24
**means (1)**
  86:8
**mechanic (20)**
  28:6,25;29:5;30:15;
  44:3;45:13;51:14;52:6;
  53:5;55:13,17;56:24;
  57:3;58:10;59:3,9;
  65:13;77:6;93:13,14
**mechanical (2)**
  77:2,9
**mechanics (2)**
  24:3;25:21
**medical (7)**
  20:8,11,17;21:3,8,
  17;27:15
**meet (1)**
  22:7
**meeting (1)**
  66:9
**meetings (1)**
  61:6
**Menlo (1)**
  8:4
**mention (2)**
  73:23,25
**mentioned (2)**
  9:11;109:21
**merely (2)**
  109:4,15
**met (5)**
  63:11,17,23;64:4;
  65:5
**metal (17)**
  51:18;52:1,4;86:15,
  17,25;87:6;94:18;99:2;
  100:4,12;104:16,16;
  108:3,5,6;115:11
**metallic (1)**
  98:14
**metallurgical (5)**
  85:11;99:11,13,23;
  101:3
**metallurgically (1)**
  100:2
**methods (2)**
  9:21;23:21
**Michael (3)**
  84:18;102:4;109:3
**Microfiche (1)**
  33:2
**Mid (1)**
  44:19

**middle (1)**
  46:12
**might (15)**
  14:8;57:8;60:1;
  61:11;71:11;78:21;
  85:9;99:15,16,17;
  103:2;113:7;115:9;
  117:12;118:1
**Mike (13)**
  59:6;63:17,21;64:7,
  12;66:14;91:11,20,24;
  97:9,12,20;118:5
**mine (1)**
  65:19
**minimum (1)**
  22:4
**minutes (6)**
  27:20;30:24;55:5;
  78:16;82:25;117:19
**mirrors (1)**
  33:7
**missed (1)**
  71:17
**misstated (1)**
  55:15
**misunderstood (1)**
  43:22
**mixture (1)**
  91:14
**Mobile (1)**
  29:25
**model (1)**
  37:18
**models (1)**
  11:11
**molder (1)**
  43:7
**molecularly (1)**
  99:7
**moment (1)**
  58:18
**monitoring (2)**
  59:24;60:3
**monitors (2)**
  56:8;57:14
**months (6)**
  23:23;25:22;27:25;
  29:6
**MOORE (48)**
  4:3,10,13,14;5:2,14;
  10:9,19;12:9;13:5;
  14:12;16:8;28:24;32:1;
  35:9;36:21;48:18;55:6,
  18;59:6;64:8,12;66:15;
  70:12;71:21;83:5,21,
  22;84:13,18;90:15;
  91:11,20,24;92:8;
  93:10;96:17;97:9,13,
  20;98:4,8;102:4;
  108:18;110:3,11;
  113:19;118:10
**M-o-o-r-e (1)**
  4:13

Perkins Communications, LLC v.
D'Shannon Products, LTD

MOORE, PhD
July 13, 2016

**Moore's (2)**
83:17;109:3
**Moose (8)**
28:9,18;31:19;33:24;
57:11;65:9,18,22
**more (19)**
13:22;16:18;18:2;
24:4;28:7;31:4;33:1;
43:20;50:24;52:15;
71:3;73:21;81:12;
85:10;87:22;93:2;
101:22;105:17;112:16
**most (11)**
17:17;25:12;33:18;
51:2;61:11;96:8;
101:16,23;103:16;
104:20;117:23
**mostly (2)**
28:8,16
**motion (1)**
78:7
**move (8)**
71:21;77:15;78:10;
106:10,15;107:9;
108:14,14
**moved (12)**
33:20;67:21;73:14;
78:14;101:24;103:14,
21;105:10,21;108:9;
117:10,14
**movement (5)**
104:24;105:3;106:3,
8;115:6
**moves (3)**
105:15,15;108:10
**moving (1)**
117:17
**much (11)**
52:22;54:19;70:15;
103:7;105:17;106:9,
14;111:1,17,20;112:10
**mufflers (1)**
43:16
**multi-engine (1)**
20:22
**multiple (1)**
81:9
**must (3)**
21:21;94:6;111:10
**myself (1)**
53:9

**N**

**N6745M (1)**
71:25
**name (5)**
4:10;18:20;30:4;
38:14;45:25
**necessarily (3)**
105:14,19;117:16
**necessary (3)**
69:20,24;109:15

**need (14)**
21:13;28:10,11,18;
31:22;32:23,24;48:7;
55:7,9;56:2;68:5;
105:13;112:5
**needed (1)**
34:1
**Neither (2)**
87:14;98:7
**new (3)**
110:8;111:8;112:14
**nice (2)**
67:24;68:9
**night (5)**
21:19,20,24,25;22:2
**None (4)**
37:3;63:8;65:23;
109:14
**non-litigation (1)**
8:20
**nor (1)**
22:10
**normal (2)**
60:11;106:18
**normally (3)**
60:18;103:23;106:25
**North (4)**
38:7,11;39:9;40:23
**note (3)**
85:13;98:13;115:5
**noted (4)**
12:21;79:15;86:4;
99:24
**notes (1)**
63:9
**notice (4)**
5:15,16;39:17;69:22
**number (6)**
13:7;22:8;75:16;
76:3;83:18;90:1
**numbers (4)**
74:18;84:4;91:3,8

**O**

**Object (4)**
75:1;79:9;94:2;98:1
**objection (4)**
75:4;92:24;105:4;
113:5
**observations (7)**
61:21,25;62:3,5;
67:6;77:21;87:24
**observed (4)**
85:21,25;86:4;87:17
**obtain (9)**
20:20,22;22:23;
23:18;30:10,12;34:22,
24;98:20
**obtained (3)**
21:2,16;113:19
**obtaining (4)**
18:22;19:3,18;22:13

**Obviously (1)**
75:16
**occasion (2)**
48:21;49:24
**occur (2)**
18:10;20:6
**occurred (2)**
60:13;102:16
**occurs (1)**
79:24
**October (1)**
13:11
**odd (1)**
8:7
**off (22)**
10:2,5;24:3,5,7;
25:22;26:1,5;31:8,13;
44:22;48:12;52:5;
69:25;79:24;81:20;
82:24;93:11;104:12,
13;113:13;118:1
**offer (8)**
39:11;40:25;42:1,7,
14,23;43:17;62:17
**offered (5)**
43:24;61:18;65:24,
25;70:1
**offering (2)**
41:20;43:9
**office (1)**
5:10
**offices (2)**
8:5,7
**often (2)**
28:7;51:4
**OI-550-C (1)**
106:19
**oil (42)**
50:6;51:9,11,16,18,
19,25;52:1,4;55:25;
60:13;86:11,14,15,18,
19;87:9,11,15,20;
94:18,21;95:1,6,14,23;
98:14,16,18;99:2,6,22,
25;100:5,13,21;
106:21;107:2,3,4;
108:12;112:3
**old (1)**
65:18
**Oldsmobile (1)**
89:22
**Once (4)**
52:4;56:4;68:24;
71:12
**one (37)**
9:2;11:11;12:20;
13:22;23:9,18;26:9;
29:19,23;38:6,6;40:6;
41:2;43:16;44:21;
49:12;51:12;56:14;
57:6,11;65:22;68:10,
15;72:22;79:23;81:9;
96:3,4,7;97:23;100:9;

102:9,16;105:5;
115:10;116:7;117:13
**ones (5)**
14:10;37:3;49:4;
77:13;84:14;117:24
**only (19)**
4:17;7:10;9:24;
36:20;67:12;72:7,14;
89:2,6;95:13;99:13;
101:21;104:7,14;
110:11;111:6,7;
112:25;118:10
**onto (1)**
90:22
**open (1)**
98:16
**opened (1)**
12:18
**operate (1)**
92:17
**operated (4)**
5:9;92:21;93:5;
108:16
**operating (1)**
106:18
**operation (1)**
32:8
**operator (2)**
44:5;96:23
**opinion (23)**
62:14;66:3;74:2;
78:2,9;81:14;85:3,7,12,
16;86:13;89:6;93:3;
97:11;101:8;102:2;
103:13;105:9;106:2;
108:1;109:8,21,22
**opinions (30)**
6:1;15:24;41:1,20;
42:1,7,14,23;43:9,17,
24;60:17;61:18,22,24;
62:4,17;65:24;66:1,2,
10;67:25;68:10;70:1;
71:13;108:21;109:24,
25;115:1;118:12
**opportunity (6)**
50:9,14;67:12,16;
112:25;118:10
**opposed (1)**
50:25
**Oracle (1)**
12:16
**oral (1)**
24:10
**order (6)**
21:20;79:13,20;84:9;
91:22;94:5
**ordered (1)**
39:20
**orders (3)**
84:12,17;86:23
**original (1)**
9:24
**originally (1)**

26:16
**Others (3)**
14:21;67:14;96:12
**Otherwise (5)**
4:19;40:17;65:5;
81:7;87:17
**out (24)**
5:9;6:5;8:3,13;
17:15;20:19;23:10;
28:12,20;33:8,12,17,
19;38:15;51:4,19;
55:16;56:6;57:8;73:23;
95:25;101:1;109:7;
112:15
**Over (10)**
7:20;8:6;10:13;
23:12;57:1;61:10;
62:12;103:13;104:19;
110:23
**overall (7)**
52:12;63:5;74:2;
88:10;112:12,16;116:3
**overhaul (21)**
27:17;37:13,16,22,
24;38:1;42:2,24;43:10,
18,19;51:20;53:9;74:9;
83:25;85:1;93:11;
97:10;111:5,16;112:13
**overhauled (6)**
48:18,25;52:8;53:6,
14;97:13
**overhauler (1)**
38:17
**overhauling (5)**
18:25;19:5,7,20,23
**overhauls (6)**
52:6,9,18,23;53:2,4
**overhead (1)**
53:1
**overheated (1)**
102:5
**own (10)**
23:5;25:8,9,13,15,
19;26:2;45:23;57:6;
89:19
**owned (3)**
23:2;43:15;47:14
**owner (4)**
25:16;47:9;96:23;
97:22
**ownership (2)**
25:19;26:7

**P**

**page (15)**
5:20;11:9,24;15:5;
72:2;74:16;77:16;
83:11;84:20,21;85:13;
98:8;108:18;115:12;
117:5
**pages (5)**
9:16;11:24;13:23,24;

80:4

**pan (1)**
107:4

**papa (1)**
26:11

**paperwork (1)**
39:22

**paragraph (8)**
72:5;74:6;83:12;
84:5;85:13;95:2;97:15;
98:13

**paragraphs (1)**
77:16

**parameters (1)**
12:13

**paraphrasing (1)**
72:11

**Park (2)**
8:4;72:22

**part (41)**
14:23;15:13;16:3;
21:12;25:2,16;27:10,
17;28:18;33:18;35:24;
44:4;54:3,6;57:10;
61:11;70:7;74:18,24,
25;75:14,16;76:2,3,11,
12,18,19;83:18;84:4,6,
8;90:1;91:3,8;92:1;
96:7;97:19;103:13;
109:6;117:8

**particles (2)**
98:15,17

**particular (6)**
33:10;41:23;66:20;
87:11;90:6;99:19

**parts (32)**
58:25;62:7,9,14,15;
66:22;67:1,4;68:7;
69:11;70:25;71:6;75:8;
78:8;79:21;80:23;83:6;
84:12;88:11;89:15;
91:13,14,15,22;93:15;
110:13;111:6,9,10,18;
112:1,14

**Pasadena (1)**
23:7

**pass (5)**
22:14,17;24:13,16;
30:18

**passed (2)**
24:8,11

**passengers (4)**
21:10,23;22:3,9

**past (4)**
27:25;52:8;86:18;
87:6

**patent (2)**
16:17,20

**patterns (6)**
77:17;78:2;84:24;
85:8;101:7,9

**PDF (1)**
114:7

**Pennsylvania (5)**
5:6,8;25:10;28:4;
32:15

**people (6)**
28:19;65:17;66:17;
67:10;79:22;110:7

**people's (4)**
25:24;46:20,25;47:2

**PepBoys (1)**
89:23

**per (3)**
21:7;31:4;109:12

**perfectly (1)**
35:19

**perform (4)**
26:2,25;48:21;97:16

**performed (14)**
25:17;26:5,19;27:6;
31:8;20;34:4,7;35:7;
37:22;47:12,17;71:7;
112:22

**performing (2)**
46:9;79:23

**perhaps (2)**
65:17;101:22

**Perkins (17)**
63:11,15;84:19;
89:11;91:20,24;92:21;
93:8;94:19,25;95:9,23;
97:12,23;109:23;
112:18;118:5

**Perkins' (4)**
12:15;93:24;95:4;
97:4

**person (7)**
54:15;56:21;67:4,23;
86:5;92:17;97:15

**personally (2)**
66:21,24

**PhD (3)**
4:3;19:18;35:9

**phone (4)**
57:1;61:10,12;113:8

**photograph (2)**
115:8;116:10

**photographed (1)**
71:5

**photographs (36)**
6:11,14,17,19;14:7,9,
12,15,16,17,22,25;
15:9,12;59:19;61:1;
67:7,9,14;68:19,22,25;
69:1,5,9,17,21;70:3;
86:5,8;113:2,2,20;
114:25;115:2;117:7

**picture (12)**
114:12,15,18,21;
115:19,22,25;116:4,12,
16,20,22

**pictures (10)**
7:20;9:14;68:17;
69:16;114:7,11;115:4,
19;117:20,23

**piece (2)**
100:20,25

**pilot (3)**
92:14;93:19;94:22

**pilot's (10)**
20:1,12,15,20;21:3,4,
6,15;22:13;35:4

**pin (12)**
68:20;73:8;105:3,7;
114:10,13,17,19,22;
115:21;116:2,24

**Piper (5)**
89:19,20;90:1,1,2

**piston (7)**
18:25;19:6,20,24;
25:4;28:16;29:14;31:9;
43:1,5;55:10;58:9,11;
59:2;81:8

**Pittsburgh (5)**
28:8,15;31:18;65:18,
22

**place (7)**
7:13;38:9;55:2;
78:13;104:10,20;
105:22

**Plain (1)**
75:20

**p-l-a-i-n (2)**
75:23,24

**plaintiffs (1)**
38:16

**plaintiffs' (5)**
54:11;65:4;66:11,13;
113:23

**plane (2)**
75:22,22

**plate (1)**
110:8

**plausible (2)**
101:16,23

**please (7)**
4:19;51:23;70:13;
83:22;98:8;110:11;
112:4

**plots (3)**
12:11,19,19

**plug (1)**
33:19

**pm (1)**
118:20

**point (10)**
25:13;31:14;43:16;
63:4;70:19;94:15,18;
99:3;100:22;109:16

**points (2)**
77:22,25

**polymeric (1)**
43:7

**poor (1)**
23:3

**portion (1)**
53:22

**portions (1)**

73:24

**position (1)**
44:15

**possibilities (2)**
102:15;106:1

**possibility (3)**
102:9,9,12

**possible (4)**
80:11,12;81:24;82:3

**possibly (2)**
70:6;99:12

**post (1)**
86:25

**pounds (1)**
80:1

**Powerplant (1)**
22:20

**practical (3)**
22:17;24:11,16

**practice (1)**
61:17

**practices (2)**
9:21;38:1

**pre-buy (2)**
47:17,20

**precedes (1)**
11:16

**precise (1)**
45:12

**precluded (1)**
86:7

**precluding (1)**
86:1

**preliminary (1)**
71:24

**preload (2)**
104:2,11

**prepared (1)**
10:10

**preparing (2)**
12:24;15:23

**pre-purchase (1)**
47:17

**prescribed (1)**
97:18

**presence (1)**
86:15

**present (4)**
25:24;83:14;85:17;
86:18

**press (1)**
104:21

**pressure (13)**
51:9,11,16,18,25;
60:13;94:21;95:1,6,14,
24;98:15;100:14

**presume (1)**
56:25

**prevent (2)**
109:10,19

**preventive (1)**
97:16

**previously (2)**

83:23;117:11

**primarily (6)**
7:19;8:14;45:11;
88:5;96:24;108:5

**Princeton (3)**
18:23;19:4,5

**print (1)**
6:5

**printed (2)**
9:16;109:7

**printout (1)**
10:12

**printouts (1)**
9:9

**prior (6)**
5:16;46:22;77:13;
88:2;95:5;118:3

**private (5)**
20:1,20;21:2,15;
22:13

**privileges (2)**
25:1;29:1

**probability (1)**
18:6

**probable (1)**
57:16

**probably (8)**
14:9;36:18;46:11;
47:22;57:21;71:20;
94:16;95:16

**problem (22)**
37:23;39:25;53:6;
55:6,8,10,18,19,21;
56:2,3,4,13,22;57:1,21,
25;60:21;89:2,6,14;
110:12

**problems (5)**
62:18;78:18;80:10;
81:14;110:5

**procedures (2)**
85:23;96:2

**proceedings (4)**
48:15;83:2;113:16;
118:20

**produce (3)**
39:21;98:5;102:8

**produced (8)**
6:7;12:12;14:23;
70:20;71:15;84:11;
103:8;113:3

**product (1)**
11:7

**production (1)**
6:4

**products (2)**
8:15;18:13

**Program (1)**
30:7

**prop (3)**
81:24;82:11,13

**propeller (4)**
86:21,22;87:4;95:19

**proper (2)**

102:4;104:18
**properly (17)**
62:24,25;63:5;73:13,
15;78:11,12,14;80:7;
93:10;94:8;97:9;
101:14,20;103:6;
104:4,11
**propulsion (1)**
19:14
**provide (1)**
61:24
**provided (1)**
84:18
**providing (2)**
35:25;50:17
**public (1)**
46:7
**publicly (1)**
6:4;54:4;91:6
**pulled (1)**
52:2
**pump (6)**
50:6;86:11,14;87:20;
100:1;112:3
**purchase (3)**
84:9,12,17
**pure (1)**
17:21
**purpose (3)**
38:19;109:4,8
**purposes (2)**
72:10;114:5
**pursuant (1)**
79:3
**put (10)**
7:22;9:5;10:13;
80:24;101:18;102:11,
13;104:17;110:8;111:9

**Q**

**qualify (1)**
23:13
**quality (1)**
43:18
**quick (1)**
113:21
**quit (1)**
53:2
**quite (3)**
63:3;80:11,12

**R**

**radar (1)**
18:18
**radial (2)**
106:3,7
**rather (3)**
17:7;80:21;101:18
**rating (2)**
20:23,25
**reacting (1)**

57:17
**read (5)**
39:21;66:6,15;79:5,7
**reading (1)**
72:11
**really (9)**
5:18;8:9;9:11;16:3;
85:11;87:22;93:8;
103:24;104:1
**rear (7)**
103:18;114:15;
116:5,8,13,16,23
**reason (7)**
21:5;22:11;45:7;
52:17;67:21;93:16;
96:1;109:6,18
**reasonable (1)**
97:12
**reasoning (1)**
112:21
**reasons (1)**
96:3
**rebuild (2)**
27:16,18
**rebuilding (2)**
27:11,12
**recall (18)**
5:18;30:3,11;37:17;
61:5;64:22;68:21;69:8,
9,15,18;84:7;86:20;
89:1;104:23;105:1,2,6
**receive (3)**
53:19,22;113:22
**received (8)**
12:12,14,17;24:21;
30:22;35:9;68:17;
70:15
**recent (2)**
29:1;66:14
**recently (4)**
15:12;27:21;57:10;
68:16
**recess (3)**
48:15;83:2;113:16
**recollection (7)**
31:7;58:3;64:11,14,
17;69:12;84:16
**reconvene (1)**
69:23
**record (10)**
4:11;10:3,5;48:13;
72:10;79:7;82:25;
113:14;114:5;118:2
**recorded (1)**
107:5
**records (2)**
24:6;67:9
**reducing (1)**
78:14
**refer (2)**
13:7,13
**referring (2)**
32:22;87:2

**refers (1)**
7:1
**refrigerant (1)**
17:23
**refused (1)**
44:23
**regarding (29)**
7:18;41:1,21;42:2,7,
14,24;43:9,17;61:7;
62:17;63:11,15,17,21,
23;64:2;65:6;66:10;
70:16,24;72:20;74:19;
79:11;84:15;91:18;
108:22;109:22;118:13
**regards (1)**
65:1
**regulation (6)**
32:5,22;92:12,16;
93:18;96:21
**regulations (1)**
97:19
**reinspect (1)**
111:10
**related (18)**
7:11;8:20;16:23;
17:3,25;18:13,24;19:5,
10,23;35:4;37:23;
50:25;54:1;64:9;79:1;
82:7;90:12
**relates (1)**
103:9
**relating (1)**
19:19
**relation (1)**
35:6
**relative (1)**
78:7
**released (1)**
103:15
**relevant (1)**
70:2
**reliable (2)**
52:16;81:19
**relied (6)**
5:25;6:3;70:9;93:10;
97:9;98:4
**relief (6)**
51:11,16,22;52:2;
98:15;101:1
**relieved (1)**
104:19
**rely (4)**
9:12;12:23;15:18;
60:15
**relying (2)**
17:22;83:17
**remaining (2)**
72:5,13
**remember (16)**
8:19;20:9;26:22;
37:15,18;38:4,8;40:9,
14,22;41:15;49:7;
58:12;69:1;98:22;

117:14
**remembering (1)**
40:7
**removable (2)**
72:7,14
**removal (1)**
88:3
**removed (8)**
49:25;50:3,6,10,15;
86:22;99:3;100:5
**rent (1)**
21:9
**repair (7)**
79:19;85:23;86:7;
87:5;110:6;111:1;
112:5
**repaired (9)**
85:21,23;86:2;110:4,
17,20,23;112:7,19
**repairs (2)**
34:7;110:10
**replacing (1)**
52:13
**report (42)**
6:2;7:12;9:6,11;
10:10,12;12:24;15:5,
13,19,24;16:3,11;
36:20,22;44:2;47:16;
60:4,5;61:20;62:2,14;
71:15,22,24;72:11,12;
73:24;77:15;83:11,13;
84:20,21;88:5;97:3;
98:9,9,13;108:20;
109:24;115:1;117:24
**reporter (2)**
79:7;114:7
**representative (1)**
39:16
**reprint (1)**
10:1
**request (2)**
34:24;35:3
**requested (2)**
5:22;34:22
**requests (2)**
5:20;9:2
**required (4)**
32:18;107:9;109:13,
14
**requires (1)**
28:25
**research (4)**
62:12;70:24;71:7,9
**reserve (1)**
69:23
**respect (4)**
43:4;58:25;77:12;
84:12
**response (2)**
39:17;52:2
**responsible (3)**
93:20;94:23;96:24
**result (6)**

17:13;38:2;41:4;
51:10;73:3;82:18
**resulted (2)**
86:14;101:9
**retain (1)**
40:18
**retained (18)**
37:5;38:13,16,17,20;
39:9;40:11,13,25;41:3,
6,18;42:1,7,13,23;43:6,
12
**return (1)**
111:2
**returned (8)**
86:2;110:4,17,20,24;
112:1,8,19
**revealed (1)**
74:8
**review (4)**
13:15;15:23;66:16;
114:25
**reviewed (19)**
6:12,16;9:13;14:18;
15:6,8,9,12,17;59:18,
22,23;60:23;61:3;
68:19,22;70:20;115:3;
117:20
**reviewing (1)**
69:9
**revision (1)**
12:5
**revoked (2)**
22:10;34:17
**ride (1)**
22:18
**rigging (2)**
33:11,12
**right (33)**
8:6;9:18;13:13;
14:17;17:25;27:22;
28:8;29:7;37:17;40:4;
41:22;47:18;61:4;
65:16;67:8;69:6,10,13,
23;70:21;71:15;75:15;
77:19;83:25;88:2;
101:15;104:8;105:16;
110:12,16,21;111:2;
113:4
**right-hand (1)**
115:25
**risk (3)**
18:5,9;52:22
**rod (15)**
74:15,18;76:8,11,12;
77:6;83:8;87:13;88:7;
89:3,7;90:11,17;
110:14;111:23
**roll (1)**
35:2
**rolling (1)**
75:24
**route (1)**
23:24

**rubbing (1)**
101:10
**ruddervators (1)**
33:11
**rule (1)**
4:17
**rumble (1)**
57:12
**run-up (1)**
96:1
**run-ups (1)**
94:24

### S

**safe (8)**
93:21,24;94:6,13,16;
95:5,8;98:6
**safetied (1)**
80:25
**safety (21)**
13:24;16:18;17:25;
18:1,3,4,14,15,18;
62:23;80:17;96:4;
100:20,25;104:13;
105:23,24;109:4,8,18,
22
**salary (1)**
53:20
**Same (12)**
35:22;57:18,18;75:4;
76:8,22;84:9;90:4;
115:22;116:20;117:2,5
**satellites (1)**
18:18
**save (2)**
111:17,20
**saw (4)**
52:4;57:22;95:1,23
**saying (1)**
56:23
**School (6)**
18:12;23:1,22;29:14;
45:9,10
**schools (1)**
44:3
**sciences (1)**
61:17
**scoring (3)**
86:10,13;99:25
**Scotland (7)**
38:6,8,13,19;39:5,6;
40:23
**Scott (2)**
64:7,15
**se (1)**
21:7
**search (1)**
91:5
**seated (4)**
63:1;116:9,14,18
**Second (6)**
55:22;72:4;74:6;

78:6;114:15;115:22
**section (17)**
9:19;11:1,18;12:3,3;
32:18;72:3,3;74:6;
77:15;88:5;92:10;
96:19;97:25;98:9;
108:19,19
**sections (3)**
16:2;60:5;88:11
**seeing (6)**
57:15;69:16;86:20;
104:23;105:2,6
**seemed (2)**
27:15;35:18
**seminars (1)**
29:12
**send (3)**
7:20;112:14;114:6
**senior (1)**
58:18
**sense (1)**
65:8
**sent (2)**
51:19;58:16
**separate (2)**
31:17;94:4
**separated (1)**
12:18
**separately (5)**
12:1;16:1;36:14;
44:10;90:24
**separating (1)**
49:17
**September (1)**
13:5
**serial (2)**
13:7,12
**served (1)**
29:5
**server (2)**
7:22,23
**service (11)**
86:3;106:4,25;110:4,
17,20,24;111:2;112:2,
8,19
**services (5)**
8:11;36:1;50:18;
54:9,20
**set (4)**
15:24;109:24;115:1,
4
**setting (1)**
61:12
**seventh (1)**
116:20
**several (2)**
25:22;48:7
**severity (1)**
18:6
**shear (1)**
80:24
**shearing (1)**
80:20

**Sheet (1)**
9:8
**shop (8)**
25:10;28:6;52:25;
58:18,21;79:12,18;
110:22
**short (1)**
9:1
**shot (1)**
116:3
**show (10)**
15:4;16:8;32:1;
83:22;92:8;95:12;
96:17;114:4;115:6,17
**showing (2)**
79:3;117:9
**shown (1)**
117:7
**shows (3)**
62:13;116:1,16
**side (1)**
115:25
**sign (4)**
24:3;26:1;44:22;
93:11
**signatures (4)**
105:9;115:5;117:9,
17
**signed (5)**
24:5,7;25:22;26:5;
31:8
**significant (2)**
60:10;84:23
**signing (2)**
31:13;79:23
**signs (1)**
108:25
**similar (5)**
14:10;96:9;111:21;
112:12;116:25
**Similarly (1)**
22:3
**simple (2)**
75:21;91:5
**simplify (1)**
89:14
**simplifying (1)**
70:15
**simplistic (1)**
62:6
**single (2)**
26:12;111:6
**sit (14)**
24:23;30:25;40:15;
66:17;68:21;69:8,18;
84:7;87:25;106:6;
105:1;110:2,21;118:15
**sits (2)**
68:24;69:13
**sitting (1)**
110:22
**situations (1)**
51:25

**six (6)**
29:6;37:10,11;57:17,
20;101:19
**sixth (1)**
116:16
**size (1)**
103:6
**sky (1)**
51:4
**slightly (1)**
114:24
**slop (1)**
104:18
**small (39)**
42:8,11,15;50:3;
68:23;73:7,9,11;74:1;
77:17;78:3;87:19;
101:7,13;102:1,18;
103:10,14,20;104:22,
24;105:10,14,21;106:2,
10,14;107:9,13,16,17,
20,25;112:3;115:6;
116:9,14,17;117:9
**smeared (1)**
115:10
**smudge (1)**
117:15
**soak (1)**
108:16
**sold (1)**
89:11
**solve (1)**
55:21
**somehow (2)**
102:13;105:20
**someone (13)**
9:15;28:11;39:21;
42:3;47:24,25;55:5,17;
56:9,24;57:3,24;
100:21
**sometime (2)**
44:19;46:12
**sometimes (3)**
28:18;90:25;110:7
**somewhere (3)**
26:8;33:15;102:25
**soon (2)**
70:10;95:7
**sorry (2)**
40:15;84:21
**sort (9)**
4:17;8:24;17:6;
19:17;53:5;65:14;68:4;
70:12;74:1
**sources (1)**
56:6
**Southern (1)**
22:3
**spalling (2)**
84:23;85:4
**spark (3)**
33:18;56:10;57:20
**speak (2)**

66:19;118:11
**speaking (5)**
34:21;37:21;82:16;
85:9;113:9
**special (1)**
33:8
**specialists (1)**
8:16
**specific (6)**
18:2;33:12;69:12;
80:5;85:22;86:20
**specifically (4)**
18:14;79:1;88:11;
98:23
**specifications (1)**
79:4
**specified (2)**
95:2;103:2
**specify (1)**
109:11
**spoken (3)**
65:12;72:19;112:20
**sponsored (1)**
29:12
**spring (2)**
104:1,3
**stack (1)**
6:6
**stack-up (10)**
62:24;63:5;73:6,10,
19;74:3;78:11;81:13;
101:17;104:18
**stack-ups (1)**
107:23
**staff (1)**
8:19
**stamped (1)**
75:17
**standard (1)**
28:2
**start (4)**
44:13;45:13;56:1,19
**started (12)**
12:22;23:15;35:21;
36:4;44:16;45:16,17;
50:17,19;59:5;95:7;
108:3
**starter (6)**
9:15;14:21;15:14;
40:1;42:20;68:16
**starting (2)**
80:16;81:3
**starvation (3)**
87:9,11,15
**state (8)**
4:10;44:2;47:16;
72:5;77:21;83:13;
84:21;101:13
**stated (2)**
7:4;97:3
**statement (1)**
80:13
**States (5)**

8:8;15:6;74:7;92:16;
93:19
**Station (2)**
45:12;79:19
**stations (1)**
87:5
**STCs (1)**
94:10
**steel (8)**
98:15,17;99:5,8,8,
14;100:20;107:21
**step (2)**
79:24,25
**Stephen (3)**
4:24;54:22;69:19
**steps (3)**
23:17;79:22,23
**still (8)**
5:10;25:12;45:1;
75:8;80:18;110:23;
111:12,13
**stipulations (1)**
4:25
**Stonegate (1)**
5:6
**stop (4)**
20:6;46:9,13,15
**stopped (1)**
47:3
**story (1)**
88:21
**straight (1)**
8:21
**strangely (1)**
39:19
**strength (1)**
81:1
**stretch (1)**
103:25
**stretched (2)**
104:11;105:23
**strike (4)**
42:22;81:24;89:5;
109:17
**striking (2)**
82:12,13
**structural (3)**
77:1,5,10
**stuck (1)**
95:18
**student (1)**
23:4
**stuff (4)**
6:6;33:19;57:10;
72:17
**subject (4)**
20:15;24:19;30:21;
80:20
**submitted (1)**
54:11
**subpart (4)**
97:18,24,25;98:3
**subsection (2)**

32:7,16
**subsequent (3)**
11:24;34:23;68:12
**substantial (1)**
111:3
**substantially (1)**
107:22
**substantive (1)**
65:11
**successor (1)**
38:23
**suddenly (1)**
108:15
**suffered (2)**
35:1;87:8
**suggest (1)**
57:8
**sum (1)**
70:12
**summary (1)**
71:18
**summer (1)**
21:25
**sums (1)**
71:20
**supervision (1)**
23:5
**supplement (1)**
14:6
**support (1)**
53:1
**supporting (1)**
105:9
**suppose (1)**
23:14
**Sure (8)**
11:6;12:11;39:4;
51:24;54:23;70:11;
101:25;111:11
**surprising (1)**
81:4
**survive (1)**
81:4
**suspect (1)**
93:16
**suspended (3)**
20:18;22:10;34:16
**sworn (1)**
4:4
**symptoms (2)**
55:22;56:15
**system (9)**
16:18;18:1,3,4,14,15,
17,18;41:24
**systems (3)**
17:1,25;18:9

**T**

**tablet (1)**
114:6
**tag (1)**
90:2

**takeoff (2)**
35:1,2
**take-offs (1)**
21:21
**talk (4)**
54:15;55:4;66:17;
81:12
**talked (6)**
16:2;30:8;58:12;
81:11;101:6;112:5
**talking (2)**
65:8,17
**taxied (2)**
94:20;95:24
**tear (1)**
111:4
**Tech (4)**
19:18,19,21;35:9
**technical (1)**
8:18
**technically (1)**
71:3
**Technician (2)**
30:5,6
**technology (1)**
8:23
**teeth (2)**
82:2,6
**Teledyne (2)**
11:20;26:16
**tells (1)**
55:5
**temperature (9)**
17:11;102:5,23;
106:12,21,23;107:2,3,5
**temperatures (1)**
106:19
**tend (1)**
28:6
**tension (2)**
103:15;108:12
**term (3)**
8:9;52:18;70:17
**terms (2)**
8:10;20:7
**terribly (1)**
70:2
**Terry (5)**
59:11;63:17,21;
118:5,6
**test (1)**
22:14
**tester (2)**
33:23,25
**testified (2)**
4:5;36:12
**testimony (3)**
36:23;39:11;41:5
**testing (8)**
22:17;63:6;99:11,13,
24;103:9;106:13;
112:22
**Therefore (3)**

81:22;94:9;102:7
**thermal (2)**
61:14,16
**thermodynamics (2)**
17:21;19:15
**third (5)**
40:6;55:23;102:12;
114:18;115:25
**though (2)**
89:24;110:21
**thought (1)**
97:7
**thousandths (1)**
117:18
**three (6)**
21:21;30:14;77:24;
80:4;104:8;105:25
**thrust (16)**
74:17;76:18,19;
77:10;83:9,14;84:2,6,
15;88:7;89:4,8;90:11,
17;110:15;111:24
**tight (1)**
63:3
**tighten (1)**
102:14
**tightened (2)**
102:14;104:9
**times (5)**
21:22;22:4;29:15;
36:11;48:7
**timing (1)**
92:2
**today (24)**
5:15,17;6:13,20;9:4;
14:4;21:8;24:24;31:1;
60:22;66:18;69:13;
78:19,24;87:25;97:4;
100:6;108:23;110:1,2,
21;117:22;118:14,15
**together (4)**
9:5;12:2;104:4;
111:9
**told (13)**
12:22;15:17;27:20;
29:4;30:24;31:21;34:2;
56:7;70:23;75:11;
78:16;117:19,22
**tolerance (2)**
107:16,23
**tolerances (3)**
40:3;107:12,20
**tomorrow (1)**
65:10
**took (11)**
9:15;14:11,15,16,17,
19,22,24;24:8;38:9;
69:2
**tool (1)**
33:10
**tools (4)**
33:7,12,14,21
**top (4)**

12:21;52:9,12;60:21
**tore (2)**
58:19;87:3
**torn (1)**
49:15
**Toro (6)**
23:3,8,25;45:11,11,
14
**Toronado (1)**
89:22
**torque (12)**
35:1;73:24;78:12;
79:11,14,25;80:18;
102:8;103:23;104:5,7;
109:17
**torqued (9)**
73:13,15;79:3;80:6;
101:20;104:4;105:22;
109:5,18
**torques (2)**
79:16;80:5
**torsional (1)**
40:21
**total (1)**
111:14
**toward (1)**
21:24
**towards (2)**
103:17,19
**town (1)**
32:15
**track (3)**
23:10,15,19
**traded (1)**
54:4
**training (13)**
24:7;29:8,10,14,16,
21,24;30:5,7;31:4;
34:22,25;35:3
**transmit (1)**
80:18
**trapped (3)**
51:10,16,21
**traveler (2)**
79:12,18
**travels (1)**
79:21
**treat (1)**
103:4
**trees (1)**
18:8
**tremendous (1)**
52:25
**tremendously (1)**
107:15
**trial (5)**
36:12,22;39:13;41:4;
118:11
**tried (2)**
102:11,13
**troubleshoot (4)**
55:7,9,18;57:1
**troubleshooting (2)**

Perkins Communications, LLC v.
D'Shannon Products, LTD

MOORE, PhD
July 13, 2016

56:2,21
**troubleshoots (1)**
   57:24
**true (4)**
   8:11;110:16,19;
   118:2
**try (6)**
   22:15,18;55:21;57:1,
   9;89:13
**trying (9)**
   8:13;17:18;20:19;
   38:15;55:13,16;73:22;
   103:24;104:2
**TSIO (1)**
   41:9
**TSIO-340 (1)**
   41:10
**TSIO-520 (1)**
   41:11
**tube (1)**
   100:21
**turbine (2)**
   17:12,17
**twin (3)**
   26:12,13;33:11
**twists (1)**
   109:12
**two (26)**
   5:20;9:13;11:17;
   25:19;26:6,9;34:5,8;
   37:17,18;38:4;40:5;
   44:22;68:12;71:7,14;
   77:22;78:8,17;91:1;
   94:4;96:7;101:20,21;
   104:7;107:23
**two-hour (1)**
   29:19
**Type (9)**
   9:7;10:19;26:22;
   27:24;29:10;55:8;87:8;
   99:15;107:8
**typed (1)**
   94:7
**types (2)**
   8:16;51:1
**typical (3)**
   16:25;33:6,21
**typically (9)**
   23:23;29:12;52:14;
   60:20;79:13,19;80:21;
   87:12;102:21

**U**

**Ultimately (1)**
   100:15
**unairworthy (10)**
   44:23;75:9;76:7;
   90:8;92:22;93:4,7,9,
   17;94:13
**under (8)**
   11:10;23:5;29:5;
   32:7;51:11,16,21;

98:14
**underneath (1)**
   110:9
**understood (2)**
   4:20;60:1
**uneven (2)**
   84:24;85:7
**unfortunately (2)**
   98:2,4
**unique (1)**
   57:23
**United (1)**
   8:8
**University (2)**
   18:23;19:22
**unless (6)**
   33:7;52:24;53:2;
   55:13;62:23;92:18
**unrelated (1)**
   73:3
**up (18)**
   8:21;22:6;24:4;
   25:11;45:19;46:11;
   53:8;57:7;61:12;62:13;
   70:13;71:20;80:22;
   90:22;94:14;100:25;
   107:23;112:15
**updated (1)**
   16:15
**upon (6)**
   5:25;6:3;58:9;98:16;
   106:12;108:15
**up-to-date (1)**
   16:13
**upwards (1)**
   8:18
**USC (1)**
   18:12
**use (17)**
   17:2;53:6;89:2,5,7,9,
   10,16;90:8,10,18;96:5;
   109:17;110:13,17;
   111:6,24
**used (12)**
   5:25;15:13;17:16;
   32:25;74:8;88:16,23;
   89:19,20,21;91:14,15
**usual (1)**
   4:25

**V**

**vacuum (1)**
   28:2
**values (1)**
   12:18
**valve (6)**
   51:11,16,22;52:2;
   98:15;101:1
**valves (2)**
   56:13;60:21
**varied (1)**
   24:1

**variety (2)**
   8:21;102:15
**various (9)**
   11:14;12:11;18:7;
   27:21;29:14,15;33:13;
   73:23;83:12
**vary (3)**
   107:12,14,22
**vehicle (1)**
   17:3
**vehicles (1)**
   16:22
**venued (1)**
   39:4
**versus (2)**
   102:19;103:11
**via (2)**
   113:1,8
**Vibratech (5)**
   38:24;39:10,16,19;
   40:11
**vibration (2)**
   38:21;40:21
**vice-versa (1)**
   107:14
**video (1)**
   113:8
**videos (2)**
   6:11,14
**view (5)**
   114:19,22;116:4,12,
   22
**violate (2)**
   98:2,5
**violated (2)**
   97:20,24
**Viterbi (1)**
   18:12
**volume (1)**
   52:25
**vs (2)**
   43:3,3
**V-Tail (1)**
   33:10

**W**

**WADSWORTH (19)**
   5:1;6:24;7:9;10:2;
   14:6;48:6;54:24;69:25;
   70:11;75:1,4;79:9;
   92:24;94:2;98:1;105:4;
   113:5,13;118:18
**waited (1)**
   102:10
**wants (1)**
   57:24
**warbirds (1)**
   110:8
**warmer (1)**
   107:4
**waterfront (1)**
   8:10

**way (20)**
   9:1;17:5;34:2;43:10,
   17;49:17;54:2;57:18;
   62:22;68:10;73:12;
   75:19;80:22;95:13;
   100:9,18;104:1,14;
   106:10;117:10
**ways (4)**
   18:7,8;104:7,9
**wear (13)**
   77:17;78:2;84:24;
   85:6,7;101:7,9;104:23;
   105:2,6,8,14,19
**weather (1)**
   22:4
**web (1)**
   33:3
**website (2)**
   90:22,24
**week (1)**
   70:3
**welcome (2)**
   93:3;117:11
**weren't (2)**
   16:3;104:9
**Wexford (1)**
   5:6
**whatnot (2)**
   16:2;62:10
**whenever (1)**
   48:7
**whole (3)**
   6:5;14:8;73:19
**wind (2)**
   107:23;112:15
**windmill (1)**
   95:19
**wire (7)**
   62:23;100:20,25;
   105:23,24;109:13,19
**wired (2)**
   80:17;104:13
**wires (1)**
   109:4
**wiring (2)**
   109:9,22
**withdraw (1)**
   93:3
**within (3)**
   22:8;70:3;85:18
**without (8)**
   17:22;75:18;76:5;
   80:9;82:1,5;85:10;
   96:10
**witness (7)**
   36:7,12;39:3,14,15,
   23;48:11
**wording (2)**
   97:24;98:3
**words (1)**
   21:8
**work (40)**
   7:25;8:20;23:4;25:4,

7,12,18;26:1,5,19,22,
25;27:6,21,24;28:3,4,7;
31:8,19;32:24;35:6,14,
16;41:3;45:9;46:6,9,
13;47:13;48:21;50:21,
24;51:1;54:25;55:1;
79:13,20;85:11;86:23
**worked (2)**
   49:3,13
**working (15)**
   23:6,20;25:23;28:1;
   30:15;44:13,16;45:13;
   46:15,19,20,24;47:1;
   50:19;59:5
**works (1)**
   65:19
**worried (2)**
   103:3,5
**wound (1)**
   100:25
**written (6)**
   7:16;11:18;22:14;
   24:8,9,13
**wrong (5)**
   51:23;70:14;73:10;
   74:2;95:13
**wrote (2)**
   60:4,5

**Y**

**year (6)**
   29:18,23;31:4;46:22,
   23;110:23
**years (5)**
   29:13;30:14;34:5,8;
   40:16
**yesterday (1)**
   65:9

**Z**

**Zelienople (3)**
   25:12;32:13,14

**1**

**1 (5)**
   5:12,14,24;11:13;
   116:7
**1:50 (1)**
   118:20
**10 (5)**
   13:11;31:24;32:2,2;
   117:2
**10:00 (1)**
   22:1
**11 (9)**
   36:16,21,25;41:13;
   42:22;43:1;115:18;
   117:5,7
**11:00 (1)**
   22:1

**12 (3)**
  92:6,9,9
**13 (3)**
  96:15,18,18
**135 (1)**
  44:4
**14 (8)**
  114:2,5,12,15,18,21;
  115:5,12
**15 (5)**
  36:18;115:15,18,18;
  117:8
**150 (4)**
  80:9;81:4;84:25;
  111:8
**15090 (1)**
  5:7
**16 (1)**
  98:8
**17 (1)**
  108:18
**18 (1)**
  23:23
**1960 (1)**
  89:21
**1965 (1)**
  11:13
**1986 (1)**
  20:21
**1988 (2)**
  21:1;23:16
**1991 (3)**
  22:24;34:21;45:18
**1994 (1)**
  30:11
**1995 (6)**
  35:10,14;36:4,9,13;
  45:19
**1996 (2)**
  44:25;45:20
**1997 (2)**
  47:7,14

---

**2**

**2 (5)**
  6:11;10:7,9;14:2;
  71:23
**20 (3)**
  8:7;24:2;36:18
**200 (2)**
  107:6,10
**2000 (1)**
  38:10
**2002 (1)**
  30:3
**2003 (1)**
  38:12
**2004 (1)**
  38:12
**2005 (2)**
  26:8;41:16
**2006 (4)**

  20:10;21:17;26:8;
  41:16
**2007 (2)**
  20:10;47:22
**2008 (3)**
  16:16;26:21;47:22
**2009 (3)**
  36:20,23;37:3
**2012 (3)**
  27:8;31:10;48:3
**2013 (2)**
  13:6,11
**2014 (1)**
  13:14
**2015 (3)**
  58:3;71:24;95:6
**22 (2)**
  71:24;95:6
**24 (1)**
  23:23
**25 (3)**
  13:6;23:25;24:2
**29 (1)**
  15:5

---

**3**

**3 (5)**
  7:1;10:17,19;11:6,9
**3,000 (1)**
  24:4
**30 (1)**
  36:8
**300 (5)**
  102:19,25;103:1,3,
  10
**30b6 (3)**
  39:15,17,22
**310 (7)**
  25:16;26:10,15,20;
  48:24;49:9;53:8
**310P (1)**
  26:11
**33 (1)**
  11:12
**33.49 (2)**
  12:1,4
**33.55 (4)**
  11:1,3,23;12:3
**33-6 (1)**
  11:16
**33-8 (2)**
  11:14,17
**340 (2)**
  41:9,12
**350 (2)**
  102:18;103:11
**380 (1)**
  80:1

---

**4**

**4 (7)**

  10:24;11:1,15,21;
  12:2;32:19;72:3
**4.1 (1)**
  74:6
**4.2 (1)**
  77:15
**40 (1)**
  29:22
**400 (1)**
  102:25
**420 (1)**
  80:1
**421 (6)**
  25:16;27:1,4,7,11;
  31:11
**43 (1)**
  97:19
**43.13-1B (2)**
  9:19;13:23
**470 (1)**
  49:12

---

**5**

**5 (5)**
  12:7,10,11;13:14;
  88:5
**5.2 (1)**
  88:11
**5.3 (1)**
  88:12
**520 (1)**
  49:20
**520s (1)**
  49:11
**5401 (1)**
  5:3
**550 (2)**
  49:12,21
**5g1 (1)**
  84:5

---

**6**

**6 (7)**
  11:9;13:3,5;72:2;
  77:16;83:23;98:9
**600 (1)**
  8:18
**634503 (2)**
  74:24;75:14
**642398 (1)**
  76:11
**642720 (1)**
  76:3
**646288 (1)**
  76:18
**65.92 (1)**
  32:3
**65-91 (1)**
  32:18
**683263 (1)**
  13:7

**683402 (1)**
  13:12

---

**7**

**7 (8)**
  13:19,21,22;14:2;
  74:16;83:11;108:19;
  109:7
**7-19 (1)**
  13:25
**7-26 (1)**
  13:25
**730 (1)**
  5:6

---

**8**

**8 (5)**
  15:2,5,21;60:23;
  84:20
**88 (2)**
  21:1;45:16

---

**9**

**9 (6)**
  16:6,9,9;84:21;
  85:13;116:25
**90 (1)**
  21:22
**90066 (1)**
  5:4
**90s (1)**
  49:14
**91.403 (1)**
  96:19
**91.403b (1)**
  97:21
**91.7 (1)**
  92:10
**92 (1)**
  20:24
**94 (2)**
  44:14;46:5
**95 (4)**
  35:21;44:14;46:5;
  64:24
**96 (3)**
  35:12;44:19;64:24
**97 (2)**
  46:11;47:4
**98 (4)**
  46:12;47:4,7,14