FILED

2016 Nov-14  PM 06:47
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 38

Page 1

1

2              IN THE UNITED STATES DISTRICT COURT

3          FOR THE NORTHWESTERN DISTRICT OF ALABAMA

4                      WESTERN DIVISION

5            CIVIL ACTION NO.: 7:15-CV-01172-LSC

6

   PERKINS COMMUNICATION, LLC,          )
7  AND MATRIX, LLC                       )
                                         )
8              Plaintiffs,               )
                                         )
9              vs.                       )
                                         )
10 D'SHANNON PRODUCTS, LTD,              )
   SCOTT ERICKSON, MICHAEL MOORE,        )
11 AND EARL RAMEY,                       )
                                         )
12             Defendants.               )
                                         )
13 --------------------------------)

14

15

16              DEPOSITION OF TERRY HORTON

17                   Mobile, Alabama

18               Monday, August 1, 2016

19

20

21

22 Reported by:

23 L. ALAN PEACOCK, RDR, CRC, CCR

24 JOB NO. 110931

25

Page 2

```
1
2
3
4              Monday, August 1, 2016
5                   9:00 a.m.
6
7
8        Deposition of TERRY HORTON, held at the offices
9   of Armbrecht Jackson, LLP, 63 South Royal Street, 13th
10  Floor, Riverview Plaza, Mobile, Alabama 36602, before
11  L. Alan Peacock, a Registered Diplomat Reporter,
12  Certified Realtime Reporter, Certified Livenote
13  Reporter, Realtime Systems Administrator and Notary
14  Public for the State of Alabama.
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
1
2   A P P E A R A N C E S :
3
4       CAMPBELL GUIN WILLIAMS GUY & GIDIERE
5       Attorneys for the Plaintiff
6           Financial Center
7           505 20th Street North
8           Birmingham, Alabama 35203
9       BY:    STEPHEN WADSWORTH, ESQ.
10
11
12       ARMBRECHT JACKSON
13       Attorneys for the Defendants
14           63 South Royal Street
15           Riverview Plaza
16           Mobile, Alabama 36602
17       BY:    TIM HEISTERHAGEN, ESQ.
18
19
20
21
22
23
24
25
```

Page 4

```
1
2        -----------------I N D E X-----------------
3    WITNESS           EXAMINATION BY           PAGE
     NAME
4
5    TERRY HORTON
6      By Mr. Wadsworth ............................ Page 6
7      By Mr. Heisterhagen  ...................... Page 115
8      By Mr. Wadsworth  ......................... Page 117
9
10       ------------------EXHIBITS------------------
11   PLAINTIFF'S              PAGE LINE
12   Exhibit 1   Report Prepared by Terry Lee ....... Page 7
                 Horton
13
     Exhibit 2   Excerpts from the Maintenance ..... Page 16
14               and Overhaul Manual for
                 IO-550
15
     Exhibit 3   Horton Consulting, LLC ............ Page 50
16               Invoice to Perkins/DeShannon
17   Exhibit 4   5-5-15 Memo from Don Freeman ...... Page 74
                 of Aviation Engines, Inc.
18
19       Reporter's Certificate ...................... Page 120
20
21
22
23
24
25
```

Page 5

```
1
2
3
4        IT IS HEREBY STIPULATED AND AGREED by and
5    between the attorneys for the respective parties
6    herein, that filing and sealing by and the same are
7    hereby waived.
8        IT IS FURTHER STIPULATED AND AGREED that all
9    objections, except as to the form of the question,
10   shall be reserved to the time of the trial.
11       IT IS FURTHER STIPULATED AND AGREED that the
12   within deposition may be sworn to and signed before any
13   officer authorized to administer an oath, with the same
14   force and effect as if signed and sworn to before the
15   Court.
16
17            - oOo -
18
19
20
21
22
23
24
25
```

## Page 6

1
2          T E R R Y   H O R T O N,
3      called as a witness, having been duly sworn
4      by a Notary Public, was examined and
5      testified as follows:
6                EXAMINATION
7  BY MR. WADSWORTH:
8      Q.  Good morning, Mr. Horton.
9      A.  Good morning.
10     Q.  My name is Stephen Wadsworth.  I represent
11 the plaintiffs in this case, Joe Perkins, Matrix
12 Communication, Perkins Communication -- well, not Joe
13 personally, but he owns both of those companies.
14         MR. WADSWORTH:  Before we get started, the
15     usual stipulations, Tim?
16         MR. HEISTERHAGEN:  Yeah.  With the exception
17     that Mr. Horton would like to read and sign.
18         MR. WADSWORTH:  Fine here.
19 BY MR. WADSWORTH:
20     Q.  Mr. Horton, before we get started, did you
21 bring any documents with you to this deposition?
22     A.  No, I did not.
23     Q.  Okay.  Did you rely on any documents other
24 than those that were listed in your report?
25     A.  Just everything that's been produced to me

## Page 7

1                Horton
2  and the production that was given to me by
3  Mr. Heisterhagen.  So everything that was in the
4  production.  I don't have the list here in front of me,
5  but -- so what's in my report plus anything that was in
6  my file currently.
7      Q.  I'm going to mark as Exhibit 1 --
8         MR. WADSWORTH:  Tim, I'm sorry.  I only
9     brought one copy of this today, but you probably
10    have this.
11        MR. HEISTERHAGEN:  Yeah, we have it.
12 BY MR. WADSWORTH:
13     Q.  -- your expert report in this matter.
14        (PLAINTIFF'S EXHIBIT 1 WAS MARKED FOR
15            IDENTIFICATION.)
16 BY MR. WADSWORTH:
17     Q.  I was wondering if you could turn to page 15
18 with me.
19     A.  Okay.
20     Q.  First of all, where do you currently live?
21     A.  I live in Summerdale -- the address at the
22 top of my CV -- Summerdale, Alabama.
23     Q.  Is that both your home and office address?
24     A.  For Horton Consulting, that is correct, yes.
25     Q.  Where is Pinnacle located?

## Page 8

1                Horton
2      A.  Pinnacle Aircraft Engines is located in
3  Silverhill, Alabama.
4      Q.  Remind me, where is Silverhill?
5      A.  Silverhill is about 8 minutes from my home.
6  So it's adjacent -- small little town -- adjacent to
7  Summerdale.
8      Q.  Is that Baldwin County?
9      A.  That's correct, yes.  It's on the east
10 side -- or east boundary of Fairhope, actually.  And so
11 is Summerdale.
12     Q.  Kind of near Fish River?
13     A.  That's correct, yes.
14     Q.  And, Mr. Horton, could you start off telling
15 me, how did you get into aircraft engines?
16     A.  I went to Alabama Aviation Technical College
17 after graduating Theodore High School in 1978.  Alabama
18 Aviation and Technical College is a school where you go
19 and get your educational requirements to obtain your
20 airframe and powerplant certification.  So that's where
21 I began.  And that's how I got into aviation.
22         I always enjoyed aircraft.  I went on
23 different flights when I was a young child.  And so I
24 just kind of fell in love with aviation.
25     Q.  Where is Alabama Aviation and Technical

## Page 9

1                Horton
2  College?
3      A.  Well, now it does not exist.  The facility is
4  still there, but it's changed names.  It went from
5  Alabama Aviation and Technical College to George C.
6  Wallace Community College, both campuses in Mobile,
7  which was the Mobile downtown airport on the Brookley
8  Complex.  The original facility has moved approximately
9  two miles away.
10        They also have a campus in Ozark, Alabama.
11 It is now Enterprise-Ozark Community College.
12     Q.  So you graduated again -- or you went back to
13 school in 2004.  So Enterprise-Ozark Community College
14 and Alabama Aviation Technical College are pretty much
15 the same entity or successor entities to one another?
16     A.  That's correct.
17     Q.  And when you graduated from Alabama Aviation,
18 did you have any certificates that you got?
19     A.  Well, I got a diploma.  And then after that,
20 my diploma basically gave me the educational
21 requirements needed to apply to get my airframe and
22 powerplant certificate.
23        So after my graduation is when I got my
24 airframe and powerplant certificate.
25     Q.  What year did you get your A&P?

Horton

A.  I got my powerplant first.  I would say that was probably somewhere in the neighborhood of 1984 time frame.  My airframe came later.  I would say that was probably in the early 2000s, while I was working at Continental Motors.  And that was all part of helping with having the certificates and educational requirements to get the associate's degree from Enterprise-Ozark Community College.

Q.  Why did you delay between the time that you completed your educational requirements and when you got your airframe and then later your powerplant -- I'm sorry -- your powerplant and then later your airframe?

A.  Well, I went to work for a company for a very brief period of time at a fixed-base operator until 1984, when I was hired on at Continental Motors and worked there for approximately 26 years.

So, of course, working for an aircraft engine manufacturer, having an airframe certificate, unless I was going to do work on the weekends or something like that, really wasn't needed.  As a matter of fact, the powerplant is actually not even needed, but I already basically had that.  So getting -- and the role I played and the positions I held and the work that I was doing in my career just didn't need an airframe

Horton

certificate.

Q.  Did you keep your powerplant current from 1984 to the present?

A.  Yes.  Just from a standpoint of the work that I did throughout my career, I would, of course, work on Continental customers' engines, both in troubleshooting.  I did a little work on the side on weekends, just helping different friends that I've known for years doing work on aircraft, mainly focusing on the engines.

So, from that standpoint, the experience requirement, yes, I kept it current.

Q.  Did it ever lapse with the FAA?

A.  No.

Q.  Has the FAA ever brought any sort of investigative -- investigations or disciplinary actions against you?

A.  No.

Q.  And in 1982, you started with Napier Air Service in Mobile as parts manager and mechanic.  What did you do for Napier?

A.  Well, basically just that.  I was wanting to start my career as an aircraft mechanic.  They did not have an opening for a mechanic; however, the manager

Horton

there basically said we need a parts manager.  If you will take that position, I will allow you to also work on aircraft.

And so that's kind of the way that worked.  I started there -- I worked about half days as a parts manager.  They were a CPC dealer, which is a Cessna Pilot Center dealer.  And so I handled all the affairs as far as them being a CPC dealer for Cessna.

And then the rest of the day, I worked with the mechanics.  I didn't -- I didn't sign anything airframe off.  I signed some powerplant things off as far as the engine logs, but -- once I had my powerplant certificate.

But that's kind of how I started.  I started as a parts manager but worked part-time as a mechanic as well.

Q.  As a parts manager, would it have been your job to make sure that all the parts used had FAA approval?

A.  Certainly it would be, when I was ordering parts, I would be ordering parts per the IPC for whatever engine or aircraft or accessory that I was ordering parts for, so, in that respect, yes.

Q.  What is an IPC?

Horton

A.  Illustrated parts catalog.

Q.  And what is the significance of that catalog?

A.  Well, the significance of it from a standpoint of aviation, it's produced by the equipment manufacturer, whatever that may be.  And so they list the parts that are current for that particular engine or aircraft or piece of equipment.

Q.  If an engine has been overhauled or built using parts that are not approved by the FAA, can it be returned to service without further action?

MR. HEISTERHAGEN:  Object to the form.
Go ahead.

THE WITNESS:  Knowingly?  If you knew that up front?  I'm not quite aware of a circumstance like that, but if you knew that up front, certainly -- certainly not.  If you had knowledge of that, you certainly wouldn't -- which I don't know how, if you had knowledge of it, you'd put it in there to begin with, but, of course, you know, you would not use unapproved parts for any piece of equipment.

BY MR. WADSWORTH:
Q.  In 1984, you went to work for Teledyne.  How did your career start with Teledyne?

Page 14

Horton

A. I was --

Q. Or Continental, Teledyne Continental.  I'm sorry.

A. I was a contractor.  My first position with Continental Motors, I worked under contract.  I was not considered a full-time employee.  And I worked for the experimental department, which is an arm of the engineering department that does things such as type tests, endurance runs, things like that.

They also have a lot of different contracts. And so I was basically hired under a contract that they had with the Gas Research Institute.  And we were working on a little rotary engine that used natural gas.  And so I worked there for a period of time until somewhere late 1985, early 1986, when I was laid off, the contract was over.  And I was not put on full-time at that time.  And so they -- I was laid off for approximately six months, and then they called me back.  And I went back to the same department, which was experimental.

Q. Now, when you were working in that department, which I have "engineering development" on your curriculum vitae on page 17, were you overhauling engines at the time?

Page 15

Horton

A. Well, no.  It is not -- the engineering department, it's not part of production.  So you wouldn't be overhauling engines.  It was basically design testing, things like that.  So I would be disassembling engines and assembling engines, but they were not for use in an aircraft.  It was basically -- again, there was multiple types of work that were done by the engineering department.  So it could be a type certification testing, endurance testing, which is typically 150- or 300-hour testing.  I worked on the Voyager aircraft engine that, 1986, flew around the world nonstop without refueling, a lot of different things like that.  So you got your hands in a little bit of everything: component, disassembly/assembly, engine assembly and disassembly.

Q. Did you --

A. Just multiple things.

Q. Did you work on any IO-550 or 520 engines during this time?

A. Certainly, IO-520.  550s at that time would have been relatively new.  They were early '80s development-type engines.  So I can't say specifically for the 550.  Certainly 520s.

Q. Now, I see, from 1986 to 1988, you had a job

Page 16

Horton

as a technical writer for Continental.  What did you do as a technical writer?

A. As far as the different manuals that Continental produced and documents, such as service bulletins, maintenance manuals, overhaul manuals, illustrated parts catalogs, operators manuals, service bulletins, pretty much any publication other than advertising, we would develop and/or revise.

So my job was to take things such as maintenance instructions, parts information, and revise and update or create new documents or catalogs for the company.  I also did illustrations that you see in the manuals, such as exploded views, isometric drawings.  I had some experience with drafting, which is actually the reason they hired me for that position, because I could draw.  And so some of the illustrations, I had completed those as well.

MR. WADSWORTH:  I'm going to mark as Exhibit 2 the publication M16, maintenance and overall manual for an IO-550 engine, dated 2011, August 2011.

(PLAINTIFF'S EXHIBIT 2 WAS MARKED FOR IDENTIFICATION.)

BY MR. WADSWORTH:

Page 17

Horton

Q. We're going to go into this in detail later on today.  These are just excerpts from the manual. But while we're talking about it, I was curious if you had any hand in drafting either this or any version of this manual.

A. I couldn't tell you.  It's possible, but I can't recall.

Q. It's been 30 years?

A. Yeah.  It's been some time.  And I would have to look -- in the front of these manuals, there's a revision page.  And I would actually have to go back and look at the time in which it was developed to give me a sense of whether or not -- that I did any work on.

Most of the majority of the manuals, we always had some interaction in.  And not just the engine manuals; it was things such as components, such as fuel systems, magnetos, different things like that. So I worked on those as well.

Q. While you can't say whether or not you drafted this or any iteration of this 550 manual, is this the sort of manual that you would have drafted as a technical writer?

A. That's correct.

Drafting is -- I wouldn't necessarily say

Page 18

Horton

"drafting," because when I think of drafting, it's kind of a clean-sheet-of-paper start, and you develop the entire manual. And it typically was not done that way. There was usually a template that you kind of followed. And the majority of the tech writer's work was to revise. And it was very rare that we, from scratch, would draft the complete manual. A lot of it was taken from manuals that were already in place because of the similarity of the parts and the engine assemblies, such as the IO-520-C to an IO-550-C. They're very similar engines with only a few differences in components.

Q. So what you're saying is that if there was something that was equally applicable to the 520 as well as the 550, you would start with the pre-done 520 manual and you would adapt it to the 550. Is that fair?

A. Typically, yes.

Q. It looks like you then moved to be a warranty analyst at Continental from '88 to '89. What sort of warranties would you review?

A. All of them. And in that role, my role was not to adjudicate the claim; my role was to take the parts that were returned by the customer. And I would inspect, disassemble, test, whatever was required to

Page 19

Horton

determine if in fact this met the guidelines of the warranty policy, which would be basically a manufacturing or a material defect, and then submit a report that would be reviewed by various departments, certainly the customer service department and the warranty administrator, to actually apply warranty to the specific claim.

So mine was more of a -- from a technical standpoint of actually inspecting the part or testing the part to determine whether in fact it was a valid claim, and, of course, to also take those components, and, if there was in fact a valid claim, to make sure that we understood what happened and address that appropriately.

Q. What would differentiate between a valid claim and a nonvalid claim? Is the question rather, is the part defective?

A. Well, a warranty typically covers manufacturing or material defects. So let's say that it was discovered that there was a casting flaw in an aluminum part that's typically casting, and there was a porosity, or there was an edge that wasn't broke properly and it caused a crack from that. That would be a manufacturing issue that would then be addressed

Page 20

Horton

with the quality department, who would then address that with the manufacturing group.

So it would be something like that. It was very rare that those things like that would happen. But, of course, they do happen. That's why we have warranties. But, usually, and even in the case where it was maintenance-related, it's not just a situation where we would kind of turn our back to that. In those cases, there could be things, such as a service bulletin would be issued, to address something that the mechanics in the field may be doing that would lead to this issue.

So it wasn't just a turn your head away once you found something that was a workmanship issue not of Continental Motors but of maintenance facilities in the field. Those would typically be addressed in some manner depending upon if it seemed to be something that Continental would see a trend in.

Q. How high volume of a job was this? Was this something where you would be working on 100, 200 files at a time, or was it something where you only had a few files at a time?

A. My recollection would be, on average, it was probably somewhere approximately ten a day. Does not

Page 21

Horton

mean that it would have full-blown testing or disassembly and inspection. Some things didn't require that level of analysis.

So the number of claims coming through at that time, everything was looked at. So sometimes it would be something as simple as -- I'm trying to think of -- incomplete part, let's say, that there was a component maybe left off; and when the consumer took it out of the package, he realized that there was a fitting, let's say, missing, and he would just return it for that and get a replacement.

So it was just something as simple as that. And, of course, in that case there's no testing required, there's no in-depth inspection required. It's simply verify the condition, write the report, notify quality, of course, and they would get with the responsible department.

Q. Did you review any warranties for IO-550s?

A. Oh, sure. Yes.

Q. Do you remember roughly how many?

A. No.

Q. Did you ever review any engines for warranties that had broken crankshaft gear bolts?

A. In that position, no.

## Page 22

Horton

Q.   What position would you examine that at?

A.   When I was the manager of analytical.

Q.   Was that one instance or did it happen more than once?

A.   There were multiple instances, yes.

Q.   As the warranty guy, did you ever examine starter adapters?

A.   Yes.

Q.   Was that more common than, I guess, the broken crankshaft gear bolts?  Was that a fairly common problem?

A.   Well, I wouldn't characterize it as a common problem.  Certainly because of the loads and the condition -- conditions placed upon a starter adapter, much like the cylinders, it lives in a pretty rough world.

And so aware -- and usually the complaints with adapters related to slippage.  But certainly there were different failure modes and things like that with starter adapters.  So, yes, they were more common than broken crankshaft gear bolts, yes.

Q.   What sort of loads are placed on a starter adapter?  I believe that was the term you used.

A.   Well, there's a couple of loads.  More severe

## Page 23

Horton

typically happens during starting.  Now, you have to understand there's different types of starter adapters and the way they function.  I will focus, for the purposes of your question, only on the type that is used in the IO-550-C model engine.

But the way it is designed and the components that it interacts with, there's a significant amount of load that occurs, the actual amount of load in terms of foot-pounds, if you will, of torque or what have you or stress on the components.  I can't give you an actual number of that.  But, basically, the high loads occur mainly during starting.

As far as the gears, certainly from the standpoint of the starter adapter, of course, that's where the highest loads become.  Because the shaft gear in the starter adapter is a drive gear during the starting process.  Once the engine starts, it becomes a driven gear.  So the loads change quite substantially when it goes from a drive gear to a driven gear.

Q.   I think you mentioned before.  Is that one of the rougher occurrences that can happen to a starter adapter?

A.   That is the -- pretty much the highest load that it will see is a kickback.

## Page 24

Horton

Q.   Is the starter adapter designed to try to absorb the impact of a kickback?

A.   Not necessarily, no.  Because that is not a normal occurrence, so you -- you don't -- I can't speak from a design aspect because I didn't design the starter adapter, but it's not a normal occurrence, of course.  And so can they endure a level of a kickback without causing complete damage?  Yes.  Yes, they can.  But it's from a design standpoint, I can't really answer that question.

Q.   Well, from your experience, I guess as a power plant guy, if there were a hundred engine kickbacks, how many would result in damaged starter adapters?

MR. HEISTERHAGEN:  Object to the forms.

THE WITNESS:  I can't answer that.  The severity can be different.  You cannot characterize it as a kickback always results in a given amount of load, so I -- I couldn't answer that question.

BY MR. WADSWORTH:

Q.   A kickback is kind of a average load.  How many would you expect to see damaged?

MR. HEISTERHAGEN:  Object to the form.

## Page 25

Horton

THE WITNESS:  Again, I don't know what "average load" would mean.  So I could -- again, a kickback can cause damage, and a kickback can not necessarily cause as severe amount of damage.  I've seen it both ways.

BY MR. WADSWORTH:

Q.   I see that, going back to your résumé, in 1989, you were moved to a position of representative technical customer service and sales.

What did you do in that position?

A.   Basically worked as kind of the answer guy, is the best way to describe that.  The technical sales and service -- and the majority of my work was from a technical standpoint.

So what we did in that position would be to take customer inquiries, usually -- most oftentimes would be mechanics, but of course there would be owners and operators and pilots as well that would have questions concerning operation of the engine.

Mechanics tended to be things more like troubleshooting processes and procedures, how to perform a certain task, and anything as simple as what type of oil can I use in this particular power plant that is operating in north Minnesota?

Horton

1
2      So it was just a varying degree of product
3  questions, and that's -- and that's really our main
4  role, was to provide product information for our
5  customers, for Continental Motors consumers.  But
6  included things such as input on service bulletins that
7  would be issued, attending trade shows as a company
8  representative to do basically the same type of work,
9  but it was more face-to-face with the consumer.
10      IA renewal seminars.  I did talks for IA
11 renewal seminars and things like that.
12      So really anything related to product
13 information, that is what -- in that role, as a
14 customer service technical representative, that's what
15 I would do and certainly the people that worked in that
16 department as well.
17      Q.  Were you doing any work in that position that
18 required a powerplant certificate?
19      A.  No.  Usually, however, to obtain the
20 position, usually there was a stipulation that you
21 would have a powerplant license but not always.  A lot
22 of it depended on experience.  What they really looked
23 at is wanted to know your level of product knowledge.
24      Q.  Because you have to interface with APs and
25 IAs across the country?

Horton

1
2      A.  Yes.  And a lot of which could have 20, 30,
3  40 years' experience.  So you want someone who can
4  provide them questions to answers that someone of that
5  level of experience may not have, but you would have to
6  have some in-depth product knowledge just to get --
7  just to get your foot in the door.
8      So based on my experience with engineering in
9  the experimental department, that's really -- that and
10 my technical writing and things like that is kind of
11 what got my initial position in technical customer
12 service.
13      Q.  Have you ever been an IA?
14      A.  No.
15      Q.  Then you moved in 1995 to become coordinator
16 of FBO services.  What is FBO services?  How is that
17 different from what you were doing before?
18      A.  Well, actually, that's -- I was in the same
19 department doing a lot of the same work.  But in the
20 mid '90s, as computers got to be more the norm in the
21 industry, aviation kind of lagged behind a lot of
22 industries with people using computers and the Internet
23 started to really take off, Continental Motors started
24 a program called TCMLINK.  TCMLINK is the umbrella for
25 a number of programs that were designed to be used with

Horton

1
2  their different customers, such as product
3  distribution, sales, technical services, schools,
4  owners and operators and pilots.
5      So TCMLINK was developed to actually provide
6  programs and electronic access 24 hours a day, 7 days a
7  week, 365 days a year to the different companies.
8      FBO services was one of the arms under that
9  umbrella that tailored to the fixed-base operators.  So
10 you would sign up as a fixed-base operator, and it
11 would give you, by username and password, online access
12 to all Continental real-time information, such as
13 overhaul manuals, maintenance manuals, service
14 bulletins, illustrated parts catalogs.
15      Anything having to do with any engine or
16 product that Continental produced, you could have
17 access to that, in addition to things -- many other
18 things that the program had:  service bulletin AD
19 compliance matrix, airworthiness directives,
20 troubleshooting program.  Just a numerous number of
21 customer service-related things that fell under FBO
22 services but was geared towards the maintenance
23 facility.
24      So I -- my job was to coordinate that program
25 and make sure that it had certain aspects that appealed

Horton

1
2  to the fixed-base operator.  So I kind of oversaw that
3  portion of it.  Again, there was also aviator services,
4  distributor services, and information services.  That
5  was the other arms that were under that umbrella of
6  TCMLINK.
7      Q.  In this position did you do any work that
8  required your powerplant certificate?
9      A.  Well, certainly, when I would go out and sign
10 something off, yes.  That was very rare that we did
11 that, because most of the time during my employment,
12 even if you had an A&P or a powerplant certificate, you
13 would sign things off, any work that you did that would
14 require you to sign off in the field, which was -- that
15 in and of itself was very rare, you would sign that off
16 under a -- at the time was called an MMF.  That was a
17 certificate, if you will, through the FAA that
18 manufacturers had.  MMF stands for manufacturer's
19 maintenance facility.
20      So if we went out and did work that required
21 a logbook sign-off, we would sign it off under
22 Continental's MMF.
23      Q.  What sort of work would you be required to go
24 out and sign off on personally?
25      A.  Most would be inspections.  There would be

Horton

1  something that, let's say, a service bulletin would
2  require a specific inspection that was performed, and
3  that inspection was performed by the representative of
4  Continental Motors, not by the mechanic that may have
5  taken the component off or allowed you -- or gained
6  access to that particular component.
7        The Continental representative would actually
8  do the inspection.  So the inspection portion of that
9  would be signed off by myself or anyone else under the
10 MMF.
11 Q.  In September 2001, going through June 2003,
12 you moved to supervisor, FBO services.
13       Was that just a promotion within the same
14 department?
15 A.  That is correct, with the addition, though,
16 of, at the time, from '95 to 2001 when I was the
17 coordinator, I was not in a position to supervise the
18 technical service department.
19       The September 2001, when I got the --
20 promoted to the supervisor role in that department, all
21 of the technical service representatives reported to
22 me.  So the day-to-day business of technical service
23 department was my responsibility starting in
24 September 2001.  That was the basic addition.

Horton

1  Q.  And then you moved to manager of product
2  field performance at Teledyne Continental.
3        What did that job entail?
4  A.  As I mentioned before, the analytical
5  department is what that was always referred to.  When I
6  was promoted to that position in June of 2003,
7  management decided to change from the analytical name
8  and give it -- or give that position the title of
9  product field performance manager.
10       Nothing really changed except, of course,
11 myself as being manager, but the job that was done was
12 basically the same.  And the main role of that
13 department is to support and act as the party
14 representative for the NTSB, FAA, DGAC, whatever
15 domestic or international regulatory body that would
16 oversee accident investigations when there would be a
17 component or tear-down of an engine assembly that the
18 NTSB or again -- usually it was the NTSB -- would want
19 to perform, they would have that component sent to the
20 factory and that inspection would be done there.
21       And I oversaw that department as well as
22 participated in all of the examinations and inspections
23 and testing as well as authored reports for the company
24 to the NTSB or FAA or whatever the case may be.

Horton

1        So it was basically accident investigation,
2  but from a standpoint of the actual component, not the
3  actual accident.
4  Q.  In this position, did you do work that would
5  require a powerplant certificate?
6  A.  Again, from a regulatory standpoint, no.
7  From a position standpoint, that was typically the
8  guideline as far as holding that position is that one
9  of the requirements would be to have a powerplant
10 certificate.
11 Q.  And it was during this time period I believe
12 you said that you saw some broken crankshaft gear
13 bolts; is that correct?
14 A.  That's correct, yes.
15 Q.  Do you remember the case where that happened?
16 A.  Specifically each case, no.  I do remember
17 the types of engines that it occurred on, which is
18 basically a Permold engine, similar to -- same design
19 from that aspect as the IO-550-C.
20 Q.  How many instances of that, roughly, did you
21 see?
22 A.  I can't recall specifically.  I would say
23 approximately 12.
24 Q.  What were the most common causes of broken

Horton

1  crankshaft gear bolts during those investigations?
2  MR. HEISTERHAGEN:  Object to the form.
3  THE WITNESS:  Well, the -- in a lot of cases,
4  we did not see -- we did not do the airframe
5  analysis.  We did not do the inspection.  We were
6  just looking at the actual components.
7        The wear characteristics were similar, as in
8  this case.  You would see the signs of loose
9  operation between the large gear and the small
10 gear, and then you would have this fretting that
11 occurs and this metal generation between the two
12 gears, the difference being in those cases I don't
13 recall any that -- they were more progressed than
14 this situation, whereas all of the bolts would
15 have sheared, all six would have sheared, and then
16 the actual large gear became loose or actually
17 came off the end of the crankshaft.
18 BY MR. WADSWORTH:
19 Q.  Did you ever determine what the cause of the
20 loose fit or poor fitting was in any of those cases?
21 A.  Well, one of the things that we did, we would
22 go back to the operator.  And these particular
23 operators had numerous starting cycles, much more --
24 their operation was -- many more starting cycles than

Page 34

Horton

you would typically see in the average operator. These
were department 35 operators, so they were scheduled,
either airlines or freight haulers or someone who
utilized the aircraft on a frequent basis, on a daily
basis.

So the cycles, the starting cycles, were much
greater. And, of course, one of the things that we
would have them do is to make sure that there were no
issues with the starting system of the aircraft.

I believe these all used what's called shower
of sparks from a starting standpoint. That's the type
of system that they used on these aircraft. And then
Continental also had, or has had, some issues with
other aircraft that I was not involved in with kickback
issues related to damaged bolts and sheared bolts and
things like that. But I was not involved specifically
with those, just the ones that came into the analytical
department for examination.

Q. Do you know what kind of engines those
aircraft had that you weren't involved with that you
just said had the sheer bolts due to kickback issues?

A. My recollection is they were Permold engines.
Specific models, I'm not exactly sure. From the design
of the starter adapter and the cluster gear that is

Page 35

Horton

used, from Permold series to Permold series, those are
basically the same regardless of whether it's a 520 or
a 550.

Q. And then in November 2008, it looks like you
got your last promotion at Continental as manager of
product analysis.

What did you do in that position?

A. They promoted me to the manager of the air
safety department. So in essence what I had was
both the analytical department and the air safety
group, managing both of those groups. My day-to-day
work did not change from my analytical standpoint. I
just picked up the responsibility of supervising a
number of air safety investigators for Continental
Motors that would actually -- Continental has an air
safety department and they have air safety
investigators that go out and work again as a party
member for the -- typically the NTSB to provide engine
expertise on scene with accident investigations and
providing product information to the NTSB or FAA as
they request.

Q. Did you do any work in that position that
would have required the use of your powerplant?

A. Same answer as before. It was basically --

Page 36

Horton

typically a requirement for that position.

Q. But you wouldn't have to sign off on any
engines during that time period?

A. I'm sure I did, but not from a company
representative standpoint. There was no -- in these
positions, I would not be performing maintenance or
alterations or anything on aircraft or engines.

So, no, it wouldn't require me to sign off
any engine logbooks or airframe logbooks or propeller
logbooks.

Q. Now, during this time that you were with
Continental, did you continue to do side work for
friends who were A&Ps or IAs?

A. There were some in there, yes.

Q. Not regular towards the end, I imagine?

A. No. It wasn't on a regular basis. Usually
mine was more "I've got this problem; tell me why it's
happening" type thing. You know, troubleshooting and
engine operational questions and things like that was
usually what people would seek myself out and other
people in the department for that matter. So --
because of the experience.

Q. Why did you leave Continental?

A. I had an opportunity -- my goal for

Page 37

Horton

retirement was always to do my own thing, so to speak.
I've always enjoyed engines. I enjoy building
components and testing and things such as that. And
that was my goal, one day, to retire and then kind of
work at my own pace and work when I wanted to type of a
thing.

Fortunately for me, I was approached by a
company who wanted me to go into business. And so I
did that and started Pinnacle Aircraft Engines in
basically May of 2011. And I am a part-owner in that
company and president of the company currently.

So it wasn't any -- it was purely an
opportunity, professional and personal opportunity, in
my career.

Q. Now, I've looked at the description of what
Pinnacle Aircraft Engines does. Do you work primarily
for operators or are you a contractor of Continental?

A. Oh, no, I'm not a contractor for Continental
Motors. I'm a Part 145 repair station, and currently
on our capabilities list, we do mainly Continental
engines.

But, no, I'm not a contractor for Continental
Motors. We do Part 135 operators. We try to focus on
Part 135 operators, but we also do some Part 91 work

Horton

too for the average business flier or personal flier.

We try to focus on professionals because our level of customer service we think we bring is second to none. So that's really why we try to focus on those operators, because their clock never stops and it runs around the clock. And we're there to support our customers whenever they need us.

So that's really our niche that we have in the marketplace.

Q. And what is the difference between Pinnacle Aircraft Engines and Horton Consulting?

A. They're separate businesses.

Q. What would you do for -- what kind of business do you have for Horton Consulting -- I guess what does Horton Consulting do? Let me ask you that question.

A. Basically it's consulting work based on either accident investigation, focusing really on maintenance and technical type of work. I don't do any overhauls or anything related to that. I don't do any component overhauls. I can do testing and things such as that, but typically it's related to litigation or product knowledge or consulting from that standpoint.

Q. So Pinnacle Aircraft Engines, you do

Horton

overhauls of Continental engines?

A. That is correct.

Q. And Horton Consulting is more investigation, litigation support, and services like that; correct?

A. That is correct.

Q. What certificates do you currently hold?

A. I have airframe and powerplant certificate. I have a private pilot's license, single engine, sea and land. And I -- I hold a -- I do magnetic particle inspection for Pinnacle, Level II, in that, as well as Level II in ultrasonic inspection for Continental crankshafts, which is required if you're going to overhaul -- or someone must do it if you're going to overhaul a Continental engine.

Q. How many employees do you have at Pinnacle?

A. Counting myself, seven.

Q. Are there any other A&Ps at Pinnacle?

A. Yes.

Q. How many?

A. Counting myself -- well, two, and then one -- one of my employees has just the powerplant.

Q. And then how about IAs? Do you have any of those at Pinnacle?

A. No. Not required.

Horton

Q. How many IO-550-Cs has Pinnacle overhauled?

A. I think we have done two. I believe two.

Q. Was that recently or just over the last five years?

A. It would have been within the last three years, I believe.

Q. Did you sign off on those engines?

A. Either myself or my business partner signs off on all of the engines that are produced. I probably have signed off for the majority of those, probably 90 percent of them.

Q. How long does it take to overall a IO-550-C engine?

MR. HEISTERHAGEN: Object to the form.

THE WITNESS: Well, that's a pretty broad question, because different things can take time from a standpoint of when we receive the engine to when it ships out. If you're looking at just from a man-hour standpoint at the level that we do the work, I would probably put that somewhere approximately 40 hours. But from a time standpoint, it usually is, for us, the way we do it, it is somewhere between six to eight weeks. From a time we receive our customer's core engine

Horton

in to the time we ship his engine out, six to eight weeks.

BY MR. WADSWORTH:

Q. How long have you been a private pilot?

A. I believe I got my certificate in 1993.

Q. What kind of planes do you fly?

A. I have flown Cessna 210, Beechcraft Bonanza, Debonair 180, Cessna 180, Cessna 182, Cessna 185, Cessna 150, Diamond Katana, Lake amphib, Stinson on straight floats.

Q. Is the Lake amphib, is that a seaplane, one that lands --

A. Yes.

Q. -- on water?

A. Yes. That's ones that -- well, of course, I got my seaplane rating in a Piper Cub on straight floats. That's mainly the aircraft that come to mind right now.

Q. Do you own a plane?

A. I do not.

Q. Turning to page 18 of your report, we have a list of deposition testimony.

Is this a complete list of your deposition and testimony as we sit here today, not including this

## Page 42

Horton

deposition?

A. I believe so, from September of -- 7th of 2011 forward, yes.

Q. And I counted about 20 deposition matters that you provided either deposition or trial testimony for. Is that correct?

A. That sounds about right.

Q. And in 19 of those trial or deposition testimonies, Continental Motors was involved; is that correct?

A. That's correct, yes.

Q. What was Marsico v. Winter from November 2011, the one where Continental Motors was not involved?

A. I don't recall that specifically. I believe it had to do with a Cessna 337. But, specifically, I don't remember.

Q. Was Armbrecht Jackson involved in all 20 of these cases?

A. No.

Q. Were they involved in all of the Continental Motors cases?

A. No.

MR. HEISTERHAGEN: And I'm going to object to

## Page 43

Horton

the extent that it's not 20 cases.

MR. WADSWORTH: Okay. How many is it?

MR. HEISTERHAGEN: If you look at them, I mean, for example, Cavner, there's two depositions and testimony. So that's one case, but he had to -- Terry had to testify three times.

So, I mean, we can go through and match them up, but it's not -- just to clarify, it's not 20 different cases.

MR. WADSWORTH: Okay. Maybe we will count and clarify during the break.

MR. HEISTERHAGEN: All right.

BY MR. WADSWORTH:

Q. I see on the next page that you charge $250 an hour. Is all of this work done through Horton Consulting?

A. That is correct.

Q. Is there any work that Horton Consulting does that's not reflected by the deposition and trial testimony on page 18?

A. I'm not sure I understand your question, or maybe I didn't hear it right. If you will ask that again, please.

Q. Well, I guess my question is, does Horton

## Page 44

Horton

Consulting do work other than the sort of litigation -- litigation support that's reflected on page 18?

A. Well, certainly from a standpoint of deposition testimony, that's what is listed here. Again, I have done consulting just from a technical standpoint. Of course, it wouldn't be listed here.

So, yeah, I do other work than this, yes. A lot of times it's not even charged; it's just a simple 15-minute phone call. But it's -- you know, I look at that from a consulting standpoint. Because it's not related to Pinnacle and any products that Pinnacle puts out; it's people that have known me in the industry for many, many years. And they get my phone number from someone and call and ask a technical question related to Continental engines.

Q. While I'm thinking about this, what is your percentage ownership in Pinnacle?

A. Approximately 33 percent.

Q. Who are your partners in Pinnacle?

A. Chip McClellan and J&K Engines.

Q. Do either Chip McClellan or J&K have any connection to Continental?

A. I guess that would depend upon what you would define as "connection."

## Page 45

Horton

Mr. McClellan worked for Continental Motors for approximately 25 years. The members of J&K Engines were a distributor years ago for Continental. But from a business connection, no.

Q. How much have you invoiced the defendants in this case? How much have you charged them?

A. I don't know.

Q. Do you have invoices that would allow you to determine that amount?

A. Sure.

Q. Could you -- would you have the ability to look it up for me during a break today and tell me?

MR. HEISTERHAGEN: I mean, I can -- I'll see what we have.

MR. WADSWORTH: Okay.

BY MR. WADSWORTH:

Q. Roughly how much have you -- roughly, how much have you made over the last five years representing Continental Motors as an expert witness?

MR. HEISTERHAGEN: Object to the form.

THE WITNESS: I couldn't tell you.

BY MR. WADSWORTH:

Q. More than $100,000?

MR. HEISTERHAGEN: Object to the form.

Horton

THE WITNESS:  I believe so, yes.
BY MR. WADSWORTH:
Q.  More than $500,000?
A.  I don't believe so.
Q.  Have you ever been accepted by a court as an
expert witness?
A.  Yes.
Q.  Has a court ever found you not qualified to
offer testimony as an expert witness?
A.  No.
Q.  What all courts have you been accepted in, to
your knowledge, as an expert witness?
A.  I don't understand your question.
Q.  What all -- like, taking a look at the
deposition and trial testimony, which courts -- like,
where were these courts that you testified as as an
expert witness?  Do you know whether they were state
courts or federal courts, what county they were in?
A.  Not off the top of my head.  It was both.  I
was -- both state and federal.  I have worked for the
FAA as an expert.  I was accepted as an expert for the
FAA in a case that was in federal court in -- I believe
that was South Carolina.  But specifics of all of them,
I can't really recall.

Horton

Q.  Did you provide any testimony in that case?
A.  Yes.
Q.  Was that before -- was that before you
started Horton Consulting or was that after?
A.  That was after.
Q.  I'm not seeing any South Carolina matters on
this list.
A.  I don't believe it's on here.  That would be
an oversight on my part.  That would have been, I
believe, in 2014.
Q.  Okay.  If you could think of the name of the
case during a break, feel free to let me know
afterwards.  It's not particularly important to what
we're doing here today.
Did any of these cases listed on page 18
involve IO-550 engines?
A.  Yes.  I believe so.
Q.  Which one?  Which cases?
A.  I believe the Smith/Jones was a 550.
Possibly Freeman.  None of these, I'm exactly certain
on.  I'm trying to give you my best recollection of
these.  And I'm really just looking at it from an
aircraft standpoint, my recollection of aircraft.
Q.  So you don't necessarily remember the

Horton

engines, but you remember what type of aircraft it was
and you think that there may have been a 550 on them?
A.  That's my best estimate, yes.  I know for a
fact that O'Boyle was a 550 engine.  I'm pretty sure
Becker was as well.
Q.  Did any of these matters involve broken or
sheared crankshaft gear bolts?
A.  No.
Q.  Which FSDO is Pinnacle under?
A.  I'm sorry?
Q.  FSDO, FAA.
A.  Oh, FSDO?
Q.  FSDO, yeah.
A.  Oh, okay.  Birmingham.  Well, Vestavia Hills.
Q.  Do you know who the inspector is in that one?
A.  My inspector is Jack Clark.
Q.  Which of these matters, if you know, was
Armbrecht Jackson involved in?
A.  Smith/Jones, Freeman, Lopez, Teutenberg.
Q.  Does Armbrecht Jackson represent Pinnacle?
A.  They have.
Q.  Do they represent Horton Consulting?
A.  No.
Q.  And without getting into the details, what

Horton

sort of matters has Armbrecht Jackson represented
Pinnacle on?
MR. HEISTERHAGEN:  I think that's privileged.
MR. WADSWORTH:  Even talking about the
general type of case, type of file?  I mean, I'm
not looking to get into what was said, what
wasn't.  I'm just asking about things that are
public record, if there is anything.
MR. HEISTERHAGEN:  If there are any court
cases out there, I think that is fine.  Anything
that -- where Armbrecht Jackson -- Terry, anything
that Armbrecht has filed an appearance for a court
case for Pinnacle, I think that is fine.
But anything where we may be representing him
that's not public, I think that's privileged.
BY MR. WADSWORTH:
Q.  Yeah, I'm not looking like if they did your
articles of incorporation or any sort of corporate
work, but has Armbrecht Jackson ever represented
Pinnacle in a court of law?
A.  No.
Q.  Has Pinnacle ever had any lawsuits brought
against it?
A.  No.

Horton

Q. You always represent the defendant?

A. The majority of the times, I have, yes.

Q. Have you ever served as an expert witness for a plaintiff?

A. Not in trial, no. I have done plaintiffs before, but -- well, I'll let you define the FAA case. That was an enforcement case against a mechanic. So if you want to look at that as the FAA being the plaintiff, I guess you could say so.

But the other case that comes to mind, I wrote a report for a company in Australia against a maintenance -- they had an issue with maintenance from a facility. But it was settled and never went to trial. I didn't do any kind of deposition or anything in that case, just wrote a report.

MR. WADSWORTH: Let's go ahead and take a break, because I think we're about to shift into the more specific stuff.

MR. HEISTERHAGEN: Sounds good.

(A BRIEF RECESS WAS HELD.)

BY MR. WADSWORTH:

Q. Mr. Horton, during the break, I was given a copy of an invoice for your services in this matter. I'm going to mark it as Exhibit 3.

Horton

(PLAINTIFF'S EXHIBIT 3 WAS MARKED FOR IDENTIFICATION.)

BY MR. WADSWORTH:

Q. Have you seen this invoice before?

A. At the break.

Q. At the break?

A. Yes.

Q. Did you see it when it was sent out?

A. No. My wife does all of the -- she's my business partner in Horton Consulting. She does all the invoicing. So I give her hours and she invoices.

Q. We have a similar arrangement at my house.

A. Usually works pretty good.

Q. It does.

Now, what is the effective date of this invoice?

A. June 26 of '16.

Q. Is there work that you have completed in this matter other than deposition preparation that is not reflected on this invoice?

A. Yes.

Q. What have you done that is not reflected on this invoice?

A. There was a subsequent inspection that was

Horton

performed at Dixie Air in Tuscaloosa. And some file review.

Q. Did you bill additional hours drafting the expert report after that second inspection?

A. Yes.

Q. Do you know roughly what amount has not yet been invoiced by you and your firm?

A. I do not.

Q. Would it be another approximately $5,000? Could it be in the $10,000 range?

A. I do not know without looking at my files.

Q. I'd like to turn to your report, if I could. And, first, generally speaking, what is a kickback?

A. A kickback is a combustion event that occurs prior to top dead center of a particular cylinder and piston assembly or assemblies. Typically, it just has to do with one.

And what it does is, since the combustion occurs prior to top dead center, instead of the crankshaft continuing to turn in the normal direction of rotation, it is driven in the opposite direction of rotation. In other words, the combustion event, because it -- because of the speed in which the engine is turning, it occurs at some point prior to top dead

Horton

center and drives the crankshaft in the opposite direction of rotation. And this is -- typically occurs when the starter is engaged.

Q. This is a mechanical issue; correct?

A. Well, that depends on what you mean by "mechanical issue." It occurs during the starting sequence. The ignition cycle, if you will, I wouldn't really term as a mechanical issue. It's an event that occurs in a four-stroke engine. But it is timed specifically to occur at a certain time. This would be an abnormal combustion event, basically. It's just not necessarily mechanical, but it can have mechanical consequences.

Q. Fair enough. And when I said "mechanical issue," I was using it more to draw a comparison between pilot error. A kickback normally would not be an issue of pilot error, would it not -- would it?

A. Not necessarily, no. From something that the pilot would actually influence, he really has no control over changing the ignition event, of course, unless he does something physically. But just from a normal starting event, no.

Q. And in your report, you don't accuse Mr. Perkins of doing anything to have created the

Page 54

Horton

kickback, do you?

A. No, I do not.

Q. Do you have any evidence that Mr. Perkins might have influenced the kickback at all?

A. No. I was not present at any time when he started the engine. So I don't know what he did, what technique he used or anything.

Q. And, actually, let's turn to that. What evidence do you have that a kickback occurred at all?

A. Well, it's based upon the examination of the starter adapter, and I believe my report discusses that. But it has to do with the worm wheel gear in the starter adapter. There's -- the load that occurs during a kickback places a tremendous amount of load and coiling, if you will, of the clutch spring.

It's more of a load that would occur during a normal start because you have the combustion event that is driving the crankshaft in the opposite direction, but the starter adapter continuing to want to drive the crankshaft in the normal direction of rotation. So the coiling that occurs is much, much greater. So, of course, when we coil a spring, it does two things: it reduces diameter and it grows in length.

So if you create more than you would normally

Page 55

Horton

have, this force that occurs on the worm wheel gear, which is a brass or bronze type material -- it's softer than steel, if you will -- it can tend to reduce its diameter. It squeezes down on it and contracts the drum on the worm wheel gear. And during the inspection, I found it to be undersized from the normal manufacturing tolerances of this adapter.

Q. As a pilot, would you notice if there had been a kickback?

A. It can. It just depends on the severity of it, and if you're really paying attention.

Q. If it was a kick --

A. I have had situations where there was -- in my career with Continental Motors where we had suspected a kickback had occurred. There was no reported instances; however, the damage revealed that, in fact, that it was kickback. And then subsequent examination of the starting system, whichever the case may be, whether it's shower of sparks or impulse-coupled magneto, revealed that there was an issue there that potentially caused the kickback.

Q. And the only reason I ask is that Mr. Perkins has testified previously in this case that no kickback ever occurred. In light of that testimony, would that

Page 56

Horton

change any of your conclusions in the report?

A. No.

Q. Would a -- would this kickback -- let me ask you the general question first. Is a kickback a question of improper maintenance to the aircraft?

A. It could be.

Q. In this instance, do you believe the kickback was caused by any improper maintenance to the aircraft?

A. I don't know.

Q. You have no allegations against Mr. Terry, Dixie Air, or anyone else who performed maintenance on the aircraft, did you?

A. No.

Q. Could it have been caused by improper installation during an overhaul generally?

A. I would have to take that on a specific circumstance, because you could do a lot of things when you're performing maintenance that could cause multiple different issues. So the potential for performing work or doing an overhaul, you can certainly have circumstances where you could cause an issue.

But I would have to take those on face value to kind of address each one of them, because a lot of things that you may do would -- you would notice it

Page 57

Horton

from some other situation or circumstance, whether it would be a mag drop or things like that. So without specifics, it's hard for me to answer a question like that.

Q. Do you have any estimate as to when this kickback would have occurred in terms of time after overhaul?

A. I would think that, based upon everything that I have seen, it would probably have been sometime around towards the -- closer to the 145 hours, basically, of operation. It would have been sometime -- and, specifically, I don't know. Based upon the oil analysis and the filter examinations and the maintenance that was done, I would think it would have been probably sometime after that that it caused the damage.

Q. What about the oil analysis leads you to that conclusion?

A. Well, the fact that the wear particles in the oil analysis that was presented to me to review do not show any abnormal iron material in that. And the damage that occurred certainly would have generated, both in microscopic amounts of iron, but also particles of a size that would have been captured -- now, this

Page 58

Horton

does not go to oil analysis but certainly goes to oil change and filter examinations. It is typical that the filter is split and examined for abnormal particles. And, certainly, that would have been present had you had this occur during that time.

Q. Can an engine with properly timed magnetos and properly operating fuel injection system kick back?

A. Well, it depends on -- from a fuel system standpoint, really has no effect on that. From an ignition standpoint, it can. And what you would define at properly -- I would have to know a little bit more details what you would define as a properly operating ignition system.

Q. Well, properly operating as it would be defined in the Continental manuals and operational guides, within regular tolerances.

A. I still don't understand the way you're phrasing the question, because it -- in a run-up, when a pilot is checking the ignition system, he is basically determining whether or not he has an issue with the spark plugs, the ignition leads, a specific magneto, and even the P-leads.

So, during that, you could have a normal function, a normal check of your mag check, and even an

Page 59

Horton

inspection of those components would all be normal, and yet still have a kickback. So, again, from a normal operating ignition system, you can have the function of the magneto -- the proper function of the magneto as far as providing a spark, the ignition leads as far as properly delivering that spark to the spark plugs, and then normal-functioning spark plugs. So --

Q. And still, despite all that normality, have a kickback?

A. That's correct.

Q. Do you believe that the right engine suffered kickbacks as well as the left?

A. I'm sorry?

Q. Do you believe that the right engine suffered kickbacks as well as the left, or was the damage localized to the left engine?

A. I'm not aware of any damage to the right-hand engine. So -- but I have not also disassembled and inspected that engine. I didn't see any reports that there was damage found. So I would say no. But, for certain, without inspecting, I don't know.

Q. Do you have any opinion as to what caused this kickback?

A. It could have been caused by the operation of

Page 60

Horton

the impulse coupler.

Q. How would that have affected it?

A. It would allow the magneto to fire at an advanced position versus normally, during the starting, the impulse coupling is basically performing a function as to have the magneto fire at approximately top dead center so you won't have a kickback. That's the function of an impulse coupling is to retard the spark event.

Q. And is that just your best guess or do you have specific things in the record that back up that assumption?

A. Well, I know experience-wise, it can cause that, from my experience.

Q. Did Continental provide specific warnings to pilots or mechanics concerning the kickbacks?

A. There are certainly things that address kickbacks. A specific manner in which that is done, I would have to go back and look through the different manuals to look for specific warnings or cautions or information related to kickbacks.

Q. I'd like for you to pick up, if you would, what I marked as Exhibit 2, the maintenance and overall manual, and turn to page -- it's Continental Motors

Page 61

Horton

339, the third page of this excerpt.

A. Okay.

Q. About a third of the way down, there is a paragraph that starts off with "Caution."

Are you familiar with this paragraph?

A. I have seen something similar to this before, yes.

Q. And it says that the possible engine kickback resulting -- the first thing it says is a broken starter adapter clutch spring and/or subsequent internal engine damage.

Would you agree that the most likely damage to occur to an engine would be a broken starter adapter clutch spring from a kickback?

A. No.

Q. Why?

A. Because in this particular type of starter adapter, it's not typical that you would have -- of course, you could have a broken spring, but you would see it in another type of adapter design more so than this one. But it's different damage which is what the caution basically says, that you can have a resulting broken adapter starter clutch spring and/or a subsequent internal engine damage. It does not mean

Horton

that you will always have a broken spring.  And you
don't.

Q.  That wasn't exactly my question.  Let's start
with this.  You would agree that this is the
maintenance and overall manual specific to the IO-550-C
engine; correct?

MR. HEISTERHAGEN:  As of --

MR. WADSWORTH:  As of August 2011 when the
work was performed.

THE WITNESS:  That is correct, yes.

BY MR. WADSWORTH:

Q.  I believe it was the operative document when
the work was performed.  It's subsequently been
replaced.

Why do you think they would highlight the
broken starter adapter clutch spring and then say "or
subsequent internal engine damage"?  Why would they
focus specifically on that?

A.  Because you can have either type of damage.

Q.  Out of all the damage that you could have,
would the first thing that you would expect, if you
were looking for evidence of a kickback, be a broken
starter adapter clutch spring?

A.  No, not with this type of starter adapter.

Horton

Q.  Would that be the most common damage that
would occur?

A.  Not with this type of starter adapter, no.

Q.  What do you believe the most common type of
damage would be?

A.  It could be certainly the type of damage we
saw in this particular case where it caused damage to
the drum, to the shaft gear.

I have seen situations where it has pushed
the sleeve in the starter adapter housing out of
position because of the coiling, excessive coiling of
the spring but not in every instance.  I have seen
physical damage to the spring but not a broken spring,
again in this particular type of design of adapter.

So from a common type of damage, it's -- it's
not one real typical thing I could point to as far as
you would always see this type of damage, and
certainly, again, broken clutch springs in this design
is not the common thing that you would see.

Q.  If you turn to Continental Motors 348, a
couple of pages behind where we were, 349 --

A.  Okay.

Q.  -- there is another paragraph right in the
middle of the page that reads "Caution" related to cold

Horton

weather starting without preheating.  And it's
basically "may result in damage to the starter relay or
possible kickback resulting in a broken starter adapter
clutch spring."

And I'll represent this language is found
throughout this manual.

Does the starter adapter used on the Baron's
engines at issue here, is that a common starter adapter
for 550 engines?

A.  It's common for these models, yes, the
Permold engine, but not all 550s, no.

Q.  But is it common to 550s -- not that it's
used in all 550s.  Is it one that you would see
frequently?

A.  Certainly, you would see it frequently in the
Permold 550s, yes.

Q.  Is this a Permold 550 that we're talking
about?

A.  Yes, it is.

Q.  Do you believe that this document is
inaccurate when it states that you're likely to see a
broken starter adapter clutch spring after a kickback?

MR. HEISTERHAGEN:  Object to the form.

THE WITNESS:  I believe the document is

Horton

correct in saying that it's certainly something
that you can see.

MR. HEISTERHAGEN:  I don't think the document
says that it's likely.

BY MR. WADSWORTH:

Q.  And I'm not saying that after every kickback
you're going to see a broken starter adapter.  Would
there be kickbacks where the engine would suffer not
damage at all but would require maintenance or upgrade
or overhaul?

A.  I think there are instances of kickbacks that
do occur that would be minor in nature that did not
cause any damage, yes.

Q.  Would that be the majority of kickbacks where
you would expect there to be any damage whatsoever?

A.  I don't know.  I would have to have knowledge
of every kickback that ever occurred, and I certainly
don't have that knowledge of every airplane that
started.  Again, this is a starting situation that
occurs during starting.  And, of course, there are
situations where damage occurs that I would have no
knowledge of.  It does occur, and it can cause damage.

Q.  What kind of pressure load would it take to
break a starter adapter clutch spring?

1          Horton
2          A.  I have no idea.
3          Q.  Do you know whether Continental has ever
4     indicated in a document like this or any other service
5     bulletin that may have been provided to mechanics or
6     operators that kickbacks could damage crankshaft gear
7     bolts?
8          A.  Not that I'm aware of, no.
9          Q.  Does Continental recommend that the starter
10    adapter be removed if the crankshaft bolt is inspected
11    in the event of a kickback?
12         A.  No.
13         Q.  Why not?
14         A.  Well, it's like a lot of maintenance.  You
15    don't -- you don't list every thing that could possibly
16    occur.  It's -- inspections are on condition.  It's
17    hard for a manufacturer to list every single thing that
18    could possibly happen.  That's why they list inspection
19    criteria.
20              If you had an issue that caused some type of
21    damage, let's say to a starter adapter, then, of
22    course, a mechanic would look at anything that's
23    related to that.  So if the starter adapter becomes --
24    that you remove the starter adapter, then you'd want to
25    inspect everything that it comes in contact or that is

1          Horton
2     a portion or a part of that system, which in this case
3     would be the crankcase, the needle bearing or bushing
4     that's in the crankcase, the large gear, the condition
5     of that gear, the condition of the bolts that secure
6     that gear.
7              So it's an on-condition type of situation
8     when you're performing maintenance.
9          Q.  Would it be possible to check to even tell
10    whether the crankshaft gear had moved after a kickback?
11         A.  It depends upon how much it moved, of course.
12    Again, it's going to be an on-condition-type thing.
13         Q.  About how much would it have to move before
14    you'd be able to tell?
15         A.  I don't know.  I've not done any testing on
16    that.  Certainly, if there was damage to the bolt, you
17    would be able to tell that.  The exact amount of
18    movement that occurred, I don't know.
19              The seating of the bolt heads could give you
20    some indication of that.  In this case, there was
21    distortion of the bolts.  So there's -- there would
22    have been a good possibility that, even without the
23    heads missing on the two that were missing on this one
24    or that had sheared, that you could have seen some
25    distortion of the seating of the bolt heads, but I'm

1          Horton
2     not certain of that.  I'm just going purely by the
3     signatures of the underside of the bolt heads and then
4     what was on the large gear.
5          Q.  How could you check the bolt, the crankshaft
6     gears -- I guess the bolts -- the screws' torque at the
7     time of installation?
8          A.  You check them with a torque wrench.
9          Q.  Do you know how much tension is in the spring
10    of the start adapter during the normal starting?
11         A.  I do not.
12         Q.  Do you know how much tension is in the spring
13    during the kickback?
14         A.  I do not, other than it's a significant
15    amount, more than the normal starting consequence.
16         Q.  When abnormal pressure is put on an engine,
17    would you expect the more secure couplings or the less
18    secure couplings to break first?
19         A.  I don't understand your question.
20         Q.  Well, I guess my question is, would you
21    expect the stronger -- the parts that have a stronger
22    attachment or the parts that have a less strong
23    attachment to break first?
24         A.  If you can clarify your question.  I still
25    don't understand your question.

1          Horton
2          Q.  Would we expect the large and small
3     crankshaft, which have five, six bolts connect to them,
4     that should be a pretty strong connection between the
5     two, correct, if they were fitted properly to begin
6     with, torqued properly?
7          A.  Of course.  It's designed to handle the
8     loads, both of starting the engine as well as then
9     driving the adapter as well as driving the components
10    that are connected to it, the camshaft connected to the
11    small gear, and then the idler gear connected to the
12    small gear as well and then, of course, the coupling
13    for the fuel pump.
14         Q.  Normally if there was some event that created
15    a heavier load or pressure, would we expect, say,
16    something smaller or less secure, like the teeth of
17    those gears, to break before the bolts should shear
18    off?
19              MR. HEISTERHAGEN:  Object to the form.
20              THE WITNESS:  I still don't understand.  The
21    coupling of the gear to the crank -- the gears to
22    the crankshaft have nothing to do with the
23    strength of the teeth of the gears themselves.
24    BY MR. WADSWORTH:
25         Q.  Well, no.  And that's not what I was asking.

Horton

I may have asked it inartfully.

But what I was asking is, if something were to break on the gear, would you expect -- like due to an excessive load, would you expect the bolts to shear first or would you expect the teeth to break first?

A.  I'd expect the bolts to --

Q.  Why?

A.  -- to break.

From experience.  That's just what we have seen.  I have not seen a large crankshaft gear on a Permold engine suffer a broken tooth from a kickback or anything else for that matter.

Q.  Would you expect the bolts to shear first or would you expect a spring to break first?

A.  Again, in this particular adapter, I'm just not familiar with spring breakage with this type of design.

Q.  There was an e-mail -- I didn't bring it with me today -- where Mike Moore -- it's Dixie 639 -- says that Continental has a problem with new starter adapters.

Would you disagree with that statement?

A.  Yes, because I don't understand the statement.

Horton

Q.  Does Continental have a problem with new starter adapters causing kickbacks?

MR. HEISTERHAGEN:  Object to the form.

THE WITNESS:  No.  The starter adapter cannot cause a kickback.

BY MR. WADSWORTH:

Q.  Does it have a problem either absorbing -- or do kickbacks cause a problem with the starter adapters at all to your knowledge?

A.  Certainly.  The starter adapters -- a kickback can cause damage to a starter, yes.  It's here in this manual -- it's here in this manual.  It discusses that.

Q.  But I think you've said a few times today that in your experience you would not expect the problem to be with the starter adapter in the kickback during the sequence.  Is that a fair summary of your testimony?

A.  No.

MR. HEISTERHAGEN:  Object to the form.

BY MR. WADSWORTH:

Q.  Okay.  What have you said, then?

A.  No.  I said specifically it would cause damage and can cause damage to the starter adapter.

Horton

The broken spring is what is something that I don't typically see in this design of type of starter adapter.

Does it happen in other designs of starter adapters?  Yes, it does.  Is it always the case?  No, it's not.

Q.  What sort of damage would you expect in this starter adapter from a kickback if there wasn't, in this particular model?

A.  In the starter adapter -- I believe I've already answered this, but I'll answer this again.  I have seen damage to -- mechanical damage, not breakage of the clutch spring.  I've seen damage to the starter worm wheel gear.  I've seen damage to the drum of a shaft gear, damage to the sleeve in the starter adapter housing, where I've mentioned previously that it actually would push the sleeve out of the front of the adapter housing.

That's about the extent of the damage that is typical with this type of adapter.

Q.  What other causes, other than kickback, could lead to the bolts being sheared the way that they were?  Generally, if you ran across a case of sheared crankshaft gear bolts, what other cause could there be

Horton

for those being sheared other than a kickback?

A.  Well, the shearing basically results from that being loose, that junction between the large and small gear being loose.

Q.  Why would it be loose?

A.  It could be -- the bolts could not be torqued properly as far as the assembly is concerned.  There could be issues with the hardware itself.  Anything that would make that junction loose between the large and the small gear.

Q.  Could it have not been mated correctly at the time of installation?

A.  Hypothetically speaking, yes.  Yes.

Q.  Or I believe you said the torque may -- in general terms, the torque may not have been proper for the gears themselves, correct?  Or for the screws themselves.

A.  Sure.  What you're trying to obtain is a clamping force between the large gear and the small gear, which is accomplished by the six gear bolts.

Q.  Why did you reject those as possible causes of the shearing in this case?

A.  Just based upon the loading and things that I saw in this case as far as the hardware is concerned.

Page 74

Horton

The installation of these is -- I've never seen a
situation where these are installed in a cocked
fashion, if you will, the small gear versus the
crankshaft. It's -- the way that you install this and
the method in which you do that, it's -- I just don't
see how that could occur.

And the loading, I think, that occurred, the
deformed screws in this case appear to be a much
greater load than would occur in normal operation, a
normal shearing, if you will, of those bolts.

So it's -- based upon everything that I have
seen here, I don't believe that there was a loose
junction to begin with. These were not torqued
properly.

Q. Do you have any reason to doubt that -- well,
let me go ahead and mark as Exhibit 4 a document that I
believe you referred to in your report, which is a
memo/letter from Aviation Engines and Don Freeman.

(PLAINTIFF'S EXHIBIT 4 WAS MARKED FOR
IDENTIFICATION.)

BY MR. WADSWORTH:

Q. Do you know who Don Freeman is?

A. Yes, I do.

Q. Who is Don Freeman?

Page 75

Horton

A. He owns Aviation Engines, Incorporated -- or
to my knowledge he owns it. He runs the facility.
I've never met him personally. I have met his wife who
works there as well, I believe.

Q. Did you ever have any experience with him
when you were working with the NTSB or FAA on any
investigations?

A. Not to my knowledge, no.

Q. He states here in the paragraph starting "5/1
FAA visit," "It appears as though the crankshaft gear
screws were not torqued properly (finger tight) leading
to failure."

Do you have reason to question Mr. Freeman's
personal observation in this letter?

A. I don't know what he based it on -- based his
thoughts or premise on the fact these weren't torqued
properly. I would expect the remaining ones to be
loose, but how you come with that it was not torqued
properly, you'd have to ask him that question.

Q. Well, if you were able to remove them
hypothetically with your fingers without any
specialized equipment, would that lead to an indication
in your opinion that they weren't torqued properly to
begin with, assuming the safety wire was still

Page 76

Horton

attached?

A. No.

Q. Why not?

A. In the shearing action you tend to stretch
the bolt. So it would not -- I wouldn't, just in and
of itself, because that they were -- could be removed
and you've lost your clamp force, that they weren't
initially torqued properly.

The fact that you have the damage between the
large and small crankshaft gears shows that -- that
there was a loose connection, that you did not have the
tension on those bolts for a period of time. It does
not prove that they were not torqued properly to begin
with.

Q. What period of time do you believe, in terms
of engine operation hours, that the bolts did not have
that tension on them?

A. Towards the end of this sequence.

Q. Would you expect to see as much damage and
wear as there was on the large and small crankshaft
gears in just a few hours of looseness?

A. I would expect that it would not take a lot
of time for that to occur. The specific amount of time
would only be an estimate. But I would say that that

Page 77

Horton

amount of time would be very low, probably somewhere in
the 25- to -- 25- to 30-hour range, somewhere in that.
But specifically I don't know. I don't think it would
take very much time for that to occur, given the
loading that occurs on that large gear.

Q. You would expect that it would take about 25
to 30 hours to create that amount of wear?

A. That's a rough estimate. I certainly don't
believe it would survive loose 150 hours.

Q. In your report -- and let me find -- on page
9, you quote from -- let's see where I can find this --
the Continental Motors overhaul manual. It says, "Use
a uniform heating method, not a torch. Heat the
crankshaft small gear to 300 degrees for 5 to 10
minutes," which is on Continental Motors 690, part of
Exhibit 2, paragraph 2.

And in your report, you say that even if the
small crankshaft gear was heated to 350, that would not
be a problem; correct? Is that your opinion as we sit
here today?

A. That is correct, yes.

Q. Is there a temperature that he could have
heated it to that would have created a problem with the
fit? Is there a temperature -- let me rephrase that.

Horton

Is there a temperature higher than 300 that he could
have hypothetically heated it to that would have
created a problem with the fit?

A.  I haven't done any testing from that
standpoint.  From a standpoint of, if you're looking at
purely from expansion, which is what you're trying to
do, the higher it heats, the larger it's going to
expand.  And I believe, as I mentioned in my report,
that the 50 degrees would put you somewhere in the
neighborhood of about a thousandths of an inch.

Now, when that started to change or when you
started to metallurgically affect the properties of
this steel gear -- I'm not a metallurgist; I can't tell
you what temperature that would occur at.  But, of
course, as you continue to exceed that, there's all
kinds of damage that you would actually create with the
gear.

But from the standpoint of fit, it's just
going to continue to expand to some temperature.  But
certainly from a 300 to 350 degrees, it's going to be,
for the most part, negligible.

Again, if anything, it's going to make it
where it's simpler to go on to the end of the
crankshaft, not hinder its installation by contracting

Horton

the diameter.

Q.  Why do you think that Continental doesn't
have a range, in paragraph 2, the crankshaft assembly,
like, say, heat it from somewhere between 300 to
400 degrees?

A.  It is likely because usually when you heat a
gear or something like this, you put it in an oven.  So
you don't have a setting on the oven that's -- set it
here at 300; you're going to be between 250 and 350.
So you set it to a setting.

So basically with the way in which they felt
this would be used is that set the oven to 300 degrees,
put it in that oven, and heat it up for 5 to 10
minutes.

Q.  But if the 350 would make it, if anything,
easier to accomplish the task, why wouldn't they have
said heat it to 350?

A.  Because 300 would provide the amount of
expansion to do that job.

Q.  But if 350 gives you even greater tolerance,
shouldn't you have said 350 as opposed to 300?  Both
would provide adequate.  But why wouldn't it be higher
if higher is better?

A.  Well, again, if I can -- if I can get it on

Horton

there by hand without having to force it on in any way,
going higher than 300 degrees, there would be no reason
to do that.  It just makes the bore larger.

So, I mean, at what point would you stop
that?  It doesn't make sense to say, well, okay, heat
it to 400.  400 is going to make it bigger.  Why would
you do it?

Go to the lowest temperature, which is
typically closer to what it is in operation.  You're
not going to risk overheating and causing some kind of
issue metallurgically with the metal.

Q.  Would you agree with me that even -- whether
or not the overheating caused the problem or not, that
improper mating or coupling at installation could have
created a problem that would have caused the bolts to
deload at some point?

MR. HEISTERHAGEN:  Object to the form.

THE WITNESS:  Depending upon what you mean by
that.  Certainly, if you install it -- you could
install it incorrectly to cause that issue.  In my
experience, I just don't see how that -- it's a
pretty simple installation I have done many, many
times.  And it's not a highly technical
installation.  It's just installing a gear -- or

Horton

set of gears.  Excuse me.

BY MR. WADSWORTH:

Q.  What is the purpose of safety wire or lock
wire?

A.  To prevent the fastener from basically coming
out of its position.  It's to hold it in position and
prevent it from becoming loose.

Q.  If the safety wire was still installed on the
bolts at the time that they were removed, would you
believe that that was evidence that they hadn't backed
out of the hole?

A.  Yes, from a standpoint of when it was
originally safety-wired.  The safety wire is not going
to hold the tension on the fastener that it was
originally torqued to.  It's to prevent it from
screwing out of its position, not to retain its normal
tension.  Prevent it from backing out of its desired
position but certainly not the tension on the fastener.

Q.  In a normal kickback situation, wouldn't the
starter motor run out of torque before it damaged the
gear bolts?

A.  I don't understand the question.

Q.  The starter motor puts torque on the engine
during the ignition process; correct?

Horton

A.  It's a driving input to the starter adapter,
yes.

Q.  Do you believe that it would continue to put
enough pressure on the crankshaft during a kickback to
actually shear the bolts off?

A.  It can, yes.  In a kickback scenario, yes.
It's not going to overcome the combustion event that
occurs and causes the kickback.

Q.  What do you mean by that?

A.  Well, the kickback occurs because the
combustion event that occurs, but the starter is still
driving the engine in the direction of normal rotation.

So my point is that it's not going to
overcome the combustion cycle that occurs and continue
to drive the engine in the direction of rotation.  But
because it is engaged, it amplifies the load on the
gear and, of course, the bolts that secure the two --
the cluster gears.

Q.  Wouldn't you expect the worm gear and the
starter adapter to be damaged before the crankshaft
bolts were damaged?

A.  What portion of the worm gear are you talking
about?

Q.  Well, the worm gear generally.  Let me -- are

Horton

there any portions of the worm gear in the starter
adapter that you would expect to be damaged before the
crankshaft gears -- gear screws were damaged?

A.  I want to make sure I understand specifically
what part you're speaking of when you say --
nomenclature between people are a lot of times --

Q.  On page 667 I'm talking about part 45.

A.  Okay.  Part 45, the worm gear, I've never
seen that portion damaged before in a kickback or
anything else, for that matter, other than wear.

Q.  Okay.  Do you know what the forces are on the
gear teeth of the bronze gear?

A.  No.

Q.  Now, you indicate at some point -- you
indicated at some point that the bushing bore -- in
your report that the bushing bore ID was reduced during
kickback; correct?

A.  Can be, yes.

Q.  Was it in this case?

A.  I believe that's the only thing that would --
I don't believe in normal operation that would occur.
It's the loads that occur during a kickback.  So yes.

Q.  Was the height of the bushing bore cylinder
within limits?

Horton

A.  I don't know what you mean by that.

Q.  Was it within the standard limits of
variation that you would expect out of a part in a
Continental engine?

A.  The diameter of the bore of the drum?

Q.  Uh-huh (positive response).

A.  No, it was not.  It was below the minimum
limit.

Q.  Was the outer diameter within limits?

A.  I don't recall.

Q.  How do you know that Continental didn't
simply make a part with the bushing bore too small?

A.  I don't -- I have no way of knowing that.
All I can tell you is is that the parts are inspected
and, certainly, they would have been inspected for that
dimension.  That's part of the dimensions that are
inspected.  And not just in building of a starter
adapter, but for those particular parts that
Continental purchases.  I believe that's a purchased
finished part.

Q.  That would have been, though, part of your
job earlier during warranties, is that occasionally you
would be sent parts that, even though they've been
visually inspected, I'm sure, during the manufacturing

Horton

process, for whatever reason weren't up to
specification.  Sometimes that would happen; correct?

A.  There have been instances where they didn't
meet design criteria, yes.

MR. WADSWORTH:  Let's take a quick break.

(A BRIEF RECESS WAS HELD.)

BY MR. WADSWORTH:

Q.  Mr. Horton, during the break -- during the
previous break, you reviewed how many matters you have
provided trial testimony and deposition testimony in;
correct?

A.  I didn't review it; Mr. Heisterhagen did.

Q.  Do you know how many individual matters, case
matters there were that you provided trial or
deposition testimony in?

A.  I believe he said 14.

MR. HEISTERHAGEN:  I'll just say, for the
record, I counted up and matched it up, and it
looked to me like there were 14.

MR. WADSWORTH:  That works here.

BY MR. WADSWORTH:

Q.  You're aware that this case involves
allegations that the defendants used unapproved parts;
correct?

Horton

A. Yes.

Q. Do you know whether -- as we sit here today, do you have an opinion as to whether or not these parts are currently approved for use by the FAA?

A. Yes.

Q. Okay. And, specifically, just to -- we're talking about the crankshaft bearing, thrust bearing, and connecting rod bearings; correct?

A. Yes.

Q. Are they currently approved for use by the FAA/PMA?

A. Yes.

Q. They are currently approved?

A. Yeah. They're approved parts, yes. They have a PMA on the parts.

Q. Are the parts -- were all the parts that were used in the engines approved for use in an IO-550-C engine?

A. Those bearings, no.

Q. Taking the right engine, to which, if there is any engine damage, it's unknown, it's not an issue here -- assuming there's no damage to the right engine and it's been reassembled, could you attach that engine to a plane and return it to service today?

Horton

A. Based on the state it's in currently?

Q. Well, assuming it was completely reassembled. Based on the state that it's in currently with the unapproved parts.

MR. HEISTERHAGEN: I object to the form.

THE WITNESS: Could you be more specific?

BY MR. WADSWORTH:

Q. Yeah. If there was -- assuming that the right engine, there's no engine damage. Assuming that it is exactly as it was reflected in the engine repair logs -- they used the parts that were reflected in the engine repair logs -- assume for me that those bearings were not approved for use by the FAA and they still remained in the engine today.

Assuming all of that to be true, if the engine were reassembled, could you attach it to an aircraft like the Baron and return to it service today, that engine?

MR. HEISTERHAGEN: I'm going to object to that because I think Don Freeman said last week it was loosely reassembled as it sits there today. So I have no idea what that means.

BY MR. WADSWORTH:

Q. I'm saying assuming it is not loosely

Horton

reassembled, assuming that you had restored it to the exact condition that it was when it left Mike Moore's office, Mike Moore's shop, could you hang that engine on an aircraft today and return it to service?

A. Having known -- having the knowledge that the bearings that you spoke of were installed, purely from that aspect, you would not do that, no. But --

Q. And I think you're about to anticipate my question. Are you about to start getting into the DERs, the designated engineering representatives, and the variances that the FAA could potentially offer?

A. Yes.

Q. Okay. I'll go into that.

What sort of variances are offered by the FAA after an engine has been put together?

A. I'm sure they've been faced with a number in their engineering group out of the aircraft certification office in Atlanta. I would not know every instance that had been provided to them.

Q. Have you ever requested a variance on an engine that had other group parts?

A. No.

Q. Do you know who you would call?

A. I would start with my FSDO and explain the

Horton

circumstances of that if it was a situation like this. And I'm assuming that's what you're speaking of.

So based upon that, I would contact my FSDO and explain to my PMI, primary maintenance inspector, of what we have now gained knowledge of that had occurred, and then I would go upon his recommendation as to what to do, how to proceed.

Q. Do you know of anyone who has ever requested or received such a variance?

A. Specific to this case, no. To this type of situation, no.

Q. What kind of variances are you aware of that people in the aircraft community have received?

A. I'm not aware of any specifically. I have never done so or had the need to do so.

Q. Because generally people put the correct parts in the plane on the front end; correct?

MR. HEISTERHAGEN: Object to the form.

THE WITNESS: I can't speak for everyone who installs an engine. I'm purely speaking of the work that I have done and do today.

BY MR. WADSWORTH:

Q. Are you familiar with these sort of variances as it relates to airframes?

Horton

A.  The FAA has an unapproved parts program.  So that in and of itself tells you that there have been situations where unapproved parts have been used.

But I believe that runs the gamut of a pretty broad spectrum of violations, if you will, from a standpoint of something that was a part that was developed, not even for use in aircraft, to something as general in nature of this where it was -- at the end of the day, where the approval for the part that fits the design was never gained.

Q.  You've never had any experience with this FAA unapproved parts program, have you?

A.  I have not submitted any paperwork where I have found unapproved parts, no.

Q.  What is the basis of the understanding that you just gave concerning the scope of what the FAA unapproved parts program does?

A.  Well they have a program that, if you find a situation of unapproved parts, you are to submit it to the FAA.

Q.  Do you know what the protocol is, what happens after you submit the unapproved parts to the program?

A.  The FAA initiates an investigation.

Horton

Q.  Are you familiar with the small engine directorate of the FAA?

A.  Yes.

Q.  What do they do?

A.  Specifically, they're -- all of their duties, I'm not -- I don't know exactly what they do, but they basically oversee things such as certification and so on.  But their -- normal scope of their business, I don't know specifically.

Q.  Do you know why the -- why doesn't the eligibility for the parts for Superior Air Parts simply state it could be used in any application for which the Continental part is used?

A.  I do not know.  I would think that the part, specific by their part number, they have to get the eligibility approved.  That's the way the program works.

As far as why the eligibility is not handled in that fashion, that would be the FAA.  I do not know.  I have never obtained a PMA.

Q.  Why isn't the IO-550-C on the Superior Air Parts eligibility list for the crankshaft barriers?

A.  I believe it is.

Q.  Just not the specific part that was used in

Horton

this engine; correct?

A.  You said Superior.

Q.  Yes.  I may have misspoken.  I'm sorry.

Do you know why the parts that were used in the Baron's engine weren't approved by the FAA?

A.  I do not.

Q.  Have you ever seen field approval, preapproval of the use of unapproved parts in an engine?

A.  I don't understand your question.

Q.  Like, you can either get, as you suggested, approval after the fact from the FAA, is what you suggested that should have been done in this case rather than overhauling the entire engine.

Have you ever seen -- have you ever been involved with the process of requesting a field variance during the overhaul to use a part that was not previously approved by the FAA?

A.  I have not.  And I'm not suggesting that you get PMA approval just to address your statement -- I'm not suggesting that you get PMA approval after you install the part.

Q.  Okay.

A.  But I have not requested a variance or

Horton

approval of a variance before.

Q.  Well, help me understand, then.  I just want to make sure that we're talking about the same thing.

Okay.  On page 11 of your report, at the very bottom of that page, the last paragraph, it says, "Plaintiffs' expert claims that the engine would need to be torn down and rebuilt with parts approved for the engines before they could be returned to service.  I disagree and believe that, given a similar circumstance, the installing agency or owner could have the situation reviewed by an FAA DER and submitted to the FAA for approval and continued operation of service without the need of disassembly and part replacement."

What is the basis of your belief that it could be submitted to the FAA for approval?

A.  Well, number one, the fact that these same parts are used in the same positions and engine models that have the same journal clearances and main bearing support clearances and things like that as the IO-550-C.

The other thing is is I've dealt with a lot and deal with a lot of DERs and basically asked them that same question:  Would they have an issue with approving something like this under their DER in this

Horton

1
2  type of circumstance where it's not a situation where
3  the parts, number one, aren't approved for a use on
4  aircraft; it's not a situation where, by the
5  installation of the parts, you affect the intended
6  running clearances or form, fit, and function; it's
7  simply where the PMA or parts supplier did not get the
8  approval for the specific engine model.
9         And they have basically said they would have
10 no problem with giving approval on that.
11    Q.  What DER -- which DERs did you speak with?
12    A.  I spoke to John Barton.  Well, he is no
13 longer a DER.  He was for many, many years.
14    Q.  Where is Mr. Barton located?
15    A.  He lives in Mobile.
16    Q.  Were these communications by e-mail? phone?
17    A.  Just a casual conversation.  I don't believe,
18 in terms of specifics, I talked about part numbers.
19 Just he understands enough about engines to know
20 exactly what I'm talking about without using specific
21 part numbers.  It was in terms of what I just
22 explained.
23    Q.  Do you know where he works currently?
24    A.  He has a consulting company.
25    Q.  What's the name of his company?

Horton

1
2    A.  I believe it's Barton Technical Services.
3    Q.  And that's the primary basis of your belief
4  is a conversation with the former DER?
5    A.  And my own personal knowledge of these
6  particular bearings, what I've seen as far as the
7  condition of these bearings, number one.
8         And the fact that, again, had ECI obtained
9  approval, it wouldn't have been for any other part
10 number bearing; it would have been for these bearings
11 that do fit and properly perform their function in the
12 IO-550-C model engine.
13        As well as, as I stated in my report, the
14 similar Continental parts that they produce.  They use
15 the Continental part number based upon the same
16 function and fit.
17    Q.  But I believe you testified earlier that you
18 personally have never been through a postoverhaul DERs
19 approval process for unapproved parts?
20    A.  Not for unapproved parts, no.
21    Q.  Turning to page 9 of your report, "Oil
22 pressure safety of flight concerns."  I was a little
23 confused here.  Were you suggesting that Mr. Perkins
24 should not have had a mechanic check for the low oil
25 pressure issue?

Horton

1
2    A.  No.
3    Q.  All right.  Do you believe that the --
4  Mr. Perkins' Baron would have been safe to operate if
5  the oil pressure was redlining?
6         MR. HEISTERHAGEN:  Object to the form.
7         THE WITNESS:  The question you asked is very
8      general in nature.  You will have to be more
9      specific for me to answer that.
10 BY MR. WADSWORTH:
11    Q.  Given what you know, as we sit here today,
12 about the condition of Mr. Perkins' Baron on
13 April 22nd, when -- they had the oil pressure issue, do
14 you believe it would have been safe to operate that
15 day?
16    A.  If he would have continued, I don't believe
17 he would have had a catastrophic oil pressure event.
18 No, I do not.
19    Q.  What do you mean by "catastrophic oil
20 pressure event"?
21    A.  Well, you said redline.  I don't believe it
22 would have been redlined had he elected to take off.
23    Q.  Would you have taken off under similar
24 circumstances?
25    A.  No.

Horton

1
2    Q.  Why?
3    A.  Because I would have recognized the low oil
4  pressure per my normal run-up.  And per the airframe
5  flight manual and the engine operator's manual, it was
6  out of the normal ranges for that particular operating
7  rpm.
8    Q.  Would you agree, then, that not taking off --
9  by not taking off, Mr. Perkins acted prudently?
10    A.  Yes.  He followed the typical run-up sequence
11 and what, again, is in the airplane flight manual and
12 the engine operator's manual.
13    Q.  Then help me understand.  Are you saying that
14 you believe that the oil pressure -- the oil pressure
15 in the engine would have improved had the engine been
16 allowed to run a little bit longer?  Or would it have
17 only improved if he had taken off?
18    A.  The oil pump is a constant displacement pump.
19 The faster you turn it, the more pressure it puts out.
20 It also has influence by the viscosity of the oil, the
21 temperature in which the oil is operating at the time,
22 and the way it -- the viscosity which allows it to flow
23 in a certain manner or amount.
24        As he would have gone up into operating rpm,
25 the oil pressure would have likely been within the

Page 98

Horton

green arc, if you will, which is typically 30 to 60
psi.

So because it would have been lower than he
may have normally been used to, whether it could have
been in the higher portion of the green arc and now
he's in the lower portion, that would not in and of
itself create a safety-of-flight issue.

Q.  Do you know where in the green arc the arrow
was at the time Mr. Perkins decided to cut off the
engines and have the engine looked at?

A.  Say that one more time.

Q.  Well, you refer to the arrow being lower in
the green arc that he would like as opposed to higher
on the green arc for appropriate oil pressure, I would
imagine.

Do you know where it was or what the oil
pressure was specifically when Mr. Perkins decided to
shut down the engine?

A.  Not without looking at the data specifically.

Q.  Do you have data in your possession that
would allow you to determine that?

A.  There was some data on a chart from his
engine analyzer program that had some data -- oil
temperature, oil pressure, engine rpm -- from that

Page 99

Horton

particular sequence of operation that day when he had
the issue.

Q.  You were talking about how the oil pressure
is affected by the rpm's of the engine, the heat of the
engine.  Had Mr. Perkins kept the engine running on the
ground in idle, do you believe that eventually the oil
pump would have increased the oil pressure in the
engine?

A.  Keeping a steady rpm?  No, it would not.

Q.  So in order to have, I guess, appreciated
this hypothetical benefit, he would have had to have
taken off before the oil pressure, you believe, would
have rebounded?

A.  Well, it would have been a function of rpm.
So you can see in the chart, the oil pressure follows,
almost in a linear fashion, the increase in rpm.  So as
the rpm increased, so does the pressure.

You don't run the engine on the ground in
normal rpm cruise configuration.  It is typically
maintained below 1700 rpm on the ground, which is where
you do your run-up.  And I believe, if I remember
correctly, it's somewhere approximately 1200 rpm that
Beechcraft recommends that, if you have an oil pressure
outside of the green arc, that you should not exceed

Page 100

Horton

that rpm.

But, again, you can see the function of rpm
and pressure and how they follow one another.  So you
cannot base your pressure indication on the ground to
what you would get in cruise operation -- or takeoff,
for that matter.  And that chart shows that.

Q.  Would there be some nonzero chance that the
oil pressure would not have rebounded after takeoff
when the rpms were higher?

A.  No.  Not given -- not given the opening of
the relief valve.  There was obviously some material
captured between the relief valve and the seat in the
oil pump.  So it's not a situation where it's going to
open further in operation.

And you could also have a situation where
that piece of material could flush and it would go back
to being normal.  But typically when you have these
situations, it is found in this type of scenario where
it's during the run-up that occurs and this material
gets trapped under there because the relief valve is
open greater as the oil is cold.  And as the oil warms
up, as you can see in this chart, the pressure starts
to drop.

But also with that, the relief valve opening

Page 101

Horton

begins to become less and start to close because the
viscosity of the oil is changing because it's getting
warmer.  And so it traps this piece of material in
there, and it keeps this same amount of bypass as you
go up in rpm unless you flush it out.

Q.  So you believe with 100 percent certainty
that, had Mr. Perkins taken off, the oil pressure would
have resumed normal limits?

MR. HEISTERHAGEN:  Object to the form.

THE WITNESS:  I didn't say that.  I said it
would be with not his normal limits, but based
upon that data, it would have been within the
normal 30 to 60 psi limitations.  Not that it
would maintain his normal cruise rpm and oil
temperature values; it would maintain the same
level of pressure.  The pressure most certainly
would have been less.

BY MR. WADSWORTH:

Q.  And by "normal" here -- and you keep using
"his" in normal -- are you suggesting that Mr. Perkins
simply has a higher personal tolerance for oil pressure
than what the Continental manuals suggest?

A.  No.  I'm stating that, in normal operation,
without any material under the relief valve,

Horton

Mr. Perkins would have been operating somewhere between 30 and 60 psi as far as oil pressure is concerned.

With this piece of material trapped between the relief valve and his seat, it would drop that number.  In other words, his normal, what he would normally observe in cruise, that number would be less.  But I do not believe that number would have been below the 30 psi minimum.

And 30 psi is plenty of pressure to properly cool and protect the internal engine components at a cruise power setting -- and a full power setting, for that matter.

Q.   Would it have been lawful for Mr. Perkins to have taken off with the oil pressure readings as they were?

MR. HEISTERHAGEN:  Object to the form.

THE WITNESS:  From a regulation standpoint, I don't know that I want to determine that.  Obviously, he saw an issue on his run-up, and he discontinued it.

From a lawful standpoint, I -- I would have to do some research of the regs to determine how that would fit into his operating of the aircraft in an airworthy condition.

Horton

BY MR. WADSWORTH:

Q.   If you turn to page -- I believe it's 10, we talk about the wear on the dowel pin.

You say that there are -- let's see.

"The dowel pin did not exhibit any abnormal wear or damage.  It was found to be properly installed at an extension height of .1955 inches, which is within the tolerance of .190 to .210 inches extension height specified in the Continental overall manual."

Do you think if there was a one-time axial movement -- first of all, let me ask you this question:  Do you believe that the event that led to the gear -- to the screws being sheared was a one-time axial movement of the gear?

A.   Ask that question again.  I want to make sure I understand you.

Q.   Do you believe that the movement of the gears that led to the gear bolts being sheared, do you believe that was a one-time movement?

A.   No.  By the signatures on the large and the small gear, basically shows there was movement occurring for a period of time.  It did not -- it wasn't just one instance of it -- of the gears fretting against each other or shifting.

Horton

Q.   Do you think that, though -- the movement of the gears wouldn't have been significant, correct?  I mean, we wouldn't be measuring this movement in terms of inches, would we?

A.   As a unit of measurement, no.

Q.   What unit of measurement do you think we could use to measure the movement between the gears, the gears' movement?

A.   It would have been in the range of ten thousandths of an inch.

Q.   Do you think that movement of ten thousandths of an inch would have been noticeable during your inspection?

A.   I don't understand what you mean by that, my inspection.

Q.   Well, you inspected the engines; correct?

A.   Yes.

Q.   Do you think that you would have been able -- would there have been wear or damage that you could have observed if the movement is only measured in ten thousandths of an inch?

A.   Sure.

Q.   How would you be able to differentiate those marks from marks made during installation?

Horton

A.   I don't understand what you're talking about.  I don't understand the question.

Q.   Would there be a mark on the dowel pin?  Would there be a mark on the dowel pin that was made during installation -- installing gears?

A.   I've never seen that, no.

Q.   So if there was a mark, in your experience, it would be caused by the movement?

A.   Well, it could be caused by the movement, but it also could be caused by the installation of the dowel pin itself.  It's driven in place.

Q.   Well, let's start with that.  There would be marks caused by the installation of the dowel pin potentially?

A.   That's correct, yes.

Q.   How would you distinguish between the marks made during the installation of the dowel pin from marks caused by the movement of the gears?

A.   By the position of the damage that may be present.

Q.   Where would you expect to see the marks caused by installation on a dowel pin?

A.   It could be anywhere.

Q.   Okay.  Could it be in the same location as

Horton

marks caused by movement of the gears?

A.  It could be, yes.

Q.  How would you differentiate between the two?

A.  Again, the position.

Q.  But if the damage -- I guess my question is this:  If the damage caused -- if the mark caused during -- by installation could be in the same spot as a mark caused by movement -- they could be in the same spot -- how could you tell the difference based off of their position?

A.  Appearance of the type of damage.

Q.  How would they look different?

A.  I'd have to look at examples.

Q.  From your experience, do you know what a mark on the dowel pin would look like that was caused by installing it?

A.  I have some -- I've suspected it did, yes, again, because of the position.  It's driven in by -- typically by a tool.  And, again, I cannot -- I cannot speak for every instance and every tool and every manner in which a dowel pin is driven into position.  I'm not aware of a specific tool that is called out for that by Continental Motors.

I do know the type that they use and have

Horton

seen similar types of tools.  It's a very simple thing.  It's almost like a drift that has a bore in it or a recess in which the dowel pin fits, and then you locate the dowel pin in that bore, and then you drive it in.  And the design of the tool seats it to the proper extension height, which in this case is 190 to 210 thousandths of an inch.

The dowel pin not having significant hardness of that, versus the tool that would typically drive it in, you could shoulder a portion of the dowel pin and cause some material to -- the best way I could describe it is you put a little shoulder on it.

That shoulder would not necessarily coincide with -- it could be in the same area but wouldn't coincide with the bore that fits over the dowel pin.  So if it's moved in a radial fashion, if you will, and caused damage on either side of the pin, I would expect that not to align the same way with the shoulder.

Q.  Okay.  Did you observe fretting on the small crankshaft gear?

A.  On the interface with the large gear, yes; with the interface to the crankshaft, no.

Q.  Would there have been fretting of the small crankshaft gear if it was properly shrink-fitted on?

Horton

A.  There wouldn't be on the interface with the crankshaft.

MR. WADSWORTH:  Could we take a brief break?

(A BRIEF RECESS WAS HELD.)

BY MR. WADSWORTH:

Q.  Mr. Horton, I want to turn to page 13 of your expert report, the engine repair cost.

Did you prepare this personally?

A.  Yes.

Q.  Now, speaking generally, has Pinnacle ever overhauled a 550-C engine before?

A.  Yes.  I believe I said before I believe we've done two.

Q.  You believe that this scope of work, though, would be a little bit different than a total overhaul of the engine; correct?

A.  Oh, yes.

Q.  Do you believe that this scope of work is all-inclusive?

A.  The scope of this that I put together should handle pretty much everything that, based upon my examination of the left-hand engine and the damaged components and then what is required -- what you would be required to replace as far as 100 percent

Horton

replacement parts consumables, which is what I mean by consumables -- that would be things such as gaskets and hardware and things such as that -- and then the labor involved.

So, yeah, I think it's a very comprehensive list of components to replace and including the work that's related to that, such as testing.

Q.  Starting with that, with that last line, the $15,000, about what percentage of that is labor?

A.  It's basically all labor.  Well -- I understand your question now.  Sorry.

I would say probably -- I would say probably somewhere in the neighborhood of about approximately 13,000 of that would be -- 12 to 13,000 of that would be labor.

Q.  What does Pinnacle charge by the hour for labor costs?

A.  $125 an hour.

Q.  I don't see a line item on here, but we discussed earlier the starter adapter; correct?  The starter adapter has some wear and damage?

A.  Yes.

Q.  Would that need to be replaced?

A.  The starter adapter wouldn't have to be

Horton

2 replaced.  It would have to be repaired.
3 Q.  I don't see a line on here that discusses
4 repairing the starter adapter on the left engine.
5 Would that be something that needed to be
6 done?
7 A.  That would be under necessary replacement
8 parts.
9 Everything on a repair is on condition.  It
10 is not an overhaul.  It is an on-condition-type thing.
11 So based upon your inspection of the engine can add or
12 take away from what you may believe you're going to
13 have to do to repair an engine.
14 So this was, again, a very liberal approach
15 to -- quite frankly, I think my costs on repairing that
16 engine would be quite a bit less than the figure I put
17 on here.  But I wanted to try to include anything that
18 may come up during the examination of, let's say, a
19 little bit more detailed examination of the engine and
20 its components when reassembling it.
21 It's not far outside of what I would do on a
22 quote.  Of course, the owner would understand that that
23 number could go up or go down based upon what is found
24 during the repair.  Sometimes they actually go down.
25 Q.  I would love to have that surprise one day.

Horton

2 In your estimate, are you assuming that the
3 parts that were not previously approved for -- by the
4 FAA for use have to be replaced?
5 A.  Yes.  That's the fifth item down, the
6 646592A2 bearing set.
7 Q.  Have you ever taken a course on overhauling
8 IO-550 engines?
9 A.  I'm not aware of a course on overhauling an
10 IO-550 engine.  I went to school.  I learned what was
11 required of me to -- through my education to do that.
12 Continental has an advanced aircraft mechanic's
13 training program.  I have taken that course.  I also
14 used to teach in that course.
15 So a specific course to overall an IO-550
16 engine, I'm not aware of one, but I certainly believe
17 I'm more than qualified to do so.
18 Q.  I wanted to discuss, kind of pick up where we
19 left off before the last break.  Would you agree with
20 me that, with the broken crankshaft gear screws, that
21 the left engine of the Baron was not in a safe
22 condition to operate long-term?
23 MR. HEISTERHAGEN:  Object to the form.
24 THE WITNESS:  It certainly would be something
25 that you would not want to continue operation once

Horton

2 you identified, which is what they did.  You would
3 want to discontinue operation.  I wouldn't know
4 anyone who would make that decision to continue
5 even further.  Certainly not the owner, whose
6 responsibility it is to maintain that in an
7 airworthy condition.
8 BY MR. WADSWORTH:
9 Q.  Would you agree with me that the unsafe
10 condition was likely not caused by pilot error?
11 A.  I can't think of, at this point, a situation
12 where the pilot would influence this by the way in
13 which he would operate the engine.
14 Q.  And you would agree with me that the unsafe
15 condition was likely not caused by a maintenance error?
16 A.  Not knowing all of the maintenance that was
17 performed, I don't know.  There was some ignition
18 system work done on here, but specific to knowing
19 exactly what was done and whether or not something was
20 done to influence that, I don't know.  I don't know one
21 way or the other.
22 Q.  The engine that you inspected, as it sits
23 today, with left engine partially disassembled, right
24 engine loosely reassembled, whatever that may be, how
25 much do you think the engine is going to be sold for

Horton

2 today?
3 A.  I would think that you could probably get
4 somewhere near to the core value of the engines.
5 Certainly they have a core value in Continental's eyes.
6 I'm not certain exactly what that value is.
7 Q.  Do you know roughly what it would be?
8 A.  Probably in the neighborhood of 15K.
9 Q.  If the engines were rebuilt, following the
10 steps that you have identified for the left and right
11 engine, what do you believe they could be sold for?
12 A.  Well, "rebuilt" is not a term that --
13 something that I could do.
14 Q.  Or repaired.  I'm sorry.
15 A.  So repaired, which would mean that the
16 engines would retain the original time that they have
17 on them now, the approximately 150 hours on them, I
18 believe that they would be somewhere within -- if you
19 look at a factory engine price, factory reman engine
20 price, they would probably be somewhere within a delta
21 of about $10,000.  And, again, I'd have to go and look.
22 I haven't researched that specifically.  But less than
23 the factory reman engine cost.  So somewhere in the
24 delta somewhere around $10,000.
25 Q.  $10,000 increase in price?

Page 114

Horton

1
2    A.  No.  Less than the cost of a factory reman
3    engine.
4        Q.  Oh, I'm sorry.  Approximately what would that
5    be like, ballpark?
6        A.  Probably somewhere around 30 -- 30,000,
7    somewhere around in there.  Upper 20s, lower 30s.
8    Again, I would have to research that to be sure.
9        Q.  Would you expect someone without an A&P or
10   IA, someone with no -- a pilot with no airplane
11   mechanic expertise to be able to evaluate the price
12   difference between repair, overhaul, and purchasing new
13   engines, like without outside help?
14       A.  Sure.  Happens every day.
15       Q.  Okay.  How would they do that?
16       A.  They contact a facility that does overhauls
17   and repairs.  They contact the factory and discuss
18   their options and costs of those that's readily
19   available.
20           And we used to take calls like that with
21   Continental.  They still do today.  I take calls at
22   Pinnacle on a pretty regular basis as far as quotes for
23   repairs, quotes for overhauls.  And I've even quoted
24   factory engine costs for certain customers, depending
25   upon the condition of their engine.

Page 115

Horton

1
2        Q.  Would it be reasonable --
3        A.  And vintage.
4        Q.  I'm sorry.  What's that?
5        A.  And vintage.
6        Q.  And vintage.  Okay.
7            Would it be reasonable for a pilot or an
8    operator -- let's phrase it that way.  Would it be
9    reasonable for the operator to rely on what he was told
10   by, say, the factory by his AP, by his IA, by the
11   repair station concerning the cost of the engines
12   versus the cost of overhaul or repair?
13       A.  Sure.  Happens all the time.
14       Q.  And if an operator was told that the cost of
15   repair or overhaul was approximately the same amount
16   that it would cost to buy factory new, would he be
17   reasonable in accepting that at face value?
18           MR. HEISTERHAGEN:  Object to the form.
19           THE WITNESS:  Accepting the price difference
20   or similarity on face value?
21   BY MR. WADSWORTH:
22       Q.  Yeah.
23       A.  Sure.
24           MR. WADSWORTH:  I think that's all I've got.
25           EXAMINATION

Page 116

Horton

1
2    BY MR. HEISTERHAGEN:
3        Q.  Just a couple of questions.
4            Mr. Horton, since you first obtained your
5    powerplant certificate from the FAA, have you been in
6    compliance with the regulations regarding experience
7    requirements?
8        A.  Yeah, I believe so.  From a standpoint of the
9    FAA looking at someone that works for a manufacturer
10   and whether or not they have experience and knowledge
11   to operate as an -- as a powerplant mechanic, I've
12   never known of an issue where that wouldn't be the
13   case.
14           So, yes.  I mean, based upon my experience
15   and based upon the work that I did during the time in
16   which I worked at Continental and certainly now with
17   Pinnacle, that would fall under the experience
18   requirements for the FAA.
19       Q.  And earlier we talked about, I believe you
20   approximated, 12 incidents where the crankshaft bolts
21   had sheared in a Permold engine.
22           Do you remember that?
23       A.  Yes.  And that was my personal -- where I had
24   personal experience of those, yes.
25       Q.  In any of those instances, did your

Page 117

Horton

1
2    experience looking at those engines involve an aircraft
3    accident?
4        A.  No.  None of these were -- there were no
5    accidents as a result of these, no.
6            MR. HEISTERHAGEN:  That's all I have.
7            EXAMINATION
8    BY MR. WADSWORTH:
9        Q.  If I could ask just one more question, one
10   more very short line of questions.
11           Were you aware that there was a magneto issue
12   with the right engine after the overhaul?
13       A.  I remember in the record some issues with
14   ignition system, yes.
15       Q.  Do you know whether there were also issues
16   with the left engine's magnetos?
17       A.  Not as I sit here today.
18       Q.  Do you believe that a kickback would have
19   been caused by a magneto issue?
20       A.  Not from what would typically be as I would
21   define a magneto issue, which is usually typically
22   found with a run-up issue, a high mag drop, let's say,
23   or something like that.  So, no.  Not from that
24   standpoint, no.
25           MR. WADSWORTH:  That's all I have.

## Page 118

```
1                    Horton
2        MR. HEISTERHAGEN:  No questions.
3
4           (Time noted:   12:39 p.m.)
5
6
7         _____
                    TERRY HORTON
8
9
10     Subscribed and sworn to before me
11     this    day of          2016.
12
13     _____
14
15
16
17
18
19
20
21
22
23
24
25
```

## Page 119

```
1                     Horton
2     ERRATA SHEET FOR THE TRANSCRIPT OF:
3     CASE NAME:      Perkins vs. D'Shannon
4     Dep. Date:      August 1, 2016
5     Deponent:      TERRY HORTON
6              CORRECTIONS:
7     Pg. Ln.  Now Reads    Should Read   Reason
8     ___ ___  _____   _____  _____
9     ___ ___  _____   _____  _____
10    ___ ___  _____   _____  _____
11    ___ ___  _____   _____  _____
12    ___ ___  _____   _____  _____
13    ___ ___  _____   _____  _____
14    ___ ___  _____   _____  _____
15    ___ ___  _____   _____  _____
16    ___ ___  _____   _____  _____
17    ___ ___  _____   _____  _____
18    ___ ___  _____   _____  _____
19
20        _____
               Signature of Deponent
21    SUBSCRIBED AND SWORN BEFORE ME
22    THIS _____ DAY OF _____, 2016.
23
24    _____
25    (Notary Public) MY COMMISSION EXPIRES:_____
```

## Page 120

```
1                 Horton
2            C E R T I F I C A T E
3     STATE OF ALABAMA  )
4     MOBILE COUNTY     )
5
6          I do hereby certify that the foregoing
7     proceedings were taken down by me and transcribed using
8     computer-aided transcription and that the foregoing is
9     a true and correct transcript of said proceedings.
10
11          I further certify that I am neither of
12    counsel nor of kin to any of the parties, nor am I in
13    anywise interested in the result of said cause.
14
15          I further certify that I am duly licensed by
16    the Alabama Board of Court Reporting as a Certified
17    Court Reporter.
18    Dated: August 2nd, 2016
19        _____
              L. ALAN PEACOCK, CCR, RDR, CRC
20            NCRA REALTIME SYSTEMS ADMINISTRATOR
              ALABAMA - CCR #13
21            MISSISSIPPI - CSR #1899
              ILLINOIS - CSR # 084.004827
22            LOUISIANA -  CCR #2015013
              COURT REPORTER, NOTARY PUBLIC
23            STATE OF ALABAMA AT LARGE.
24
25    My Commission Expires: 10/9/2019
```

## A

**$10,000 (4)**
52:11 113:21,24,25
**$100,000 (1)**
45:24
**$125 (1)**
109:19
**$15,000 (1)**
109:10
**$250 (1)**
43:15
**$5,000 (1)**
52:10
**$500,000 (1)**
46:4
**A&P (3)**
9:25 29:12 114:9
**A&Ps (2)**
36:14 39:18
**a.m (1)**
2:5
**ability (1)**
45:12
**able (6)**
67:14,17 75:21
104:19,24 114:11
**abnormal (5)**
53:12 57:22 58:4
68:16 103:6
**absorb (1)**
24:3
**absorbing (1)**
71:8
**accepted (3)**
46:6,12,22
**accepting (2)**
115:17,19
**access (4)**
28:6,11,17 30:7
**accessory (1)**
12:23
**accident (6)**
31:17 32:2,4 35:20
38:19 117:3
**accidents (1)**
117:5
**accomplish (1)**
79:17
**accomplished (1)**
73:21
**accuse (1)**
53:24
**act (1)**
31:14
**acted (1)**
97:9

**action (3)**
1:5 13:11 76:5
**actions (1)**
11:17
**actual (6)**
23:9,11 32:3,4 33:7
33:17
**AD (1)**
28:18
**adapt (1)**
18:16
**adapter (53)**
22:15,24 23:15,17,23
24:2,7 34:25 54:12
54:14,20 55:8 61:11
61:14,19,21,24
62:17,24,25 63:4,11
63:15 64:4,8,9,23
65:8,25 66:10,21,23
66:24 68:10 69:9
70:16 71:5,17,25
72:4,9,11,16,19,21
82:2,21 83:3 84:19
109:21,22,25 110:4
**adapters (10)**
22:8,19,21 23:3 24:15
70:22 71:3,9,11
72:6
**add (1)**
110:11
**addition (3)**
28:17 30:16,25
**additional (1)**
52:4
**address (8)**
7:21,23 19:14 20:2,11
56:24 60:18 92:21
**addressed (2)**
19:25 20:17
**adequate (1)**
79:23
**adjacent (2)**
8:6,6
**adjudicate (1)**
18:23
**administer (1)**
5:13
**administrator (3)**
2:13 19:7 120:20
**advanced (2)**
60:5 111:12
**advertising (1)**
16:9
**affairs (1)**
12:8
**affect (2)**

78:13 94:5
**agency (1)**
93:11
**ago (1)**
45:4
**agree (7)**
61:13 62:5 80:13 97:8
111:19 112:9,14
**AGREED (3)**
5:4,8,11
**ahead (3)**
13:13 50:17 74:17
**air (10)**
11:20 35:9,11,15,16
35:17 52:2 56:12
91:12,22
**aircraft (37)**
8:2,15,22 10:18 11:10
11:24 12:4,23 13:8
15:7,12 34:5,10,13
34:15,21 36:8 37:10
37:17 38:12,25
41:18 47:24,24 48:2
56:6,9,13 87:18
88:5,18 89:14 90:8
94:4 102:24 111:12
117:2
**airframe (13)**
8:20 9:21,24 10:4,12
10:13,19,25 12:12
33:5 36:10 39:8
97:4
**airframes (1)**
89:25
**airlines (1)**
34:4
**airplane (3)**
65:19 97:11 114:10
**airport (1)**
9:7
**airworthiness (1)**
28:19
**airworthy (2)**
102:25 112:7
**Alabama (19)**
1:3,17 2:10,14 3:8,16
7:22 8:3,16,17,25
9:5,10,14,17 120:3
120:16,20,23
**Alan (3)**
1:23 2:11 120:19
**align (1)**
107:19
**all-inclusive (1)**
108:20
**allegations (2)**

56:11 85:24
**allow (4)**
12:3 45:9 60:4 98:22
**allowed (2)**
30:6 97:16
**allows (1)**
97:22
**alterations (1)**
36:8
**aluminum (1)**
19:22
**amount (16)**
23:8,9 24:20 25:5
45:10 52:7 54:15
67:17 68:15 76:24
77:2,8 79:19 97:23
101:5 115:15
**amounts (1)**
57:24
**amphib (2)**
41:10,12
**amplifies (1)**
82:17
**analysis (7)**
21:4 33:6 35:7 57:14
57:18,21 58:2
**analyst (1)**
18:20
**analytical (6)**
22:3 31:5,8 34:18
35:11,13
**analyzer (1)**
98:24
**and/or (3)**
16:9 61:11,24
**answer (8)**
24:11,17,20 25:12
35:25 57:4 72:12
96:9
**answered (1)**
72:12
**answers (1)**
27:4
**anticipate (1)**
88:9
**anywise (1)**
120:13
**AP (1)**
115:10
**appealed (1)**
28:25
**appear (1)**
74:9
**appearance (2)**
49:13 106:12
**appears (1)**

75:11
**applicable (1)**
18:14
**application (1)**
91:13
**apply (2)**
9:21 19:7
**appreciated (1)**
99:11
**approach (1)**
110:14
**approached (1)**
37:8
**appropriate (1)**
98:15
**appropriately (1)**
19:15
**approval (13)**
12:20 90:10 92:8,13
92:21,22 93:2,13,16
94:8,10 95:9,19
**approved (13)**
13:10 86:5,11,14,15
86:18 87:14 91:17
92:6,19 93:8 94:3
111:3
**approving (1)**
93:25
**approximated (1)**
116:20
**approximately (15)**
9:8 10:17 14:19 20:25
32:24 40:22 44:19
45:3 52:10 60:7
99:23 109:14
113:17 114:4
115:15
**April (1)**
96:13
**APs (1)**
26:24
**arc (6)**
98:2,6,9,14,15 99:25
**area (1)**
107:15
**arm (1)**
14:8
**Armbrecht (9)**
2:9 3:12 42:19 48:19
48:21 49:2,12,13,20
**arms (2)**
28:8 29:5
**arrangement (1)**
51:13
**arrow (2)**
98:9,13

**articles (1)**
49:19
**asked (3)**
70:2 93:23 96:7
**asking (3)**
49:8 69:25 70:3
**aspect (3)**
24:6 32:20 88:8
**aspects (1)**
28:25
**assemblies (2)**
18:10 52:17
**assembling (1)**
15:6
**assembly (5)**
15:16 31:18 52:17
73:8 79:4
**associate's (1)**
10:8
**assume (1)**
87:13
**assuming (10)**
75:25 86:23 87:3,9,10
87:16,25 88:2 89:3
111:2
**assumption (1)**
60:13
**Atlanta (1)**
88:19
**attach (2)**
86:24 87:17
**attached (1)**
76:2
**attachment (2)**
68:22,23
**attending (1)**
26:7
**attention (1)**
55:12
**attorneys (3)**
3:5,13 5:5
**August (6)**
1:18 2:4 16:22 62:9
119:4 120:18
**Australia (1)**
50:12
**authored (1)**
31:24
**authorized (1)**
5:13
**available (1)**
114:19
**average (5)**
20:24 24:23 25:3 34:2
38:2
**aviation (13)**

4:17 8:16,18,21,24,25
9:5,14,17 13:5
27:21 74:19 75:2
**aviator (1)**
29:3
**aware (11)**
13:15 22:18 59:18
66:8 85:23 89:13,15
106:23 111:9,16
117:11
**axial (2)**
103:11,14

——————————————
**B**
——————————————
**back (1)**
9:12 14:20,20 17:12
20:9 25:8 33:23
58:8 60:12,20
100:17
**backed (1)**
81:11
**backing (1)**
81:18
**Baldwin (1)**
8:8
**ballpark (1)**
114:5
**Baron (4)**
87:18 96:4,12 111:21
**Baron's (2)**
64:8 92:6
**barriers (1)**
91:23
**Barton (3)**
94:12,14 95:2
**base (1)**
100:5
**based (20)**
27:8 38:18 54:11 57:9
57:13 73:24 74:12
75:16,16 87:2,4
89:4 95:15 101:12
106:10 108:22
110:11,23 116:14
116:15
**basic (1)**
30:25
**basically (32)**
9:20 10:23 11:23 12:2
14:12 15:4,7 19:3
23:12 25:12 26:8
31:13 32:2,19 35:3
35:25 37:11 38:18
53:12 57:12 58:21
60:6 61:23 64:3
73:3 79:12 81:6

91:8 93:23 94:9
103:22 109:11
**basis (7)**
34:5,6 36:17 90:16
93:15 95:3 114:22
**bearing (6)**
67:3 86:8,8 93:19
95:10 111:6
**bearings (7)**
86:9,20 87:13 88:7
95:6,7,10
**Becker (1)**
48:6
**becoming (1)**
81:8
**Beechcraft (2)**
41:8 99:24
**began (1)**
8:21
**begins (1)**
101:2
**belief (2)**
93:15 95:3
**believe (68)**
22:24 32:12 34:11
40:3,7 41:6 42:3,16
46:2,5,23 47:9,11
47:18,20 54:12 56:8
59:12,15 62:13 63:5
64:21,25 72:11
73:15 74:13,18 75:5
76:16 77:10 78:9
81:11 82:4 83:21,22
84:20 85:17 90:5
91:24 93:10 94:17
95:2,17 96:3,14,16
96:21 97:14 99:7,13
99:22 101:7 102:8
103:3,13,18,20
108:13,13,15,19
110:12 111:16
113:11,18 116:8,19
117:18
**benefit (1)**
99:12
**best (5)**
25:13 47:22 48:4
60:11 107:12
**better (1)**
79:24
**bigger (1)**
80:7
**bill (1)**
52:4
**Birmingham (2)**
3:8 48:15

**bit (6)**
15:15 58:12 97:16
108:16 110:16,19
**Board (1)**
120:16
**body (1)**
31:16
**bolt (7)**
66:10 67:16,19,25
68:3,5 76:6
**bolts (34)**
21:24 22:11,22 32:14
33:2,15 34:16,16,22
48:8 66:7 67:5,21
68:6 69:3,17 70:5,7
70:14 72:23,25 73:7
73:21 74:11 76:13
76:17 80:16 81:10
81:22 82:6,18,22
103:19 116:20
**Bonanza (1)**
41:8
**bore (9)**
80:4 83:16,17,24 84:6
84:13 107:3,5,16
**bottom (1)**
93:6
**boundary (1)**
8:10
**brass (1)**
55:3
**break (20)**
43:12 45:13 47:13
50:18,23 51:6,7
65:25 68:18,23
69:17 70:4,6,9,15
85:6,9,10 108:4
111:19
**breakage (2)**
70:17 72:13
**brief (5)**
10:15 50:21 85:7
108:4,5
**bring (3)**
6:21 38:4 70:19
**broad (2)**
40:16 90:6
**broke (1)**
19:23
**broken (21)**
21:24 22:11,22 32:13
32:25 48:7 61:10,14
61:20,24 62:2,17,23
63:14,19 64:4,23
65:8 70:12 72:2
111:20

**bronze (2)**
55:3 83:13
**Brookley (1)**
9:7
**brought (3)**
7:9 11:16 49:23
**building (2)**
37:3 84:18
**built (1)**
13:9
**bulletin (4)**
20:11 28:18 30:2 66:5
**bulletins (4)**
16:6,8 26:6 28:14
**bushing (5)**
67:3 83:16,17,24
84:13
**business (6)**
30:23 37:9 38:2,15
40:9 45:5 51:11
91:9
**businesses (1)**
38:13
**buy (1)**
115:16
**bypass (1)**
101:5

——————————————
**C**
——————————————
**C (4)**
3:2 9:5 120:2,2
**call (3)**
44:10,15 88:24
**called (6)**
6:3 14:19 27:24 29:16
34:11 106:23
**calls (2)**
114:20,21
**CAMPBELL (1)**
3:4
**campus (1)**
9:10
**campuses (1)**
9:6
**camshaft (1)**
69:10
**capabilities (1)**
37:21
**captured (2)**
57:25 100:13
**career (6)**
10:25 11:6,24 13:25
37:15 55:15
**Carolina (2)**
46:24 47:7
**case (36)**

6:11 20:7 21:14
31:25 32:16,17 33:9
43:6 45:7 46:23
47:2,13 49:6,14
50:7,8,11,16 55:19
55:24 63:8 67:2,20
72:6,24 73:23,25
74:9 83:20 85:14,23
89:11 92:14 107:7
116:13 119:3
**cases (11)**
20:10 33:4,13,21
42:20,23 43:2,10
47:16,19 49:11
**casting (2)**
19:21,22
**casual (1)**
94:17
**catalog (2)**
13:2,3
**catalogs (3)**
16:7,12 28:14
**catastrophic (2)**
96:17,19
**cause (17)**
25:4,5 33:20 56:19,22
60:14 65:14,23 71:6
71:9,12,24,25 72:25
80:21 107:12
120:13
**caused (26)**
19:24 55:22 56:9,15
57:16 59:23,25 63:8
66:20 80:14,16
105:9,10,11,14,19
105:23 106:2,7,7,9
106:16 107:18
112:10,15 117:19
**causes (4)**
32:25 72:22 73:22
82:9
**causing (3)**
24:9 71:3 80:11
**caution (3)**
61:5,23 63:25
**cautions (1)**
60:21
**Cavner (1)**
43:5
**CCR (4)**
1:23 120:19,20,22
**center (6)**
3:6 12:8 52:16,20
53:2 60:8
**certain (9)**
25:23 28:25 47:21

53:11 59:22 68:2
97:23 113:6 114:24
**certainly (36)**
12:21 13:16,17,18
15:21,24 19:6 22:14
22:19 23:14 26:15
29:4 44:4 56:21
57:23 58:2,5 60:18
63:7,19 64:16 65:2
65:18 67:16 71:11
77:9 78:21 80:20
81:19 84:16 101:17
111:16,24 112:5
113:5 116:16
**certainty (1)**
101:7
**certificate (15)**
4:19 9:22,24 10:19
11:2 12:14 26:18
29:8,12,17 32:6,11
39:8 41:6 116:5
**certificates (3)**
9:18 10:7 39:7
**certification (4)**
8:20 15:10 88:19 91:8
**Certified (3)**
2:12,12 120:16
**certify (3)**
120:6,11,15
**Cessna (8)**
12:7,9 41:8,9,9,10
42:17
**chance (1)**
100:8
**change (6)**
23:19 31:8 35:13 56:2
58:3 78:12
**changed (2)**
9:4 31:11
**changing (2)**
53:21 101:3
**characteristics (1)**
33:8
**characterize (2)**
22:13 24:19
**charge (2)**
43:15 109:17
**charged (2)**
44:9 45:7
**chart (4)**
98:23 99:16 100:7,23
**check (6)**
58:25,25 67:9 68:5,8
95:24
**checking (1)**
58:20

**child (1)**
8:23
**Chip (2)**
44:21,22
**circumstance (5)**
13:15 56:18 57:2
93:11 94:2
**circumstances (3)**
56:22 89:2 96:24
**CIVIL (1)**
1:5
**claim (6)**
18:23 19:8,12,13,17
19:17
**claims (2)**
21:5 93:7
**clamp (1)**
76:8
**clamping (1)**
73:20
**clarify (3)**
43:9,12 68:24
**Clark (1)**
48:17
**clean-sheet-of-pape...**
18:3
**clearances (3)**
93:19,20 94:6
**clock (2)**
38:6,7
**close (1)**
101:2
**closer (2)**
57:11 80:10
**cluster (2)**
34:25 82:19
**clutch (11)**
54:16 61:11,15,24
62:17,24 63:19 64:5
64:23 65:25 72:14
**cocked (1)**
74:3
**coil (1)**
54:23
**coiling (4)**
54:16,22 63:12,12
**coincide (2)**
107:14,16
**cold (2)**
63:25 100:22
**College (9)**
8:16,18 9:2,5,6,11,13
9:14 10:9
**combustion (8)**
52:15,19,23 53:12
54:18 82:8,12,15

**come (3)**
41:18 75:19 110:18
**comes (2)**
50:11 66:25
**coming (2)**
21:5 81:6
**Commission (2)**
119:25 120:25
**common (12)**
22:10,11,13,21 32:25
63:2,5,16,20 64:9
64:11,13
**Communication (3)**
1:6 6:12,12
**communications (1)**
94:16
**community (5)**
9:6,11,13 10:9 89:14
**companies (2)**
6:13 28:7
**company (11)**
10:14 16:13 26:7
31:24 36:5 37:9,12
37:12 50:12 94:24
94:25
**comparison (1)**
53:16
**complaints (1)**
22:18
**complete (3)**
18:8 24:9 41:24
**completed (3)**
10:11 16:18 51:19
**completely (1)**
87:3
**Complex (1)**
9:8
**compliance (2)**
28:19 116:6
**component (8)**
15:15 21:9 30:6,7
31:18,20 32:3 38:22
**components (13)**
17:17 18:12 19:12
23:7,11 33:7 37:4
59:2 69:9 102:11
108:24 109:7
110:20
**comprehensive (1)**
109:6
**computer-aided (1)**
120:8
**computers (2)**
27:20,22
**concerned (3)**
73:8,25 102:3

**concerning (4)**
25:20 60:17 90:17
115:11
**concerns (1)**
95:22
**conclusion (1)**
57:19
**conclusions (1)**
56:2
**condition (15)**
21:16 22:15 66:16
67:4,5 88:3 95:7
96:12 102:25 110:9
111:22 112:7,10,15
114:25
**conditions (1)**
22:15
**configuration (1)**
99:20
**confused (1)**
95:23
**connect (1)**
69:3
**connected (3)**
69:10,10,11
**connecting (1)**
86:9
**connection (5)**
44:23,25 45:5 69:4
76:12
**consequence (1)**
68:15
**consequences (1)**
53:14
**considered (1)**
14:7
**constant (1)**
97:18
**consulting (17)**
4:15 7:24 38:12,15,16
38:18,24 39:4 43:17
43:19 44:2,6,11
47:5 48:23 51:11
94:24
**consumables (2)**
109:2,3
**consumer (2)**
21:9 26:9
**consumers (1)**
26:5
**contact (4)**
66:25 89:4 114:16,17
**Continental (63)**
10:6,16 11:7 14:3,3,6
16:2,5 18:20 20:16
20:19 26:5 27:23

28:12,16 30:5,8
31:3 34:14 35:6,15
35:16 36:13,24
37:18,19,21,23 39:2
39:12,15 42:10,14
42:22 44:16,23 45:2
45:4,20 55:15 58:16
60:16,25 63:21 66:3
66:9 70:21 71:2
77:13,16 79:3 84:5
84:12,20 91:14
95:14,15 101:23
103:10 106:24
111:12 114:21
116:16
**Continental's (2)**
29:22 113:5
**continue (7)**
36:13 78:16,20 82:4
82:15 111:25 112:4
**continued (2)**
93:13 96:16
**continuing (2)**
52:21 54:20
**contract (3)**
14:6,12,17
**contracting (1)**
78:25
**contractor (4)**
14:5 37:18,19,23
**contracts (2)**
14:11 55:5
**control (1)**
53:21
**conversation (2)**
94:17 95:4
**cool (1)**
102:11
**coordinate (1)**
28:24
**coordinator (2)**
27:15 30:18
**copy (2)**
7:9 50:24
**core (3)**
40:25 113:4,5
**corporate (1)**
49:19
**correct (39)**
7:24 8:9,13 9:16
17:24 30:16 32:14
32:15 39:3,5,6 42:7
42:11,12 43:18 53:5
59:11 62:7,11 65:2
69:5 73:17 77:20,22
81:25 83:18 85:3,12

85:25 86:9 89:17,18
92:2 104:3,17
105:16 108:17
109:21 120:9
**CORRECTIONS (1)**
119:6
**correctly (2)**
73:12 99:23
**cost (7)**
108:8 113:23 114:2
115:11,12,14,16
**costs (4)**
109:18 110:15 114:18
114:24
**counsel (1)**
120:12
**count (1)**
43:11
**counted (2)**
42:5 85:19
**Counting (2)**
39:17,21
**country (1)**
26:25
**county (3)**
8:8 46:19 120:4
**couple (3)**
22:25 63:22 116:3
**coupler (1)**
60:2
**coupling (5)**
60:6,9 69:12,21 80:15
**couplings (2)**
68:17,18
**course (30)**
10:18 11:6 13:20
19:12 20:6 21:14,17
23:15 24:8 25:18
31:11 34:8 41:16
44:7 53:21 54:23
61:20 65:21 66:22
67:11 69:7,12 78:16
82:18 110:22 111:7
111:9,13,14,15
**court (11)**
1:2 5:15 46:6,9,23
49:10,13,21 120:16
120:17,22
**courts (5)**
46:12,16,17,19,19
**covers (1)**
19:19
**CPC (2)**
12:7,9
**crack (1)**
19:24

**crank (1)**
69:21
**crankcase (2)**
67:3,4
**crankshaft (38)**
21:24 22:11,22 32:13
33:2,18 48:8 52:21
53:2 54:19,21 66:6
66:10 67:10 68:5
69:3,22 70:11 72:25
74:5 75:11 76:11,21
77:15,19 78:25 79:4
82:5,21 83:4 86:8
91:23 107:21,23,25
108:3 111:20
116:20
**crankshafts (1)**
39:13
**CRC (2)**
1:23 120:19
**create (2)**
16:12 54:25 77:8
78:17 98:8
**created (5)**
53:25 69:14 77:24
78:4 80:16
**criteria (2)**
66:19 85:5
**cruise (5)**
99:20 100:6 101:15
102:7,12
**CSR (2)**
120:21,21
**Cub (1)**
41:17
**curious (1)**
17:4
**current (3)**
11:3,13 13:7
**currently (11)**
7:6,20 37:12,20 39:7
86:5,11,14 87:2,4
94:23
**curriculum (1)**
14:24
**customer (8)**
18:24 19:6 25:10,17
26:14 27:11 28:21
38:4
**customer's (1)**
40:25
**customers (5)**
11:7 26:5 28:2 38:8
114:24
**cut (1)**
98:10

**CV (1)**
7:22
**cycle (2)**
53:8 82:15
**cycles (4)**
33:24,25 34:7,7
**cylinder (2)**
52:16 83:24
**cylinders (1)**
22:16

**D**

**D (1)**
4:2
**D'Shannon (2)**
1:10 119:3
**daily (1)**
34:5
**damage (56)**
24:9 25:4,5 55:17
57:17,23 59:16,18
59:21 61:12,13,22
61:25 62:18,20,21
63:2,6,7,8,14,16,18
64:3 65:10,14,16,22
65:23 66:6,21 67:16
71:12,25,25 72:8,13
72:13,14,15,16,20
76:10,20 78:17
86:22,23 87:10
103:7 104:20
105:20 106:6,7,12
107:18 109:22
**damaged (10)**
24:14,24 34:16 81:21
82:21,22 83:3,4,10
108:23
**data (5)**
98:20,21,23,24
101:13
**date (2)**
51:16 119:4
**dated (2)**
16:21 120:18
**day (11)**
12:10 20:25 28:6 37:5
90:10 96:15 99:2
110:25 114:14
118:11 119:22
**day-to-day (2)**
30:23 35:12
**days (3)**
12:6 28:6,7
**dead (4)**
52:16,20,25 60:7
**deal (1)**

93:23
**dealer (3)**
12:7,8,9
**dealt (1)**
93:22
**Debonair (1)**
41:9
**decided (3)**
31:8 98:10,18
**decision (1)**
112:4
**defect (1)**
19:4
**defective (1)**
19:18
**defects (1)**
19:20
**defendant (1)**
50:2
**defendants (4)**
1:12 3:13 45:6 85:24
**define (5)**
44:25 50:7 58:11,13
117:21
**defined (1)**
58:16
**deformed (1)**
74:9
**degree (2)**
10:8 26:2
**degrees (6)**
77:15 78:10,21 79:6
79:13 80:3
**delay (1)**
10:10
**delivering (1)**
59:7
**deload (1)**
80:17
**delta (2)**
113:20,24
**Dep (1)**
119:4
**department (25)**
14:8,9,20,23 15:3,9
19:6 20:2 21:18
26:16 27:9,19 30:15
30:19,21,24 31:6,14
31:22 34:3,19 35:10
35:11,17 36:22
**departments (1)**
19:5
**depend (1)**
44:24
**depended (1)**
26:22

depending (3)
20:18 80:19 114:24
depends (4)
53:6 55:11 58:9 67:11
Deponent (2)
119:5,20
deposition (17)
1:16 2:8 5:12 6:21
41:23,24 42:2,5,6,9
43:20 44:5 46:16
50:15 51:20 85:11
85:16
depositions (1)
43:5
DER (5)
93:12,25 94:11,13
95:4
DERs (4)
88:11 93:23 94:11
95:18
describe (2)
25:13 107:12
description (1)
37:16
design (14)
15:5 24:6,6,10 32:19
34:24 61:21 63:15
63:19 70:18 72:3
85:5 90:11 107:6
designated (1)
88:11
designed (4)
23:7 24:2 27:25 69:7
designs (1)
72:5
desired (1)
81:18
despite (1)
59:9
detail (1)
17:2
detailed (1)
110:19
details (2)
48:25 58:13
determine (7)
19:2,11 33:20 45:10
98:22 102:19,23
determining (1)
58:21
develop (2)
16:9 18:3
developed (3)
17:13 28:5 90:8
development (1)
14:23

development-type (1)
15:23
DGAC (1)
31:15
diameter (5)
54:24 55:5 79:2 84:6
84:10
Diamond (1)
41:10
difference (5)
33:13 38:11 106:10
114:12 115:19
differences (1)
18:12
different (19)
8:23 11:9 14:11 15:13
16:4 17:18 22:20
23:3 24:18 27:17
28:2,7 40:17 43:10
56:20 60:20 61:22
106:13 108:16
differentiate (3)
19:16 104:24 106:4
dimension (1)
84:17
dimensions (1)
84:17
diploma (2)
9:19,20
Diplomat (1)
2:11
direction (7)
52:21,22 53:3 54:19
54:21 82:13,16
directives (1)
28:19
directorate (1)
91:3
disagree (2)
70:23 93:10
disassemble (1)
18:25
disassembled (2)
59:19 112:23
disassembling (1)
15:6
disassembly (3)
15:16 21:3 93:14
disassembly/assem...
15:15
disciplinary (1)
11:17
discontinue (1)
112:3
discontinued (1)
102:21

discovered (1)
19:21
discuss (2)
111:18 114:17
discussed (1)
109:21
discusses (3)
54:12 71:14 110:3
displacement (1)
97:18
distinguish (1)
105:17
distortion (2)
67:21,25
distribution (1)
28:3
distributor (2)
29:4 45:4
DISTRICT (2)
1:2,3
DIVISION (1)
1:4
Dixie (3)
52:2 56:12 70:20
document (6)
62:13 64:21,25 65:4
66:4 74:17
documents (4)
6:21,23 16:5,12
doing (9)
10:25 11:10 20:12
26:17 27:17,19
47:15 53:25 56:21
domestic (1)
31:16
Don (5)
4:17 74:19,23,25
87:21
door (1)
27:7
doubt (1)
74:16
dowel (15)
103:4,6 105:4,5,12,14
105:18,23 106:16
106:22 107:4,5,9,11
107:16
downtown (1)
9:7
draft (1)
18:8
drafted (2)
17:21,22
drafting (6)
16:15 17:5,25 18:2,2
52:4

draw (2)
16:17 53:16
drawings (1)
16:14
drift (1)
107:3
drive (6)
23:17,20 54:20 82:16
107:5,10
driven (6)
23:19,20 52:22
105:12 106:19,22
drives (1)
53:2
driving (5)
54:19 69:9,9 82:2,13
drop (4)
57:3 100:24 102:5
117:22
drum (4)
55:6 63:9 72:15 84:6
due (2)
34:22 70:4
duly (2)
6:3 120:15
duties (1)
91:6

—————————
E
—————————
E (6)
3:2,2 4:2 6:2 120:2,2
e-mail (2)
70:19 94:16
EARL (1)
1:11
earlier (4)
84:23 95:17 109:21
116:19
early (3)
10:5 14:16 15:22
easier (1)
79:17
east (2)
8:9,10
ECI (1)
95:8
edge (1)
19:23
education (1)
111:11
educational (4)
8:19 9:20 10:7,11
effect (2)
5:14 58:10
effective (1)
51:16

eight (2)
40:24 41:3
either (10)
17:5 34:4 38:19 40:9
42:6 44:22 62:20
71:8 92:12 107:18
elected (1)
96:22
electronic (1)
28:6
eligibility (4)
91:12,17,19,23
employee (1)
14:7
employees (2)
39:16,22
employment (1)
29:11
endurance (2)
14:10 15:10
endure (1)
24:8
enforcement (1)
50:8
engaged (2)
53:4 82:17
engine (118)
10:18 12:13,23 13:7,9
14:14 15:12,16
16:21 17:17 18:10
23:6,18 24:13 25:20
28:15 31:18 32:19
35:19 36:10,20 39:9
39:15 40:14,18,25
41:2 48:5 52:24
53:10 54:7 58:7
59:12,15,17,19,20
61:9,12,14,25 62:7
62:18 64:12 65:9
68:16 69:8 70:12
76:17 81:24 82:13
82:16 84:5 86:19,21
86:22,23,24 87:10
87:10,11,13,15,17
87:19 88:4,16,22
89:21 91:2 92:2,6
92:10,15 93:7,18
94:8 95:12 97:5,12
97:15,15 98:11,19
98:24,25 99:5,6,6,9
99:19 102:11 108:8
108:12,17,23 110:4
110:11,13,16,19
111:10,16,21
112:13,22,23,24,25
113:11,19,19,23

114:3,24,25 116:21
117:12
**engine's (1)**
117:16
**engineering (7)**
14:9,23 15:2,9 27:8
88:11,18
**engines (48)**
4:17 8:2,15 11:7,11
14:25 15:4,6,6,19
15:23 18:12 21:23
32:18 34:20,23 36:4
36:8 37:3,10,17,22
38:12,25 39:2 40:8
40:10 44:16,21 45:3
47:17 48:2 64:9,10
74:19 75:2 86:18
93:9 94:19 98:11
104:17 111:8 113:4
113:9,16 114:13
115:11 117:2
**enjoy (1)**
37:3
**enjoyed (2)**
8:22 37:3
**entail (1)**
31:4
**Enterprise-Ozark (3)**
9:11,13 10:9
**entire (2)**
18:4 92:15
**entities (1)**
9:15
**entity (1)**
9:15
**equally (1)**
18:14
**equipment (4)**
13:5,8,22 75:23
**ERICKSON (1)**
1:10
**ERRATA (1)**
119:2
**error (4)**
53:17,18 112:10,15
**ESQ (2)**
3:9,17
**essence (1)**
35:10
**estimate (5)**
48:4 57:6 76:25 77:9
111:2
**evaluate (1)**
114:11
**event (15)**
52:15,23 53:9,12,21

53:23 54:18 60:10
66:11 69:14 82:8,12
96:17,20 103:13
**eventually (1)**
99:7
**evidence (4)**
54:4,10 62:23 81:11
**exact (2)**
67:17 88:3
**exactly (8)**
34:24 47:21 62:4
87:11 91:7 94:20
112:19 113:6
**examination (10)**
4:3 6:6 34:19 54:11
55:19 108:23
110:18,19 115:25
117:7
**examinations (3)**
31:23 57:14 58:3
**examine (2)**
22:2,7
**examined (2)**
6:4 58:4
**example (1)**
43:5
**examples (1)**
106:14
**exceed (2)**
78:16 99:25
**exception (1)**
6:16
**excerpt (1)**
61:2
**excerpts (2)**
4:13 17:3
**excessive (2)**
63:12 70:5
**Excuse (1)**
81:2
**exhibit (15)**
4:12,13,15,17 7:7,14
16:20,23 50:25 51:2
60:24 74:17,20
77:17 103:6
**EXHIBITS (1)**
4:10
**exist (1)**
9:3
**expand (2)**
78:9,20
**expansion (2)**
78:7 79:20
**expect (25)**
24:24 62:22 65:16
68:17,21 69:2,15

70:4,5,6,7,14,15
71:16 72:8 75:18
76:20,23 77:7 82:20
83:3 84:4 105:22
107:18 114:9
**experience (22)**
11:12 16:15 24:12
26:22 27:3,5,8
36:23 60:15 70:10
71:16 75:6 80:22
90:12 105:8 106:15
116:6,10,14,17,24
117:2
**experience-wise (1)**
60:14
**experimental (3)**
14:8,21 27:9
**expert (12)**
7:13 45:20 46:7,10,13
46:18,22,22 50:4
52:5 93:7 108:8
**expertise (2)**
35:20 114:11
**Expires (2)**
119:25 120:25
**explain (2)**
88:25 89:5
**explained (1)**
94:22
**exploded (1)**
16:14
**extension (3)**
103:8,9 107:7
**extent (2)**
43:2 72:20
**eyes (1)**
113:5

_____

**F**
_____

**F (1)**
120:2
**FAA (36)**
11:14,16 12:19 13:10
29:17 31:15,25
35:21 46:22,23
48:12 50:7,9 75:7
75:11 86:5 87:14
88:12,15 90:2,12,17
90:21,25 91:3,20
92:6,13,19 93:12,13
93:16 111:4 116:5,9
116:18
**FAA/PMA (1)**
86:12
**face (3)**
56:23 115:17,20

**face-to-face (1)**
26:9
**faced (1)**
88:17
**facilities (1)**
20:16
**facility (7)**
9:3,8 28:23 29:19
50:14 75:3 114:16
**fact (12)**
10:21 19:2,11,13 48:5
55:18 57:20 75:17
76:10 92:13 93:17
95:8
**factory (9)**
31:21 113:19,19,23
114:2,17,24 115:10
115:16
**failure (2)**
22:20 75:13
**fair (3)**
18:17 53:15 71:18
**Fairhope (1)**
8:10
**fairly (1)**
22:11
**fall (1)**
116:17
**familiar (4)**
61:6 70:17 89:24 91:2
**far (16)**
12:9,13 16:4 23:14
32:9 59:6,6 63:17
73:8,25 91:19 95:6
102:3 108:25
110:21 114:22
**fashion (4)**
74:4 91:20 99:17
107:17
**fastener (3)**
81:6,15,19
**faster (1)**
97:19
**FBO (5)**
27:16,16 28:8,21
30:13
**federal (3)**
46:19,21,23
**feel (1)**
47:13
**fell (2)**
8:24 28:21
**felt (1)**
79:12
**field (7)**
20:12,17 29:14 31:3

31:10 92:8,17
**fifth (1)**
111:5
**figure (1)**
110:16
**file (3)**
7:6 49:6 52:2
**filed (1)**
49:13
**files (3)**
20:21,23 52:12
**filing (1)**
5:6
**filter (3)**
57:14 58:3,4
**Financial (1)**
3:6
**find (3)**
77:11,12 90:19
**fine (3)**
6:18 49:11,14
**finger (1)**
75:12
**fingers (1)**
75:22
**finished (1)**
84:21
**fire (2)**
60:4,7
**firm (1)**
52:8
**first (15)**
7:20 10:2 14:5 52:14
56:5 61:10 62:22
68:18,23 70:6,6,14
70:15 103:12 116:4
**Fish (1)**
8:12
**fit (8)**
33:21 77:25 78:4,19
94:6 95:11,16
102:24
**fits (3)**
90:10 107:4,16
**fitted (1)**
69:5
**fitting (2)**
21:11 33:21
**five (3)**
40:4 45:19 69:3
**fixed-base (4)**
10:15 28:9,10 29:2
**flaw (1)**
19:21
**flew (1)**
15:12

**flier (2)**
38:2,2
**flight (3)**
95:22 97:5,11
**flights (1)**
8:23
**floats (2)**
41:11,18
**Floor (1)**
2:10
**flow (1)**
97:22
**flown (1)**
41:8
**flush (2)**
100:17 101:6
**fly (1)**
41:7
**focus (5)**
23:4 37:24 38:3,5
62:19
**focusing (2)**
11:10 38:19
**follow (1)**
100:4
**followed (2)**
18:5 97:10
**following (1)**
113:9
**follows (2)**
6:5 99:16
**foot (1)**
27:7
**foot-pounds (1)**
23:10
**force (5)**
5:14 55:2 73:20 76:8
80:2
**forces (1)**
83:12
**foregoing (2)**
120:6,8
**form (20)**
5:9 13:12 24:25 33:3
40:15 45:21,25
64:24 69:19 71:4,21
80:18 87:6 89:19
94:6 96:6 101:10
102:17 111:23
115:18
**former (1)**
95:4
**forms (1)**
24:16
**Fortunately (1)**
37:8

**forward (1)**
42:4
**found (10)**
20:15 46:9 55:7 59:21
64:6 90:15 100:19
103:7 110:23
117:22
**four-stroke (1)**
53:10
**frame (1)**
10:4
**frankly (1)**
110:15
**free (1)**
47:13
**Freeman (7)**
4:17 47:21 48:20
74:19,23,25 87:21
**Freeman's (1)**
75:14
**freight (1)**
34:4
**frequent (1)**
34:5
**frequently (2)**
64:15,16
**fretting (4)**
33:11 103:24 107:20
107:24
**friends (2)**
11:9 36:14
**front (6)**
7:4 13:15,16 17:11
72:18 89:18
**FSDO (6)**
48:10,12,13,14 88:25
89:4
**fuel (4)**
17:18 58:8,9 69:13
**full (1)**
102:12
**full-blown (1)**
21:2
**full-time (2)**
14:7,18
**function (11)**
23:4 58:25 59:4,5
60:6,9 94:6 95:11
95:16 99:15 100:3
**further (7)**
5:8,11 13:11 100:15
112:5 120:11,15

_____
**G**
**gained (3)**
30:6 89:6 90:11

**gamut (1)**
90:5
**gas (2)**
14:13,15
**gaskets (1)**
109:3
**gear (66)**
21:24 22:11,22 23:16
23:17,19,20,20
32:13 33:2,10,11,17
34:25 48:8 54:13
55:2,6 63:9 66:6
67:4,5,6,10 68:4
69:11,11,12,21 70:4
70:11 72:15,16,25
73:5,11,20,21,21
74:4 75:11 77:6,15
77:19 78:14,18 79:8
80:25 81:22 82:18
82:20,23,25 83:2,4
83:9,13,13 103:13
103:15,19,22
107:21,22,25
111:20
**geared (1)**
28:22
**gears (20)**
23:14 33:13 68:6
69:17,21,23 73:17
76:11,22 81:2 82:19
83:4 103:18,24
104:3,8,9 105:6,19
106:2
**general (5)**
49:6 56:5 73:16 90:9
96:8
**generally (6)**
52:14 56:16 72:24
82:25 89:17 108:11
**generated (1)**
57:23
**generation (1)**
33:12
**George (1)**
9:5
**getting (4)**
10:23 48:25 88:10
101:3
**GIDIERE (1)**
3:4
**give (8)**
17:13 23:11 28:11
31:9,9 47:22 51:12
67:19
**given (8)**
7:2 24:20 50:23 77:5

93:10 96:11 100:11
100:11
**gives (1)**
79:21
**giving (1)**
94:10
**go (24)**
8:18 13:13 17:2,12
29:9,23 33:23 35:18
37:9 43:8 50:17
58:2 60:20 74:17
78:24 80:9 88:14
89:7 100:17 101:6
110:23,23,24
113:21
**goal (2)**
36:25 37:5
**goes (2)**
23:20 58:2
**going (28)**
7:7 10:20 16:19 17:2
25:8 30:12 39:13,14
42:25 50:25 65:8
67:12 68:2 78:8,20
78:21,23 79:10 80:3
80:7,11 81:14 82:8
82:14 87:20 100:14
110:12 112:25
**good (5)**
6:8,9 50:20 51:14
67:22
**graduated (2)**
9:12,17
**graduating (1)**
8:17
**graduation (1)**
9:23
**greater (5)**
34:8 54:22 74:10
79:21 100:22
**green (6)**
98:2,6,9,14,15 99:25
**ground (4)**
99:7,19,21 100:5
**group (4)**
20:3 35:12 88:18,22
**groups (1)**
35:12
**grows (1)**
54:24
**guess (11)**
22:10 24:12 38:15
43:25 44:24 50:10
60:11 68:6,20 99:11
106:6
**guideline (1)**

32:9
**guidelines (1)**
19:2
**guides (1)**
58:17
**GUIN (1)**
3:4
**guy (4)**
3:4 22:7 24:13 25:12

_____
**H**
**H (1)**
6:2
**half (1)**
12:6
**hand (2)**
17:5 80:2
**handle (2)**
69:7 108:22
**handled (2)**
12:8 91:19
**hands (1)**
15:14
**hang (1)**
88:4
**happen (7)**
20:5,6 22:4 23:22
66:18 72:5 85:3
**happened (2)**
19:14 32:16
**happening (1)**
36:19
**happens (4)**
23:2 90:23 114:14
115:13
**hard (2)**
57:4 66:17
**hardness (1)**
107:9
**hardware (3)**
73:9,25 109:4
**haulers (1)**
34:4
**head (2)**
20:14 46:20
**heads (4)**
67:19,23,25 68:3
**hear (1)**
43:23
**heat (7)**
77:14 79:5,7,14,18
80:6 99:5
**heated (3)**
77:19,24 78:3
**heating (1)**
77:14

**heats (1)**
78:8
**heavier (1)**
69:15
**height (4)**
83:24 103:8,9 107:7
**Heisterhagen (39)**
3:17 4:7 6:16 7:3,11
13:12 24:16,25 33:3
40:15 42:25 43:4,13
45:14,21,25 49:4,10
50:20 62:8 64:24
65:4 69:19 71:4,21
80:18 85:13,18 87:6
87:20 89:19 96:6
101:10 102:17
111:23 115:18
116:2 117:6 118:2
**held (5)**
2:8 10:24 50:21 85:7
108:5
**help (3)**
93:3 97:13 114:13
**helping (2)**
10:6 11:9
**high (4)**
8:17 20:20 23:12
117:22
**higher (9)**
78:2,8 79:23,24 80:3
98:6,14 100:10
101:22
**highest (2)**
23:16,24
**highlight (1)**
62:16
**highly (1)**
80:24
**Hills (1)**
48:15
**hinder (1)**
78:25
**hired (3)**
10:16 14:12 16:16
**hold (4)**
39:7,10 81:7,15
**holding (1)**
32:9
**hole (1)**
81:12
**home (2)**
7:23 8:5
**Horton (140)**
1:16 2:8 4:5,12,15 6:8
6:17,20 7:1,24 8:1
8:14 9:1 10:1 11:1

12:1 13:1 14:1 15:1
16:1 17:1 18:1 19:1
20:1 21:1 22:1 23:1
24:1 25:1 26:1 27:1
28:1 29:1 30:1 31:1
32:1 33:1 34:1 35:1
36:1 37:1 38:1,12
38:15,16 39:1,4
40:1 41:1 42:1 43:1
43:16,19,25 44:1
45:1 46:1 47:1,5
48:1,23 49:1 50:1
50:23 51:1,11 52:1
53:1 54:1 55:1 56:1
57:1 58:1 59:1 60:1
61:1 62:1 63:1 64:1
65:1 66:1 67:1 68:1
69:1 70:1 71:1 72:1
73:1 74:1 75:1 76:1
77:1 78:1 79:1 80:1
81:1 82:1 83:1 84:1
85:1,9 86:1 87:1
88:1 89:1 90:1 91:1
92:1 93:1 94:1 95:1
96:1 97:1 98:1 99:1
100:1 101:1 102:1
103:1 104:1 105:1
106:1 107:1 108:1,7
109:1 110:1 111:1
112:1 113:1 114:1
115:1 116:1,4 117:1
118:1,7 119:1,5
120:1
**hour (3)**
43:16 109:17,19
**hours (10)**
28:6 40:22 51:12 52:4
57:11 76:17,22 77:8
77:10 113:17
**house (1)**
51:13
**housing (3)**
63:11 72:17,19
**hundred (1)**
24:13
**hypothetical (1)**
99:12
**hypothetically (3)**
73:14 75:22 78:3

——————————
**I**
**IA (5)**
26:10,10 27:13
114:10 115:10
**IAs (3)**
26:25 36:14 39:23

**ID (1)**
83:17
**idea (2)**
66:2 87:23
**IDENTIFICATIO...**
7:15 16:24 51:3 74:21
**identified (2)**
112:2 113:10
**idle (1)**
99:7
**idler (1)**
69:11
**ignition (11)**
53:8,21 58:11,14,20
58:22 59:4,6 81:25
112:17 117:14
**II (2)**
39:11,12
**ILLINOIS (1)**
120:21
**illustrated (3)**
13:2 16:7 28:14
**illustrations (2)**
16:13,17
**imagine (2)**
36:16 98:16
**impact (1)**
24:3
**important (1)**
47:14
**improper (4)**
56:6,9,15 80:15
**improved (2)**
97:15,17
**impulse (3)**
60:2,6,9
**impulse-coupled (1)**
55:21
**in-depth (2)**
21:15 27:6
**inaccurate (1)**
64:22
**inartfully (1)**
70:2
**inch (5)**
78:11 104:11,13,22
107:8
**inches (3)**
103:8,9 104:5
**incidents (1)**
116:20
**include (1)**
110:17
**included (1)**
26:6
**including (2)**

41:25 109:7
**incomplete (1)**
21:8
**Incorporated (1)**
75:2
**incorporation (1)**
49:19
**incorrectly (1)**
80:21
**increase (2)**
99:17 113:25
**increased (2)**
99:8,18
**indicate (1)**
83:15
**indicated (2)**
66:4 83:16
**indication (3)**
67:20 75:23 100:5
**individual (1)**
85:14
**industries (1)**
27:22
**industry (2)**
27:21 44:13
**influence (4)**
53:20 97:20 112:12
112:20
**influenced (1)**
54:5
**information (7)**
16:11 26:4,13 28:12
29:4 35:21 60:22
**initial (1)**
27:11
**initially (1)**
76:9
**initiates (1)**
90:25
**injection (1)**
58:8
**input (2)**
26:6 82:2
**inquiries (1)**
25:17
**inspect (2)**
18:25 66:25
**inspected (8)**
59:20 66:10 84:15,16
84:18,25 104:17
112:22
**inspecting (2)**
19:10 59:22
**inspection (18)**
21:3,15 30:3,4,9,9
31:21 33:6 39:11,12

51:25 52:5 55:7
59:2 66:18 104:14
104:16 110:11
**inspections (3)**
29:25 31:23 66:16
**inspector (3)**
48:16,17 89:5
**install (4)**
74:5 80:20,21 92:23
**installation (16)**
56:16 68:7 73:13 74:2
78:25 80:15,23,25
94:5 104:25 105:6
105:11,14,18,23
106:8
**installed (4)**
74:3 81:9 88:7 103:7
**installing (4)**
80:25 93:11 105:6
106:17
**installs (1)**
89:21
**instance (6)**
22:4 56:8 63:13 88:20
103:24 106:21
**instances (6)**
22:6 32:21 55:17
65:12 85:4 116:25
**Institute (1)**
14:13
**instructions (1)**
16:11
**intended (1)**
94:5
**interaction (1)**
17:16
**interacts (1)**
23:8
**interested (1)**
120:13
**interface (4)**
26:24 107:22,23
108:2
**internal (1)**
61:12,25 62:18
102:11
**international (1)**
31:16
**Internet (1)**
27:22
**investigation (4)**
32:2 38:19 39:4 90:25
**investigations (5)**
11:17 31:17 33:2
35:20 75:8
**investigative (1)**

11:17
**investigators (2)**
35:15,18
**invoice (6)**
4:16 50:24 51:5,17,21
51:24
**invoiced (2)**
45:6 52:8
**invoices (2)**
45:9 51:12
**invoicing (1)**
51:12
**involve (3)**
47:17 48:7 117:2
**involved (10)**
34:15,17,21 42:10,15
42:19,22 48:19
92:17 109:5
**involves (1)**
85:23
**IO-520 (1)**
15:21
**IO-520-C (1)**
18:11
**IO-550 (7)**
4:14 15:19 16:21
47:17 111:8,10,15
**IO-550-C (9)**
18:11 23:6 32:20
40:13 62:6 86:18
91:22 93:21 95:12
**IO-550-Cs (1)**
40:2
**IO-550s (1)**
21:19
**IPC (2)**
12:22,25
**iron (2)**
57:22,24
**isometric (1)**
16:14
**issue (28)**
19:25 20:13,15 50:13
53:5,7,9,16,18
55:22 56:22 58:21
64:9 66:20 80:12,21
86:22 93:24 95:25
96:13 98:8 99:3
102:20 116:12
117:11,19,21,22
**issued (2)**
20:11 26:7
**issues (8)**
34:10,14,16,22 56:20
73:9 117:13,15
**item (2)**

109:20 111:5
**iteration (1)**
17:21

**J**

**J&K (3)**
44:21,22 45:3
**Jack (1)**
48:17
**Jackson (8)**
2:9 3:12 42:19 48:19
48:21 49:2,12,20
**job (10)**
1:24 12:19 15:25
16:10 20:20 28:24
31:4,12 79:20 84:23
**Joe (2)**
6:11,12
**John (1)**
94:12
**journal (1)**
93:19
**junction (3)**
73:4,10 74:14
**June (3)**
30:12 31:7 51:18

**K**

**Katana (1)**
41:10
**keep (2)**
11:3 101:20
**Keeping (1)**
99:10
**keeps (1)**
101:5
**kept (2)**
11:13 99:6
**kick (2)**
55:13 58:8
**kickback (56)**
23:21,25 24:3,8,19,23
25:4,4 34:15,22
52:14,15 53:17 54:2
54:5,10,15 55:10,16
55:18,22,24 56:4,5
56:8 57:7 59:3,10
59:24 60:8 61:9,15
62:23 64:4,23 65:7
65:18 66:11 67:10
68:13 70:12 71:6,12
71:17 72:9,22 73:2
81:20 82:5,7,9,11
83:10,18,23 117:18
**kickbacks (12)**
24:14 59:13,16 60:17

60:19,22 65:9,12,15
66:6 71:3,9
**kin (1)**
120:12
**kind (22)**
8:12,24 12:5,15 18:2
18:5 20:9 24:23
25:12 27:10,21 29:2
34:20 37:5 38:14
41:7 50:15 56:24
65:24 80:11 89:13
111:18
**kinds (1)**
78:17
**knew (2)**
13:14,16
**know (59)**
13:18,20 25:2 26:23
34:20 36:19 44:10
45:8 46:18 47:13
48:4,16,18 52:7,12
54:7 56:10 57:13
58:12 59:22 60:14
65:17 66:3 67:15,18
68:9,12 74:23 75:16
77:4 83:12 84:2,12
85:14 86:3 88:19,24
89:9 90:22 91:7,10
91:11,15,20 92:5
94:19,23 96:11 98:9
98:17 102:19
106:15,25 112:3,17
112:20,20 113:7
117:15
**knowing (3)**
84:14 112:16,18
**Knowingly (1)**
13:14
**knowledge (16)**
13:17,19 26:23 27:6
38:24 46:13 65:17
65:19,23 71:10 75:3
75:9 88:6 89:6 95:5
116:10
**known (4)**
11:10 44:13 88:6
116:12

**L**

**L (3)**
1:23 2:11 120:19
**labor (5)**
109:4,10,11,16,18
**lagged (1)**
27:21
**laid (2)**

14:16,18
**Lake (2)**
41:10,12
**land (1)**
39:10
**lands (1)**
41:13
**language (1)**
64:6
**lapse (1)**
11:14
**large (15)**
33:10,17 67:4 68:4
69:2 70:11 73:4,10
73:20 76:11,21 77:6
103:21 107:22
120:23
**larger (2)**
78:8 80:4
**late (1)**
14:16
**law (1)**
49:21
**lawful (2)**
102:14,22
**lawsuits (1)**
49:23
**lead (3)**
20:13 72:23 75:23
**leading (1)**
75:12
**leads (3)**
57:18 58:22 59:6
**learned (1)**
111:10
**leave (1)**
36:24
**led (2)**
103:13,19
**Lee (1)**
4:12
**left (11)**
21:9 59:13,16,17 88:3
110:4 111:19,21
112:23 113:10
117:16
**left-hand (1)**
108:23
**length (1)**
54:24
**let's (5)**
19:20 21:8,11 30:2
50:17 54:9 62:4
66:21 77:12 85:6
103:5 105:13
110:18 115:8

117:22
**letter (1)**
75:15
**level (9)**
21:4 24:8 26:23 27:5
38:4 39:11,12 40:20
101:17
**liberal (1)**
110:14
**license (2)**
26:21 39:9
**licensed (1)**
120:15
**light (1)**
55:25
**limit (1)**
84:9
**limitations (1)**
101:14
**limits (5)**
83:25 84:3,10 101:9
101:12
**line (5)**
4:11 109:9,20 110:3
117:10
**linear (1)**
99:17
**list (11)**
7:4 13:6 37:21 41:23
41:24 47:8 66:15,17
66:18 91:23 109:7
**listed (4)**
6:24 44:5,7 47:16
**litigation (4)**
38:23 39:5 44:2,3
**little (11)**
8:6 11:8 14:14 15:14
58:12 95:22 97:16
107:13 108:16
110:19
**live (2)**
7:20,21
**Livenote (1)**
2:12
**lives (2)**
22:16 94:15
**LLC (3)**
1:6,7 4:15
**LLP (1)**
2:9
**Ln (1)**
119:7
**load (14)**
23:9,9,24 24:20,23
25:3 54:14,15,17
65:24 69:15 70:5

74:10 82:17
**loading (3)**
73:24 74:8 77:6
**loads (8)**
22:14,23,25 23:12,16
23:19 69:8 83:23
**localized (1)**
59:17
**locate (1)**
107:4
**located (3)**
7:25 8:2 94:14
**location (1)**
105:25
**lock (1)**
81:4
**logbook (1)**
29:21
**logbooks (3)**
36:10,10,11
**logs (3)**
12:13 87:12,13
**long (2)**
40:13 41:5
**long-term (1)**
111:22
**longer (2)**
94:13 97:16
**look (15)**
17:11,13 43:4 44:10
45:13 46:15 50:9
60:20,21 66:22
106:13,14,16
113:19,21
**looked (5)**
21:6 26:22 37:16
85:20 98:11
**looking (11)**
33:7 40:19 47:23 49:7
49:18 52:12 62:23
78:6 98:20 116:9
117:2
**looks (2)**
18:19 35:5
**loose (12)**
33:9,17,21 73:4,5,6
73:10 74:13 75:19
76:12 77:10 81:8
**loosely (3)**
87:22,25 112:24
**looseness (1)**
76:22
**Lopez (1)**
48:20
**lost (1)**
76:8

**lot (16)**
14:11 15:13 18:8
26:21 27:2,19,21
33:4 44:9 56:18,24
66:14 76:23 83:7
93:22,23
**LOUISIANA (1)**
120:22
**love (2)**
8:24 110:25
**low (3)**
77:2 95:24 97:3
**lower (4)**
98:4,7,13 114:7
**lowest (1)**
80:9

_____

**M**

**M16 (1)**
16:20
**mag (3)**
57:3 58:25 117:22
**magnetic (1)**
39:10
**magneto (9)**
55:21 58:23 59:5,5
60:4,7 117:11,19,21
**magnetos (3)**
17:18 58:7 117:16
**main (3)**
26:3 31:13 93:19
**maintain (3)**
101:15,16 112:6
**maintained (1)**
99:21
**maintenance (25)**
4:13 16:6,11,20 20:16
28:13,22 29:19 36:7
38:20 50:13,13 56:6
56:9,12,19 57:15
60:24 62:6 65:10
66:14 67:8 89:5
112:15,16
**maintenance-relate...**
20:8
**majority (6)**
17:15 18:6 25:14
40:11 50:3 65:15
**man-hour (1)**
40:20
**management (1)**
31:8
**manager (12)**
11:21,25 12:2,7,16,18
22:3 31:2,10,12
35:6,9

**managing (1)**
35:12
**manner (4)**
20:18 60:19 97:23
106:22
**manual (20)**
4:14 16:21 17:3,6,21
17:22 18:4,8,16
60:25 62:6 64:7
71:13,13 77:13 97:5
97:5,11,12 103:10
**manuals (14)**
16:4,6,6,7,14 17:11
17:15,17 18:9 28:13
28:13 58:16 60:21
101:23
**manufacturer (4)**
10:19 13:6 66:17
116:9
**manufacturer's (1)**
29:18
**manufacturers (1)**
29:18
**manufacturing (6)**
19:4,20,25 20:3 55:8
84:25
**mark (10)**
7:7 16:19 50:25 74:17
105:4,5,8 106:7,9
106:15
**marked (5)**
7:14 16:23 51:2 60:24
74:20
**marketplace (1)**
38:10
**marks (7)**
104:25,25 105:14,17
105:19,22 106:2
**Marsico (1)**
42:13
**match (1)**
43:8
**matched (1)**
85:19
**mated (1)**
73:12
**material (11)**
19:4,20 55:3 57:22
100:12,17,20 101:4
101:25 102:4
107:12
**mating (1)**
80:15
**matrix (3)**
1:7 6:11 28:19
**matter (9)**

7:13 10:21 36:22
50:24 51:20 70:13
83:11 100:7 102:13
**matters (8)**
42:5 47:7 48:7,18
49:2 85:10,14,15
**McClellan (3)**
44:21,22 45:2
**mean (18)**
21:2 25:3 43:5,8
45:14 49:6 53:6
61:25 80:5,19 82:10
84:2 96:19 104:4,15
109:2 113:15
116:14
**means (1)**
87:23
**measure (1)**
104:8
**measured (1)**
104:21
**measurement (2)**
104:6,7
**measuring (1)**
104:4
**mechanic (10)**
11:21,24,25 12:16
30:5 50:8 66:22
95:24 114:11
116:11
**mechanic's (1)**
111:12
**mechanical (7)**
53:5,7,9,13,13,15
72:13
**mechanics (7)**
12:11 20:12 25:18,21
60:17 66:5
**meet (1)**
85:5
**member (1)**
35:19
**members (1)**
45:3
**Memo (1)**
4:17
**memo/letter (1)**
74:19
**mentioned (4)**
23:21 31:5 72:17 78:9
**met (3)**
19:2 75:4,4
**metal (2)**
33:12 80:12
**metallurgically (2)**
78:13 80:12

**metallurgist (1)**
78:14
**method (2)**
74:6 77:14
**MICHAEL (1)**
1:10
**microscopic (1)**
57:24
**mid (1)**
27:20
**middle (1)**
63:25
**Mike (3)**
70:20 88:3,4
**miles (1)**
9:9
**mind (2)**
41:18 50:11
**mine (2)**
19:9 36:18
**minimum (2)**
84:8 102:9
**Minnesota (1)**
25:25
**minor (1)**
65:13
**minutes (3)**
8:5 77:16 79:15
**missing (3)**
21:11 67:23,23
**MISSISSIPPI (1)**
120:21
**misspoken (1)**
92:4
**MMF (4)**
29:16,18,22 30:11
**Mobile (8)**
1:17 2:10 3:16 9:6,7
11:21 94:15 120:4
**model (4)**
23:6 72:10 94:8 95:12
**models (3)**
34:24 64:11 93:18
**modes (1)**
22:20
**Monday (2)**
1:18 2:4
**months (1)**
14:19
**Moore (2)**
1:10 70:20
**Moore's (2)**
88:3,4
**morning (2)**
6:8,9
**motor (2)**

81:21,24
**Motors (21)**
10:6,16 14:6 20:16
26:5 27:23 30:5
35:16 37:20,24
42:10,14,23 45:2,20
55:15 60:25 63:21
77:13,16 106:24
**move (1)**
67:13
**moved (9)**
9:8 18:19 25:9 27:15
30:13 31:2 67:10,11
107:17
**movement (17)**
67:18 103:12,15,18
103:20,22 104:2,4,8
104:9,12,21 105:9
105:10,19 106:2,9
**multiple (4)**
15:8,18 22:6 56:19

———————————
**N**

**N (3)**
3:2 4:2 6:2
**name (6)**
4:4 6:10 31:8 47:12
94:25 119:3
**names (1)**
9:4
**Napier (2)**
11:20,22
**natural (1)**
14:14
**nature (3)**
65:13 90:9 96:8
**NCRA (1)**
120:20
**near (2)**
8:12 113:4
**necessarily (7)**
17:25 24:4 25:5 47:25
53:13,19 107:14
**necessary (1)**
110:7
**need (7)**
10:25 12:2 38:8 89:16
93:7,14 109:24
**needed (4)**
9:21 10:21,22 110:5
**needle (1)**
67:3
**negligible (1)**
78:22
**neighborhood (4)**
10:3 78:11 109:14

113:8
**neither (1)**
120:11
**never (12)**
38:6 50:14 74:2 75:4
83:9 89:16 90:11,12
91:21 95:18 105:7
116:12
**new (6)**
15:22 16:12 70:21
71:2 114:12 115:16
**niche (1)**
38:9
**nomenclature (1)**
83:7
**nonstop (1)**
15:13
**nonvalid (1)**
19:17
**nonzero (1)**
100:8
**norm (1)**
27:20
**normal (32)**
24:5,7 52:21 53:23
54:18,21 55:7 58:24
58:25 59:2,3 68:10
68:15 74:10,11
81:17,20 82:13
83:22 91:9 97:4,6
99:20 100:18 101:9
101:12,14,15,20,21
101:24 102:6
**normal-functioning...**
59:8
**normality (1)**
59:9
**normally (6)**
53:17 54:25 60:5
69:14 98:5 102:7
**north (2)**
3:7 25:25
**NORTHWESTER...**
1:3
**Notary (4)**
2:13 6:4 119:25
120:22
**noted (1)**
118:4
**notice (2)**
55:9 56:25
**noticeable (1)**
104:13
**notify (1)**
21:17
**November (2)**

35:5 42:14
**NTSB (7)**
31:15,19,19,25 35:19
35:21 75:7
**number (17)**
21:5 23:12 27:25
28:20 35:15 44:14
88:17 91:16 93:17
94:3 95:7,10,15
102:6,7,8 110:23
**numbers (2)**
94:18,21
**numerous (2)**
28:20 33:24

———————————
**O**

**O (2)**
6:2,2
**O'Boyle (1)**
48:5
**oath (1)**
5:13
**object (21)**
13:12 24:16,25 33:3
40:15 42:25 45:21
45:25 64:24 69:19
71:4,21 80:18 87:6
87:20 89:19 96:6
94:10 102:17
111:23 115:18
**objections (1)**
5:9
**observation (1)**
75:15
**observe (2)**
102:7 107:20
**observed (1)**
104:21
**obtain (3)**
8:19 26:19 73:19
**obtained (3)**
91:21 95:8 116:4
**obviously (2)**
100:12 102:20
**occasionally (1)**
84:23
**occur (16)**
23:12 53:11 54:17
58:6 61:14 63:3
65:13,23 66:16 74:7
74:10 76:24 77:5
78:15 83:22,23
**occurred (10)**
32:18 54:10 55:16,25
57:7,23 65:18 67:18
74:8 89:7

**occurrence (2)**
24:5,7
**occurrences (1)**
23:22
**occurring (1)**
103:23
**occurs (19)**
23:9 33:12 52:15,20
52:25 53:3,7,10
54:14,22 55:2 65:21
65:22 77:6 82:9,11
82:12,15 100:20
**offer (2)**
46:10 88:12
**offered (1)**
88:15
**office (3)**
7:23 88:4,19
**officer (1)**
5:13
**offices (1)**
2:8
**oftentimes (1)**
25:17
**Oh (6)**
21:20 37:19 48:13,15
108:18 114:4
**oil (39)**
25:24 57:14,18,21
58:2,2 95:21,24
96:5,13,17,19 97:3
97:14,14,18,20,21
97:25 98:15,17,24
98:25 99:4,7,8,13
99:16,24 100:9,14
100:22,22 101:3,8
101:15,22 102:3,15
**okay (21)**
6:23 7:19 43:3,11
45:16 47:12 48:15
61:3 63:23 71:23
80:6 83:9,12 86:7
88:14 92:24 93:5
105:25 107:20
114:15 115:6
**on-condition (1)**
67:7
**on-condition-type (2)**
67:12 110:10
**once (5)**
12:13 20:14 22:5
23:18 111:25
**one-time (3)**
103:11,14,20
**ones (3)**
34:18 41:16 75:18

**online (1)**
28:11
**oOo (1)**
5:17
**open (2)**
100:15,22
**opening (3)**
11:25 100:11,25
**operate (5)**
96:4,14 111:22
112:13 116:11
**operating (10)**
25:25 58:8,13,15 59:4
97:6,21,24 102:2,24
**operation (16)**
25:20 33:10,25 57:12
59:25 74:10 76:17
80:10 83:22 93:13
99:2 100:6,15
101:24 111:25
112:3
**operational (2)**
36:20 58:16
**operative (1)**
62:13
**operator (8)**
10:15 28:10 29:2
33:23 34:2 115:8,9
115:14
**operator's (2)**
97:5,12
**operators (11)**
16:7 25:19 28:4,9
33:24 34:3 37:18,24
37:25 38:6 66:6
**opinion (4)**
59:23 75:24 77:20
86:4
**opportunity (3)**
36:25 37:14,14
**opposed (2)**
79:22 98:14
**opposite (3)**
52:22 53:2 54:19
**options (1)**
114:18
**order (1)**
99:11
**ordering (3)**
12:21,22,24
**original (2)**
9:8 113:16
**originally (2)**
81:14,16
**outer (1)**
84:10

**outside (3)**
99:25 110:21 114:13
**oven (2)**
79:8,9,13,14
**overall (6)**
16:21 40:13 60:24
62:6 103:10 111:15
**overcome (2)**
82:8,15
**overhaul (17)**
4:14 16:6 28:13 39:14
39:15 56:16,21 57:8
65:11 77:13 92:18
108:16 110:10
114:12 115:12,15
117:12
**overhauled (3)**
13:9 40:2 108:12
**overhauling (5)**
14:24 15:4 92:15
111:7,9
**overhauls (5)**
38:21,22 39:2 114:16
114:23
**overheating (2)**
80:11,14
**oversaw (2)**
29:2 31:22
**oversee (2)**
31:17 91:8
**oversight (1)**
47:10
**owner (3)**
93:11 110:22 112:5
**owners (2)**
25:18 28:4
**ownership (1)**
44:18
**owns (3)**
6:13 75:2,3
**Ozark (1)**
9:10

_____
**P**

**P (2)**
3:2,2
**P-leads (1)**
58:23
**p.m (1)**
118:4
**pace (1)**
37:6
**package (1)**
21:10
**page (28)**
4:3,6,7,8,11,12,13,15

4:17,19 7:17 14:24
17:12 41:22 43:15
43:21 44:3 47:16
60:25 61:2 63:25
77:11 83:8 93:5,6
95:21 103:3 108:7
**pages (1)**
63:22
**paperwork (1)**
90:14
**paragraph (7)**
61:5,6 63:24 75:10
77:17 79:4 93:6
**part (36)**
10:6 15:3 19:10,11,18
19:22 21:8 37:20,24
37:25,25 47:10 67:2
77:16 78:22 83:6,8
83:9 84:4,13,17,21
84:22 90:7,10 91:14
91:15,16,25 92:18
92:23 93:14 94:18
94:21 95:9,15
**part-owner (1)**
37:11
**part-time (1)**
12:16
**partially (1)**
112:23
**participated (1)**
31:23
**particle (1)**
39:10
**particles (3)**
57:20,24 58:4
**particular (14)**
13:7 25:24 30:7 33:23
52:16 61:18 63:8,15
70:16 72:10 84:19
95:6 97:6 99:2
**particularly (1)**
47:14
**parties (2)**
5:5 120:12
**partner (2)**
40:9 51:11
**partners (1)**
44:20
**parts (56)**
11:21 12:2,6,16,18,19
12:22,22,24 13:2,7
13:10,21 16:7,11
18:10,24 28:14
68:21,22 84:15,19
84:24 85:24 86:4,15
86:16,17,17 87:5,12

88:22 89:18 90:2,4
90:13,15,18,20,23
91:12,12,23 92:5,9
93:8,18 94:3,5,7
95:14,19,20 109:2
110:8 111:3
**party (2)**
31:14 35:18
**password (1)**
28:11
**paying (1)**
55:12
**Peacock (3)**
1:23 2:11 120:19
**people (8)**
26:15 27:22 36:21,22
44:13 83:7 89:14,17
**percent (4)**
40:12 44:19 101:7
108:25
**percentage (2)**
44:18 109:10
**perform (3)**
25:23 31:20 95:11
**performance (2)**
31:3,10
**performed (7)**
30:3,4 52:2 56:12
62:10,14 112:17
**performing (5)**
36:7 56:19,20 60:6
67:8
**period (7)**
10:15 14:15 32:12
36:4 76:13,16
103:23
**Perkins (18)**
1:6 6:11,12 53:25
54:4 55:23 95:23
96:4,12 97:9 98:10
98:18 99:6 101:8,21
102:2,14 119:3
**Perkins/DeShanno...**
4:16
**Permold (9)**
32:19 34:23 35:2,2
64:12,17,18 70:12
116:21
**personal (7)**
37:14 38:2 75:15 95:5
101:22 116:23,24
**personally (5)**
6:13 29:24 75:4 95:18
108:9
**Pg (1)**
119:7

**phone (3)**
44:10,14 94:16
**phrase (1)**
115:8
**phrasing (1)**
58:19
**physical (1)**
63:14
**physically (1)**
53:22
**pick (2)**
60:23 111:18
**picked (1)**
35:14
**piece (5)**
13:8,21 100:17 101:4
102:4
**pilot (11)**
12:8 41:5 53:17,18,20
55:9 58:20 112:10
112:12 114:10
115:7
**pilot's (1)**
39:9
**pilots (3)**
25:19 28:4 60:17
**pin (16)**
103:4,6 105:4,5,12,14
105:18,23 106:16
106:22 107:4,5,9,11
107:16,18
**Pinnacle (25)**
7:25 8:2 37:10,17
38:11,25 39:11,16
39:18,24 40:2 44:12
44:12,18,20 48:10
48:21 49:3,14,21,23
108:11 109:17
114:22 116:17
**Piper (1)**
41:17
**piston (1)**
52:17
**place (2)**
18:9 105:12
**placed (2)**
22:15,23
**places (1)**
54:15
**plaintiff (3)**
3:5 50:5,10
**PLAINTIFF'S (5)**
4:11 7:14 16:23 51:2
74:20
**plaintiffs (4)**
1:8 6:11 50:6 93:7

**plane (3)**
41:20 86:25 89:18
**planes (1)**
41:7
**plant (2)**
24:13 25:24
**played (1)**
10:24
**Plaza (2)**
2:10 3:15
**please (1)**
43:24
**plenty (1)**
102:10
**plugs (3)**
58:22 59:7,8
**plus (1)**
7:5
**PMA (5)**
86:16 91:21 92:21,22
94:7
**PMI (1)**
89:5
**point (8)**
52:25 63:17 80:5,17
82:14 83:15,16
112:11
**policy (1)**
19:3
**poor (1)**
33:21
**porosity (1)**
19:23
**portion (8)**
29:3 30:9 67:2 82:23
83:10 98:6,7 107:11
**portions (1)**
83:2
**position (32)**
12:3 14:5 16:16 21:25
22:2 25:9,11,16
26:17,20 27:11 29:7
30:18 31:7,9 32:5,8
32:9 35:8,23 36:2
60:5 63:12 81:7,7
81:17,19 105:20
106:5,11,19,22
**positions (3)**
10:24 36:7 93:18
**positive (1)**
84:7
**possession (1)**
98:21
**possibility (1)**
67:22
**possible (5)**

17:7 61:9 64:4 67:9
73:22
**possibly (3)**
47:21 66:15,18
**postoverhaul (1)**
95:18
**potential (1)**
56:20
**potentially (3)**
55:22 88:12 105:15
**power (4)**
24:13 25:24 102:12
102:12
**powerplant (21)**
8:20 9:22,24 10:2,12
10:13,22 11:3 12:12
12:13 26:18,21 29:8
29:12 32:6,10 35:24
39:8,22 116:5,11
**pre-done (1)**
18:15
**preapproval (1)**
92:9
**preheating (1)**
64:2
**premise (1)**
75:17
**preparation (1)**
51:20
**prepare (1)**
108:9
**Prepared (1)**
4:12
**present (4)**
11:4 54:6 58:5 105:21
**presented (1)**
57:21
**president (1)**
37:12
**pressure (35)**
65:24 68:16 69:15
82:5 95:22,25 96:5
96:13,17,20 97:4,14
97:14,19,25 98:15
98:18,25 99:4,8,13
99:16,18,24 100:4,5
100:9,23 101:8,17
101:17,22 102:3,10
102:15
**pretty (12)**
9:14 16:8 22:16 23:24
40:16 48:5 51:14
69:4 80:23 90:5
108:22 114:22
**prevent (4)**
81:6,8,16,18

**previous (1)**
85:10
**previously (4)**
55:24 72:17 92:19
111:3
**price (5)**
113:19,20,25 114:11
115:19
**primarily (1)**
37:17
**primary (2)**
89:5 95:3
**prior (3)**
52:16,20,25
**private (2)**
39:9 41:5
**privileged (2)**
49:4,16
**probably (16)**
7:9 10:3,5 20:25
40:11,12,21 57:10
57:16 77:2 109:13
109:13 113:3,8,20
114:6
**problem (14)**
22:12,14 36:18 70:21
71:2,8,9,17 77:20
77:24 78:4 80:14,16
94:10
**procedures (1)**
25:22
**proceed (1)**
89:8
**proceedings (2)**
120:7,9
**process (5)**
23:18 81:25 85:2
92:17 95:19
**processes (1)**
25:22
**produce (1)**
95:14
**produced (5)**
6:25 13:5 16:5 28:16
40:10
**product (12)**
26:2,4,12,23 27:6
28:2,16 31:2,10
35:7,21 38:24
**production (3)**
7:2,4 15:3
**products (2)**
1:10 44:12
**professional (1)**
37:14
**professionals (1)**

38:3
**program (12)**
27:24 28:18,20,24
90:2,13,18,19,24
91:17 98:24 111:13
**programs (2)**
27:25 28:6
**progressed (1)**
33:14
**promoted (3)**
30:21 31:7 35:9
**promotion (2)**
30:14 35:6
**propeller (1)**
36:10
**proper (3)**
59:5 73:16 107:6
**properly (7)**
19:24 58:7,8,12,13,15
59:7 69:5,6 73:8
74:15 75:12,18,20
75:24 76:9,14 95:11
102:10 103:7
107:25
**properties (1)**
78:13
**protect (1)**
102:11
**protocol (1)**
90:22
**prove (1)**
76:14
**provide (8)**
26:4 27:4 28:5 35:19
47:2 60:16 79:19,23
**provided (5)**
42:6 66:5 85:11,15
88:20
**providing (2)**
35:21 59:6
**prudently (1)**
97:9
**psi (5)**
98:3 101:14 102:3,9
102:10
**public (6)**
2:14 6:4 49:9,16
119:25 120:22
**publication (2)**
16:8,20
**pump (5)**
69:13 97:18,18 99:8
100:14
**purchased (1)**
84:20
**purchases (1)**

84:20
**purchasing (1)**
114:12
**purely (5)**
37:13 68:2 78:7 88:7
89:21
**purpose (1)**
81:4
**purposes (1)**
23:5
**push (1)**
72:18
**pushed (1)**
63:10
**put (13)**
13:19 14:17 40:21
68:16 78:10 79:8,14
82:4 88:16 89:17
107:13 108:21
110:16
**puts (3)**
44:12 81:24 97:19

---

### Q

**qualified (2)**
46:9 111:17
**quality (2)**
20:2 21:17
**question (33)**
5:9 19:17 23:5 24:11
24:21 38:17 40:17
43:22,25 44:15
46:14 56:5,6 57:4
58:19 62:4 68:19,20
68:24,25 75:14,20
81:23 88:10 92:11
93:24 96:7 103:12
103:16 105:3 106:6
109:12 117:9
**questions (7)**
25:20 26:3 27:4 36:20
116:3 117:10 118:2
**quick (1)**
85:6
**quite (4)**
13:15 23:19 110:15
110:16
**quote (2)**
77:12 110:22
**quoted (1)**
114:23
**quotes (2)**
114:22,23

---

### R

**R (5)**

84:20
**radial (1)**
107:17
**RAMEY (1)**
1:11
**ran (1)**
72:24
**range (4)**
52:11 77:3 79:4
104:10
**ranges (1)**
97:6
**rare (4)**
18:7 20:5 29:10,15
**rating (1)**
41:17
**RDR (2)**
1:23 120:19
**read (2)**
6:17 119:7
**readily (1)**
114:18
**readings (1)**
102:15
**reads (2)**
63:25 119:7
**real (1)**
63:17
**real-time (1)**
28:12
**realized (1)**
21:10
**really (17)**
10:21 24:10 26:3,12
26:22 27:9,23 31:11
38:5,9,19 46:25
47:23 53:9,20 55:12
58:10
**Realtime (3)**
2:12,13 120:20
**reason (7)**
16:16 55:23 74:16
75:14 80:3 85:2
119:7
**reasonable (4)**
115:2,7,9,17
**reassembled (6)**
86:24 87:3,17,22 88:2
112:24
**reassembling (1)**
110:20
**rebounded (2)**
99:14 100:9
**rebuilt (3)**
93:8 113:9,12
**recall (6)**

17:8 32:23 33:14
42:16 46:25 84:11
**receive (2)**
40:18,25
**received (2)**
89:10,14
**recess (4)**
50:21 85:7 107:4
108:5
**recognized (1)**
97:3
**recollection (4)**
20:24 34:23 47:22,24
**recommend (1)**
66:9
**recommendation (1)**
89:7
**recommends (1)**
99:24
**record (4)**
49:9 60:12 85:19
117:13
**redline (1)**
96:21
**redlined (1)**
96:22
**redlining (1)**
96:5
**reduce (1)**
55:4
**reduced (1)**
83:17
**reduces (1)**
54:24
**refer (1)**
98:13
**referred (2)**
31:6 74:18
**reflected (6)**
43:20 44:3 51:21,23
87:11,12
**refueling (1)**
15:13
**regarding (1)**
116:6
**regardless (1)**
35:3
**Registered (1)**
2:11
**regs (1)**
102:23
**regular (4)**
36:16,17 58:17
114:22
**regulation (1)**
102:18

**regulations (1)**
116:6
**regulatory (2)**
31:16 32:7
**reject (1)**
73:22
**related (11)**
22:19 26:12 34:16
38:21,23 44:12,15
60:22 63:25 66:23
109:8
**relates (1)**
89:25
**relatively (1)**
15:22
**relay (1)**
64:3
**relief (6)**
100:12,13,21,25
101:25 102:5
**rely (2)**
6:23 115:9
**remained (1)**
87:15
**remaining (1)**
75:18
**reman (3)**
113:19,23 114:2
**remember (9)**
21:21 32:16,17 42:18
47:25 48:2 99:22
116:22 117:13
**Remind (1)**
8:4
**remove (2)**
66:24 75:21
**removed (3)**
66:10 76:7 81:10
**renewal (2)**
26:10,11
**repair (11)**
37:20 87:11,13 108:8
110:9,13,24 114:12
115:11,12,15
**repaired (2)**
110:2 113:14,15
**repairing (2)**
110:4,15
**repairs (2)**
114:17,23
**rephrase (1)**
77:25
**replace (2)**
108:25 109:7
**replaced (4)**
62:15 109:24 110:2

111:4
**replacement (4)**
21:12 93:14 109:2
110:7
**report (23)**
4:12 6:24 7:5,13 19:5
21:16 41:22 50:12
50:16 52:5,13 53:24
54:12 56:2 74:18
77:11,18 78:9 83:17
93:5 95:13,21 108:8
**reported (3)**
1:22 30:22 55:17
**Reporter (5)**
2:11,12,13 120:17,22
**Reporter's (1)**
4:19
**Reporting (1)**
120:16
**reports (2)**
31:24 59:20
**represent (5)**
6:10 48:21,23 50:2
64:6
**representative (7)**
25:9 26:8,14 30:4,8
31:15 36:6
**representatives (2)**
30:22 88:11
**represented (2)**
49:2,20
**representing (2)**
45:20 49:15
**request (1)**
35:22
**requested (3)**
88:21 89:9 92:25
**requesting (1)**
92:17
**require (6)**
21:3 29:14 30:3 32:6
36:9 65:10
**required (13)**
18:25 21:15,15 26:18
29:8,20,23 35:24
39:13,25 108:24,25
111:11
**requirement (2)**
11:13 36:2
**requirements (7)**
8:19 9:21 10:8,11
32:10 116:7,18
**research (3)**
14:13 102:23 114:8
**researched (1)**
113:22

**reserved (1)**
5:10
**respect (1)**
12:24
**respective (1)**
5:5
**response (1)**
84:7
**responsibility (3)**
30:24 35:14 112:6
**responsible (1)**
21:18
**rest (1)**
12:10
**restored (1)**
88:2
**result (4)**
24:14 64:3 117:5
120:13
**resulting (3)**
61:10,23 64:4
**results (2)**
24:19 73:3
**résumé (1)**
25:8
**resumed (1)**
101:9
**retain (2)**
81:17 113:16
**retard (1)**
60:9
**retire (1)**
37:5
**retirement (1)**
37:2
**return (4)**
21:11 86:25 87:18
88:5
**returned (3)**
13:11 18:24 93:9
**revealed (2)**
55:17,21
**review (6)**
18:21 21:19,23 52:3
57:21 85:13
**reviewed (3)**
19:5 85:10 93:12
**revise (3)**
16:9,11 18:7
**revision (1)**
17:12
**right (14)**
41:19 42:8 43:13,23
59:12,15 63:24
86:21,23 87:10 96:3
112:23 113:10

117:12
**right-hand (1)**
59:18
**risk (1)**
80:11
**River (1)**
8:12
**Riverview (2)**
2:10 3:15
**rod (1)**
86:9
**role (8)**
10:23 18:22,22,23
26:4,13 30:21 31:13
**rotary (1)**
14:14
**rotation (6)**
52:22,23 53:3 54:21
82:13,16
**rough (2)**
22:16 77:9
**rougher (1)**
23:22
**roughly (6)**
21:21 32:21 45:18,18
52:7 113:7
**Royal (2)**
2:9 3:14
**rpm (14)**
97:7,24 98:25 99:10
99:15,17,18,20,21
99:23 100:2,3 101:6
101:15
**rpm's (1)**
99:5
**rpms (1)**
100:10
**run (3)**
81:21 97:16 99:19
**run-up (7)**
58:19 97:4,10 99:22
100:20 102:20
117:22
**running (2)**
94:6 99:6
**runs (4)**
14:10 38:6 75:3 90:5

**S**

**S (1)**
3:2
**safe (3)**
96:4,14 111:21
**safety (10)**
35:10,11,15,17,17
75:25 81:4,9,14

95:22
**safety-of-flight (1)**
98:8
**safety-wired (1)**
81:14
**sales (3)**
25:10,13 28:3
**saw (4)**
32:13 63:8 73:25
102:20
**saying (5)**
18:13 65:2,7 87:25
97:13
**says (7)**
61:9,10,23 65:5 70:20
77:13 93:6
**scenario (2)**
82:7 100:19
**scene (1)**
35:20
**scheduled (1)**
34:3
**school (4)**
8:17,18 9:13 111:10
**schools (1)**
28:3
**scope (5)**
90:17 91:9 108:15,19
108:21
**SCOTT (1)**
1:10
**scratch (1)**
18:7
**screwing (1)**
81:17
**screws (7)**
68:6 73:17 74:9 75:12
83:4 103:14 111:20
**sea (1)**
39:9
**sealing (1)**
5:6
**seaplane (2)**
41:12,17
**seat (2)**
100:13 102:5
**seating (2)**
67:19,25
**seats (1)**
107:6
**second (2)**
38:4 52:5
**secure (5)**
67:5 68:17,18 69:16
82:18
**see (34)**

15:25 16:13 20:19
23:25 24:24 25:8
32:22 33:5,9 34:2
43:15 45:14 51:9
59:20 61:21 63:18
63:20 64:14,16,22
65:3,8 72:3 74:7
76:20 77:12 80:22
99:16 100:3,23
103:5 105:22
109:20 110:3
**seeing (1)**
47:7
**seek (1)**
36:21
**seen (20)**
25:6 51:5 57:10 61:7
63:10,13 67:24
70:11,11 72:13,14
72:15 74:2,13 83:10
92:8,16 95:6 105:7
107:2
**seminars (2)**
26:10,11
**sense (2)**
17:14 80:6
**sent (3)**
31:20 51:9 84:24
**separate (1)**
38:13
**September (4)**
30:12,20,25 42:3
**sequence (5)**
53:8 71:18 76:19
97:10 99:2
**series (2)**
35:2,2
**served (1)**
50:4
**service (24)**
11:21 13:11 16:5,7
19:6 20:10 25:10,14
26:6,14 27:12 28:13
28:18 30:2,19,22,23
38:4 66:4 86:25
87:18 88:5 93:9,13
**service-related (1)**
28:21
**services (12)**
27:16,16 28:3,8,22
29:3,4,4 30:13 39:5
50:24 95:2
**set (5)**
79:9,11,13 81:2 111:6
**setting (4)**
79:9,11 102:12,12

**settled (1)**
50:14
**seven (1)**
39:17
**severe (2)**
22:25 25:5
**severity (2)**
24:18 55:11
**shaft (3)**
23:16 63:9 72:16
**shear (4)**
69:17 70:5,14 82:6
**sheared (11)**
33:16,16 34:16 48:8
67:24 72:23,24 73:2
103:14,19 116:21
**shearing (4)**
73:3,23 74:11 76:5
**sheer (1)**
34:22
**SHEET (1)**
119:2
**shift (1)**
50:18
**shifting (1)**
103:25
**ship (1)**
41:2
**ships (1)**
40:19
**shop (1)**
88:4
**short (1)**
117:10
**shoulder (4)**
107:11,13,14,19
**show (1)**
57:22
**shower (2)**
34:11 55:20
**shows (4)**
26:7 76:11 100:7
103:22
**shrink-fitted (1)**
107:25
**shut (1)**
98:19
**side (4)**
8:10 11:8 36:13
107:18
**sign (12)**
6:17 12:11 28:10 29:9
29:13,14,15,21,24
36:3,9 40:8
**sign-off (1)**
29:21

**Signature (1)**
119:20
**signatures (2)**
68:3 103:21
**signed (5)**
5:12,14 12:12 30:10
40:11
**significance (2)**
13:3,4
**significant (4)**
23:8 68:14 104:3
107:9
**signs (2)**
33:9 40:9
**Silverhill (3)**
8:3,4,5
**similar (9)**
18:11 32:19 33:8
51:13 61:7 93:10
95:14 96:23 107:2
**similarity (2)**
18:10 115:20
**simple (6)**
21:7,13 25:23 44:9
80:23 107:2
**simpler (1)**
78:24
**simply (5)**
21:16 84:13 91:12
94:7 101:22
**single (2)**
39:9 66:17
**sit (5)**
41:25 77:20 86:3
96:11 117:17
**sits (2)**
87:22 112:22
**situation (16)**
20:8 33:15 57:2 65:20
67:7 74:3 81:20
89:2,12 90:20 93:12
94:2,4 100:14,16
112:11
**situations (5)**
55:14 63:10 65:22
90:4 100:19
**six (6)**
14:19 33:16 40:24
41:2 69:3 73:21
**size (1)**
57:25
**sleeve (3)**
63:11 72:16,18
**slippage (1)**
22:19
**small (18)**

8:6 33:10 69:2,11,12
73:5,11,20 74:4
76:11,21 77:15,19
84:13 91:2 103:22
107:20,24
**smaller (1)**
69:16
**Smith/Jones (2)**
47:20 48:20
**softer (1)**
55:3
**sold (2)**
112:25 113:11
**sorry (10)**
7:8 10:13 14:4 48:11
59:14 92:4 109:12
113:14 114:4 115:4
**sort (11)**
11:16 17:22 18:20
22:23 29:23 44:2
49:2,19 72:8 88:15
89:24
**sounds (2)**
42:8 50:20
**South (4)**
2:9 3:14 46:24 47:7
**spark (6)**
58:22 59:6,7,7,8 60:9
**sparks (2)**
34:12 55:20
**speak (5)**
24:5 37:2 89:20 94:11
106:21
**speaking (6)**
52:14 73:14 83:6 89:3
89:21 108:11
**specialized (1)**
75:23
**specific (22)**
19:8 30:3 34:24 50:19
56:17 58:22 60:12
60:16,19,21 62:6
76:24 87:7 89:11
91:16,25 94:8,20
96:9 106:23 111:15
112:18
**specifically (19)**
15:23 32:17,23 34:17
42:16,17 53:11
57:13 62:19 71:24
77:4 83:5 86:7
89:15 91:6,10 98:18
98:20 113:22
**specification (1)**
85:3
**specifics (3)**

46:24 57:4 94:18
**specified (1)**
103:10
**spectrum (1)**
90:6
**speed (1)**
52:24
**split (1)**
58:4
**spoke (2)**
88:7 94:12
**spot (2)**
106:8,10
**spring (21)**
54:16,23 61:11,15,20
61:24 62:2,17,24
63:13,14,14 64:5,23
65:25 68:9,12 70:15
70:17 72:2,14
**springs (1)**
63:19
**squeezes (1)**
55:5
**standard (1)**
84:3
**standpoint (32)**
11:5,12 13:5 19:10
23:15 24:10 25:15
32:3,7,8 34:12
35:13 36:6 38:24
40:18,20,23 44:4,7
44:11 47:24 58:10
58:11 78:6,6,19
81:13 90:7 102:18
102:22 116:8
117:24
**stands (1)**
29:18
**start (12)**
8:14 11:24 13:25 18:3
18:15 54:18 62:4
68:10 88:10,25
101:2 105:13
**started (14)**
6:14,20 11:20 12:6,15
12:15 27:23,23
37:10 47:5 54:7
65:20 78:12,13
**starter (61)**
22:8,15,21,23 23:3,15
23:17,22 24:2,7,14
34:25 53:4 54:12,14
54:20 61:11,14,18
61:24 62:17,24,25
63:4,11 64:3,4,8,9
64:23 65:8,25 66:9

66:21,23,24 70:21
71:3,5,9,11,12,17
71:25 72:3,5,9,11
72:14,16 81:21,24
82:2,12,21 83:2
84:18 109:21,22,25
110:4
**starting (21)**
23:2,13,18 30:24
33:24,25 34:7,10,12
53:7,23 55:19 60:5
64:2 65:20,21 68:10
68:15 69:8 75:10
109:9
**starts (3)**
23:18 61:5 100:23
**state (8)**
2:14 46:18,21 87:2,4
91:13 120:3,23
**stated (1)**
95:13
**statement (3)**
70:23,25 92:21
**states (3)**
1:2 64:22 75:10
**stating (1)**
101:24
**station (2)**
37:20 115:11
**steady (1)**
99:10
**steel (2)**
55:4 78:14
**Stephen (2)**
3:9 6:10
**steps (1)**
113:10
**Stinson (1)**
41:10
**STIPULATED (3)**
5:4,8,11
**stipulation (1)**
26:20
**stipulations (1)**
6:15
**stop (1)**
80:5
**stops (1)**
38:6
**straight (2)**
41:11,17
**Street (3)**
2:9 3:7,14
**strength (1)**
69:23
**stress (1)**

23:11
**stretch (1)**
76:5
**strong (2)**
68:22 69:4
**stronger (2)**
68:21,21
**stuff (1)**
50:19
**submit (3)**
19:4 90:20,23
**submitted (3)**
90:14 93:12,16
**Subscribed (2)**
118:10 119:21
**subsequent (5)**
51:25 55:18 61:11,25
62:18
**subsequently (1)**
62:14
**substantially (1)**
23:19
**successor (1)**
9:15
**suffer (2)**
65:9 70:12
**suffered (2)**
59:12,15
**suggest (1)**
101:23
**suggested (2)**
92:12,14
**suggesting (4)**
92:20,22 95:23
101:21
**summary (1)**
71:18
**Summerdale (4)**
7:21,22 8:7,11
**Superior (3)**
91:12,22 92:3
**supervise (1)**
30:18
**supervising (1)**
35:14
**supervisor (2)**
30:13,21
**supplier (1)**
94:7
**support (5)**
31:14 38:7 39:5 44:3
93:20
**sure (21)**
12:19 19:13 21:20
28:25 34:9,24 36:5
43:22 45:11 48:5

73:19 83:5 84:25
88:17 93:4 103:16
104:23 114:8,14
115:13,23
**surprise (1)**
110:25
**survive (1)**
77:10
**suspected (2)**
55:16 106:18
**sworn (5)**
5:12,14 6:3 118:10
119:21
**system (11)**
34:10,13 55:19 58:8,9
58:14,20 59:4 67:2
112:18 117:14
**systems (3)**
2:13 17:18 120:20

——————

**T**

**T (4)**
6:2,2 120:2,2
**tailored (1)**
28:9
**take (21)**
12:3 16:10 18:23
19:12 25:17 27:23
40:13,17 50:17
56:17,23 65:24
76:23 77:5,7 85:6
96:22 108:4 110:12
114:20,21
**taken (10)**
18:8 30:6 96:23 97:17
99:13 101:8 102:15
111:7,13 120:7
**takeoff (2)**
100:6,9
**talk (1)**
103:4
**talked (2)**
94:18 116:19
**talking (10)**
17:4 49:5 64:18 82:23
83:8 86:8 93:4
94:20 99:4 105:2
**talks (1)**
26:10
**task (2)**
25:23 79:17
**TCMLINK (4)**
27:24,24 28:5 29:6
**teach (1)**
111:14
**tear-down (1)**

31:18
**tech (1)**
18:6
**technical (24)**
8:16,18,25 9:5,14
16:2,3 17:23 19:9
25:10,13,15 26:14
27:10,11 28:3 30:19
30:22,23 38:20 44:6
44:15 80:24 95:2
**technique (1)**
54:8
**teeth (4)**
69:16,23 70:6 83:13
**Teledyne (4)**
13:24,25 14:3 31:3
**tell (10)**
17:7 36:18 45:13,22
67:9,14,17 78:14
84:15 106:10
**telling (1)**
8:14
**tells (1)**
90:3
**temperature (9)**
77:23,25 78:2,15,20
80:9 97:21 98:25
101:16
**template (1)**
18:5
**ten (4)**
20:25 104:10,12,21
**tend (2)**
55:4 76:5
**tended (1)**
25:21
**tension (7)**
68:9,12 76:13,18
81:15,18,19
**term (3)**
22:24 53:9 113:12
**terms (7)**
23:9 57:7 73:16 76:16
94:18,21 104:4
**Terry (9)**
1:16 2:8 4:5,12 43:7
49:12 56:11 118:7
119:5
**test (1)**
18:25
**testified (4)**
6:5 46:17 55:24 95:17
**testify (1)**
43:7
**testimonies (1)**
42:10

**testimony (14)**
41:23,25 42:6 43:6,21
44:5 46:10,16 47:2
55:25 71:19 85:11
85:11,16
**testing (13)**
15:5,10,10,11 19:10
21:2,14 31:24 37:4
38:22 67:15 78:5
109:8
**tests (1)**
14:10
**Teutenberg (1)**
48:20
**Theodore (1)**
8:17
**thing (15)**
36:19 37:2,7 61:10
62:22 63:17,20
66:15,17 67:12
83:21 93:4,22 107:2
110:10
**things (40)**
12:12 14:9,10 15:5,14
15:18 16:10 17:17
17:18 20:5,10 21:3
22:20 25:21 26:6,11
27:10 28:17,18,21
29:13 33:22 34:8,17
36:20 37:4 38:22
40:17 49:8 54:23
56:18,25 57:3 60:12
60:18 73:24 91:8
93:20 109:3,4
**think (35)**
18:2 21:7 23:21 38:4
40:3 47:12 48:3
49:4,11,14,16 50:18
57:9,15 62:16 65:4
65:12 71:15 74:8
77:4 79:3 87:21
88:9 91:15 103:11
104:2,7,12,19 109:6
110:15 112:11,25
113:3 115:24
**thinking (1)**
44:17
**third (2)**
61:2,4
**thoughts (1)**
75:17
**thousandths (5)**
78:11 104:11,12,22
107:8
**three (2)**
40:6 43:7

**thrust (1)**
86:8
**tight (1)**
75:12
**Tim (3)**
3:17 6:15 7:8
**time (45)**
5:10 10:3,10,15 14:15
14:18,25 15:20,21
17:10,13 20:22,23
21:6 29:11,16 30:17
32:12 36:4,12 40:17
40:22,25 41:2 53:11
54:6 57:7 58:6 68:7
73:13 76:13,16,24
76:24 77:2,5 81:10
97:21 98:10,12
103:23 113:16
115:13 116:15
118:4
**timed (2)**
53:10 58:7
**times (6)**
43:7 44:9 50:3 71:15
80:24 83:7
**title (1)**
31:9
**today (20)**
7:9 17:3 41:25 45:13
47:15 70:20 71:15
77:21 86:3,25 87:15
87:18,22 88:5 89:22
96:11 112:23 113:2
114:21 117:17
**told (2)**
115:9,14
**tolerance (3)**
79:21 101:22 103:9
**tolerances (2)**
55:8 58:17
**tool (5)**
106:20,21,23 107:6
107:10
**tools (1)**
107:2
**tooth (1)**
70:12
**top (6)**
7:22 46:20 52:16,20
52:25 60:7
**torch (1)**
77:14
**torn (1)**
93:8
**torque (7)**
23:10 68:6,8 73:15,16

81:21,24
**torqued (10)**
69:6 73:7 74:14 75:12
75:17,19,24 76:9,14
81:16
**total (1)**
108:16
**town (1)**
8:6
**trade (1)**
26:7
**training (1)**
111:13
**transcribed (1)**
120:7
**transcript (2)**
119:2 120:9
**transcription (1)**
120:8
**trapped (2)**
100:21 102:4
**traps (1)**
101:4
**tremendous (1)**
54:15
**trend (1)**
20:19
**trial (9)**
5:10 42:6,9 43:20
46:16 50:6,15 85:11
85:15
**troubleshooting (4)**
11:8 25:22 28:20
36:19
**true (2)**
87:16 120:9
**try (5)**
24:2 37:24 38:3,5
110:17
**trying (4)**
21:7 47:22 73:19 78:7
**turn (11)**
7:17 20:9,14 52:13,21
54:9 60:25 63:21
97:19 103:3 108:7
**turning (3)**
41:22 52:25 95:21
**Tuscaloosa (1)**
52:2
**two (12)**
9:9 33:12 39:21 40:3
40:3 43:5 54:23
67:23 69:5 82:18
106:4 108:14
**type (33)**
14:9 15:9 23:5 25:24

26:8 34:12 36:19
37:6 38:20 48:2
49:6,6 55:3 61:18
61:21 62:20,25 63:4
63:5,7,15,16,18
66:20 67:7 70:17
72:3,21 89:11 94:2
100:19 106:12,25
**types (4)**
15:8 23:3 32:18 107:2
**typical (5)**
58:3 61:19 63:17
72:21 97:10
**typically (23)**
15:11 18:4,18 19:19
19:22 20:17 23:2
32:8 34:2 35:19
36:2 38:23 52:17
53:3 72:3 80:10
98:2 99:20 100:18
106:20 107:10
117:20,21

_____
U
_____
**Uh-huh (1)**
84:7
**ultrasonic (1)**
39:12
**umbrella (3)**
27:24 28:9 29:5
**unapproved (13)**
13:21 85:24 87:5 90:2
90:4,13,15,18,20,23
92:9 95:19,20
**underside (1)**
68:3
**undersized (1)**
55:7
**understand (19)**
23:3 43:22 46:14
58:18 68:19,25
69:20 70:24 81:23
83:5 92:11 93:3
97:13 103:17
104:15 105:2,3
109:12 110:22
**understanding (1)**
90:16
**understands (1)**
94:19
**understood (1)**
19:14
**uniform (1)**
77:14
**unit (2)**
104:6,7

**UNITED (1)**
1:2
**unknown (1)**
86:22
**unsafe (2)**
112:9,14
**update (1)**
16:12
**upgrade (1)**
65:10
**Upper (1)**
114:7
**use (17)**
13:21 15:7 25:24
35:24 77:13 86:5,11
86:18 87:14 90:8
92:9,18 94:3 95:14
104:8 106:25 111:4
**username (1)**
28:11
**usual (1)**
6:15
**usually (13)**
18:5 20:7 22:18 25:17
26:19,20 31:19
36:17,21 40:23
51:14 79:7 117:21
**utilized (1)**
34:5

_____
V
_____
**v (1)**
42:13
**valid (3)**
19:11,13,16
**value (6)**
56:23 113:4,5,6
115:17,20
**values (1)**
101:16
**valve (6)**
100:12,13,21,25
101:25 102:5
**variance (5)**
88:21 89:10 92:18,25
93:2
**variances (4)**
88:12,15 89:13,24
**variation (1)**
84:4
**various (1)**
19:5
**varying (1)**
26:2
**verify (1)**
21:16

**version (1)**
17:5
**versus (4)**
60:5 74:4 107:10
115:12
**Vestavia (1)**
48:15
**views (1)**
16:14
**vintage (3)**
115:3,5,6
**violations (1)**
90:6
**viscosity (3)**
97:20,22 101:3
**visit (1)**
75:11
**visually (1)**
84:25
**vitae (1)**
14:24
**volume (1)**
20:20
**Voyager (1)**
15:12
**vs (2)**
1:9 119:3

**W**

**Wadsworth (55)**
3:9 4:6,8 6:7,10,14,18
6:19 7:8,12,16
13:23 16:19,25
24:22 25:7 33:19
41:4 43:3,11,14
49:5,17 50:17,22
51:4 62:9,12 65:6
69:24 71:7,22 74:22
81:3 85:6,8,21,22
87:8,24 89:23 96:10
101:19 103:2 108:4
108:6 112:8 115:21
115:24 117:8,25
**waived (1)**
5:7
**Wallace (1)**
9:6
**want (12)**
27:3 31:19 50:9 54:20
66:24 83:5 93:3
102:19 103:16
108:7 111:25 112:3
**wanted (5)**
26:23 37:6,9 110:17
111:18

**wanting (1)**
11:23
**warmer (1)**
101:4
**warms (1)**
100:22
**warnings (2)**
60:16,21
**warranties (5)**
18:21 20:7 21:19,24
84:23
**warranty (6)**
18:19 19:3,7,7,19
22:7
**wasn't (9)**
10:21 19:23 20:14
36:17 37:13 49:8
62:4 72:9 103:24
**water (1)**
41:15
**way (20)**
12:5 18:4 23:4,7
25:13 40:23 58:18
61:4 72:23 74:5
79:12 80:2 84:14
91:17 97:22 107:12
107:19 112:12,21
115:8
**ways (1)**
25:6
**we're (8)**
17:2,4 38:7 47:15
50:18 64:18 86:7
93:4
**we've (1)**
108:13
**wear (9)**
33:8 57:20 76:21 77:8
83:11 103:4,7
104:20 109:22
**weather (1)**
64:2
**week (2)**
28:7 87:21
**weekends (2)**
10:20 11:9
**weeks (2)**
40:24 41:3
**went (10)**
8:16,22 9:4,12 10:14
13:24 14:20 29:20
50:14 111:10
**weren't (6)**
34:21 75:17,24 76:8
85:2 92:6
**WESTERN (1)**

1:4
**whatsoever (1)**
65:16
**wheel (4)**
54:13 55:2,6 72:15
**whichever (1)**
55:19
**wife (2)**
51:10 75:4
**WILLIAMS (1)**
3:4
**Winter (1)**
42:13
**wire (5)**
75:25 81:4,5,9,14
**witness (27)**
4:3 6:3 13:14 24:17
25:2 33:4 40:16
45:20,22 46:2,7,10
46:13,18 50:4 61:11
64:25 69:20 71:5
80:19 87:7 89:20
96:7 101:11 102:18
111:24 115:19
**wondering (1)**
7:17
**words (2)**
52:23 102:6
**work (48)**
10:14,20,24 11:5,6,8
11:10 12:3 13:24
15:8,19 17:14 18:6
25:14 26:8,17 27:19
29:7,13,20,23 32:5
35:13,18,23 36:13
37:6,6,17,25 38:18
38:20 40:21 43:16
43:19 44:2,8 49:20
51:19 56:20 62:10
62:14 89:22 108:15
108:19 109:7
112:18 116:15
**worked (15)**
10:17 12:5,6,10,16
14:6,7,15 15:11
17:19 25:12 26:15
45:2 46:21 116:16
**working (6)**
10:5,18 14:14,22
20:21 75:7
**workmanship (1)**
20:15
**works (6)**
51:14 75:5 85:21
91:18 94:23 116:9
**world (2)**

15:13 22:17
**worm (9)**
54:13 55:2,6 72:15
82:20,23,25 83:2,9
**wouldn't (21)**
13:18 15:4 17:25
22:13 36:3,9 44:7
53:8 76:6 79:17,23
81:20 82:20 95:9
104:3,4 107:15
108:2 109:25 112:3
116:12
**wrench (1)**
68:8
**write (1)**
21:16
**writer (3)**
16:2,3 17:23
**writer's (1)**
18:6
**writing (1)**
27:10
**wrote (2)**
50:12,16

**X**

**X (1)**
4:2

**Y**

**Y (1)**
6:2
**yeah (11)**
6:16 7:11 17:10 44:8
48:14 49:18 86:15
87:9 109:6 115:22
116:8
**year (2)**
9:25 28:7
**years (11)**
10:17 11:10 17:9 27:3
40:5,7 44:14 45:3,4
45:19 94:13
**young (1)**
8:23

**Z**

**0**

**084.004827 (1)**
120:21

**1**

**1 (6)**
1:18 2:4 4:12 7:7,14
119:4

**10 (3)**
77:15 79:14 103:3
**10/9/2019 (1)**
120:25
**100 (3)**
20:21 101:7 108:25
**11 (1)**
93:5
**110931 (1)**
1:24
**115 (1)**
4:7
**117 (1)**
4:8
**12 (3)**
32:24 109:15 116:20
**12:39 (1)**
118:4
**120 (1)**
4:19
**1200 (1)**
99:23
**13 (2)**
108:7 120:20
**13,000 (2)**
109:15,15
**135 (2)**
37:24,25
**13th (1)**
2:9
**14 (2)**
85:17,20
**145 (2)**
37:20 57:11
**15 (1)**
7:17
**15-minute (1)**
44:10
**150 (4)**
15:11 41:10 77:10
113:17
**15K (1)**
113:8
**16 (2)**
4:13 51:18
**17 (1)**
14:24
**1700 (1)**
99:21
**18 (4)**
41:22 43:21 44:3
47:16
**180 (2)**
41:9,9
**182 (1)**
41:9

**185 (1)**
41:9
**1899 (1)**
120:21
**19 (1)**
42:9
**190 (2)**
103:9 107:7
**1955 (1)**
103:8
**1978 (1)**
8:17
**1982 (1)**
11:20
**1984 (4)**
10:3,16 11:4 13:24
**1985 (1)**
14:16
**1986 (3)**
14:16 15:12,25
**1988 (1)**
15:25
**1989 (1)**
25:9
**1993 (1)**
41:6
**1995 (1)**
27:15

— 2 —

**2 (7)**
4:13 16:20,23 60:24
  77:17,17 79:4
**20 (5)**
27:2 42:5,19 43:2,9
**200 (1)**
20:21
**2000s (1)**
10:5
**2001 (4)**
30:12,17,20,25
**2003 (2)**
30:12 31:7
**2004 (1)**
9:13
**2008 (1)**
35:5
**2011 (6)**
16:21,22 37:11 42:4
  42:14 62:9
**2014 (1)**
47:11
**2015013 (1)**
120:22
**2016 (6)**
1:18 2:4 118:11 119:4

119:22 120:18
**20s (1)**
114:7
**20th (1)**
3:7
**210 (3)**
41:8 103:9 107:7
**22nd (1)**
96:13
**24 (1)**
28:6
**25 (4)**
45:3 77:3,3,7
**250 (1)**
79:10
**26 (2)**
10:17 51:18
**2nd (1)**
120:18

— 3 —

**3 (3)**
4:15 50:25 51:2
**30 (9)**
17:9 27:2 77:8 98:2
  101:14 102:3,9,10
  114:6
**30-hour (1)**
77:3
**30,000 (1)**
114:6
**300 (9)**
77:15 78:2,21 79:5,10
  79:13,19,22 80:3
**300-hour (1)**
15:11
**30s (1)**
114:7
**33 (1)**
44:19
**337 (1)**
42:17
**339 (1)**
61:2
**348 (1)**
63:21
**349 (1)**
63:22
**35 (1)**
34:3
**350 (7)**
77:19 78:21 79:10,16
  79:18,21,22
**35203 (1)**
3:8
**365 (1)**

28:7
**36602 (2)**
2:10 3:16

— 4 —

**4 (3)**
4:17 74:17,20
**40 (2)**
27:3 40:22
**400 (3)**
79:6 80:7,7
**45 (2)**
83:8,9

— 5 —

**5 (2)**
77:15 79:14
**5-5-15 (1)**
4:17
**5/1 (1)**
75:10
**50 (2)**
4:15 78:10
**505 (1)**
3:7
**520 (4)**
15:19 18:14,15 35:3
**520s (1)**
15:24
**550 (10)**
15:24 17:21 18:15,16
  35:4 47:20 48:3,5
  64:10,18
**550-C (1)**
108:12
**550s (5)**
15:21 64:12,13,14,17

— 6 —

**6 (1)**
4:6
**60 (3)**
98:2 101:14 102:3
**63 (2)**
2:9 3:14
**639 (1)**
70:20
**646592A2 (1)**
111:6
**667 (1)**
83:8
**690 (1)**
77:16

— 7 —

**7 (2)**

4:12 28:6
**7:15-CV-01172-LS...**
1:5
**74 (1)**
4:17
**7th (1)**
42:3

— 8 —

**8 (1)**
8:5
**80s (1)**
15:22
**88 (1)**
18:20
**89 (1)**
18:20

— 9 —

**9 (2)**
77:12 95:21
**9:00 (1)**
2:5
**90 (1)**
40:12
**90s (1)**
27:20
**91 (1)**
37:25
**95 (1)**
30:17