FILED
2016 Nov-14 PM 06:47
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 39

Dixie Air Services, Inc.
5851 Robert Cardinal Airport Road
Tuscaloosa, AL 35401-0409
Phone (205) 333-3000
Email: dixieairservices@comcast.net

# Maintenance Invoice

| Date | Work Orde... |
|---|---|
| 4/16/2014 | 2123 |

**Bill To**

Perkins Communication
Joe Perkins
P.O. Box 837
Northport AL 35476

| Terms | N Number/Model & SN | Hobbs/Tach |
|---|---|---|
| Net 30 Days | 6745M/58/TH-1124 | 2754.7 |

| Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| Labor | Replace right engine right magneto. | 3 | 78.00 | 234.00 |
| Labor | Replaced missing nut on right alternator field terminal. | 0.5 | 78.00 | 39.00 |
| Labor | Re-secured right engine vac filter mount fixture. | 0.5 | 78.00 | 39.00 |
| Labor | Replaced missing safety wire on right engine metering unit screen. | 1 | 78.00 | 78.00 |
| Labor | Installed gasket on right engine oil dip stick. | 0.5 | 78.00 | 39.00 |
| Labor | Install missing intake clamps L/eng #1 cylinder. | 1 | 78.00 | 78.00 |
| Labor | Perform usual insp on both engines. Did not c/w 100 hour on annual inspection. M. Terry 2745381 AP/IA | 3 | 78.00 | 234.00 |
| 33-199-6 | Gasket |  | 5.75 | 5.75T |
| Q100-38 | Worm Gear Clamps | 2 | 3.50 | 7.00T |
|  | Magneto warranty supplied by quality accessories. |  |  |  |

Dixie Air Services Maintenance Department Appreciates Your Business!!

| | | |
|---|---|---|
| Subtotal | | $753.75 |
| Sales Tax (9.0% | | $1.15 |
| Balance Due | | $754.90 |


DEFENDANT'S EXHIBIT 5

AJ-Dixie 00114

**Dixie Air Services, Inc.**
5851 Robert Cardinal Airport Road
Tuscaloosa, AL 35401-0409
Phone (205) 333-3000
Email: dixieairservices@comcast.net

# Maintenance Invoice

| Date | Work Orde... |
|---|---|
| 4/25/2014 | 2135 |

**Bill To**
Perkins Communication
Joe Perkins
P.O. Box 837
Northport AL 35476

| Terms | N Number/Model & SN | Hobbs/Tach |
|---|---|---|
| Net 30 Days | 6745M/58/TH-1124 | |

| Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| Labor | Troubleshoot L/wing fuel leak. Replace electrical fuel boost pump. | 3 | 78.00 | 234.00 |
| Labor | Troubleshoot R/eng fuel pump problem. C/W SIL 97-3 mt fuel pump adjustment. | 5 | 78.00 | 390.00 |
| Labor | Removed, repaired & reinstalled flap control cover. | 1 | 78.00 | 78.00 |
| 4404-00-7RSV | Electrical fuel pump | 1 | 1,683.50 | 1,683.50T |
| 1160401-002 | Visor | 1 | 118.37 | 118.37T |
| FNA-1 | Relief Funnel | 1 | 10.75 | 10.75T |
| 4312 | Plastic Glue | 1 | 23.91 | 23.91T |
| 2321GB | Plastic Paint | 1 | 8.67 | 8.67T |
| NAS391B6P | Interior Washers | 1 | 5.20 | 5.20T |

Dixie Air Services Maintenance Department Appreciates Your Business!!

| | |
|---|---|
| Subtotal | $2,552.40 |
| Sales Tax (9.0%) | $166.54 |
| Balance Due | $2,718.94 |

**DEFENDANT'S EXHIBIT**



6

AJ-Dixie 00107

## Dixie Air Maintenance Work Order Info

Customer: Perkins Communications         W.O.#: 2135

N#: 6745m    Model & SN: B-58    TH-1124    TACH/HOBBS: 2759.1

Labor Description:                                                            Labor Hours

1- Troubleshoot L/wing fuel leak, Replace electrical         3 hrs
   fuel boost pump

2- Troubleshoot R/Eng fuel pump problem. C/W SIL 97-3
   foot-mt Fuel pump adjustment                               5 hrs

3- Removed, Repaired & Reinstalled Flap control Cover.       1.0

Part #'s & Description:                Quantity:              List:

4404-00-7NV    Electrical fuel pump       1

Shipping:

Notes:

A/C - 6745M

| Quantity shipping | | Item | P/N | | List |
|---|---|---|---|---|---|
| | 1 | Visor | 1160401-002 | 72.60 | $118.37 |
| 39.32 | 1 | Fuel pomp | 4404-007NU | 12.95 | 1683.50 |
| 0 | 1 | Relief funnel | FNA-1 | 7.62 | 10.75 |
| 0 | 1 | Plastick Glue | 4312 | 14.37 | 23.91 |
| 0 | 1 | Plastick paint | 2321 GB | 6.20 | 8.67 |
| 2.33 | 2 | ~~engine log book~~ | ~~13-32382~~ | ~~8.95~~ | ~~23.27~~ |
| 1 x100 | | interior washers | NAS39136P | 0.05 | 5.20 |

2-Engine
1-Airframe

AJ-Dixie  00109

AJ-Dixie 00110

A/C MOD: B-58  SER.#: TH-1124  N#: 674500  A/C TIME: 2252.1  HM  PG.#:

W.O.#:

| Discrepancy, Inspection, AC Preliminary Inspection | CORRECTIVE ACTION | IN/OUT | MAINT TIME | MECH | IN/OUT | MAINT TIME |
|---|---|---|---|---|---|---|
| 1- Fuel leaking from L/H wing in area of MLV- | T/S. Found Electrical fuel boost pump faulty. Removed pump P/N 4404-00-7uv s/n 2627. Installed O/H'd pump P/N 4404-00-7uv  Insp. By | | 1 hour | 4-03-14 | 4-25-14 | |
| | S/N 2733 from CRS # 0418334Y. OPS checked normal. No leaks noted.  Insp. By M Terry | | 2 hr | | | |
| 2- Right engine has to have fuel e/e pump on to run. | T/S. Found fuel pump pressures & idle mixture Bi-below spec. listed in M-14 manual. S/W S/L-97-3 & referenced manual M-14 dated 8-11 Insp. By M Terry | | 1 hr | 4-23-14 | 4-25-14 | |
| | | | 4 hrs | | | |
| | Insp. By | | | | | |
| | Insp. By | | | | | |
| | Insp. By | | | | | |

## Dixie Air Maintenance Work Order Info

Customer: Perkins Communications            W.O.#: 2123

N#: 6745m   Model & SN: Beech 58 S/N TH-1124   TACH/HOBBS: 2754.7

| Labor Description: | Labor Hours: |
|---|---|
| 1- Replace Right Engine Right Magneto | 3 hours |
| 2- Replaced missing nut on Right Alternator feild Terminal | .5 hour |
| 3- Re-secured Right engine air filter mount fixture | .5 hour |
| 4- Replaced missing safety wire on Right Engine metering unit screen | 1 hour |
| 5- Installed gasket on Right Engine oil dip stick | .5 hour |
| 6- Install missing intake clamps L/End #1 cylinder | 1 hour |
| 7- Perform visual Insp on both engines. Did not clw 100 hour or Anual inspection | 3 hours |

M Terry 2745381 AP/IA

| Part #'s & Description: | Quantity: | EA List: |
|---|---|---|
| 33-193-6   Gasket | 1 | 5.75 |
| Q100-38   worm gear clamps | 2 | 3.50 |

Shipping:

Notes: magneto warranty supplied by Quality Accessories.

Joe Perkins

W.O.# 2123   A/C MOD Beech 58   SER.# TH-1124   N# L745MA   A/C TIME 2754.7 HM PG.#

| Discrepancy, Inspection, AC<br>Preliminary Inspection | CORRECTIVE ACTION | IN/OUT | MAINT TIME | MECH | IN/OUT | MAINT TIME |
|---|---|---|---|---|---|---|
| 1. Right eng mag problem. | 1. Load mag, R/mag faulty, P.A.a. 4-14-14 Removed cowl. Removed magneto S6RU-1225-9/w F2092413. Installed o/WC mag P/n 10-391350-5 s/n B114098 with new gasket.<br>Insp. By | | (1 hour) | | | |
| | Ground run. OPS checked OK.<br>Re-installed cowl.<br>Insp. By M Terry | | (2 hours) | | | |
| 2. Right alternator missing nut on field wire terminal | Installed washer & nut.<br>Insp. By M Terry | | | (.5 hour) | | |
| 3. Vac system inlet filter mount loose at bracing. | Re-torqued 3am nut.<br>Insp. By M Terry | | | (.5 hour) | | |
| 4. Fuel screw at metering unit missing safety wire. | Safetyed wired with .032 safety wire.<br>Insp. By M Terry | | | (1 hour) | | |
| 5. Right engine oil dip stick very loose | Added P/n 33-198-6 Rer n/ gasket.<br>Insp. By M Terry | | | (.5 hour) | | |

AJ-Dixie 00116

W.O.# 2123  A/C MOD Beech 58  SER# TH-1124  N# 6745D  A/C TIME 2754.7  PG.# 2

| Discrepancy, Inspection, AD Preliminary Inspection | CORRECTIVE ACTION | IN/OUT | MAINT TIME | MECH | IN/OUT | MAINT TIME |
|---|---|---|---|---|---|---|
| 6- Ltr Engine #1 cylinder intake tube rubber interconnect missing both clamps | Installed 2 ea worm gear clamps.  Insp. By M Terry | | | (1 hour) | | |
| 7- Alt/end belt missing | | | | | | |
| 8- Left engine lower cowl needs fiberglass repair in area of alt/end belt pulley. | Insp. By | | | | | |
| 9- Visual insp on both engines. | Performed visual inspection on Left & Right engines. (Did not perform 100 hr or annual insp)  Insp. By M Terry | | | 3 hours | | |
| 10- Right Engine on start up will not run unless fuel boost pump on high position. | After engine warms up, boost pump can be cut off.  Insp. By M Terry | | | | | |
| 11- Aux fuel unit should have inlet pressure 2.1 PSI | Mechanical gauge shows 6 PSI  Insp. By M Terry | | | | | |

AJ-Dixie 00117