FILED
2016 Nov-14 PM 06:47
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 41

IO-550-C

From: a-e-i <a-e-i@msn.com>
To: richard.henry <richard.henry@faa.gov>
Cc: ter2mi <ter2mi@aol.com>
Subject: IO-550-C
Date: Mon, May 4, 2015 12:55 pm
Attachments: IMG_0324.JPG (1698K)

Crankgear and camgear are rejects, along with the camshaft & lifters, will not know about the crankshaft until it's sent out.



Additional pics



**DIXIE 000624**

1 of 3    5/5/2015 5:58 AM

IO-550-C

https://mail.aol.com/webmail-std/en-us/PrintMessage



1 Attached Images

**DIXIE 000625**

5/5/2015 5:58 AM



**DIXIE 000626**

5/5/2015 5:58 AM