FILED
 2016 Nov-14 PM 06:47
U.S. DISTRICT COURT
    N.D. OF ALABAMA

# EXHIBIT 42


MM-000377



MM-000378

MM-000379

MM-000381