Case 7:15-cv-01172-LSC   Document 84-30   Filed 11/14/16   Page 1 of 2            FILED
                                                                        2016 Nov-14 PM 06:47
                                                                        U.S. DISTRICT COURT
                                                                            N.D. OF ALABAMA

# EXHIBIT 43



# Continental Motors Services

8600 County Road 32 ~ Fairhope, AL 36532
Call 251-990-5080 ~ 877-777-1870
sales@continentalmotors.aero

# Order

DATE: 5/11/2015
Quote #JH683402

**Bill To:**
Mike Terry
ter2mi@aol.com
205-270-2473
Tuscaloosa, AL
On account for Joseph Perkins

**Ship To:**
UPS Customer Center
UPS CC COLUMBUS
1379 INDUSTRIAL PARK ROAD
COLUMBUS, MS, 39701-8646
Tel: 800-742-5878

| SALESPERSON | Order Number | SHIP DATE | SHIP VIA | SHIPMENT TERMS | PAYMENT TERMS |
|---|---|---|---|---|---|
| John Heitland | | | Ground | EX Works, Factory | Due prior to shipment |

| Registration # | A/C Make | A/C Model | A/C Year | Owner | |
|---|---|---|---|---|---|
| | Beechcraft | Baron | | | |
| **Core Model #** | **Core Serial #** | **A/C Serial #** | | | |
| IO550C25B | 683402/683263 | | | | |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 2 | Factory Remanufactured IO550C49B | 39,832.00 | 79,664.00 |
| 2 | refundable core deposit $9000 of $18,000 | 9,000.00 | 18,000.00 |

| | | | | |
|---|---|---|---|---|
| **Payment Instructions:** | Make Payable to Continental Motors Services, Inc. | SUBTOTAL | $ | 97,664.00 |
| | Reference Quote #JH683402 | Freight: | | |
| **By Check:** | Must be certified or cashier's check mailed to: | ground 1 way | $ | 600.00 |
| | 8600 County Rd. 32 | **TOTAL DUE BEFORE SHIPMENT** | $ | 98,264.00 |
| | Fairhope, AL 36532 | | | |

**By Wire:**
Regions Bank   Acct #0146569316
11 N. Water Street   ABA Routing # 062005690
Mobile, AL 36601   Swift Code: UPNBUS44

**Terms of Sale:**

1) This offer is based solely on the contents of this quotation and your acceptance of CMS's Terms and Conditions.
2) This signed quotation and a $5,000 deposit are required prior to acceptance of an engine order.
3) Full payment is due prior to engine shipment. If payment is not received, CMS reserves the right to deliver the engine to the next customer in line and place this
order back into the production queue.
4) Order cancellation is subject to a 15% re-stocking fee.
5) Alabama state sales tax applies to all deliveries in the state of Alabama and customer pick-ups from CMS.

| | | |
|---|---|---|
| Customer Name: | Joseph W. Perkins Jr. | By signing this form and submitting my deposit, I acknowledge that I am placing an order for the products listed above in accordance with the Terms of Sale and any other conditions noted on this Quotation. |
| Customer Signature: | [signature] | |
| Date Order Placed: | 5/13/15 | |

**THANK YOU FOR YOUR BUSINESS!**

**Plaintiffs000946**