FILED
2016 Nov-14 PM 06:47
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 45

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| PERKINS COMMUNICATION, LLC, and MATRIX, LLC </br></br> Plaintiffs, </br></br> v. </br></br> D'SHANNON PRODUCTS, LTD, SCOTT ERICKSON, MICHAEL MOORE, and EARL RAMEY, </br></br> Defendants. | ) ) ) ) ) ) ) CASE NO.: 7:15-CV-01172-LSC ) ) ) ) ) ) ) |

### AFFIDAVIT OF JOSEPH PERKINS IN SUPPORT OF PLAINTIFFS'

### PARTIAL MOTION FOR SUMMARY JUDGMENT

1. My name is Joseph Perkins. I am an adult resident of Tuscaloosa County and am competent to testify to the matters contained herein.

2. I have attached to this affidavit as Exhibit A true and correct copies of invoices in my possession which verify the facts contained in this affidavit.

3. I am the sole member of the Plaintiffs Perkins Communication, LLC and Matrix, LLC.

4. Both Perkins Communication and Matrix have been harmed financially by the Defendants' malfeasance.

5. Perkins Communication and Matrix were required to rent planes while the Engines were being overhauled. Scott Erickson agreed to pay for these rentals.

6. Perkins Communication and Matrix were required to rent planes after the engines failed.

7. In total, Perkins Communication and Matrix spent $86,960.50 in compensable rental fees.

8. In arriving at this number, I excluded charges on the invoices related to (1) hangar fees and other non-rental expenses; (2) rentals which would have been necessary even if the Baron were in service; (3) rental fees which were paid by the Plaintiffs' clients pursuant to a contractual arrangement; and (4) pilot fees.

9. After the engines failed, Perkins Communication and Matrix were required to spend money investigating the cause of the engine failure and determining the feasibility of repairing the Engines.

10. On May 26, 2015, Aviation Engines charged Perkins Communication and Matrix $2,380 to disassemble and evaluate the Left Engine.

11. On July 28, 2015, Aviation Engines charged Perkins Communication and Matrix $1,572.50 to tear down and loosely reassemble the Engines.

12. On August 25, 2015, Dixie Air billed Perkins Communication and Matrix $975 for work performed repairing the propeller.

13. I decided to purchase new Engines to replace the Defendants' malfunctioning engines after being advised by Don Freeman, Mike Terry, and others that buying new engines was more cost and time effective than fixing the D'Shannon Engines.

14. The new Continental Engines cost Perkins Communications and Matrix $98,264.00 and were delivered within a week.

15. Perkins Communications and Matrix then paid Dixie Air $13,857.24 to install the new Continental Engines on the Baron.

16. Perkins Communication and Matrix paid each of these invoices in full.

2

17.     As of August 15, 2016, I reasonably estimate that Perkins Communication and Matrix have lost a total of $204,009.00 in out-of-pocket costs due to the Defendants' wrongdoing.

Further the Affiant sayeth naught.

I declare under penalty of perjury pursuant to the laws of the State of Alabama that the foregoing is true and correct. Executed this 13th day of Nov 2016, in Tuscaloosa County, Alabama.

_____
Joseph Perkins

STATE OF ALABAMA        )
COUNTY OF Tuscaloosa    )

Before me, **Joseph Perkins,** who being by me first duly sworn, deposes and says that the facts alleged in the foregoing Affidavit are true and correct to the best of his knowledge and belief.

Sworn to and subscribed to before me this 13th day of November, 2016.

_____
Notary Public
My Commission Expires: 9/15/2018

4

# EXHIBIT A

Dixie Air Services. Inc.
5851 Robert Cardinal Airport Road
Tuscaloosa, AL 35401-0409
Phone (205) 333-3000
Email: dixieairservices@comcast.net

# Maintenance Invoice

| Date | Work Orde... |
|---|---|
| 8/25/2015 | 2250 |

**Bill To**

Perkins Communication
Joe Perkins
P.O. Box 837
Northport AL 35476

| Terms | N Number/Model & SN | Hobbs/Tach |
|---|---|---|
| Net 30 Days | 6745M/58/TH-1124 | 2900 |

| Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| Labor | T/S L/eng low oil pressure. | 3 | 80.00 | 240.00 |
| Labor | Remove L/eng prop & Gov. Send to CRS # S6PR302X. | 1.5 | 80.00 | 120.00 |
| Labor | Meet with BHM-FSDO John Parks. | 1 | 80.00 | 80.00 |
| Labor | Remove L/engine M/N IO55C24 s/n 683263. Install rebuilt zero time IO55OC49B s/n 1012008. | 50 | 80.00 | 4,000.00 |
| Labor | Remove R/engine M/N IO55OC24 s/n 683402. Install rebuilt zero time IO55OC49B s/n 1012008. | 50 | 80.00 | 4,000.00 |
| Labor | Comply with SID-97-3F on left & right engines. | 4 | 80.00 | 320.00 |
| Labor | Adjust oil pressures on left & right engines. | 1 | 80.00 | 80.00 |
| Labor | Carry eng s/n 683402 to CRS # 1QR267M. Bring back eng s/n 683263. | 3.5 | 80.00 | 280.00 |
| Auto Fuel | Auto fuel | 1 | 40.00 | 40.00 |
| Labor | Per FAA-FSDO John Parks request, remove crank shaft & crank gear from eng s/n 683263. | 4 | 80.00 | 320.00 |
| Labor | Bring back eng s/n 683402 from crs # 1Q4R267M. | 3.5 | 80.00 | 280.00 |
| Auto Fuel | Auto fuel | 1 | 40.00 | 40.00T |
| Labor | Re-assy eng s/n 683263 for shipment to TCM. | 4 | 80.00 | 320.00 |
| Labor | After test flight, adjust Lng warning switches. | 1 | 80.00 | 80.00 |
| Labor | C/W FAR 43.9 | 2 | 80.00 | 160.00 |
| TCM Axcess | TCM Axcess | 1 | 250.00 | 250.00 |
| AE366001H0085 | Engine fuel hose assy | 2 | 124.60 | 249.20T |
| AN7-37A/M1 | Engine mount bolts | 4 | 13.17 | 52.68T |
| 130909N38 | Nut | 4 | 1.56 | 6.24T |
| CH48108 | Oil Filter | 2 | 37.00 | 74.00T |
| AN900 | Seal | 4 | 1.25 | 5.00T |
| 643967 | Exhaust nuts | 48 | 3.45 | 165.60T |
| MT628260 | Exhaust Gaskets | 12 | 10.95 | 131.40T |
| Oil-100 | Oil-100 | 26 | 7.50 | 195.00T |
| 652171-5 | Dip stick, L eng | 1 | 192.26 | 192.26T |
| 652171-6 | Dip stick , R eng | 1 | 192.26 | 192.26T |
| 96-910023 | Eng mount bolts | 1 | 123.16 | 123.16T |
| 649959 | Gasket | 12 | 0.89 | 10.68T |
| AN960-716 | Washer | 8 | 0.65 | 5.20T |
| AN960-716L | Washer | 8 | 0.65 | 5.20T |

Dixie Air Services Maintenance Department Appreciates Your Business!!

| | |
|---|---|
| Subtotal | |
| Sales Tax (9.0%) | |
| Balance Due | |

Page 1

**DIXIE 000568**

**Dixie Air Services. Inc.**
5851 Robert Cardinal Airport Road
Tuscaloosa, AL 35401-0409
Phone (205) 333-3000
Email: dixieairservices@comcast.net

# Maintenance Invoice

| Date | Work Orde... |
|---|---|
| 8/25/2015 | 2250 |

**Bill To**

Perkins Communication
Joe Perkins
P.O. Box 837
Northport AL 35476

| Terms | N Number/Model & SN | Hobbs/Tach |
|---|---|---|
| Net 30 Days | 6745M/58/TH-1124 | 2900 |

| Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| TY25MX | 7" Ty-raps | 1,004 | 0.07 | 70.28T |
| F300 | Degrease | 1 | 25.00 | 25.00T |
| MISC Hardware ... | Miscellaneous Hardware & Supplies | 1 | 30.00 | 30.00T |
| Outside Labor | Labor Performed by Aviation Engine/Invoice #10227 | 1 | 1,572.50 | 1,572.50 |

Dixie Air Services Maintenance Department Appreciates Your Business!!

| | |
|---|---|
| Subtotal | $13,715.66 |
| Sales Tax (9.0%) | $141.58 |
| Balance Due | $13,857.24 |

Page 2

**DIXIE 000569**

Aviation Engines, Inc.

249 Airport St.
Centreville, AL 35042
RS: IQ4R267M

# Invoice

| Date | Invoice # |
|---|---|
| 7/28/2015 | 10227 |

*not Paid by Joe*

**Bill To**
Dixie Air
5851 Airport Rd.
Tuscaloosa, AL. 35401

**Ship To**
Dixie Air
5851 Airport Rd.
Tuscaloosa, AL 35401

| Work Order | P.O. Number | Terms |
|---|---|---|
| None | | Net 30 |

| Item | Qty | Description | Price Each | Amount |
|---|---|---|---|---|
| LABOR | 18.5 | This is a loose reassemble of first IO-550 eng. received & teardown and assemble of 2nd engine received | 85.00 | 1,572.50 |

The installing mechanic is responsible for verifying the correct parts have been ordered and are eligible for engine model.

| | |
|---|---|
| Sales Tax  (0.0%) | $0.00 |
| Total | $1,572.50 |
| Payments/Credits | $0.00 |
| **Balance Due** | $1,572.50 |

**DIXIE 000609**

**Aviation Engines, Inc.**

249 Airport St.
Centreville, AL 35042
RS: IQ4R267M

# Invoice

| Date | Invoice # |
|---|---|
| 5/26/2015 | 10179 |

*Paid by Joe To Dixie Air*

**Bill To**

Dixie Air
5851 Airport Rd.
Tuscaloosa, AL. 35401

**Ship To**

Dixie Air
5851 Airport Rd.
Tuscaloosa, AL 35401

| Work Order | P.O. Number | Terms |
|---|---|---|
| None | | Net 30 |

| Item | Qty | Description | Price Each | Amount |
|---|---|---|---|---|
| LABOR | 28 | Disassemble/evaluate IO-550-C (25B) S/N 683263   This includes research on unapproved parts/ meetings & reports with FAA, etc.   This engine currently unassembled - awaiting instructions on final arrangements. | 85.00 | 2,380.00 |

The installing mechanic is responsible for verifying the correct parts have been ordered and are eligible for engine model.

| | |
|---|---|
| Sales Tax (0.0%) | $0.00 |
| Total | $2,380.00 |
| Payments/Credits | -$2,380.00 |
| **Balance Due** | $0.00 |

**DIXIE 000610**

Dixie Air Services. Inc.
5851 Robert Cardinal Airport Road
Tuscaloosa, AL 35401-0409
Phone (205) 333-3000
Email: dixieairservices@comcast.net

# Maintenance Invoice

| Date | Work Orde... |
|---|---|
| 8/25/2015 | 2251 |

**Bill To**

Perkins Communication
Joe Perkins
P.O. Box 837
Northport AL 35476

| Terms | N Number/Model & SN | Hobbs/Tach |
|---|---|---|
| Net 30 Days | 6745M/58/TH-1124 | 2900 |

| Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| Outside Labor | Labor Performed by South Coast. Prop gov insp & cleared of metal contamation. | 1 | 455.00 | 455.00 |
| Outside Labor | Labor Performed by South Coast. Prop insp & cleared of metal contamation. (Eng core frt out trc) | 1 | 520.00 | 520.00 |

Dixie Air Services Maintenance Department Appreciates Your Business!!

| | |
|---|---|
| Subtotal | $975.00 |
| Sales Tax (9.0%) | $0.00 |
| Balance Due | $975.00 |

**DIXIE 000611**