FILED
2016 Nov-14 PM 06:47
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 46

| | |
|---|---|
| **From:** | Joe Perkins |
| **To:** | <scott@d-shannon-aviation.com> |
| **Cc:** | Bert M. Guy |
| **Subject:** | Letter |
| **Date:** | Thursday, July 24, 2014 3:02:13 PM |

I have received your letter sent by UPS.

There was no invoice in the letter.

I have turned this letter along with all other files, notes, recordings, etc. concerning this issue to my attorneys and they will respond.

I have asked them to consider and pursue all civil and criminal actions that may be taken against D'Shannon and you personally.

They will be in touch.



M A T R I X

Joseph W. Perkins, Jr. PhD
joe@matrixllc.com
cell (205)246-3123

Perkins Communication, LLC, et al v. D'Shannon Products, Ltd, et al
In the United States District Court for the Northern District of Alabama
Civil Action No. 7:15-cv-01172-lsc

EXHIBIT
32

DPL-00330