FILED
2016 Nov-14 PM 06:47
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 47

| | |
|---|---|
| **From:** | Joe Perkins |
| **To:** | scott@d-shannon-aviation.com |
| **Cc:** | Bert M. Guy; Kim Hines |
| **Subject:** | N6745M |
| **Date:** | Tuesday, November 12, 2013 9:21:17 AM |

Pursuant to your email of October 7, 2013, I understand that you no longer wish to communicate with me. You have called me twice in the past several days, but in deference to you wishes, I have not called you back. I am copying my attorney on this email so that you may have an effective means of communication on this issue.

Outstanding on the invoice from D'Shannon for the work provided is $17,789. I could dispute much of what is included in this amount because on specific dates you offered to install the windows free and provide other discounts in compensation for your lack of performance on our agreement. I further have concrete evidence that on numerous occasions you intentionally deceived me, perhaps even defrauded me, regarding the status of my engines and the work being done. I have evidence that you were claiming my engines were at a specific state of completion when you knew you had not even paid for the required parts to bring the engines to that level of completion. This evidence is compiled and will be made available for examination by the appropriate parties if that becomes necessary.

I do intend to hold you to the commitment you made on a call on July 26 to pay for the rental of an airplane for my use until my airplane was back in the service. Meticulous, undeniable evidence of this call is in my position. Additionally, you subsequently repeated this offer in front of others who will be willing to testify to this commitment on your part. From the 26 of July through last Sunday I have flown a rented 182 a total of 43.4 hours at an hourly rental rate of $200 per hour. This is total $8,680 you owe me for airplane rental. On several occasions I have had to rent a Citation to accommodate my work but I am not charging you for the Citation rental because I may not have been able to perform the mission demanded of it even if my airplane had been in service.

So, at this point I calculate that I owe you $9,109. If you will send a full release of obligation to my lawyers' office we will release $9,109 to you immediately. Otherwise, I will be compelled to pursue a much more extensive legal remedy which will encompass much more than the financial aspects of this agreement.

**M A T R I X**
Joseph W. Perkins, Jr. PhD
joe@matrixllc.com
cell (205)246-3123



DEFENDANT'S EXHIBIT
16 Perkins

Perkins Communication, LLC, et al. v. D'Shannon Products, Ltd, et al.
In the United States District Court for the Northern District of Alabama
Civil Action No. 7:15-cv-01172-lsc

DPL-00275