## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## WESTERN DIVISION

| | |
|---|---|
| PERKINS COMMUNICATION, LLC, and MATRIX, LLC | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) ) CASE NO. 7:15-cv-01172-LSC |
| D'SHANNON PRODUCTS, LTD, a Minnesota Limited Company, SCOTT ERICKSON and MICHAEL MOORE, | ) ) ) ) ) |
| Defendants. | ) |

## NOTICE OF FILING EVIDENTIARY MATERIALS

Comes now Defendant D'Shannon Products, Ltd and gives notice of the filing of the following evidentiary materials in support of its Motion for Summary Judgment on Count Three of its Counterclaim:

1. Exhibit A - Deposition of Joe Perkins;

2. Exhibit B - Deposition of Michael Moore;

3. Exhibit C - Deposition of Kirk Nelson;

4. Exhibit D - Deposition of Scott Erickson;

5. Exhibit E - May 14, 2013 E-mail from Joe Perkins;

6. Exhibit F - Invoice No. 1330 from D'Shannon Aviation; and

7. Exhibit G - March 24, 2014 Letter to Joe Perkins.

Respectfully submitted,


ARMBRECHT JACKSON LLP
Post Office Box 290
Mobile, Alabama 36601
Telephone: (251) 405-1300
Facsimile: (251) 432-6843


By: *s/ Timothy A. Heisterhagen*
     Sherri R. Ginger
     srg@ajlaw.com
     Timothy A. Heisterhagen
     tah@ajlaw.com

Attorneys for Defendant D'Shannon Products, Ltd

## CERTIFICATE OF SERVICE

I hereby certify that I have on this date, November 14, 2016, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sends notification of such filing to the following:

| | |
|---|---|
| Andrew P. Campbell, Esq.<br>Stephen D. Wadsworth, Esq.<br>Campbell, Guin, Williams, Guy & Gidiere, LLC<br>505 N. 20th Street, Suite 1600<br>Birmingham, Alabama 35203 | Bert M. Guy, Esq.<br>Campbell, Guin, Williams, Guy & Gidiere, LLC<br>Post Office Box 3206<br>Tuscaloosa, Alabama 35403 |

*s/ Timothy A. Heisterhagen*

917431