FILED
2016 Nov-14 PM 06:59
U.S. DISTRICT COURT
N.D. OF ALABAMA

## Page 1

```
1        IN THE UNITED STATES DISTRICT COURT
2        FOR THE NORTHERN DISTRICT OF ALABAMA
3                  WESTERN DIVISION
4  ------------------------------------------------
5  Perkins Communication, LLC,
6  and Matrix, LLC,
7                      Plaintiffs,
8  v.            Case No.: 7:15-CV-01172-LSC
9  D'Shannon Aviation, Ltd.,
10 Scott Erickson,
11 Michael Moore,
12 and Earl Ramey,
13                     Defendants.
14 ------------------------------------------------
15
16
17              DEPOSITION OF
18              SCOTT ERICKSON
19
20            Taken May 12, 2016
21          Commencing at 9:00 a.m.
22
23
24
25      REPORTED BY:  SHEILA D. FEARING
```

## Page 2

```
1        Deposition of SCOTT ERICKSON, taken on the
2  12th day of May, 2016, commencing at 9:00 a.m. at
3  Paradigm Reporting & Captioning, 527 Marquette
4  Avenue South, 1400 Rand Tower, Minneapolis,
5  Minnesota, before Sheila D. Fearing, RPR, CRR, and
6  Notary Public of and for the State of Minnesota.
7
8              * * * * * * * * * * *
9
10                  APPEARANCES
11
12 On Behalf of the Plaintiffs:
13        Stephen D. Wadsworth, Esquire
14        Campbell Guin Williams Guy & Gidiere, LLC
15        Financial Center
16        505 North 20th Street
17        Suite 1600
18        Birmingham, Alabama 35203
19        205-224-0750
20        stephen.wadsworth
21
22
23
24
25 (Appearances continued on the next page.)
```

Exhibit
D

## Page 3

```
1  On Behalf of the Defendants:
2        Timothy A. Heisterhagen, Esquire
3        Armbrecht Jackson, LLC
4        Post Office Box 290
5        63 South Royal Street
6        13th Floor Riverview Plaza
7        Mobile, Alabama 36602
8        251-405-1300
9        tah@ajlaw.com
10
11
12
13
14
15
16
17
18
19
20
21
22
23 Note:  The original transcript will be delivered to
24 Stephen D. Wadsworth, Esquire, pursuant to the
25 applicable Rules of Civil Procedure.
```

## Page 4

```
1                I N D E X
2  WITNESS:  SCOTT ERICKSON
3
4
5  EXAMINATION:
6  By Mr. Wadsworth:                           9, 199
7  By Mr. Heisterhagen:                          190
8
9
10 EXHIBITS MARKED AND/OR REFERRED TO:
11 EXHIBIT 1:  5/23/13 email from Erickson to Perkins
12      Re:  Earl Ramey
13      Plaintiffs 000555                         38
14 EXHIBIT 2:  6/20/13 email from Erickson to Kim
15      Re:  Mr Perkins
16      Plaintiffs 000094                         41
17 EXHIBIT 3:  Email exchange - Re:  PO for D'Shannon
18      DPL-00040 - 43                            43
19 EXHIBIT 4:  6/25/13 email from Ball to Erickson
20      Re:  Orders for Rice/Perkins engines
21      DPL-00044 - 51                            47
22 EXHIBIT 5:  7/22/13 email from Erickson to Hines
23      Re:  Payment
24      Plaintiffs 000104                         52
```

Page 5

1   EXHIBIT 6:   8/26/13 email from Dale Erickson
2          Re:   Genesis Engine Weekly Purchase List
3          DPL-00141-142                              54
4   EXHIBIT 7:   8/29/13 email string
5          Re:   Invoice for propellers
6          Plaintiffs 000105                          66
7   EXHIBIT 8:   9/2/13 email string
8          Re:   Update
9          DPL-000146                                 71
10  EXHIBIT 9:   9/16/13 email from Erickson
11         Re:   Pictures
12         Plaintiffs 000109 - 112                    73
13  EXHIBIT 10:   9/10/13 email string
14         Re:   Engine test run requirements
15         DPL-00177 - 184                            76
16  EXHIBIT 11:   9/13/13 email string
17         Re:   Sales order 25192 from Dynon
18         Avionics, Inc.
19         DPL-00192 - 193                            83
20  EXHIBIT 12:   9/23/13 email string
21         Re:   Dyno Testing...Perkins
22         DPL-00232-233                              87
23  EXHIBIT 13:   10/23/13 email string
24         Re:   Invoice 1330 FOR Joe Perkins
25         Plaintiffs 000128                          96

Page 6

1   EXHIBIT 14:   11/18/13 email from Perkins
2          Re:   N6745M
3          Plaintiffs 000150                  99
4   EXHIBIT 15:   Aviation Commercial General       11:18:46
5          Liability Coverage Declarations           11:18:50
6          Plaintiffs 000015                  104    11:18:50
7   EXHIBIT 16:   Cancellation Endorsement           11:18:50
8          AGCS-AV 8950 (07-06)               111    11:18:50
9   EXHIBIT 17:   Aviation Commercial General       11:32:46
10         Liability Insurance Policy                11:32:46
11         Plaintiffs 000026 - 69             116    11:32:46
12  EXHIBIT 18:   Engine logbook entry               11:38:47
13         Dixie 000328 - 331                 120
14  EXHIBIT 19:   Left-hand engine logbook entry
15         Dixie 000482 - 484                 123
16  EXHIBIT 20:   Continental Aircraft Engine
17         Permold Series Engine
18         Maintenance and Overhaul Manual
19         DPB-Continental Motors 00893; 902;
20         1532 - 1535                        125
21  EXHIBIT 21:   9/24/13 email string
22         Re:   Total-FBO...Kobielush input
23         DPL-00244 - 251                    134

Page 7

1   EXHIBIT 22:   7/19/13 email string
2          Re:   Perkins BE-58 order
3          Plaintiffs 000098 - 101                    140
4   EXHIBIT 23:   11/18/13 email from Perkins
5          Re:   Engine log books
6          Plaintiffs 000561                          151
7   EXHIBIT 24:   12/18/13 email from Moore
8          Plaintiffs 000557                          153
9   EXHIBIT 25:   3/15/14 email string
10         Re:   Mistake in wire transfer
11         MM-0035                                    158
12  EXHIBIT 26:   11/18/13 email from Moore
13         Re:   To consider
14         Plaintiffs 000558                          160
15  EXHIBIT 27:   10/23/13 email from Hargreaves
16         Re:   Invoice 1330 for Joe Perkins
17         Plaintiffs 000125 - 127                    165
18  EXHIBIT 28:   6/28/13 invoice 1330 to Perkins
19         from D'Shannon Aviation
20         (No Bates Numbers)                         167
21  EXHIBIT 29:   7/14/15 email from D'Shannon
22         Re:   Invoice 1330 for Joe Perkins
23         DPL-00323 - 324                            170

Page 8

1   EXHIBIT 30:   3/24/14 email string
2          Re:   Letter to Joe Perkins
3          DPL-00309 - 310                            171
4   EXHIBIT 31:   7/23/14 letter from Erickson
5          to Perkins
6          Plaintiffs 000093                          176
7   EXHIBIT 32:   7/24/14 email from Perkins
8          Re:   Letter
9          DPL-00330                                  177
10  EXHIBIT 33:   11/18/13 email string
11         Re:   N6745M
12         Plaintiffs 000146 - 147                    181

Page 9

1    P R O C E E D I N G S
2           SCOTT ERICKSON,
3  duly sworn, was examined and testified as follows:
4           MR. HEISTERHAGEN:  Before we get          09:01:09
5    started can we do the usual stipulations.       09:01:11
6           MR. WADSWORTH:  Yeah, that's fine.        09:01:12
7    No objections other than to form.  Do you want  09:01:12
8    to read and sign?                               09:01:14
9           MR. HEISTERHAGEN:  Scott's going to       09:01:14
10   read and sign, but the objections is mainly     09:01:15
11   what I'm concerned about.  That's fine.         09:01:18
12           EXAMINATION                             09:01:25
13  BY MR. WADSWORTH:                                09:01:25
14   Q.   Good morning, Mr. Erickson.               09:01:25
15   A.   Good morning.                             09:01:26
16   Q.   My name is Stephen Wadsworth.  I           09:01:27
17  represent the plaintiffs in this case Perkins    09:01:28
18  Communications and Matrix, LLC.                 09:01:30
19        To get started, could you state your       09:01:32
20  name for the record.                            09:01:36
21   A.   Scott Richard Erickson.                   09:01:37
22   Q.   Where do you live, Mr. Erickson?           09:01:38
23   A.   St. Michael, Minnesota.                   09:01:40
24   Q.   Is that close to Minneapolis?             09:01:42
25   A.   30 miles northwest.                       09:01:44

Page 10

1    Q.   Thank you for coming here today.           09:01:48
2    A.   You bet.                                  09:01:50
3    Q.   Mr. Erickson, could you walk me through    09:01:50
4   your employment history starting with where are  09:01:54
5   you now and what's your title?                  09:01:56
6    A.   Head worker bee.                          09:01:57
7    Q.   All right.  Is that what it says on the    09:02:01
8   business card?                                  09:02:03
9    A.   Yeah.  I think it says "modification       09:02:03
10  specialist."                                     09:02:07
11   Q.   Okay.  For who?                            09:02:07
12   A.   D'Shannon Aviation, which is actually      09:02:09
13  our d/b/a.  Our parent name is D'Shannon         09:02:12
14  Products, Limited.  That's who holds all the     09:02:15
15  STCs and is registered with the Secretary of     09:02:18
16  State.  And all those names are with the FAA.    09:02:23
17  So our d/b/a is D'Shannon Aviation.             09:02:30
18   Q.   In this case we have sued D'Shannon        09:02:34
19  Products, Limited.  Is that good enough to       09:02:39
20  reach you both or do we need to amend to         09:02:40
21  include D'Shannon Aviation?                     09:02:43
22   A.   No, I think that's it because that's the   09:02:44
23  company.                                        09:02:46
24   Q.   Okay.  I got you.  And how long have you   09:02:46
25  been with D'Shannon?                            09:02:49

Page 11

1    A.   Well, I was with a company called Beryl    09:02:51
2   D'Shannon.  Started with them back on January 4  09:02:54
3   of 1993.  And that was Beryl D'Shannon Aviation  09:02:56
4   Specialties, Inc.                               09:03:01
5    Q.   Is that Berle like Milton Berle,           09:03:01
6   B-E-R-L-E?                                       09:03:01
7    A.   B-E-R-Y-L.                                 09:03:08
8    Q.   Okay.                                     09:03:08
9    A.   And then it was probably December 10 of    09:03:08
10  2010 that I took over and we changed the name    09:03:15
11  to D'Shannon Products, Limited.                 09:03:18
12   Q.   Do you own D'Shannon Products, Limited?    09:03:20
13   A.   Yes.                                      09:03:22
14   Q.   Do you have any partners or               09:03:24
15  shareholders?                                    09:03:24
16   A.   No partners.                              09:03:24
17   Q.   All right.  And are you basically the      09:03:25
18  company's only officer?                         09:03:27
19   A.   Yes.                                      09:03:29
20   Q.   Do you have any other members of the       09:03:30
21  board of directors other than you?             09:03:32
22   A.   No.                                       09:03:33
23   Q.   Okay.  And before 1993 -- that's,          09:03:34
24  obviously, been a long time -- what did you do?  09:03:37
25   A.   I was in flight school at the University   09:03:39

Page 12

1   of North Dakota in Grand Forks.                 09:03:43
2    Q.   Do you have any pilot licenses?            09:03:45
3    A.   Yes.                                      09:03:48
4    Q.   Tell me what kind of licenses you have.    09:03:48
5    A.   Just got my private license.  I was        09:03:50
6   halfway through my commercial and my instrument  09:03:53
7   training and I had a brain abscess.  And so the  09:03:55
8   brain abscess took me out because I had the      09:03:59
9   chance of seizures.  So the FAA wouldn't let me  09:04:02
10  fly for two years.  So that really pushed my     09:04:04
11  degree from an aeronautical studies degree to    09:04:08
12  an aviation business degree, where before it     09:04:11
13  was pretty much just aviation.                  09:04:15
14   Q.   Grand Forks is the home of the Fighting    09:04:16
15  Sioux?                                          09:04:19
16   A.   Yes, now the Fighting Hawks, if you can    09:04:19
17  believe it.                                     09:04:22
18   Q.   Really?                                   09:04:22
19   A.   It changed.                               09:04:23
20   Q.   I must have missed that.                  09:04:23
21   A.   They took that away from us.              09:04:25
22   Q.   And your major in college was aviation     09:04:27
23  business then?                                  09:04:29
24   A.   Correct.                                  09:04:31
25   Q.   And straight out of college you went to    09:04:31

## Page 13

1  work for Beryl D'Shannon?   09:04:32
2  A.    Within about two weeks.   09:04:34
3  Q.    Okay.  And what all titles have you had   09:04:35
4  with -- well, I guess since you started working   09:04:38
5  at D'Shannon?   09:04:39
6  A.    Marketing manager, modification   09:04:41
7  specialist.   09:04:45
8  Q.    What does a modification specialist do?   09:04:48
9  A.    Basically we specialize in   09:04:51
10  modifications.  We just designed a new exhaust   09:04:53
11  system for the Bonanza and the Baron.   09:04:55
12  Q.    Okay.   09:04:55
13  A.    And we just designed a number of other   09:04:57
14  upgrades for lighting on the aircraft.  So   09:05:01
15  we're modifying an original design.  That's   09:05:05
16  what we call modifications.   09:05:07
17  Q.    Now, do you have any engineering   09:05:08
18  background?   09:05:09
19  A.    No, but I hire a lot of engineers.   09:05:10
20  Q.    Okay.  So you oversee these projects and   09:05:12
21  you leave kind of the nuts and bolts -- no pun   09:05:15
22  intended -- to engineers under you?   09:05:17
23  A.    Correct.  I wouldn't say they're under   09:05:23
24  me, but they're around me.   09:05:24
25  Q.    Okay.  And you are the head worker bee   09:05:25

## Page 14

1  and they're merely worker bees?   09:05:27
2  A.    Right.   09:05:29
3  Q.    Do you have any mechanic's licenses with   09:05:29
4  the FAA?   09:05:34
5  A.    No.   09:05:34
6  Q.    Do you have any non-flight-related   09:05:36
7  licenses with the FAA?   09:05:40
8  A.    No.   09:05:42
9  Q.    Do you still hold your pilot's license?   09:05:44
10  A.    It's not current.  I hold it, but I   09:05:46
11  don't fly and I don't get flight reviews.  I   09:05:50
12  don't fly very much anymore.   09:05:54
13  Q.    I guess tell me a little bit about the   09:05:55
14  history of D'Shannon.  You said before we went   09:06:00
15  on the record that that goes back to the '60s.   09:06:01
16  A.    1960 in Van Nuys, California.   09:06:04
17  Q.    I guess how was it started?   09:06:09
18  A.    By a guy by the name of Allan Peterson.   09:06:11
19  He started working on the Beechcraft fleet back   09:06:16
20  in 1960.  And then through the years he   09:06:19
21  continued to alter the name that was originally   09:06:24
22  Beryl Aviation and then it became Beryl   09:06:27
23  D'Shannon Aviation.  Then it became Beryl   09:06:30
24  D'Shannon Aviation Specialities, Inc.  He   09:06:30
25  continued to acquire assets from different   09:06:34

## Page 15

1  individuals that had modification approvals.   09:06:38
2  And when their estates or when they decided   09:06:40
3  they were going to sell, he would go and buy   09:06:44
4  those assets.   09:06:46
5  Q.    Now, what is a modification approval?   09:06:46
6  A.    It's a supplement to a type certificate.   09:06:49
7  So the manufacturer of the aircraft has a type   09:06:52
8  certificate and he owns what's a supplement.   09:06:54
9  And now I own what is a supplement to that type   09:06:56
10  certificate so we can adjust the original   09:07:00
11  design of that aircraft.   09:07:02
12  Q.    Now, is that primarily, I guess, what   09:07:02
13  your company does?  Do you go out and buy   09:07:05
14  preexisting supplemental type certificates?   09:07:07
15  A.    That's what he did.   09:07:13
16  Q.    Okay.   09:07:14
17  A.    I don't.  I create them.  Just to   09:07:16
18  clarify, I acquired Allan Peterson's STCs.  And   09:07:29
19  then since then we've been creating new STCs.   09:07:36
20  Q.    Now, the Genesis upgrade, was that one   09:07:38
21  that D'Shannon created?   09:07:42
22  A.    That was one that Beryl D'Shannon   09:07:43
23  created.   09:07:45
24  Q.    But it was one that was created rather   09:07:46
25  than acquired?   09:07:48

## Page 16

1  A.    Right.  That's correct.   09:07:49
2  Q.    Tell me how long has D'Shannon been   09:07:51
3  doing the Genesis upgrade?   09:07:55
4  A.    Let me clarify.  There's actually two   09:07:57
5  Genesis upgrades.   09:08:00
6  Q.    Okay.   09:08:00
7  A.    When you asked me initially what the   09:08:01
8  Genesis upgrade was, I was thinking of the   09:08:03
9  large gross weight increase upgrade, which came   09:08:06
10  first.   09:08:09
11  Q.    Okay.   09:08:09
12  A.    And we called that the Genesis.  And   09:08:09
13  that brought a Bonanza up 350 to 400 pounds.   09:08:10
14  Now we have an engine that we call the Genesis   09:08:17
15  engine.   09:08:20
16  Q.    Okay.   09:08:20
17  A.    And we've just recently named it that   09:08:20
18  here in the last couple of years because we   09:08:22
19  wanted to be linked to the preexisting Genesis   09:08:24
20  upgrade.   09:08:26
21  Q.    I got you.  So kind of a branding thing?   09:08:28
22  A.    Correct.   09:08:31
23  Q.    Okay.  You already had the successful   09:08:31
24  name in the market; it was the Genesis upgrade,   09:08:34
25  so you wanted this to be a Genesis engine   09:08:36

## Page 17

1   upgrade?                                                   09:08:39
2   A.      And it's Genesis Engines by D'Shannon.            09:08:39
3   Q.      And does the Genesis Engines by                   09:08:43
4   D'Shannon, this Genesis upgrade -- I'm going to           09:08:43
5   refer to it as the Genesis upgrade in my mind.           09:08:47
6   And that's the one that I'm talking about; not            09:08:49
7   the prior one.                                            09:08:51
8   A.      Okay.                                             09:08:51
9   Q.      Does it have a corresponding weight               09:08:54
10  increase for the plane?                                   09:08:55
11  A.      No.                                               09:08:58
12  Q.      What does the Genesis upgrade do, the             09:08:59
13  one that Mr. Perkins purchased?                           09:09:03
14  A.      I'm not sure if it was the Genesis at             09:09:07
15  the time.  I'm thinking that it was.  But to be           09:09:10
16  honest with you, I don't remember if that was             09:09:13
17  the name at the time.                                     09:09:14
18  Q.      I think it was.                                   09:09:15
19  A.      Okay.                                             09:09:16
20  Q.      But even if it wasn't, we understand the          09:09:17
21  upgrade?                                                  09:09:21
22  A.      Sure.  Yes.                                       09:09:21
23  Q.      What does it do?                                  09:09:22
24  A.      It simply raises the available                    09:09:24
25  horsepower for that airframe.  So you take an             09:09:26

## Page 18

1   existing set of engines, which are rated 285             09:09:29
2   horsepower, and then it brings each of them --            09:09:35
3   because there's two of them -- it brings each            09:09:38
4   of them up to 300.                                        09:09:40
5   Q.      Would that increase the performance of            09:09:41
6   the aircraft?                                             09:09:43
7   A.      Yes, it would.                                    09:09:43
8   Q.      Would it change the engines from, say, a          09:09:45
9   Continental IO-520 to an IO-550?                          09:09:50
10  A.      Correct.                                          09:09:55
11  Q.      What is the difference between those              09:09:55
12  models?                                                   09:09:56
13  A.      There's a different crankshaft.  There's          09:09:57
14  some different rods; basically, a longer stroke           09:10:00
15  so that you can yield more horsepower.  And the          09:10:05
16  crankcase can be reused in most cases where you          09:10:09
17  can take a 520 case and make it a 550, but we             09:10:14
18  don't have that approval.  So basically what we           09:10:18
19  have the approval to do is put those engines,             09:10:20
20  the 550s you referred to, in the airframe.  And          09:10:21
21  that's the STC I was referring to.  We're                09:10:25
22  adjusting the original type certificate that            09:10:28
23  came with his plane that called out the 520s             09:10:30
24  and we're adjusting that to accept the 550s.             09:10:33
25  Q.      Now, to apply an STC -- which stands for          09:10:37

## Page 19

1   Supplemental Type Certificate, correct?                  09:10:40
2   A.      Yes.                                              09:10:42
3   Q.      To apply the changes to a STC, what kind          09:10:43
4   of FAA approvals or certificates do you need?            09:10:45
5   A.      That was the STC that I was referring             09:10:48
6   to.  And that was a preexisting STC that we              09:10:51
7   acquired on December 10 of 2010 from Beryl                09:10:53
8   D'Shannon.  And it basically requires that               09:10:56
9   those engines go in.  It doesn't require the             09:10:58
10  baffle cooling kits, but we definitely feel              09:11:02
11  that's necessary and almost mandatory, because          09:11:06
12  for cooling you need to make sure they're on             09:11:08
13  the engines, because they're air-cooled                  09:11:09
14  engines.  Then there's a remarking of the -- if          09:11:11
15  it's a combination manifold pressure fuel flow           09:11:14
16  gauge, the fuel flow side of the instrument is           09:11:25
17  remarked and recalibrated.  Possibly some                09:11:28
18  cables are changed.  There's some hoses and so           09:11:33
19  on.  But a very reasonable conversion to take            09:11:35
20  place in the field.  You wouldn't have to come           09:11:40
21  to a specialized facility.  Usually that                 09:11:42
22  installation can take place in the field                  09:11:45
23  anyplace around the world.                               09:11:47
24  Q.      And that's, actually -- I think at the            09:11:48
25  end of the answer is kind of what I was getting          09:11:50

## Page 20

1   at.  Do you have to be like, say, a power                09:11:51
2   plant?  Could an IA or a service center -- what          09:11:55
3   do you have to be in order to actually perform           09:11:59
4   an STC change?                                            09:12:02
5   A.      Well, I think maybe the question should           09:12:04
6   be asked what do you need to do to do the                09:12:07
7   installation of that particular conversion.              09:12:09
8   The STC gives whoever installs it the authority          09:12:11
9   to do it.  But the only kind of person who can           09:12:14
10  sign off on that install is an IA.                        09:12:16
11  Q.      Okay.  What is an IA, for the record?             09:12:20
12  A.      It's basically an authority designation          09:12:23
13  that is given from the FAA, if I understand it           09:12:27
14  properly.  And it's given once you've been an            09:12:30
15  A&P, an airframe and power plant mechanic, for           09:12:34
16  a period of time.  You can then become an IA             09:12:39
17  when another IA has been mentoring you and you           09:12:44
18  pass a certain number of tests.  I don't know            09:12:49
19  it because I'm not one, but I believe that's             09:12:51
20  how it works.                                             09:12:54
21  Q.      So an A&P would be like, say, the lower           09:12:54
22  level of FAA-approved mechanic, right?                   09:12:59
23  A.      Correct.                                          09:13:02
24  Q.      And then after you have been an A&P for           09:13:02
25  a certain period, you have your --                        09:13:05

Page 21

1  A.      Years.                                              09:13:07

2  Q.      Years.  You would have to pass a certain           09:13:07

3  number of tests and you can become an IA?                  09:13:09

4  A.      And also, I believe, have a reference,             09:13:17

5  someone recommends you that's already an IA, I             09:13:17

6  believe.                                                   09:13:17

7  Q.      Does D'Shannon have IAs on staff?                  09:13:21

8  A.      Yes.                                               09:13:24

9  Q.      Who do you have on staff with an IA                09:13:25

10  designation?                                              09:13:28

11  A.      Les Anderson, John Clegg, Tim Brooks.  I          09:13:28

12  don't believe that's current, though.  I                  09:13:37

13  believe we have one or two more, but I'm not               09:13:45

14  going to say that because I don't know for                 09:13:46

15  sure.                                                     09:13:48

16  Q.      But those are the two and possibly third          09:13:48

17  that you feel comfortable mentioning?                      09:13:51

18  A.      Right.  They've all been IAs.  It's just          09:13:53

19  a question of if they're current or not.  Tim              09:13:56

20  Brooks is the only one I'm not sure if he's                09:14:00

21  current or not.                                           09:14:00

22  Q.      You said he needs to sign off.  What              09:14:01

23  does he need to sign off on?                               09:14:03

24  A.      Are you speaking of the installation of           09:14:06

25  the engines?                                              09:14:09

Page 22

1  Q.      Yes, when the engines are installed.               09:14:09

2  A.      Sign off that the STC has been complied            09:14:10

3  with.  So when they do the installation --                 09:14:14

4  usually it's a he.  When he does the                        09:14:16

5  installation, he needs to make sure that he                09:14:18

6  goes through all the documentation and that the            09:14:20

7  paperwork within the STC flight manual                     09:14:22

8  supplements, drawings, an installation manual,             09:14:25

9  that all of those things have been implemented            09:14:30

10  on that particular airframe that he's working             09:14:33

11  on and then he can sign that airframe's                    09:14:36

12  logbooks that the STC has been complied with.             09:14:38

13  Q.      Does the IA then have ultimate                    09:14:41

14  supervisory authority over the STC change?                 09:14:43

15          MR. HEISTERHAGEN:  Object to form.                09:14:48

16  BY MR. WADSWORTH:                                         09:14:50

17  Q.      Like he has to sign off.  He has to sign          09:14:51

18  off on this.  Does he also have to supervise              09:14:53

19  the work?                                                 09:14:57

20  A.      I'm not sure on that in regard to an              09:14:59

21  installation of engines.  I'm not sure on that.           09:15:04

22  I'm assuming that he does.  I'm not sure if an            09:15:08

23  A&P can do the work and then the IA can come at            09:15:10

24  the end and oversee this.  I'm not sure on that            09:15:12

25  one.                                                      09:15:15

Page 23

1  Q.      If there was a problem with the work,              09:15:16

2  who would the FAA come after?  Like this is                09:15:19

3  speaking generally; not anything specific.                 09:15:23

4  A.      You're talking about the installation of           09:15:26

5  the engines?                                              09:15:27

6  Q.      Let's say there's been an installation.           09:15:28

7  It now complies with a Supplemental Type                   09:15:31

8  Certificate and there's a problem with the                 09:15:35

9  engine.  Who would the FAA call first?  Does it            09:15:37

10  call the person who signed off on the work?               09:15:40

11  A.      I'm not sure.  I couldn't answer that             09:15:43

12  honestly because I don't know the answer.  I'm            09:15:48

13  assuming it would be an IA.                               09:15:51

14  Q.      That's fine.  I mean, I'm just trying to          09:15:53

15  get my head around what it is that you do.                 09:15:57

16  A.      We don't do installations very much.              09:16:01

17  When you asked what do we do, that's not what             09:16:04

18  we really do.  We don't do installations very             09:16:06

19  often, just to let you know.                              09:16:08

20  Q.      What do you do?                                   09:16:09

21  A.      We create the STCs.  We modify the                09:16:10

22  preexisting STCs that we acquired.  That's                 09:16:15

23  really what we're in the business of doing.  We           09:16:19

24  build engines and we receive approvals on those           09:16:22

25  engines to make sure that every process we                09:16:24

Page 24

1  follow in those engines is approved.                       09:16:26

2  Q.      What do you do when you get a                      09:16:29

3  modification?  Do you farm it out to an                    09:16:33

4  independent contractor to actually perform the            09:16:36

5  upgrade?                                                  09:16:38

6  A.      Yes.  They will call us and say their             09:16:39

7  client is looking to do a certain upgrade.                 09:16:42

8  We'll say, okay, what upgrade are you looking             09:16:45

9  for?  Let's go over the details of what that              09:16:47

10  upgrade entails.  Then once they receive that            09:16:50

11  information, we'll send them installation                 09:16:52

12  manuals, even slide shows of previous                     09:16:55

13  installations that took place from the                    09:16:57

14  beginning of the dismantling of the project to           09:16:59

15  the build-up of the project and then the                 09:17:01

16  completion of the project.  Those slide show             09:17:03

17  pictures can tell a story and help the IA                09:17:04

18  determine if they want to get involved in a              09:17:08

19  project of that caliber and size.                         09:17:10

20  Q.      And you are a former marketing guy.  Who         09:17:12

21  is D'Shannon's customer?  Do you view your               09:17:14

22  customer -- let me kind of ask a clarification.           09:17:18

23  Do you view your primary customers as being the          09:17:23

24  end-user of the airplanes or, say, the various           09:17:27

25  A&P shops, IAs and other mechanic shops?                 09:17:32

Page 25

```
1    A.      I think it's a bend of all of those, but    09:17:34
2    I think we focus on the end-user because we         09:17:36
3    want the end-user to be enlightened about           09:17:38
4    what's available to them and then how much work     09:17:42
5    is involved so there's not a surprise in            09:17:44
6    regards to labor, for example.  So we can give      09:17:46
7    them a parts cost, but we're not doing the          09:17:49
8    installation 99 percent of the time.  So we try     09:17:51
9    to educate their installation team as much as       09:17:54
10   we can so they can give a reasonable quote to       09:17:58
11   the end-user that they would add on top of the      09:18:00
12   parts quote that we gave.                           09:18:02
13   Q.      So in general you would, say, advertise     09:18:02
14   in a general aviation magazine with the hope        09:18:06
15   that an end-user, somebody who would actually       09:18:08
16   use the airplane, would see this and go to          09:18:11
17   their local mechanic, go to their installer and     09:18:17
18   say I want something like this.  Would that be      09:18:19
19   correct?                                            09:18:21
20   A.      Correct.                                    09:18:21
21   Q.      But D'Shannon itself doesn't do the         09:18:22
22   upgrades most of the time, correct?                 09:18:27
23   A.      The majority of the time we do not.         09:18:28
24   Q.      How many upgrades do you do a year at       09:18:32
25   D'Shannon itself?                                   09:18:36
```

Page 26

```
1    A.      That can vary year to year, but I would    09:18:37
2    say probably ten to 20.  That could be an          09:18:44
3    airframe upgrade.  That could be a power plant     09:18:47
4    upgrade.  It's usually not a power plant           09:18:49
5    upgrade.  It's usually an airframe upgrade like    09:18:53
6    our fuel tip tanks or -- now we're installing      09:18:53
7    our exhaust systems for the Bonanza and Baron.     09:19:00
8    Q.      Do you have certain mechanics or IAs       09:19:10
9    that you have a kind of special relationship       09:19:15
10   with?                                              09:19:18
11   A.      Yes.                                       09:19:18
12   Q.      Which ones would those be that you kind    09:19:19
13   of have these are the D'Shannon-preferred          09:19:22
14   providers of the upgrade?                          09:19:24
15   A.      You mean across the world?                 09:19:25
16   Q.      Sure.  Let's start with kind of broadly.   09:19:28
17   How many countries do you have them in?            09:19:30
18   A.      30, 40.                                    09:19:32
19   Q.      In the United States how many of those     09:19:34
20   mechanics do you have?                             09:19:37
21   A.      Hundreds.                                  09:19:38
22   Q.      And are these people that just are         09:19:40
23   authorized to do your upgrades or are these        09:19:43
24   mechanics that D'Shannon has sort of an            09:19:47
25   independent contractor relationship?               09:19:49
```

Page 27

```
1    A.      We never have an independent contract      09:19:53
2    relationship with them.  They're not employed      09:19:56
3    by us.  That's not how we operate.                 09:19:57
4    Q.      Can you describe the relationship          09:19:59
5    between D'Shannon and, say, Mike Moore of          09:20:02
6    AvWorks or D'Shannon and AvWorks as it existed     09:20:06
7    -- well, let's start with that.  How did you       09:20:10
8    first meet Mike Moore?                             09:20:11
9    A.      It was many years ago and I don't          09:20:28
10   remember where I met him.                          09:20:31
11   Q.      Do you remember roughly how many years     09:20:31
12   ago it was?                                        09:20:34
13   A.      A decade or ten to 15 years, maybe.        09:20:35
14   Q.      And has Mike Moore -- how long has Mike    09:20:38
15   Moore been performing upgrades based off           09:20:44
16   D'Shannon STCs?                                     09:20:46
17           MR. HEISTERHAGEN:  Object to form.         09:20:49
18   He's not doing it anymore.                         09:20:52
19   BY MR. WADSWORTH:                                  09:20:54
20   Q.      Do you remember when he started doing      09:20:54
21   upgrades for D'Shannon STCs?                       09:20:57
22   A.      I'm going to say approximately five        09:21:07
23   years ago, maybe.                                  09:21:08
24   Q.      So 2011-ish?                               09:21:10
25   A.      I'm going to say that's -- I mean, he      09:21:11
```

Page 28

```
1    wasn't doing them for us.  In fact, it was         09:21:13
2    previous to that.  He called us and he had         09:21:17
3    bought an STC for a client who had a Baron.        09:21:18
4    And he did the installation of that set of         09:21:22
5    engines for that Baron -- at least I was told      09:21:26
6    this.  I never witnessed it myself, but I'm        09:21:31
7    going off what I was told -- for Rusty             09:21:32
8    Wallace's brother, Mike Wallace, I believe it      09:21:35
9    was.  And that was done in Mooresville, I was      09:21:38
10   told.  That was maybe, I believe, somewhere        09:21:40
11   five-plus years ago.  And I think that was my      09:21:45
12   first interaction with him.  If I could go back    09:21:48
13   to that.  And so in our discussions he called      09:21:50
14   and said, "I have two engines I bought for         09:21:53
15   these 550-C's that go in this Baron and I want     09:21:55
16   your STC to put it in this aircraft and your       09:22:00
17   baffle cooling kits.                               09:22:04
18   Q.      What did you say?                          09:22:06
19   A.      Yes.  We gave him a quote.  We sent him    09:22:07
20   the STC and the baffle cooling kits that they      09:22:11
21   had purchased.  He did the install.  That was      09:22:14
22   the end of it.  I never heard much more about      09:22:16
23   it after that.                                     09:22:19
24   Q.      When did Mike Moore stop being a           09:22:20
25   D'Shannon-preferred -- whatever term you want      09:22:28
```

Page 29

1 to use -- when did you stop doing business with 09:22:30
2 Mike Moore? 09:22:32
3 A.    Probably two years ago, two years and a 09:22:33
4 few months. 09:22:35
5 Q.    Middle of 2014, early 2014? 09:22:35
6 A.    I would say somewhere between the 09:22:41
7 beginning of 2014 and the end of 2014 -- I'm 09:22:51
8 sorry -- the beginning of 2014 and maybe the 09:22:54
9 summer of 2014.  I don't have that information 09:22:57
10 in front of me, but I believe that was the 09:23:00
11 general area of when we stopped working with 09:23:02
12 him. 09:23:05
13 Q.    Why did you stop working with him? 09:23:05
14 A.    It's not because we didn't want to work 09:23:07
15 with him.  We thought that Mike was a capable 09:23:13
16 individual.  We just had a relationship that 09:23:17
17 had eroded over time and our communication had 09:23:18
18 broken down to such a place that we just 09:23:21
19 couldn't -- we couldn't work together anymore. 09:23:23
20 Q.    Now, let's move to the specifics of this 09:23:33
21 case. 09:23:37
22        How did you first meet Joe Perkins? 09:23:37
23 A.    I never met Joe Perkins, that I'm aware 09:23:40
24 of.  I talked to him on the phone.  You're 09:23:44
25 meaning face to face? 09:23:47

Page 30

1 Q.    You've never met Joe Perkins in person? 09:23:48
2 A.    I don't believe so. 09:23:50
3 Q.    How did you first get in contact -- how 09:23:53
4 did the upgrade for the Baron that's at issue 09:23:56
5 in this litigation, how did that get started? 09:23:59
6 A.    I believe it was purely phone 09:24:03
7 communication.  I believe it started with the 09:24:05
8 phone and then we continued with emails and 09:24:06
9 phone conversations about the upgrade of 09:24:08
10 different facets of the airplane he had.  It 09:24:12
11 was the windows for the aircraft and the 09:24:15
12 windshield, I believe.  And then it was the 09:24:18
13 power plants.  It was the engines as well.  It 09:24:20
14 was the discussion about the propellers that 09:24:22
15 mount to those engines. 09:24:24
16 Q.    So it first started with an upgrade to 09:24:26
17 the windshield, is that correct, and the 09:24:28
18 windows? 09:24:30
19 A.    I don't remember specifically if it was 09:24:32
20 only about the windows, but I just remember it 09:24:33
21 was a general upgrade discussion that took 09:24:35
22 place about windows, engines, propellers.  And 09:24:37
23 then it led into engine analyzers.  And I think 09:24:42
24 that was the -- and the STC, of course, to 09:24:48
25 upgrade that airframe was included in that 09:24:51

Page 31

1 discussion, to take those 520s out and put 550s 09:24:53
2 in that required an STC. 09:24:58
3 Q.    What was the scope of everything that 09:25:00
4 you did on the Beechcraft Baron that belongs to 09:25:04
5 Perkins communication and Matrix? 09:25:08
6 A.    Well, I didn't do anything on the 09:25:11
7 aircraft.  It's just upgrades that we provided 09:25:13
8 to him.  Windows -- 09:25:15
9 Q.    What was the scope -- I'm sorry.  What 09:25:16
10 was the scope of those upgrades that you 09:25:18
11 provided to him? 09:25:20
12 A.    The power plant upgrades, the 09:25:21
13 propellers, the baffle cooling kits, the 09:25:25
14 windows.  I'm not sure if we provided the gap 09:25:34
15 seals or not.  I don't remember that.  But I 09:25:38
16 think that was the grand majority of it right 09:25:40
17 there, and the engine analyzer, the one made by 09:25:42
18 the company Auracle. 09:25:45
19 Q.    Now, did this scope grow over time or 09:25:47
20 did you agree to it all in like the first phone 09:25:50
21 call? 09:25:52
22 A.    No, it grew over time.  The first phone 09:25:52
23 call, I believe, actually, if I'm looking back 09:25:56
24 in time, it was airframe upgrades.  It wasn't 09:25:58
25 originally power plant upgrades.  I think that 09:26:01

Page 32

1 discussion came within a few weeks of first 09:26:04
2 talking with him on the phone. 09:26:07
3 Q.    When did that phone discussion happen, 09:26:08
4 those first phone calls? 09:26:10
5 A.    In 2013. 09:26:12
6 Q.    Was it early 2013? 09:26:13
7 A.    I'm not sure if the first phone 09:26:18
8 conversations were in early 2013, but the first 09:26:21
9 recorded conversations I think that I had was 09:26:23
10 late spring, early summer of 2013. 09:26:30
11 Q.    You have recorded phone conversations 09:26:33
12 with Joe Perkins? 09:26:35
13 A.    Well, not recorded, but I had some notes 09:26:35
14 in my documents about sending a quote to him. 09:26:38
15 So when I looked at the quote, I think the 09:26:43
16 quote was May something.  So nothing recorded 09:26:45
17 digitally, no, not that. 09:26:47
18 Q.    Scott, this deposition was about to get 09:26:49
19 really interesting. 09:26:51
20 A.    I wish had I that kind of equipped. 09:26:56
21 Q.    When were the upgrades supposed to be 09:27:07
22 completed? 09:27:07
23 A.    I think the fall of -- late summer, fall 09:27:12
24 of 2013, so within a few months. 09:27:16
25 Q.    Was the work to be done up near 09:27:23

Page 33

```
 1   Minnesota or it was to be done in North        09:27:25
 2   Carolina?                                      09:27:30
 3   A.      I think it was actually supposed to be 09:27:30
 4   done in Alabama from the beginning.  I think   09:27:32
 5   the aircraft was down.  So when we say an      09:27:34
 6   aircraft is AOG, it means the aircraft is on   09:27:39
 7   the ground.  It's not going anywhere.  So we   09:27:40
 8   approach it from that perspective and say if   09:27:42
 9   it's on the ground, then we have to go where   09:27:45
10   the airplane is to do the work.  It was in     09:27:47
11   Alabama.                                       09:27:50
12   Q.      Let's start with that.  What is the    09:27:50
13   basis for your understanding that the aircraft 09:27:52
14   is on the ground?                              09:27:53
15   A.      I was told -- I don't know if it was   09:28:01
16   Mr. Perkins, but I thought that I was told that 09:28:05
17   there was an issue with the alternator.  There 09:28:07
18   had been a gear that had seized or something   09:28:13
19   and there was an issue with the alternator     09:28:15
20   gear.                                          09:28:17
21   Q.      Do you remember when you heard about   09:28:17
22   this?                                          09:28:24
23   A.      December of 2013.                      09:28:24
24   Q.      So probably after the additional phone 09:28:25
25   calls about starting the project?              09:28:27
```

Page 34

```
 1   A.      I would assume so.  I don't know for   09:28:31
 2   sure.  I don't have that in front of me.  I    09:28:34
 3   don't know.                                    09:28:37
 4   Q.      Who would have done the work for you in 09:28:37
 5   Alabama?                                        09:28:39
 6   A.      We didn't have anybody in Alabama, so we 09:28:41
 7   -- we encouraged Mr. Perkins to consider having 09:28:44
 8   a team of guys that contracted with us, the    09:28:47
 9   same individual that was building the engines. 09:28:50
10   He was capable and could be hired independently 09:28:55
11   to do that work.  We thought that would serve  09:28:58
12   Mr. Perkins pretty well.  He had another        09:29:03
13   individual that was with him.  I don't know if 09:29:05
14   that individual was an IA, but another          09:29:06
15   individual that could also do that work.        09:29:08
16   Q.      Where was this team?                    09:29:11
17   A.      They were in Mooresville, North         09:29:13
18   Carolina.                                       09:29:16
19   Q.      This is the AvWorks, the Mike Moore     09:29:16
20   team?                                           09:29:19
21   A.      Right.                                  09:29:19
22   Q.      When you say his team, who all was on   09:29:19
23   his team?                                       09:29:21
24   A.      I'm not sure he really has a formal     09:29:22
25   team, but he had suggested that he could bring  09:29:25
```

Page 35

```
 1   a friend of his that is a very capable and very 09:29:26
 2   well known -- how would you categorize him --  09:29:29
 3   aircraft specialist who had rebuilt warbirds,  09:29:34
 4   some of the most complex jobs that I think     09:29:38
 5   could be done in general aviation for you,     09:29:41
 6   know, aircraft that are, you know, 10,000      09:29:44
 7   pounds and greater like a warbird.  He was very 09:29:50
 8   familiar with those, rebuilding those from the 09:29:53
 9   ground up.  And he was more than capable to do 09:29:55
10   the work with Mike Moore.                      09:29:58
11   Q.      What was that guy's name?              09:29:59
12   A.      Dennis Hallman.                         09:30:06
13   Q.      Is it your understanding that Dennis   09:30:09
14   Hallman is in North Carolina?                  09:30:11
15   A.      At the time, yes.  I saw him there.  I 09:30:12
16   met him there at his home.                     09:30:16
17   Q.      Was Earl Ramey part of this team?      09:30:19
18   A.      For the installation of the engines?   09:30:23
19   Q.      Yes.                                    09:30:26
20   A.      No.  Earl Ramey isn't an installer.    09:30:26
21   He's a builder.                                09:30:28
22   Q.      Is it your understanding that Earl Ramey 09:30:30
23   did no work on the Beechcraft Baron?           09:30:34
24   A.      I never knew of anything that he would 09:30:36
25   do in regard to the airframe.  He built the    09:30:38
```

Page 36

```
 1   engines with Mike Moore is my understanding.   09:30:43
 2   Q.      Okay.  So we're talking about two      09:30:45
 3   different things.  Dennis Hallman was the      09:30:48
 4   airframe guy?                                  09:30:50
 5   A.      Correct.                               09:30:51
 6   Q.      And is Mike Moore also an airframe guy? 09:30:52
 7   A.      Yes.                                    09:30:57
 8   Q.      And Earl Ramey would work on the       09:30:58
 9   engines?                                        09:31:01
10   A.      Power plant guy.                        09:31:01
11   Q.      Do you know what licenses any of those 09:31:03
12   people hold?  Let's start with Dennis Hallman. 09:31:05
13   Do you know what FAA mechanic's licenses he may 09:31:07
14   hold?                                           09:31:11
15   A.      I don't know what he holds.  I never had 09:31:16
16   that discussion with him about what his        09:31:20
17   licenses were.  It wasn't my place to ask him  09:31:22
18   what licenses he held because I entrusted Mike 09:31:25
19   Moore with that discernment whether or not he  09:31:30
20   would be the kind of individual we would want  09:31:32
21   working on this project.  He said he could do  09:31:34
22   the install with Dennis and Mr. Perkins could  09:31:37
23   pay them directly and they would do the work   09:31:40
24   and Mike could sign it off under his own IA.   09:31:41
25   He never mentioned that Dennis would sign it   09:31:44
```

Page 37

| | |
|---|---|
| 1 | off. 09:31:47 |
| 2 | Q. So is it your understanding, then, that 09:31:48 |
| 3 | Joe Perkins was to pay Mike Moore directly for 09:31:49 |
| 4 | all this work? 09:31:53 |
| 5 | A. For the installation of the engines, 09:31:53 |
| 6 | yes. 09:31:56 |
| 7 | Q. Did you solicit Joe Perkins' business by 09:31:56 |
| 8 | hyping how good Mike Moore -- by advertising 09:32:22 |
| 9 | how good Mike Moore and Earl Ramey were? 09:32:25 |
| 10 | A. I'm assuming I conveyed to him that I 09:32:29 |
| 11 | was familiar with Mike Moore and the 09:32:31 |
| 12 | recommendation we received from Mike Mangold 09:32:32 |
| 13 | who was a Red Bull champion. Mike Moore built 09:32:37 |
| 14 | his engines. I don't think it takes much more 09:32:41 |
| 15 | than that to convince somebody, usually. You 09:32:43 |
| 16 | know, somebody wins the Red Bull air races and 09:32:45 |
| 17 | the individual who flew the aircraft in the Red 09:32:48 |
| 18 | Bull races recommends somebody, that to me was 09:32:51 |
| 19 | enough. So I probably conveyed that 09:32:53 |
| 20 | information to Mr. Perkins at the time because 09:32:59 |
| 21 | I had talked with Mike Mangold about the 09:33:02 |
| 22 | engines that Mike Moore built for him. 09:33:05 |
| 23 | MR. WADSWORTH: I'm going to mark as 09:33:08 |
| 24 | Plaintiffs' Exhibit 1 an email between you and 09:33:10 |
| 25 | Joe Perkins from May 23, 2013. 09:33:35 |

Page 38

| | |
|---|---|
| 1 | (Exhibit 1 marked.) 09:33:40 |
| 2 | BY MR. WADSWORTH: 09:33:41 |
| 3 | Q. Let me ask you first, Mr. Erickson, have 09:33:41 |
| 4 | you seen this email before? 09:33:43 |
| 5 | A. Yes. 09:33:44 |
| 6 | Q. What is this email? 09:33:44 |
| 7 | A. This is an email from me introducing Joe 09:33:45 |
| 8 | to Earl Ramey through Mike Moore. 09:33:52 |
| 9 | Q. And does this remind you about when your 09:33:56 |
| 10 | earlier conversations with Mr. Perkins might 09:34:01 |
| 11 | have taken place? 09:34:03 |
| 12 | A. Yes. 09:34:04 |
| 13 | Q. Would this email be from around the time 09:34:05 |
| 14 | you had your first conversation? 09:34:10 |
| 15 | A. Yes, like I said. 09:34:11 |
| 16 | Q. Around May 23 then? 09:34:12 |
| 17 | A. Yes. It looks like on May 23. 09:34:14 |
| 18 | Q. But you may have had some conversations 09:34:16 |
| 19 | in the days prior to that? 09:34:18 |
| 20 | A. Correct. 09:34:19 |
| 21 | Q. But it would have been in mid to late 09:34:20 |
| 22 | May probably when you met Joe Perkins? 09:34:24 |
| 23 | A. I never met him, but when we first 09:34:25 |
| 24 | spoke. 09:34:28 |
| 25 | Q. The subject is "Earl Ramey." "Here is 09:34:29 |

Page 39

| | |
|---|---|
| 1 | the fella that just agreed to join our team, he 09:34:34 |
| 2 | and Mike would build up your engines." It 09:34:38 |
| 3 | looks here like you were saying that Earl Ramey 09:34:41 |
| 4 | will be doing some of the building work for the 09:34:43 |
| 5 | power plant, correct? 09:34:45 |
| 6 | A. Correct. 09:34:46 |
| 7 | Q. Along with Mike Moore? 09:34:46 |
| 8 | A. Uh-huh. 09:34:49 |
| 9 | Q. Do you know whether Earl Ramey had any 09:34:49 |
| 10 | FAA mechanic's licenses at the time? 09:34:52 |
| 11 | A. He did not. 09:34:54 |
| 12 | Q. Did you communicate that to Joe Perkins? 09:34:56 |
| 13 | A. No. 09:35:02 |
| 14 | Q. Why not? 09:35:04 |
| 15 | A. I don't think I conveyed that in this 09:35:04 |
| 16 | email. 09:35:07 |
| 17 | Q. Do you know whether you -- 09:35:08 |
| 18 | A. Because I forwarded an email that Mike 09:35:09 |
| 19 | sent to us saying that we were pulling Earl out 09:35:11 |
| 20 | of the performance racing industry. And it 09:35:13 |
| 21 | didn't come up because Mike Moore had told me 09:35:18 |
| 22 | that once he signs off the engines that are 09:35:20 |
| 23 | legal, they're legitimate, and my understanding 09:35:24 |
| 24 | is that the FAA doesn't require the individual 09:35:26 |
| 25 | who is handling parts and building the engine 09:35:32 |

Page 40

| | |
|---|---|
| 1 | to be FAA approved, but the person who is 09:35:35 |
| 2 | working with him side by side that's FAA 09:35:37 |
| 3 | approved can sign off his work. 09:35:40 |
| 4 | Q. Do you know whether Mike Moore is an IA? 09:35:42 |
| 5 | A. I believe that he was at the time. I 09:35:46 |
| 6 | never saw his license, but he had signed off 09:35:48 |
| 7 | some other installations and he had an IA 09:35:51 |
| 8 | signoff, so I assumed it was legitimate. I 09:35:53 |
| 9 | didn't think that he would have done that 09:35:56 |
| 10 | because it would have been a federal offense. 09:35:57 |
| 11 | Q. Do you now think that he might have done 09:35:59 |
| 12 | it because it might have been a federal 09:36:00 |
| 13 | offense? Well, do you now think that he might 09:36:02 |
| 14 | have done that, signed off without an IA 09:36:05 |
| 15 | license? 09:36:07 |
| 16 | A. I don't know. I don't know if he's an 09:36:10 |
| 17 | IA or not today. 09:36:11 |
| 18 | Q. Do you know whether he was an IA when he 09:36:13 |
| 19 | signed off on the Baron engines? 09:36:15 |
| 20 | A. I believe that he was. He told me that 09:36:18 |
| 21 | he was. He had signed off other jobs. Like I 09:36:20 |
| 22 | mentioned, he did the installation for the 09:36:24 |
| 23 | Baron just a couple years previously and signed 09:36:26 |
| 24 | off that installation. And so based on all the 09:36:29 |
| 25 | installations that he's done and all the work 09:36:36 |

Page 41

```
 1    that he had done, we were told that he was an      09:36:39
 2    IA.  He told us he was an IA and other people      09:36:40
 3    told us he was an IA, and a glowing IA at that.    09:36:44
 4         MR. WADSWORTH:  I'm going to mark as          09:36:48
 5    Plaintiffs' Exhibit 2 another email.               09:36:49
 6         (Exhibit 2 marked.)                           09:36:59
 7  BY MR. WADSWORTH:                                    09:37:13
 8    Q.    Mr. Erickson, have you seen this             09:37:14
 9    document before?                                   09:37:16
10    A.    Yes.                                         09:37:18
11    Q.    What is this document?                       09:37:18
12    A.    It's a notification to his assistant         09:37:25
13    that we were getting close to finishing his        09:37:30
14    engines and would like to go over the details      09:37:32
15    of the Auracle engine monitor, as well as the      09:37:34
16    propeller governors that would be mounted to       09:37:37
17    his engines.                                       09:37:41
18    Q.    And by "his" who are we talking about?       09:37:42
19    A.    Joe Perkins' governors.                      09:37:45
20    Q.    This is an email to --                       09:37:45
21    A.    And Joe Perkins' FBO -- his FBO.             09:37:46
22    Q.    Okay.  It says:  "Please let him know we     09:37:49
23    are coming close to finishing his engines and      09:37:54
24    would like to go over a few details on the         09:37:54
25    Auracle engine monitor."                           09:37:57
```

Page 42

```
 1         Do you know what the state of the            09:37:58
 2    engines was as of June 20, 2013?                   09:38:00
 3    A.    I was told that they were coming to an       09:38:02
 4    end, but it didn't turn out that they were         09:38:04
 5    signed off within the month of June.               09:38:08
 6    Q.    Who told you that they were coming to an     09:38:11
 7    end in June?                                       09:38:13
 8    A.    Mike Moore.                                  09:38:15
 9    Q.    So Mike Moore told you they were coming      09:38:16
10    to an end.  Had you personally seen the engines    09:38:19
11    as of June 20?                                     09:38:21
12    A.    I had not.                                   09:38:22
13    Q.    So when you said that the engines are        09:38:23
14    close to being done, you were relying on Mike      09:38:26
15    Moore's --                                         09:38:29
16    A.    Correct.                                     09:38:30
17    Q.    Did you have any reason to believe at        09:38:32
18    the time they weren't close to coming to an        09:38:35
19    end?                                               09:38:38
20    A.    No, there was nothing that would lead me     09:38:38
21    to believe that they weren't coming to an end.     09:38:40
22    Q.    Do you remember -- does this email help      09:38:42
23    refresh your memory as to when the engines were    09:38:44
24    promised to Mr. Perkins for delivery?              09:38:48
25    A.    You know what?  I don't remember when        09:38:56
```

Page 43

```
 1    they were promised to him.  I don't have that      09:38:57
 2    in front of me.                                    09:39:00
 3    Q.    You will soon.                               09:39:06
 4         Let's see.  Were you aware that as of         09:39:10
 5    June 20 Mike and Earl and the guys in              09:39:15
 6    Mooresville, North Carolina didn't even have       09:39:20
 7    all the parts that they would need to complete     09:39:22
 8    the rebuild on the Baron?                          09:39:24
 9    A.    I don't know.  I would have to go back       09:39:34
10    and look through my emails.  There weren't a       09:39:35
11    lot of emails between Mike and I.  We              09:39:39
12    communicated mostly by phone.                      09:39:41
13    Q.    Why was that?                                09:39:43
14    A.    Just because he always had his hands on      09:39:44
15    something, it seemed like.  Whenever I called      09:39:47
16    down there they were busy.  And I didn't want      09:39:49
17    to inhibit their productivity.  I wanted to        09:39:51
18    keep them going.                                   09:39:54
19         (Exhibit 3 marked.)                           09:40:11
20         MR. WADSWORTH:  I'm going to mark as          09:40:12
21    Exhibit 3 an email.                                09:40:15
22  BY MR. WADSWORTH:                                    09:40:11
23    Q.    Mr. Erickson, have you seen this email       09:40:35
24    before?                                            09:40:37
25    A.    I'm sure I have, yes.                         09:40:40
```

Page 44

```
 1    Q.    What is this email?                          09:40:40
 2         MR. HEISTERHAGEN:  For the record, I          09:41:04
 3    can get you a set of these documents that don't    09:41:05
 4    have that watermark in the middle of the text.     09:41:07
 5         MR. WADSWORTH:  That's fine.  I               09:41:10
 6    don't think it really affects --                   09:41:12
 7         MR. HEISTERHAGEN:  It's not going to          09:41:14
 8    matter.                                            09:41:15
 9         MR. WADSWORTH:  Yeah.                         09:41:15
10  BY MR. WADSWORTH:                                    09:41:16
11    Q.    If it helps, the part of the email I'm       09:41:31
12    referring to is the middle part.  It looks like    09:41:34
13    this was forwarded to you from Peggy               09:41:36
14    Hargreaves.  I'm referring to this thread that     09:41:39
15    starts from June 24, 2013.                         09:41:41
16    A.    Right.  They basically were the supplier     09:41:43
17    of the cylinders.  So we're placing an order       09:41:52
18    for cylinders, it looks like.                      09:41:55
19    Q.    It says, if you flip to the document         09:41:56
20    marked DPL-42, the purchase order is for           09:41:59
21    Rice/Perkins.  Does this refresh your memory as    09:42:04
22    of June 24, 2013 that you were still ordering      09:42:07
23    parts for Mr. Perkins' engines?                    09:42:12
24    A.    It looks as if these are definitely          09:42:18
25    orders for his engines here.  Is there a date      09:42:20
```

Page 45

1  on this sheet?  Is this part of this email?  09:42:22
2  Q.    This was attached to the email, as best  09:42:24
3  as I can read it.  09:42:28
4        MR. HEISTERHAGEN:  I can see where  09:42:35
5  it's attached to the Peggy Hargreaves' email,  09:42:36
6  but I don't see where it was attached to any of  09:42:39
7  these other emails.  09:42:41
8        THE WITNESS:  This is her email,  09:42:43
9  September 1 in review, but this isn't dated in  09:42:45
10  June.  09:42:50
11  BY MR. WADSWORTH:  09:42:51
12  Q.    That could be so.  If you take a look at  09:42:51
13  your email from June 24 at 7:05 a.m., in the  09:42:53
14  middle of the page, it says:  "JB, here is our  09:42:57
15  first order including cylinders."  09:43:01
16        MR. HEISTERHAGEN:  It's not Scott's  09:43:03
17  email.  09:43:04
18        MR. WADSWORTH:  Oh, that's Mike.  09:43:05
19  BY MR. WADSWORTH:  09:43:07
20  Q.    You're copied on it, is that correct?  09:43:07
21  A.    Yup.  09:43:09
22  Q.    I guess you were made aware then as of  09:43:12
23  June 24 that they were still ordering parts for  09:43:14
24  Mr. Perkins' engines?  09:43:19
25  A.    Yes.  It looks like these are the  09:43:19

Page 46

1  remaining parts, kind of the smaller parts that  09:43:22
2  make up the engines.  09:43:24
3        MR. WADSWORTH:  I just got a text  09:43:28
4  that the people on the phone are having trouble  09:43:29
5  hearing.  Can we go off the record for a half a  09:43:31
6  second.  09:43:35
7        (Discussion off the record.)  09:43:36
8  BY MR. WADSWORTH:  09:44:31
9  Q.    You don't remember necessarily when this  09:44:42
10  attachment, which was attached --  09:44:44
11  A.    It looks like it was attached -- I'm  09:44:45
12  sorry.  09:44:48
13  Q.    This attachment to Peggy Hargreaves'  09:44:48
14  email, you don't remember when you first saw  09:44:51
15  this?  09:44:53
16  A.    Well, I'm assuming I saw it that day,  09:44:55
17  which was Monday, June 24, because I was copied  09:44:57
18  on the email, but I wasn't really involved in  09:44:59
19  ordering the parts.  I think that's one thing  09:45:05
20  that -- I told Mike to speak directly with  09:45:08
21  Peggy and work with her directly and get the  09:45:10
22  parts ordered with Peggy and get it going.  And  09:45:13
23  it looks as if they were ordering parts on  09:45:18
24  June 24.  09:45:20
25        MR. WADSWORTH:  And, Tim, to the  09:45:21

Page 47

1  effect that this wasn't attached to the June 24  09:45:22
2  email, if you could just get me just another  09:45:24
3  copy of it, that kind of confirms this.  I  09:45:25
4  don't want to --  09:45:29
5        MR. HEISTERHAGEN:  You have  09:45:29
6  everything we have.  09:45:30
7        MR. WADSWORTH:  Okay.  09:45:37
8        MR. HEISTERHAGEN:  I can look again.  09:45:37
9  I think this is what we have.  You can ask Mike  09:45:39
10  about it.  09:45:45
11        MR. WADSWORTH:  I will.  I will next  09:45:49
12  week.  09:45:51
13        (Exhibit 4 marked.)  09:45:55
14  BY MR. WADSWORTH:  09:45:51
15  Q.    Turning to the next exhibit, which is  09:45:52
16  Exhibit 4, Mr. Erickson, have you seen this  09:45:54
17  email before?  09:46:13
18  A.    Yes, it looks like it was sent to me  09:46:36
19  June 25 of 2013.  09:46:41
20  Q.    Do you recognize this as being parts  09:46:43
21  that were necessary to complete the Genesis  09:46:45
22  upgrade on the Perkins aircraft?  09:46:48
23  A.    Yes.  09:46:50
24  Q.    So as of June 25 they still didn't have  09:46:51
25  all the parts that they needed to complete the  09:46:54

Page 48

1  upgrade?  09:46:56
2  A.    That's what it looks like.  09:46:56
3  Q.    Did you ever send an email or give a  09:46:58
4  call to Joe Perkins and say, hey, the June 20  09:47:00
5  email where I said it was going to be delivered  09:47:02
6  or completed next week, we need to push back  09:47:04
7  our expectations?  09:47:06
8  A.    I don't believe that I sent him an  09:47:10
9  email, that I am aware of.  I think we simply  09:47:14
10  wanted to expedite the parts and make sure we  09:47:17
11  pushed the engines forward and get them  09:47:18
12  completed.  The parts were available, so I'm  09:47:20
13  assuming that we received the parts in a  09:47:22
14  reasonable period of time.  I just don't know  09:47:25
15  that.  09:47:27
16  Q.    And is that -- basically the story of  09:47:29
17  this is that you had very little involvement,  09:47:31
18  correct, with the actual upgrades of the  09:47:34
19  engine, is that fair?  09:47:36
20  A.    You mean during the process of their  09:47:38
21  build?  09:47:42
22  Q.    Yes.  09:47:43
23  A.    Yes.  09:47:43
24  Q.    So you would receive information from  09:47:43
25  Mike and then you would relay this information  09:47:45

Page 49

1  to Joe; is that what would happen?                      09:47:46
2  A.     I think whatever we communicated with            09:47:54
3  Mike -- I don't know if Mike was communicating          09:47:54
4  with Joe or if it was just me communicating             09:47:55
5  with Joe, but I was trying to communicate with          09:47:58
6  Joe on a regular basis and give him an update           09:48:00
7  as to where we were and what was taking place           09:48:03
8  and when we thought the engine would be                 09:48:06
9  completed.  It looks like June 25 we were               09:48:08
10  getting parts shipped to us.                           09:48:11
11  Q.     If you're getting parts shipped on              09:48:18
12  June 25, based on your experience, when would          09:48:21
13  you expect an engine to be completed?                  09:48:21
14  A.     It takes probably three or four days to         09:48:23
15  get to us.  And then assembling the engines            09:48:26
16  takes about a week's time to actually take all         09:48:30
17  the parts, put them on a cart and begin the            09:48:32
18  assembly and at least one day to run the engine        09:48:34
19  at the end.                                            09:48:37
20  Q.     Do you know, was Mike Moore an                   09:48:40
21  established FAA mechanic at the time that you           09:48:43
22  first started doing business with him?                 09:48:45
23  A.     I couldn't answer that question because         09:48:48
24  from my perspective everything appeared that he        09:48:49
25  had a very good history and he had references          09:48:51

Page 50

1  of people who had won races around the globe,           09:48:55
2  literally; not just the United States.  And             09:49:00
3  those individuals I had talked to and actually          09:49:01
4  met face to face.  There was another one that           09:49:03
5  he had done.  I think his name was Mr. Goulian          09:49:05
6  who was another racer that gave Mike a glowing          09:49:07
7  report as well.  So that information along with         09:49:10
8  other technicians that I talked with in                 09:49:14
9  Mooresville and around Charlotte, that led me           09:49:16
10  to believe that he was an A&P for somewhere --         09:49:21
11  you know, a couple of decades.  And in that            09:49:21
12  period of time, like I mentioned previously,           09:49:28
13  his A&P turned into an IA.  He applied for the         09:49:30
14  IA and received it.                                    09:49:33
15  Q.     So when you started doing business with         09:49:33
16  Mike Moore you expected that he already had all        09:49:35
17  the tools that he would need to complete an            09:49:36
18  engine upgrade?                                        09:49:38
19            MR. HEISTERHAGEN:  Object to form.           09:49:39
20  BY MR. WADSWORTH:                                      09:49:40
21  Q.     Would that be fair?                             09:49:42
22  A.     What tools are you referring to?                09:49:44
23  Q.     Wrenches, you know, just --                     09:49:46
24  A.     Correct.                                        09:49:48
25  Q.     All the specialized tools that it would         09:49:48

Page 51

1  take to complete a Genesis upgrade, you assumed         09:49:51
2  that he had; would that be fair?                        09:49:55
3  A.     No, because he didn't have the equipment        09:49:55
4  to follow some of the certain processes, but he        09:49:58
5  had the tools to assemble an engine was my             09:50:04
6  understanding.                                         09:50:08
7  Q.     What tools did he lack at the time that         09:50:11
8  he started the Perkins engine upgrade?                 09:50:13
9  A.     Well, we never did buy -- when we were         09:50:16
10  in Mooresville we never bought the tool that          09:50:18
11  does the isotropic superfinishing to the gears.       09:50:21
12  So we had the isotropic superfinishing done by        09:50:25
13  a team right there in Mooresville, Roush Yates.        09:50:27
14  Q.     So that was actually completed by              09:50:36
15  someone outside of Moore's AvWorks team, is           09:50:38
16  that correct?                                         09:50:40
17  A.     Correct.  Just like these parts were          09:50:40
18  acquired outside of our team, the gear work and       09:50:42
19  some of the treatment to the parts was done           09:50:52
20  outside our facility because we didn't have           09:50:56
21  that equipment.  Now in our facility in Oshkosh       09:50:58
22  we do have that equipment.                            09:51:04
23  Q.     And there was some discussion, actually,       09:51:11
24  about coming to see Joe after Oshkosh in the          09:51:13
25  email traffic.  Do you remember those emails?         09:51:19

Page 52

1  A.     Who was going to see him after Oshkosh,         09:51:21
2  Mike?                                                  09:51:23
3  Q.     Mike said you were charged to see Joe          09:51:25
4  after Oshkosh is my memory of that event.             09:51:27
5  A.     I don't remember that.  I don't remember       09:51:27
6  that.                                                  09:51:28
7            MR. WADSWORTH:  I'm going to mark as         09:51:38
8  Exhibit 5 an email from July 22, 2013.                09:51:39
9            (Exhibit 5 marked.)                         09:51:36
10  BY MR. WADSWORTH:                                     09:51:37
11  Q.     Have you seen this email before?              09:51:55
12  A.     Yes, I sent Kim an email at Matrix.           09:52:04
13  Q.     Is this another email where you're           09:52:09
14  assuring her that everything, including the          09:52:11
15  engines, are moving and should be finished next      09:52:13
16  week?                                                 09:52:15
17            MR. HEISTERHAGEN:  Object to the           09:52:16
18  form.                                                 09:52:17
19  A.     I'm trying to think what everything is,       09:52:26
20  if that's the windows.  I mean, I can,              09:52:28
21  obviously, see the windows are referred to          09:52:30
22  here.  Yes, I sent this to her, it looks like,      09:52:36
23  right before AirVenture.                            09:52:39
24  BY MR. WADSWORTH:                                    09:52:41
25  Q.     What is AirVenture?                           09:52:41

Page 53

1    A.    The Oshkosh fly-in every year.  It's    09:52:43
2    annual event that takes place about a week.    09:52:45
3    Q.    Oshkosh, Wisconsin?    09:52:47
4    A.    Yup.    09:52:48
5    Q.    What kind of events do they have there?    09:52:48
6    A.    It's a fly-in where there are a lot of    09:52:53
7    different performers.  There's a lot of    09:52:58
8    educational seminars, exhibitors, aircraft    09:53:00
9    manufacturers.    09:53:04
10   Q.    So it was your understanding that you    09:53:05
11   would deliver Joe Perkins' plane to him the    09:53:07
12   week following your trip to Oshkosh?    09:53:10
13   A.    No, it's not my understanding.  I don't    09:53:12
14   know where you get that from.    09:53:15
15   Q.    Okay.    09:53:16
16   A.    I don't see that anywhere.    09:53:17
17   Q.    Well, it says that the engine should be    09:53:18
18   finished next week.  When would you expect to    09:53:20
19   have them deliver it if they were finished by    09:53:22
20   the end of July?    09:53:24
21   A.    I don't know, because we were helping    09:53:25
22   him coordinate the install.  And that would be    09:53:27
23   based on Mike Moore and Dennis Hallman and when    09:53:31
24   they could come down there to do the install.    09:53:33
25   It wouldn't just be the completion of the    09:53:37

Page 54

1    engines.  It would be the availability of the    09:53:38
2    install team.  That's one thing we were trying    09:53:41
3    to coordinate as well.    09:53:49
4            MR. WADSWORTH:  I'm going to mark as    09:53:52
5    Exhibit 6 another email.    09:53:53
6            (Exhibit 6 marked.)    09:53:51
7    BY MR. WADSWORTH:    09:53:52
8    Q.    Have you seen this email before?    09:54:20
9    A.    Yup.    09:54:29
10   Q.    Now, it's from Dale Erickson.  That's a    09:54:31
11   name that hasn't come up today.  Who is Dale    09:54:34
12   Erickson?    09:54:37
13   A.    My father.    09:54:37
14   Q.    Does he have any involvement with    09:54:38
15   D'Shannon?    09:54:43
16   A.    He is a person that we contract with    09:54:43
17   every once in a while for projects.  At this    09:54:45
18   point in time he had just spent time with these    09:54:50
19   guys at AirVenture.  We were with Earl and Mike    09:54:53
20   at Oshkosh.    09:54:58
21   Q.    With these guys, you mean Earl and Mike    09:54:59
22   then, is that correct?    09:55:02
23   A.    Right.    09:55:03
24   Q.    What was the nature of Dale's dealings    09:55:04
25   with Earl and Mike on behalf of D'Shannon?    09:55:09

Page 55

1    A.    He was trying to help me in regard to    09:55:10
2    coordinating different projects that we had to    09:55:13
3    help keep things on track.  I asked him, "Can    09:55:17
4    you be communicating with these guys and just    09:55:22
5    make sure everything is going forward?"  And I    09:55:23
6    think that's what's really taking place here.    09:55:27
7    Q.    So did you feel at least as of August    09:55:29
8    26, 2013, that things were running behind in    09:55:32
9    North Carolina?    09:55:38
10   A.    I'm not sure if I knew then or if it    09:55:38
11   happened too long after, but I believe at this    09:55:42
12   point in time is when I started to question    09:55:46
13   Mike Moore about how things were going and what    09:55:49
14   our processes were so we knew from start to    09:55:51
15   finish, from the timeline of parts to the time    09:55:55
16   that the parts arrived, and then what would    09:55:56
17   happen to the parts once they arrived, and then    09:55:58
18   at that point in time how much time would it    09:56:01
19   take to assemble the engine and run the engine.    09:56:05
20   And we were trying to get them to give us    09:56:09
21   specific timelines.  Instead of vague    09:56:13
22   generalities we wanted specifics:  How long is    09:56:16
23   this process?  How long is this process?  And    09:56:18
24   walk through each step and get timelines    09:56:21
25   associated with those steps.    09:56:23

Page 56

1    Q.    Why wouldn't you have gotten this    09:56:27
2    squared away at the beginning of your    09:56:31
3    association with AvWorks?    09:56:34
4    A.    He told me it would take about a month    09:56:35
5    to order parts, get the parts in, treat the    09:56:38
6    parts, and build the engine.  So I went off of    09:56:40
7    that because he's built a number of engines.    09:56:44
8    He's built a number of Lycoming Engines and    09:56:54
9    Continental engines.    09:56:57
10   Q.    So he told you at the beginning it would    09:56:57
11   take approximately a month.  You had no reason    09:57:00
12   to question that, did you?    09:57:02
13   A.    Correct, because he was a seasoned    09:57:03
14   engine builder.  And that's what -- I was under    09:57:05
15   the impression that's what AvWorks was.    09:57:08
16   AvWorks was an engine builder.    09:57:12
17   Q.    An aviation builder?    09:57:14
18   A.    An aviation builder, yup.    09:57:15
19   Q.    And here we are August 26, approximately    09:57:17
20   three months after you first started speaking    09:57:19
21   with Joe Perkins and his engines aren't    09:57:21
22   complete.  So at this point did you start to    09:57:24
23   believe that the engines were being delayed in    09:57:29
24   North Carolina?    09:57:29
25   A.    Yes.    09:57:30

Page 57

1  Q.   If we flip to the back page it says that   09:57:31
2  the date promised for Joe Perkins' engine is   09:57:36
3  August 9, 2013.  Does this date have any   09:57:40
4  significance?   09:57:47
5  A.   I'm assuming that's the date we promised   09:57:50
6  it to him for the Baron.  That's what it looks   09:57:52
7  like on this sheet.  I'm not sure who made this   09:58:01
8  sheet.   09:58:03
9  Q.   If you had to guess, would you assume   09:58:10
10 that your father, Dale Erickson, might have   09:58:12
11 made this sheet?   09:58:14
12       MR. HEISTERHAGEN:  Object to form.   09:58:15
13 A.   I don't think he did.  I don't think   09:58:18
14 that he did.   09:58:21
15 BY MR. WADSWORTH:   09:58:23
16 Q.   What is the purpose of a -- it says the   09:58:23
17 weekly purchase list.  What is the purpose of   09:58:25
18 this worksheet, do you know?   09:58:28
19 A.   I don't know.   09:58:32
20 Q.   Would you assume that it was just to get   09:58:32
21 a little bit more order in the process like we   09:58:35
22 discussed earlier?   09:58:37
23 A.   I believe that's probably what it was.   09:58:38
24 I'm assuming it's something Mike Moore made.  I   09:58:39
25 don't know.   09:58:46

Page 58

1  Q.   But if we take this weekly purchase list   09:58:46
2  at face value, the Baron is already late at the   09:58:49
3  time that email goes out on August 26, 2013,   09:58:53
4  correct?   09:58:55
5        MR. HEISTERHAGEN:  Object to the   09:58:55
6  form.   09:59:00
7  BY MR. WADSWORTH:   09:59:00
8  Q.   It's promised on August 9, correct?   09:59:01
9  A.   I'm not sure that was when it was   09:59:07
10 promised.  The form says that.  I'm not sure if   09:59:08
11 that's when it was promised.   09:59:11
12 Q.   It says that this is a form that will   09:59:23
13 be -- copied on this form weekly is Scott,   09:59:27
14 Mike, Earl and Dale.  "That way we will all   09:59:30
15 know 'whas up'.... thanks Earl... Dale."  Is   09:59:36
16 this a form that would go around weekly?   09:59:42
17 A.   I think it's actually a different   09:59:47
18 format.  I don't think that's the format.  I   09:59:49
19 think it's a different format.   09:59:51
20 Q.   Was there a similar form to this that   09:59:52
21 you would see weekly?   09:59:54
22 A.   I think there was.  It was actually a   09:59:55
23 whiteboard.  And everybody updated their   10:00:00
24 whiteboard.  It was actually a digital form.   10:00:02
25 It was a whiteboard that we had based on   10:00:03

Page 59

1  conference calls.  So then we would put the   10:00:06
2  information on the whiteboard and everybody   10:00:10
3  would have it in their rooms, at least in our   10:00:12
4  building.  I didn't see the whiteboard in   10:00:14
5  Mooresville, but I assume that they had it.   10:00:16
6  Q.   Now, this whiteboard, did you have one   10:00:18
7  for all of your D'Shannon-approved contractors   10:00:28
8  or was it just AvWorks?   10:00:32
9  A.   Just AvWorks.  It was just for engine   10:00:35
10 building.   10:00:38
11 Q.   Why would you have one for this   10:00:38
12 particular contractor and not for anyone else?   10:00:41
13 A.   Because engines are more involved than   10:00:47
14 the other upgrades that we offer.  We felt it   10:00:51
15 warranted having an organized focus about where   10:00:53
16 the engines were in the process and what needed   10:00:56
17 to be done to make sure we worked towards the   10:00:59
18 dates we were given and the team was given.   10:01:04
19 Q.   Was AvWorks then the only approved   10:01:07
20 contract for engine upgrades at D'Shannon?   10:01:13
21 A.   The only approved engine builder for   10:01:16
22 D'Shannon -- engine upgrades are done all over   10:01:19
23 the world, not to be confused with engine   10:01:20
24 building.  Engine upgrades are airframe changes   10:01:24
25 due to power plant upgrades within them.   10:01:27

Page 60

1  Q.   Do you consider the Genesis upgrade that   10:01:32
2  is at issue here to be an engine build or an   10:01:34
3  engine upgrade?   10:01:38
4  A.   Both.   10:01:38
5  Q.   So it would have to be done by an engine   10:01:40
6  builder; would that be fair?   10:01:44
7  A.   Any engine that's built has to be built   10:01:46
8  by an engine builder.  Any install that takes   10:01:48
9  place has to be installed by certified   10:01:52
10 installers in the sense that you can't sign off   10:01:54
11 an aircraft without a certification, just like   10:01:57
12 you can't sign off an engine without a   10:02:00
13 certification.   10:02:01
14 Q.   So out of all the installers in all the   10:02:02
15 30 countries in the world and all across the   10:02:07
16 United States, if you had a Genesis upgrade,   10:02:09
17 you would recommend sending it to Mike Moore at   10:02:12
18 AvWorks, is that correct?   10:02:15
19 A.   For specific installations we would at   10:02:18
20 that time.  At that time that's what we did.   10:02:22
21 But 90 percent of the conversions that take   10:02:25
22 place aren't done with an engine rebuild.   10:02:27
23 Q.   Let's assume that unless I specify   10:02:33
24 differently, we're not talking about as of   10:02:35
25 2016.  I understand that things change.  I mean   10:02:39

Page 61

1  as of May 2013, that was what you would  10:02:41
2  recommend.  You want a Genesis rebuild.  We  10:02:45
3  need to send you to North Carolina to Mike  10:02:48
4  Moore, is that correct?  10:02:50
5  A.    No, it's not correct.  10:02:53
6  Q.    Okay.  Where else would you have  10:02:54
7  recommended sending?  10:02:57
8  A.    When you say sending, are you saying  10:03:01
9  sending for an installation or for the engine  10:03:03
10 build?  10:03:06
11 Q.    For the referral for the engine build.  10:03:06
12 A.    Well, we would give the information on  10:03:08
13 the quote that we would give them for an  10:03:10
14 engine, but we only had a certain capacity of  10:03:13
15 how many engines we could build with the team  10:03:17
16 that we had assembled.  10:03:19
17 Q.    In Minnesota?  10:03:19
18 A.    In Mooresville.  When I say "we," I say  10:03:20
19 Mike Moore.  We had assembled a team and hired  10:03:23
20 that team and then put those people in that  10:03:25
21 facility there in Mooresville on Raceway Drive.  10:03:28
22 They were building about 5 or 10 percent of the  10:03:35
23 engines for the conversions that were taking  10:03:38
24 place in the field.  10:03:40
25 Q.    Who paid the rent on the facility at  10:03:42

Page 62

1  Raceway Drive?  10:03:45
2  A.    We did.  10:03:46
3  Q.    D'Shannon did?  10:03:46
4  A.    D'Shannon did, yup.  10:03:48
5  Q.    Who paid Mike Moore's paycheck?  10:03:49
6  A.    We did.  We paid him as a contractor to  10:03:52
7  build these engines.  10:03:55
8  Q.    Did you pay Earl Ramey's paycheck?  10:03:55
9  A.    Yes.  10:03:59
10 Q.    Mr. Hallman, did you pay his?  10:04:01
11 A.    No, because, again, any installation we  10:04:04
12 wouldn't be paying for.  The customer would  10:04:06
13 deal directly with those installers and work  10:04:08
14 directly with those installers.  We wouldn't do  10:04:11
15 the installation.  We would just give them a  10:04:13
16 name and a number of someone in their area that  10:04:16
17 could do the installation, as we did with  10:04:19
18 Mr. Perkins.  We gave him the name and the  10:04:21
19 number of Mike Moore to communicate with so  10:04:22
20 that Mike Moore could go down there with a  10:04:25
21 chosen team member.  I think it was Dennis  10:04:28
22 Hallman -- I don't know for sure -- and go do  10:04:31
23 the installation and Mr. Perkins could work  10:04:32
24 with him directly on the install and we would  10:04:34
25 be involved in that.  But the installations of  10:04:37

Page 63

1  engines we don't usually do as a company.  10:04:39
2  Q.    But there's two steps to this process  10:04:42
3  then if I'm hearing you correctly.  I really am  10:04:43
4  just trying to clarify at this point.  The  10:04:44
5  first step is D'Shannon's contractors, Mike  10:04:49
6  Moore, Earl Ramey and team, do the engine  10:04:53
7  build, is that correct?  10:04:56
8  A.    Correct.  10:04:57
9  Q.    Okay.  And these people are part of  10:04:57
10 D'Shannon?  10:05:00
11 A.    They're not really part of D'Shannon.  10:05:03
12 At the time they're contractors that we paid to  10:05:07
13 build the engines.  At that point in time they  10:05:12
14 weren't employees, I don't believe.  We made  10:05:14
15 them employees at a later date.  10:05:16
16 Q.    Yes, you did.  But they were part of the  10:05:20
17 D'Shannon team but they were independent  10:05:27
18 contractors?  10:05:29
19 A.    Correct.  10:05:30
20 Q.    And then after they do their engine  10:05:31
21 build, the engines go to Mr. Hallman, or that's  10:05:33
22 who you recommended the engines go to, to be  10:05:36
23 installed back onto the plane, is that correct?  10:05:38
24 A.    No, that's not correct.  10:05:42
25 Q.    All right.  What happens after that,  10:05:43

Page 64

1  after the engine build?  10:05:44
2  A.    After the engine build, on this  10:05:45
3  particular job, Mike would take the engines  10:05:47
4  down and do the install in Alabama and bring  10:05:50
5  Mr. Hallman, if he chose to bring him.  10:05:57
6  Q.    Who is Mike?  10:06:01
7  A.    Mike Moore.  10:06:02
8  Q.    So Mike would install the engines as  10:06:03
9  well, possibly with Mr. Hallman; possibly not?  10:06:08
10 A.    Just on this particular job.  10:06:11
11 Q.    Now, when did your relationship with  10:06:23
12 Mr. Perkins start getting heated?  10:06:26
13 A.    I don't know the exact date.  10:06:29
14 Q.    Okay.  Let's start with this.  Did your  10:06:33
15 relationship with Mr. Perkins eventually start  10:06:47
16 getting heated?  10:06:49
17 A.    Yes.  10:06:49
18 Q.    Why was Mr. Perkins upset?  10:06:50
19 A.    Because he had wanted his engines in a  10:06:54
20 shorter period of time and we didn't deliver  10:07:01
21 the engines in the time that he had asked.  We  10:07:06
22 tried.  We gave it all that we had to deliver  10:07:11
23 them, but I think we were -- based on the  10:07:13
24 signoff of the engines, it looks like I think  10:07:15
25 Mike Moore signed off one engine in the  10:07:18

Page 65

| | | |
|---|---|---|
| 1 | beginning of September and the other engine was | 10:07:20 |
| 2 | the beginning of October. | 10:07:22 |
| 3 | Q.    And he was expecting these engines, | 10:07:24 |
| 4 | based on the emails that we've seen, anywhere | 10:07:25 |
| 5 | from the end of June through -- | 10:07:27 |
| 6 | A.    I don't believe he was expecting them | 10:07:30 |
| 7 | through the end of June.  I can't imagine we | 10:07:32 |
| 8 | had a discussion with him in May and told him | 10:07:34 |
| 9 | we would deliver the end of June.  I don't | 10:07:36 |
| 10 | believe that was the case. | 10:07:38 |
| 11 | Q.    You had discussions, though, on | 10:07:39 |
| 12 | Exhibit 2 that said that the engines are close | 10:07:54 |
| 13 | to being finished as of June 20, correct? | 10:07:56 |
| 14 | A.    That's what I see in the email, correct. | 10:08:04 |
| 15 | Q.    Based off of this, as you said, it would | 10:08:10 |
| 16 | take, roughly, a month.  You would expect for | 10:08:13 |
| 17 | him -- if the engines were close to being | 10:08:16 |
| 18 | completed on June 20, you would have expected | 10:08:19 |
| 19 | him to have his engines by the end of July at | 10:08:20 |
| 20 | the latest, correct? | 10:08:23 |
| 21 | A.    It depended on the installation team | 10:08:26 |
| 22 | again.  It depended on when they had the | 10:08:28 |
| 23 | availability to come and do the install.  It | 10:08:30 |
| 24 | wasn't simply based on the engines being built. | 10:08:32 |
| 25 | It was based on the fact that we had put him in | 10:08:35 |

Page 66

| | | |
|---|---|---|
| 1 | contact with Mike Moore and Dennis Hallman to | 10:08:38 |
| 2 | do the installation.  And they had to free up | 10:08:40 |
| 3 | their schedule to actually come and do the | 10:08:43 |
| 4 | install was my perspective on it.  So even if | 10:08:44 |
| 5 | Mike Moore signed him off the beginning of | 10:08:46 |
| 6 | September, I'm not sure when he was actually | 10:08:50 |
| 7 | readily available to do the install. | 10:08:52 |
| 8 |     MR. WADSWORTH:  I'm marking as | 10:08:53 |
| 9 | Exhibit 7 a document that we produced as | 10:08:54 |
| 10 | Plaintiffs' 105. | 10:08:57 |
| 11 |     (Exhibit 7 marked.) | 10:08:58 |
| 12 | BY MR. WADSWORTH: | 10:08:58 |
| 13 | Q.    Have you seen this email before? | 10:09:00 |
| 14 | A.    I'm sure I have.  This is when we sold | 10:09:01 |
| 15 | the propellers to him at cost because of the | 10:09:08 |
| 16 | fact that we were late on delivering the | 10:09:10 |
| 17 | engines.  We sold the Auracle engine analyzer | 10:09:12 |
| 18 | to him at cost as well to try to give him some | 10:09:15 |
| 19 | consideration for being late on the engines. | 10:09:19 |
| 20 |     MR. HEISTERHAGEN:  He asked if you | 10:09:20 |
| 21 | saw the email.  Let him ask a question first. | 10:09:20 |
| 22 |     THE WITNESS:  Sorry. | 10:09:28 |
| 23 |     MR. HEISTERHAGEN:  Thank you. | 10:09:28 |
| 24 | BY MR. WADSWORTH: | 10:09:29 |
| 25 | Q.    That's very helpful.  Don't listen to | 10:09:29 |

Page 67

| | | |
|---|---|---|
| 1 | that guy.  He's bad news. | 10:09:31 |
| 2 |     This is an email that you sent to Joe | 10:09:33 |
| 3 | Perkins as of August 28, correct? | 10:09:37 |
| 4 | A.    Right.  Right. | 10:09:39 |
| 5 | Q.    And then again to Kim Hines, it looks | 10:09:40 |
| 6 | like, on the same thread on August 29, correct? | 10:09:42 |
| 7 | A.    The next day, yes. | 10:09:46 |
| 8 | Q.    In the center of the email to Joe | 10:09:47 |
| 9 | Perkins it says:  "Thank you for being such a | 10:09:51 |
| 10 | gentleman to work with, I am aware of your | 10:09:53 |
| 11 | perspective and take it seriously."  Do you | 10:09:55 |
| 12 | remember what that's in reference to? | 10:09:58 |
| 13 | A.    No. | 10:09:59 |
| 14 | Q.    I guess at this point is it fair to say | 10:10:01 |
| 15 | that Joe had questions as to where his engines | 10:10:05 |
| 16 | were? | 10:10:08 |
| 17 | A.    Yes. | 10:10:09 |
| 18 | Q.    And you said that you were already | 10:10:14 |
| 19 | trying to give discounts on certain systems, | 10:10:19 |
| 20 | the propellers, the Auracle systems, because | 10:10:22 |
| 21 | you recognized that the engines were late as of | 10:10:26 |
| 22 | August 29, 2013? | 10:10:29 |
| 23 | A.    Yes. | 10:10:30 |
| 24 |     MR. WADSWORTH:  I'm going to mark as | 10:10:55 |
| 25 | Exhibit 8 -- | 10:10:57 |

Page 68

| | | |
|---|---|---|
| 1 |     THE WITNESS:  Do you think we can | 10:11:01 |
| 2 | take a break? | 10:11:02 |
| 3 |     MR. WADSWORTH:  Yeah, I haven't | 10:11:03 |
| 4 | marked it. | 10:11:05 |
| 5 | (Recess taken from 10:11 a.m. to 10:22 a.m.) | 10:22:11 |
| 6 | BY MR. WADSWORTH: | 10:22:11 |
| 7 | Q.    Mr. Erickson, before we go where I was | 10:22:23 |
| 8 | thinking, let me ask you a couple of | 10:22:27 |
| 9 | clarification questions that came to mind | 10:22:29 |
| 10 | during the break.  During the upgrades at issue | 10:22:31 |
| 11 | on the Perkins Baron, did Mr. Perkins, to your | 10:22:39 |
| 12 | knowledge, contract directly with Mike Moore in | 10:22:45 |
| 13 | North Carolina? | 10:22:47 |
| 14 | A.    Contract directly with him in regard to | 10:22:51 |
| 15 | the installation you mean? | 10:22:54 |
| 16 | Q.    Yes.  Was his contract with D'Shannon or | 10:22:56 |
| 17 | was it with AvWorks or was it with both, to | 10:23:02 |
| 18 | your knowledge? | 10:23:04 |
| 19 | A.    We were building the engines and then he | 10:23:04 |
| 20 | paid Mike Moore directly for the installations. | 10:23:06 |
| 21 | Q.    Okay.  But for the process of building | 10:23:10 |
| 22 | the engine, all of that contract was with | 10:23:13 |
| 23 | D'Shannon? | 10:23:17 |
| 24 | A.    Correct. | 10:23:17 |
| 25 | Q.    That's who was to get paid for building | 10:23:22 |

Page 69

1   the engines was D'Shannon, correct, and not    10:23:25
2   Mike Moore?                                     10:23:26
3   A.    Correct.                                  10:23:27
4   Q.    We saw a few emails a while back and I    10:23:33
5   had blown past a name that I hadn't seen        10:23:36
6   before.  It was at the top of this email,       10:23:45
7   Exhibit 3.  Who is Peggy Hargreaves?            10:23:50
8   A.    She's my office manager.                  10:23:53
9   Q.    Did I pronounce that correct,             10:23:55
10  HAR-GREEVES?                                    10:23:59
11  A.    Yup.                                      10:23:59
12  Q.    Is she still employed by you?             10:24:00
13  A.    Yes.                                      10:24:00
14  Q.    Did she have any involvement with the     10:24:07
15  engine rebuild at issue in this case?          10:24:09
16  A.    She ordered the parts.  She simply gets  10:24:09
17  the directive from the guys to order specific  10:24:11
18  parts.  She locates the parts and orders them. 10:24:14
19  Q.    Would she have a lot of direct contact   10:24:18
20  then with Mike Moore during this --            10:24:20
21  A.    No.  Purely by email.                    10:24:21
22  Q.    Who would she have contact with during   10:24:23
23  the course of this rebuild?  She would email   10:24:26
24  with Mike Moore, is that what you said?        10:24:29
25  A.    Right.  And Earl Ramey.                   10:24:31

Page 70

1   Q.    Would she be a go-between between you     10:24:36
2   and, say, the guys in North Carolina?          10:24:38
3   A.    No, not really.                          10:24:40
4   Q.    She was a fully integrated part of the   10:24:42
5   team then?                                      10:24:45
6   A.    She was an integrated part of the team,  10:24:45
7   but she wasn't a middle person in any way in   10:24:47
8   the sense that when I communicated with        10:24:51
9   Mooresville, I communicated directly with      10:24:52
10  Mooresville.  Called them on the phone, emailed 10:24:54
11  them.                                           10:24:54
12  Q.    Sometimes you would communicate directly 10:24:58
13  with Mooresville and sometimes Peggy would     10:25:00
14  communicate directly with Mooresville, is that 10:25:00
15  fair?                                           10:25:03
16  A.    I was more of the person that would      10:25:03
17  communicate with Mooresville by phone and      10:25:05
18  email.  She would receive emails when parts    10:25:06
19  were necessary.                                 10:25:08
20  Q.    Can I ask, did you search her email      10:25:13
21  inbox when you were looking for responsive     10:25:17
22  documents?                                      10:25:20
23  A.    I don't believe so.                       10:25:23
24        MR. WADSWORTH:  Could you just look       10:25:27
25  to make sure that there's nothing there?       10:25:28

Page 71

1         MR. HEISTERHAGEN:  Yeah, we'll            10:25:30
2   check.                                          10:25:31
3         MR. WADSWORTH:  I'm going to mark as       10:25:55
4   Exhibit 8 another email.                       10:25:58
5         (Exhibit 8 marked.)                       10:25:54
6   BY MR. WADSWORTH:                               10:25:55
7   Q.    Have you seen this document before?       10:26:08
8   A.    Yes.                                      10:26:11
9   Q.    What is this email?                       10:26:12
10  A.    A communication with Joe asking him       10:26:15
11  about Mike coming to his facility to do the    10:26:18
12  installations.                                  10:26:20
13  Q.    What was your understanding when you      10:26:24
14  sent this email?  First of all, when were these 10:26:26
15  installations supposed to take place?          10:26:32
16  A.    I don't know the specific date.  It just 10:26:33
17  says there was an arrival the week of September 10:26:36
18  9.  That's what it says in the email.          10:26:38
19  Q.    So the installation should take place    10:26:40
20  sometime in the week of September 9, correct?  10:26:42
21  A.    That was the proposed date, it looks     10:26:43
22  like.                                           10:26:45
23  Q.    So what was your understanding about the 10:26:46
24  status of the engines when you sent this email? 10:26:49
25  A.    I couldn't go back and reflect.  I don't 10:26:54

Page 72

1   know.                                           10:26:56
2   Q.    Would you have suggested installing       10:26:56
3   incomplete engines?                            10:26:58
4   A.    No.                                       10:27:00
5   Q.    So would you have believed the engines   10:27:02
6   were fairly close to complete at the time you  10:27:05
7   sent this email?                               10:27:08
8   A.    I would think so, yes.  The propellers   10:27:08
9   were already on the way to Alabama, it looks   10:27:15
10  like.                                           10:27:20
11  Q.    Would propellers be one of the last      10:27:21
12  things that you would install when --          10:27:24
13  A.    Yes.                                      10:27:24
14  Q.    -- you're doing an engine build?         10:27:25
15  A.    Yup.                                      10:27:27
16  Q.    And just for the court reporter's sake,  10:27:28
17  let me get out my question.  I realize         10:27:29
18  sometimes I start and stop, but just so we're  10:27:30
19  not talking over each other for clarity of the 10:27:32
20  record.  I'll try not to interrupt you.  You   10:27:34
21  try not to interrupt me.                       10:27:37
22        So would you think that if the           10:27:39
23  propellers are on their way, it was your       10:27:40
24  understanding that the engines were near       10:27:43
25  completion as of September 2?                  10:27:46

Page 73

1   A.   Yes.                                          10:27:47
2   Q.   Sitting here today in 2016, do you know       10:27:50
3   whether the engines were near completion on        10:27:55
4   September 2?                                        10:27:55
5   A.   I did not see them.                            10:27:57
6   Q.   But sitting here today, do you know            10:27:57
7   whether they were close to done on September 6?     10:28:00
8   A.   I don't.  I saw a logbook entry that           10:28:03
9   took place.  I believe there was a signoff for      10:28:07
10  one of the engines at the beginning of              10:28:11
11  September.  And I believe the other engine was      10:28:16
12  signed off about four months later -- four          10:28:19
13  weeks later.  My apologies.  So I believe the       10:28:23
14  first one was signed off the beginning of           10:28:26
15  September 2013.  I have to go back and look at       10:28:29
16  the notes.  And I believe the second engine was     10:28:31
17  signed off the beginning of October 2013.           10:28:32
18  Q.   And the basis for your understanding is        10:28:35
19  the logbooks, correct?                              10:28:39
20  A.   Right.                                         10:28:40
21  Q.   We'll get into the logbooks later in           10:28:43
22  this deposition.                                     10:28:45
23          (Exhibit 9 marked.)                         10:29:14
24  BY MR. WADSWORTH:                                    10:29:23
25  Q.   Do you recognize this email,                   10:29:39

Page 74

1   Mr. Erickson?                                        10:29:40
2   A.   Yes.  This is Earl Ramey doing the             10:29:51
3   cylinder work.                                       10:29:57
4   Q.   There's a picture on the front page of         10:29:58
5   this.  Who are these gentlemen in the picture?      10:30:00
6   A.   Earl Ramey.                                    10:30:06
7   Q.   Which one is Earl?                             10:30:07
8   A.   To the right.  He's the one with the           10:30:08
9   hammer turned around, the rubber hammer,            10:30:11
10  holding the cylinder barrel in place.               10:30:15
11  Q.   That's a cylinder barrel that he has?          10:30:18
12  A.   It's basically the piston, actually.           10:30:20
13  Q.   And who is the other gentleman?  Have          10:30:22
14  you met the other gentleman before?                 10:30:41
15  A.   Yes, I have.  I don't remember his name.       10:30:42
16  Q.   It's not crucial.  What is the date on         10:30:48
17  this email?                                          10:30:49
18  A.   September 16.                                  10:30:49
19  Q.   So this email is dated two weeks after         10:30:52
20  Exhibit 8 that we just looked at, correct?          10:30:55
21  A.   Yes.                                           10:30:59
22  Q.   Were you surprised when you saw the            10:31:03
23  state of the engines?  It looks like these          10:31:05
24  pictures may have come from the week before         10:31:06
25  September 16, but were you surprised at how         10:31:08

Page 75

1   incomplete the engines were at this point?          10:31:11
2   A.   Yes, I believe this is the second              10:31:16
3   engine.  I don't know for sure, but I believe       10:31:19
4   this is the second engine.  I was surprised.        10:31:21
5   Q.   Did you have any conversations with Earl       10:31:24
6   and Mike at this point about --                     10:31:27
7   A.   I'm sure I did.  I'm sure I did.               10:31:28
8   Q.   There were a lot of conversations back         10:31:31
9   and forth?                                           10:31:34
10  A.   I believe there was.                           10:31:34
11  Q.   What was the nature of these                   10:31:36
12  conversations?                                       10:31:39
13  A.   Intense -- intense problem solving             10:31:39
14  trying to --                                         10:31:43
15  Q.   By intense do you mean yelling?                10:31:44
16  A.   I don't think necessarily it was               10:31:46
17  yelling, but it was definitely trying to get a      10:31:48
18  realistic understanding of why the second           10:31:54
19  engine wasn't complete.  Because the first          10:31:58
20  engine doesn't, you know, do the aircraft any       10:31:59
21  good if the second engine isn't complete.  They     10:32:02
22  both have to be installed together, because         10:32:04
23  it's an engine upgrade.  We couldn't just put a     10:32:06
24  550 on one side and fly with a 520 on the           10:32:11
25  other.  So they knew the second engine              10:32:13

Page 76

1   completion was absolutely essential to making       10:32:14
2   the aircraft operational.                            10:32:16
3   Q.   Was it your understanding that the first       10:32:18
4   engine was complete as of September 16?             10:32:20
5   A.   I don't have record that that is               10:32:25
6   correct.                                             10:32:27
7   Q.   So you don't know one way or another           10:32:27
8   whether either engine was complete as of            10:32:30
9   September 16?  You don't know whether you knew      10:32:32
10  when you sent this email --                          10:32:34
11  A.   I can't remember back then.  I can't           10:32:36
12  remember if I knew if one was done and the          10:32:39
13  other one was done.  But my assumption is,          10:32:41
14  based on the logbook entry, that one was done       10:32:43
15  and the other one was being completed because       10:32:46
16  the other one had already been signed off.          10:32:48
17  Q.   So it's your testimony that you were as        10:32:50
18  surprised as Joe that the engines looked like       10:32:52
19  this in the picture as of September 16?             10:32:53
20  A.   That's why I sent him the email in an          10:32:58
21  effort to be transparent with him.                   10:33:01
22          (Exhibit 10 marked.)                        10:33:19
23  BY MR. WADSWORTH:                                    10:33:20
24  Q.   I marked as Exhibit 10 an e-mail from a        10:33:21
25  guy named Bob -- can you help me with the last      10:33:26

Page 77

| | | |
|---|---|---|
| 1 | name? | 10:33:30 |
| 2 | A.   Kobielush. | 10:33:31 |
| 3 | Q.   Who is Bob Kobielush? | 10:33:32 |
| 4 | A.   He was my father-in-law at the time. | 10:33:33 |
| 5 | Q.   Not any longer? | 10:33:35 |
| 6 | A.   No. | 10:33:36 |
| 7 | Q.   And what was his role with D'Shannon? | 10:33:39 |
| 8 | A.   He consulted us for a brief period of | 10:33:45 |
| 9 | time.   He told me that he could get some things | 10:33:48 |
| 10 | in order in Mooresville and I told him that | 10:33:50 |
| 11 | would be much appreciated. | 10:33:52 |
| 12 | Q.   What is his background, Bob's? | 10:33:53 |
| 13 | A.   Consulting with camps and private | 10:33:58 |
| 14 | businesses to help them become more efficient, | 10:34:02 |
| 15 | more productive, more effective in every aspect | 10:34:08 |
| 16 | of their business. | 10:34:14 |
| 17 | Q.   So Bob's not a mechanic? | 10:34:15 |
| 18 | A.   Definitely not. | 10:34:16 |
| 19 | Q.   Bob's more of an organizational guy? | 10:34:16 |
| 20 | A.   Processes guy.  Almost like you would | 10:34:19 |
| 21 | say someone who is familiar with ISO9000 | 10:34:24 |
| 22 | processes, they become familiar with certain | 10:34:28 |
| 23 | processes and they relay those processes to | 10:34:30 |
| 24 | other businesses.  Even though they're in other | 10:34:32 |
| 25 | industries, those processes still apply. | 10:34:34 |

Page 78

| | | |
|---|---|---|
| 1 | Q.   And his signature line I just love. | 10:34:39 |
| 2 | There's some where he has a signature that says | 10:34:42 |
| 3 | "D'Shannon" and some where it says "Enjoying | 10:34:44 |
| 4 | Transition."  Was there a change in Bob's job | 10:34:46 |
| 5 | title at some point in time? | 10:34:50 |
| 6 | A.   I think because he wasn't an employee of | 10:34:52 |
| 7 | ours I think he took the D'Shannon off, I | 10:34:54 |
| 8 | believe, and just put "Enjoying Transition" | 10:34:57 |
| 9 | because he wasn't solely working with us. | 10:35:01 |
| 10 | Q.   Where is Bob? | 10:35:07 |
| 11 | A.   Colorado. | 10:35:09 |
| 12 | Q.   What part? | 10:35:11 |
| 13 | A.   Right outside of Colorado Springs. | 10:35:14 |
| 14 | Q.   This email that Bob has, do you know | 10:35:17 |
| 15 | whether it was a D'Shannon email? | 10:35:20 |
| 16 | A.   I don't believe so.  He has his own | 10:35:26 |
| 17 | email. | 10:35:28 |
| 18 | Q.   Is that Bob@kobielush.com? | 10:35:29 |
| 19 | A.   I'm assuming that's it.  I can't see on | 10:35:33 |
| 20 | the -- yeah, I think that's it. | 10:35:34 |
| 21 | Q.   Was Bob paid for his services with this | 10:35:37 |
| 22 | upgrade, his services being the go-between with | 10:35:40 |
| 23 | Mike and you? | 10:35:44 |
| 24 | A.   He was paid for part of his services. | 10:35:46 |
| 25 | I'm not sure he was paid for all of it. | 10:35:51 |

Page 79

| | | |
|---|---|---|
| 1 | Q.   This isn't why we're here, but did the | 10:35:52 |
| 2 | divorce go through while these upgrades were | 10:35:55 |
| 3 | going on or when did he -- when did he stop | 10:35:57 |
| 4 | being your father-in-law? | 10:35:59 |
| 5 | A.   A year later. | 10:36:02 |
| 6 | Q.   So 2015? | 10:36:03 |
| 7 | A.   2014.  That's 2013? | 10:36:05 |
| 8 | Q.   Yes. | 10:36:08 |
| 9 | A.   So it was 2014. | 10:36:08 |
| 10 | Q.   Around what month. | 10:36:10 |
| 11 | A.   September, a year later, as I said. | 10:36:12 |
| 12 | Q.   Okay.  Exactly a year later. | 10:36:14 |
| 13 | A.   Yup. | 10:36:16 |
| 14 | Q.   That's not why we're here today.  I was | 10:36:16 |
| 15 | just trying to get some background. | 10:36:18 |
| 16 | A.   Uh-huh. | 10:36:20 |
| 17 | Q.   All right.  If you take a look towards | 10:36:23 |
| 18 | the bottom of the first page, there is an email | 10:36:27 |
| 19 | from you.  I'm having a little bit of a hard | 10:36:33 |
| 20 | time.  Could you read the first two lines of | 10:36:36 |
| 21 | the email? | 10:36:44 |
| 22 | A.   Mike, Holy -- bleepity bleep -- This is | 10:36:44 |
| 23 | serious.  We can get a manifold pressure/fuel | 10:36:44 |
| 24 | flow gauge from Terry at Pressure Technologies | 10:36:53 |
| 25 | tomorrow. | 10:36:55 |

Page 80

| | | |
|---|---|---|
| 1 | Q.   What is a manifold pressure -- you said | 10:36:58 |
| 2 | manifold pressure what? | 10:37:01 |
| 3 | A.   Fuel flow. | 10:37:02 |
| 4 | Q.   What is that? | 10:37:03 |
| 5 | A.   That's an instrument that was part of | 10:37:04 |
| 6 | the conversion that I mentioned previously | 10:37:06 |
| 7 | where the conversion to Mr. Perkins' airplane | 10:37:08 |
| 8 | required one instrument be remarked.  And that | 10:37:11 |
| 9 | is the fuel flow side of the manifold pressure | 10:37:14 |
| 10 | fuel flow.  Sometimes the manifold pressure is | 10:37:22 |
| 11 | on its own and the fuel flow is on its own. | 10:37:26 |
| 12 | But if they're blended, it's just the fuel flow | 10:37:30 |
| 13 | side of the instrument that gets remarked and | 10:37:33 |
| 14 | recalibrated as part of the engine conversion. | 10:37:34 |
| 15 | Q.   When you say remarked, what does that | 10:37:37 |
| 16 | process involve? | 10:37:39 |
| 17 | A.   The instrument shop, like Pressure | 10:37:41 |
| 18 | Technologies, will take the instrument and | 10:37:43 |
| 19 | remark the face to reflect the new numbers that | 10:37:44 |
| 20 | go along with those particular engines. | 10:37:50 |
| 21 | Q.   Okay.  So this would kind of get into | 10:37:52 |
| 22 | the FARs and what parts are approved in | 10:37:54 |
| 23 | particular engines? | 10:37:56 |
| 24 | A.   Correct.  That's called out on the STC. | 10:37:57 |
| 25 | It's a requirement as part of the STC. | 10:37:59 |

Page 81

```
1    Q.      And would you agree with me -- and we're    10:38:03
2    going to talk about this later -- that the STC      10:38:05
3    requires that only certain type of parts go in      10:38:08
4    certain types of engines, correct?                  10:38:11
5    A.      Of course.                                  10:38:17
6    Q.      For example, if you had an air filter or    10:38:18
7    an oil filter that was the exact same thing         10:38:20
8    that you could buy at Napa, you couldn't go         10:38:25
9    down to the local Ace automotive shop and buy       10:38:25
10   that oil filter and put it in your airplane,        10:38:30
11   right?                                              10:38:33
12   A.      I don't believe so.                         10:38:33
13   Q.      Even if it had the same fit, same           10:38:33
14   function?                                           10:38:37
15   A.      I don't believe.  I don't know the          10:38:37
16   extent of the regulations on that, but an IA        10:38:39
17   could answer that question or an A&P.               10:38:42
18   Q.      Were you surprised to learn that Mike       10:38:52
19   didn't have all the equipment he needed to          10:38:53
20   complete the job as of September 10?                10:38:56
21   A.      There's two different jobs we're talking    10:38:58
22   about here.  This particular job I believe is       10:39:00
23   the actual installation of the engines as well      10:39:03
24   as the specific readouts on the engine stand.       10:39:09
25   So he's saying that he needs more equipment on      10:39:16
```

Page 82

```
1    the engine stand because he wants more readout      10:39:18
2    information for the engines.  And I also            10:39:26
3    believe he needed more equipment for the            10:39:28
4    installation of the engine.  So this first page     10:39:31
5    he's talking about the test cell and the dyno.      10:39:35
6    Then I also believe -- I remember in                10:39:42
7    discussions within he needed some other             10:39:44
8    equipment as part of the installation, too, to      10:39:46
9    install them on Joe's airplane.  So, yes, the       10:39:48
10   run stand and the installation.                     10:39:50
11   Q.      And these parts, you said they have to      10:39:50
12   do with the installation rather than the build?     10:40:00
13   A.      There's two different groups.  This has     10:40:04
14   to do with the engine run stand in Mooresville      10:40:06
15   where the engines were built.                       10:40:10
16   Q.      And the engine run stand has to do with     10:40:12
17   building the engines, correct?                      10:40:15
18   A.      At the end of the build of the engines,     10:40:15
19   you can run it on a stand or you can run it in      10:40:17
20   the airframe.                                       10:40:19
21   Q.      What is the purpose of running the          10:40:20
22   engine?                                             10:40:22
23   A.      To test it.                                 10:40:22
24   Q.      Test it for what?                           10:40:23
25   A.      For the fuel flows and the fuel             10:40:29
```

Page 83

```
1    pressure, cylinder temp, exhaust gas temp, oil      10:40:31
2    temp, things of that nature.                        10:40:33
3    Q.      And he needed some equipment to run         10:40:36
4    these tests properly; is that what you're           10:40:38
5    saying?                                             10:40:40
6    A.      Correct.  Correct.                          10:40:40
7            (Exhibit 11 marked.)                        10:41:07
8    BY MR. WADSWORTH:                                   10:41:09
9    Q.      I marked as Exhibit 11 another email.       10:41:09
10   Mr. Erickson, have you seen this email before?      10:41:20
11   A.      Yes.                                        10:41:35
12   Q.      And just a foundational question.  Did      10:41:38
13   you help pull all the documents that were           10:41:42
14   produced by D'Shannon Products, Limited for         10:41:47
15   production?  Were you part of the document          10:41:47
16   production process in this litigation?              10:41:50
17   A.      Yes, I sent my emails in and provided       10:41:55
18   all my emails and I believe I provided invoices     10:41:59
19   and so on.  Yes, I was.                             10:42:04
20   Q.      So all of the documents that bear the       10:42:06
21   Bates label DPL are produced by D'Shannon           10:42:09
22   Products, Limited, correct?                         10:42:13
23           MR. HEISTERHAGEN:  He didn't Bates          10:42:14
24   label them, but, yes, that's right.                 10:42:15
25   BY MR. WADSWORTH:                                   10:42:15
```

Page 84

```
1    Q.      Are all of these copies, to your            10:42:18
2    knowledge, true and correct of what they            10:42:18
3    purport to be?  Are these accurate copies of        10:42:20
4    what was in your possession?                        10:42:21
5    A.      Yes.                                        10:42:26
6    Q.      Turning back to --                          10:42:30
7            MR. HEISTERHAGEN:  We can take them         10:42:32
8    one at a time.  To the extent there was             10:42:33
9    something in his possession that wasn't made or     10:42:36
10   created by him -- just because he had something     10:42:38
11   from, say, Mike Terry or Mike Moore doesn't         10:42:43
12   mean he knows it's true and accurate.               10:42:47
13   BY MR. WADSWORTH:                                   10:42:47
14   Q.      Well, I mean, I guess what I'm saying       10:42:51
15   is, all I really want to know is, the documents     10:42:52
16   that were in your position you gave to the          10:42:55
17   lawyer and they were what they said that they       10:42:57
18   were; you didn't alter the documents in any         10:43:00
19   way, correct?                                       10:43:02
20   A.      No.                                         10:43:02
21   Q.      I'm not saying the contents are             10:43:06
22   accurate.  All I'm trying to get at is it's an      10:43:07
23   accurate copy of what it purports to be?            10:43:11
24   A.      Yes.                                        10:43:20
25   Q.      Turning to Exhibit 11, we have another      10:43:20
```

Page 85

1  email about parts, correct?                          10:43:22
2  A.   Uh-huh.                                          10:43:24
3  Q.   What is Mike asking for here?                    10:43:24
4  A.   He's asking for parts that have to do            10:43:28
5  with the installation; not with the engine           10:43:30
6  build.  This is part of his responsibility with      10:43:34
7  Dennis Hallman, which is to find the parts           10:43:36
8  necessary to install the engines.  And that has      10:43:39
9  nothing do with the engine builds.  So,              10:43:42
10  basically, you have propeller governors, vacuum     10:43:45
11  pumps, hoses, mounts, air ducts that the            10:43:49
12  installer is responsible for.  And we were not      10:43:53
13  involved in that.                                   10:43:56
14  Q.   These are all the bolts and hoses and          10:43:57
15  everything else that would connect the engines      10:43:59
16  to the airplane, correct?                           10:44:01
17  A.   Correct.  But there's a blend of this          10:44:03
18  here.  He talks of two different things here.       10:44:05
19  Q.   What are the two different things he            10:44:08
20  talks about?                                        10:44:10
21  A.   He talks about the dynamometer and he          10:44:11
22  talks about the installation.  So he's blending     10:44:14
23  his installation with the engine build, because     10:44:17
24  he says that in the dynamometer we need a --        10:44:18
25  Q.   What is a dynamometer?                          10:44:22

Page 86

1  A.   An engine run stand.                            10:44:24
2  Q.   Okay.  Which would have to do with the          10:44:27
3  engine build, right?                                 10:44:31
4  A.   Right.  You can see from Dynon, we're           10:44:32
5  acquiring something from them here.                  10:44:35
6  Q.   Could the engine be completed?                  10:44:40
7  A.   We had the engine run stand, but he             10:44:44
8  wanted more complete data on the engine, so he       10:44:48
9  went to Dynon to get that.                           10:44:53
10  Q.   Let me try again then.  Could the engine       10:44:55
11  build be completed without the dynamometer?         10:44:58
12  A.   Yes, you could run it in the airframe.         10:45:01
13  Q.   He says:  "Tell John we don't need a new       10:45:05
14  one or one with FAA traceability."                  10:45:08
15       What does that mean, FAA traceability?         10:45:11
16  A.   It's not going in an airframe.  It'            10:45:17
17  going in a test stand.  It's not going in an        10:45:17
18  aircraft to fly.  It's going to be on the cart      10:45:19
19  where the engine is run.  And that doesn't          10:45:21
20  require an FAA traceable instrument.                10:45:25
21  Q.   As opposed to the parts that go in the         10:45:27
22  engine which have to be marked?                     10:45:29
23  A.   Well, they can't be marked.  Their size        10:45:33
24  doesn't allow it.                                   10:45:35
25  Q.   But you at least have to have paperwork        10:45:36

Page 87

1  that says what's in the engine -- it has to be       10:45:37
2  traceable; what's in the engine has to be            10:45:40
3  traceable, correct?                                  10:45:43
4  A.   Correct.                                        10:45:43
5       MR. WADSWORTH:  I'm going to mark as             10:46:10
6  Exhibit 12 another Bob Kobielush email.             10:46:11
7       (Exhibit 12 marked.)                            10:46:09
8  BY MR. WADSWORTH:                                     10:46:10
9  Q.   Let me go back to Bob for a minute.  Why        10:46:33
10  did you feel the need to bring Bob into this        10:46:36
11  process?                                            10:46:38
12  A.   To get a secondary opinion about               10:46:41
13  improving processes in Mooresville.               10:46:43
14  Q.   Why would you need a secondary opinion?        10:46:47
15  A.   Because I couldn't be present there and        10:46:49
16  I wasn't experienced in analyzing processes and     10:46:53
17  scrutinizing businesses as he had been.            10:46:57
18  Q.   Did you have suspicions that the current       10:47:00
19  process was inadequate?                             10:47:03
20  A.   Regarding timing, the time that it took        10:47:07
21  from the original assembly of parts to the time     10:47:12
22  that the engine was built and delivered.           10:47:15
23  Q.   You've said Bob isn't a mechanic.  How         10:47:20
24  did you think he was going to improve the           10:47:25
25  timing of the process?                              10:47:27

Page 88

1  A.   He could look at the reception of the           10:47:29
2  parts and how those parts were documented,          10:47:31
3  because there's a lot of a paperwork that goes       10:47:32
4  along with the documentation, and then what          10:47:34
5  would be the next step after that to assemble        10:47:36
6  the parts, and then what were the checks and         10:47:39
7  balances to make sure that that engine was now       10:47:42
8  assembled and the people who were doing the          10:47:46
9  assembly stayed on that particular engine and        10:47:48
10  finished it.                                        10:47:50
11  Q.   So you thought that maybe Mike and Earl        10:47:53
12  were getting distracted with other projects?        10:47:56
13  A.   I didn't know.  I didn't know.  I              10:47:59
14  couldn't -- I couldn't know because I wasn't        10:48:03
15  there.  But it seemed as if our time could be       10:48:06
16  improved -- our delivery time could be              10:48:09
17  improved.                                           10:48:11
18  Q.   So not being there, you didn't know           10:48:12
19  whether they were prioritizing other issues or      10:48:13
20  you didn't know whether they just worked slow;      10:48:16
21  is that fair?  And if there are other               10:48:19
22  possibilities, you can feel free to shout them      10:48:26
23  out.                                                10:48:29
24  A.   No, that's right.                              10:48:29
25  Q.   Did Bob go to North Carolina?                  10:48:29

Page 89

1    A.    Yes.    10:48:31

2    Q.    How long did he spend down there?    10:48:31

3    A.    He was down there a few days.  I don't    10:48:35

4    remember how many days in particular.    10:48:37

5    Q.    When Mike was your contractor, which he    10:48:40

6    was, I guess, at this point, right?  September    10:48:45

7    2013 he was a contractor?    10:48:48

8    A.    Correct.    10:48:48

9    Q.    When Mike was your contractor, did he    10:48:50

10   have other projects going with his own    10:48:52

11   companies?    10:48:55

12   A.    I don't know.    10:48:56

13   Q.    So you don't know, for example, if he    10:48:59

14   got busy building another engine for Rusty    10:49:02

15   Wallace that was not a D'Shannon project and    10:49:05

16   prioritized that in front of, say, Joe Perkins?    10:49:08

17   A.    No.  Rusty Wallace and Mike Wallace was    10:49:11

18   done years previous to that.    10:49:15

19   Q.    Well, I was just throwing that out as    10:49:15

20   just kind of an example.  You don't know    10:49:17

21   whether he got busy with another project that    10:49:18

22   was not a D'Shannon project and just    10:49:21

23   prioritized this at the bottom of the stack?    10:49:23

24   A.    I'm not aware of another engine he was    10:49:25

25   building.    10:49:27

Page 90

1    Q.    When you contracted with them, did you    10:49:29

2    intend to have the exclusive use of their time?    10:49:31

3    A.    Yes.    10:49:36

4    Q.    You intended for them to be basically an    10:49:39

5    arm of D'Shannon, correct?    10:49:45

6    A.    Yes, for engine building, I believed    10:49:47

7    that all the employees would be focused on    10:49:49

8    building engines and that was their goal.    10:49:51

9    Q.    Did you expect that they would not be    10:49:55

10   running other projects while they were    10:49:57

11   contracted with D'Shannon, like, for example,    10:49:59

12   that he wouldn't have other AvWorks customers    10:50:02

13   that were not D'Shannon customers?    10:50:05

14   A.    I don't remember our specific    10:50:15

15   discussions about that.    10:50:17

16   Q.    Was this -- were these discussions    10:50:18

17   verbal?    10:50:20

18   A.    You're talking about Mike Moore now?    10:50:21

19   You're not talking about the other team    10:50:23

20   members?    10:50:24

21   Q.    Just Mike.  Did you think he could have    10:50:24

22   side work?    10:50:27

23   A.    I suppose.  I mean, he's a hard working    10:50:30

24   individual, so he would possibly drum up other    10:50:32

25   business.  It's up to him.  He's a contractor.    10:50:35

Page 91

1    He contracted with us for 70 hours a week.  I    10:50:38

2    thought my understanding was he probably put in    10:50:41

3    40 to 50 hours a week.  He works more than that    10:50:43

4    usually, so he probably had other hours    10:50:45

5    remaining that he could work on other projects.    10:50:47

6    Q.    Was there a contract governing his    10:50:49

7    relationship with D'Shannon?    10:50:54

8    A.    I don't believe there was.    10:50:56

9    Q.    Was there a verbal understanding then?    10:50:57

10   A.    It was.    10:50:59

11   Q.    Turning to Exhibit 12, it says -- you    10:51:04

12   said you've seen this document before?    10:51:10

13   A.    Uh-huh.    10:51:12

14   Q.    Okay.  At the very beginning of this    10:51:12

15   there's an email from Joe Perkins from    10:51:16

16   September 22 that says: "I need to hear    10:51:18

17   basically that the engines are on a truck    10:51:21

18   headed my way by 7:30 eastern."  Do you    10:51:24

19   remember that email?    10:51:28

20   A.    Yup.  Yes.    10:51:28

21   Q.    And what did you respond?  Looking at    10:51:31

22   the third full paragraph did you say you expect    10:52:01

23   they would be delivered by -- they'll be headed    10:52:03

24   your way Tuesday the 24th?    10:52:06

25   A.    Yes, based on the email it looks    10:52:11

Page 92

1    like -- you have --    10:52:15

2    Q.    I understand if you haven't seen this in    10:52:26

3    a while.  Take your time to familiarize    10:52:28

4    yourself with the document.    10:52:30

5    A.    Mike had gone out on a personal issue to    10:52:52

6    Kentucky, so it pushed us back a few days, it    10:52:56

7    looks like in this email.  And so I conveyed to    10:52:59

8    Joe that -- "I sincerely apologize for not    10:53:01

9    making the Thursday delivery as we truly    10:53:01

10   believed that it was attainable."  Trying to    10:53:06

11   get him the engines as soon as possible here.    10:53:10

12   Q.    So when you received Joe's email, did    10:53:12

13   you call Mike Moore?    10:53:15

14   A.    I don't remember if I did call Mike    10:53:17

15   Moore.    10:53:17

16   Q.    It says here in the email that you    10:53:19

17   believed there was a Thursday delivery that you    10:53:23

18   believed to been attainable.  Had you told    10:53:25

19   Joe Perkins that you would deliver the engines    10:53:28

20   on that previous Thursday?    10:53:32

21   A.    I'm not sure if I did or not.  I'm not    10:53:34

22   sure if I have an email that tells me that.    10:53:35

23   Q.    It looks like you were expecting a    10:53:38

24   Thursday delivery and you realized Joe was    10:53:41

25   upset, correct?    10:53:45

Page 93

| | | |
|---|---|---|
| 1 | A.    I was acknowledging he was upset and I | 10:53:46 |
| 2 | was trying to coordinate the team to make sure | 10:53:48 |
| 3 | we delivered the engines as soon as possible. | 10:53:51 |
| 4 | Q.    What was your understanding about the | 10:53:54 |
| 5 | status of the completion of the engines at this | 10:53:57 |
| 6 | time? | 10:53:57 |
| 7 | A.    Again I don't know because I don't know | 10:54:00 |
| 8 | what I was thinking at the time. | 10:54:01 |
| 9 | Q.    Would you have believed -- if you're | 10:54:03 |
| 10 | saying, look, we expected it on Thursday, it's | 10:54:05 |
| 11 | going to leave in a couple of days, you | 10:54:07 |
| 12 | believed that the engines were pretty close to | 10:54:09 |
| 13 | complete, correct? | 10:54:11 |
| 14 | A.    Yes. | 10:54:11 |
| 15 | Q.    Based off of the pictures that we saw | 10:54:12 |
| 16 | earlier?  Is that the basis of your | 10:54:15 |
| 17 | understanding? | 10:54:16 |
| 18 | A.    I would assume so, yes, because that's | 10:54:16 |
| 19 | what I was seeing in pictures, because, again, | 10:54:17 |
| 20 | I wasn't there.  I didn't know for sure. | 10:54:21 |
| 21 | Q.    Okay.  But you felt comfortable enough | 10:54:27 |
| 22 | communicating this to Joe Perkins on | 10:54:29 |
| 23 | September 22 despite not knowing for sure? | 10:54:32 |
| 24 | A.    Yes, again, because the pictures showed | 10:54:35 |
| 25 | me that we were coming to the end of the | 10:54:38 |

Page 94

| | | |
|---|---|---|
| 1 | assembly of what I thought was the second | 10:54:41 |
| 2 | engine.  And the second engine was signed off | 10:54:44 |
| 3 | about, it looks like, two weeks after this. | 10:54:47 |
| 4 | Q.    Two weeks, though.  That would be -- two | 10:54:53 |
| 5 | weeks after this would be early October.  And I | 10:54:56 |
| 6 | think you are correct that it's in that | 10:54:59 |
| 7 | timeframe.  We'll look at it later.  But that | 10:55:00 |
| 8 | would be almost a full month after you saw the | 10:55:03 |
| 9 | pictures.  That would still be an awful long | 10:55:07 |
| 10 | engine assembly, wouldn't it, or almost a full | 10:55:09 |
| 11 | month? | 10:55:12 |
| 12 | A.    No.  The pictures are from September 16. | 10:55:12 |
| 13 | Q.    And two weeks after September 22 would | 10:55:15 |
| 14 | probably place us the end of the first week of | 10:55:18 |
| 15 | October. | 10:55:21 |
| 16 | A.    I'm assuming the engines were built.  I | 10:55:21 |
| 17 | think they were waiting to run them on the run | 10:55:24 |
| 18 | stand and get a full testing of the engines. | 10:55:26 |
| 19 | So in actuality it's possible that the engines | 10:55:29 |
| 20 | were actually completed; they just hadn't been | 10:55:32 |
| 21 | run yet. | 10:55:33 |
| 22 | Q.    We'll ask Mike Moore. | 10:55:35 |
| 23 | A.    Sure. | 10:55:37 |
| 24 | Q.    Is it your understanding that the -- | 10:56:01 |
| 25 | when you say that the engines were signed off | 10:56:07 |

Page 95

| | | |
|---|---|---|
| 1 | on as of -- when were these engines signed off | 10:56:12 |
| 2 | on, to your knowledge? | 10:56:15 |
| 3 | A.    You have the paperwork. | 10:56:15 |
| 4 | Q.    Yeah.  I was just -- from your memory | 10:56:17 |
| 5 | when were the engines signed off on? | 10:56:19 |
| 6 | A.    I think I read that the first engine was | 10:56:20 |
| 7 | signed off the beginning of September and the | 10:56:23 |
| 8 | second was the beginning of October, but I | 10:56:26 |
| 9 | don't have that in front of me.  I think those | 10:56:28 |
| 10 | are the dates. | 10:56:30 |
| 11 | Q.    And when we say signed off on, what do | 10:56:30 |
| 12 | you mean by that? | 10:56:33 |
| 13 | A.    The IA, Mike Moore, signed them off that | 10:56:33 |
| 14 | they had been built. | 10:56:37 |
| 15 | Q.    So the engines weren't just completed as | 10:56:38 |
| 16 | of those days, but it's your understanding that | 10:56:41 |
| 17 | they had been certified by the IA as of those | 10:56:42 |
| 18 | dates? | 10:56:46 |
| 19 | A.    He was signing it off saying they were | 10:56:47 |
| 20 | built, complete.  I'm not sure if that refers | 10:56:49 |
| 21 | to an engine run on the stand or not.  Mike | 10:56:51 |
| 22 | Moore can answer that question for you. | 10:56:53 |
| 23 |      MR. WADSWORTH:  Let me mark as 13 | 10:57:05 |
| 24 | yet another email. | 10:57:18 |
| 25 | | 10:57:18 |

Page 96

| | | |
|---|---|---|
| 1 |      (Exhibit 13 marked.) | 10:57:04 |
| 2 | BY MR. WADSWORTH: | 10:57:05 |
| 3 | Q.    Have you seen this document before? | 10:57:24 |
| 4 | A.    Yes. | 10:57:28 |
| 5 | Q.    Are you copied on this document at all? | 10:57:30 |
| 6 | A.    Actually, no. | 10:57:44 |
| 7 | Q.    Did you see this at or about the time it | 10:57:44 |
| 8 | was created, do you remember? | 10:57:48 |
| 9 | A.    I don't remember, but I would assume | 10:57:52 |
| 10 | that I did. | 10:57:53 |
| 11 | Q.    It's an email from Kim Hines to Peggy | 10:57:56 |
| 12 | Hargreaves saying:  "Do you have the paperwork | 10:58:00 |
| 13 | we need to certify the engines?"  And the | 10:58:02 |
| 14 | response is:  "Yes, I do.  I'm waiting for | 10:58:04 |
| 15 | Scott to tell me to release it." | 10:58:06 |
| 16 |      Does that accurately reflect your | 10:58:08 |
| 17 | understanding as of October 23, that the | 10:58:11 |
| 18 | paperwork needed to certify the engines had | 10:58:13 |
| 19 | been complete? | 10:58:15 |
| 20 | A.    This is the paperwork for the | 10:58:16 |
| 21 | installation of the engines on the airframe, | 10:58:19 |
| 22 | not to be confused with the build-up of the | 10:58:21 |
| 23 | engines. | 10:58:23 |
| 24 | Q.    Let's walk through it.  What is this | 10:58:23 |
| 25 | paperwork? | 10:58:28 |

Page 97

1  A.     This is the paperwork that certifies     10:58:28
2  that airframe to fly away with those two 550C,  10:58:30
3  IO-550C engines.                                10:58:38
4  Q.     What's that look like?                   10:58:38
5  A.     It's an STC.  Probably 20 pieces of      10:58:39
6  paper, probably 20 pages.                       10:58:44
7  Q.     With script at the top that says --      10:58:47
8  A.     Yes.  Correct.                           10:58:49
9  Q.     What was the other type of -- what was   10:58:50
10 the other type of certification that you said   10:58:52
11 it shouldn't be confused with?                  10:58:54
12 A.     That's Mike Moore signing off the        10:58:56
13 engines, which he did separate of us.  We had   10:58:58
14 nothing to do with that.                        10:59:02
15 Q.     Do you need both the signoff and the STC 10:59:03
16 in order to be able to lawfully fly the plane?  10:59:06
17 A.     Correct.                                 10:59:09
18 Q.     So wouldn't you need both the signoff    10:59:13
19 and the STC to certify the engine?              10:59:14
20 A.     Yes.  But this is -- this email is       10:59:16
21 referring to just the signoff of the airframe,  10:59:20
22 is my understanding.                            10:59:22
23 Q.     That's your understanding of the email?  10:59:24
24 A.     I'm not copied on the email, but I'm     10:59:26
25 assuming that's what this is.                    10:59:28

Page 98

1  Q.     So you don't know, but that's just -- if 10:59:29
2  you were reading this fresh --                  10:59:31
3  A.     Yeah, because it says invoice 1330.  It  10:59:32
4  says invoice.  So it's referring to the         10:59:35
5  invoice.  And the invoice would be referring to 10:59:37
6  the STC.                                         10:59:41
7  Q.     Do you know when the logbooks were       10:59:49
8  signed?                                          10:59:52
9  A.     I believe it was the beginning of        10:59:54
10 September and the beginning of October.  One    10:59:57
11 engine at a time it looked like when I saw the  10:59:58
12 logbook entries.                                 10:59:59
13 Q.     How do you prepare these STCs?  Are they 11:00:01
14 plane specific?                                  11:00:04
15 A.     The STC is fleet specific and then we    11:00:07
16 put our stamp on that particular document and   11:00:10
17 fill in with the specific information for that  11:00:13
18 particular aircraft, that serial number, the    11:00:16
19 end number and the model number.                11:00:19
20 Q.     So it's basically a form, correct?       11:00:20
21 A.     I suppose you could call it that.         11:00:25
22 Q.     You have a, say, 20-page Supplemental    11:00:27
23 Type Certificate that's largely complete, but   11:00:32
24 as you do these upgrades you fill in basically  11:00:34
25 the identifying information for the plane, is    11:00:37

Page 99

1  that correct?                                    11:00:40
2  A.     You put the aircraft information in the  11:00:40
3  blanks tying that particular airframe to that   11:00:44
4  particular STC.                                  11:00:48
5  Q.     And you're able to tie that airplane to  11:00:49
6  that STC before the logbooks have been signed   11:00:53
7  and verified by the IA?                         11:00:55
8  A.     Correct.                                 11:00:57
9         MR. WADSWORTH:  I'm going to mark as      11:01:25
10 Exhibit 14 an email from Joe Perkins.           11:01:26
11         (Exhibit 14 marked.)                     11:01:20
12 BY MR. WADSWORTH:                                11:01:25
13 Q.     Do you remember this email?              11:01:51
14 A.     Yes.                                     11:01:56
15 Q.     It says:  "I have just become aware that 11:01:56
16 the logbooks for my engines have not been       11:01:59
17 signed."                                         11:02:01
18         Was this news to you on November 18 that 11:02:02
19 the logbooks had not been signed?               11:02:05
20 A.     Yes.                                     11:02:08
21 Q.     As of November 18 you believed the work  11:02:11
22 had been signed off on?                         11:02:14
23 A.     Correct.  The engines had been signed    11:02:15
24 off.  Not the installation; the engines.        11:02:17
25 Q.     And one more time help me.  What is the  11:02:23

Page 100

1  difference between the -- the engines -- when   11:02:23
2  you say that the engines had been signed off    11:02:23
3  on, you mean you believed that Mike Moore had   11:02:27
4  signed whatever log he --                       11:02:29
5  A.     The engine log --                        11:02:29
6  Q.     You believed that he had signed whatever 11:02:33
7  engine logbooks that he had to sign in order to 11:02:36
8  install the engines, correct, or to complete    11:02:39
9  the engine rebuild?                             11:02:42
10 A.     I think at that time I thought the       11:02:47
11 engine logbooks had been signed off, but I      11:02:50
12 believe I found out at a later date they had    11:02:54
13 not been signed off.                            11:02:56
14 Q.     Do you remember why they had not been    11:02:57
15 signed off?                                     11:02:58
16 A.     Yes.  Mike Moore told me at a later date 11:03:00
17 that he wanted to be named as insured on our    11:03:03
18 insurance policy.                               11:03:08
19 Q.     Was he not previously named as insured?  11:03:10
20 A.     Not named specifically.  He individually 11:03:14
21 wasn't named specifically.                      11:03:17
22 Q.     We're going to get into the insurance    11:03:21
23 policy a little bit more.  You had a policy     11:03:23
24 that was in place as of May 10, 2013, correct?  11:03:27
25 A.     Yes.                                     11:03:31

Page 101

1    Q.    Give or take?                           11:03:31
2    A.    Correct.                                11:03:32
3    Q.    Did that policy cover independent       11:03:34
4    contractors like Mike Moore?                  11:03:37
5          MR. HEISTERHAGEN:  I'm going to         11:03:40
6    object to the extent that you're asking for a 11:03:41
7    coverage opinion from an insured.             11:03:42
8          THE WITNESS:  I don't know.             11:03:48
9    BY MR. WADSWORTH:                             11:03:49
10   Q.    I mean --                               11:03:49
11   A.    I don't know.                           11:03:49
12   Q.    If Mike Moore asked you -- and,         11:03:52
13   obviously, you know, I know you're not a      11:03:54
14   lawyer. I know that you're not a coverage guy.11:03:56
15   A.    Right.                                  11:04:00
16   Q.    But if Mike Moore had asked you in,     11:04:00
17   let's say, July of 2013 when the rebuild was  11:04:04
18   starting, "Does this insurance cover me as an 11:04:07
19   independent contractor?" What would you have  11:04:09
20   said?                                         11:04:12
21   A.    I would put him in contact with our     11:04:14
22   insurance agent.                              11:04:16
23   Q.    So you don't know for pretty much --    11:04:19
24   this May insurance policy, you don't know     11:04:22
25   whether it would cover an independent         11:04:24

Page 102

1    contractor or not?                            11:04:26
2    A.    I believe my understanding was that it  11:04:33
3    would cover whoever built the engine. So I    11:04:35
4    don't know if you want to call him an         11:04:40
5    independent contractor or whatever name you   11:04:42
6    want to attach to him, but I believe it was   11:04:43
7    going to cover whoever built the engine. The  11:04:44
8    key ingredient was it would take care of the  11:04:47
9    end-user. That was our main focus saying,     11:04:52
10   hey, the end-user needs to be looked after, so 11:04:55
11   that's why we have to have insurance coverage. 11:04:58
12   A lot of engine shops don't have insurance    11:05:00
13   coverage and we wanted to make sure that we   11:05:02
14   did.                                          11:05:05
15   Q.    So it's your understanding that this May 11:05:08
16   insurance policy would have covered whoever   11:05:13
17   built the engine for D'Shannon?               11:05:17
18   A.    For a certain period of time, I believe 11:05:19
19   that, yes.                                    11:05:22
20   Q.    Now, obviously, Mike Moore has a special 11:05:22
21   relationship as an independent contractor with 11:05:26
22   D'Shannon. Suppose an engine shop, just a     11:05:29
23   random engine shop in Kentucky had wanted to do 11:05:31
24   the Genesis upgrade build, would the insurance 11:05:34
25   policy, do you believe, have covered them?    11:05:37

Page 103

1    A.    No, we weren't going to allow that to   11:05:41
2    happen. It had to be within our own facility. 11:05:42
3    It had to be with our supervision. It had to  11:05:45
4    be noted in our insurance that that particular 11:05:47
5    location was covered under our insurance. So  11:05:49
6    we would never have gone to another facility in 11:05:53
7    Kentucky like we just mentioned.              11:05:58
8    Q.    So going back to the logbooks not being 11:05:59
9    signed, the engine --                         11:06:01
10   A.    The engine logbooks.                     11:06:02
11   Q.    We'll call them that. Going back to the 11:06:04
12   engine logbooks not being signed, do you      11:06:06
13   believe Mike Moore's concerns were unfounded in 11:06:09
14   November of 2013?                             11:06:11
15   A.    No. It was reasonable. He wanted to     11:06:12
16   make sure that he had coverage for the engines 11:06:15
17   he had built.                                 11:06:16
18   Q.    But you believed that he already had    11:06:17
19   that coverage?                                11:06:19
20   A.    Yes. And I sent him to our insurance    11:06:20
21   agent to clarify it.                          11:06:22
22   Q.    Let's go ahead and jump there.          11:06:30
23   (Recess taken from 11:06 a.m. to 11:18 a.m.)  11:18:09
24   BY MR. WADSWORTH:                             11:18:09
25   Q.    Mr. Erickson, we're going to talk a     11:18:11

Page 104

1    little bit about the insurance issue just     11:18:13
2    because it just now came up.                  11:18:18
3          (Exhibit 15 marked.)                    11:18:21
4    BY MR. WADSWORTH:                             11:18:22
5    Q.    I'm going to mark as Exhibit 15         11:18:22
6    something that was -- I already marked this as 11:18:26
7    Exhibit 15. Do you recognize this document?  11:18:34
8    A.    Yes.                                    11:18:44
9    Q.    What is it?                             11:18:44
10   A.    The Aviation Commercial General         11:18:45
11   Liability Coverage Declarations.             11:18:50
12   Q.    Now, this is the single-page -- as you  11:18:53
13   see it's marked Plaintiffs. This is the single 11:18:54
14   page that you provided to Joe Perkins at some 11:18:57
15   point. Do you have the rest of this document  11:19:02
16   anywhere?                                     11:19:04
17   A.    I assume we do.                         11:19:05
18         MR. HEISTERHAGEN:  I haven't been       11:19:07
19   able to find it. We'll go back and check and  11:19:08
20   see if we have a copy.                        11:19:14
21         THE WITNESS:  Can we ask Wings for      11:19:16
22   it?                                           11:19:18
23         MR. HEISTERHAGEN:  I don't think        11:19:18
24   they have it. We've gone and checked with the 11:19:20
25   insurance agent. There's some type of computer 11:19:21

Page 105

1    issue with Wings upgrading and they don't have    11:19:23
2    it.  And it was right around this time.  We'll    11:19:30
3    see if we have it.    11:19:32
4    BY MR. WADSWORTH:    11:19:32
5    Q.    This is, as far as we know, the only    11:19:34
6    evidence of this insurance policy is    11:19:35
7    Exhibit 15?    11:19:38
8    A.    Uh-huh.    11:19:38
9    Q.    What does it say the effective policy    11:19:42
10   period is?    11:19:44
11   A.    May 10, 2013 to May 10, 2014.    11:19:45
12   Q.    Okay.  Now, that would have been during    11:19:51
13   the time that this engine was being built,    11:19:52
14   correct?    11:19:54
15   A.    Correct.    11:19:55
16   Q.    And it's your understanding that, even    11:19:56
17   though we don't have anything in here that    11:19:59
18   necessarily says this, that it would cover    11:20:01
19   hired employees such as independent    11:20:04
20   contractors?    11:20:09
21   A.    It doesn't say anything to the contrary.    11:20:09
22   Q.    But that was your understanding was that    11:20:12
23   this would cover independent contractors?    11:20:14
24   A.    No.  At first -- at first we believed    11:20:17
25   that it would cover independent contractors.    11:20:23

Page 106

1    And then my insurance agent simply told me that    11:20:27
2    we needed to get information from our team to    11:20:29
3    make them employees.    11:20:37
4    Q.    When did that conversation take place?    11:20:40
5    A.    October, maybe September, October.    11:20:45
6    Q.    So September, October you learned that,    11:20:50
7    despite what you had thought, in fact, the    11:20:54
8    independent contractors in North Carolina were    11:20:56
9    not covered by this insurance policy?    11:20:58
10   A.    I'm not saying that.    11:21:00
11        MR. HEISTERHAGEN:  Object to form.    11:21:01
12   A.    I'm not an insurance agent.  I'm just    11:21:02
13   saying my understanding.  And my understanding    11:21:05
14   is not well versed in insurance.    11:21:06
15   BY MR. WADSWORTH:    11:21:09
16   Q.    But your insurance agent suggested they    11:21:09
17   might not be covered?    11:21:11
18   A.    No, he didn't suggest that.  He    11:21:13
19   suggested they become employees.    11:21:15
20   Q.    Why?    11:21:21
21   A.    He felt it would be better for our    11:21:22
22   purposes and better for coverage if they were    11:21:23
23   employees.  He didn't make it mandatory.  He    11:21:26
24   said it would be a good idea.    11:21:28
25   Q.    Did he indicate that he felt there might    11:21:32

Page 107

1    be a hole in the coverage?    11:21:34
2    A.    No.    11:21:37
3    Q.    He recommended that you restructure your    11:21:37
4    relationship with this group of people, change    11:21:42
5    the business structure of D'Shannon based off    11:21:44
6    of there not being any problem whatsoever with    11:21:47
7    the policy; is that your testimony?    11:21:51
8    A.    He thought it was a good business    11:21:52
9    decision.  He didn't say it had anything to do    11:21:55
10   with insurance.  He felt it was a good business    11:21:57
11   decision.    11:21:59
12   Q.    Do you often consult with your insurance    11:21:59
13   agent on your business decisions?    11:22:02
14   A.    Well, he was pretty well versed in    11:22:03
15   aviation and he had seen a lot of business over    11:22:06
16   the years.  And so I took his counsel.  He's a    11:22:08
17   sharp individual and I felt that if that was    11:22:14
18   something he felt would be in our best interest    11:22:16
19   and the best interest of our employees and the    11:22:20
20   best interest of our clients, then we would go    11:22:21
21   that path.    11:22:23
22   Q.    Okay.  Based off of this counsel, did    11:22:27
23   you attempt to make Mike Moore and his team    11:22:32
24   employees?    11:22:34
25   A.    Yes.    11:22:34

Page 108

1    Q.    And it's your understanding that his    11:22:37
2    counsel had nothing to do with insurance    11:22:39
3    coverage, correct?    11:22:40
4    A.    I don't know if it had nothing to do    11:22:43
5    with insurance coverage, but he gave it to me    11:22:44
6    as a business counselor, he told me, "I think    11:22:47
7    you're going to be best served and everybody    11:22:50
8    that you're in contact with, anybody you send a    11:22:52
9    product out to, anybody that works with you,    11:22:54
10   all of you would be best served if these people    11:22:56
11   were employees."    11:22:59
12   Q.    I'm trying to wrap my head around this.    11:23:02
13   So his counsel had nothing to do with insurance    11:23:04
14   coverage --    11:23:06
15   A.    I didn't say that.  I don't know if it    11:23:07
16   was completely based on insurance or -- it was    11:23:10
17   a combination of business counsel and insurance    11:23:14
18   counsel is what I took it as.    11:23:16
19   Q.    Did he say you could get cheaper rates    11:23:21
20   if they were employees?    11:23:23
21   A.    No.    11:23:24
22   Q.    Did he say you could get more favorable    11:23:24
23   terms with the insurance company?    11:23:30
24   A.    No.    11:23:31
25   Q.    How did he say it would affect your    11:23:36

## Page 109

| | |
|---|---|
| 1 | insurance coverage? | 11:23:39 |
| 2 | A.    He didn't.  There's no email | 11:23:40 |
| 3 | communication I'm aware of where he said we had | 11:23:47 |
| 4 | to do it, I don't believe.  I believe he | 11:23:50 |
| 5 | suggested we do it because Mike Moore -- I've | 11:23:53 |
| 6 | got to think about this.  Mike Moore signing | 11:24:01 |
| 7 | off the engines he felt would be better for | 11:24:07 |
| 8 | insurance, and Mike Moore's position | 11:24:11 |
| 9 | particularly, if he was an employee.  So the | 11:24:13 |
| 10 | other individuals became employees, but he | 11:24:17 |
| 11 | really believed that Mike would be best served | 11:24:20 |
| 12 | to become an employee. | 11:24:24 |
| 13 | Q.    How would he be best served? | 11:24:28 |
| 14 | A.    To cover him and to take care of his | 11:24:30 |
| 15 | taxes.  I think in every respect it was a | 11:24:35 |
| 16 | comprehensive approach to Mike, Mike, become an | 11:24:42 |
| 17 | employee.  We help pay your taxes.  We help | 11:24:45 |
| 18 | provide you with workman's comp so if something | 11:24:48 |
| 19 | happens in our shop, then you're going to be | 11:24:50 |
| 20 | covered for that injury that you would receive | 11:24:52 |
| 21 | in our shop, as well as it serves us better to | 11:24:55 |
| 22 | be in that state of North Carolina and be | 11:25:01 |
| 23 | employing those people as opposed to | 11:25:05 |
| 24 | contracting.  I guess the IRS has become more | 11:25:07 |
| 25 | stringent upon W-9 employees. | 11:25:10 |

## Page 110

| | |
|---|---|
| 1 | Q.    So there could be a situation where Mike | 11:25:13 |
| 2 | would be better covered if he had a workers' | 11:25:16 |
| 3 | comp claim, correct? | 11:25:19 |
| 4 | A.    Correct. | 11:25:19 |
| 5 | Q.    And there would be a situation where | 11:25:21 |
| 6 | Mike would be covered if he signed off on an | 11:25:22 |
| 7 | engine, correct? | 11:25:24 |
| 8 | A.    Correct. | 11:25:25 |
| 9 |        MR. HEISTERHAGEN:  Object to form. | 11:25:26 |
| 10 | A.    I believe that's the case.  I don't know | 11:25:29 |
| 11 | for sure on that.  I would have to review my | 11:25:31 |
| 12 | emails. | 11:25:33 |
| 13 | BY MR. WADSWORTH: | 11:25:35 |
| 14 | Q.    But as we've testified earlier, you're | 11:25:35 |
| 15 | not an insurance expert, correct? | 11:25:37 |
| 16 | A.    That's correct. | 11:25:39 |
| 17 | Q.    So you don't know whether Mike Moore was | 11:25:39 |
| 18 | actually covered or not as an independent | 11:25:41 |
| 19 | contractor for the purposes of signing off on | 11:25:43 |
| 20 | the engine, correct? | 11:25:44 |
| 21 | A.    Yeah, the insurance agent would have to | 11:25:45 |
| 22 | answer that. | 11:25:47 |
| 23 | Q.    And it was his opinion that he would be | 11:25:52 |
| 24 | better covered if he was an employee? | 11:25:55 |
| 25 | A.    You said -- | 11:25:56 |

## Page 111

| | |
|---|---|
| 1 | Q.    It was the insurance opinion -- | 11:25:58 |
| 2 | insurance agent's opinion that he would be | 11:26:00 |
| 3 | better covered -- Mike Moore would be better | 11:26:02 |
| 4 | covered if he was an employee rather than an | 11:26:04 |
| 5 | independent contractor? | 11:26:06 |
| 6 | A.    That was my impression from him. | 11:26:06 |
| 7 | Q.    I'm going to mark Exhibit 16. | 11:26:10 |
| 8 |        (Exhibit 16 marked.) | 11:26:10 |
| 9 | BY MR. WADSWORTH: | 11:26:10 |
| 10 | Q.    Do you recognize Exhibit 16? | 11:26:10 |
| 11 | A.    Yes. | 11:26:39 |
| 12 | Q.    What is this? | 11:26:39 |
| 13 | A.    A cancellation endorsement. | 11:26:40 |
| 14 |        MR. WADSWORTH:  Now, this was | 11:26:42 |
| 15 | attached to your reply in support of summary | 11:26:46 |
| 16 | judgment.  I don't see where we have a Bates | 11:26:51 |
| 17 | labeled copy of this.  Has this been produced | 11:26:53 |
| 18 | in this litigation? | 11:26:55 |
| 19 |        MR. HEISTERHAGEN:  No.  We just got | 11:26:57 |
| 20 | a copy.  We can produce it, but you have it. | 11:26:59 |
| 21 |        MR. WADSWORTH:  It doesn't really | 11:27:03 |
| 22 | matter. | 11:27:04 |
| 23 |        MR. HEISTERHAGEN:  We'll put Bates | 11:27:04 |
| 24 | numbers on it. | 11:27:04 |
| 25 |        MR. WADSWORTH:  I'm not too picky | 11:27:05 |

## Page 112

| | |
|---|---|
| 1 | about those things, but it might help. | 11:27:07 |
| 2 | BY MR. WADSWORTH: | 11:27:14 |
| 3 | Q.    When did you find this document? | 11:27:14 |
| 4 | A.    It looks like I received it sometime the | 11:27:15 |
| 5 | beginning of October, the first couple weeks of | 11:27:17 |
| 6 | October, it looks like. | 11:27:19 |
| 7 | Q.    Well, I mean, did you -- you received it | 11:27:21 |
| 8 | in the first couple of weeks of October, but | 11:27:22 |
| 9 | like over the past few weeks did you recently | 11:27:24 |
| 10 | go back through your records and re-find this | 11:27:28 |
| 11 | document? | 11:27:31 |
| 12 |        MR. HEISTERHAGEN:  It came from the | 11:27:31 |
| 13 | insurance agent. | 11:27:33 |
| 14 |        MR. WADSWORTH:  Okay. | 11:27:33 |
| 15 | BY MR. WADSWORTH: | 11:27:33 |
| 16 | Q.    What is this document? | 11:27:37 |
| 17 | A.    A cancellation endorsement. | 11:27:39 |
| 18 | Q.    Why was there a cancellation of the | 11:27:45 |
| 19 | insurance? | 11:27:47 |
| 20 | A.    For lack of payment, is my | 11:27:47 |
| 21 | understanding. | 11:27:49 |
| 22 | Q.    And just checking, this cancellation | 11:27:51 |
| 23 | endorsement refers to the Exhibit 15 insurance | 11:27:55 |
| 24 | policy, correct? | 11:27:58 |
| 25 | A.    Yes. | 11:27:59 |

Page 113

1    Q.    It was canceled for lack of payment?    11:28:02
2    A.    I believe that's what it was, yes.    11:28:04
3    Q.    Who was supposed to pay the insurance    11:28:06
4    premiums?    11:28:08
5    A.    Our company.    11:28:08
6    Q.    D'Shannon Products, Limited?    11:28:10
7    A.    Uh-huh.    11:28:12
8    Q.    Why had it not been paid?    11:28:13
9    A.    It got past us. I was surprised to see    11:28:16
10   it as well.    11:28:20
11   Q.    It says in consideration of a return    11:28:20
12   premium of $19,000. Who received that $19,000?    11:28:23
13   A.    I don't remember receiving a check for    11:28:32
14   $19,437.    11:28:34
15   Q.    Did you have to write a check for    11:28:35
16   $19,437?    11:28:37
17   A.    Not that I'm aware of.    11:28:39
18   Q.    We'll let that $19,437 remain a mystery.    11:28:42
19         It's effective October 7, 2013, correct?    11:28:46
20   A.    Uh-huh.    11:28:51
21   Q.    It says: "Effective on the above date,    11:28:52
22   this policy is canceled," correct?    11:28:55
23   A.    Correct.    11:28:56
24   Q.    What insurance was in place after    11:28:57
25   October 7, 2013?    11:28:59

Page 114

1    A.    There was no insurance with Allianz for    11:29:05
2    a period of time after October 7. I think it    11:29:06
3    was the end of November.    11:29:12
4    Q.    We'll move to that next policy. Between    11:29:21
5    October 7, 2013 and the start of the new    11:29:23
6    policy -- which I think is in the end of    11:29:28
7    November, November 27 -- we'll get into that --    11:29:31
8    was there any insurance in place to cover the    11:29:33
9    rebuild of the Baron engines?    11:29:35
10   A.    No insurance coverage for that period of    11:29:38
11   time, that I'm aware of.    11:29:41
12   Q.    So if Mike Moore had signed off on the    11:29:42
13   engines between October 7 and the November 27    11:29:44
14   date, would he have been covered by any    11:29:47
15   insurance if something went wrong?    11:29:50
16         MR. HEISTERHAGEN: Steve, you know    11:29:56
17   as well as I do, there's a ton of issues in    11:29:57
18   terms of claims made, current basis. I mean,    11:29:59
19   to ask him a coverage question like that, he    11:30:00
20   can't offer a legal conclusion.    11:30:05
21         THE WITNESS: Well, I don't have an    11:30:05
22   answer.    11:30:05
23   BY MR. WADSWORTH:    11:30:05
24   Q.    Okay. You don't know one way or the    11:30:07
25   other?    11:30:09

Page 115

1    A.    I don't know one way or the other. I    11:30:09
2    just know that the insurance agent told me we    11:30:13
3    were operational in November. And it took us    11:30:16
4    many weeks to get that operational, the new    11:30:18
5    policy.    11:30:25
6    Q.    Did you have any discussions with Joe    11:30:39
7    Perkins concerning insurance at the start of    11:30:41
8    this policy, at the start of the rebuild?    11:30:44
9    A.    I believe I did. I don't know when they    11:30:56
10   took place, but we did discuss insurance at    11:30:58
11   some time.    11:31:00
12   Q.    Would those discussions have happened in    11:31:01
13   the May to June 2013 time period?    11:31:04
14   A.    I would think so.    11:31:07
15   Q.    What did you tell Joe Perkins about    11:31:11
16   insurance in May of 2013?    11:31:13
17   A.    Simply, we had insurance coverage for    11:31:14
18   the engines. I'm assuming if there was an    11:31:17
19   issue, that he would be covered. That's what    11:31:19
20   happens, when the claim is made during that    11:31:21
21   period that you have insurance, that's handled    11:31:23
22   by the insurance company.    11:31:28
23   Q.    So you told Joe Perkins that if anything    11:31:29
24   went wrong, there would be insurance coverage    11:31:35
25   to cover the loss, correct?    11:31:37

Page 116

1    A.    I told him that's how insurance policies    11:31:41
2    work.    11:31:45
3         MR. WADSWORTH: I'm going to mark    11:32:13
4    Exhibit 17, the insurance policy.    11:32:12
5         (Exhibit 17 marked.)    11:32:12
6    BY MR. WADSWORTH:    11:32:13
7    Q.    Do you recognize this document?    11:32:41
8    A.    Yes.    11:32:42
9    Q.    What is it?    11:32:44
10   A.    It's an Aviation Commercial General    11:32:45
11   Liability Insurance Policy.    11:32:53
12   Q.    What is the effective date on this    11:32:53
13   policy? It can be found on --    11:32:56
14   A.    November 27, 2013.    11:32:58
15   Q.    And this is the replacement insurance    11:33:02
16   policy for the policy that was canceled on    11:33:04
17   October 7, correct?    11:33:06
18   A.    Correct.    11:33:07
19   Q.    Was it done with the same underwriter?    11:33:07
20   A.    Wings Insurance Agency, 14871 Pioneer    11:33:14
21   Trail, Eden Prairie 55347, Minnesota.    11:33:17
22   Q.    Was it done with the same insurance    11:33:21
23   agent?    11:33:23
24   A.    I believe it was. I don't see his name    11:33:29
25   on here, but I believe it was.    11:33:30

Page 117

1    Q.    Who was your insurance agent?                11:33:33
2    A.    Tom Haag.                                    11:33:36
3    Q.    Are there any material -- what               11:33:41
4    differences are there between -- other than the   11:33:43
5    date, between this policy and the policy that     11:33:46
6    it replaced?  Do you remember having any          11:33:48
7    discussions about that?                           11:33:50
8    A.    I don't know any differences between the    11:33:56
9    two.                                              11:33:58
10   Q.    There may be differences, there may not,    11:33:58
11   but you're just not aware of what the             11:34:01
12   differences would be; is that fair?               11:34:03
13   A.    I can see simply on the document it says    11:34:04
14   the hangar keeper's liability is increased.       11:34:04
15   Q.    Who is the hangar keeper?                   11:34:10
16   A.    That's when you have an aircraft inside     11:34:11
17   a hangar.  That's one change.  You asked me to   11:34:14
18   tell you what change there was.  That's one      11:34:17
19   change I can see.                                 11:34:19
20   Q.    And, obviously, we don't have like the      11:34:23
21   insurance policy which would start on             11:34:30
22   Plaintiffs' 30, like we don't have all the       11:34:31
23   details of that for the May policy, correct?     11:34:33
24   A.    I don't believe so.                         11:34:39
25   Q.    So do you know like just from your          11:34:42

Page 118

1    discussions with the insurance agent or from     11:34:45
2    any other source whether there are differences   11:34:49
3    between this part of the policy between the one  11:34:52
4    that was the May policy and this policy from     11:34:55
5    November?                                         11:34:57
6    A.    Not that I'm aware of.  I don't know of     11:34:59
7    any differences.                                  11:35:01
8    Q.    You don't know if they're the same or      11:35:03
9    different, correct?                               11:35:05
10   A.    Correct.                                    11:35:06
11   Q.    Was it your understanding that -- and,     11:35:12
12   obviously, again, you're not a lawyer, you're    11:35:14
13   not an insurance coverage expert, but when you  11:35:16
14   signed this, when you bought this policy, was   11:35:19
15   it your understanding that Mike Moore would be  11:35:21
16   covered by the policy?                           11:35:25
17   A.    I don't think his name is listed on        11:35:34
18   there, so I don't know for sure if he would be  11:35:36
19   listed on there or not.  I don't think we had   11:35:38
20   him listed.  He was just someone that was -- I  11:35:40
21   don't know how to answer that question.          11:35:53
22   There's no individuals listed on there, so I    11:35:54
23   don't know if he would have been covered in     11:35:58
24   there or not.                                    11:35:59
25   Q.    When you bought this policy, were you      11:36:00

Page 119

1    looking for something that would cover the work  11:36:02
2    that was done in North Carolina if there was a   11:36:04
3    problem?                                          11:36:06
4    A.    Of course.                                  11:36:06
5    Q.    Did you have those discussions with your   11:36:07
6    insurance provider?                               11:36:10
7    A.    Yes.                                        11:36:11
8    Q.    So what you wanted to buy was something    11:36:12
9    that would cover the work that was performed in  11:36:14
10   North Carolina?                                   11:36:16
11   A.    Correct.                                    11:36:16
12   Q.    And, to your knowledge, this would cover   11:36:18
13   it, correct?                                      11:36:20
14   A.    That's my understanding, yes.              11:36:20
15   Q.    Now, jumping back a little bit, you said   11:36:22
16   that at some point Mike Moore refused to sign    11:36:33
17   off on the engines because he believed that he  11:36:35
18   was not covered, correct?                        11:36:37
19   A.    Right.                                      11:36:38
20   Q.    How did those discussions begin?           11:36:41
21   A.    I think he sent us emails.  He sent us     11:36:44
22   emails that he wanted to make sure that he was  11:36:48
23   covered in the insurance, so I put him in       11:36:52
24   contact with the agent.  You have to ask him    11:36:54
25   how the discussions went on with the insurance  11:36:57

Page 120

1    agent because my discussions with him were       11:36:57
2    minimal.                                          11:36:59
3    Q.    When did he first come to believe he was   11:37:01
4    not covered by the insurance?                     11:37:03
5    A.    I couldn't answer if he came to believe    11:37:05
6    that or not.                                      11:37:06
7    Q.    When did you first start having            11:37:10
8    conversations with him about insurance?          11:37:11
9    A.    In the summer of 2013.                     11:37:15
10   Q.    So his concerns went back somewhere in    11:37:18
11   the summer of 2013?                              11:37:21
12   A.    I think towards the end of the summer of  11:37:22
13   2013, yup.  So I put him in contact with Tom    11:37:24
14   Haag.                                            11:37:24
15        (Exhibit 18 marked.)                        11:38:01
16   BY MR. WADSWORTH:                                 11:38:04
17   Q.    Can I ask if you've seen this document     11:38:25
18   before?                                           11:38:37
19   A.    Yes.                                        11:38:34
20   Q.    What is this document?                     11:38:35
21   A.    This is a copy of a logbook entry -- an    11:38:41
22   engine logbook entry.                            11:38:47
23   Q.    Is it an engine logbook entry for Joe     11:38:53
24   Perkins' right engine?                           11:38:58
25   A.    Yes.                                       11:38:59

Page 121

```
1    Q.    When did you first see this document?      11:39:04
2    A.    I think just a few months ago.             11:39:16
3    Q.    Okay.  If we take a look on the very       11:39:18
4    last page, Dixie 331, it's signed off by        11:39:22
5    Michael Moore for D'Shannon Aviation, correct?  11:39:26
6    A.    Uh-huh.                                     11:39:28
7    Q.    Do you know when this was signed?          11:39:29
8    A.    I thought I saw a version of this that     11:39:38
9    was signed -- it's dated 10/10/2013.            11:39:43
10   Q.    That was the day the work was completed,   11:39:51
11   right?                                           11:39:53
12   A.    Yes.  I'm assuming that's the date of      11:39:54
13   the signature.  I don't know.  We'll have to    11:39:56
14   ask Michael Moore.  I don't know.               11:39:58
15   Q.    We will ask.  Now, below his signature     11:39:59
16   it says:  "A&P3513930.  Do you see that?        11:40:01
17   A.    Yup.                                        11:40:05
18   Q.    Do you know what that number would mean?   11:40:06
19   A.    Airframe and power plant mechanic.         11:40:08
20   That's his FAA designated airframe and power    11:40:14
21   plant mechanic number, the 3513930, I believe.  11:40:10
22   Q.    Now, if he was an IA would he have a       11:40:20
23   different number?                                11:40:22
24   A.    I don't know.  You would have to ask       11:40:25
25   him.                                             11:40:27
```

Page 122

```
1    Q.    What does this document purport to show?   11:40:31
2    What's in this document?                         11:40:38
3    A.    A very thorough -- the most thorough       11:40:39
4    logbook entry for an engine I've ever seen.     11:40:42
5    That's what he's trying to convey here, all of  11:40:45
6    the details of the parts.  And I think it's     11:40:48
7    quite comprehensive in nature.                  11:40:52
8    Q.    Do you have any reason to believe that     11:40:54
9    there's anything incorrect in this logbook?     11:40:56
10   A.    No.                                         11:40:59
11   Q.    So as far as you know -- and we'll ask     11:41:02
12   Mike Moore -- what he says he put in the engine 11:41:06
13   he put in, correct?                              11:41:09
14   A.    That's what I would assume.                11:41:10
15   Q.    How he said he installed the parts,        11:41:11
16   that's how he installed them, correct?          11:41:14
17   A.    I would assume so, yes.                    11:41:16
18   Q.    And we'll ask, obviously, Mr. Moore for    11:41:17
19   verification.                                    11:41:21
20   A.    Please do.                                 11:41:22
21   Q.    But you personally have no reason to       11:41:25
22   question the accuracy of what's in there?       11:41:27
23   A.    No, I have nothing to lead me to believe   11:41:37
24   something's inaccurate.  But, again, this is    11:41:39
25   not something that I review on a regular basis. 11:41:42
```

Page 123

```
1          MR. WADSWORTH:  Now, I'm going to         11:41:49
2    mark as 19 --                                    11:41:50
3          (Exhibit 19 marked.)                       11:41:52
4    BY MR. WADSWORTH:                                 11:41:57
5    Q.    I think I cut off the first page of        11:41:57
6    this, but do you recognize this document?       11:42:01
7    A.    Yes.                                        11:42:20
8    Q.    What is this?                               11:42:21
9    A.    This is the logbook entry for what I       11:42:21
10   assume is the left-hand engine because it has a 11:42:31
11   different serial number than the right-hand     11:42:33
12   engine.                                          11:42:36
13   Q.    Joe Perkins' right hand engine, correct?  11:42:36
14   A.    Correct.                                    11:42:38
15   Q.    Do you see where it's signed?             11:42:43
16   A.    Yes.                                        11:42:44
17   Q.    And, again, it's Michael H. Moore,        11:42:46
18   D'Shannon Aviation, 168-B Raceway Drive,        11:42:49
19   Mooresville, North Carolina, correct?          11:42:52
20   A.    Uh-huh.                                     11:42:53
21   Q.    And the same question for this as there   11:42:54
22   was for the last document.  You have no reason  11:42:57
23   to question the accuracy of this document,      11:43:01
24   correct?                                         11:43:03
25   A.    That is correct, I have no reason to      11:43:05
```

Page 124

```
1    question this.                                   11:43:07
2    Q.    And Michael Moore would be in a better     11:43:08
3    position than you to state whether this is      11:43:10
4    accurate?                                        11:43:12
5    A.    Definitely.  That would be accurate.      11:43:13
6    Q.    All right.  When we talked about FAA      11:43:15
7    traceable parts or marked parts within an      11:43:54
8    engine, why is that important?                  11:43:57
9    A.    Because the FAA has a certain set of      11:44:02
10   standards.  And if you're going to provide a   11:44:05
11   product within general aviation that they have 11:44:07
12   authority over, general aviation, you have to  11:44:09
13   live within the limits of their requirements.  11:44:15
14   Q.    What is the purpose of those rules, to    11:44:18
15   your knowledge?                                 11:44:21
16   A.    To my knowledge, it's simply to comply   11:44:21
17   with the government requirements to -- it's a  11:44:24
18   tough question.  Tough answer on that one.     11:44:34
19   Q.    Generally, it's to make sure that the     11:44:37
20   airplanes that are going up in the air are safe 11:44:39
21   to be up there; they're airworthy, correct?    11:44:41
22   A.    Correct.                                   11:44:44
23   Q.    And these requirements may be more        11:44:45
24   stringent, one could argue, than maybe they    11:44:47
25   need to be, but they're there to make sure     11:44:51
```

| | |
|---|---|
| 1 | planes are airworthy, correct? |
| 2 | A.   Right. |
| 3 | Q.   Now, do you know, does the rule require |
| 4 | you to use like -- where would you get the |
| 5 | specifications for what part would go into |
| 6 | which engine? |
| 7 | A.   I don't know that answer. |
| 8 | Q.   Would it come from a type certificate? |
| 9 | A.   I don't know that answer.  I think it |
| 10 | simply comes from the Continental Motors |
| 11 | manuals.  And those Continental Motors manuals, |
| 12 | I believe, lay out all the parts. |
| 13 | Q.   If the Continental Motors manual lays |
| 14 | out all the parts, say, in an overhaul manual, |
| 15 | which I can mark -- |
| 16 | MR. WADSWORTH:  We'll mark this as |
| 17 | Exhibit 20. |
| 18 | (Exhibit 20 marked.) |
| 19 | BY MR. WADSWORTH: |
| 20 | Q.   Do you recognize this document? |
| 21 | A.   Yes, I've seen this before. |
| 22 | Q.   I'll let you know that looking at the |
| 23 | bottom, this is the September 2014 Continental |
| 24 | Aircraft Engine Maintenance and Overhaul |
| 25 | manual.  I believe that the rebuild was done on |

| | |
|---|---|
| 1 | a previous version -- that was maybe August |
| 2 | 2011 -- you recognize what this document is |
| 3 | supposed to be? |
| 4 | A.   The general marking of it, yes.  Right. |
| 5 | This is the new Continental symbol for the new |
| 6 | Continental Motors. |
| 7 | Q.   As we look through this it has like |
| 8 | directions, correct, for assembling a |
| 9 | crankshaft, starting on page 1532. |
| 10 | A.   Uh-huh. |
| 11 | Q.   In order to comply with the type |
| 12 | certificate, would the IA or the A&P have to |
| 13 | comply with these instructions? |
| 14 | A.   Who said there's a type certificate as |
| 15 | part of an engine build?  Are you saying that? |
| 16 | Q.   Yeah.  Well, I'm asking you. |
| 17 | A.   I don't know. |
| 18 | Q.   Is there a type certificate? |
| 19 | A.   I don't know. |
| 20 | Q.   Well, let me ask this way:  If the IA or |
| 21 | A&P or the mechanics working under their |
| 22 | instructions did not comply with these |
| 23 | instructions, what would happen? |
| 24 | A.   I don't know.  You have to ask the FAA. |
| 25 | I mean, they would do some kind of inspection |

| | |
|---|---|
| 1 | of the parts and make a determination, just |
| 2 | like they did with this case.  Didn't they |
| 3 | withdraw their statements about this case? |
| 4 | Q.   Was there an FAA determination that |
| 5 | you're aware of? |
| 6 | A.   I thought the FAA was involved at the |
| 7 | beginning. |
| 8 | Q.   I believe that there was.  But I don't |
| 9 | -- I'm not aware of any official determination |
| 10 | one way or another from the FAA. |
| 11 | MR. WADSWORTH:  Do you all have |
| 12 | records of that? |
| 13 | MR. HEISTERHAGEN:  Didn't you send |
| 14 | me something saying that the investigation was |
| 15 | over? |
| 16 | MR. WADSWORTH:  Yeah, but I don't |
| 17 | think there was an official determination. |
| 18 | That's what I'm getting at. |
| 19 | MR. HEISTERHAGEN:  There was |
| 20 | never like a -- |
| 21 | MR. WADSWORTH:  Like an order, |
| 22 | guilty, not guilty. |
| 23 | MR. HEISTERHAGEN:  Just that it |
| 24 | was -- |
| 25 | THE WITNESS:  It's over. |

| | |
|---|---|
| 1 | MR. WADSWORTH:  They just weren't |
| 2 | pursuing it? |
| 3 | THE WITNESS:  Right. |
| 4 | BY MR. WADSWORTH: |
| 5 | Q.   So it's your opinion that possibly they |
| 6 | could use different parts that aren't specified |
| 7 | in this overhaul manual? |
| 8 | A.   Absolutely.  There's a process called |
| 9 | reverses engineering.  It's allowed within |
| 10 | aviation and many other industries, people can |
| 11 | duplicate parts and sell those parts as |
| 12 | replacement parts.  And companies do it all the |
| 13 | time. |
| 14 | Q.   Would those be marked according to FAA |
| 15 | specifications? |
| 16 | A.   I would say the grand majority are |
| 17 | marked.  Some of them are too small to be |
| 18 | marked. |
| 19 | Q.   Do you know whether these parts would |
| 20 | have to go through an FAA approval process |
| 21 | before they could be used in an airplane? |
| 22 | A.   I believe they do.  I'm not familiar |
| 23 | with power plant approvals and altering of |
| 24 | parts within a power plant.  That's done by -- |
| 25 | as you can see in here, there is part numbers |

Page 129

```
1    called out or part names in that figure 1627.      11:49:28
2    And a number of those parts are made by other      11:49:37
3    companies.                                          11:49:40
4    Q.    Other than Continental?                       11:49:40
5    A.    Correct.                                       11:49:42
6    Q.    Do you know whether these parts are made       11:49:45
7    by Continental or whether they're made by ECI,     11:49:48
8    which is now Continental --                         11:49:51
9    A.    Superior Air Parts.                            11:49:52
10   Q.    Superior Air Parts.  No matter who makes       11:49:52
11   them, do they have to be approved by the FAA,      11:49:55
12   to your knowledge, before they can be used in      11:49:57
13   this particular type of engine?                    11:49:58
14   A.    I'm not sure if it's before, but it can       11:50:00
15   be during sometimes depending on the part while    11:50:04
16   it's in process at the FAA.  I don't know for       11:50:06
17   sure, but I believe some of these can be used       11:50:08
18   while they're getting approved by FAA.  I don't     11:50:12
19   know that for sure, though.                         11:50:14
20   Q.    When you say used, do you mean used in         11:50:15
21   the rebuild or used for flying purposes?           11:50:18
22   A.    Used in the rebuild.                           11:50:21
23   Q.    Is it airworthy before those parts are        11:50:22
24   approved?                                           11:50:25
25   A.    Is the part airworthy you mean?                11:50:27
```

Page 130

```
1    Q.    Let's start with the part.  Is the part       11:50:33
2    considered airworthy, as that term is used by      11:50:35
3    the FAA, before it's been approved by the FAA?     11:50:39
4    A.    I would assume.  I don't know the answer      11:50:42
5    to that, to be honest with you.                    11:50:44
6    Q.    Okay.  Let me try this:  Can a pilot          11:50:50
7    lawfully fly a plane which contains unapproved     11:50:55
8    parts, parts that have not yet been approved by    11:51:01
9    the FAA, to your knowledge?                         11:51:03
10   A.    I know of people who have, but it             11:51:11
11   doesn't mean that it's necessarily approved.       11:51:13
12   But if the individual signing off the aircraft     11:51:15
13   says those parts are airworthy, the FAA gives a    11:51:17
14   little bit of room to allow them to install        11:51:21
15   those items.  I just don't know to what level      11:51:24
16   they can do that.                                   11:51:27
17   Q.    Do you know whether the -- do you know        11:51:28
18   of situations where the FAA has actually said,     11:51:30
19   "No.  Mike Moore says it's cool, so we'll let      11:51:33
20   that bolt go," or any other A&P or IA, for that    11:51:36
21   matter?                                             11:51:42
22   A.    I can't answer to which part they would      11:51:43
23   approve and allow a determination to be made in    11:51:44
24   the field upon installation, but Mike Moore        11:51:46
25   would have more of an understanding than I         11:51:50
```

Page 131

```
1    would.                                              11:51:52
2    Q.    And I think you testified earlier that        11:51:54
3    when you say -- I'm trying to make sure we have     11:51:57
4    this correct.  You're saying that it can be         11:52:04
5    installed if it is awaiting approval, correct?      11:52:06
6    A.    I'm not sure of that, but I have heard        11:52:09
7    of situations, I believe, where people have        11:52:11
8    done that.  I'm not sure if it was legal or        11:52:13
9    not, but it was done.                               11:52:16
10   Q.    It happens?                                    11:52:18
11   A.    It has happened before, yes.                  11:52:19
12   Q.    Do you know of people who build engines       11:52:22
13   and don't really look at what the FAA-approved     11:52:26
14   parts are?                                          11:52:29
15   A.    No, I don't think anybody does that.         11:52:30
16   I'm speaking of airframe parts most of the time    11:52:37
17   but aren't moving parts in flight.                 11:52:41
18   Q.    All right.  Well, how about for engines       11:52:43
19   specifically, can you crank the engines and        11:52:46
20   take off without having every part in that         11:52:47
21   engine FAA traceable, marked and approved by       11:52:51
22   the FAA?                                            11:52:55
23   A.    Mike Moore would have to answer that         11:52:55
24   question.  I don't have the answer to that         11:52:57
25   question.  I'm not certified.  I'm not             11:52:59
```

Page 132

```
1    licensed.  I couldn't answer that question.        11:53:01
2    Q.    As modification specialist you can't          11:53:03
3    answer that question?                               11:53:06
4    A.    I personally not a modifier to modify        11:53:06
5    an engine.  I don't modify engines.  I modify      11:53:10
6    airframes with engines.                            11:53:11
7    Q.    Okay.  I don't think we have to mark all      11:53:35
8    of these exhibits.  Some of them I'll just say     11:53:37
9    save for Mike Moore.  If you'll just go with me    11:53:42
10   on this hypothetical.  First of all, let's         11:53:46
11   start with this:  Are you aware that the           11:53:53
12   allegations in this lawsuit are that there were    11:53:55
13   parts in Joe Perkins' Baron that were not          11:53:58
14   approved for a 550-C engine?                       11:54:01
15   A.    I have heard that, yes.                      11:54:04
16   Q.    Now, if you knew -- and, obviously, Mike      11:54:06
17   Moore is going to say whether these parts were     11:54:10
18   in there, these documents are going to say         11:54:12
19   whether the parts were in there, and there's       11:54:14
20   some objective standard that we will go to to      11:54:16
21   determine whether or not these parts were          11:54:18
22   approved or not.  Okay?  So I'm not asking you      11:54:19
23   to agree with me or disagree whether the parts     11:54:23
24   were approved or unapproved.                        11:54:26
25   A.    Okay.                                         11:54:28
```

Page 133

```
1    Q.     If -- and this is a hypothetical -- you      11:54:31
2    had learned that Mike Moore and Earl Ramey were     11:54:34
3    using parts that didn't have FAA approval or        11:54:37
4    were not going through the approval process,        11:54:40
5    would you have had a problem with that?             11:54:44
6           MR. HEISTERHAGEN:  I'm going to              11:54:46
7    object to the hypothetical.  It's speculative,      11:54:46
8    the nature of that question.  You can answer.       11:54:48
9    A.     Yes, I would have asked -- I would have      11:54:53
10   inquired.  Absolutely.  I would have asked them     11:54:54
11   how can you do that?  Is that legal?  Because I     11:54:57
12   don't know the depth to which you can do that       11:55:01
13   in building an engine.  I don't believe that        11:55:03
14   you can just use any parts.  They have to be         11:55:05
15   parts that are marked that are certified.           11:55:07
16   There's certain colors of tags that are used.       11:55:09
17   Yellow tag means, I believe, that you can use       11:55:12
18   that part.  So I would have asked are the parts     11:55:14
19   yellow tagged?  Are the parts -- where did we       11:55:19
20   get the parts from?                                 11:55:22
21   Q.     Would you know, like if they handed you      11:55:25
22   a list of the parts that they were going to use     11:55:28
23   in the rebuild, would you know how to check to      11:55:30
24   see whether these had been approved for use in      11:55:32
25   the 550-C engine?                                   11:55:33
```

Page 134

```
1    A.     No.                                          11:55:36
2    Q.     So you would have been relying on their      11:55:38
3    expertise?                                          11:55:40
4    A.     Yes.  Just as he built two 550-Cs for        11:55:44
5    Mr. Wallace, again, he did the same thing with      11:55:50
6    Mr. Perkins.  And I know there were other           11:55:54
7    airplanes, other Bonanzas and Barons that used      11:55:57
8    the same model engines, the IO-550 series from      11:55:59
9    Continental.                                        11:56:05
10          MR. WADSWORTH:  I'm going to mark as         11:56:50
11   Exhibit 21 an email.                                11:56:52
12          (Exhibit 21 marked.)                         02:20:09
13   BY MR. WADSWORTH:                                   02:20:09
14   Q.     Let me ask you, first of all, do you         11:57:00
15   recognize that email?                               11:57:02
16   A.     I haven't seen it in a few years, but my     11:57:08
17   name is on it, yes.                                 11:57:11
18   Q.     Take some time to familiarize yourself       11:57:16
19   with it, if would you like.                         11:57:18
20   A.     It's regarding a software called             11:57:22
21   Total-FBO.  It's an inventory software.  We         11:57:30
22   opted for a different software.                     11:57:38
23   Q.     What software did you ultimately end up      11:57:39
24   with, do you know?                                  11:57:41
25   A.     I don't know the name of it.                 11:57:43
```

Page 135

```
1    Q.     What is the purpose of an inventory          11:57:44
2    software?                                           11:57:47
3    A.     It is the input and output, basically,       11:57:47
4    the inventory coming in, and then those parts       11:57:54
5    being used in regard to an assembly of an           11:57:56
6    engine and going out.  So they would be taken       11:57:59
7    off of the inventory listing.                       11:58:01
8    Q.     Would this be something that would be        11:58:09
9    specific to the North Carolina office?              11:58:11
10   A.     Yes.  None of the engine parts were          11:58:15
11   stocked in Buffalo, Minnesota where we're           11:58:18
12   based.                                              11:58:22
13   Q.     Did they request this inventory software     11:58:23
14   or did you?                                         11:58:25
15   A.     We thought it was a good idea.  I            11:58:26
16   suggested it after Mike had shared it with one      11:58:28
17   of our team members.  I should say I think it       11:58:32
18   was his idea originally and then I said, "Well,     11:58:36
19   Mike, if you feel that's a good path to take,       11:58:38
20   let's scrutinize it."  So we had some people in     11:58:41
21   the computer industry review it.  I had an          11:58:46
22   associate of mine review it.  He felt that it       11:58:49
23   was more of a software to do with running an        11:58:53
24   FBO; not running engines.                           11:58:58
25   Q.     Do you see kind of at the bottom of 245      11:59:01
```

Page 136

```
1    there is gray.  I'm trying to figure out who        11:59:06
2    wrote in gray and who wrote in black here.  Do      11:59:13
3    you know whether this is Bob or Scott or who        11:59:20
4    wrote which parts of this email?                    11:59:27
5    A.     I don't know who's writing what here.        11:59:30
6    Q.     Okay.                                        11:59:33
7    A.     It looks like it's Bob on the second         11:59:34
8    page, 245.  It looks like his comments are in       11:59:39
9    bold.  I don't know for sure.                       11:59:44
10   Q.     Whose comments would be in -- do you         11:59:48
11   know whether the original comments are --           11:59:52
12   A.     I don't know.                                11:59:53
13   Q.     -- North Carolina?                           11:59:55
14   A.     I really don't know, to be honest with       11:59:55
15   you.  I can't go back two and a half years and      11:59:59
16   tell you who wrote what here.  I apologize.  I      11:59:59
17   simply can't do it.                                 12:00:02
18   Q.     That's fine.  I wouldn't want you to         12:00:06
19   speculate.                                          12:00:09
20          Down at the bottom of 245 it says:           12:00:15
21   "Earl just stated that he has kept track of how     12:00:16
22   much time he spends hunting and digging for         12:00:16
23   parts, a HUGE waste of time.  Perkins engine #2     12:00:22
24   is up to 4 hours of time for Earl to dig in         12:00:25
25   bins and boxes looking for parts."                  12:00:28
```

Page 137

1    Do you know how the shop at North    12:00:31
2  Carolina was organized?    12:00:33
3    A.    Yes, I went down there when we moved the    12:00:33
4  facility from Mooresville to Oshkosh.  It was    12:00:39
5  organized, but it took them some time to put    12:00:41
6  the parts in an order that would be used in the    12:00:48
7  order process to build the engine and --    12:00:48
8  because some guys were taller than others, some    12:00:53
9  of the shorter fellows wanted the shelving    12:00:56
10  moved down.  That's what I remember    12:00:59
11  specifically about Earl having an issue with    12:01:01
12  that.    12:01:03
13    Q.    Were the bins plainly labeled?    12:01:03
14    A.    Yes.  That's when I was down there.  I    12:01:06
15  don't know on this date, September 23.    12:01:11
16    Q.    When you were down there it was July; it    12:01:15
17  was after Oshkosh, correct?    12:01:17
18    A.    I don't know if I was down there in    12:01:23
19  July.    12:01:25
20    Q.    When were you down there, roughly?    12:01:25
21    A.    I was down there a total of probably    12:01:29
22  five or six times over a year and three months,    12:01:32
23  a year and four months.    12:01:35
24    Q.    Would there be -- just picking a random    12:01:40
25  part -- would there be a big bin of spark    12:01:41

Page 138

1  plugs, some of which were used in race car    12:01:41
2  engines and some in airplane engines?    12:01:45
3    A.    No, there was no blending of car parts    12:01:45
4  with aircraft parts.  None.  And I was never    12:01:48
5  led to believe that there was a blend of parts.    12:01:53
6  The parts were kept separate for aircraft    12:01:53
7  parts.  I never saw one automotive part.  I'm    12:01:58
8  not quite sure why you're saying that.    12:01:58
9    Q.    I'm just kind of asking, because it    12:02:00
10  strikes me as odd that he would have to spend    12:02:02
11  four hours digging for parts.  What does that    12:02:05
12  mean to you, digging for parts?    12:02:07
13    A.    He's separating parts that were used on    12:02:08
14  550s, 520s and 470s.  It might look the same,    12:02:08
15  but the part number has to be part number    12:02:15
16  specific for that engine.  So he would actually    12:02:16
17  open the box, look at the part number itself on    12:02:20
18  the part.  You can't just trust the box, that    12:02:22
19  the box has the part number and the part within    12:02:24
20  it, is that -- even from a supplier like    12:02:26
21  Continental or ECI or Superior Air Parts, you    12:02:29
22  actually have to check the part itself.  You    12:02:33
23  can't trust its outside labeling.    12:02:37
24    Q.    Okay.    12:02:41
25    A.    So Earl was doing a thorough job of    12:02:42

Page 139

1  making sure that all the parts were for the    12:02:44
2  550-C.  And that's what he's referring to    12:02:47
3  here -- Bob is referring to, I believe, here.    12:02:54
4  Somebody wrote this comment.  I don't know if    12:02:56
5  that was Bob.    12:03:03
6    Q.    And I think we covered this earlier --    12:03:03
7  or tried to.  I'm still trying to make sure I    12:03:06
8  still have your testimony straight in my mind.    12:03:09
9  You've testified it is important that a part    12:03:13
10  for a 570 doesn't go in a part for a 550-C,    12:03:16
11  right?    12:03:21
12    A.    A 550 and a 520 and a 470 are three    12:03:21
13  separate power plant series.    12:03:23
14    Q.    Okay.    12:03:23
15    A.    And you definitely want to keep certain    12:03:24
16  parts.  But there are certain parts that are    12:03:27
17  used in both 520s and 550s.    12:03:29
18    Q.    Would the concern about the parts have    12:03:37
19  to do with their function, like making sure a    12:03:39
20  470 part doesn't wind up in a 550?    12:03:41
21    A.    Correct.    12:03:43
22    Q.    If a 470 part wound up in a 550 and they    12:03:43
23  weren't for use in both engines, it could    12:03:47
24  affect the engine's function?    12:03:49
25    A.    Yes.    12:03:51

Page 140

1    MR. WADSWORTH:  I'm going to mark as    12:04:33
2  22 an email chain.    12:04:34
3    (Exhibit 22 marked.)    12:04:32
4  BY MR. WADSWORTH:    12:04:33
5    Q.    Let me ask you, Mr. Erickson, have you    12:04:40
6  seen this email before?    12:04:43
7    A.    Yes.    12:04:46
8    Q.    What is this email?    12:04:51
9    A.    There's a few different emails here.    12:04:56
10  This is for the Auracle engine analyzer.    12:04:59
11    Q.    This is an email chain that's largely --    12:05:06
12  the part I want to focus on is, I guess, the    12:05:08
13  part here on the first page, which is an email    12:05:12
14  from you to Joe, copying Ken Hines, where he    12:05:18
15  says:  "Scott, to the best of my understanding    12:05:22
16  everything looks fine.  I have no idea what the    12:05:24
17  specifications and the various parts, etc. mean    12:05:27
18  remain and I trust you and Mike have reviewed    12:05:30
19  this as well."    12:05:32
20    Generally speaking, did you believe that    12:05:33
21  Joe Perkins had any expertise about what parts    12:05:36
22  belonged in a 550-C engine?    12:05:40
23    A.    He's not referring to an engine.  He's    12:05:41
24  referring to the engine analyzer.    12:05:44
25    Q.    The Auracle system?    12:05:46

Page 141

1   A.      Correct.                                        12:05:47
2   Q.      But would you have expected Joe Perkins         12:05:50
3   to know, whether it was the Auracle or whether          12:05:53
4   it was the various bearings, the crankshaft,            12:05:54
5   would you have expected Joe Perkins to know             12:05:57
6   what parts were FAA approved for a 550-C                12:05:59
7   engine?                                                 12:06:03
8   A.      No, I wouldn't expect him to know that.         12:06:03
9   But this email doesn't refer to that, I don't           12:06:09
10  believe.                                                12:06:09
11  Q.      No, I don't think it does, either. I            12:06:12
12  was just making a broader point off of a                12:06:14
13  narrower email.                                         12:06:16
14  A.      I see.                                          12:06:18
15  Q.      Do you know whether Earl Ramey                  12:06:26
16  cannibalizes engines?                                   12:06:31
17          MR. HEISTERHAGEN:  Object to the                12:06:31
18  form.                                                   12:06:32
19  A.      Cannibalizes engines?  What do you mean         12:06:32
20  by that?  Explain that to me.                           12:06:33
21  BY MR. WADSWORTH:                                       12:06:34
22  Q.      Takes parts off of some engines like --         12:06:34
23  takes parts off of, say, one 550-C engine or            12:06:37
24  parts approved for a 550-C engine and uses them         12:06:43
25  in another.                                             12:06:45

Page 142

1   A.      I don't believe that Mike would have let        12:06:46
2   him do that.  He would make sure that the parts         12:06:47
3   were inspected and followed certain processes           12:06:49
4   to make sure they could be reused again,                12:06:51
5   because parts are reused from other engines,            12:06:53
6   absolutely.  There are -- but they have to be           12:06:56
7   inspected and they have to be -- a certain              12:06:59
8   process has to be followed for each one.  Some          12:07:00
9   have to be overhauled.  Some have to be                 12:07:03
10  rebuilt.  Some of them have to be -- some of            12:07:08
11  them are failed.  There's a hundred percent             12:07:09
12  parts listing and you have to follow that               12:07:10
13  listing.  That group of parts has to be new.            12:07:11
14  The other parts can be used.  Continental               12:07:14
15  determines that.                                        12:07:17
16  Q.      In the overhaul manual it will say some          12:07:18
17  parts absolutely have to be new out of the box,         12:07:22
18  correct?                                                12:07:25
19  A.      I believe so.                                   12:07:26
20  Q.      The overhaul manual, it will say you can         12:07:27
21  use either new or used for other types of               12:07:29
22  parts, correct?                                         12:07:33
23  A.      I believe so.                                   12:07:33
24  Q.      But it was your understanding that all          12:07:35
25  of the parts that were to be used in the                12:07:38

Page 143

1   Genesis rebuild were to be new, correct?               12:07:39
2   A.      No, not to be new, all of them, no.  It         12:07:42
3   wasn't -- we can't provide a complete factory          12:07:47
4   new.  The only people one who can provide a            12:07:50
5   factory new is Continental.                            12:07:52
6   Q.      Well, I guess, I mean the parts that you        12:07:54
7   are either upgrading or changing out, were             12:07:55
8   those supposed to be out of the box new?               12:07:59
9   A.      No, not necessarily.  The crankshaft is         12:08:01
10  overhauled and the counterweights that are on          12:08:04
11  the crankshaft are overhauled.  The camshaft is        12:08:05
12  overhauled.  The crankcase is overhauled.              12:08:09
13  Q.      When you say overhauled, do you mean the        12:08:12
14  general part that came with the engine stays           12:08:15
15  with the engine?                                        12:08:18
16  A.      Correct.  For those particular items you        12:08:19
17  could use them in different engines.  You could        12:08:23
18  use a crankcase out of one engine and the same         12:08:26
19  crankcase that it came in could be used for a          12:08:28
20  different engine.  So that crankshaft could go         12:08:31
21  to a different crankcase.  And that crankcase          12:08:34
22  that it came in could go with a different              12:08:37
23  crankshaft somewhere else.                             12:08:39
24  Q.      So for those parts of the engine it             12:08:40
25  doesn't matter whether they're new or used?            12:08:42

Page 144

1   A.      I'm not saying it doesn't matter.  I'm          12:08:45
2   just saying it's not required to be new.               12:08:48
3   Q.      Are there situations in which it would          12:08:52
4   matter?                                                 12:08:54
5   A.      If the part fails.  If the part fails           12:08:55
6   inspection, you don't use it.                          12:08:57
7   Q.      Who inspects the used parts?                    12:09:00
8   A.      Different companies from Tulsa to               12:09:02
9   Wichita, Kansas to Kansas City to Mooresville,         12:09:06
10  North Carolina, where a lot of the parts were          12:09:09
11  done there.  There were a lot of different             12:09:09
12  items that were.  There's fuel systems.  You'll        12:09:12
13  see in the overhaul, there's fuel systems from         12:09:20
14  Michigan.  I mean, they come all over the              12:09:20
15  country.                                                12:09:20
16  Q.      Let me ask a narrower question.  Did            12:09:23
17  Mike Moore do that inspection?                          12:09:23
18  A.      On certain items.                               12:09:26
19  Q.      What sort of items could he not do that?        12:09:29
20  A.      You would have to ask him.  I don't             12:09:32
21  know.  Again, I don't know.  The FAA allows him        12:09:33
22  a certain movement -- you know, room to move,          12:09:35
23  but there are boundaries.  And he has to stay          12:09:39
24  within those boundaries.  He would have to tell        12:09:40
25  you what those boundaries are, because there's         12:09:43

Page 145

1    so many different parts within an engine.    12:09:46

2    Q.    Let me ask something that I think we    12:09:50

3    talked about briefly earlier. When did your    12:09:53

4    independent contractor and employee -- when did    12:09:58

5    your special relationship with Mike Moore end?    12:10:01

6    A.    Sometime in the period between January    12:10:10

7    2014 and the summer of 2014, somewhere in that    12:10:14

8    range.    12:10:18

9    Q.    You said that it had to do more with the    12:10:19

10    relationship just turning toxic rather than a    12:10:21

11    question of --    12:10:23

12    A.    I'm not sure I used the word "toxic." I    12:10:24

13    don't think I used that word. I said it was a    12:10:27

14    lack of communication. Things went sour. We    12:10:29

15    just weren't having good communication. That    12:10:32

16    happens in relationships. So we felt we would    12:10:34

17    continue to work with the team and bring    12:10:38

18    somebody else in to help oversee the team in    12:10:40

19    their workmanship, someone that had 20 years    12:10:43

20    more experience than Mike Moore did.    12:10:46

21    Q.    How many times did a customer come to    12:10:49

22    D'Shannon and say that Mike Moore had put    12:10:51

23    unapproved parts in a plane?    12:10:54

24    A.    I think we got an email, actually, from    12:11:01

25    Joe. He sent an email about an individual that    12:11:04

Page 146

1    was online talking about an engine that Mike    12:11:06

2    Moore had built for him. And that relationship    12:11:10

3    had gone sour. We reviewed that email and    12:11:13

4    tried to communicate with that individual about    12:11:18

5    what had taken place between he and Mike Moore.    12:11:19

6    So that was one that I can recall. And Joe had    12:11:23

7    brought that to our attention. He looked it up    12:11:24

8    online. I think we had one individual come to    12:11:29

9    the facility in Mooresville, as well as a    12:11:38

10    couple of phone calls I received in Buffalo.    12:11:42

11    Q.    Who was that individual?    12:11:45

12    A.    I don't recall. It was an individual    12:11:46

13    who wouldn't give me his name. It wasn't an    12:11:52

14    engine. It had something to do with an    12:11:55

15    airframe.    12:11:57

16    Q.    Did D'Shannon build an engine for AOPA    12:12:16

17    Sweepstakes plane in 2014?    12:12:21

18    A.    Yes, sir.    12:12:21

19    Q.    What is that? What is the AOPA    12:12:22

20    Sweepstakes?    12:12:24

21    A.    A process that people become members of    12:12:24

22    an organization called the Aircraft Owners and    12:12:29

23    Pilots Association. And as part of their    12:12:39

24    yearly encouragement for people to become    12:12:43

25    members they have a drawing. They draw a name    12:12:45

Page 147

1    of an individual to win an aircraft every year.    12:12:48

2    This particular aircraft was a Debonair made by    12:12:52

3    Beechcraft. And that was an IO-470N.    12:12:56

4    Q.    Did Mike Moore build the engines for    12:13:08

5    that plane?    12:13:12

6    A.    I don't believe so. I don't know for    12:13:21

7    sure. I don't believe he did.    12:13:22

8    Q.    We should ask him?    12:13:26

9    A.    Right.    12:13:27

10    Q.    Now, you said earlier that while this    12:13:31

11    relationship lasted between D'Shannon and Mike    12:13:35

12    Moore and Earl Ramey and the North Carolina    12:13:43

13    boys, you paid the rent on the North Carolina    12:13:45

14    property, correct?    12:13:47

15    A.    Correct.    12:13:50

16    Q.    Did you pay the power bills?    12:13:50

17    A.    Yes.    12:13:52

18    Q.    Do you know whether the power stayed on    12:13:53

19    throughout the rebuild history?    12:13:56

20    A.    I believe that it did. I know the power    12:14:00

21    needed upgrading, I believe, but I'm not sure    12:14:10

22    if that happened during that build or not. I    12:14:16

23    don't know for sure.    12:14:21

24    Q.    Do you know whether the North Carolina    12:14:27

25    facility was ever certified as a service    12:14:32

Page 148

1    center?    12:14:34

2    A.    By who? Certified by who?    12:14:39

3    Q.    FAA.    12:14:43

4    A.    You mean a repair station?    12:14:44

5    Q.    Yeah, a repair station.    12:14:45

6    A.    No. We asked them to give us a repair    12:14:47

7    station approval, and it took too long, so we    12:14:50

8    left.    12:14:53

9    Q.    By too long, do you mean your    12:14:53

10    relationship had ended with Mike and Earl by    12:14:55

11    then?    12:14:57

12    A.    No. John Clegg followed through with    12:14:57

13    the paperwork. Once Mike Moore was no longer    12:15:00

14    in the organization, he followed through. He    12:15:02

15    worked on it into the fall of 2014 and we    12:15:06

16    couldn't get a repair station. We tried we met    12:15:09

17    with them. We gave them a lot of information.    12:15:14

18    We gave them a very thorough manual, many, many    12:15:16

19    pages of a manual that we designed and put    12:15:19

20    together to give us a repair station so that we    12:15:21

21    no longer would need an A&P to signoff the    12:15:25

22    engines; a repair station would be the signoff.    12:15:25

23    Q.    And this repair station would have been    12:15:29

24    near Minnesota, correct?    12:15:30

25    A.    No, it would have been there in    12:15:31

Page 149

1 Mooresville, North Carolina through the 12:15:36
2 Charlotte Flight Standards District Office. 12:15:37
3 Q. It would have been not where Mike Moore 12:15:40
4 and Earl Ramey would be? 12:15:42
5 A. Yes, it was. 12:15:43
6 Q. It was going to be with Mike Moore? 12:15:43
7 A. Not with Mike Moore but where he was in 12:15:45
8 Mooresville, North Carolina. He lived there. 12:15:48
9 But he would not be involved in the repair 12:15:50
10 station. He was gone by that time. 12:15:52
11 Q. Would it have been Mr. Clegg? Would he 12:15:56
12 have the been the one who would have run it? 12:15:59
13 A. Not necessarily. He would have got it 12:16:01
14 operational, but we would have found somebody 12:16:05
15 else in the area that we were working with to 12:16:07
16 take it over. 12:16:09
17 Q. So if you weren't a repair station 12:16:10
18 during the upgrade, how would you classify what 12:16:12
19 the North Carolina office was? 12:16:14
20 A. That was a start-up of a repair station. 12:16:15
21 Q. A start-up of a repair station? 12:16:19
22 A. Correct. Our goal was always to have a 12:16:20
23 repair station at that facility. 12:16:22
24 Q. What certification level did it hold? 12:16:24
25 A. It didn't hold anything. It was in the 12:16:28

Page 150

1 application process, just as any facility would 12:16:31
2 be. When you start up you apply to be 12:16:33
3 certified as a repair station. It takes many 12:16:35
4 months to get that from the FAA. It's not a 12:16:39
5 short process. 12:16:39
6 Q. And, forgive me, I'm but a simple 12:16:40
7 securities litigator. 12:16:43
8 A. Sure. 12:16:43
9 Q. I'm a little out of my depth. Is there 12:16:44
10 anything short of repair station in the FAA 12:16:47
11 certification? 12:16:51
12 A. I don't know. I'm only aware of the 12:16:52
13 repair station. 12:16:56
14 Q. I've got a few questions about what went 12:17:28
15 on in North Carolina, but, truthfully, I think 12:17:30
16 that they're going to be probably more fruitful 12:17:32
17 if I ask Mike Moore directly. 12:17:35
18 A. Sure. 12:17:40
19 Q. Which would save time here today. 12:17:40
20 Let's take a look at one more document 12:17:44
21 and then I'm probably going to shift gears, so 12:18:29
22 it might be a good time for a lunch break. 12:18:32
23 MR. HEISTERHAGEN: Off the record. 12:18:46
24 (Recess taken from 12:20 p.m. to 1:05 p.m.) 01:05:21
25 BY MR. WADSWORTH: 01:05:21

Page 151

1 Q. Mr. Erickson, let's go back in time a 01:06:58
2 ways. I'm going to mark as Exhibit 23 a 01:07:07
3 November 18 email. 01:07:34
4 (Exhibit 23 marked.) 01:07:41
5 BY MR. WADSWORTH: 01:07:42
6 Q. This is a thread, but do you recognize 01:07:42
7 the bottom email of the thread? 01:07:45
8 A. Uh-huh. 01:07:46
9 Q. Do you remember this email? 01:07:48
10 A. Yes. 01:07:54
11 Q. What was this email? 01:07:56
12 A. It's a message from Mike Moore to me 01:07:59
13 asking what I intend to do about the insurance. 01:08:05
14 "You said you would protect me from any 01:08:16
15 liability claim and I want to know how you are 01:08:17
16 going to do that." Because his signature makes 01:08:18
17 him on the hook, as soon as he signs that 01:08:21
18 logbook, his signature makes him on the hook. 01:08:24
19 Q. Is it your understanding that is the 01:08:26
20 case, that his signature would put him on the 01:08:29
21 hook for the repair? 01:08:32
22 A. I believe it does. That's my 01:08:33
23 understanding of how the FAA sees it. 01:08:35
24 Q. So you understand his concern -- whether 01:08:37
25 or not you agree with it, you understand why 01:08:41

Page 152

1 he's concerned with this email? 01:08:43
2 A. Of course. 01:08:44
3 Q. Now, when Mike says he doesn't feel 01:08:53
4 comfortable signing off, is he referring to the 01:09:04
5 right and left engine logs we looked at 01:09:06
6 earlier? 01:09:09
7 A. I don't believe so. 01:09:09
8 Q. What do you think he's referring to? 01:09:10
9 A. Any engines in the future and -- he 01:09:11
10 actually is. He's referring to Rice, Purvis 01:09:17
11 and Perkins. 01:09:21
12 Q. Who is Rice? 01:09:21
13 A. It's a Bonanza driver. And Purvis is 01:09:22
14 also a Bonanza driver. 01:09:26
15 Q. So these are other customers like Joe 01:09:27
16 Perkins? 01:09:31
17 A. Yup. And Mike is saying in the email -- 01:09:31
18 he's saying that he wants us to make sure that 01:09:33
19 he's covered on these three customers. 01:09:35
20 Q. I think we had emails that kind of 01:09:39
21 hinted at this earlier. Were there rebuilds 01:09:41
22 also delayed through the North Carolina shop? 01:09:44
23 A. Yes, I believe there were. 01:09:47
24 MR. WADSWORTH: I'll mark as 01:10:19
25 Exhibit 24 a very small print email. 01:10:20

Page 153

(Exhibit 24 marked.) 01:10:18

BY MR. WADSWORTH: 01:10:18

Q.     Take your time to familiarize yourself 01:10:30
with it.  Have you seen this document before? 01:10:32

A.     Yes. 01:10:43

Q.     Who sent this email? 01:10:46

A.     Mike Moore. 01:10:49

Q.     Did you receive this email? 01:10:51

A.     I believe I did.  It says to D'Shannon 01:10:56
Aviation.  I'm assuming that's my email 01:11:01
address. 01:11:01

Q.     It says "Scott" up here on the first 01:11:03
line.  Would that probably be you? 01:11:05

A.     Yes. 01:11:06

Q.     Do you remember the date this email was 01:11:07
sent? 01:11:14

A.     It just says on the page December 18, 01:11:14
2013, at 8:36 a.m. 01:11:17

Q.     Now, we see Joe Perkins received a copy 01:11:22
of this along with Mr. Clegg, correct? 01:11:26

A.     Yes. 01:11:27

Q.     And, perhaps, one other person, but it 01:11:31
doesn't include the name of who that is. 01:11:32

A.     Right.  It says one more. 01:11:35

Q.     It says here, if you take a look at the 01:11:40

Page 154

fourth main paragraph, like the fourth main 01:11:42
paragraph, it says:  "I have many emails in 01:11:45
correspondence with you regarding your 01:11:49
assurances to me that I was covered.  Then I 01:11:51
find out, AFTER we had delivered 4 engines and 01:11:52
my signing 2 of them (Rice and Travel 01:11:55
Management), but PRIOR to my signing off 01:11:59
Perkins engines, that I am in fact, NOT 01:12:01
COVERED." 01:12:03

Now, we've discussed before the coverage 01:12:06
issues. 01:12:10

A.     Right.  I told him that I couldn't 01:12:10
answer the question for him.  He would have to 01:12:12
talk to the insurance agent.  I never made a 01:12:13
black and white statement that he was or was 01:12:16
not covered.  I told him it was my 01:12:18
understanding that he needed to talk to the 01:12:20
insurance agent and he would confirm that he 01:12:22
was covered. 01:12:25

Q.     And that's fine.  I guess it says here, 01:12:25
"Prior to my signing off on the Perkins 01:12:29
engines."  Does this refresh your memory as of 01:12:32
December 18 the Perkins logbooks had not 01:12:35
actually been signed? 01:12:38

A.     I'm looking at this now.  I'm thinking 01:12:38

Page 155

back to the dates.  I'm thinking those were 01:12:41
signed off in September and October and, yet, 01:12:43
he's stating here he didn't sign them. 01:12:47

Q.     Is it possible that the dates reflected 01:12:50
in those logbooks is just the date that the 01:12:52
work was performed and not the date that it was 01:12:54
actually signed? 01:12:56

A.     I couldn't answer that question if 01:12:58
that's true or not.  I don't know. 01:13:00

Q.     But it's stating that here, as of 01:13:02
December 18, it appears that they probably 01:13:05
hadn't been signed as of December 18, correct? 01:13:06

A.     No. 01:13:09

Q.     So we should just ask Mike Moore when he 01:13:10
signed them? 01:13:13

A.     Yup. 01:13:13

Q.     We'll take it up with Mike. 01:13:14

Now, as you go further down, the 01:13:17
paragraph that starts with:  "So yesterday," 01:13:21
the paragraph below the one that says, "To 01:13:26
date, I have received nothing from you, all 01:13:27
empty promises," it says:  So yesterday 01:13:30
Mr. Clegg tells me that you can, in fact, cover 01:13:32
him on your insurance." 01:13:35

Do you remember discussing that with 01:13:37

Page 156

Mr. Clegg about insurance coverage? 01:13:41

A.     I don't remember discussing it with him, 01:13:41
but I'm assuming the discussion took place, 01:13:44
yeah. 01:13:46

Q.     So you don't remember whether there was 01:13:48
or wasn't a discussion or what the content of 01:13:50
those discussions would have been? 01:13:53

A.     I'm assuming again by the email because 01:13:55
I don't remember the exact discussion with 01:13:58
Mr. Clegg.  I'm simply assuming by this email I 01:14:00
had that discussion with him.  I don't remember 01:14:03
what was said in that conversation. 01:14:07

Q.     Did you want Mr. Clegg to sign off on 01:14:08
Joe Perkins' engines? 01:14:12

A.     Yes. 01:14:13

Q.     Why? 01:14:13

A.     If Mike wasn't going to sign them off, 01:14:14
we wanted to legitimize them.  We wanted John 01:14:17
to go and inspect the engines, do a borescope, 01:14:19
maybe remove some cylinders, do something to 01:14:22
look into the engines and make sure that 01:14:26
everything was proper and check the 01:14:27
documentation that went along with it like the 01:14:30
entries that Mike Moore had made with all the 01:14:32
different parts and all the part numbers and 01:14:34

Page 157

1  the descriptors of what had been done to those  01:14:35
2  part numbers and do some kind of review because  01:14:38
3  we wanted to make sure that we didn't hold up  01:14:41
4  the actual signoff.  01:14:43
5  Q.  All right.  And that went a little  01:14:45
6  beyond my question, so let's take this in part.  01:14:47
7  No. 1, as of December 18, whether or not Mike  01:14:50
8  Moore had signed off on the logbooks, he had  01:14:57
9  not provided them to you or Joe Perkins,  01:15:00
10 correct?  01:15:02
11 A.  Correct.  01:15:02
12 Q.  You had not seen signed copies of the  01:15:03
13 logbooks before this?  01:15:06
14 A.  That's correct.  01:15:07
15 Q.  So you were looking -- if he was going  01:15:08
16 to delay this process, you wanted to find  01:15:11
17 someone else with the authority to sign off on  01:15:13
18 these?  01:15:15
19 A.  Correct.  01:15:15
20 Q.  What process would you have expected  01:15:19
21 Mr. Clegg to undertake in order to sign off on  01:15:21
22 these engines?  01:15:24
23 A.  Anything he could do to legally inspect  01:15:29
24 the engines, possibly do a slight disassembly  01:15:32
25 and reassembly, if that's what it took to  01:15:35

Page 158

1  inspect certain sections.  01:15:40
2  Q.  So that would be a question for  01:15:40
3  Mr. Clegg, then, what it would take to make  01:15:42
4  Mr. Clegg comfortable to sign off on these  01:15:45
5  engines, correct?  01:15:48
6  A.  Yeah.  I mean, anybody can answer that  01:15:51
7  question that's an IA, I would think, because  01:15:53
8  motion IAs know that information.  Mike Moore  01:15:55
9  could answer that question.  01:15:57
10 Q.  It says here:  "Mr. Clegg may not be  01:16:07
11 current to build engines under the FAR."  Do  01:16:09
12 you know what Mike's referring to?  01:16:12
13 A.  I don't.  01:16:14
14 Q.  It has a bunch of FAR requirements.  Are  01:16:17
15 these things that you're familiar with in your  01:16:22
16 day-to-day work?  01:16:23
17 A.  I'm not, no.  01:16:24
18 Q.  We'll bring it up with Mike then.  01:16:36
19     MR. WADSWORTH:  I'm marking  01:17:37
20 Exhibit 25, a document Bates labeled MM-35,  01:17:38
21 produced by Mike Moore in this case.  01:17:44
22     (Exhibit 25 marked.)  01:17:19
23 BY MR. WADSWORTH:  01:17:20
24 Q.  Mr. Erickson, have you ever seen this  01:17:48
25 email before?  01:17:50

Page 159

1  A.  I don't believe so.  01:18:13
2  Q.  You're not copied on it and you didn't  01:18:15
3  send it, so that was an honest question.  01:18:17
4      I guess my only question based off of  01:18:20
5  this email is this:  Given that the date of it  01:18:23
6  is March 15, 2014, does that reflect your  01:18:26
7  memory that whether or not Mike had actually  01:18:33
8  signed off on the document, whatever date,  01:18:36
9  neither you nor Joe Perkins received the signed  01:18:41
10 logbooks as of March 15, 2014?  01:18:44
11 A.  The aircraft left Alabama, is my  01:18:46
12 understanding, in October.  So it must have  01:18:50
13 somehow had some entry made to get the aircraft  01:18:54
14 up to into Mooresville, North Carolina where it  01:18:57
15 sat for four or five months and they did the  01:18:59
16 work on it.  So I'm assuming there was some  01:19:01
17 paperwork.  I don't know how else they could  01:19:03
18 have flown the aircraft.  I wasn't involved in  01:19:05
19 that process.  When they moved it from Joe's  01:19:07
20 place to Mooresville, North Carolina in the  01:19:09
21 fourth quarter of 2013, I wasn't involved in  01:19:11
22 that.  01:19:13
23 Q.  But then this date, though -- it went up  01:19:15
24 to North Carolina some way, but then he's  01:19:18
25 saying here on another issue:  "I would prefer  01:19:23

Page 160

1  you actually sign off on the engines."  And  01:19:25
2  this may just be a question for Mike and Joe if  01:19:27
3  this isn't something you remember from your  01:19:31
4  personal knowledge.  01:19:33
5  A.  No.  01:19:33
6  Q.  When did you receive signed copies of  01:19:34
7  the logbooks?  01:19:36
8  A.  Through our attorneys months ago.  01:19:40
9  Q.  Okay.  01:19:40
10 A.  Not years ago, but within the end of  01:19:42
11 2015, beginning of 2006, I think.  01:19:49
12 Q.  Did Mike Moore ever send you a signed  01:19:51
13 copy of the logbook?  01:19:53
14 A.  Not that I'm aware of.  He might have,  01:19:54
15 but I don't have any record of it in front of  01:20:01
16 me.  Maybe I've got it in my email, but I  01:20:03
17 didn't see that in my email when I reviewed  01:20:06
18 them the last couple of weeks.  01:20:08
19     MR. WADSWORTH:  I'm going to mark as  01:20:36
20 Number 26 an email from Mike Moore to Joe  01:20:39
21 Perkins.  01:20:56
22     (Exhibit 26 marked.)  01:20:36
23 BY MR. WADSWORTH:  01:20:36
24 Q.  Could you let me know if you've seen  01:20:56
25 this email before?  01:20:59

Page 161

| | | |
|---|---|---|
| 1 | A. I have. | 01:21:00 |
| 2 | Q. When did you see it? | 01:21:02 |
| 3 | A. When we dropped Mike Moore from our | 01:21:04 |
| 4 | email we went and reviewed his emails. | 01:21:06 |
| 5 | Q. Okay. | 01:21:10 |
| 6 | A. So I've seen this a few times. | 01:21:13 |
| 7 | MR. WADSWORTH: Now, we received | 01:21:18 |
| 8 | document production from Mike Moore -- at least | 01:21:19 |
| 9 | they were Bates labeled Mike Moore. Do you | 01:21:23 |
| 10 | know whether the emails that were cold from | 01:21:25 |
| 11 | Mike Moore's email at the point of his | 01:21:28 |
| 12 | termination were included in your document | 01:21:30 |
| 13 | review? | 01:21:31 |
| 14 | MR. HEISTERHAGEN: Anything that was | 01:21:33 |
| 15 | in Mike Moore's D'Shannon account that we still | 01:21:33 |
| 16 | had is part of D'Shannon's production. | 01:21:37 |
| 17 | MR. WADSWORTH: Okay. | 01:21:40 |
| 18 | MR. HEISTERHAGEN: Anything that | 01:21:40 |
| 19 | came from Mike himself is Mike's production. | 01:21:43 |
| 20 | So if it was Mike's D'Shannon email address, to | 01:21:46 |
| 21 | the extent that we had it, it's the DPL. If it | 01:21:50 |
| 22 | was Mike's personal email address or other | 01:21:52 |
| 23 | documents that he was holding onto, then it's | 01:21:54 |
| 24 | the MM. | 01:21:57 |
| 25 | BY MR. WADSWORTH: | 01:21:57 |

Page 162

| | | |
|---|---|---|
| 1 | Q. Because this isn't an email that you | 01:22:02 |
| 2 | either sent or received I have very limited | 01:22:05 |
| 3 | questions for you. No. 1, Mike Moore here, | 01:22:09 |
| 4 | apparently, reports to Joe Perkins he | 01:22:12 |
| 5 | threatened you and said he's going to call an | 01:22:15 |
| 6 | attorney to resolve the situation. Do you | 01:22:17 |
| 7 | remember that discussion with Mike Moore? | 01:22:19 |
| 8 | A. No. | 01:22:22 |
| 9 | Q. You never remember Mike Moore telling | 01:22:23 |
| 10 | you he would call an attorney? | 01:22:25 |
| 11 | A. I don't remember having that discussion | 01:22:26 |
| 12 | with him. | 01:22:28 |
| 13 | Q. Do you remember saying to him, "Now | 01:22:28 |
| 14 | you're sounding like Joe Perkins"? | 01:22:30 |
| 15 | A. No. | 01:22:33 |
| 16 | Q. Now, he mentions down at the very bottom | 01:22:38 |
| 17 | a bunch of, basically, bad debt, people that he | 01:22:43 |
| 18 | brought to the table for this project that he | 01:22:46 |
| 19 | basically, says you're responsible for these | 01:22:51 |
| 20 | people not being able to get their money back, | 01:22:53 |
| 21 | over $300,000. Do you recognize these names, | 01:22:56 |
| 22 | Doug, Neal, Kirk Nelson? | 01:22:59 |
| 23 | A. Yup, I recognize all of them. | 01:23:02 |
| 24 | Q. Do they -- are they creditors of | 01:23:05 |
| 25 | D'Shannon? | 01:23:08 |

Page 163

| | | |
|---|---|---|
| 1 | A. They're people who worked with us. So | 01:23:08 |
| 2 | Hofer Law we paid. We paid Ervin Enterprises. | 01:23:13 |
| 3 | These are all people that helped us build the | 01:23:14 |
| 4 | business. | 01:23:17 |
| 5 | Q. Okay. And does D'Shannon still owe them | 01:23:17 |
| 6 | money? | 01:23:20 |
| 7 | A. Kirk Nelson, he's the only one we owe. | 01:23:21 |
| 8 | It's nowhere near 150,000. It's less than | 01:23:24 |
| 9 | 30,000 now. | 01:23:29 |
| 10 | Q. Was D'Shannon going through some | 01:23:32 |
| 11 | financial difficulty during this time? I mean, | 01:23:35 |
| 12 | with the insurance being canceled and this | 01:23:36 |
| 13 | list, was there financial difficulty in the | 01:23:38 |
| 14 | company? | 01:23:40 |
| 15 | A. I think we didn't have as much funding | 01:23:40 |
| 16 | as we needed. So as we brought in more sales, | 01:23:42 |
| 17 | we were able to take that funding and pay off | 01:23:44 |
| 18 | these materials. | 01:23:46 |
| 19 | Q. Sales were slow then? | 01:23:48 |
| 20 | A. It wasn't slow. It was just we had a | 01:23:51 |
| 21 | lot of engineering costs to observe. There was | 01:23:53 |
| 22 | a lot of starting-up costs for the equipment | 01:23:55 |
| 23 | and getting everything going. There was a high | 01:23:57 |
| 24 | payroll. We paid the individuals that worked | 01:24:00 |
| 25 | for the team quite a bit of money. | 01:24:01 |

Page 164

| | | |
|---|---|---|
| 1 | Q. And by the team you mean the North | 01:24:04 |
| 2 | Carolina boys? | 01:24:06 |
| 3 | A. Right. | 01:24:06 |
| 4 | Q. Did you eventually just write off then | 01:24:12 |
| 5 | that significant investment as bad investment | 01:24:15 |
| 6 | in North Carolina and just -- | 01:24:17 |
| 7 | A. No, we moved it to Oshkosh where we | 01:24:19 |
| 8 | received our repair station and run our repair | 01:24:21 |
| 9 | station today. | 01:24:25 |
| 10 | Q. Let me ask you about that. When did you | 01:24:25 |
| 11 | receive your repair station certificate? | 01:24:27 |
| 12 | A. In Oshkosh? | 01:24:32 |
| 13 | Q. Yes. | 01:24:33 |
| 14 | A. In 2015. | 01:24:35 |
| 15 | Q. Now -- | 01:24:38 |
| 16 | A. We moved it there in the fall of 2014. | 01:24:39 |
| 17 | Q. When you opened up the -- I guess when | 01:24:46 |
| 18 | you started the North Carolina project and you | 01:24:49 |
| 19 | said that it was a -- how did you describe it? | 01:24:51 |
| 20 | A repair station in waiting? | 01:24:55 |
| 21 | A. It was a start-up, a repair station. So | 01:24:56 |
| 22 | it was the initial build-up of the facility to | 01:24:59 |
| 23 | submit to the FAA for request for a repair | 01:25:04 |
| 24 | station. | 01:25:07 |
| 25 | Q. Did you hold out to Joe Perkins or other | 01:25:07 |

Page 165

1    customers that it was a repair station?                 01:25:10
2    A.    Not that I'm aware of, no.                         01:25:13
3    Q.    Not once did you hold out to Joe Perkins           01:25:15
4    that it was a repair station?                            01:25:18
5    A.    I might have said that we were in the              01:25:19
6    process of getting a repair station.                     01:25:21
7    Q.    Now, I'm going to change topics a little           01:25:30
8    bit here.                                                01:25:38
9         MR. WADSWORTH:  I'm going to mark                   01:26:09
10   Exhibit 27.                                              01:26:10
11        (Exhibit 27 marked.)                                01:26:08
12   BY MR. WADSWORTH:                                        01:26:43
13   Q.    Exhibit 27 is an e-mail from Peggy                 01:26:43
14   Hargreaves to people at Matrix dated October             01:26:57
15   23, 2013.  Do you recognize this?                        01:27:00
16   A.    Yes.                                               01:27:05
17   Q.    What is it?                                        01:27:07
18   A.    An invoice.                                        01:27:08
19        MR. HEISTERHAGEN:  And I'm going to                 01:27:11
20   object to the extent this reflects any                   01:27:12
21   settlement negotiations or offers to                     01:27:14
22   compromise.  You can all, obviously, talk.               01:27:21
23        MR. WADSWORTH:  Yeah.  I mean, I                    01:27:24
24   don't know that --                                       01:27:24
25        MR. HEISTERHAGEN:  You can talk                     01:27:24

Page 166

1    about it, but I'm just going to note the                01:27:25
2    objection.                                               01:27:27
3         MR. WADSWORTH:  And I don't know                    01:27:27
4    that that's what this is, but we'll --                   01:27:28
5    obviously, you know, we may wind up talking              01:27:30
6    about it in front of the judge at some point.            01:27:32
7         MR. HEISTERHAGEN:  Yeah.                            01:27:36
8    BY MR. WADSWORTH:                                        01:27:37
9    Q.    What's the date on this invoice?                   01:27:40
10   A.    June 28, 2013.                                     01:27:44
11   Q.    Now, there's a funny thing about these             01:27:47
12   invoices and I think it's going to wind up               01:27:51
13   creating quite a bit of confusion.  All of your          01:27:55
14   invoices that I've seen bear the same date,              01:27:57
15   June 28, 2013, at least for this particular              01:28:00
16   invoice number.  Have you noticed that?  I               01:28:04
17   guess my question is, was that by design?               01:28:14
18   A.    Say that one more time.                            01:28:20
19   Q.    Sure.  Well, let me break out another             01:28:22
20   one while we're talking about it.  It says June          01:28:24
21   28, 2013.                                                01:28:28
22        MR. WADSWORTH:  I'm going to mark as               01:28:47
23   Exhibit 28 something that was submitted to the           01:28:48
24   Court as Exhibit A to the counterclaim.                  01:28:53
25                                                            01:28:46

Page 167

1         (Exhibit 28 marked.)                                01:28:46
2    BY MR. WADSWORTH:                                        01:28:46
3    Q.    You see up at the top it says June 28,             01:29:09
4    2013?                                                    01:29:13
5    A.    Okay.                                              01:29:13
6    Q.    Now, are these two invoices identical,             01:29:15
7    the one that's marked as 27 and the one that's           01:29:20
8    marked as 28?                                            01:29:23
9    A.    No.                                                01:29:24
10   Q.    Okay.  What's the difference between the           01:29:24
11   two?                                                     01:29:25
12   A.    At first glance --                                 01:29:26
13   Q.    I handed you my copy.                              01:29:33
14        MR. HEISTERHAGEN:  You helped him                   01:29:35
15   out a little bit.                                        01:29:36
16        MR. WADSWORTH:  You did.                            01:29:37
17   A.    The Core return - Beyond Economic                  01:29:37
18   Repair.                                                  01:29:41
19   BY MR. WADSWORTH:                                        01:29:42
20   Q.    We don't think that this invoice came              01:29:42
21   from June 28, 2013, do we?                               01:29:49
22   A.    No.  That was the original date of that            01:29:54
23   invoice, so I think that's why it's on there.            01:29:57
24   Q.    Now, do you know -- first of all, let me           01:30:02
25   ask about that line.  As of October 23, 2013,            01:30:04

Page 168

1    we would agree that that $10,000 charge is not           01:30:11
2    on the invoice, correct?                                 01:30:15
3    A.    That's because we had not received his             01:30:16
4    cores yet.                                               01:30:19
5    Q.    Okay.  You had not received the cores?             01:30:19
6    A.    No, we hadn't.                                     01:30:21
7    Q.    Okay.  But my question was, we agree               01:30:22
8    that the core charge is not on the October 23            01:30:23
9    invoice, correct?                                        01:30:26
10   A.    Because we had a chance to dissect his             01:30:27
11   cores, correct.  This is a charge for -- after           01:30:29
12   we dissected the cores.                                  01:30:32
13   Q.    All right.  So let me get into that                01:30:33
14   then.  When did you dissect the cores?                   01:30:38
15   A.    Upon removal of the engines.  They                 01:30:40
16   looked at the engines and that's when they               01:30:43
17   found that the gear had been eaten inside the            01:30:44
18   engine.  The teeth had gone through the engine           01:30:48
19   and ruined a lot of the working parts so it              01:30:50
20   couldn't be salvaged as a core.  That would be           01:30:53
21   our understanding.                                       01:30:56
22   Q.    Would that be during the engine rebuild            01:30:57
23   process?                                                 01:30:59
24   A.    We didn't rebuild his engines.  We had             01:30:59
25   our own engines on the shelves that we used.             01:31:02

Page 169

| | | |
|---|---|---|
| 1 | Q. When did you receive these engines? | 01:31:04 |
| 2 | When did you receive the Perkins engines and | 01:31:08 |
| 3 | find this $10,000 core returned? | 01:31:08 |
| 4 | A. I don't know. You would have to ask | 01:31:12 |
| 5 | Mike Moore. He removed them from the airplane | 01:31:13 |
| 6 | and took them. He would have to tell you what | 01:31:15 |
| 7 | date that was. | 01:31:20 |
| 8 | Q. So it would have been after October 23, | 01:31:20 |
| 9 | 2013? | 01:31:22 |
| 10 | A. Yes. | 01:31:22 |
| 11 | Q. Okay. Now, this is the part where I get | 01:31:26 |
| 12 | confused. Was a copy of the invoice with the | 01:31:27 |
| 13 | $10,000 charge actually ever sent to Joe | 01:31:32 |
| 14 | Perkins? | 01:31:38 |
| 15 | A. A copy of this one? | 01:31:38 |
| 16 | Q. Yes, with the $10,000 charge. | 01:31:40 |
| 17 | A. Well, you gave me a copy of it. I'm | 01:31:43 |
| 18 | assuming he has it. | 01:31:45 |
| 19 | Q. Well, we have it now because it was | 01:31:46 |
| 20 | attached to the Complaint, but -- | 01:31:48 |
| 21 | A. Yes, I believe it was. | 01:31:51 |
| 22 | Q. You believe it was? | 01:31:52 |
| 23 | A. I believe we sent him multiple versions | 01:31:54 |
| 24 | of the invoice. | 01:31:56 |
| 25 | Q. Okay. And this is the invoice that you | 01:32:01 |

Page 170

| | | |
|---|---|---|
| 1 | contend is the final invoice, correct? | 01:32:02 |
| 2 | A. That is not final invoice, I don't | 01:32:04 |
| 3 | believe. | 01:32:04 |
| 4 | Q. Is there another invoice? | 01:32:07 |
| 5 | A. I think there's -- actually, this one -- | 01:32:10 |
| 6 | not this one -- is the final invoice, I think, | 01:32:13 |
| 7 | with the core -- | 01:32:16 |
| 8 | MR. HEISTERHAGEN: Can we refer to | 01:32:18 |
| 9 | the exhibit numbers? | 01:32:19 |
| 10 | THE WITNESS: Exhibit 28. | 01:32:22 |
| 11 | BY MR. WADSWORTH: | 01:32:23 |
| 12 | Q. Exhibit 28. | 01:32:24 |
| 13 | A. I believe is the final -- I don't know | 01:32:25 |
| 14 | for sure, but I believe this is the final | 01:32:28 |
| 15 | invoice, Exhibit 28. | 01:32:30 |
| 16 | Q. Okay. Now, the first mention of this | 01:32:42 |
| 17 | invoice I've been able to find -- | 01:32:46 |
| 18 | MR. WADSWORTH: And I'm going to | 01:32:57 |
| 19 | mark this as Exhibit 29. I found this copy. | 01:32:58 |
| 20 | I'm going to mark this as Exhibit 29. | 02:20:09 |
| 21 | (Exhibit 29 marked.) | 02:20:09 |
| 22 | BY MR. WADSWORTH: | 02:20:09 |
| 23 | Q. It looks like an incomplete copy, but -- | 01:33:22 |
| 24 | it's an incomplete copy. I'm sorry for this. | 01:34:06 |
| 25 | We can substitute later, if necessary. Exhibit | 01:34:09 |

Page 171

| | | |
|---|---|---|
| 1 | 29 says: "Dear Customer: Your invoice is | 01:34:14 |
| 2 | attached." Who is this email from? | 01:34:16 |
| 3 | A. It says D'Shannon Aviation, but I can't | 01:34:25 |
| 4 | tell if it's my email or one of the other | 01:34:27 |
| 5 | D'Shannon Aviation emails. | 01:34:31 |
| 6 | Q. And who is it to? Who received it? | 01:34:35 |
| 7 | A. It must have been from QuickBooks, | 01:34:36 |
| 8 | basically, to me. | 01:34:38 |
| 9 | Q. What is the date on this email? | 01:34:40 |
| 10 | A. July 14, 2015. | 01:34:43 |
| 11 | Q. So that would have been after this | 01:34:45 |
| 12 | litigation began, correct? | 01:34:49 |
| 13 | A. Yes. | 01:34:49 |
| 14 | Q. This wouldn't have been the email where | 01:34:55 |
| 15 | Joe Perkins received the invoice, would it? | 01:34:58 |
| 16 | A. No. | 01:35:01 |
| 17 | Q. Okay. Exhibit 29 would not be that. | 01:35:02 |
| 18 | MR. WADSWORTH: This is actually | 01:35:36 |
| 19 | going to jump us back a little bit in the | 01:35:36 |
| 20 | conversation, Exhibit 30. | 01:35:39 |
| 21 | (Exhibit 30 marked.) | 01:35:54 |
| 22 | BY MR. WADSWORTH: | 01:35:54 |
| 23 | Q. What is this? | 01:36:07 |
| 24 | A. A letter for Mr. Perkins talking about | 01:36:09 |
| 25 | the signoff of the airframe and the engines. | 01:36:13 |

Page 172

| | | |
|---|---|---|
| 1 | Q. Okay. Now, what is the date on this | 01:36:18 |
| 2 | letter? | 01:36:19 |
| 3 | A. March 24, 2014. | 01:36:19 |
| 4 | Q. If you take a look down at the bottom of | 01:36:23 |
| 5 | the second paragraph it says: "We have also | 01:36:38 |
| 6 | charged you for the core that was damaged. I | 01:36:40 |
| 7 | assume this was the original reason the | 01:36:43 |
| 8 | aircraft was taken out of service." Do you see | 01:36:45 |
| 9 | that? | 01:36:47 |
| 10 | A. Yes. | 01:36:47 |
| 11 | Q. Does that reflect your memory that you | 01:36:47 |
| 12 | would have discovered this core somewhere | 01:36:50 |
| 13 | around March of 2014? | 01:36:54 |
| 14 | A. I think that's when it was reviewed in | 01:37:00 |
| 15 | Mooresville, I believe. I'm not sure on that, | 01:37:03 |
| 16 | but I believe that's what happened. They | 01:37:05 |
| 17 | reviewed it in Mooresville and called me. | 01:37:07 |
| 18 | Q. Now I have two questions here. Do you | 01:37:09 |
| 19 | see where this letter attaches an invoice to | 01:37:11 |
| 20 | Joe Perkins? | 01:37:17 |
| 21 | A. I have to go back and look at my email | 01:37:24 |
| 22 | to see if there's an attachment. | 01:37:27 |
| 23 | Q. That might bring me to my second | 01:37:28 |
| 24 | question -- | 01:37:30 |
| 25 | A. It says attachments. There's two | 01:37:31 |

## Page 173

1    attachments in the original.                    01:37:33
2    Q.    One, it says "letter to Joe Perkins" and  01:37:35
3    the other it says "image," which is probably a  01:37:37
4    signature image, correct?                       01:37:40
5    A.    Maybe that's what it is.                   01:37:43
6    Q.    Now, my second question is this:  On      01:37:44
7    Exhibit 30, do you see where it was actually    01:37:47
8    transmitted to Joe Perkins?                     01:37:50
9    A.    No, but I could probably find another     01:37:51
10   email where it was.                             01:37:53
11   Q.    Okay.  I haven't seen that.  And, again,  01:37:54
12   I don't see where there's any invoice attached  01:37:57
13   to Exhibit 30.  Do you?                         01:37:58
14   A.    I'm sure there's an email separate that   01:38:00
15   we sent.  Our attorney previously drew codes    01:38:01
16   and also sent the invoice to your law firm.     01:38:05
17   Q.    Also, before we put away 30, it says      01:38:11
18   here in the middle:  "The credit for the rental 01:38:16
19   aircraft used during the engine build up period 01:38:16
20   is reflected on the invoice.  We have offered   01:38:20
21   you the amount you gave us of $200 an hour      01:38:23
22   without fuel."  Was that your understanding of  01:38:26
23   what Joe Perkins' offer was?                    01:38:31
24   A.    Yes.  We were under the impression that   01:38:37
25   his aircraft had been down that entire period   01:38:39

## Page 174

1    of time.  We weren't told that it was brought   01:38:42
2    to Mooresville.                                 01:38:44
3    Q.    Okay.                                      01:38:44
4    A.    That's why he was down.  It was brought   01:38:45
5    to Mooresville and we weren't made aware of     01:38:47
6    that.                                           01:38:48
7    Q.    Mr. Perkins actually said he wanted the   01:38:54
8    fuel paid for as well, didn't he?               01:38:57
9    A.    I don't know.                             01:38:59
10         MR. HEISTERHAGEN:  I'm going to           01:39:01
11   object to all of this.  This is all settlement  01:39:01
12   negotiations after the fact.                    01:39:03
13         MR. WADSWORTH:  Well, the only            01:39:05
14   reason why this becomes relevant, though, is    01:39:06
15   because one of your claims says that Joe        01:39:08
16   Perkins actually admitted the amount that he    01:39:11
17   was owed -- that he owed to D'Shannon.  And we  01:39:14
18   hotly contest that.  So at that point           01:39:17
19   settlement negotiations start to come into play 01:39:21
20   as to whether or not there was ever a meeting   01:39:23
21   of the minds.  Do you know --                   01:39:25
22   BY MR. WADSWORTH:                               01:39:28
23   Q.    And let me just ask this:  Do you know    01:39:26
24   whether Joe Perkins ever specifically said,     01:39:28
25   "Yes, I owe D'Shannon 27,000" -- what's         01:39:31

## Page 175

1    Exhibit 28 here?                                01:39:36
2    A.    No.  He avoided paying us for months and  01:39:37
3    months and months.  Now it's been years.       01:39:39
4    Q.    But did he ever admit that he owed        01:39:42
5    $27,789 to D'Shannon?                           01:39:45
6    A.    Of course he didn't.  He didn't respond   01:39:47
7    to any of our emails.  He walked away from      01:39:49
8    paying the final bill.                          01:39:51
9         MR. WADSWORTH:  That may actually be       01:40:01
10   all I need on that.                             01:40:03
11         MR. HEISTERHAGEN:  Yeah.  We pled         01:40:06
12   the alternative.                                01:40:07
13         MR. WADSWORTH:  That's fine.              01:40:08
14         MR. HEISTERHAGEN:  For sake of the        01:40:47
15   record, we said that Perkins admitted liability 01:40:47
16   by accepting the aircraft.                      01:40:51
17         MR. WADSWORTH:  Not that he actually      01:40:53
18   admitted that there was the amount.             01:40:55
19         MR. HEISTERHAGEN:  Yeah.  We said he      01:40:55
20   admitted it by accepting the aircraft.          01:40:57
21         MR. WADSWORTH:  Implicit admission.       01:41:00
22   Okay.  I got you.                               01:41:01
23   BY MR. WADSWORTH:                               01:41:01
24   Q.    All right.  Now, let me pull up Exhibit   01:41:12
25   31, which is a letter from you to Joe Perkins.  01:41:27

## Page 176

1         (Exhibit 31 marked.)                       02:20:09
2    BY MR. WADSWORTH:                               02:20:09
3    Q.    Do you recognize this letter?             01:41:43
4    A.    Uh-huh.                                    01:41:44
5    Q.    What does it say?                          01:41:44
6    A.    Talking about the lease of the aircraft   01:41:50
7    is no longer required.                          01:41:52
8    Q.    You say in here that Mr. Perkins would    01:41:56
9    not pay for or allow D'Shannon to do the final  01:41:59
10   evaluation or signoff, correct?                 01:42:00
11   A.    Right.  He allowed Mike Moore to do it    01:42:05
12   and not our team.  At the time Mike did the     01:42:08
13   work he was no longer part of our team when he  01:42:11
14   did the installation of the engines.            01:42:13
15   Q.    At the time he signed the logbooks was    01:42:14
16   he on the team?                                 01:42:19
17   A.    At the time he signed the power plant     01:42:20
18   logbooks we believe he was.  We assumed he      01:42:22
19   signed them on the dates that were on there.    01:42:25
20   We don't know for sure if he actually signed    01:42:27
21   them on those dates.                            01:42:29
22   Q.    So you don't know one way or another if   01:42:32
23   he signed those power plant logbooks while he   01:42:33
24   was part of the team?                           01:42:36
25   A.    Correct.  You have to ask him if he was.  01:42:36

Page 177

1   Q.    We'll do that.                                01:42:38
2   A.    But the airframe -- releasing of the          01:42:41
3   airframe, we were told we had an opportunity to     01:42:44
4   review the airframe and the engines before          01:42:46
5   Mooresville, and we weren't given that              01:42:49
6   opportunity.                                        01:42:52
7   Q.    Had you had that opportunity, had you         01:42:56
8   had the opportunity to inspect those engines        01:42:58
9   and you had discovered that there were parts        01:43:00
10  that had not either been approved or gone           01:43:03
11  through the approval process for FAA, would you     01:43:05
12  have stopped those engines from going out the       01:43:07
13  door?                                               01:43:09
14  A.    Absolutely.                                   01:43:09
15        MR. WADSWORTH:  I'm very close to             01:43:29
16  being done, Tim.  I might take a five-minute        01:43:30
17  break, and then once you ask your question,         01:43:34
18  just -- I have to make sure that I've got           01:43:37
19  everything.                                         01:43:37
20        MR. HEISTERHAGEN:  That's fine.               01:43:38
21        MR. WADSWORTH:  I'm going to mark             01:44:08
22  Exhibit 32.                                         01:44:10
23        (Exhibit 32 marked.)                          01:44:14
24  BY MR. WADSWORTH:                                   01:44:14
25  Q.    Exhibit 32 is a letter dated July 24 --      01:44:16

Page 178

1   or an email dated July 24.  Now, it says here       01:44:19
2   at the top it's from Joe Perkins to you.  Do        01:44:26
3   you remember this email?                            01:44:29
4   A.    Uh-huh.                                        01:44:29
5   Q.    All right.  Now, it says:  "I have            01:44:30
6   received your letter sent by UPS."                   01:44:33
7         Do you believe that that letter refers        01:44:36
8   to this Exhibit 31 email which was sent the         01:44:37
9   previous day?                                        01:44:41
10  A.    I believe it does because the date, the       01:44:41
11  23rd, and this was written the 24th of that         01:44:45
12  same month that year.                                01:44:48
13  Q.    Now, o you see it says there was no           01:44:48
14  invoice in the letter?                               01:44:51
15  A.    Uh-huh.  We emailed it to him                 01:44:51
16  separately.                                          01:44:53
17  Q.    You would have emailed it to him             01:44:53
18  separately?                                          01:44:55
19  A.    Yup.                                           01:44:55
20  Q.    I would love it, just because it would        01:44:57
21  make things a lot clearer, it might be one less     01:44:59
22  thing to argue about, if you could find the        01:45:03
23  email where you sent the invoice to Joe Perkins     01:45:07
24  that has the $10,000 charge, because we just        01:45:09
25  don't think we've ever seen that invoice            01:45:17

Page 179

1   before.  I've been through these documents in       01:45:19
2   the record.  It's possible I missed it.  That's     01:45:23
3   something that, if it exists, I would love to       01:45:27
4   see.                                                 01:45:30
5   A.    Okay.                                          01:45:32
6   Q.    In this email marked 32, it says,             01:45:40
7   basically, that Joe was turning everything over     01:45:45
8   to the attorneys.  At that point was the           01:45:47
9   communication handled kind of -- was this the       01:45:49
10  end of your communication with Joe Perkins?         01:45:52
11  A.    He had been threatening us personally         01:45:55
12  and business-wise for months and months, verbal     01:45:57
13  threats, many times.  This is not the first         01:46:00
14  time he threatened us.                               01:46:02
15  Q.    So at this point you kind of washed your      01:46:03
16  hands of it and said --                              01:46:04
17  A.    I didn't wash my hands of it.                  01:46:04
18  Q.    -- "we'll let the attorneys handle it,"       01:46:07
19  correct?                                             01:46:08
20  A.    I'm not sure we did that at that point.       01:46:09
21  I can't answer that question.                        01:46:11
22  Q.    Who was your previous attorney?              01:46:13
23  A.    Drew Coats, Coats & Evans.                    01:46:15
24  Q.    And without getting into anything that       01:46:18
25  you ever told Mr. Coats, any attorney-client        01:46:21

Page 180

1   privilege communications, when did you hire         01:46:25
2   Mr. Coats?                                           01:46:27
3   A.    He's been an attorney of ours for years.     01:46:29
4   Q.    Is he just somebody that you have on         01:46:32
5   retainer?                                            01:46:34
6   A.    I don't know that I would use that           01:46:37
7   terminology.  What does "retainer" mean?            01:46:39
8   Q.    Basically, do you pay him a certain          01:46:41
9   amount every year and tell him to work off of      01:46:43
10  that?                                               01:46:45
11  A.    No.                                            01:46:45
12  Q.    Just as you have need you would hire         01:46:46
13  him?                                                 01:46:48
14  A.    Right.                                         01:46:48
15        MR. WADSWORTH:  Let me take a               01:47:13
16  five-minute break.                                   01:47:14
17   (Recess taken from 1:47 p.m. to 2:00 p.m.)         02:00:38
18  BY MR. WADSWORTH:                                   02:00:38
19  Q.    Back on the record.  Mr. Erickson, you       02:00:51
20  agree with me, do you not, that you agree to        02:00:57
21  pay for Joe Perkins' rental planes while the        02:00:59
22  Baron was out of commission, correct?               02:01:02
23        MR. HEISTERHAGEN:  Same objection            02:01:05
24  about the settlement discussions.                    02:01:06
25  A.    Not anymore.                                  02:01:08

Page 181

BY MR. WADSWORTH:                                02:01:11

Q.    You don't currently agree to pay for       02:01:11
the --                                           02:01:13

A.    Correct.                                    02:01:13

Q.    But once upon a time you had agreed,        02:01:22
correct, to pay --                               02:01:27

A.    That was based on him paying his final      02:01:27
invoice.  He never paid his final invoice, so    02:01:31
there's not just those fees.  There's interest   02:01:33
and a lot of other things involved.              02:01:36

Q.    Did you all prep for this during the        02:01:39
break?  It kind of feels like you were dead set  02:01:45
for that question.                               02:01:46

      Lets see.  Let me take a look.              02:01:47

      (Exhibit 33 marked.)                        02:02:06

BY MR. WADSWORTH:                                 02:02:08

Q.    This ss Exhibit 33.  Do you recognize       02:02:08
this email, Mr. Erickson?                         02:02:29

A.    I don't recognize it, but it was sent to    02:02:33
me, yup.                                          02:02:44

Q.    It says here in the middle of 18 --         02:02:47

      MR. WADSWORTH:  And, obviously,             02:02:55
Tim's standing objection to settlement           02:02:56
discussions stands.                              02:02:56

BY MR. WADSWORTH:                                 02:02:56

Page 182

Q.    -- that you agree to pay for rental of      02:03:01
the Cessna, but we do not agree to pay for the   02:03:04
fuel that is part of the rental charge.          02:03:05

      Do you see anywhere where it makes          02:03:07
payment for rental of the Cessna contingent      02:03:09
on -- I guess contingent on him paying his       02:03:13
final bill?                                       02:03:16

A.    No.  We had a discussion, I believe, a      02:03:16
month or two previous on the phone regarding     02:03:18
the fact that he needed to pay the invoice and   02:03:22
we would make an exception for the rental of     02:03:24
the Cessna.                                       02:03:28

Q.    Okay.  Now, I have a couple of questions    02:03:29
just regarding this engine core charge.  When    02:03:38
did you receive Joe Perkins' engine cores?       02:03:47

A.    I don't have the exact date on that.  I     02:03:50
don't know for sure on that.  I believe it was   02:03:52
in 2014.                                          02:03:53

Q.    You believe it was early 2014?             02:03:56

A.    In 2014.  Whether it was the second or      02:03:57
third quarter, I don't know, because they were   02:04:00
in Mooresville and then transported up to        02:04:03
Minnesota where we're based.                      02:04:05

Q.    They were in -- when did they arrive in    02:04:07
Mooresville?                                      02:04:10

Page 183

A.    I don't know.                               02:04:14

Q.    Would this have been 2013?                 02:04:16

A.    I don't know.  Possibly when the            02:04:17
aircraft moved from Alabama to Mooresville,      02:04:21
they could have been transported at that time    02:04:23
to Mooresville.                                   02:04:25

Q.    And at the time, if they were in           02:04:26
possession of the North Carolina crew, it would 02:04:28
have been under D'Shannon's possession,          02:04:30
correct?                                         02:04:32

A.    Correct.                                    02:04:34

Q.    Is it your testimony -- I'm trying to      02:04:34
understand -- that you didn't discover the       02:04:38
engine core damage until the engines were        02:04:40
transported to Minnesota?                         02:04:42

A.    I believe, actually, we were given that     02:04:45
information from the team in North Carolina.     02:04:48

Q.    Are there any emails that verify that?     02:04:49

A.    I don't believe so.                         02:04:54

Q.    Where is the engine core today?            02:04:58

A.    I believe it is in Nebraska.  Grand         02:05:07
Island, Nebraska, possibly.                       02:05:12

Q.    What's it doing there?                      02:05:13

A.    I think we held it there for this           02:05:15
particular reason.                                02:05:17

Page 184

Q.    For this litigation?                        02:05:18

A.    Yeah.                                        02:05:19

Q.    We may need to inspect that engine core     02:05:23
if we're going to be charged $10,000 for it.     02:05:26

A.    Sure.  I'm not sure it's still there.  I    02:05:29
have to confirm it's still there.  I'm assuming  02:05:33
it is still there, unless the individual Kirk    02:05:35
Nelson is storing it somewhere else.             02:05:40

Q.    Kirk Nelson has the engine core?           02:05:41

A.    Yes.                                         02:05:43

Q.    Does he work for D'Shannon today?          02:05:44

A.    No.  He never has.                          02:05:45

Q.    Who is Kirk Nelson?                          02:05:50

A.    He's an individual who originally           02:05:51
provided us with the two 550-C cores for         02:05:55
Mr. Perkins.                                       02:05:58

Q.    Okay.  Well, let's start with this:  Who    02:06:03
does Kirk Nelson work for?                        02:06:08

A.    Himself.                                     02:06:09

Q.    And he lives in Nebraska?                   02:06:12

A.    Yes.                                         02:06:16

Q.    Is he an A&P?                                02:06:16

A.    I don't know.                               02:06:18

Q.    Do you know if he has any FAA               02:06:18
certification?                                     02:06:21

Page 185

1  A.   I don't know.                                02:06:21
2  Q.   Does he work in the aircraft industry?       02:06:22
3  A.   Yes.                                          02:06:23
4  Q.   What does he do?                              02:06:23
5  A.   He provided us with engine cores and          02:06:24
6  engine parts.                                      02:06:29
7  Q.   Where did he get the engine cores and         02:06:29
8  engine parts?                                      02:06:32
9  A.   When he worked for Continental.               02:06:32
10  Q.  So he used to work for Continental?           02:06:37
11  A.   Yes.                                         02:06:40
12  Q.  When did he leave Continental?               02:06:40
13  A.   I don't know.                                02:06:42
14  Q.  How did he come into possession of           02:06:48
15  Mr. Perkins' engine core?                         02:06:51
16  A.   I don't know.                                02:06:52
17  Q.  How do you know it is Mr. Perkins --         02:06:52
18  A.   Oh, you mean the core?                       02:06:54
19  Q.   Yes.                                         02:06:55
20  A.   The core that we built or the core that     02:06:56
21  came out of his airplane?                         02:06:57
22  Q.   I'm talking about the damaged one.          02:07:00
23  A.   We gave it to him out of Minneapolis.        02:07:01
24  Q.   Okay.  So I'm trying to figure out the       02:07:03
25  chain of custody.  It starts off with Joe         02:07:05

Page 186

1  Perkins' Baron, correct?                           02:07:07
2  A.   In Alabama.                                   02:07:08
3  Q.   In Alabama.  At some point this engine        02:07:09
4  core ships to North Carolina, correct?             02:07:11
5  A.   Uh-huh.                                       02:07:13
6  Q.   When is the engine core shipped to            02:07:14
7  Minneapolis?                                       02:07:16
8  A.   Sometime in 2014.                             02:07:18
9  Q.   Sometime in 2014?                             02:07:21
10  A.   Yes.                                         02:07:22
11  Q.  And after it arrives in Minneapolis,         02:07:24
12  that's where it's determined by D'Shannon that     02:07:26
13  the engine core is damaged beyond economic        02:07:29
14  repair; you can't return --                        02:07:31
15  A.   I don't believe we determined that.  I       02:07:32
16  believe that was determined in Mooresville,        02:07:34
17  North Carolina.                                    02:07:37
18  Q.   And then in anticipation of this             02:07:42
19  litigation you decided to ship it to a guy         02:07:44
20  named Kirk Nelson in Nebraska?                     02:07:47
21  A.   Not in anticipation of the litigation.       02:07:48
22  We just believed that he would sit on it.  And     02:07:51
23  then if we needed to access it, we could access    02:07:53
24  it at later date, but we didn't have room in       02:07:56
25  our hangar to store it.                            02:08:00

Page 187

1  Q.   So Mr. Nelson didn't actually procure        02:08:01
2  Joe Perkins' engine cores; he's just the guy       02:08:05
3  you shipped it to?                                  02:08:07
4  A.   Correct.  He came and picked it up.           02:08:11
5  Q.   He didn't, though, inspect the engine         02:08:13
6  cores?                                             02:08:16
7  A.   No.                                           02:08:16
8  Q.   All Mr. Nelson knows about the engine         02:08:19
9  cores is that you gave them to him?                02:08:21
10  A.   Yes.                                         02:08:24
11  Q.  You believe that Mike Moore -- you          02:08:25
12  believe that Mike Moore was the one who           02:08:38
13  discovered the damage to these engine cores?      02:08:40
14  A.   I can't to say for sure.                     02:08:50
15  Q.  Do you believe that it was someone in       02:08:52
16  Mike Moore's shop who discovered the damaged?     02:08:53
17  A.   It might have been John Clegg, actually,     02:08:55
18  because John started working with us at the end    02:08:58
19  of 2013.  So I have to go back and look at my      02:09:00
20  notes and talk to John about that.                 02:09:03
21  Q.   Does Clegg also live in Charlotte?           02:09:04
22  A.   No, he lives in Florida.                      02:09:07
23  Q.   Where in Florida?                            02:09:09
24  A.   Stuart/Vero Beach area.                      02:09:10
25  Q.   Basically, the crux of our problem is        02:09:23

Page 188

1  this:  If there's a $10,000 charge that            02:09:26
2  appeared late after the parties' dispute began,    02:09:30
3  essentially, we need some verification that        02:09:36
4  that $10,000 charge is a real charge that needs    02:09:41
5  to be on the bill.  So we'll hash that out off     02:09:41
6  the record later on, but that's essentially        02:09:46
7  what I'm getting at is who has it.                  02:09:48
8  A.   Sure.                                         02:09:48
9  Q.   And if it still exists, if it's still in      02:09:52
10  Nelson's custody, we probably want to see it.     02:09:54
11  A.   No problem.                                  02:09:58
12          MR. HEISTERHAGEN:  It should be an        02:10:02
13  exciting inspection.                               02:10:04
14          MR. WADSWORTH:  I know.                    02:10:05
15  BY MR. WADSWORTH:                                   02:10:14
16  Q.   You have no personal knowledge about the     02:10:14
17  engine failure, do you?                            02:10:16
18  A.   No.                                          02:10:17
19  Q.   So you personally have no reason to          02:10:19
20  believe or not believe what Joe Perkins, Mike     02:10:21
21  Terry and Don Freeman are going to testify to     02:10:25
22  about how and why the engine failed from your      02:10:27
23  own personal knowledge?                            02:10:32
24  A.   No.                                          02:10:33
25  Q.   Okay.  We'll take that up with them          02:10:33

Page 189

1   then.                                                02:10:35
2       Just one last question about Exhibit 33.         02:10:44
3   On the very back on the bottom paragraph --          02:10:57
4   this is an email from Joe Perkins.  It says:         02:11:01
5   "At this point I calculate that I owe you            02:11:03
6   $9,109."  This is on November 12, 2013.  I           02:11:06
7   believe that you've already testified to this,       02:11:12
8   but the parties -- you and Joe never reached a       02:11:14
9   meeting of the minds as to how much was owed by      02:11:18
10  either party, correct?                               02:11:20
11          MR. HEISTERHAGEN:  Object to form.           02:11:22
12  A.    We never reached an agreement between          02:11:25
13  us.  There was no communication that I'm aware       02:11:27
14  of where we reached an agreement.                    02:11:29
15          MR. WADSWORTH:  I think that's all I         02:11:33
16  have for now.  I may have some more after you        02:11:34
17  ask yours.                                           02:11:36
18          MR. HEISTERHAGEN:  In terms of the           02:11:40
19  invoice, you might want to check Bert Guy's          02:11:41
20  file because there's a letter on April 1, 2014.      02:11:45
21          MR. WADSWORTH:  I found it during            02:11:48
22  the break, but I don't have a copy that I can        02:11:49
23  mark.  And if you take a look there, there's an      02:11:52
24  $8,000 credit on that charge for the rental         02:11:54
25  aircraft that's not present on the invoices          02:11:59

Page 190

1   that we marked.  So even that, obviously, is a       02:12:00
2   third invoice that's a completely different          02:12:05
3   invoice.  But all of this -- all of this is          02:12:07
4   settlement discussions, but that doesn't             02:12:12
5   necessarily mean that we're going to concede         02:12:13
6   that they are inadmissible under 408.                02:12:15
7           MR. HEISTERHAGEN:  You don't have to         02:12:19
8   concede that.                                        02:12:20
9           MR. WADSWORTH:  And I recognize that         02:12:21
10  this may be a point of contention and something      02:12:21
11  that we wind up having to argue out in front of      02:12:24
12  the judge, but it was a hotly contested issue.       02:12:27
13  I don't have a copy to mark.  But, yeah, I           02:12:32
14  found that during the break.                         02:12:34
15          MR. HEISTERHAGEN:  And the invoice           02:12:35
16  to Bird Eye included the $10,000 charge and had      02:12:36
17  the $8,000 credit.                                   02:12:42
18          MR. WADSWORTH:  Yes, that was the            02:12:44
19  difference.  It was about $19,000 due.               02:12:44
20          EXAMINATION                                  02:13:04
21  BY MR. HEISTERHAGEN:                                 02:13:04
22  Q.    Scott, I have a few questions for you.         02:13:05
23  The first set of questions I'd like to refer         02:13:12
24  back to Plaintiffs' Exhibit 28, which is the         02:13:14
25  exhibit that was attached to the counterclaim.       02:13:18

Page 191

1   A.    Okay.                                          02:13:28
2   Q.    Did D'Shannon agree with Joe Perkins to        02:13:31
3   provide the goods and services that are listed       02:13:38
4   on the invoice that's marked as Plaintiffs'          02:13:44
5   Exhibit 28?                                          02:13:48
6           MR. WADSWORTH:  Object to the form.          02:13:48
7   A.    Uh-huh.                                        02:13:50
8   BY MR. HEISTERHAGEN:                                 02:13:50
9   Q.    You have to say --                             02:13:51
10  A.    Yes.                                           02:13:53
11  Q.    To date, how much has Mr. Perkins paid         02:14:18
12  to D'Shannon?                                        02:14:21
13  A.    I believe $116,010.                            02:14:24
14  Q.    And as we sit here today, how much does        02:14:28
15  D'Shannon contend Mr. Perkins owes D'Shannon         02:14:31
16  for the work described in Plaintiffs'                02:14:36
17  Exhibit 28?                                          02:14:38
18  A.    $27,789 and interest.                          02:14:38
19  Q.    And to the best of your knowledge, did         02:14:46
20  Mr. Perkins accept the aircraft after the            02:14:48
21  Genesis upgrade was completed?                       02:14:55
22  A.    Yes.                                           02:14:58
23  Q.    To the best of your knowledge, is it           02:15:20
24  customary in the aviation industry to include a      02:15:22
25  charge for a core that is beyond economic            02:15:27

Page 192

1   repair?                                              02:15:31
2   A.    It is.  It is.  It's very common these         02:15:32
3   days, because people fly their engines past TBO      02:15:34
4   and parts fail.                                      02:15:45
5   Q.    There's been a lot of talk about              02:15:48
6   building engines.  I just want to clarify for        02:15:52
7   the purposes of the record.  Was D'Shannon           02:16:02
8   overhauling IO-550C engines and then selling         02:16:06
9   them to Mr. Perkins as part of the Genesis           02:16:11
10  upgrade package?                                     02:16:14
11  A.    Yes.  And I guess I should clarify.  We        02:16:15
12  build the engines -- we overhaul the engines,        02:16:19
13  but actually, the parts, the castings and molds      02:16:20
14  that are used to make the different parts            02:16:25
15  aren't what we're involved in.  We're involved       02:16:26
16  in the assembly of those parts.  That's what we      02:16:29
17  call the build.                                      02:16:32
18  Q.    After those engines are built, does            02:16:35
19  D'Shannon sell those engines to Mr. Perkins?         02:16:39
20  A.    Yes, in exchange for his cores as well.        02:16:41
21  That was part of the original price.  It             02:16:45
22  factored in his return of two 520-CV engines.        02:16:48
23  Q.    And there was some talk, discussion            02:16:52
24  earlier about when Mike Moore started working        02:16:55
25  for D'Shannon.  I want to clarify that.  When        02:16:58

Page 193

1  Mike Moore installed the D'Shannon STC on a   02:17:02
2  Baron back in 2011, was he working for   02:17:08
3  D'Shannon in any capacity at that time?   02:17:11
4  A.   I'm not sure in 2011, but if you're   02:17:13
5  talking about Mr. Wallace's installation, he   02:17:16
6  was not working for us.   02:17:20
7  Q.   When did Mr. Moore first start working   02:17:22
8  for D'Shannon as an employee or independent   02:17:23
9  contractor overhauling engines to provide for   02:17:31
10  the Genesis upgrade?   02:17:33
11  A.   In the beginning of 2013 he helped us   02:17:34
12  locate a facility in Mooresville and   02:17:41
13  communicate with the landlord there and get   02:17:44
14  everything established.  We met with them a   02:17:48
15  year prior to that.  We flew into the Bonanza   02:17:51
16  at the airport there and looked everything over   02:17:56
17  and it took us a year to get everything   02:18:00
18  situated to actually open up a facility.   02:18:02
19  Q.   Speaking of Mike Moore, did you ever   02:18:06
20  have any indication that Mr. Moore wasn't a   02:18:08
21  fully certified and licensed A&P or IA while he   02:18:13
22  was working with D'Shannon?   02:18:17
23  A.   No.  I believed he was fully licensed   02:18:18
24  and fully approved by the FAA under an A&P   02:18:23
25  license and an IA designation up until 2014   02:18:27

Page 194

1  when that came into question.  We never did   02:18:33
2  find out if his ticket was current.   02:18:40
3  Q.   Did you have any reason to doubt that   02:18:45
4  his licenses and certifications were current?   02:18:47
5  A.   Those are some discussion between   02:18:53
6  different individuals and clients.  So we asked   02:18:54
7  the FAA to dig into it.  I think they did and   02:18:56
8  they found he was legitimate at that time.  So   02:19:01
9  that kind of quieted our discussion about that.   02:19:04
10  Q.   Would D'Shannon have hired Mike Moore if   02:19:07
11  he was not fully licensed and certified as an   02:19:11
12  A&P and IA?   02:19:15
13  A.   Definitely not.  That's one of the   02:19:15
14  reasons we took him on was because of his   02:19:17
15  history and his workmanship with Mike Mangold   02:19:20
16  and, I believe, Mr. Goulian, another air racer   02:19:25
17  who's a worldwide-known pilot.  And he built   02:19:29
18  Continental engines and had won a number of   02:19:29
19  races with his engines, those individuals.   02:19:38
20  Q.   Did you ever have any indication of any   02:19:38
21  kind that Mr. Clegg was not fully licensed and   02:19:43
22  certified as an A&P or IA?   02:19:46
23  A.   None.   02:19:49
24  Q.   Would D'Shannon have asked Mr. Clegg to   02:19:50
25  certify Mr. Perkins' engines if it had known he   02:19:53

Page 195

1  was not fully qualified, certified --   02:19:58
2  A.   No.  That was the basis for our   02:20:01
3  discussions with him because he was certified.   02:20:03
4  And he had 40 years of experience.  You know,   02:20:05
5  at that time he was 65, 66, 67, somewhere in   02:20:11
6  that range.  He had been doing it his entire   02:20:14
7  life.   02:20:17
8         MR. WADSWORTH:  Tim, could you move   02:20:18
9  your iPad so the witness can't see it?   02:20:20
10         MR. HEISTERHAGEN:  Sure.   02:20:23
11         MR. WADSWORTH:  And I'm not accusing   02:20:24
12  you of anything wrong.  I just --   02:20:25
13         MR. HEISTERHAGEN:  I want to state   02:20:28
14  for the purposes of the record I'm not trying   02:20:29
15  to show him anything.   02:20:31
16         THE WITNESS:  The font's too small.   02:20:32
17  I can't see anything.  I'll sit back here.   02:20:33
18  Stephen, check this out.   02:20:33
19         MR. WADSWORTH:  Perfect.   02:20:44
20  BY MR. HEISTERHAGEN:   02:20:44
21  Q.   Mr. Erickson, did you have anything to   02:20:44
22  do at all with the creation or drafting of the   02:20:46
23  logbook entries for the engines you sold to   02:20:49
24  Mr. Perkins?   02:20:51
25  A.   I suppose we bought the parts.   02:20:52

Page 196

1  Q.   Did you write those logbook entries?   02:20:55
2  A.   No, sir.   02:20:57
3  Q.   Did you have any input as to the   02:20:58
4  information that is contained in those logbook   02:20:59
5  entries?   02:21:01
6  A.   Definitely not.  I would be way out of   02:21:02
7  my pay grade.   02:21:06
8  Q.   And was part of the reason that   02:21:13
9  D'Shannon would not provide the final documents   02:21:17
10  to certify Mr. Perkins' aircraft because he   02:21:21
11  would not pay the balance due for the purpose   02:21:25
12  of the Genesis upgrade?   02:21:29
13  A.   That is correct.   02:21:31
14  Q.   Earlier Stephen had asked you some   02:21:33
15  questions about whether you had ever had any   02:21:36
16  knowledge or indication that Mike Moore had   02:21:41
17  used unapproved parts.  Do you remember that?   02:21:45
18  A.   Uh-huh.   02:21:47
19  Q.   Yes or no?   02:21:49
20  A.   Yes, I remember that discussion.   02:21:50
21  Q.   And then you noted, I believe, an   02:21:51
22  internet story that Mr. Perkins had sent you   02:21:57
23  and maybe a nameless individual that contacted   02:22:02
24  you.  Do you remember that?   02:22:03
25  A.   Yes.  Those were not about unapproved   02:22:03

Page 199

1   parts. Those were about installations that   02:22:05
2   they were dissatisfied about, as my memory   02:22:08
3   serves me properly. One was a discussion about   02:22:11
4   an individual who was supposed to complete an   02:22:14
5   installation and the installation was never   02:22:17
6   complete. I'm not sure it was illegal. It was   02:22:19
7   just not ever completed and the customer was   02:22:22
8   angry. So I heard those statements. I heard   02:22:23
9   that aircraft was sitting in the hangar for a   02:22:27
10  long period of time. I remember that one   02:22:31
11  story, but I don't think it had anything to do   02:22:33
12  with unapproved parts.   02:22:35
13  Q.    To go back to Plaintiffs' Exhibit 28 for   02:22:39
14  just a moment, to the best of your knowledge,   02:22:41
15  was Plaintiffs' Exhibit 28 sent to Perkins   02:22:49
16  Communication?   02:22:55
17  A.    Yes.   02:22:56
18  Q.    And then the last question that I have   02:22:56
19  is, earlier you talked about some   02:23:19
20  communications regarding insurance that you had   02:23:21
21  with Mr. Perkins in May or June of 2013. Is   02:23:24
22  there anything that you want to clarify about   02:23:29
23  that?   02:23:31
24  A.    Yeah. I didn't know if I had   02:23:31
25  communicated in May or June or 2013, but if he   02:23:32

Page 198

1   asked a question about insurance, I would have   02:23:36
2   answered him at that point in time that we had   02:23:38
3   insurance. But I don't have any record of my   02:23:40
4   communications about insurance at that time.   02:23:43
5   The only recorded record I have is sometime in   02:23:45
6   November of 2013 about insurance.   02:23:48
7   Q.    And why did you want to clarify that   02:23:51
8   answer?   02:23:53
9   A.    I think I spoke out of turn because I   02:23:54
10  didn't know. And if I don't know, I don't want   02:23:58
11  to answer unless I absolutely know. So at this   02:24:00
12  point in time I don't have a record of   02:24:03
13  communication with him about insurance before   02:24:04
14  November of 2013.   02:24:07
15          MR. HEISTERHAGEN: I'm actually   02:24:24
16  going to have one or two more. Just let me   02:24:25
17  look.   02:24:27
18          MR. WADSWORTH: Sure.   02:24:28
19  BY MR. HEISTERHAGEN:   02:24:32
20  Q.    Earlier you were asked some questions   02:24:32
21  about Mr. Ramey and whether or not he had any   02:24:34
22  FAA licenses. I understand you're not an A&P   02:24:42
23  or IA, but to the best of your knowledge, can   02:24:45
24  an unlicensed person work on aircraft engines   02:24:49
25  under the supervision of a licensed A&P or IA?   02:24:55

Page 199

1   A.    It's my understanding that they can. I   02:24:59
2   was told that by a number of individuals who   02:25:02
3   hold the IA rating. So they had told me that   02:25:04
4   they could oversee someone who did not have an   02:25:07
5   A&P license, which Mr. Ramey did not have an   02:25:11
6   A&P license, including Mike Moore told me that,   02:25:15
7   that he could oversee Earl Ramey's work and be   02:25:17
8   there at each step of the process, and upon   02:25:20
9   assembly -- and Mike would run the engine after   02:25:23
10  it was assembled, but he would be there up   02:25:24
11  until that stage and then run it and that would   02:25:24
12  make it legitimate.   02:25:27
13  Q.    And to the best of your knowledge, did   02:25:28
14  Mike Moore ever saw the work that was performed   02:25:34
15  by Mr. Ramey and the other team members in   02:25:37
16  Mooresville?   02:25:41
17  A.    Yes. And he conveyed that in a number   02:25:41
18  of emails, yes.   02:25:44
19          MR. HEISTERHAGEN: I think that's   02:25:45
20  all that I have.   02:25:46
21          EXAMINATION   02:25:47
22  BY MR. WADSWORTH:   02:25:47
23  Q.    Just real brief redirect.   02:25:47
24      You said that you had no reason to   02:25:50
25  question at the time that you hired Mike Moore   02:25:56

Page 200

1   that he was anything other than fully licensed,   02:25:59
2   correct?   02:26:01
3   A.    Correct.   02:26:02
4   Q.    And then there was just a little bit of   02:26:02
5   vagueness in your answer. You said at some   02:26:06
6   point the validity of Mike Moore's license came   02:26:13
7   into question.   02:26:16
8   A.    Uh-huh.   02:26:17
9   Q.    When was that?   02:26:17
10  A.    Well, the individual called my office.   02:26:18
11  Q.    Do you know what individual?   02:26:22
12  A.    I don't remember the name, but then I   02:26:23
13  also saw an e-mail from Mr. Perkins that he   02:26:25
14  sent to me that caught my interest. And I also   02:26:28
15  received -- an individual actually stopped by   02:26:32
16  my building, now that I think about it. There   02:26:38
17  was someone that stopped by my building in   02:26:40
18  Buffalo and they said, "You want to look into   02:26:42
19  Mr. Moore a little bit more than maybe you have   02:26:49
20  at this point." So we just kept looking into   02:26:51
21  it. We didn't find anything more. We looked,   02:26:53
22  but we didn't find anything that was damning or   02:26:58
23  anything. In fact, we continued to get good   02:27:01
24  reports on him. It was frustrating to us. We   02:27:05
25  didn't know why he was getting those reports   02:27:07

Page 201

1  and, yet, so many of the reports that we 02:27:08
2  received were positive about him. 02:27:10
3  Q.    There was nothing more on Moore, you had 02:27:11
4  some negative reports, but some positive 02:27:16
5  reports, and your digging didn't really bring 02:27:19
6  up anything? 02:27:21
7  A.    Didn't really reveal anything, right. 02:27:21
8  Q.    Now, on redirect, I think that you, you 02:27:26
9  know, clarified, possibly changed your 02:27:31
10  testimony.  It depends on which seat you're 02:27:33
11  sitting in. 02:27:35
12  A.    Regarding what? 02:27:36
13  Q.    Regarding the discussion with Joe 02:27:38
14  Perkins with insurance coverage -- any 02:27:42
15  discussions with Joe Perkins concerning 02:27:45
16  insurance coverage as of May or June of 2013. 02:27:47
17  A.    Right. 02:27:47
18  Q.    Is your testimony at this point, just so 02:27:50
19  I have it clear, that you don't remember having 02:27:51
20  any discussions with Joe Perkins? 02:27:53
21  A.    Yeah.  I looked at my emails.  The only 02:27:55
22  email I could find was the email where I 02:27:58
23  actually mentioned the insurance.  I don't have 02:28:00
24  anything recorded before the November email. 02:28:02
25  Q.    So there may have been verbal 02:28:04

Page 202

1  conversations, but there were no email 02:28:06
2  communications? 02:28:07
3  A.    Correct. 02:28:07
4  Q.    There may not have been verbal 02:28:08
5  communications? 02:28:10
6  A.    There may not -- that's what I'm saying. 02:28:10
7  I'm not sure that I had any verbal, so I 02:28:11
8  thought I would go on the safe side and say no. 02:28:13
9  Q.    You just don't remember. 02:28:16
10  A.    Exactly.  So I'm going off what is 02:28:16
11  actual, you know, what I can see.  And that's 02:28:19
12  what I can see. 02:28:21
13  Q.    Now, I think you also testified that you 02:28:27
14  testified that you delayed getting Joe Perkins 02:28:31
15  his final signoff documentation because he had 02:28:36
16  refused to pay, is that correct? 02:28:38
17  A.    I don't know if I would put it that way. 02:28:41
18  Let me think about that. 02:28:43
19  Q.    Okay. 02:28:44
20      MR. HEISTERHAGEN:  Just for 02:28:44
21  clarification, I said part of the reason. 02:28:45
22      MR. WADSWORTH:  Part of the reason. 02:28:47
23  Okay.  Then in that case I might not even have 02:28:50
24  a question about that at all. 02:28:54
25  BY MR. WADSWORTH: 02:28:58

Page 203

1  Q.    Because we already testified about the 02:28:59
2  other reasons earlier, correct? 02:29:01
3  A.    Right. 02:29:02
4      MR. WADSWORTH:  All right.  I think 02:29:05
5  that's all I've got. 02:29:06
6      MR. HEISTERHAGEN:  That's all I 02:29:08
7  have. 02:29:11
8      COURT REPORTER:  Would you like a 02:29:11
9  copy? 02:29:12
10      MR. HEISTERHAGEN:  Just the standard 02:29:13
11  copy, mini, and an e-tran.  Read and sign. 02:29:18
12      MR. WADSWORTH:  All I really need is 02:29:24
13  just kind of an electronic travel with a copy 02:29:28
14  of the exhibits. 02:29:30
15      (Deposition ended at 2:30 p.m.)
16
17
18
19
20
21
22
23
24
25

Page 204

1      REPORTER'S CERTIFICATE
2  STATE OF MINNESOTA: )
3                        ) ss.
   COUNTY OF HENNEPIN:  )
4      I hereby certify that I reported the
   deposition of SCOTT ERICKSON, on the 12th day of
5  May, 2016, in Minneapolis, Minnesota, and that the
   witness was by me first duly sworn to tell the whole
6  truth;
7      That the testimony was transcribed by me and
   is a true record of the testimony of the witness;
8
9      That the cost of the original has been
   charged to the party who noticed the deposition, and
10  that all parties who ordered copies have been
   charged at the same rate for such copies;
11
12      That I am not a relative or employee or
   attorney or counsel of any of the parties, or a
13  relative or employee of such attorney or counsel;
14      That I am not financially interested in the
   action and have no contract with the parties,
15  attorneys, or persons with an interest in the action
   that affects or has a substantial tendency to affect
16  my impartiality;
17      That the right to read and sign the
   deposition by the witness was not waived.
18
19      WITNESS MY HAND AND SEAL THIS 19th day of
   May, 2016.
20
21
22
23
24  Sheila D. Fearing
   Notary Public, Hennepin County, Minnesota
25  My commission expires January 31, 2020