| | |
|---|---|
| From: | Joe Perkins |
| To: | scott@d-shannon-aviation.com |
| Subject: | Re: Windshield & Side Windows |
| Date: | Tuesday, May 14, 2013 9:33:45 PM |

Scott,

We spoke about your traveling crew that could come to our facility and install the windows. I am very interested in this option. How would this affect your estimate?

Joe

Sent from my iPad

On May 14, 2013, at 11:30 AM, <scott@d-shannon-aviation.com> wrote:

> Hello again Joe,
>
> Great to speak with you yesterday regarding your Baron.
>
> Please look these attachments over and let us know if you have any questions.
>
> We are always here to serve you!
>
> Scott Erickson
> D'Shannon Aviation
> 800-291-7616
>
> <COVER-WINDOWS-BARON-58-.doc>
>
> <A36-GREY-.JPG>
>
> <ALL-GREY-A36-.JPG>
>
> <BARON-SIDES.jpg>



Exhibit E



DEFENDANT'S EXHIBIT

3-Perkins

Perkins Communication, LLC, et al. v. D'Shannon Products, Ltd, et al.
In the United States District Court for the Northern District of Alabama
Civil Action No. 7:15-cv-01172-lsc

DPL-00001