FILED
2016 Nov-14 PM 06:59
U.S. DISTRICT COURT
N.D. OF ALABAMA

FILED
2015 Aug-28 PM 05:34
U.S. DISTRICT COURT
N.D. OF ALABAMA

# D'Shannon Aviation

1309 County Road 134
Buffalo MN 55313
1-800-291-7616

# Invoice

| Date | Invoice # |
|---|---|
| 6/28/2013 | 1330 |

**Bill To**
Perkins Communication LLC
11828 Bent Creek Ln
Northport, AL 35475

**Ship To**
Mike Moore will deliver engines
5851 R Cardinal Airport Rd
Tuscaloosa, AL 35401
205-333-3000

| Rep | P.O. No. | Ship Via | FOB | Terms |
|---|---|---|---|---|
| SRE | 062013. 062013-01 | Ground | | |

| Quantity | Description | Amount |
|---|---|---|
|  | 58   6745M   TH-1124   Kit#D3286 | |
| 1 | 3/8" Solar Gray Windshield Replacement | 1,750.00 |
| 1 | 3/8" Solar Gray Pilot Side Window w/vent | 820.00 |
| 1 | 3/8" Solar Gray Co-Pilot Side Window w/vent | 820.00 |
| 2 | 1/4" Solar Gray #2 Side Windows | 580.00 |
| 2 | 1/4" Solar Gray #3 Side Windows | 440.00 |
| 2 | 1/4" Solar Gray #4 Side Windows | 440.00 |
|  | Shipment charges for windows | 245.00 |
| 2 | Genesis Engine Conversion by D'Shannon | 78,000.00 |
| 1 | - includes Baron Baffle Cooling Kit Set (white w/Genesis blue) | |
| 1 | Core return - Beyond Economic Repair (BER) | 10,000.00 |
| 2 | Upgrades to new camshaft and lifters | 1,990.00 |
| 2 | Upgrades to new Continental fuel systems | 2,400.00 |
| 2 | Upgrade to new starters | 718.00 |

Exhibit F

EXHIBIT A

EXHIBIT 28

Please make payments to:

**D'SHANNON AVIATION**

**Payments/Credits**

**Balance Due**

THANK YOU FOR YOUR BUSINESS!

Page 1

# D'Shannon Aviation

1309 County Road 134
Buffalo MN 55313
1-800-291-7616

# Invoice

| Date | Invoice # |
|---|---|
| 6/28/2013 | 1330 |

**Bill To**
Perkins Communication LLC
11828 Bent Creek Ln
Northport, AL 35475

**Ship To**
Mike Moore will deliver engines
5851 R Cardinal Airport Rd
Tuscaloosa, AL 35401
205-333-3000

| Rep | P.O. No. | Ship Via | FOB | Terms |
|---|---|---|---|---|
| SRE | 062013. 062013-01 | Ground | | |

| Quantity | Description | Amount |
|---|---|---|
| 1 | Engine STC to upgrade airframe to the IO-550C engines | 4,500.00 |
| 1 | Auracle 6-cyl Horizontal Twin System, narrow | 13,356.00 |
| 1 | Installation of baffles on engines | 3,200.00 |
| 2 | Scimitar propellers w/alcohol anti-ice | 24,000.00 |
|   | Insured Shipping & Handling for props<br>Windshield shipped on 9/26/2013<br>Rest of windows shipped on 9/16/2013 | 540.00 |

Please make payments to:

## D'SHANNON AVIATION

THANK YOU FOR YOUR BUSINESS!

| | |
|---|---|
| Payments/Credits | -$116,010.00 |
| **Balance Due** | $27,789.00 |