**From:** Peggy Hargreaves
**To:** scott@d-shannon-aviation.com
**Subject:** RE: Letter to Joe Perkins
**Date:** Monday, March 24, 2014 9:05:07 AM
**Attachments:** image001.png
Letter to Joe Perkins.pdf

Here it is.

**From:** scott@d-shannon-aviation.com [mailto:scott@d-shannon-aviation.com]
**Sent:** Friday, March 21, 2014 4:25 PM
**To:** Peggy Hargreaves
**Subject:** Letter to Joe Perkins

Peggy,

Only one change:

If you have any questions

Should be what it says in the last sentence of the second paragraph in the letter.

Thanks girl.

Scott

-------- Original Message --------
Subject: Letter to Joe Perkins
From: "Peggy Hargreaves" <peggy@d-shannon-aviation.com>
Date: Fri, March 21, 2014 1:12 pm
To: <scott@d-shannon-aviation.com>

Here it is ☺

Peggy Hargreaves
1-800-291-7616 or 763-559-5998


D'Shannon Aviation
Realize the Potential of Your Beechcraft

Perkins Communication, LLC, et al. v. D'Shannon Products, Ltd, et al.
In the United States District Court for the Northern District of Alabama
Civil Action No. 7:15-cv-01172-lsc

Exhibit **G**


EXHIBIT 30

DPL-00309


# D'Shannon Products, Ltd.
*Realize the Potential of Your Bonanza*

March 24, 2014

Hello Mr. Perkins,

Hope you are excited to get your aircraft back, sounds like Mike and Dennis are the perfect guys for the comprehensive rebuild that was completed on your Baron.

We are going to receive the logbook information from Michael Moore in the next business day or so. John Clegg, our Director of Operations will generate the necessary sign offs to make the engines legal. Before completing the paperwork we need to resolve the invoice that remains for the conversion, it is attached. The credit for the rental of the aircraft used during the engine build up period is reflected on the invoice. We have offered you the amount you gave us of $200/hour without fuel. You made it very clear that you were extremely inconvenienced by the engines taking as long as they did, you claimed you rented it from the local FBO. We now ask for the receipt and documents associated with the rental. We have also charged you for the core that was damaged, I assume this was the original reason the aircraft was taken out of service.

We provided you the Scimitar propellers at our cost, the Auracle engine analyzer at our cost, these are in addition to the rental credit mentioned previously. We believe these concessions and requests(rental documents) are more than reasonable to ask you for final payment. If you have any questions, or cannot supply us with the actual documents for the aircraft rental, we will have to revise the invoice and discuss with you further.

We appreciate your business and look forward to hearing you are pleased with the performance of the aircraft.

Sincerely,

Perkins Communication, LLC, et al. v. D'Shannon Products, Ltd, et al.
In the United States District Court for the Northern District of Alabama
Civil Action No 7:15-cv-01172-lsc

Scott Erickson
D'Shannon Aviation
800-291-7616

800-291-7616 • 763-559-5998 • info@d-shannon-aviation.com • www.d-shannon-aviation.com

DPL-00310