FILED
2016 Dec-12 AM 11:24
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | | |
|---|---|---|
| PERKINS COMMUNICATION LLC, et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | 7:15-cv-01172-LSC |
| vs. | ) ) | |
| D'SHANNON PRODUCTS LTD., et al., | ) ) ) | |
| Defendants. | ) ) | |

### Order

This Court has been advised by the parties that a settlement has been reached in this matter and is being finalized. Accordingly, this action is DISMISSED WITH PREJUDICE, and the pending motions (Docs. 81, 84, 85, 88, and 92) are TERMINATED AS MOOT. Any party may, for good cause shown, reopen this action within thirty (30) days from the date of this Order. Costs are taxed as paid.

**DONE** AND **ORDERED** ON DECEMBER 12, 2016.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

186289